# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:     President and Fellows of Harvard College v. US Department of Health and Human Services et al

District Court Number:     1:25-cv-11048-ADB

Fee:     Paid?   Yes _____   No _____   Government filer  x_____   *In Forma Pauperis* Yes _____   No _____

Motions Pending          Yes _____ No x____          Sealed documents          Yes _____ No x____
*If yes, document #* _____          *If yes, document #* _____

*Ex parte* documents     Yes _____ No x____          Transcripts          Yes x____ No _____
*If yes, document #* _____          *If yes, document #* _____

Notice of Appeal filed by: Plaintiff/Petitioner _____     Defendant/Respondent  x____     Other: _____

Appeal from:

## #247 Order Entering Final Judgment

Other information:

     I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #247, #250

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 250_____ filed on 12/18/2025_____.

     In testimony whereof, I hereunto set my hand and affix the seal of this Court on 12/23/2025_____.

**ROBERT M. FARRELL**
Clerk of Court

/s/Savannah Cook
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: <u>1:25−cv−11048−ADB</u>

President and Fellows of Harvard College v. US Department of Health and Human Services et al
Assigned to: Judge Allison D. Burroughs
Cause: 05:702 Administrative Procedure Act

Date Filed: 04/21/2025
Date Terminated: 10/20/2025
Jury Demand: None
Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

### Plaintiff

**President and Fellows of Harvard College**

represented by **Steven Paul Lehotsky**
Lehotsky Keller Cohn LLP
200 Massachusetts Avenue NW
Suite 700
Washington, DC 20001
202−365−2509
Email: <u>steve@lkcfirm.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle Kerker Goldstein**
Lehotsky Keller Cohn LLP
3280 Peachtree Road NE
Atlanta, GA 30305
512−693−8350
Email: <u>danielle@lkcfirm.com</u>
*ATTORNEY TO BE NOTICED*



Certified to be a true and correct copy of the original
Robert M. Farrell, Clerk
U. S. District Court
District of Massachusetts

By: *Savannah Cook*
**Deputy Clerk**

**Date:** <u>12/23/2025</u>

**Douglas Hallward−Driemeier**
Ropes & Gray LLP − DC
2099 Pennsylvania Avenue, NW
Washington, DC 20006
202−508−4776
Email: <u>douglas.Hallward−Driemeier@ropesgray.com</u>
*ATTORNEY TO BE NOTICED*

**Elena W. Davis**
Ropes & Gray − MA
Prudential Tower
800 Boylston Street
Boston, MA 02199−3600
617−951−7017
Email: <u>elena.davis@ropesgray.com</u>
*ATTORNEY TO BE NOTICED*

**Jacob Richards**

Lehotsky Keller Cohn
200 Mass Ave
Washington, DC 20001
623−377−0227
Email: jacob@lkcfirm.com
*ATTORNEY TO BE NOTICED*

**John Mark Barnes**
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
617−951−7000
Email: mark.barnes@ropesgray.com
*ATTORNEY TO BE NOTICED*

**John P. Bueker**
Ropes & Gray − MA
Prudential Tower
800 Boylston Street
Boston, MA 02199−3600
617−951−7000
Fax: 617−951−7050
Email: john.bueker@ropesgray.com
*ATTORNEY TO BE NOTICED*

**Jonathan F. Cohn**
Lehotsky Keller Cohn LLP
200 Massachusetts Avenue, NW
Suite 700
Washington, DC 20001
512−693−8350
Fax: 512−727−4755
Email: jon@lkcfirm.com
*ATTORNEY TO BE NOTICED*

**Joshua S. Levy**
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
617−951−7000
Email: joshua.levy@ropesgray.com
*ATTORNEY TO BE NOTICED*

**Joshua Paul Morrow**
Lehotsky Keller Cohn LLP
408 W. 11th Street
5th Floor
Austin, TX 78701
512−693−8350
Fax: 512−727−4755

Email: josh@lkcfirm.com
*ATTORNEY TO BE NOTICED*

**Katherine Yarger**
Lehotsky Keller Cohn LLP
700 Colorado Blvd.
Unit 407
Denver, CO 80206
303−717−4749
Email: katie@lkcfirm.com
*ATTORNEY TO BE NOTICED*

**Mary Elizabeth Miller**
Lehotsky Keller Cohn LLP
200 Massachusetts Avenue, NW
Suite 700
Washington, DC 20001
512−693−8350
Fax: 512−727−4755
Email: mary@lkcfirm.com
*ATTORNEY TO BE NOTICED*

**Robert K. Hur**
1700 Pennsylvania Ave NW
Ste 200
Washington, DC 20006
202−737−0500
Email: rhur@kslaw.com
*ATTORNEY TO BE NOTICED*

**Scott Allen Keller**
Lehotsky Keller Cohn LLP
200 Massachusetts Ave. NW
Washington, DC 20001
512−693−8350
Fax: 512−727−4755
Email: scott@lkcfirm.com
*ATTORNEY TO BE NOTICED*

**Shannon Grammel Denmark**
Lehotsky Keller Cohn LLP
200 Massachusetts Ave., NW
Washington, DC 20001
270−498−5375
Email: shannon@lkcfirm.com
*ATTORNEY TO BE NOTICED*

**Stephen Sencer**
Ropes & Gray LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006
202−508−4688

Email: stephen.sencer@ropesgray.com
*ATTORNEY TO BE NOTICED*

**William A. Burck**
Quinn Emanuel Urquhart & Sullivan
1300 I Street NW
Suite 900
Washington, DC 20005
202−538−8120
Fax: 202−538−8100
Email: williamburck@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**US Department of Health and Human Services**          represented by          **Abhishek Kambli**
DOJ−Oasg
950 Pennsylvania Avenue, NW
Washington, DC 20530−0001
202−445−5496
Email: abhishek.kambli@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617−823−6325
Email: Anuj.Khetarpal@usdoj.gov
*TERMINATED: 07/15/2025*
*ATTORNEY TO BE NOTICED*

**Eitan Sirkovich**
DOJ−Civ
1100 L Street NW
Room 12310
Washington, DC 20005
585−694−1124
Email: eitan.r.sirkovich@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
DOJ−Civ
950 Pennsylvania Avenue NW
Washington, DC 20530
202−860−8388
Email: michael.velchik@usdoj.gov
*ATTORNEY TO BE NOTICED*

4

**Ryan Underwood**
DOJ−Civ
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
202−305−1925
Email: ryan.m.underwood2@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institutes of Health**            represented by   **Anuj K. Khetarpal**
(See above for address)
*TERMINATED: 07/15/2025*
*ATTORNEY TO BE NOTICED*

**Eitan Sirkovich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert F. Kennedy, Jr.**            represented by   **Anuj K. Khetarpal**
*in his official capacity as Secretary of*            (See above for address)
*the United States Department of Health*            *TERMINATED: 07/15/2025*
*and Human Services*            *ATTORNEY TO BE NOTICED*

**Eitan Sirkovich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**US Department of Justice**            represented by   **Anuj K. Khetarpal**
(See above for address)
*TERMINATED: 07/15/2025*
*ATTORNEY TO BE NOTICED*

5

**Eitan Sirkovich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Pamela Bondi**<br>*in her official capacity as Attorney*<br>*General of the United States* | represented by | **Anuj K. Khetarpal**<br>(See above for address)<br>*TERMINATED: 07/15/2025*<br>*ATTORNEY TO BE NOTICED* |
| | | **Eitan Sirkovich**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Ryan Underwood**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **US Department of Education** | represented by | **Anuj K. Khetarpal**<br>(See above for address)<br>*TERMINATED: 07/15/2025*<br>*ATTORNEY TO BE NOTICED* |
| | | **Eitan Sirkovich**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael Velchik**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Ryan Underwood**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Linda M McMahon**<br>*in her official capacity as Secretary of*<br>*the United States Department of*<br>*Education* | represented by | **Anuj K. Khetarpal**<br>(See above for address)<br>*TERMINATED: 07/15/2025*<br>*ATTORNEY TO BE NOTICED* |

6

**Eitan Sirkovich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**US General Services Administration**         represented by         **Anuj K. Khetarpal**
(See above for address)
*TERMINATED: 07/15/2025*
*ATTORNEY TO BE NOTICED*

**Eitan Sirkovich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Stephen Ehikian**         represented by         **Anuj K. Khetarpal**
*in his official capacity as Acting*
*Administrator of the United States*
*General Services Administration*
(See above for address)
*TERMINATED: 07/15/2025*
*ATTORNEY TO BE NOTICED*

**Eitan Sirkovich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**US Department of Energy**         represented by         **Anuj K. Khetarpal**
(See above for address)

*TERMINATED: 07/15/2025*
*ATTORNEY TO BE NOTICED*

**Eitan Sirkovich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher A. Wright**                    represented by    **Anuj K. Khetarpal**
*in his official capacity as Secretary of*                    (See above for address)
*the United States Department of*                             *TERMINATED: 07/15/2025*
*Energy*                                                      *ATTORNEY TO BE NOTICED*

**Eitan Sirkovich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**US National Science Foundation**          represented by    **Anuj K. Khetarpal**
(See above for address)
*TERMINATED: 07/15/2025*
*ATTORNEY TO BE NOTICED*

**Eitan Sirkovich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Sethuraman Panchanathan**<br>*in his official capacity as Director of*<br>*the United States National Science*<br>*Foundation* | represented by | **Anuj K. Khetarpal**<br>(See above for address)<br>*TERMINATED: 07/15/2025*<br>*ATTORNEY TO BE NOTICED* |
| | | **Eitan Sirkovich**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael Velchik**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Ryan Underwood**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **US Department of Defense** | represented by | **Anuj K. Khetarpal**<br>(See above for address)<br>*TERMINATED: 07/15/2025*<br>*ATTORNEY TO BE NOTICED* |
| | | **Eitan Sirkovich**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael Velchik**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Ryan Underwood**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Peter B. Hegseth**<br>*in his official capacity as Secretary of*<br>*the United States Department of*<br>*Defense* | represented by | **Anuj K. Khetarpal**<br>(See above for address)<br>*TERMINATED: 07/15/2025*<br>*ATTORNEY TO BE NOTICED* |
| | | **Eitan Sirkovich**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael Velchik**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Ryan Underwood** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Aeronautics and Space Administration**    represented by    **Anuj K. Khetarpal**
(See above for address)
*TERMINATED: 07/15/2025*
*ATTORNEY TO BE NOTICED*

**Eitan Sirkovich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Janet E. Petro**    represented by    **Anuj K. Khetarpal**
*in her official capacity as Acting*    (See above for address)
*Administrator of the National*    *TERMINATED: 07/15/2025*
*Aeronautics and Space Administration*    *ATTORNEY TO BE NOTICED*

**Eitan Sirkovich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**US Department of Housing and Urban Development**    represented by    **Anuj K. Khetarpal**
(See above for address)
*TERMINATED: 07/15/2025*
*ATTORNEY TO BE NOTICED*

**Eitan Sirkovich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Ryan Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Scott Turner**
*in his official capacity as Secretary of Housing and Urban Development*

represented by **Anuj K. Khetarpal**
(See above for address)
*TERMINATED: 07/15/2025*
*ATTORNEY TO BE NOTICED*

**Eitan Sirkovich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**US Department of Agriculture**

represented by **Anuj K. Khetarpal**
(See above for address)
*TERMINATED: 07/15/2025*
*ATTORNEY TO BE NOTICED*

**Eitan Sirkovich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brooke L. Rollins**
*in her official capacity as Secretary of Agriculture*

represented by **Anuj K. Khetarpal**
(See above for address)
*TERMINATED: 07/15/2025*
*ATTORNEY TO BE NOTICED*

**Eitan Sirkovich**
(See above for address)
*ATTORNEY TO BE NOTICED*

11

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Underwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**American Council on Education**                    represented by    **Gregory F Noonan**
Hogan Lovells US LLP
125 High Street
Suite 2010
Boston, MA 02110
617−371−1029
Email: gregory.noonan@hoganlovells.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica L. Ellsworth**
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, DC 20004
202−637−5886
Email: jessica.ellsworth@hoganlovells.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kayla Ghantous**
Hogan Lovells US LLP
125 High Street
Suite 2010
Boston, MA 02110
781−308−8610
Email: kayla.ghantous@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Reedy Swanson**
Hogan Lovells US LLP
555 13th Street N.W,
Washington, DC 20004
202−637−5764
Email: reedy.swanson@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Stephanie Julie Gold**
Hogan Lovells US LLP
555 Thirteenth St NW
Washington, DC 20004
202−637−5600

Email: stephanie.gold@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Harvard Undergraduate Palestine
Solidarity Committee**

represented by **Radhika Sainath**
Palestine Legal
637 S. Dearborn St.
3rd Floor
Chicago, IL 60605
312−964−2667
Email: radhika@palestinelegal.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dylan Saba**
Palestine Legal
55 Exchange Place
Suite 402
New York City, NY 10005
312−964−2667
Email: dsaba@palestinelegal.org
*ATTORNEY TO BE NOTICED*

**Ragini N. Shah**
Suffolk University Law School
120 Tremont Street
Suite 190B
Boston, MA 02118
617−305−1651
Email: rnshah@suffolk.edu
*ATTORNEY TO BE NOTICED*

**Amicus**

**American Civil Liberties Union**

represented by **Matthew Segal**
American Civil Liberties Union Foundation
One Center Plaza
Suite 850
Boston
Boston, MA 02108
617−299−6664
Email: msegal@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessie J. Rossman**
ACLU of Massachusetts
Massachusetts
One Center Plaza
Suite 850
Boston, MA 02108
617−482−3170

