# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-2230        **Short Title:** Harvard v. HHS et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

President and Fellows of Harvard College                                as the

[ ] appellant(s)         [✔] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Jonathan F. Cohn                    January 5, 2026
Signature                                Date

Jonathan F. Cohn
Name

Lehotsky Keller Cohn LLP                (512) 693-8350
Firm Name (if applicable)                Telephone Number

200 Massachusetts Ave. NW, Suite 700    (512) 727-4755
Address                                  Fax Number

Washington, DC 20001                    jon@lkcfirm.com
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 1121592

Has this case or any related case previously been on appeal?

[ ] No        [✔] Yes    Court of Appeals No. 25-2231

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).