# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-2230     **Short Title:** Harvard v. HHS et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

President and Fellows of Harvard College _____ as the

[ ] appellant(s)     [✔] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Joshua P. Morrow
Signature

January 5, 2026
Date

Joshua P. Morrow
Name

Lehotsky Keller Cohn LLP
Firm Name (if applicable)

(512) 693-8350
Telephone Number

7500 Rialto Blvd., Suite 1-250
Address

(512) 727-4755
Fax Number

Austin, TX 78735
City, State, Zip Code

josh@lkcfirm.com
Email (required)

Court of Appeals Bar Number: 1218548

Has this case or any related case previously been on appeal?

[ ] No     [✔] Yes     Court of Appeals No. 25-2231

====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).