# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-2230        **Short Title:** Harvard v. HHS et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>President and Fellows of Harvard College</u>                              as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)


<u>/s/ Jacob B. Richards</u>                    <u>January 5, 2026</u>
Signature                                   Date

<u>Jacob B. Richards</u>
Name

<u>Lehotsky Keller Cohn LLP</u>                 <u>(512) 693-8350</u>
Firm Name (if applicable)                   Telephone Number

<u>200 Massachusetts Ave. NW, Suite 700</u>     <u>(512) 727-4755</u>
Address                                     Fax Number

<u>Washington, DC 20001</u>                    <u>jacob@lkcfirm.com</u>
City, State, Zip Code                       Email (required)

Court of Appeals Bar Number: <u>1218550</u>

Has this case or any related case previously been on appeal?

[ ] No      [✔] Yes     Court of Appeals No. <u>25-2231</u>

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).