# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-2230        **Short Title:** President&FellowsofHarvardC

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[✔] appellant(s)        [ ] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s Michael Velchik
Signature

1/5/2026
Date

Michael Velchik
Name

US Department of Justice
Firm Name (if applicable)

202 860 8388
Telephone Number

950 Pennsylvania Ave
Address

Fax Number

Washington DC 20530
City, State, Zip Code

michael.velchik@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1218256

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No. _____

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# Appendix

This document contains a list of additional parties as Defendants-Appellants in President & Fellows of Harvard College v. U.S. Department of Health and Human Services, No. 1:25-cv-11048 (D. Mass.), No. 25-2230 (1st Cir.):

1. Robert F. Kennedy, Jr., in his official capacity as Secretary of the U.S. Department of Health and Human Services
2. U.S. Department of Justice
3. Pamela Bondi, in her official capacity as Attorney General of the United States
4. U.S. Department of Education
5. Linda M. McMahon, in her official capacity as Secretary of the U.S. Department of Education
6. U.S. General Services Administration
7. Stephen Ehikian, in his official capacity as Acting Administrator of the U.S. General Services Administration
8. U.S. Department of Energy
9. Christopher A. Wright, in his official capacity as secretary of the U.S. Department of Energy

10. U.S. National Science Foundation

11. Sethuraman Panchanathan, in his official capacity as Director of the U.S. National Science Foundation

12. U.S. Department of Defense

13. Peter B. Hegseth, in his official capacity as Secretary of the U.S. Department of Defense

14. National Aeronautics and Space Administration

15. Janet E. Petro, in her official capacity as Acting Administrator of the National Aeronautics and Space Administration

16. U.S. Department of Housing and Urban Development

17. Scott Turner, in his official capacity as Secretary of Housing and Urban Development

18. U.S. Department of Agriculture

19. Brooke L. Rollins, in her official capacity as Secretary of Agriculture

**CERTIFICATE OF SERVICE FORM FOR ELECTRONIC FILINGS**

I hereby certify that on January 5, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Plaintiff President and Fellows of Harvard College, represented by Steven Paul Lehotsky, Danielle Kerker Goldstein, Douglas Hallward-Driemeier, Elena W. Davis, Jacob Richards, John Mark Barnes, John P. Bueker, Jonathan F. Cohn, Joshua S. Levy, Katherine Yarger, Mary Elizabeth Miller, Robert K. Hur, Scott Allen Keller, Shannon Grammel Denmark, Stephen Sencer, and William A. Burck;

*/s Michael Velchik*
Michael Velchik
