# United States Court of Appeals
## For the First Circuit

_____

### DOCKETING STATEMENT

**No.** 25-2230     **Short Title:** President & Fellows of Harvard College v. HHS

**Type of Action**

- [✔] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from 10/20/2025
   2. Date this notice of appeal filed 12/18/2025
      If cross appeal, date first notice of appeal filed_____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)_____
   4. Date of entry of order deciding above post-judgment motion_____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)_____
      Time extended to_____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [✔] Yes  [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [✔] Yes  [ ] No
         If yes, explain_____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [ ] Yes  [ ] No
         If yes, explain_____

C. Has this case previously been appealed?  [ ] Yes  [✔] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [✔] Yes  [ ] No
   If yes, cite the case and manner in which it is related on a separate page.  If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party President & Fellows of Harvard College
      Attorney Steven Paul Lehotsky
      Address 200 Massachusetts Ave NW Suite 700 Washington DC 20001
      Telephone 202-365-2509

   2. Adverse party
      Attorney
      Address
      Telephone

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name US Department of Health and Human Services
      Address 200 Independence Ave SW Washington DC 20201
      Telephone 877-696-6775

      Attorney's name Michael Kenneth Velchik
      Firm US Department of Justice
      Address 950 Pennsylvania Ave Washington DC 20530
      Telephone 202-860-8388

   2. Appellant's name National Institutes of Health
      Address 900 Rockville Pike, Bethesda MD 20892
      Telephone 301-496-4000

      Attorney's name Michael Kenneth Velchik
      Firm US Department of Justice
      Address 950 Pennyslvania Ave Washington DC 20530
      Telephone 202-860-8388

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s Michael Velchik
Date  1/5/2026

# Appendix

This document identifies a related case: American Association of University Professors - Harvard Faculty Chapter v. U.S. Department of Justice, No. 1:25-cv-10910 (D. Mass.), No. 25-2231 (1st Cir.).

This document also contains a list of additional parties as Defendants-Appellants in President & Fellows of Harvard College v. U.S. Department of Health and Human Services, No. 1:25-cv-11048 (D. Mass.), No. 25-2230 (1st Cir.):

1. Robert F. Kennedy, Jr., in his official capacity as Secretary of the U.S. Department of Health and Human Services
2. U.S. Department of Justice
3. Pamela Bondi, in her official capacity as Attorney General of the United States
4. U.S. Department of Education
5. Linda M. McMahon, in her official capacity as Secretary of the U.S. Department of Education
6. U.S. General Services Administration
7. Stephen Ehikian, in his official capacity as Acting Administrator of the U.S. General Services Administration

8. U.S. Department of Energy

9. Christopher A. Wright, in his official capacity as secretary of the U.S. Department of Energy

10. U.S. National Science Foundation

11. Sethuraman Panchanathan, in his official capacity as Director of the U.S. National Science Foundation

12. U.S. Department of Defense

13. Peter B. Hegseth, in his official capacity as Secretary of the U.S. Department of Defense

14. National Aeronautics and Space Administration

15. Janet E. Petro, in her official capacity as Acting Administrator of the National Aeronautics and Space Administration

16. U.S. Department of Housing and Urban Development

17. Scott Turner, in his official capacity as Secretary of Housing and Urban Development

18. U.S. Department of Agriculture

19. Brooke L. Rollins, in her official capacity as Secretary of Agriculture

**CERTIFICATE OF SERVICE FORM FOR ELECTRONIC FILINGS**

I hereby certify that on January 5, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Plaintiff President and Fellows of Harvard College, represented by Steven Paul Lehotsky, Danielle Kerker Goldstein, Douglas Hallward-Driemeier, Elena W. Davis, Jacob Richards, John Mark Barnes, John P. Bueker, Jonathan F. Cohn, Joshua S. Levy, Katherine Yarger, Mary Elizabeth Miller, Robert K. Hur, Scott Allen Keller, Shannon Grammel Denmark, Stephen Sencer, and William A. Burck;

                                                              */s Michael Velchik*
                                                              Michael Velchik