# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name   President & Fellows of Harvard College v. U.S. Department of Health and Human Services
District Court Case No.   1:25-cv-11048            District of Massachusetts
Date Notice of Appeal filed   12/18/2025            Court of Appeals Case No.   25-2230
Form filed on behalf of   Defendants-Appellants U.S. Department of Health and Human Services et al.

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal   _____
Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)   ECF 229 (7/22/2025) Motion Hearing held 7/21/2025.

## TRANSCRIPT ORDER

Name of Court Reporter   _____
Phone Number of Reporter   _____

A.   _____   **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

PROCEEDING(S) / HEARING DATE(S)

- ☐ Jury Voir Dire
- ☐ Opening Statement (plaintiff)
- ☐ Opening Statement (defendant)
- ☐ Trial
- ☐ Closing Argument (plaintiff)
- ☐ Closing Argument (defendant)
- ☐ Findings of Fact/Conclusions of Law
- ☐ Jury Instructions
- ☐ Change of Plea
- ☐ Sentencing
- ☐ Bail hearing
- ☐ Pretrial proceedings (specify) _____
- ☐ Testimony (specify) _____
- ☐ Other (specify) _____

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.   _____   **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- ☐ Private funds.
- ☐ Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act.  A CJA Form 24  has been approved by the district court judge.
- ☐ Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.
- ☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name   Michael Velchik            Filer's Signature   /s Michael Velchik
Firm/Address   950 Pennsylvania Ave Washington DC       Filer's Email address   michael.velchik@usdoj.gov
Telephone number   202 860 8388            Date mailed to court reporter   _____

(Court Reporter Use ONLY) Date received   _____

Form CA1-10 (6/09/09)                        SEE INSTRUCTIONS ON REVERSE

## CERTIFICATE OF SERVICE FORM FOR ELECTRONIC FILINGS

I hereby certify that on January 5, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Plaintiff President and Fellows of Harvard College, represented by Steven Paul Lehotsky, Danielle Kerker Goldstein, Douglas Hallward-Driemeier, Elena W. Davis, Jacob Richards, John Mark Barnes, John P. Bueker, Jonathan F. Cohn, Joshua S. Levy, Katherine Yarger, Mary Elizabeth Miller, Robert K. Hur, Scott Allen Keller, Shannon Grammel Denmark, Stephen Sencer, and William A. Burck;

*/s Michael Velchik*
Michael Velchik