# United States Court of Appeals
## For the First Circuit

No. 25-2230

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiff - Appellee,

v.

US DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the United States Department of Health and Human Services; US DEPARTMENT OF JUSTICE; PAMELA BONDI, in the official capacity as Attorney General of the United States; US DEPARTMENT OF EDUCATION; LINDA M. MCMAHON, in the official capacity as Secretary of the United States Department of Education; US GENERAL SERVICES ADMINISTRATION; EDWARD FORST, in the official capacity as Administrator of the United States General Services Administration; US DEPARTMENT OF ENERGY; CHRISTOPHER A. WRIGHT, in the official capacity as Secretary of the United States Department of Energy; US NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in the official capacity as Acting Director of the United States National Science Foundation; US DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in the official capacity as Secretary of the United States Department of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JARED ISAACMAN, in the official capacity as Administrator of the National Aeronautics and Space Administration; US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in the official capacity as Secretary of Housing and Urban Development; US DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in the official capacity as Secretary of Agriculture,

Defendants - Appellants.

**NOTICE**

Issued: January 22, 2026

      Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After February 5, 2026, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

Charity R. Clark
Elena W. Davis
Christopher M. Carr
James Uthmeier
Hanna Chandoo
Lauren Israelovitch
Clark M. Neily
Treg Taylor
Joshua L. Kaul
William G. Creeley
Abhishek Kambli
Kris Kobach
Mark Goldfeder
Andrew Bailey
Nathaniel M. Lindzen
Anne E. Lopez
Anurima Bhargava
Robert Bonta
Theodore E. Rokita
Gentner F. Drummond
John Mark Barnes
Marco Simons
Jocelyn B. Jones
Rachel L. Weber
Daniel A. Rayfield
Brian L. Schwalb
Rebecca L. Harris
Darryl Li
Ryan Underwood
Glenn Schlactus
John W. Whitehead
Anat Beck
Mara Gassmann
Erika Sanders
Max A. Jacobs
Kwame Raoul
Marty Jackley
Austin Knudsen

Matthew J. Platkin
Tara Ramchandani
Kathleen Jennings
Jameel Jaffer
Chelsea Glover
Dana Nessel
Alan Wilson
Brenna Bird
Jeffrey I. Lang
Emily Tassinari Gabrault
Christina A. Jump
Radhika Sainath
Colin McDonell
Dan Stormer
Aaron D. Ford
Yaman Salahi
Eitan R. Sirkovich
Cecillia D. Wang
Bina Ahmad
Kenneth Paxton
Keith Ellison
Bencion Schlager
Anthony G. Brown
Stephen D. Sencer
Letitia James
John Relman
Lee Rowland
Elizabeth B. Murrill
Jonathan C. Green
Michael T. Hilgers
Philip J. Weiser
Jinan Chehade
Tim Griffin
Raul Torrez
Dylan Saba
Emma S. Winer
Kayla Ghantous
Rebecca Livengood
Drew H. Wrigley
Lisa Zycherman

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Jennifer - (617) 748-9885


cc:
Alexander Abdo, Kaveh L. Afrasiabi, Bina Ahmad, Alexandra Arnold, Andrew Bailey, Esthena L. Barlow, John Mark Barnes, Anat Beck, Thomas Arthur Berry, Anurima Bhargava, Brenna Bird, Robert Bonta, Douglas Scott Brooks, Anthony G. Brown, Bruce D. Brown, Nicholas W. Brown, John P. Bueker, William Anthony Burck, Christopher M. Carr, Hanna Chandoo, Jinan Chehade, Charity R. Clark, Grayson Clary, Daniel J. Cloherty, Jonathan F. Cohn, Pietro Alfredo Conte, William G. Creeley, Rachel E. Davidson, Elena W. Davis, Shannon Grammel Denmark, Sean H. Donahue, Gentner F. Drummond, Vera Eidelman, Keith Ellison, Jessica Lynn Ellsworth, Joel Anderson Fleming, Aaron D. Ford, Aaron M. Frey, Mara Gassmann, Abraham R. George, Kayla Ghantous, Chelsea Glover, Eric M. Gold, Stephanie Julie Gold, Mark Goldfeder, Danielle Kerker Goldstein, Jonathan C. Green, Tim Griffin, Douglas H. Hallward-Driemeier, Rebecca L. Harris, Brian Matthew Hauss, Dustin F. Hecker, Michael T. Hilgers, Robert K. Hur, Lauren Israelovitch, Marty Jackley, Max A. Jacobs, Jameel Jaffer, Letitia James, Kathleen Jennings, Jocelyn B. Jones, Christina A. Jump, Abhishek Kambli, Joshua L. Kaul, Scott A. Keller, Austin Knudsen, Kris Kobach, Jeffrey I. Lang, Steven Paul Lehotsky, L. Rachel Lerman, Joshua S. Levy, Darryl Li, Nathaniel M. Lindzen, Rebecca Livengood, Donald Campbell Lockhart, Anne E. Lopez, Anna Esther Lumelsky, Corey Sullivan Martin, Colin McDonell, Lauren Godles Milgroom, Mary Elizabeth Miller, Joshua Paul Morrow, Martin F. Murphy, Elizabeth B. Murrill, Clark M. Neily III, Peter F. Neronha, Dana Nessel, Gregory Francis Noonan, Kenneth Paxton Jr., Matthew J. Platkin, Tara Ramchandani, Kwame Raoul, Daniel A. Rayfield, John Relman, Jacob B. Richards, Theodore E. Rokita, Jessie J. Rossman, Gabriel Rottman, Lee Rowland, Dylan Saba, Radhika Sainath, Yaman Salahi, Erika Sanders, Glenn Schlactus, Bencion Schlager, Brian L. Schwalb, Matthew R Segal, Stephen D. Sencer, Ragini N. Shah, Marco Simons, Eitan R. Sirkovich, Victoria L. Steinberg, Mark David Stern, Dan Stormer, Reedy Swanson, Emily Tassinari Gabrault, Treg Taylor, William M. Tong, Raul Torrez, Ryan Underwood, James Uthmeier, Michael Velchik, Donald B. Verrilli Jr., George W. Vien, Cecillia D. Wang, Rachel L. Weber, Philip J. Weiser, Eric H. Wessan, Helen E. White, John W. Whitehead, Alan Wilson, Emma S. Winer, Ben Wizner, Drew H. Wrigley, Katherine C. Yarger, Lisa Zycherman