CLERK'S OFFICE
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210

OFFICIAL BUSINESS

RECEIVED FOR FILING
IN CLERK'S OFFICE

2026 JAN 23 A 11: 39

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

25-2230
Case Opening
12/30/25

Colin McDonell
510 Walnut St.
Philadelphia, PA 01906-0000

Delivered to wrong address

NIXIE 152 4E 18CU 0201/17/26

SCREENED USMS

FIRST-CLASS

ZIP 02210
02 7W
0000803636 9DEC 31 25
US POSTAGE $001.90

Case: 25-2230  Document: 00118396703  Page: 1  Date Filed: 01/23/2026  Entry ID: 6781980