# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-2230        **Short Title:** Harvard v. HHS et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

President and Fellows of Harvard College_____ as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Robert K. Hur_____    02/02/2026_____
Signature                           Date

Robert K. Hur_____
Name

King & Spalding LLP_____    (202) 737-0500_____
Firm Name (if applicable)           Telephone Number

1700 Pennsylvania Avenue, NW Suite 900    (202) 626-3737_____
Address                                   Fax Number

Washington, DC 20006_____    rhur@kslaw.com_____
City, State, Zip Code               Email (required)

Court of Appeals Bar Number: 1218549_____

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes    Court of Appeals No. 25-2231_____

=================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).