# United States Court of Appeals
## For the First Circuit

No. 25-2230

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiff - Appellee,

v.

US DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the United States Department of Health and Human Services; US DEPARTMENT OF JUSTICE; PAMELA BONDI, in the official capacity as Attorney General of the United States; US DEPARTMENT OF EDUCATION; LINDA M. MCMAHON, in the official capacity as Secretary of the United States Department of Education; US GENERAL SERVICES ADMINISTRATION; EDWARD FORST, in the official capacity as Administrator of the United States General Services Administration; US DEPARTMENT OF ENERGY; CHRISTOPHER A. WRIGHT, in the official capacity as Secretary of the United States Department of Energy; US NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in the official capacity as Acting Director of the United States National Science Foundation; US DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in the official capacity as Secretary of the United States Department of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JARED ISAACMAN, in the official capacity as Administrator of the National Aeronautics and Space Administration; US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in the official capacity as Secretary of Housing and Urban Development; US DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in the official capacity as Secretary of Agriculture,

Defendants - Appellants.

**NOTICE**

Issued: February 6, 2026

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Charity R. Clark
Christopher M. Carr
James Uthmeier
Hanna Chandoo
Lauren Israelovitch
Clark M. Neily
Treg Taylor
Joshua L. Kaul
William G. Creeley
Abhishek Kambli
Kris Kobach
Mark Goldfeder
Andrew Bailey
Nathaniel M. Lindzen
Anne E. Lopez
Anurima Bhargava
Robert Bonta
Theodore E. Rokita
Aaron M. Frey
Gentner F. Drummond
John Mark Barnes
Marco Simons
Jocelyn B. Jones
Rachel L. Weber
Daniel A. Rayfield
Brian L. Schwalb
Rebecca L. Harris
Darryl Li
Ryan Underwood
Glenn Schlactus
John W. Whitehead
Anat Beck
Mara Gassmann
Erika Sanders
Max A. Jacobs
Kwame Raoul
Marty Jackley
Austin Knudsen
Matthew J. Platkin
Tara Ramchandani
Kathleen Jennings
Jameel Jaffer
Dana Nessel
Alan Wilson
Brenna Bird
Jeffrey I. Lang

Emily Tassinari Gabrault
Christina A. Jump
Radhika Sainath
Colin McDonell
Ben Wizner
Dan Stormer
Aaron D. Ford
Yaman Salahi
Eitan R. Sirkovich
Cecillia D. Wang
Bina Ahmad
Kenneth Paxton
Keith Ellison
Bencion Schlager
Anthony G. Brown
Stephen D. Sencer
Letitia James
John Relman
Lee Rowland
Elizabeth B. Murrill
Michael T. Hilgers
Philip J. Weiser
Jinan Chehade
Tim Griffin
Raul Torrez
Dylan Saba
Rebecca Livengood
Drew H. Wrigley
Lisa Zycherman

The following attorneys will continue to receive notice in this case:

Alexander Abdo
Kaveh L. Afrasiabi
Alexandra Arnold
Esthena L. Barlow
Thomas Arthur Berry
Douglas Scott Brooks
Bruce D. Brown
Nicholas W. Brown
John P. Bueker
William Anthony Burck
Grayson Clary
Daniel J. Cloherty
Jonathan F. Cohn
Pietro Alfredo Conte

Rachel E. Davidson
Elena W. Davis
Shannon Grammel Denmark
Sean H. Donahue
Vera Eidelman
Jessica Lynn Ellsworth
Joel Anderson Fleming
Abraham R. George
Kayla Ghantous
Chelsea Gabrielle Glover
Eric M. Gold
Stephanie Julie Gold
Danielle Kerker Goldstein
Jonathan C. Green
David Greene
Douglas H. Hallward-Driemeier
Brian Matthew Hauss
Dustin F. Hecker
Robert K. Hur
Scott A. Keller
Steven Paul Lehotsky
L. Rachel Lerman
Joshua S. Levy
Donald Campbell Lockhart
Anna Esther Lumelsky
Corey Sullivan Martin
Lauren Godles Milgroom
Mary Elizabeth Miller
Joshua Paul Morrow
Martin F. Murphy
Peter F. Neronha
Gregory Francis Noonan
Jacob B. Richards
Jessie J. Rossman
Gabriel Rottman
Matthew R Segal
Ragini N. Shah
Victoria L. Steinberg
Mark David Stern
Reedy Swanson
William M. Tong
Michael Velchik
Donald B. Verrilli Jr.
George W. Vien
Eric H. Wessan
Helen E. White

