# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

        Plaintiff-Appellee,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

        Defendants-Appellants.

No. 25-2230

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Appellants respectfully file this unopposed motion requesting a sixty (60) day extension of time. Appellee in this case has filed an unopposed letter with the court requesting that the following three cases be heard by the same panel on the same day: (1) *President & Fellows of Harvard College v. U.S. Dep't of Homeland Security*, No. 25-1627; (2) *President & Fellows of Harvard College v. U.S. Dep't of Health & Human Servs.*, No. 25-2230; (3) *Am. Assoc. of University Profs v. U.S. Dep't of Justice*, No. 25-2231. Counsel for Appellants has conferred with counsel for Appellees in all three cases and can represent that all parties consent to a sixty (60) day extension of time. Appellants' opening brief is currently due March 10, 2026. This is the first request for an extension of time in these cases.

<div style="display:flex;justify-content:space-between">
<div>February 17, 2026</div>
<div>

BRETT A. SHUMATE
  *Assistant Attorney General*

ERIC D. MCARTHUR
  *Deputy Assistant Attorney General*

*/s Michael Velchik*
MICHAEL VELCHIK
  *Senior Counsel to the Assistant Attorney General*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 860-8388*
  *michael.velchik@usdoj.gov*

  *Attorneys for defendants-appellants*

</div>
</div>

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Garamond 14-point, a proportionally spaced font, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 137 words, according to the word count of Microsoft Word.

*/s/ Michael Velchik*
Michael Velchik

## CERTIFICATE OF SERVICE

I certify that on February 17, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Michael Velchik*
Michael Velchik