OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

RECEIVED FOR FILING
IN CLERK'S OFFICE

2026 FEB 20 P 12: 58

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

25-2230
Notice
1/22/26

BOSTON MA 020
23 JAN 2026 PM 10 L

US POSTAGE PITNEY BOWES
ZIP 02210 $ 000.74
02 7W
0008036369 JAN 22 2026

SCREENED USMS

Colin McDonell
510 Walnut St.
Philadelphia, PA 01906-0000

NIXIE    171   FE 1        0002/18/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 02210300425            *2521 04221 22 43