CLERK'S OFFICE
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210

- OFFICIAL BUSINESS

RECEIVED FOR FILING
IN CLERK'S OFFICE

2026 MAR -9 P 12: 32

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

25-2230
notice
2/6/26

Jeffrey I. Lang
Louis D. Brandeis Center for Human Rights Under Law
1776 I St NW
Washington, DC 20006



NIXIE 274 EE 1 8CU
RETURN TO SENDER



FIRST-CLASS

ZIP 02210 $ 001.90
02 7W
0000803636 FEB 06 2

US POSTAGE

Case: 25-2230    Document: 00118416838    Page: 1    Date Filed: 03/09/2026    Entry ID: 6793183