CLERK'S OFFICE
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210

OFFICIAL BUSINESS

RECEIVED FOR FILING
IN CLERK'S OFFICE

2026 MAR -9 P 12: 32

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

25-2230
notice
2/6/26

**TO:**



Rebecca L. Harris
Louis D. Brandeis Center for Human Rights Under Law
1776 I St NW
Washington, DC 20006



FIRST-CLASS

US POSTAGE and PITNEY BOWES

ZIP 022 10
02 7W
0008036369 FEB 06 2026

$ 001.90°

NIXIE  271  CE  1  0012026/03/12

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 0221039042S  20460N063002-02162

SCREENED
USMS