OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

25-2230
Order
03/27/26

RECEIVED FOR FILING
IN CLERK'S OFFICE

2026 APR -7 A 11: 38

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

BOSTON MA 020

27 MAR 2026PM 2.1

FIRST-CLASS

US POSTAGE ᴾⁱᵗⁿᵉʸ ᴮᵒʷᵉˢ
ZIP 02210 $ 000.74
02 7W
0008036369 MAR 27 202

David Greene
Electronic Frontier Foundation
815 Eddy St
San Francisco, CA 94109

94109-77011
02210>3004

NIXIE          957          0004/04/26

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 02210300425          *1421-02450-27-38

SCREENED USMS