OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

25-2230
notice
1/22/26

RECEIVED FOR FILING
IN CLERK'S OFFICE

2026 APR -9 P 12: 02

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

BOSTON MA 020
31 JAN 2026 PM 3 L
23 JAN 2026 PM 3 4



US POSTAGE — PITNEY BOWES
ZIP 02210 $ 000.74
02 7W
0008036369 JAN 22 2026

Return to Sender
ADDRESSEE
UNKNOWN

25

25-2230

Anurima Bhargava
Anthem of Us, LLC
30 Bow St
Cambridge, MA 02138

Case: 25-2230    Document: 00118430892    Page: 1    Date Filed: 04/09/2026    Entry ID: 6801211