**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

     *Plaintiff-Appellee*,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,
et al.,

     *Defendants-
Appellants*.

Case No. 25-2230

**<u>UNOPPOSED MOTION FOR EXTENSION OF TIME</u>**

Plaintiff-Appellee President and Fellows of Harvard College respectfully requests that the Court extend the deadline for Plaintiff-Appellee's brief until July 15, 2026. As support for this motion, Plaintiff states as follows:

1. On February 20, 2026, the Court granted Defendants-Appellants' unopposed motion for a sixty (60) day extension of time to file their Appellant brief. Defendants-Appellants' filed their brief on April 15, 2026.

2. Plaintiff-Appellee's brief is currently due by May 15, 2026.

3. The appellate counsel team for Plaintiff-Appellee has multiple briefing obligations in the Supreme Court of the United States and several federal courts of appeals between now and May 15, 2026. Plaintiff-

1

Appellee seeks a reciprocal extension of time to brief the issues raised in Defendants-Appellants' opening brief.

4.    Counsel for Plaintiff-Appellee conferred with counsel for Defendants-Appellants, and Defendants-Appellants do not oppose the requested relief.

WHEREFORE, for the reasons stated herein, Plaintiff-Appellee respectfully requests that the Court extend Plaintiff-Appellee's deadline to file its Appellee brief by sixty (60) days, up to and including July 15, 2026.

Dated: April 23, 2026

Respectfully submitted,

*/s/ Steven P. Lehotsky*

| | |
|---|---|
| Paul D. Clement | Steven P. Lehotsky |
| James Y. Xi | Scott A. Keller |
| Jeffrey C. Thalhofer | LEHOTSKY KELLER COHN LLP |
| CLEMENT & MURPHY, PLLC | 200 Massachusetts Ave. NW, Suite 700 |
| 706 Duke Street | Washington, DC 20001 |
| Alexandria, VA 22314 | (512) 693-8350 |
| (202) 742-8900 | steve@lkcfirm.com |
| paul.clement@clementmurphy.com | |

**CERTIFICATE OF SERVICE**

Counsel for Plaintiff-Appellee certify that they have submitted the foregoing document with the Clerk of Court for the United States Court of Appeals for the First Circuit, using the electronic case filing system of the Court. Counsel for Plaintiff-Appellee hereby certify that they have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

*/s/ Steven P. Lehotsky*

Dated: April 23, 2026

**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Times New Roman 14-point, a proportionally spaced font, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 174 words, according to the word count of Microsoft Word.

*/s/ Steven P. Lehotsky*

Dated: April 23, 2026

3