# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-2230          **Short Title:** Harvard College v. HHS, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

President and Fellows of Harvard College _____ as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

s/Jeffrey C. Thalhofer _____          4/23/2026 _____
Signature                                                                   Date

Jeffrey C. Thalhofer _____
Name

Clement & Murphy, PLLC _____          202-742-8900 _____
Firm Name (if applicable)                                        Telephone Number

706 Duke Street _____          _____
Address                                                              Fax Number

Alexandria, VA, 22314 _____          jeff.thalhofer@clementmurphy.com _____
City, State, Zip Code                                        Email (required)

Court of Appeals Bar Number: 1219771 _____

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes   Court of Appeals No. 25-2231 _____

====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).