**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

       *Plaintiff-Appellee*,

    v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,
et al.,

       *Defendants-Appellants*.

Case No. 25-2230

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 12.0(b), I, Jacob B. Richards, hereby move for leave to withdraw my appearance as counsel for Plaintiff-Appellee President and Fellows of Harvard College in the above-captioned matter. My employment at Lehotsky Keller Cohn LLP will be ending on April 24, 2026. Attorneys Lehotsky, Keller, Cohn, Yarger, Miller, Denmark, Morrow, and Goldstein from Lehotsky Keller Cohn LLP have entered appearances in the above-captioned matter and will remain counsel for Plaintiff-Appellee.

Accordingly, I respectfully request the removal of my appearance from the docket and my name from the ECF distribution list.

1

Dated: April 24, 2026                    Respectfully submitted,

                                         */s/ Jacob B. Richards*
                                         Jacob B. Richards
                                         LEHOTSKY KELLER COHN LLP
                                         200 Massachusetts Ave. NW, Suite 700
                                         Washington, DC 20001
                                         (512) 693-8350
                                         jacob@lkcfirm.com

## CERTIFICATE OF SERVICE

I certify that I have submitted the foregoing document with the Clerk of Court for the United States Court of Appeals for the First Circuit, using the electronic case filing system of the Court. I certify that all participants in the case are registered users of the electronic case filing system and that service will be accomplished by the electronic case filing system.

*/s/ Jacob B. Richards*

Dated: April 24, 2026