# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

*Plaintiff-Appellee,*

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,
et al.,

*Defendants-
Appellants.*

Case No. 25-2230

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 12.0(b), I, Scott A. Keller, hereby move for leave to withdraw my appearance as counsel for Plaintiff-Appellee President and Fellows of Harvard College in the above-captioned matter. My employment at Lehotsky Keller Cohn LLP will be ending on July 1, 2026. Attorneys Steven Lehotsky, Jonathan Cohn, Katherine Yarger, Mary Miller, Shannon Denmark, Joshua Morrow, and Danielle Goldstein from Lehotsky Keller Cohn LLP have entered appearances in the above-captioned matter and will remain counsel for Plaintiff-Appellee.

Accordingly, I respectfully request the removal of my appearance from the docket and my name from the ECF distribution list.

Dated: June 30, 2026                    Respectfully submitted,

                                       */s/ Scott A. Keller*

                                       Scott A. Keller

                                       LEHOTSKY KELLER COHN LLP

                                       200 Massachusetts Ave. NW, Suite 700

                                       Washington, DC 20001

                                       (512) 693-8350

                                       scott@lkcfirm.com

## CERTIFICATE OF SERVICE

I certify that I have submitted the foregoing document with the Clerk of Court for the United States Court of Appeals for the First Circuit, using the electronic case filing system of the Court. I certify that all participants in the case are registered users of the electronic case filing system and that service will be accomplished by the electronic case filing system.

Dated: June 30, 2026

/s/ Scott A. Keller