# United States Court of Appeals
## For the First Circuit

---

No. 25-2230

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiff - Appellee,

v.

US DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF
HEALTH; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the United
States Department of Health and Human Services; US DEPARTMENT OF JUSTICE; TODD
BLANCHE, in the official capacity as Acting Attorney General of the United States; US
DEPARTMENT OF EDUCATION; LINDA M. MCMAHON, in the official capacity as
Secretary of the United States Department of Education; US GENERAL SERVICES
ADMINISTRATION; EDWARD FORST, in the official capacity as Administrator of the United
States General Services Administration; US DEPARTMENT OF ENERGY; CHRISTOPHER A.
WRIGHT, in the official capacity as Secretary of the United States Department of Energy; US
NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in the official capacity as Acting
Director of the United States National Science Foundation; US DEPARTMENT OF DEFENSE;
PETER B. HEGSETH, in the official capacity as Secretary of the United States Department of
Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JARED
ISAACMAN, in the official capacity as Administrator of the National Aeronautics and Space
Administration; US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT
TURNER, in the official capacity as Secretary of Housing and Urban Development; US
DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in the official capacity as
Secretary of Agriculture,

Defendants - Appellants.

---

### ORDER OF COURT

Entered: July 9, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney Scott A. Keller as counsel for
Appellee President and Fellows of Harvard College is granted. Attorney Keller is hereby
withdrawn as counsel of record, and Appellee will continue to be represented by the remaining
counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:

Steven Paul Lehotsky, Jonathan F. Cohn, John P. Bueker, Douglas H. Hallward-Driemeier, Paul D Clement, Joshua S. Levy, William Anthony Burck, Scott A. Keller, James Xi, Shannon Grammel Denmark, Danielle Kerker Goldstein, Joshua Paul Morrow, Robert K. Hur, Jacob B. Richards, Katherine C. Yarger, Jeffrey Thalhofer, Elena W. Davis, Mary Elizabeth Miller, Donald Campbell Lockhart, Abraham R. George, Michael Velchik, Jessica Lynn Ellsworth, Gregory Francis Noonan, Stephanie Julie Gold, Reedy Swanson, Kayla Ghantous, Ragini N. Shah, Matthew R Segal, Jessie J. Rossman, Brian Matthew Hauss, Rachel E. Davidson, Vera Eidelman, David Greene, Thomas Arthur Berry, Alexander Abdo, Bruce D. Brown, Gabriel Rottman, Grayson Clary, Corey Sullivan Martin, Sean H. Donahue, Donald B. Verrilli Jr., Daniel J. Cloherty, Victoria L. Steinberg, Esthena L. Barlow, Alexandra Arnold, Helen E. White, Martin F. Murphy, Eric M. Gold, Dustin F. Hecker, Joel Anderson Fleming, Lauren Godles Milgroom, Jonathan C. Green, Emma S. Winer, Anna Esther Lumelsky, William M. Tong, Peter F. Neronha, Nicholas W. Brown, Mark David Stern, Chelsea Gabrielle Glover, Kaveh L. Afrasiabi, Douglas Scott Brooks, L. Rachel Lerman, Eric H. Wessan, Michael T. Hilgers, George W. Vien, Pietro Alfredo Conte