# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-2230      **Short Title:** Harvard v. HHS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

The Leadership Now Project      as the

[ ] appellant(s)      [ ] appellee(s)      [✓] amicus curiae

[ ] petitioner(s)      [ ] respondent(s)      [ ] intervenor(s)

Signature        16 July 2026
                Date

Graham Glusman
Name

Covington and Burling LLP      212 379 8764
Firm Name (if applicable)      Telephone Number

30 Hudson Yards
Address        Fax Number

10001      gglusman@cov.com
City, State, Zip Code      Email (required)

Court of Appeals Bar Number: 1221689

Has this case or any related case previously been on appeal?

[ ] No      [✓] Yes   Court of Appeals No. 25-2231 (1st Cir.)

============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).