# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-2230          **Short Title:** Harvard v. HHS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

The Leadership Now Project _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

_____          16 July 2026 _____
Signature                                                    Date

P. Benjamin Duke _____
Name

Covington and Burling LLP _____          212 841 1072 _____
Firm Name (if applicable)                          Telephone Number

30 Hudson Yards _____          _____
Address                                                    Fax Number

10001 _____          pbduke@cov.com _____
City, State, Zip Code                                Email (required)

Court of Appeals Bar Number: 1221691 _____

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 25-2231 (1st Cir.) _____

=========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

Print          Reset