# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-2230          **Short Title:** Harvard v. HHS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

The Leadership Now Project _____ as the

[  ] appellant(s)          [  ] appellee(s)          [✓] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

_____          16 July 2026 _____
Signature                                                          Date

Joy A Chen _____
Name

Covington and Burling LLP _____          617 603 8821 _____
Firm Name (if applicable)                                  Telephone Number

1 International Pl. Ste 1020 _____          _____
Address                                                          Fax Number

02110 _____          jchen@cov.com _____
City, State, Zip Code                                  Email (required)

Court of Appeals Bar Number: 1221690 _____

Has this case or any related case previously been on appeal?

[  ] No          [✓] Yes   Court of Appeals No. 25-2231 (1st Cir.) _____

===============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).