# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-2230        **Short Title:** President/Harvard v. HHS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Columbia Alumni for Academic Freedom _____ as the

[  ] appellant(s)           [  ] appellee(s)           [✔] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)         [  ] intervenor(s)

| | |
|---|---|
| Sean Hoe Donahue | July 20, 2026 |
| Signature | Date |
| Sean Hoe Donahue | |
| Name | |
| Donahue, Goldberg, Herzog & Davids | 202-277-7085 |
| Firm Name (if applicable) | Telephone Number |
| 1008 Pennsylvania Ave., SE | 202-315-3582 |
| Address | Fax Number |
| Washington, DC 20003 | sean@donahuegoldberg.com |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 63960

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No. _____

==============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).