# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-2230            **Short Title:** Harvard v. HHS et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Professors Benjamin Eidelson and Deborah Hellman</u>            as the

[ ] appellant(s)            [ ] appellee(s)            [✔] amicus curiae

[ ] petitioner(s)            [ ] respondent(s)            [ ] intervenor(s)

<u>/s/ Benjamin Eidelson</u>            <u>July 20, 2026</u>
Signature                                                    Date

<u>Benjamin Eidelson</u>
Name

_____            <u>617-495-4846</u>
Firm Name (if applicable)            Telephone Number

<u>1575 Massachusetts Ave.</u>            _____
Address                                                    Fax Number

<u>Cambridge, MA 02138</u>            <u>ben@beneidelson.org</u>
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: <u>1225204</u>

Has this case or any related case previously been on appeal?

[ ] No            [✔] Yes   Court of Appeals No. <u>25-2231</u>

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).