# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

No. 25-2230

---

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Plaintiff-Appellee*,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, in his official capacity as Secretary of the United States Department Health and Human Services; UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, in his official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF EDUCATION; LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education; GENERAL SERVICES ADMINISTRATION; EDWARD FORST, in his official  capacity as Administrator of the United States General Services Administration; UNITED STATES  DEPARTMENT OF ENERGY; CHRISTOPHER WRIGHT, in his official capacity as Secretary of the Department of Education; NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in his official capacity Acting Director of the United States National Science Foundation; UNITED STATES DEPARTMENT OF DEFENSE; PETER HEGSETH, in his official capacity as Secretary of the United States Department of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JARED ISAACMAN, in his official capacity as Administrator of the National Aeronautics and Space Administration; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development; UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in her official capacity as Secretary of Agriculture,

*Defendants-Appellants.*

---

## MOTION FOR LEAVE TO FILE BRIEF OF
## THE LEADERSHIP NOW PROJECT AS *AMICUS CURIAE*
## IN SUPPORT OF PLAINTIFF-APPELLEE AND AFFIRMANCE

Pursuant to Federal Rules of Appellate Procedure 27 and 29(a)(2)–(3), the

Leadership Now Project ("Leadership Now") respectfully moves for leave to file

the accompanying *amicus curiae* brief in Support of Plaintiff-Appellee and Affirmance.

## INTEREST OF *AMICUS CURIAE*

1.      Leadership Now is a national membership organization of business leaders committed to ensuring that the United States has a strong democracy and economy. Leadership Now supports a set of core principles that includes defending the rule of law, increasing competitiveness in the political system to improve the quality of governance, supporting civic participation, and planting seeds for longer-term national growth and prosperity. Preserving responsive, democratic government is critical to the American economy and touches the lives of all Americans. Leadership Now's submission is informed by the collective experience of its members as business leaders and their collective interest in preserving American economic innovation and the rule of law.

2.      This case involves an unprecedented and punitive campaign against Harvard University, in which the Federal Government is withholding billions of dollars in federal research funding based on allegations of antisemitism and viewpoint discrimination.

3.      The Administration's actions are unconstitutional and otherwise illegal, and they threaten to destroy the enormously productive relationship between the government and academia which has helped make the United States' economy the

2

largest on Earth and its academic institutions the envy of the world. As a result of the Administration's actions, Plaintiff-Appellee faces intolerable threats to the academic freedom of the University and its faculty, students, administrators, and staff, which threats could in turn degrade the quality of federally funded research at Harvard and other universities and deprive the nation of the benefits of future scientific discoveries and innovations.

4.    As an organization of business leaders, Leadership Now is in a unique position to explain the chilling effect and other detrimental impacts that the Administration's actions will have on technological and scientific innovation, threatening the American economy and ceding U.S. leadership in these areas to global rivals.

5.    Leadership Now confirms that its proposed *amicus* brief will not exceed this Court's 15-page limit.

## CONCLUSION

For the foregoing reasons, Leadership Now respectfully requests leave to file an *amicus* brief in support of Plaintiff-Appellee and affirmance.

Dated: July 22, 2026                    Respectfully submitted,

                                        */s/ P. Benjamin Duke*
                                        P. Benjamin Duke
                                        Graham Glusman
                                        COVINGTON & BURLING LLP
                                        30 Hudson Yards

3

New York, NY 10001-2170
(212) 841-1000
pbduke@cov.com
gglusman@cov.com

Joy A. Chen
COVINGTON & BURLING LLP
One International Place, Suite 1020
Boston, MA 02110
(617) 603-8821
jchen@cov.com

*Counsel for the Leadership Now Project*

4

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2). This motion contains 385 words.

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in 14-point Times New Roman font using Microsoft® Word for Microsoft 365 MSO (Version 2605 Build 16.0.20026.20166).

Dated: July 22, 2026

/s/ P. Benjamin Duke
P. Benjamin Duke

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

_/s/ P. Benjamin Duke_
P. Benjamin Duke