# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25 2230      **Short Title:** Harvard v. HHS et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Conference of Boston Teaching Hospitals, Inc. _____ as the

[   ] appellant(s)      [   ] appellee(s)      [✓] amicus curiae

[   ] petitioner(s)      [   ] respondent(s)      [   ] intervenor(s)

_____      July 22, 2026 _____
Signature      Date

Max A. Jacobs _____
Name

Manatt, Phelps & Phillips, LLP _____      617 646 1450 _____
Firm Name (if applicable)      Telephone Number

1 Beacon Street, 11th Floor _____      _____
Address      Fax Number

Boston, MA, 02108 _____      MJacobs@manatt.com _____
City, State, Zip Code      Email (required)

Court of Appeals Bar Number: 1214439 _____

Has this case or any related case previously been on appeal?

[✓] No      [   ] Yes   Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).