# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 25 2230          **Short Title:** Harvard v. HHS et al.

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*):
Conference of Boston Teaching Hospitals, Inc.                                   as the

[  ] appellant(s)          [  ] appellee(s)          [✔] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)


/s/ Alysha Agarwal                              July 22, 2026
Signature                                       Date

Alysha Agarwal
Name

Manatt, Phelps & Phillips, LLP                  617-646-1453
Firm Name (if applicable)                       Telephone Number

1 Beacon Street, 11th Floor
Address                                         Fax Number

Boston, MA, 02108                               AAgarwal@manatt.com
City, State, Zip Code                           Email (required)

Court of Appeals Bar Number: 1225139


Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No.
========================================================================
**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).