# United States Court of Appeals
## For the First Circuit

_____

**NOTICE OF APPEARANCE**

**No.** 25-2230          **Short Title:** Harvard v. HHS et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
American Council on Education and 26 Other Higher Education Organizations as the

[  ] appellant(s)          [  ] appellee(s)          [✔] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)


/s/ Jessica L. Ellsworth                              07/22/2026
Signature                                             Date

Jessica L. Ellsworth
Name

Hogan Lovells Cadwalader US LLP          (202) 637-5600
Firm Name (if applicable)                            Telephone Number

555 Thirteenth Street, N.W.                   (202) 637-5910
Address                                              Fax Number

Washington, D.C., 20004                      jessica.ellsworth@hlc.com
City, State, Zip Code                                Email (required)

Court of Appeals Bar Number: 1124394


Has this case or any related case previously been on appeal?

[   ] No          [✔] Yes   Court of Appeals No. 25-2231

==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).