# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 25-2230                **Short Title:** Harvard College v. HHS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

10,982 Harvard Alumni                                          as the

[  ] appellant(s)          [  ] appellee(s)          [✔] amicus curiae

[  ] petitioner(s)         [  ] respondent(s)        [  ] intervenor(s)

_____          July 22, 2026_____
Signature                          Date

Lauren Godles Milgroom_____
Name

Equity Litigation Group LLP____          (617) 468-8602_____
Firm Name (if applicable)                Telephone Number

1 Washington Mall #1307_____          _____
Address                                  Fax Number

Boston, MA 02108_____          lmilgroom@equitylitigation.com
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 1183519_____

Has this case or any related case previously been on appeal?

[  ] No          [✔] Yes   Court of Appeals No. 25-2231_____

==============================================================================
**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).