# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 25-2230          **Short Title:** Harvard v. HHS et al.

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*):

Former United States Agency Officials _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)


/s/ Reed Colfax _____          July 20, 2026 _____
Signature                                Date

Reed Colfax _____
Name

_____          (202) 728-1888 _____
Firm Name (if applicable)                Telephone Number

1225 19th Street NW, Suite 600          (202) 728-0848 _____
Address                                  Fax Number

Washington, DC 20036          rcolfax@relmanlaw.com _____
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 1216672 _____


Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 25-2231 _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).