13

Fax: 617−451−0009
Email: jrossman@aclum.org
*ATTORNEY TO BE NOTICED*

**Rachel Davidson**
ACLU of Massachusetts
One Center Plaza
Suite 850
Boston, MA 02108
617−482−3170
Email: rdavidson@aclum.org
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

| | | |
|---|---|---|
| **American Civil Liberties Union of Massachusetts** | represented by | **Matthew Segal**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jessie J. Rossman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Rachel Davidson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

<u>**Amicus**</u>

| | | |
|---|---|---|
| **Cato Institute** | represented by | **Matthew Segal**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jessie J. Rossman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Rachel Davidson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

<u>**Amicus**</u>

| | | |
|---|---|---|
| **Electronic Frontier Foundation** | represented by | **Matthew Segal**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jessie J. Rossman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Rachel Davidson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Knight First Amendment Institute at Columbia University**

represented by **Matthew Segal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessie J. Rossman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Davidson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**National Coalition Against Censorship**

represented by **Matthew Segal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessie J. Rossman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Davidson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Reporters Committee for Freedom of the Press**

represented by **Matthew Segal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessie J. Rossman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Davidson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Rutherford Institute**

represented by **Matthew Segal**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jessie J. Rossman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Davidson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **Middle East Studies Association of North America, Inc.**<br>3542 N. Geronimo Avenue<br>Tucson, AZ 85705<br>520−333−2577 | represented by | **Corey Sullivan Martin**<br>HM Law, P.C.<br>24 Shipyard Drive<br>Suite 202<br>Hingham, MA 02043<br>781−789−8070<br>Email: cmartin@myhmlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Darryl Li**<br>1126 E. 59th St.<br>Chicago, IL 60637<br>773−702−4001<br>Email: darrylli@protonmail.com<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Commonwealth of Massachusetts** | represented by | **Anna E. Lumelsky**<br>Massachusetts Attorney General's Office<br>McCormack Building<br>One Ashburton Place<br>Boston, MA 02108<br>617−963−2334<br>Email: anna.lumelsky@mass.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Columbia Alumni for Academic Freedom** | represented by | **Sean H. Donahue**<br>Donahue, Goldberg & Herzog<br>1008 Pennsylvania Ave., SE<br>Washington, DC 20003<br>202−277−7085<br>Email: sean@donahuegoldberg.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jocelyn Baker Jones** |

16

Segal Roitman LLP
33 Harrison Avenue, 7th Flr.
Boston, MA 02111
617−899−1382
Fax: 617−742−2187
Email: jjones@segalroitman.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**California Institute of Technology**        represented by        **Daniel J. Cloherty**
Cloherty & Steinberg LLP
One Financial Center
Suite 1120
Boston, MA 02111
617−481−0160
Email: dcloherty@clohertysteinberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Beaton Verrilli , Jr.**
Munger, Tolles & Olson LLP
601 Massachusetts Avenue, NW
Suite 500e
Washington, DC 20001−5369
202−220−1101
Email: donald.verrilli@mto.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Helen E White**
Munger, Tolles & Olson LLP
601 Massachusetts Ave. NW
Suite 500e
Washington, DC 20001
202−220−1136
Email: helen.white@mto.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Arnold**
Cloherty & Steinberg LLP
One Financial Center
Ste 1120
Boston, MA 02111
617−481−0160
Email: aarnold@clohertysteinberg.com
*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
Munger, Tolles & Olson LLP
601 Massachusetts Avenue N.W.

Suite 500E
Washington, DC 20001
202−220−1100
Email: esthena.barlow@mto.com
*ATTORNEY TO BE NOTICED*

**Victoria L. Steinberg**
Cloherty & Steinberg LLP
One Financial Center
Suite 1120
Boston, MA 02111
617−481−0160
Email: vsteinberg@clohertysteinberg.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Trustees Boston University**                   represented by    **Daniel J. Cloherty**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Donald Beaton Verrilli , Jr.**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Helen E White**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Alexandra Arnold**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Esthena Barlow**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Victoria L. Steinberg**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Brown University**                             represented by    **Daniel J. Cloherty**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Donald Beaton Verrilli , Jr.**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Helen E White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria L. Steinberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Colorado State University**           represented by    **Daniel J. Cloherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Beaton Verrilli , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Helen E White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria L. Steinberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Dartmouth College**      represented by   **Daniel J. Cloherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Beaton Verrilli , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Helen E White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria L. Steinberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Johns Hopkins University**      represented by   **Daniel J. Cloherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Beaton Verrilli , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Helen E White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria L. Steinberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Massachusetts Institute of Technology**                 represented by   **Daniel J. Cloherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Beaton Verrilli , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Helen E White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria L. Steinberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Michigan State University**                 represented by   **Daniel J. Cloherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Beaton Verrilli , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Helen E White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria L. Steinberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Oregon State University**                    represented by    **Daniel J. Cloherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Beaton Verrilli , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Helen E White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria L. Steinberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Princeton University**                    represented by    **Daniel J. Cloherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Beaton Verrilli , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Helen E White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria L. Steinberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Rice University**                     represented by    **Daniel J. Cloherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Beaton Verrilli , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Helen E White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria L. Steinberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Rutgers University**                  represented by    **Daniel J. Cloherty**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Beaton Verrilli , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Helen E White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria L. Steinberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Tufts University**                    represented by   **Daniel J. Cloherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Beaton Verrilli , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Helen E White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria L. Steinberg**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**University of Maryland, College Park**    represented by    **Daniel J. Cloherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Beaton Verrilli , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Helen E White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria L. Steinberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**University of Oregon**    represented by    **Daniel J. Cloherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Beaton Verrilli , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Helen E White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Arnold**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria L. Steinberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **University of Pennsylvania** | represented by | **Daniel J. Cloherty** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Beaton Verrilli , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Helen E White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria L. Steinberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **University of Pittsburgh** | represented by | **Daniel J. Cloherty** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Beaton Verrilli , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Helen E White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria L. Steinberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Yale University**                    represented by **Daniel J. Cloherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria L. Steinberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**A Jewish Voice for Peace**           represented by **Bina Ahmad**
Hadsell Stormer Renick & Dai LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103
626−585−9600
Email: bahmad@hadsellstormer.com
*ATTORNEY TO BE NOTICED*

**Rachel L. Weber**
48 Ward Avenue
01060
Northampton, MA 01060
413−325−5431
Email: rweber@rweberlaw.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Conference of Boston Teaching**      represented by **Eric M. Gold**
**Hospital, Inc.**                                     Manatt, Phelps & Phillips

177 Huntington Avenue, Suite 2500
Boston, MA 02115
617−646−1423
Email: egold@manatt.com
*ATTORNEY TO BE NOTICED*

**Martin F Murphy**
Manatt, Phelps & Phillips, LLP
One Beacon Street
Suite 28−200
Boston, MA 02108
617−646−1447
Email: MFMurphy@manatt.com
*ATTORNEY TO BE NOTICED*

**Max A. Jacobs**
Manatt, Phelps & Phillips, LLP
One Beacon Street
Ste 28−200
Boston, MA 02108
617−646−1450
Email: mjacobs@manatt.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Foundation for Individual Rights
and Expression**
510 Walnut Street
Suite 900
Philadelphia, PA 19106
215−717−3473

represented by **Dustin F Hecker**
Hecker ADR LLC
43 Bradford Street
Needham, MA 02492
617−721−5212
Email: dustin.heckeradr@outlook.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**12,041 Harvard Alumni**

represented by **Joel Anderson Fleming**
Equity Litigation Group LLP
1 Washington Mall #1307
Boston, MA 02108
617−388−0622
Email: jfleming@equitylitigation.com
*ATTORNEY TO BE NOTICED*

**Lauren G. Milgroom**
Equity Litigation Group LLP
1 Washington Mall
#1307
Boston, MA 02108
617−475−0039
Email: lmilgroom@equitylitigation.com
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **American University** | represented by | **Daniel J. Cloherty**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Donald Beaton Verrilli , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Helen E White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **Georgetown University** | represented by | **Daniel J. Cloherty**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Donald Beaton Verrilli , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Helen E White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **Stanford University** | represented by | **Daniel J. Cloherty**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Donald Beaton Verrilli , Jr.**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Helen E White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**University of Delaware**                    represented by    **Daniel J. Cloherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Beaton Verrilli , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Helen E White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**University of Denver**                    represented by    **Daniel J. Cloherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Beaton Verrilli , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Helen E White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**University of Maryland, Baltimore**         represented by   **Daniel J. Cloherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Beaton Verrilli , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Helen E White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esthena Barlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Jewish Scholars of Jewish Studies**         represented by   **Yaman Salahi**
Salahi PC
505 Montgomery St.
Ste 11th Floor
San Francisco, CA 94111
415−236−2352
Email: yaman@salahilaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel L. Weber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Amici States**

**Amicus**

**Muslim Legal Fund of America**         represented by   **Christina Jump**
Muslim Legal Fund of America
100 N. Central Expy.
Suite 1010
Richardson, TX 75080

31

972−914−2507
Fax: 972−692−7454
Email: cjump@jump−start−legal.com
*ATTORNEY TO BE NOTICED*

**Mark D. Stern**
Law Offices of Mark D. Stern
Office
34 Liberty Avenue
Somerville, MA 02144
617−776−4020
Fax: 617−776−9250
Email: attorneymarkdstern@comcast.net
*ATTORNEY TO BE NOTICED*

**Amicus**

**Former U.S. Agency Officials**          represented by   **Rebecca Livengood**
Relman Colfax
1225 19th St, N.W.
Suite 600
Washington, DC 20036
202−728−1888
Email: rlivengood@relmanlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tara Ramchandani**
Relman Colfax PLLC
1225 19th Street NW
Suite 600
Washington, DC 20036
202−728−1888
Email: tramchandani@relmanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Kaveh L. Afrasiabi**

**Amicus**

**The Louis D. Brandeis Center for**        represented by   **Douglas S. Brooks**
**Human Rights Under Law**                   Libby Hoopes Brooks & Mulvey, P.C.
260 Franklin Street
Suite 1920
Boston, MA 02110
617−338−9300
Email: dbrooks@lhbmlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Lang**
The Louis D. Brandeis Center for Human
Rights Under Law
1717 Pennsylvania Ave., NW
Suite 1025
Washington, DC 20006
Email: jlang@brandeiscenter.com
*ATTORNEY TO BE NOTICED*

**L. Rachel Lerman**
The Louis D Brandeis Center for Human
Rights Under Law
1717 Pennsylvania Avenue
Suite 1025
Washington, DC 20006
310−498−3414
Email: rlerman@brandeiscenter.com
*ATTORNEY TO BE NOTICED*

**Rebecca L. Harris**
The Louis D. Brandeis Center
1717 Pennsylvania Avenue NW
Suite 1025
Washington, DC 20006
201−328−4953
Email: rharris@brandeiscenter.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**The State of Iowa and 15 other States**    represented by    **Eric H Wessan**
Iowa Department of Justice
Solicitor General
1305 Walnut St.
Des Moines, IA 50319
515−823−9117
Email: eric.wessan@ag.iowa.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathaniel M. Lindzen**
Law Office of Nathaniel Lindzen/SWI
57 School Street
Wayland, MA 01778
212−810−7627
Email: nlindzen@corpfraudlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**    represented by

**National Jewish Advocacy Center, Inc.**

**George W. Vien**
Donnelly, Conroy & Gelhaar, LLP
Suite 1600
260 Franklin Street
Boston, MA 02110
617−720−2880
Fax: 617−720−3554
Email: gwv@dcglaw.com
*ATTORNEY TO BE NOTICED*

**Pietro A. Conte**
Donnelly Conroy & Gelhaar
260 Franklin Street
Suite 1600
Boston, MA 02110
617−720−2880
Email: pac@dcglaw.com
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 04/21/2025 | 1 | COMPLAINT against All Defendants Filing fee: $ 405, receipt number AMADC−10963463 (Fee Status: Filing Fee paid), filed by President and Fellows of Harvard College. (Attachments: # 1 Exhibit A. April 11 Letter to Harvard, # 2 Exhibit B. April 14 Lawyers Letter from Harvard, # 3 Exhibit C. Freeze Order, # 4 Exhibit D. February 27 Letter to Harvard, # 5 Exhibit E. February 28 Press Release, # 6 Exhibit F. March 31 Letter to Harvard, # 7 Exhibit G. March 31 Cover Email, # 8 Exhibit H. April 3 Cover Email, # 9 Exhibit I. April 3 Letter to Harvard, # 10 Civil Cover Sheet, # 11 Category Form, # 12 Supplement Certificate of Related Case)(Lehotsky, Steven) (Entered: 04/21/2025) |
| 04/21/2025 | 2 | CORPORATE DISCLOSURE STATEMENT by President and Fellows of Harvard College. (Lehotsky, Steven) (Entered: 04/21/2025) |
| 04/21/2025 | 3 | NOTICE of Appearance by Jacob Richards on behalf of President and Fellows of Harvard College (Richards, Jacob) (Entered: 04/21/2025) |
| 04/22/2025 | 4 | NOTICE of Appearance by John P. Bueker on behalf of President and Fellows of Harvard College (Bueker, John) (Entered: 04/22/2025) |
| 04/22/2025 | 5 | ELECTRONIC NOTICE of Case Assignment. Judge Allison D. Burroughs assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge M. Page Kelley. (JKK) (Entered: 04/22/2025) |
| 04/22/2025 | 6 | Summons Issued as to Pamela J. Bondi, Stephen Ehikian, Peter B. Hegseth, Robert F. Kennedy, Jr, Linda M McMahon, National Aeronautics and Space Administration, National Institutes of Health, Sethuraman Panchanathan, Janet E. Petro, US Department of Defense, US Department of Education, US Department of Energy, US Department of Health and Human Services, US Department of Justice, US General Services Administration, US National Science Foundation, Christopher A. Wright. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and** |