Emma S. Winer
Katherine C. Yarger

    Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

                        Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Jennifer - (617) 748-9885


cc:
Alexander Abdo, Kaveh L. Afrasiabi, Bina Ahmad, Alexandra Arnold, Andrew Bailey, Esthena L. Barlow, John Mark Barnes, Anat Beck, Thomas Arthur Berry, Anurima Bhargava, Brenna Bird, Robert Bonta, Douglas Scott Brooks, Anthony G. Brown, Bruce D. Brown, Nicholas W. Brown, John P. Bueker, William Anthony Burck, Christopher M. Carr, Hanna Chandoo, Jinan Chehade, Charity R. Clark, Grayson Clary, Daniel J. Cloherty, Jonathan F. Cohn, Pietro Alfredo Conte, William G. Creeley, Rachel E. Davidson, Elena W. Davis, Shannon Grammel Denmark, Sean H. Donahue, Gentner F. Drummond, Vera Eidelman, Keith Ellison, Jessica Lynn Ellsworth, Joel Anderson Fleming, Aaron D. Ford, Aaron M. Frey, Mara Gassmann, Abraham R. George, Kayla Ghantous, Chelsea Gabrielle Glover, Eric M. Gold, Stephanie Julie Gold, Mark Goldfeder, Danielle Kerker Goldstein, Jonathan C. Green, David Greene, Tim Griffin, Douglas H. Hallward-Driemeier, Rebecca L. Harris, Brian Matthew Hauss, Dustin F. Hecker, Michael T. Hilgers, Robert K. Hur, Lauren Israelovitch, Marty Jackley, Max A. Jacobs, Jameel Jaffer, Letitia James, Kathleen Jennings, Jocelyn B. Jones, Christina A. Jump, Abhishek Kambli, Joshua L. Kaul, Scott A. Keller, Austin Knudsen, Kris Kobach, Jeffrey I. Lang, Steven Paul Lehotsky, L. Rachel Lerman, Joshua S. Levy, Darryl Li, Nathaniel M. Lindzen, Rebecca Livengood, Donald Campbell Lockhart, Anne E. Lopez, Anna Esther Lumelsky, Corey Sullivan Martin, Colin McDonell, Lauren Godles Milgroom, Mary Elizabeth Miller, Joshua Paul Morrow, Martin F. Murphy, Elizabeth B. Murrill, Clark M. Neily III, Peter F. Neronha, Dana Nessel, Gregory Francis Noonan, Kenneth Paxton Jr., Matthew J. Platkin, Tara Ramchandani, Kwame Raoul, Daniel A. Rayfield, John Relman, Jacob B. Richards, Theodore E. Rokita, Jessie J. Rossman, Gabriel Rottman, Lee Rowland, Dylan Saba, Radhika Sainath, Yaman Salahi, Erika Sanders, Glenn Schlactus, Bencion Schlager, Brian L. Schwalb, Matthew R Segal, Stephen D. Sencer, Ragini N. Shah, Marco Simons, Eitan R. Sirkovich, Victoria L. Steinberg, Mark David Stern, Dan Stormer, Reedy Swanson, Emily Tassinari Gabrault, Treg Taylor, William M. Tong, Raúl Torrez, Ryan Underwood, James Uthmeier, Michael Velchik, Donald B. Verrilli Jr., George W. Vien, Cecillia D. Wang, Rachel L. Weber, Philip J. Weiser, Eric H. Wessan, Helen E. White, John W. Whitehead, Alan Wilson, Emma S. Winer, Ben Wizner, Drew H. Wrigley, Katherine C. Yarger, Lisa Zycherman