| | | |
|---|---|---|
| | | **serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (KLM) (Entered: 04/22/2025) |
| 04/22/2025 | 7 | NOTICE of Appearance by Douglas Hallward−Driemeier on behalf of President and Fellows of Harvard College (Hallward−Driemeier, Douglas) (Entered: 04/22/2025) |
| 04/22/2025 | 8 | NOTICE of Appearance by Elena W. Davis on behalf of President and Fellows of Harvard College (Davis, Elena) (Entered: 04/22/2025) |
| 04/23/2025 | 9 | MOTION for Leave to Appear Pro Hac Vice for admission of Scott A. Keller Filing fee: $ 125, receipt number AMADC−10969123 by President and Fellows of Harvard College. (Attachments: # 1 Affidavit of Scott A. Keller)(Lehotsky, Steven) (Entered: 04/23/2025) |
| 04/23/2025 | 10 | MOTION for Leave to Appear Pro Hac Vice for admission of Jonathan F. Cohn Filing fee: $ 125, receipt number AMADC−10969124 by President and Fellows of Harvard College. (Attachments: # 1 Affidavit Jonathan F. Cohn)(Lehotsky, Steven) (Entered: 04/23/2025) |
| 04/23/2025 | 11 | MOTION for Leave to Appear Pro Hac Vice for admission of Katherine C. Yarger Filing fee: $ 125, receipt number AMADC−10969127 by President and Fellows of Harvard College. (Attachments: # 1 Affidavit Katherine C. Yarger)(Lehotsky, Steven) (Entered: 04/23/2025) |
| 04/23/2025 | 12 | MOTION for Leave to Appear Pro Hac Vice for admission of Mary Elizabeth Miller Filing fee: $ 125, receipt number AMADC−10969128 by President and Fellows of Harvard College. (Attachments: # 1 Affidavit Mary Elizabeth Miller)(Lehotsky, Steven) (Entered: 04/23/2025) |
| 04/23/2025 | 13 | MOTION for Leave to Appear Pro Hac Vice for admission of Shannon G. Denmark Filing fee: $ 125, receipt number AMADC−10969129 by President and Fellows of Harvard College. (Attachments: # 1 Affidavit Shannon G. Denmark)(Lehotsky, Steven) (Entered: 04/23/2025) |
| 04/23/2025 | 14 | MOTION for Leave to Appear Pro Hac Vice for admission of Joshua P. Morrow Filing fee: $ 125, receipt number AMADC−10969130 by President and Fellows of Harvard College. (Attachments: # 1 Affidavit Joshua P. Morrow)(Lehotsky, Steven) (Entered: 04/23/2025) |
| 04/23/2025 | 15 | MOTION for Leave to Appear Pro Hac Vice for admission of Danielle K. Goldstein Filing fee: $ 125, receipt number AMADC−10969131 by President and Fellows of Harvard College. (Attachments: # 1 Affidavit Danielle K. Goldstein)(Lehotsky, Steven) (Entered: 04/23/2025) |
| 04/23/2025 | 16 | MOTION for Leave to Appear Pro Hac Vice for admission of William A. Burck Filing fee: $ 125, receipt number AMADC−10969132 by President and Fellows of Harvard College. (Attachments: # 1 Affidavit William A. Burck)(Lehotsky, Steven) (Entered: 04/23/2025) |
| 04/23/2025 | 17 | MOTION for Leave to Appear Pro Hac Vice for admission of Robert K. Hur Filing fee: $ 125, receipt number AMADC−10969133 by President and Fellows of Harvard College. (Attachments: # 1 Affidavit Robert K. Hur)(Lehotsky, Steven) (Entered: 04/23/2025) |
| 04/23/2025 | 18 | NOTICE of Appearance by Joshua S. Levy on behalf of President and Fellows of Harvard College (Levy, Joshua) (Entered: 04/23/2025) |
| 04/23/2025 | 19 | MOTION for Leave to Appear Pro Hac Vice for admission of John Mark Barnes Filing fee: $ 125, receipt number AMADC−10969145 by President and Fellows of Harvard College.(Bueker, John) (Main Document replaced; Additional attachment(s) added on |

| | | |
|---|---|---|
| | | 4/24/2025: # 1 Certification) . Modified on 4/24/2025 to separate Attachment from Main Document pursuant to CM/ECF Administrative Procedures (CAM). (Entered: 04/23/2025) |
| 04/23/2025 | 20 | MOTION for Leave to Appear Pro Hac Vice for admission of Stephen Sencer Filing fee: $ 125, receipt number AMADC−10969147 by President and Fellows of Harvard College.(Bueker, John) (Main Document replaced; Additional attachment(s) added on 4/24/2025: # 1 Certification) . Modified on 4/24/2025 to separate Attachment from Main Document pursuant to CM/ECF Administrative Procedures (CAM). (Entered: 04/23/2025) |
| 04/23/2025 | 21 | MOTION for Status Conference by President and Fellows of Harvard College. (Attachments: # 1 Exhibit A. April 21 Letter to Alex Haas)(Lehotsky, Steven) (Entered: 04/23/2025) |
| 04/24/2025 | 22 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 21 Motion for status conference. (KF) (Entered: 04/24/2025) |
| 04/24/2025 | 23 | ELECTRONIC NOTICE of Hearing. Status Conference set for 4/28/2025 10:30 AM in Courtroom 17 (In person with remote access provided) before Judge Allison D. Burroughs. Although there will be remote access available, the Court prefers that counsel who intend to speak be present in the courtroom if possible. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the courtroom deputy of the session as soon as possible. Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here. (KF) (Entered: 04/24/2025) |
| 04/24/2025 | 24 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered. GRANTING , 9 , 10 , 11 , 12 , 13 , 14 , 15 , 16 , 17 , 19 and 20 Motions for Leave to Appear Pro Hac Vice for admission of Scott A. Keller, Jonathan F. Cohn, Katherine C. Yarger, Mary Elizabeth Miller, Shannon G. Denmark, Joshua P. Morrow, Danielle K. Goldstein, William A. Burck, Robert K. Hur, John Mark Barnes, and Stephen Sencer. **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm. A Notice of Appearance must be entered on the docket by each newly admitted attorney *using their own Pacer credentials.* |

| | | |
|---|---|---|
| | | **Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.**(CAM) (Entered: 04/24/2025) |
| 04/24/2025 | 25 | NOTICE of Appearance by William A. Burck on behalf of President and Fellows of Harvard College (Burck, William) (Entered: 04/24/2025) |
| 04/24/2025 | 26 | NOTICE of Appearance by Anuj K. Khetarpal on behalf of Stephen Ehikian, US Department of Energy, Christopher A. Wright, US National Science Foundation, Sethuraman Panchanathan, US Department of Defense, Peter B. Hegseth, National Aeronautics and Space Administration, Janet E. Petro, US Department of Health and Human Services, National Institutes of Health, Robert F. Kennedy, Jr, US Department of Justice, Pamela J. Bondi, US Department of Education, Linda M McMahon, US General Services Administration (Khetarpal, Anuj) (Entered: 04/24/2025) |
| 04/25/2025 | 27 | NOTICE of Appearance by Robert Hur on behalf of President and Fellows of Harvard College (Hur, Robert) (Entered: 04/25/2025) |
| 04/25/2025 | 28 | NOTICE of Appearance by Stephen Sencer on behalf of President and Fellows of Harvard College (Sencer, Stephen) (Entered: 04/25/2025) |
| 04/25/2025 | 29 | NOTICE of Appearance by John Mark Barnes on behalf of President and Fellows of Harvard College (Barnes, John) (Entered: 04/25/2025) |
| 04/25/2025 | 30 | NOTICE of Appearance by Abhishek Kambli on behalf of US Department of Health and Human Services (Kambli, Abhishek) (Entered: 04/25/2025) |
| 04/25/2025 | 31 | NOTICE of Appearance by Scott Allen Keller on behalf of President and Fellows of Harvard College (Keller, Scott) (Entered: 04/25/2025) |
| 04/25/2025 | 32 | NOTICE of Appearance by Jonathan F. Cohn on behalf of President and Fellows of Harvard College (Cohn, Jonathan) (Entered: 04/25/2025) |
| 04/25/2025 | 33 | NOTICE of Appearance by Katherine Yarger on behalf of President and Fellows of Harvard College (Yarger, Katherine) (Entered: 04/25/2025) |
| 04/25/2025 | 34 | NOTICE of Appearance by Mary Elizabeth Miller on behalf of President and Fellows of Harvard College (Miller, Mary) (Entered: 04/25/2025) |
| 04/25/2025 | 35 | NOTICE of Appearance by Shannon Grammel Denmark on behalf of President and Fellows of Harvard College (Denmark, Shannon) (Entered: 04/25/2025) |
| 04/25/2025 | 36 | NOTICE of Appearance by Joshua Paul Morrow on behalf of President and Fellows of Harvard College (Morrow, Joshua) (Entered: 04/25/2025) |
| 04/25/2025 | 37 | NOTICE of Appearance by Ryan Underwood on behalf of Stephen Ehikian, US Department of Energy, Christopher A. Wright, US National Science Foundation, Sethuraman Panchanathan, US Department of Defense, Peter B. Hegseth, National Aeronautics and Space Administration, Janet E. Petro, President and Fellows of Harvard College, US Department of Health and Human Services, National Institutes of Health, Robert F. Kennedy, Jr, US Department of Justice, Pamela J. Bondi, US Department of Education, Linda M McMahon, US General Services Administration (Underwood, Ryan) (Entered: 04/25/2025) |
| 04/25/2025 | 38 | NOTICE of Appearance by Eitan Sirkovich on behalf of Stephen Ehikian, US Department of Energy, Christopher A. Wright, US National Science Foundation, Sethuraman |

| | | |
|---|---|---|
| | | Panchanathan, US Department of Defense, Peter B. Hegseth, National Aeronautics and Space Administration, Janet E. Petro, US Department of Health and Human Services, National Institutes of Health, Robert F. Kennedy, Jr, US Department of Justice, Pamela J. Bondi, US Department of Education, Linda M McMahon, US General Services Administration (Sirkovich, Eitan) (Entered: 04/25/2025) |
| 04/25/2025 | 39 | SUMMONS Returned Executed by President and Fellows of Harvard College. (Bueker, John) (Entered: 04/25/2025) |
| 04/25/2025 | 40 | SUMMONS Returned Executed as to US Attorney by President and Fellows of Harvard College. All Defendants. (Bueker, John) (Entered: 04/25/2025) |
| 04/28/2025 | 41 | MOTION for Leave to File Amicus Curiae Brief. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(CAM) (Entered: 04/28/2025) |
| 04/28/2025 | 42 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Status Conference held on 4/28/2025. Parties would like to go straight to summary judgment and have an agreed upon briefing schedule. Administrative record by 5/19/25, Motion for SJ filed by 6/2/25, amicus briefs by 6/9/25, govt. opposition and cross motions by 6/16/25, amicus briefs 6/23/25, plaintiff's opposition/reply 6/30/25, govt. reply briefs 7/14/25. Hearing on the motion will be 7/21/25 at 9:30 a.m. Related case will have until 5/5/25 to amend complaint and will follow the same briefing schedule. Scheduling Order to issue. (Court Reporter: Kelly Mortellite at mortellite@gmail.com.) (KF) (Entered: 04/28/2025) |
| 04/28/2025 | 43 | ELECTRONIC NOTICE of Hearing.Motion Hearing set for 7/21/2025 09:30 AM in Courtroom 17 (In person only) before Judge Allison D. Burroughs. (KF) (Entered: 04/28/2025) |
| 04/28/2025 | 44 | NOTICE of Appearance by Danielle Kerker Goldstein on behalf of President and Fellows of Harvard College (Goldstein, Danielle) (Entered: 04/28/2025) |
| 04/29/2025 | 45 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered. For substantially the same reasons as articulated in American Association of University Professors − Harvard Faculty Chapter et al v. United States Department of Justice et al, 25−cv−10910, [ECF No. 47 ], [ECF No. 41 ] is DENIED. (CAM) (Entered: 04/29/2025) |
| 04/29/2025 | 46 | Copy re 45 Order on Motion for Leave to File Amicus Brief, emailed to pietzreceipts@gmail.com on 4/29/2025. (CAM) (Entered: 04/29/2025) |
| 04/29/2025 | 47 | Judge Allison D. Burroughs: ORDER entered. Following the Status Conference held on April 28, 2025, the Court adopts the parties&rsquo; agreed−upon expedited briefing schedule: Production of the Administrative Record: May 19, 2025 Plaintiffs&rsquo; Summary Judgment Motion: June 2, 2025 Amicus Briefs in support of Plaintiffs: June 9, 2025 Defendants&rsquo; Opposition/Cross Motion/Motion to Dismiss: June 16, 2025 Amicus Briefs in support of Defendants: June 23, 2025 Plaintiffs&rsquo; Reply/Opposition: June 30, 2025 |

| | | |
|---|---|---|
| | | Defendants&rsquo; Reply: July 14, 2025 |
| | | Oral Argument: July 21, 2025, at 9:30 AM. |
| | | The total page limit for each party shall not exceed 80 pages. Permission to file amicus briefs must be sought and obtained prior to filing. Any amicus briefs allowed by the Court may not exceed 10 pages. |
| | | The same briefing schedule is adopted in the related case American Association of University Professors−Harvard Faculty Chapter et al. v. United States Department of Justice et al. (25−cv−10910). Plaintiffs in the related case may file an Amended Complaint by May 5, 2025. |
| | | (CAM) (Entered: 04/29/2025) |
| 04/29/2025 | 48 | MOTION to Intervene filed by John Doe. (Attachments: # 1 Cover Letter)(CAM) (Entered: 04/29/2025) |
| 04/29/2025 | 49 | Proposed Intervenor John Doe's MOTION to Proceed Under Pseudonym. (Attachments: # 1 Text of Proposed Order)(CAM) (Entered: 04/29/2025) |
| 04/29/2025 | 50 | Proposed Intervenor John Doe's MOTION for Order to to Show Cause why Defendants may act on behalf of the United States. (CAM) (Entered: 04/29/2025) |
| 04/30/2025 | 51 | Proposed Intervenor's Emergency MOTION for Temporary Restraining Order. (Attachments: # 1 Appendix A, # 2 Text of Proposed Order)(CAM) (Entered: 04/30/2025) |
| 04/30/2025 | 52 | SEALED Letter/request (non−motion) from John Doe. (Attachments: # 1 Signature Page − filed provisionally under seal)(CAM) (Entered: 04/30/2025) |
| 04/30/2025 | 53 | Judge Allison D. Burroughs: ORDER entered. MEMORANDUM AND ORDER Denying John Doe's Motion to Intervene. <br><br> Here, the Court does not believe that allowing John Doe to intervene will be helpful, constructive, or protective of an otherwise unrepresented interest. Therefore, the motion to intervene, [ECF No. 48 ], is DENIED, and related motions [ECF No. 49 ] and [ECF No. 50 ] are DENIED as moot. <br><br> **SO ORDERED.** <br><br> (CAM) (Entered: 04/30/2025) |
| 05/01/2025 | 54 | Transcript of Status Conference held on April 28, 2025, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Kelly Mortellite at mortellite@gmail.com. Redaction Request due 5/22/2025. Redacted Transcript Deadline set for 6/2/2025. Release of Transcript Restriction set for 7/30/2025. (DRK) (Entered: 05/01/2025) |
| 05/01/2025 | 55 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 05/01/2025) |
| 05/01/2025 | 56 | |

| | | |
|---|---|---|
| | | Judge Allison D. Burroughs: ELECTRONIC ORDER entered. Pursuant to ECF No. 53 , ECF No. 51 is DENIED as moot. As a non−party, John Doe may not seek a temporary restraining order. (CAM) (Entered: 05/01/2025) |
| 05/06/2025 | 57 | MOTION for Reconsideration re 53 Memorandum & ORDER On Motion to Intervene filed by Proposed Intervenor John Doe. (Attachments: # 1 Cover Letter)(CAM) (Additional attachment(s) added on 5/6/2025: # 2 Signature Page − Filed Provisionally Under Seal) (CAM). (Entered: 05/06/2025) |
| 05/07/2025 | 58 | Judge Allison D. Burroughs: ELECTRONIC ORDER ENTERED. John Doe's motion for reconsideration, [ECF No. 57 ], is DENIED. As articulated in the Court's prior order, [ECF No. 53 ], John Doe has not established that his interests in the action are different from or not adequately represented by the existing parties. Accordingly, the motion is DENIED. (CAM) (Entered: 05/07/2025) |
| 05/13/2025 | 59 | AMENDED COMPLAINT against All Defendants, filed by President and Fellows of Harvard College. (Attachments: # 1 Exhibit A. April 11 Letter, # 2 Exhibit B. April 14 Lawyers Letter, # 3 Exhibit C. April 14 Freeze Order, # 4 Exhibit D. May 5 Education Letter, # 5 Exhibit E. May 6 NIH Letter, # 6 Exhibit F. May 9 USDA Letter, # 7 Exhibit G. May 12 Energy Letter, # 8 Exhibit H. May 12 DoD Letter, # 9 Exhibit I. May 12 NSF Letter, # 10 Exhibit J. May 12 HUD Letter, # 11 Exhibit K. February 27 Letter, # 12 Exhibit L. February 28 Press Release, # 13 Exhibit M. March 31 Letter, # 14 Exhibit N. March 31 Cover Email, # 15 Exhibit O. April 3 Cover Email, # 16 Exhibit P. April 3 Letter)(Lehotsky, Steven) (Entered: 05/13/2025) |
| 05/16/2025 | 60 | Joint MOTION to Stay *Defendants' Deadline to File Answer or Otherwise Respond to First Amended Complaint* by President and Fellows of Harvard College.(Lehotsky, Steven) (Entered: 05/16/2025) |
| 05/19/2025 | 61 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered GRANTING 60 Joint Motion to Stay to Stay Deadline to Answer or Otherwise Respond. (CAM) (Entered: 05/19/2025) |
| 05/19/2025 | 62 | Consent MOTION for Extension of Time to May 20, 2025 to Produce USDA's Portion of the Administrative Record by Pamela J. Bondi, Stephen Ehikian, Peter B. Hegseth, Robert F. Kennedy, Jr, Linda M McMahon, National Aeronautics and Space Administration, National Institutes of Health, Sethuraman Panchanathan, Janet E. Petro, Brooke L. Rollins, Scott Turner, US Department of Agriculture, US Department of Defense, US Department of Education, US Department of Energy, US Department of Health and Human Services, US Department of Housing and Urban Development, US Department of Justice, US General Services Administration, US National Science Foundation, Christopher A. Wright.(Sirkovich, Eitan) (Entered: 05/19/2025) |
| 05/19/2025 | 63 | NOTICE by Pamela J. Bondi, Stephen Ehikian, Peter B. Hegseth, Robert F. Kennedy, Jr, Linda M McMahon, National Aeronautics and Space Administration, National Institutes of Health, Sethuraman Panchanathan, Janet E. Petro, Brooke L. Rollins, Scott Turner, US Department of Agriculture, US Department of Defense, US Department of Education, US Department of Energy, US Department of Health and Human Services, US Department of Housing and Urban Development, US Department of Justice, US General Services Administration, US National Science Foundation, Christopher A. Wright *Notice of Production of Administrative Record* (Sirkovich, Eitan) (Entered: 05/19/2025) |
| 05/20/2025 | 64 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered GRANTING 62 Consent Motion for Extension of Time to May 20, 2025 to Produce USDA's Portion of the Administrative Record. (CAM) (Entered: 05/20/2025) |

| 05/20/2025 | 65 | NOTICE by Pamela J. Bondi, Stephen Ehikian, Peter B. Hegseth, Robert F. Kennedy, Jr, Linda M McMahon, National Aeronautics and Space Administration, National Institutes of Health, Sethuraman Panchanathan, Janet E. Petro, Brooke L. Rollins, Scott Turner, US Department of Agriculture, US Department of Defense, US Department of Education, US Department of Energy, US Department of Health and Human Services, US Department of Housing and Urban Development, US Department of Justice, US General Services Administration, US National Science Foundation, Christopher A. Wright *Second Notice of Production of Administrative Record* (Sirkovich, Eitan) (Entered: 05/20/2025) |
|---|---|---|
| 05/22/2025 | 66 | Summons Issued as to Brooke L. Rollins, Scott Turner, US Department of Agriculture, US Department of Housing and Urban Development. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (CAM) (Entered: 05/22/2025) |
| 05/28/2025 | 67 | SUMMONS Returned Executed by President and Fellows of Harvard College. (Bueker, John) (Entered: 05/28/2025) |
| 05/30/2025 | 68 | NOTICE by Pamela J. Bondi, Stephen Ehikian, Peter B. Hegseth, Robert F. Kennedy, Jr, Linda M McMahon, National Aeronautics and Space Administration, National Institutes of Health, Sethuraman Panchanathan, Janet E. Petro, Brooke L. Rollins, Scott Turner, US Department of Agriculture, US Department of Defense, US Department of Education, US Department of Energy, US Department of Health and Human Services, US Department of Housing and Urban Development, US Department of Justice, US General Services Administration, US National Science Foundation, Christopher A. Wright *Notice of Supplementation of Administrative Record* (Sirkovich, Eitan) (Entered: 05/30/2025) |
| 06/02/2025 | 69 | MOTION for Summary Judgment by President and Fellows of Harvard College. (Attachments: # 1 Text of Proposed Order)(Lehotsky, Steven) (Entered: 06/02/2025) |
| 06/02/2025 | 70 | MEMORANDUM in Support re 69 MOTION for Summary Judgment filed by President and Fellows of Harvard College. (Lehotsky, Steven) (Entered: 06/02/2025) |
| 06/02/2025 | 71 | Statement of Material Facts L.R. 56.1 re 69 MOTION for Summary Judgment filed by President and Fellows of Harvard College. (Lehotsky, Steven) (Entered: 06/02/2025) |
| 06/02/2025 | 72 | DECLARATION re 69 MOTION for Summary Judgment *[John Shaw]* by President and Fellows of Harvard College. (Lehotsky, Steven) (Entered: 06/02/2025) |
| 06/02/2025 | 73 | DECLARATION re 69 MOTION for Summary Judgment *[Peggy Newell]* by President and Fellows of Harvard College. (Lehotsky, Steven) (Entered: 06/02/2025) |
| 06/02/2025 | 74 | DECLARATION re 69 MOTION for Summary Judgment *[Steven P. Lehotsky]* by President and Fellows of Harvard College. (Attachments: # 1 Exhibit 1. Cover E−mail to March 31, 2025 Letter to Alan M. Garber, # 2 Exhibit 2. April 11, 2025 Letter from Harmeet K. Dhillon to Jennifer OConnor, # 3 Exhibit 3. May 12, 2025 Letter from Alan M. Garber to Linda E. McMahon, # 4 Exhibit 4. May 22, 2025 Revocation of Harvards Student and Exchange Visitor Program Certification, # 5 Exhibit 5. May 12, 2025 Termination Letter from Department of Commerce, # 6 Exhibit 6. May 19, 2025 Termination Letter from Centers for Disease Control and Prevention, # 7 Exhibit 7. May 27, 2025 Letter from General Services Administration)(Lehotsky, Steven) (Attachment 1 replaced with flattened PDF on 6/3/2025) (CAM). (Entered: 06/02/2025) |
| 06/04/2025 | 75 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Gregory F Noonan on behalf of American Council on Education (Noonan, Gregory) (Entered: 06/04/2025) |
| 06/04/2025 | 76 | NOTICE of Appearance by Kayla Ghantous on behalf of American Council on Education (Ghantous, Kayla) (Entered: 06/04/2025) |
| 06/04/2025 | 77 | MOTION for Leave to Appear Pro Hac Vice for admission of Stephanie J. Gold Filing fee: $ 125, receipt number AMADC−11049067 by American Council on Education. (Attachments: # 1 Certification of Stephanie J. Gold)(Noonan, Gregory) (Entered: 06/04/2025) |
| 06/04/2025 | 78 | MOTION for Leave to Appear Pro Hac Vice for admission of Jessica L. Ellsworth Filing fee: $ 125, receipt number AMADC−11049069 by American Council on Education. (Attachments: # 1 Certification of Jessica L. Ellsworth)(Noonan, Gregory) (Entered: 06/04/2025) |
| 06/04/2025 | 79 | MOTION for Leave to Appear Pro Hac Vice for admission of Reedy C. Swanson Filing fee: $ 125, receipt number AMADC−11049070 by American Council on Education. (Attachments: # 1 Certification of Reedy C. Swanson)(Noonan, Gregory) (Entered: 06/04/2025) |
| 06/04/2025 | 80 | MOTION for Leave to File *a Brief Amicus Curiae* by American Council on Education.(Noonan, Gregory) (Entered: 06/04/2025) |
| 06/05/2025 | 81 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 77 Motion for Leave to Appear Pro Hac Vice of Stephanie J. Gold.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>**Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.**(CAM) (Entered: 06/05/2025) |
| 06/05/2025 | 82 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 78 Motion for Leave to Appear Pro Hac Vice Added Jessica L. Ellsworth.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account. |

| | | |
|---|---|---|
| | | **Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.** (CAM) (Entered: 06/05/2025) |
| 06/05/2025 | 83 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 79 Motion for Leave to Appear Pro Hac Vice of Reedy C. Swanson. <br><br> **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** <br><br> Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm. <br><br> A Notice of Appearance must be entered on the docket by the newly admitted attorney. <br><br> **Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.**(CAM) (Entered: 06/05/2025) |
| 06/05/2025 | 84 | NOTICE of Appearance by Ragini N. Shah on behalf of Palestine Solidarity Committee (Shah, Ragini) (Entered: 06/05/2025) |
| 06/05/2025 | 85 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered GRANTING 80 Motion for Leave to File *a Brief Amicus Curaie* ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (CAM) (Entered: 06/05/2025) |
| 06/05/2025 | 86 | Assented to MOTION for Leave to File *Amicus Brief* by Palestine Solidarity Committee.(Shah, Ragini) (Entered: 06/05/2025) |
| 06/05/2025 | 87 | MOTION to Correct 86 Assented to MOTION for Leave to File *Amicus Brief* by Palestine Solidarity Committee. (Attachments: # 1 Corrected Motion for Leave to File Amicus Brief)(Shah, Ragini) (Entered: 06/05/2025) |
| 06/05/2025 | 88 | MOTION for Leave to File *Amicus Brief in Support of Plaintiff's Motion for Summary Judgment* by American Civil Liberties Union, American Civil Liberties Union of Massachusetts, Cato Institute, Electronic Frontier Foundation, Knight First Amendment Institute at Columbia University, National Coalition Against Censorship, Reporters Committee for Freedom of the Press, Rutherford Institute. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Motion for Leave to File Amicus Brief)(Segal, Matthew) (Entered: 06/05/2025) |
| 06/05/2025 | 89 | MOTION for Leave to Appear Pro Hac Vice for admission of Dylan Saba Filing fee: $ 125, receipt number AMADC−11051632 by Palestine Solidarity Committee. (Attachments: # 1 Accompanying Certificate of Dylan Saba, Esq in support of Motion to Admit Pro Hac Vice)(Shah, Ragini) (Entered: 06/05/2025) |
| 06/05/2025 | 90 | |

| | | |
|---|---|---|
| | | MOTION for Leave to Appear Pro Hac Vice for admission of Radhika Sainath Filing fee: $ 125, receipt number AMADC−11051643 by Palestine Solidarity Committee. (Attachments: # 1 Accompanying Certificate of Radhika Sainath, Esq in support of Motion to Admit Pro Hac Vice)(Shah, Ragini) (Entered: 06/05/2025) |
| 06/06/2025 | 91 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered finding as moot 86 Motion ; GRANTING 87 Motion for Leave to File Amicus Brief by Palestine Solidarity Committee; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. Modified to add further instructions on 6/6/2025 (CAM). (Entered: 06/06/2025) |
| 06/06/2025 | 92 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered GRANTING 88 Motion Amicus Brief in Support of Plaintiff's Motion for Summary Judgment by American Civil Liberties Union, American Civil Liberties Union of Massachusetts, Cato Institute, Electronic Frontier Foundation, Knight First Amendment Institute at Columbia University, National Coalition Against Censorship, Reporters Committee for Freedom of the Press, Rutherford Institute. ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (CAM) (Entered: 06/06/2025) |
| 06/06/2025 | 93 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 89 Motion for Leave to Appear Pro Hac Vice of Dylan Saba.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>**Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.** (CAM) (Entered: 06/06/2025) |
| 06/06/2025 | 94 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 90 Motion for Leave to Appear Pro Hac Vice of Radhika Sainath.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** |

|  |  | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>**Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.**(CAM) (Entered: 06/06/2025) |
| 06/06/2025 | 95 | NOTICE of Appearance by Corey Sullivan Martin on behalf of Middle East Studies Association of North America, Inc. (Martin, Corey) (Entered: 06/06/2025) |
| 06/06/2025 | 96 | CORPORATE DISCLOSURE STATEMENT by Middle East Studies Association of North America, Inc.. (Martin, Corey) (Entered: 06/06/2025) |
| 06/06/2025 | 97 | First MOTION for Leave to Appear Pro Hac Vice for admission of Darryl Li Filing fee: $ 125, receipt number AMADC−11052808 by Middle East Studies Association of North America, Inc.. (Attachments: # 1 Exhibit Certificate of Attorney Li)(Martin, Corey) (Entered: 06/06/2025) |
| 06/06/2025 | 98 | First MOTION for Leave to File *Amicus Brief in Support of Plaintiff's Motion for Summary Judgment* by Middle East Studies Association of North America, Inc..(Martin, Corey) (Entered: 06/06/2025) |
| 06/06/2025 | 99 | NOTICE of Appearance by Anna E. Lumelsky on behalf of COMMONWEALTH OF MASSACHUSETTS (Lumelsky, Anna) (Entered: 06/06/2025) |
| 06/06/2025 | 100 | Assented to MOTION for Leave to File *Amicus Brief* by COMMONWEALTH OF MASSACHUSETTS.(Lumelsky, Anna) (Entered: 06/06/2025) |
| 06/06/2025 | 101 | NOTICE of Appearance by Jocelyn Baker Jones on behalf of Columbia Alumni for Academic Freedom (Jones, Jocelyn) (Entered: 06/06/2025) |
| 06/06/2025 | 102 | MOTION for Leave to Appear Pro Hac Vice for admission of Sean H. Donahue Filing fee: $ 125, receipt number AMADC−11053191 by Columbia Alumni for Academic Freedom.(Jones, Jocelyn) (Entered: 06/06/2025) |
| 06/06/2025 | 103 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 97 Motion for Leave to Appear Pro Hac Vice of Darryl Li.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>**Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for** |

| | | any hearings or conferences, unless expressly excused by the Court for good cause.(CAM) (Entered: 06/06/2025) |
|---|---|---|
| 06/06/2025 | 104 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered GRANTING 98 Motion for Leave to File Amicus Brief in Support of Plaintiff's Motion for Summary Judgment by Middle East Studies Association of North America, Inc. ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (CAM) (Entered: 06/06/2025) |
| 06/06/2025 | 105 | DECLARATION re 102 MOTION for Leave to Appear Pro Hac Vice for admission of Sean H. Donahue Filing fee: $ 125, receipt number AMADC−11053191 by Columbia Alumni for Academic Freedom. (Jones, Jocelyn) (Entered: 06/06/2025) |
| 06/06/2025 | 106 | MOTION for Leave to File *Brief Amicus Curiae* by Columbia Alumni for Academic Freedom.(Jones, Jocelyn) (Entered: 06/06/2025) |
| 06/06/2025 | 107 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered GRANTING 100 Assented−to Motion for Leave to File Amicus Brief by Commonwealth of Massachusetts. ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (CAM) (Entered: 06/06/2025) |
| 06/06/2025 | 108 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered GRANTING 106 Motion for Leave to File Brief Amicus Curiae by Columbia Alumni for Academic Freedom ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (CAM) (Entered: 06/06/2025) |
| 06/06/2025 | 109 | NOTICE of Appearance by Daniel J. Cloherty on behalf of California Institute of Technology, Boston University, Brown University, Colorado State University, Dartmouth College, Johns Hopkins University, Massachusetts Institute of Technology, Michigan State University, Oregon State University, Princeton University, Rice University, Rutgers University, Tufts University, University of Maryland, College Park, University of Oregon, University of Pennsylvania, University of Pittsburgh, Yale University (Cloherty, Daniel) (Entered: 06/06/2025) |
| 06/06/2025 | 110 | NOTICE of Appearance by Victoria L. Steinberg on behalf of Boston University, Brown University, California Institute of Technology, Colorado State University, Dartmouth College, Johns Hopkins University, Massachusetts Institute of Technology, Michigan State University, Oregon State University, Princeton University, Rice University, Rutgers University, Tufts University, University of Maryland, College Park, University of Oregon, University of Pennsylvania, University of Pittsburgh, Yale University (Steinberg, Victoria) (Entered: 06/06/2025) |
| 06/06/2025 | 111 | NOTICE of Appearance by Alexandra Arnold on behalf of Boston University, Brown University, California Institute of Technology, Colorado State University, Dartmouth College, Johns Hopkins University, Massachusetts Institute of Technology, Michigan State University, Oregon State University, Princeton University, Rice University, Rutgers University, Tufts University, University of Maryland, College Park, University of Oregon, University of Pennsylvania, University of Pittsburgh, Yale University (Arnold, Alexandra) (Entered: 06/06/2025) |

| 06/06/2025 | 112 | Assented to MOTION for Leave to File *Amicus Brief* by Boston University, Brown University, California Institute of Technology, Colorado State University, Dartmouth College, Johns Hopkins University, Massachusetts Institute of Technology, Michigan State University, Oregon State University, Princeton University, Rice University, Rutgers University, Tufts University, University of Maryland, College Park, University of Oregon, University of Pennsylvania, University of Pittsburgh, Yale University.(Cloherty, Daniel) (Entered: 06/06/2025) |
|---|---|---|
| 06/06/2025 | 113 | NOTICE of Appearance by Rachel L. Weber on behalf of A Jewish Voice for Peace (Weber, Rachel) (Entered: 06/06/2025) |
| 06/06/2025 | 114 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered GRANTING 112 Motion for Leave to File Amicus Brief by Boston University et al. ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (CAM) (Entered: 06/06/2025) |
| 06/06/2025 | 115 | NOTICE of Appearance by Martin F Murphy on behalf of Conference of Boston Teaching Hospital, Inc. (Murphy, Martin) (Entered: 06/06/2025) |
| 06/06/2025 | 116 | NOTICE of Appearance by Max A. Jacobs on behalf of Conference of Boston Teaching Hospital, Inc. (Jacobs, Max) (Entered: 06/06/2025) |
| 06/06/2025 | 117 | NOTICE of Appearance by Eric M. Gold on behalf of Conference of Boston Teaching Hospital, Inc. (Gold, Eric) (Entered: 06/06/2025) |
| 06/06/2025 | 118 | Assented to MOTION for Leave to File *Memorandum as Amicus Curiae* by Conference of Boston Teaching Hospital, Inc.. (Attachments: # 1 Exhibit A Proposed Amicus Memorandum)(Gold, Eric) (Entered: 06/06/2025) |
| 06/06/2025 | 119 | First MOTION for Leave to Appear Pro Hac Vice for admission of Bina Ahmad Filing fee: $ 125, receipt number AMADC−11054643 by A Jewish Voice for Peace.(Weber, Rachel) (Additional attachment(s) added on 6/9/2025: # 1 Certificate of Bina Ahmad) (CAM). (Main Document 119 replaced 6/9/2025) (CAM). (Entered: 06/06/2025) |
| 06/06/2025 | 120 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered GRANTING 118 Motion for Leave to File Memorandum as Amicus Curiae by Conference of Boston Teaching Hospital, Inc. ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (CAM) (Entered: 06/06/2025) |
| 06/07/2025 | 121 | NOTICE of Appearance by Darryl Li on behalf of Middle East Studies Association of North America, Inc. (Li, Darryl) (Entered: 06/07/2025) |
| 06/09/2025 | 122 | NOTICE of Appearance by Dustin F Hecker on behalf of Foundation for Individual Rights and Expression (Hecker, Dustin) (Entered: 06/09/2025) |
| 06/09/2025 | 123 | AMICUS BRIEF filed by Conference of Boston Teaching Hospital, Inc. *in Support of Plaintiff's Motion for Summary Judgment*. (Gold, Eric) (Entered: 06/09/2025) |
| 06/09/2025 | 124 | AMICUS BRIEF filed by Columbia Alumni for Academic Freedom . (Jones, Jocelyn) (Entered: 06/09/2025) |
| 06/09/2025 | 125 | |

| | | |
|---|---|---|
| | | MOTION for Leave to File *Amicus Brief* by Foundation for Individual Rights and Expression. (Attachments: # 1 Exhibit [Proposed] Amicus Brief)(Hecker, Dustin) (Entered: 06/09/2025) |
| 06/09/2025 | 126 | Amicus Curiae APPEARANCE entered by Lauren G. Milgroom on behalf of 12,041 Harvard Alumni. (Milgroom, Lauren) (Entered: 06/09/2025) |
| 06/09/2025 | 127 | Assented to MOTION for Leave to File *Amicus Brief in Support of Plaintiff's Motion for Summary Judgment* by 12,041 Harvard Alumni. (Attachments: # 1 [Proposed] Brief of Amici Curiae 12,041 Harvard Alumni, # 2 Affidavit Names, Degrees, and Years of Graduation of 12,041 Harvard Alumni)(Milgroom, Lauren) (Entered: 06/09/2025) |
| 06/09/2025 | 128 | Supplemental MOTION for Leave to File *Amicus Brief* by Boston University, Brown University, California Institute of Technology, Colorado State University, Dartmouth College, Johns Hopkins University, Massachusetts Institute of Technology, Michigan State University, Oregon State University, Princeton University, Rice University, Rutgers University, Tufts University, University of Maryland, College Park, University of Oregon, University of Pennsylvania, University of Pittsburgh, Yale University, American University, Georgetown University, Stanford University, University of Delaware, University of Denver, University of Maryland, Baltimore.(Cloherty, Daniel) (Entered: 06/09/2025) |
| 06/09/2025 | 129 | NOTICE of Appearance by Joel Anderson Fleming on behalf of 12,041 Harvard Alumni (Fleming, Joel) (Entered: 06/09/2025) |
| 06/09/2025 | 130 | NOTICE of Appearance by Dylan Saba on behalf of Palestine Solidarity Committee (Saba, Dylan) (Entered: 06/09/2025) |
| 06/09/2025 | 131 | NOTICE of Appearance by Radhika Sainath on behalf of Palestine Solidarity Committee (Sainath, Radhika) (Entered: 06/09/2025) |
| 06/09/2025 | 132 | AMICUS BRIEF filed by Harvard Undergraduate Palestine Solidarity Committee. (Sainath, Radhika) Modified to correct filer name as updated on docket at request of counsel on 6/9/2025 (CAM). (Entered: 06/09/2025) |
| 06/09/2025 | 133 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 119 Motion for Leave to Appear Pro Hac Vice of Bina Ahmad.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>**Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.**(CAM) (Entered: 06/09/2025) |
| 06/09/2025 | 134 | |

| | | |
|---|---|---|
| | | MOTION for Leave to File *Amicus Curiae Brief* by A Jewish Voice for Peace. (Attachments: # 1 Exhibit Amicus Curiae Brief, # 2 Affidavit Declaration of Stefanie Fox)(Weber, Rachel) (Entered: 06/09/2025) |
| 06/09/2025 | 135 | NOTICE of Appearance by Rachel L. Weber on behalf of Jewish Scholars of Jewish Studies (Weber, Rachel) (Entered: 06/09/2025) |
| 06/09/2025 | 136 | MOTION for Leave to Appear Pro Hac Vice for admission of Yaman Salahi Filing fee: $ 125, receipt number AMADC−11057403 by Jewish Scholars of Jewish Studies. (Attachments: # 1 Decl. of Yaman Salahi ISO Mot. to Appear Pro Hac Vice)(Weber, Rachel) (Entered: 06/09/2025) |
| 06/09/2025 | 137 | AMICUS BRIEF filed by Amici States *Massachusetts, California, Colorado, Connecticut, Delaware, the District of Columbia, Hawai'i, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, Washington, and Wisconsin (leave to file granted on June 6, 2025).* (Lumelsky, Anna) (Entered: 06/09/2025) |
| 06/09/2025 | 138 | NOTICE of Appearance by Bina Ahmad on behalf of A Jewish Voice for Peace (Ahmad, Bina) (Entered: 06/09/2025) |
| 06/09/2025 | 139 | MOTION for Leave to File *Amicus Curiae Brief* by Jewish Scholars of Jewish Studies. (Attachments: # 1 Proposed Amicus Curiae Brief for Jewish Scholars of Jewish Studies)(Weber, Rachel) (Entered: 06/09/2025) |
| 06/09/2025 | 140 | NOTICE of Appearance by Jessie J. Rossman on behalf of American Civil Liberties Union, American Civil Liberties Union of Massachusetts, Cato Institute, Electronic Frontier Foundation, Knight First Amendment Institute at Columbia University, National Coalition Against Censorship, Reporters Committee for Freedom of the Press, Rutherford Institute (Rossman, Jessie) (Entered: 06/09/2025) |
| 06/09/2025 | 141 | NOTICE of Appearance by Rachel Davidson on behalf of American Civil Liberties Union, American Civil Liberties Union of Massachusetts, Cato Institute, Electronic Frontier Foundation, Knight First Amendment Institute at Columbia University, National Coalition Against Censorship, Reporters Committee for Freedom of the Press, Rutherford Institute (Davidson, Rachel) (Entered: 06/09/2025) |
| 06/09/2025 | 142 | AMICUS BRIEF filed by American Civil Liberties Union, American Civil Liberties Union of Massachusetts, Cato Institute, Electronic Frontier Foundation, Knight First Amendment Institute at Columbia University, National Coalition Against Censorship, Reporters Committee for Freedom of the Press, Rutherford Institute . (Rossman, Jessie) (Entered: 06/09/2025) |
| 06/09/2025 | 143 | AMICUS BRIEF filed by American Council on Education *and 27 other amici*. (Noonan, Gregory) (Entered: 06/09/2025) |
| 06/09/2025 | 144 | MOTION for Leave to File *Amicus Brief* by Muslim Legal Fund of America. (Attachments: # 1 Exhibit Proposed Brief)(Stern, Mark) (Entered: 06/09/2025) |
| 06/09/2025 | 145 | MOTION for Leave to Appear Pro Hac Vice of Christina A. Jump by Muslim Legal Fund of America. (Attachments: # 1 Affidavit Declaration)(Stern, Mark) Modified to add name of attorney on 6/9/2025 (CAM). (Entered: 06/09/2025) |
| 06/09/2025 | 146 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered GRANTING 125 , 127 , 128 , 134 and 139 Motions for Leave to File Amicus Briefs ; Counsel using the Electronic Case Filing System should now file the documents for which leave to file has been granted in |

| | | |
|---|---|---|
| | | accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (CAM) (Entered: 06/09/2025) |
| 06/09/2025 | 147 | AMICUS BRIEF filed by 12,041 Harvard Alumni *in support of Plaintiff's Motion for Summary Judgment*. (Milgroom, Lauren) (Entered: 06/09/2025) |
| 06/09/2025 | 148 | AMICUS BRIEF filed by American University, Boston University, Brown University, California Institute of Technology, Colorado State University, Dartmouth College, Georgetown University, Johns Hopkins University, Massachusetts Institute of Technology, Michigan State University, Oregon State University, Princeton University, Rice University, Rutgers University, Stanford University, Tufts University, University of Delaware, University of Denver, University of Maryland, Baltimore, University of Maryland, College Park, University of Oregon, University of Pennsylvania, University of Pittsburgh, Yale University . (Cloherty, Daniel) (Entered: 06/09/2025) |
| 06/09/2025 | 149 | AMICUS BRIEF filed by Foundation for Individual Rights and Expression . (Hecker, Dustin) (Entered: 06/09/2025) |
| 06/09/2025 | 150 | AMICUS BRIEF filed by A Jewish Voice for Peace . (Attachments: # 1 Affidavit)(Ahmad, Bina) (Entered: 06/09/2025) |
| 06/09/2025 | 151 | NOTICE of Appearance by Tara Ramchandani on behalf of Former U.S. Agency Officials (Ramchandani, Tara) (Entered: 06/09/2025) |
| 06/09/2025 | 152 | MOTION for Leave to Appear Pro Hac Vice for admission of Rebecca Livengood Filing fee: $ 125, receipt number AMADC−11058337 by Former U.S. Agency Officials. (Attachments: # 1 Affidavit of R. Livengood)(Ramchandani, Tara) (Entered: 06/09/2025) |
| 06/09/2025 | 153 | AMICUS BRIEF filed by Middle East Studies Association of North America, Inc. *In Support of Plaintiff's Motion for Summary Judgment (Leave to File Granted June 6, 2025)*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Martin, Corey) (Entered: 06/09/2025) |
| 06/09/2025 | 154 | MOTION for Leave to File *Amicus Curiae Brief* by Former U.S. Agency Officials. (Attachments: # 1 [Proposed] Brief of Amici Curiae, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Ramchandani, Tara) (Entered: 06/09/2025) |
| 06/09/2025 | 155 | MOTION for Leave to Appear Pro Hac Vice for admission of Glenn Schlactus Filing fee: $ 125, receipt number AMADC−11058376 by Former U.S. Agency Officials. (Attachments: # 1 Affidavit of G. Schlactus)(Ramchandani, Tara) (Entered: 06/09/2025) |
| 06/09/2025 | 156 | NOTICE of Appearance by Jessica L. Ellsworth on behalf of American Council on Education (Ellsworth, Jessica) (Entered: 06/09/2025) |
| 06/09/2025 | 157 | MOTION for Leave to Appear Pro Hac Vice for admission of John P. Relman Filing fee: $ 125, receipt number AMADC−11058382 by Former U.S. Agency Officials. (Attachments: # 1 Affidavit of John P. Relman)(Ramchandani, Tara) (Entered: 06/09/2025) |
| 06/09/2025 | 158 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered GRANTING 144 Motion for Leave to File Amicus Brief ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (CAM) (Entered: 06/09/2025) |
| 06/09/2025 | 159 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 102 Motion for Leave to Appear Pro Hac Vice Added Sean H. Donahue. |

|  |  |  |
|---|---|---|
|  |  | **Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account. <br><br> **Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.**(CAM) (Entered: 06/09/2025) |
| 06/09/2025 | 160 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting <u>136</u> Motion for Leave to Appear Pro Hac Vice Added Yaman Salahi. <br><br> **Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account. <br><br> **Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.** (CAM) (Entered: 06/09/2025) |
| 06/09/2025 | <u>161</u> | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Donald B. Verrilli, Jr. Filing fee: $ 125, receipt number AMADC−11058407 by American University, Boston University, Brown University, California Institute of Technology, Colorado State University, Dartmouth College, Georgetown University, Johns Hopkins University, Massachusetts Institute of Technology, Michigan State University, Oregon State University, Princeton University, Rice University, Rutgers University, Stanford University, Tufts University, University of Delaware, University of Denver, University of Maryland, Baltimore, University of Maryland, College Park, University of Oregon, University of Pennsylvania, University of Pittsburgh. (Attachments: # <u>1</u> Affidavit Declaration of D. Verrilli, Jr.)(Cloherty, Daniel) (Entered: 06/09/2025) |
| 06/09/2025 | <u>162</u> | NOTICE of Appearance by Yaman Salahi on behalf of Jewish Scholars of Jewish Studies (Salahi, Yaman) (Entered: 06/09/2025) |
| 06/09/2025 | <u>163</u> | AMICUS BRIEF filed by Jewish Scholars of Jewish Studies . (Salahi, Yaman) (Entered: 06/09/2025) |
| 06/09/2025 | <u>164</u> | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Esthena Barlow Filing fee: $ 125, receipt number AMADC−11058428 by American University, Boston University, Brown University, California Institute of Technology, Colorado State University, Dartmouth College, Georgetown University, Johns Hopkins University, Massachusetts Institute of Technology, Michigan State University, Oregon State University, Princeton University, Rice University, Rutgers University, Stanford University, Tufts University, University of Delaware, University of Denver, University of Maryland, Baltimore, University of Maryland, College Park, University of Oregon, University of Pennsylvania, University of Pittsburgh. (Attachments: # <u>1</u> Declaration of E. Barlow)(Cloherty, Daniel) |

| | | (Entered: 06/09/2025) |
|---|---|---|
| 06/09/2025 | 165 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Helen White Filing fee: $ 125, receipt number AMADC−11058439 by American University, Boston University, Brown University, California Institute of Technology, Colorado State University, Dartmouth College, Georgetown University, Johns Hopkins University, Massachusetts Institute of Technology, Michigan State University, Oregon State University, Princeton University, Rice University, Rutgers University, Stanford University, Tufts University, University of Delaware, University of Denver, University of Maryland, Baltimore, University of Maryland, College Park, University of Oregon, University of Pennsylvania, University of Pittsburgh. (Attachments: # 1 Declaration of H. White)(Cloherty, Daniel) (Entered: 06/09/2025) |
| 06/09/2025 | 166 | **ELECTRONIC NOTICE TO COUNSEL** re 145 MOTION for Leave to Appear Pro Hac Vice for admission of Christina Jump: The required payment of $125.00 for admission for pro hac vice was bypassed in the filing of the motion. Counsel is directed to pay for the admission by submitting payment online using the Notice of Attorney Payment of Fees event, under Civil Events −> Other Filings −> Notices. This event requires a PDF document to be attached to the filing. Please use the first page of the motion to complete the submission. (CAM) (Entered: 06/09/2025) |
| 06/09/2025 | 167 | NOTICE OF ATTORNEY PAYMENT OF FEES by Plaintiff Muslim Legal Fund of America. Filing fee $ 125, receipt number AMADC−11058450. Payment Type : PRO HAC VICE. (Stern, Mark) (Entered: 06/09/2025) |
| 06/09/2025 | 168 | AMICUS BRIEF filed by Muslim Legal Fund of America . (Stern, Mark) (Entered: 06/09/2025) |
| 06/10/2025 | 169 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 152 Motion for Leave to Appear Pro Hac Vice Added Rebecca Livengood.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account.<br><br>**Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.**(CAM) (Entered: 06/10/2025) |
| 06/10/2025 | 170 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered GRANTING 154 Motion for Leave to File Amicus Curiae Brief by Former U.S. Agency Officials ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (CAM) (Entered: 06/10/2025) |
| 06/10/2025 | 171 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered GRANTING 145 Motion for Leave to Appear Pro Hac Vice of Christina A. Jump. |

| | | |
|---|---|---|
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>**Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.** (CAM) (Entered: 06/10/2025) |
| 06/10/2025 | 172 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 155 Motion for Leave to Appear Pro Hac Vice of Glenn Schlactus.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>**Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.**(CAM) (Entered: 06/10/2025) |
| 06/10/2025 | 173 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 157 Motion for Leave to Appear Pro Hac Vice of John P. Relman.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney. |

| | | |
|---|---|---|
| | | **Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.**(CAM) (Entered: 06/10/2025) |
| 06/10/2025 | 174 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 161 Motion for Leave to Appear Pro Hac Vice Added Donald B. Verrilli, Jr..<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account.<br><br>**Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.**(CAM) (Entered: 06/10/2025) |
| 06/10/2025 | 175 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 164 Motion for Leave to Appear Pro Hac Vice of Esthena Barlow.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>**Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.** (CAM) (Entered: 06/10/2025) |
| 06/10/2025 | 176 | AMICUS BRIEF filed by Former U.S. Agency Officials . (Attachments: # 1 Exhibit A − List of Amici, # 2 Exhibit B − Declaration of D. Tatel, # 3 Exhibit C − Declaration of C. E. Lhamon)(Ramchandani, Tara) (Main Document 176 replaced on 6/11/2025) (KF). (Entered: 06/10/2025) |
| 06/10/2025 | 177 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 165 Motion for Leave to Appear Pro Hac Vice Added Helen White.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at |

| | | https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account. **Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.**(CAM) (Entered: 06/10/2025) |
|---|---|---|
| 06/10/2025 | 178 | NOTICE of Appearance by Reedy Swanson on behalf of American Council on Education (Swanson, Reedy) (Entered: 06/10/2025) |
| 06/11/2025 | 179 | NOTICE of Appearance by Sean H. Donahue on behalf of Columbia Alumni for Academic Freedom (Donahue, Sean) (Entered: 06/11/2025) |
| 06/11/2025 | 180 | NOTICE of Appearance by Stephanie Julie Gold on behalf of American Council on Education (Gold, Stephanie) (Entered: 06/11/2025) |
| 06/11/2025 | 181 | NOTICE of Appearance by Esthena Barlow on behalf of American University, Boston University, Brown University, California Institute of Technology, Colorado State University, Dartmouth College, Georgetown University, Johns Hopkins University, Massachusetts Institute of Technology, Michigan State University, Oregon State University, Princeton University, Rice University, Rutgers University, Stanford University, Tufts University, University of Delaware, University of Denver, University of Maryland, Baltimore, University of Maryland, College Park, University of Oregon, University of Pennsylvania, University of Pittsburgh (Barlow, Esthena) (Entered: 06/11/2025) |
| 06/11/2025 | 182 | NOTICE of Appearance by Donald Beaton Verrilli, Jr on behalf of American University, Boston University, Brown University, California Institute of Technology, Colorado State University, Dartmouth College, Georgetown University, Johns Hopkins University, Massachusetts Institute of Technology, Michigan State University, Oregon State University, Princeton University, Rice University, Rutgers University, Stanford University, Tufts University, University of Delaware, University of Denver, University of Maryland, Baltimore, University of Maryland, College Park, University of Oregon, University of Pennsylvania, University of Pittsburgh (Verrilli, Donald) (Entered: 06/11/2025) |
| 06/11/2025 | 183 | Motion for Leave to File Brief of Amici Curiae in Support of Defendants' Opposition to Plaintiff's Motion for Summary Judgment filed by Kaveh L. Afrasiabi. (Attachments: # 1 Exhibit)(MBM) Filing event modified on 7/24/2025 (CAM). (Entered: 06/11/2025) |
| 06/12/2025 | 184 | NOTICE of Appearance by Christina Jump on behalf of Muslim Legal Fund of America (Jump, Christina) (Entered: 06/12/2025) |
| 06/16/2025 | 185 | Cross MOTION for Summary Judgment by Pamela J. Bondi, Stephen Ehikian, Peter B. Hegseth, Robert F. Kennedy, Jr, Linda M McMahon, National Aeronautics and Space Administration, Sethuraman Panchanathan, Janet E. Petro, Brooke L. Rollins, Scott Turner, US Department of Agriculture, US Department of Defense, US Department of Education, US Department of Energy, US Department of Health and Human Services, US Department of Housing and Urban Development, US Department of Justice, US General Services Administration, US National Science Foundation, Christopher A. Wright. (Attachments: # 1 Memorandum in Support of Defendants' Motion, # 2 Rule 56.1 Statement)(Sirkovich, Eitan) (Entered: 06/16/2025) |
| 06/16/2025 | 186 | Opposition re 69 MOTION for Summary Judgment filed by Pamela J. Bondi, Stephen Ehikian, Peter B. Hegseth, Robert F. Kennedy, Jr, National Aeronautics and Space Administration, National Institutes of Health, Sethuraman Panchanathan, Janet E. Petro, Brooke L. Rollins, Scott Turner, US Department of Agriculture, US Department of Defense, |

| | | |
|---|---|---|
| | | US Department of Education, US Department of Energy, US Department of Health and Human Services, US Department of Housing and Urban Development, US Department of Justice, US General Services Administration, US National Science Foundation, Christopher A. Wright. (Attachments: # 1 Rule 56.1 Statement)(Sirkovich, Eitan) (Entered: 06/16/2025) |
| 06/20/2025 | 187 | MOTION for Leave to File *A Brief Amicus Curiae (Unopposed)* by The Louis D. Brandeis Center for Human Rights Under Law.(Brooks, Douglas) (Entered: 06/20/2025) |
| 06/20/2025 | 188 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 187 Motion for Leave to File A Brief Amicus Curiae (Unopposed) ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (KF) (Entered: 06/20/2025) |
| 06/21/2025 | 189 | MOTION for Leave to Appear Pro Hac Vice for admission of Rebecca L. Harris Filing fee: $ 125, receipt number AMADC−11079265 by The Louis D. Brandeis Center for Human Rights Under Law. (Attachments: # 1 Exhibit Certification of Rebecca L. Harris)(Brooks, Douglas) (Entered: 06/21/2025) |
| 06/21/2025 | 190 | MOTION for Leave to Appear Pro Hac Vice for admission of Jeffrey I. Lang Filing fee: $ 125, receipt number AMADC−11079266 by The Louis D. Brandeis Center for Human Rights Under Law. (Attachments: # 1 Exhibit Certification of Jeffrey I. Lang)(Brooks, Douglas) (Entered: 06/21/2025) |
| 06/21/2025 | 191 | MOTION for Leave to Appear Pro Hac Vice for admission of L. Rachel Lerman Filing fee: $ 125, receipt number AMADC−11079267 by The Louis D. Brandeis Center for Human Rights Under Law. (Attachments: # 1 Exhibit Certification of L. Rachel Lerman)(Brooks, Douglas) (Entered: 06/21/2025) |
| 06/22/2025 | 192 | NOTICE of Appearance by Nathaniel M. Lindzen on behalf of The State of Iowa and 15 other States (Lindzen, Nathaniel) (Entered: 06/22/2025) |
| 06/22/2025 | 193 | MOTION for Leave to File *Amicus Brief* by The State of Iowa and 15 other States. (Attachments: # 1 [Proposed] Amicus Brief)(Lindzen, Nathaniel) (Entered: 06/22/2025) |
| 06/23/2025 | 194 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered GRANTING 193 Motion for Leave to File Amicus Brief by The State of Iowa and 15 other States ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (CAM) (Entered: 06/23/2025) |
| 06/23/2025 | 195 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 189 Motion for Leave to Appear Pro Hac Vice of Rebecca L.Harris; granting 190 Motion for Leave to Appear Pro Hac Vice of Jeffrey I.Lang; granting 191 Motion for Leave to Appear Pro Hac Vice of L. Rachel Lerman.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** |

| | | |
|---|---|---|
| | | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by each newly admitted attorney.<br><br>**Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.** (CAM) (Entered: 06/23/2025) |
| 06/23/2025 | 196 | AMICUS BRIEF filed by The State of Iowa and 15 other States . (Lindzen, Nathaniel) (Entered: 06/23/2025) |
| 06/23/2025 | 197 | NOTICE of Appearance by Jeffrey Lang on behalf of The Louis D. Brandeis Center for Human Rights Under Law (Lang, Jeffrey) (Entered: 06/23/2025) |
| 06/23/2025 | 198 | NOTICE of Appearance by Rebecca L. Harris on behalf of The Louis D. Brandeis Center for Human Rights Under Law (Harris, Rebecca) (Entered: 06/23/2025) |
| 06/23/2025 | 199 | AMICUS BRIEF filed by The Louis D. Brandeis Center for Human Rights Under Law . (Brooks, Douglas) (Entered: 06/23/2025) |
| 06/24/2025 | 200 | NOTICE of Appearance by L. Rachel Lerman on behalf of The Louis D. Brandeis Center for Human Rights Under Law (Lerman, L. Rachel) (Entered: 06/24/2025) |
| 06/24/2025 | 201 | MOTION for Leave to Appear Pro Hac Vice for admission of Eric Wessan Filing fee: $ 125, receipt number AMADC−11082824 by The State of Iowa and 15 other States. (Attachments: # 1 Exhibit Declaration of Eric Wessan)(Lindzen, Nathaniel) (Entered: 06/24/2025) |
| 06/24/2025 | 202 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 201 Motion for Leave to Appear Pro Hac Vice Added Eric Wessan.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account.<br><br>**Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.**(CAM) (Entered: 06/24/2025) |
| 06/24/2025 | 203 | NOTICE of Appearance by Helen E White on behalf of American University, Boston University, Brown University, California Institute of Technology, Colorado State University, Dartmouth College, Georgetown University, Johns Hopkins University, Massachusetts Institute of Technology, Michigan State University, Oregon State University, Princeton University, Rice University, Rutgers University, Stanford University, Tufts University, University of Delaware, University of Denver, University of Maryland, Baltimore, University of Maryland, College Park, University of Oregon, University of Pennsylvania, University of Pittsburgh (White, Helen) (Entered: 06/24/2025) |
| 06/25/2025 | 204 | NOTICE of Appearance by George W. Vien on behalf of National Jewish Advocacy Center, Inc. (Vien, George) (Entered: 06/25/2025) |

| 06/25/2025 | 205 | NOTICE of Appearance by Pietro A. Conte on behalf of National Jewish Advocacy Center, Inc. (Conte, Pietro) (Entered: 06/25/2025) |
|---|---|---|
| 06/25/2025 | 206 | MOTION for Extension of Time to June 26, 2025 to File *Amicus Brief* by National Jewish Advocacy Center, Inc..(Conte, Pietro) (Entered: 06/25/2025) |
| 06/25/2025 | 207 | MOTION for Leave to File *Amicus Brief* by National Jewish Advocacy Center, Inc.. (Attachments: # 1 Exhibit A − Amicus Brief)(Conte, Pietro) (Entered: 06/25/2025) |
| 06/26/2025 | 208 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 206 Motion for Extension of Time to June 26, 2025 to File Amicus Brief by National Jewish Advocacy Center, Inc. (KF) (Entered: 06/26/2025) |
| 06/26/2025 | 209 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 207 Motion for Leave to File Amicus Brief by National Jewish Advocacy Center, Inc.; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (KF) (Entered: 06/26/2025) |
| 06/26/2025 | 210 | AMICUS BRIEF filed by National Jewish Advocacy Center, Inc. . (Conte, Pietro) (Entered: 06/26/2025) |
| 06/30/2025 | 211 | REPLY to Response to 69 MOTION for Summary Judgment filed by President and Fellows of Harvard College. (Lehotsky, Steven) (Entered: 06/30/2025) |
| 06/30/2025 | 212 | Statement of Material Facts L.R. 56.1 re 69 MOTION for Summary Judgment filed by President and Fellows of Harvard College. (Lehotsky, Steven) (Entered: 06/30/2025) |
| 06/30/2025 | 213 | Opposition re 185 Cross MOTION for Summary Judgment filed by President and Fellows of Harvard College. (Lehotsky, Steven) (Entered: 06/30/2025) |
| 07/03/2025 | 214 | MOTION for Leave to Appear Pro Hac Vice for admission of Mark Goldfeder Filing fee: $ 125, receipt number AMADC−11101803 by National Jewish Advocacy Center, Inc.. (Attachments: # 1 Exhibit A)(Conte, Pietro) (Entered: 07/03/2025) |
| 07/03/2025 | 215 | MOTION for Leave to Appear Pro Hac Vice for admission of Ben Schlager Filing fee: $ 125, receipt number AMADC−11101815 by National Jewish Advocacy Center, Inc.. (Attachments: # 1 Exhibit A)(Conte, Pietro) (Entered: 07/03/2025) |
| 07/03/2025 | 216 | MOTION for Leave to Appear Pro Hac Vice for admission of Lauren Israelovitch Filing fee: $ 125, receipt number AMADC−11101822 by National Jewish Advocacy Center, Inc.. (Attachments: # 1 Exhibit A)(Conte, Pietro) (Entered: 07/03/2025) |
| 07/03/2025 | 217 | MOTION for Leave to Appear Pro Hac Vice for admission of Anat Beck Filing fee: $ 125, receipt number AMADC−11101828 by National Jewish Advocacy Center, Inc.. (Attachments: # 1 Exhibit A)(Conte, Pietro) (Entered: 07/03/2025) |
| 07/03/2025 | 218 | Judge Allison D. Burroughs: ELECTRONIC ORDER enteredgranting 214 , 215 , 216 , and 217 Motions for Leave to Appear Pro Hac Vice of Mark Goldfeder, Ben Schlager, Lauren Israelovitch, Anat Beck.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account You must put the docket number under** |

| | | |
|---|---|---|
| | | **ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions<br>https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by each newly admitted attorney.<br><br>**Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.**(CAM) (Entered: 07/03/2025) |
| 07/11/2025 | 219 | Consent MOTION for Leave to File *Supplemental Declaration* by President and Fellows of Harvard College. (Attachments: # 1 Exhibit Supplemental Declaration of John Shaw, # 2 Text of Proposed Order)(Lehotsky, Steven) (Entered: 07/11/2025) |
| 07/14/2025 | 220 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered GRANTING 219 Consent Motion for Leave to File Supplemental Declaration ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (CAM) (Entered: 07/14/2025) |
| 07/14/2025 | 221 | DECLARATION of *John Shaw* by President and Fellows of Harvard College. (Lehotsky, Steven) (Entered: 07/14/2025) |
| 07/14/2025 | 222 | MOTION to Withdraw as Attorney by Stephen Ehikian, Peter B. Hegseth, Robert F. Kennedy, Jr, Linda M McMahon, National Aeronautics and Space Administration, National Institutes of Health, Sethuraman Panchanathan, Janet E. Petro, Brooke L. Rollins, Scott Turner, US Department of Agriculture, US Department of Defense, US Department of Education, US Department of Energy, US Department of Health and Human Services, US Department of Housing and Urban Development, US Department of Justice, US General Services Administration, US National Science Foundation, Christopher A. Wright.(Khetarpal, Anuj) (Entered: 07/14/2025) |
| 07/14/2025 | 223 | REPLY to Response to 185 Cross MOTION for Summary Judgment filed by Peter B. Hegseth, Robert F. Kennedy, Jr, Linda M McMahon, National Aeronautics and Space Administration, National Institutes of Health, Sethuraman Panchanathan, Janet E. Petro, Brooke L. Rollins, Scott Turner, US Department of Agriculture, US Department of Defense, US Department of Education, US Department of Energy, US Department of Health and Human Services, US Department of Housing and Urban Development, US Department of Justice, US General Services Administration, US National Science Foundation, Christopher A. Wright. (Attachments: # 1 Exhibit)(Underwood, Ryan) (Entered: 07/14/2025) |
| 07/14/2025 | 224 | Administrative Record *Joint Redacted* by Pamela Bondi, Stephen Ehikian, Peter B. Hegseth, Robert F. Kennedy, Jr, Linda M McMahon, National Aeronautics and Space Administration, Sethuraman Panchanathan, Janet E. Petro, Brooke L. Rollins, Scott Turner, US Department of Agriculture, US Department of Defense, US Department of Education, US Department of Energy, US Department of Health and Human Services, US Department of Housing and Urban Development, US Department of Justice, US General Services Administration, US National Science Foundation, Christopher A. Wright. (Attachments: # 1 Appendix Part 2, # 2 Appendix Part 3, # 3 Appendix Part 4, # 4 Appendix Part 5, # 5 Appendix Part 6, # 6 Appendix Part 7, # 7 Appendix Part 8, # 8 Appendix Part 9, # 9 Appendix Part 10, # 10 |

| | | |
|---|---|---|
| | | Appendix Part 11, # 11 Appendix Part 12, # 12 Appendix Part 13, # 13 Appendix Part 14, # 14 Appendix Part 15, # 15 Appendix Part 16, # 16 Appendix Part 17, # 17 Appendix Part 18, # 18 Appendix Part 19, # 19 Appendix Part 20, # 20 Appendix Part 21, # 21 Appendix Part 22, # 22 Appendix Part 23, # 23 Appendix Part 24)(Sirkovich, Eitan) Modified on 7/15/2025 (CAM). (Entered: 07/14/2025) |
| 07/15/2025 | 225 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 222 Motion to Withdraw as Attorney. Attorney Anuj K. Khetarpal terminated. (KF) (Entered: 07/15/2025) |
| 07/15/2025 | 226 | NOTICE of Appearance by Michael Velchik on behalf of Stephen Ehikian, Peter B. Hegseth, Robert F. Kennedy, Jr, Linda M McMahon, National Aeronautics and Space Administration, National Institutes of Health, Sethuraman Panchanathan, Janet E. Petro, Brooke L. Rollins, Scott Turner, US Department of Agriculture, US Department of Defense, US Department of Education, US Department of Energy, US Department of Health and Human Services, US Department of Housing and Urban Development, US Department of Justice, US General Services Administration, US National Science Foundation, Christopher A. Wright (Velchik, Michael) (Entered: 07/15/2025) |
| 07/20/2025 | 227 | Notice of Supplemental Authorities re 69 MOTION for Summary Judgment (Attachments: # 1 Exhibit Exhibit A)(Lehotsky, Steven) (Entered: 07/20/2025) |
| 07/22/2025 | 228 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Motion Hearing held on 7/22/2025 regarding motions for summary judgment. Oral argument by the parties. Court takes matter under advisement. (Court Reporter: Kelly Mortellite at mortellite@gmail.com.) Associated Cases: 1:25−cv−11048−ADB, 1:25−cv−10910−ADB(KF) (Entered: 07/22/2025) |
| 07/22/2025 | 229 | Transcript of Motion Hearing held on July 21, 2025, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Kelly Mortellite at mortellite@gmail.com. Redaction Request due 8/12/2025. Redacted Transcript Deadline set for 8/22/2025. Release of Transcript Restriction set for 10/20/2025. Associated Cases: 1:25−cv−11048−ADB, 1:25−cv−10910−ADB (DRK) (Entered: 07/22/2025) |
| 07/22/2025 | 230 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm Associated Cases: 1:25−cv−11048−ADB, 1:25−cv−10910−ADB(DRK) (Entered: 07/22/2025) |
| 07/23/2025 | 231 | MOTION for Hearing re 183 MOTION for Leave to File Amicus Brief by Kaveh L. Afrasiabi. (Attachments: # 1 Copy of Envelope)(CAM) (Entered: 07/24/2025) |
| 07/28/2025 | 232 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered. The Court **DENIES** Kaveh L. Afrasiabi's motion for leave to file brief as amicus curiae. [ECF No. 183 ]. Although the Federal Rules of Civil Procedure do not contain provisions concerning amici appearances, it is well established that "the acceptance of amicus briefs is within the sound discretion of the court." Strasser v. Doorley, 432 F.2d 567, 569 (1st Cir. 1970). That said, "a district court lacking joint consent of the parties should go slow in accepting... an amicus brief unless, as a party, although short of a right to intervene, the amicus has a special interest that justifies [] having a say, or unless the court feels that existing counsel may need supplementing assistance." Id. Given the absence of either condition, the Court, in its discretion, **DENIES** [ECF No. 183 ]. As such, the related motion for a hearing, [ECF No. 231 ], is **DENIED** as moot. (CAM) (Entered: 07/28/2025) |

| | | |
|---|---|---|
| 08/11/2025 | 233 | MOTION for Reconsideration re 232 Order by Kaveh L. Afrasiabi.(CAM) (Entered: 08/11/2025) |
| 08/12/2025 | 234 | Judge Allison D. Burroughs: <br><br> ELECTRONIC ORDER entered. Kaveh L. Afrasiabi seeks reconsideration of the Court's denial of his motion for leave to file brief as amicus curiae. [ECF No. 233 ]. &ldquo;A motion for reconsideration will be granted only upon a showing of (1) a &lsquo;manifest error of law,&rsquo; (2) new evidence, or (3) a misunderstanding or other error &lsquo;not of reasoning but apprehension.&rsquo;&rdquo; Corliss v. Cummings, No. 17&minus;cv&minus;10017, 2017 WL 5178787, at *1 (D. Mass. Nov. 8, 2017) (quoting Ruiz Rivera v. Pfizer Pharms., LLC, 521 F.3d 76, 81&ndash;82 (1st Cir. 2008)). Afrasiabi fails to show that reconsideration is warranted and the motion, [ECF No. 233 ], is DENIED. <br><br> (CAM) (Entered: 08/12/2025) |
| 08/23/2025 | 236 | Notice of Supplemental Authorities re 185 Cross MOTION for Summary Judgment (Attachments: # 1 Exhibit A)(Underwood, Ryan) (Entered: 08/23/2025) |
| 08/24/2025 | 237 | Response by President and Fellows of Harvard College to 236 Notice of Supplemental Authorities . (Lehotsky, Steven) (Entered: 08/24/2025) |
| 09/03/2025 | 238 | Judge Allison D. Burroughs: MEMORANDUM AND ORDER entered. The Court GRANTS Harvard's motion for summary judgment, [Harvard, ECF No. 69 ], as to Counts 1, 3, and 4 and Defendants' cross motion for summary judgment, [Harvard, ECF No. 185 ], as to Counts 2 and 6. As to Count 5, the Court GRANTS IN PART Harvard's motion with respect to the Freeze Orders and GRANTS IN PART Defendants' motion with respect to the Termination Letters, which it lacks jurisdiction to review under 5 U.S.C. § 706(2)(A). Harvard's and Defendants' summary judgment motions in Case No. 25&minus;cv&minus;11048 are otherwise DENIED.(CAM) (Entered: 09/03/2025) |
| 09/11/2025 | 239 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered. It is the Court's understanding that all claims have been resolved at summary judgment and that a final judgment should issue. The parties shall file a status report by September 19, 2025 indicating whether any additional issues need to be resolved before a final judgment issues and submitting any proposed language for such a judgment. (CAM) (Entered: 09/11/2025) |
| 09/19/2025 | 240 | STATUS REPORT *(JOINT)* by President and Fellows of Harvard College. (Lehotsky, Steven) (Entered: 09/19/2025) |
| 09/22/2025 | 241 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered. The Court grants the parties' request for additional time to work through implementation issues before a final judgment is entered, (144 in 1:25&minus;cv&minus;10910&minus;ADB; 240 in 1:25&minus;cv&minus;11048&minus;ADB). The parties shall file a status report by October 3, 2025. Associated Cases: 1:25&minus;cv&minus;10910&minus;ADB, 1:25&minus;cv&minus;11048&minus;ADB(CAM) (Entered: 09/22/2025) |
| 10/01/2025 | 242 | MOTION to Stay *Deadline* by Pamela Bondi, Stephen Ehikian, Peter B. Hegseth, Robert F. Kennedy, Jr, Linda M McMahon, National Aeronautics and Space Administration, National Institutes of Health, Sethuraman Panchanathan, Janet E. Petro, Brooke L. Rollins, Scott Turner, US Department of Agriculture, US Department of Defense, US Department of Education, US Department of Energy, US Department of Health and Human Services, US Department of Housing and Urban Development, US Department of Justice, US General Services Administration, US National Science Foundation, Christopher A. Wright.(Underwood, Ryan) (Entered: 10/01/2025) |

| 10/02/2025 | 243 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered. Defendants' motion for a stay, [ECF No. 242 ], is **GRANTED IN PART** and **DENIED IN PART**. The deadline to file a status report is extended until October 10, 2025. Defendants may renew their motion by that date. (CAM) (Entered: 10/02/2025) |
| 10/08/2025 | 244 | Second MOTION to Stay *Deadline* by Pamela Bondi, Stephen Ehikian, Peter B. Hegseth, Robert F. Kennedy, Jr, Linda M McMahon, National Aeronautics and Space Administration, National Institutes of Health, Sethuraman Panchanathan, Janet E. Petro, Brooke L. Rollins, Scott Turner, US Department of Agriculture, US Department of Defense, US Department of Education, US Department of Energy, US Department of Health and Human Services, US Department of Housing and Urban Development, US Department of Justice, US General Services Administration, US National Science Foundation, Christopher A. Wright.(Sirkovich, Eitan) (Entered: 10/08/2025) |
| 10/09/2025 | 245 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered. Defendants' second motion for a stay, [ECF No. 244 ], is DENIED. The deadline to file a status report, see [ECF Nos. 239 , 241 , 243 ], is extended until October 17, 2025. (CAM) (Entered: 10/09/2025) |
| 10/17/2025 | 246 | STATUS REPORT *(JOINT)* by President and Fellows of Harvard College. (Attachments: # 1 Text of Proposed Order)(Lehotsky, Steven) (Entered: 10/17/2025) |
| 10/20/2025 | 247 | Judge Allison D. Burroughs: ORDER entered. Order Entering Final Judgment. (CAM) (Entered: 10/20/2025) |
| 10/29/2025 | 248 | MOTION to Stay *Deadline to File Motion for Attorney's Fees and Costs Pending Appeal* by President and Fellows of Harvard College. (Attachments: # 1 Text of Proposed Order)(Lehotsky, Steven) (Entered: 10/29/2025) |
| 10/30/2025 | 249 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 248 Motion to Stay Deadline to File Motion for Attorney's Fees and Costs Pending Appeal. (KF) (Entered: 10/30/2025) |
| 12/18/2025 | 250 | NOTICE OF APPEAL as to 247 Order Dismissing Case by Pamela Bondi, Stephen Ehikian, Peter B. Hegseth, Robert F. Kennedy, Jr, Linda M McMahon, National Aeronautics and Space Administration, National Institutes of Health, Sethuraman Panchanathan, Janet E. Petro, Brooke L. Rollins, Scott Turner, US Department of Agriculture, US Department of Defense, US Department of Education, US Department of Energy, US Department of Health and Human Services, US Department of Housing and Urban Development, US Department of Justice, US General Services Administration, US National Science Foundation, Christopher A. Wright. Fee Status: US Government.<br><br>NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 1/7/2026. (Sirkovich, Eitan) (Entered: 12/18/2025)** |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE,

     Plaintiff,

          v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et al.,

     Defendants.

Case No. 1:25-cv-11048-ADB

### ORDER ENTERING FINAL JUDGMENT

In accordance with the Court's Memorandum and Order dated September 3, 2025, it is

hereby ORDERED, ADJUDGED, and DECREED as follows:

1. Judgment is entered for Plaintiff on its claims under the Administrative Procedure Act for
   violations of the First Amendment to the Constitution of the United States and Title VI of
   the Civil Rights Act of 1964. Judgment is also entered for Plaintiff on its claims under the
   Administrative Procedure Act insofar as they challenge the April 14 and May 5, 2025,
   Freeze Orders as arbitrary and capricious.

2. Judgment is entered for Defendants, as set forth in the Memorandum and Order, on
   Plaintiff's ultra vires claims, and on its claim under the Administrative Procedure Act that
   the Termination Letters are arbitrary and capricious for lack of subject matter jurisdiction.

3. The Freeze Orders and Termination Letters[1] are VACATED and SET ASIDE as set forth

---

[1] "Termination Letters" refers to: the May 6, 2025, Termination Letter from the National
Institutes of Health; the May 9, 2025, Termination Letter from the United States Department of
Agriculture; the May 9, 2025, Termination Letter from the National Aeronautics and Space

1

in the Memorandum and Order.

4.  Defendants, their agents, and all those acting in concert with them are PERMANENTLY ENJOINED from implementing, instituting, maintaining, or giving effect to the Freeze Orders and Termination Letters, or any conditions imposed therein, and from issuing further terminations, freezes, stop work orders, refusals to award grants or contracts, or withholdings of funding to Harvard in retaliation for the exercise of First Amendment rights, or on purported grounds of discrimination without compliance with Title VI.

5.  The Court expressly reserves jurisdiction over the issue of attorney's fees and costs. Any motion for attorney's fees shall be filed in accordance with Federal Rule of Civil Procedure 54(d).

    **SO ORDERED.**

                                             /s/ Allison D. Burroughs

                                             Allison D. Burroughs
                                             United States District Judge

Date: October 20, 2025

---

Administration; the May 12, 2025, Termination Letter from the Department of Commerce; the May 12, 2025, Termination Letter from the Department of Defense; the May 12, 2025, Termination Letter from the Department of Energy; the May 12, 2025, Termination Letter from the Department of Housing and Urban Development; the May 12, 2025, Termination Letter from the National Science Foundation; the May 12, 2025, Termination Letter from the Department of Education; the May 19, 2025, Termination Letter from the Centers for Disease Control and Prevention; the May 20, 2025, announcement by the Department of Health and Human Services to cut multi-year grants; and the May 27, 2025, Termination Letter from the General Services Administration.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS**

|  |  |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>                    *Plaintiff*,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>                    *Defendants*. | Case No. 1:25-cv-11048-ADB |
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER et al.,<br><br>                    *Plaintiffs*,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE et al.,<br><br>                    *Defendants*. | Case No. 1:25-CV-10910-ADB |

## <u>NOTICE OF APPEAL</u>

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the First Circuit from this Court's Order Entering Final Judgment, entered in Case No. 1:25-cv-11048-ADB at <u>ECF No. 247</u> and dated October 20, 2025, as well as this Court's Order and Final Judgment entered in Case No. 1:25-CV-10910-ADB at <u>ECF No. 153</u> and dated October 20, 2025.


Dated: December 18, 2025                    Respectfully submitted,

                                            ABHISHEK KAMBLI
                                            Deputy Associate Attorney General

1

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Director, Federal Programs Branch

/s/ *Eitan R. Sirkovich*
_____
EITAN R. SIRKOVICH
RYAN M. UNDERWOOD
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-1952
E-mail: ryan.m.underwood2@usdoj.gov

2

## CERTIFICATE OF SERVICE

Counsel for Defendants certify that they have submitted the foregoing document with the clerk of court for the District of Massachusetts, using the electronic case filing system of the Court. Counsel for Defendant hereby certify that they have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

/s/ *Eitan R. Sirkovich*
Eitan R. Sirkovich