# APPENDIX

Philip Aaberg, A.B. '71

Damani Aaron, A.B. '06

Marjorie Aaron, J.D. '81

Alice Abarbanel, A.B. '67

Michael Abate, A.B. '00

Steve Abbey, A.B. '87

Katherine Abbott, M.P.A. '88

Sheila Abdallah, A.B. '94 M.D. '12

Adriana Abdenur, A.B. '97

Roxanne Abder, A.B. '95

Margaret Abe-Koga, A.B. '92

Suzanne Abel, A.B. '72

Heide Abelli, M.B.A. '93

J. Lawrence Aber, A.B. '73

Pauline Abernathy, M.P.P. '94

Alan Abola, A.B. '98

John Aboud, A.B. '95

Andres Aboumrad, M.B.A. '98

Jo Ann Abraham, A.B. '58

John Abraham, A.B. '96 '

Luann Abrahams, CMS '97

Tara Abrahams, A.B. '99 M.B.A. '04

Michael Abram, A.B. '66 J.D. '71

Daniel Abrams, A.B. '90

Lisa Abrams, A.B. '87

Rebecca Abrams, A.B. '86

Arthur Abrantes, A.B. '20

David Abromowitz, J.D. '82

Jordan Abshire, J.D. '04

Adan Acevedo, A.B. '13 M.B.A. '23

Paul Achitoff, A.B. '77

Ben Achtenberg, A.B. '65

Martha Ackelsberg, A.B. '68

Anne Ackerley, A.B. '84 M.B.A. '88

Margaret Ackerley, A.B. '87

Allan Ackerman, M.Arch. '74

Ashley Ackerman, A.B. '88

Sarah Ackerman, A.B. '89

Janet Adachi, A.B. '74

Richard Adair, A.B. '64 M.D. '68

Raja Adal, Ph.D. '09

Zoltan Adam, M.P.A. '15

Dr. Ann Jensen Adams, A.B. '71 Ph.D. '85

Elizabeth Willard Adams, A.B. '82

George Adams, A.B. '77

Jane Adams, A.B. '79

Jonathan Adams, A.B. '77

Margery Adams, A.B. '76

Melissa Adams, Ph.D. '14

Michael Adams, A.B. '83

Peter Adams, D.B.A. '68

Thomas Adams, J.D. '69

William Adams, M.B.A. '74

Earl Adams, III, A.B. '75

Lane Addonizio, A.B. '92

Jo Addy, M.P.H. '05

Jacob Adler, A.B. '76 Ph.D. '85

Jax Adler, A.B. '25

Kate Adler, A.B. '91

Lani Adler, A.B. '77

Priscilla Adler, A.B. '76

Stephen Adler, A.B. '61

Warren Adler, A.B. '69

Elaine Adler Bresnick, Ed.M. '79

Jessica Adler Kuznick, A.B. '88 Ed.M. '94

Ronald Aerni, A.M. '75

Jeannie Affelder, A.B. '83

Bene Afolabi, HMS '19

Tiffany Agard, A.B. '15

Winifred Agard, A.B. '91

Valerian Agbaw-Ebai, M.P.A. '06 '

Bryan Agnetta, A.B. '96

Tim Agnew, M.B.A. '92

Peter Agoos, A.B. '75

Anjana Agrawal, S.M. '92

Ashish Agrawal, A.B. '08

Smriti Agrawal, LL.M. '16

Allison Agsten, M.P.A. '21

Maria Agui Carter, A.B. '86

Francisco Aguilar, A.B. '05 M.P.P. '12

Francisco José Aguilar-Urbina, LL.M. '87

Hildy Agustin, A.B. '92

James Ahern, A.B. '75

Michele Ahern, M.P.P. '95

Surjeet Ahluwalia, M.P.P. '03

Muneer Ahmad, A.B. '93 J.D. '96

Nayab Ahmad, A.B. '15

Hyung Ahn, A.B. '94

Sarah Ahn, M.B.A. '92

Amy Ahner, Exec. Ed. '17

Marc Aidinoff, A.B. '12

Jim Aiello, A.B. '90

Joseph Aiello, M.R.P.L. '80

Alex-Handrah Aime, A.B. '98

Abimbola Aina, A.B. '93 A.M. '93 M.D. '97

Chris Ajemian, Ed.M. '19

Olu Ajilore, A.B. '92

Scott Akalis, Ph.D. '07

Nathaniel Akerman, J.D. '72

Nathaniel (Nick) Akerman, J.D. '72

3

Nicklas Akers, J.D. '00 M.P.H. '00

Alexander Akin, A.M. '99 Ph.D. '09

Motolani Akinola, M.P.H. '19

Luma Al-Attar, A.B. '95

Dalia Al-Othman, A.B. '98 J.D. '01

Edwin Alanís-García, M.T.S. '19

Shahab Albahar, M.L.A. '15

Claudia Albano, M.P.A. '96

Sarah Albee, A.B. '85

Richard Alben, A.B. '65 Ph.D. '67

Christina Albers, A.B. '79

Robert Albert, A.B. '70

Ross Albert, A.B. '82

Laurence Alberts, A.B. '84

Patrick Alberts, AMP '22

Carlos Albors, A.B. '18

Oscar Alcantara, A.B. '90

Alex Aldrich, A.B. '80

Keith Aldrich, M.D. '08

Cori Aleardi, A.B. '99 M.B.A. '05

Joseph Aleardi, Ed.M. '25

Patricia Alejandro, J.D. '17

Barton Alexander, A.B. '73 Exec Ed '84

Elise Alexander, A.B. '19

Jeffrey Alexander, A.B. '69

Leslie Alexander, A.B. '99

Nancy Alexander, M.T.S. '83

Sarah Alexander, J.D. '12

Susan Alexander, J.D. '67

Vinita Alexander, A.B. '07

William Alexander, A.B. '75

Gwendolyn Alexis, J.D. '72

Dominique Alfandre, A.B. '79

Ligia Alfonzo, A.L.M. '24

John Alford, M.B.A. '01

Richard Alfred, A.B. '77

Giancarlo Alhadeff, A.B. '72

Saima Ali, A.L.B. '20

Syed Ali, M.U.P. '19

ZeSean Ali, M.T.S. '22

Mohamed Alibhai, Ph.D. '83

Mark Alimansky, M.B.A. '68

Joan Allan Aleshire, A.B. '60

Véronique Allarousse, LL.M. '90

Alexis Allen, A.B. '19

Bethany m. Allen, A.B. '93 Ed.M. '26

Brian Allen, A.B. '76

Bruce Allen, A.B. '73

Candace Allen, A.B. '71

Charles Allen, A.B. '70

David Allen, A.B. '63 M.B.A. '69

Deborah Allen, S.M.  '80 S.D. '98

Debra Allen, A.B. '88

Jacqueline Allen, J.D. '79

Katy Allen, A.B. '05

Kristy Allen, A.B. '04

Lee Allen, A.B. '73

Rachel Allen, A.B. '91

Sheila Allen Avelin, A.B. '93

William Alleyne, A.B. '79

Tanene Allison, M.P.P. '06

Dariela Almeda, S.M. '10 Ph.D. '14

Barbara Alonso, M.P.P. '88

Cristina Alonso, Dr.P.H. '21

Seth Alper, A.M.  '01

Benjamin Alpers, A.B. '86

David Alpert, A.B. '00

Philip Alphonse, A.B. '93

Fatima AlQubaisi, LL.M. '17

Stacey Alston, A.B. '84

Dean N. Alterman, A.B. '81

Alice Altman, M.Arch. '79

John Altman, A.B. '69

Michael Altman, J.D. '68

Scott Altman, J.D. '87

Stephanie Altman Dominus, A.B. '90

Joel Altschul, A.B. '70

Sarah Altschuller, J.D. '02

Mia Alvar, A.B. '00

Karla Alvarado, A.B. '19

Abraham Alvarez, A.B. '09

Amelia Alvarez, M.P.P. '93

Marina Alvarez, LL.M. '92

Teresita Alvarez-Bjelland, A.B. '76 M.B.A. '79

Andres Alvarez-Davila, A.B. '17

Ruben Alvero, A.B. '80

Kenneth Alyass, Ph.D. '25 A.M. '21

Teresa Amabile, A.M. '95

Franziska Amacher, M.Arch. '77

Takuma Amano, M.B.A. '72

Alexandra Amati, Ph.D. '94 A.M. '91

Theresa Amato, A.B. '86

Hector Amaya, M.T.S. '09

Robert Ambaras, A.B. '78 J.D. '81

Jack Ambridge, M.B.A. '19

Hiroshi Amemiya, M.P.A. '06

Richard America, M.B.A. '65

Steven Amerikaner, A.B. '69 J.D. '73

Andrew Ames, A.B. '95

James Ames, A.B. '95

5

Jennifer Amico, A.B. '05

Cory Amron, J.D. '77

Tangeni Amupadhi, M.P.A. '18

Chimaobi Amutah, A.B. '07

Flora Amwayi, J.D. '13

Dongzhengyang An, M.M.Sc. '20

Stephen Anable, Ed.M. '98

Photeine Anagnostopoulos, A.B. '81 M.B.A. '85

Malika Anand, M.P.A. '10

John Anas, A.B. '72

Jessica Ancker, A.B. '87

Ellen Andermabn, A.B. '77

Rebecca Anders, A.B. '09

Farrah Andersen, M.P.P. '17

Caitlin Anderson, A.B. '95

Curtis Anderson, A.B. '72 M.T.S. '75

Dale Anderson, A.B. '75

Elizabeth Anderson, A.B. '04

Ethan Anderson, M.B.A. '03

Grace Anderson, A.B. '96

Jace Anderson, A.B. '90

James Anderson, A.B. '86

James Anderson, A.B. '91

James Doig Anderson, A.B. '63

John Anderson, A.B. '95

Joshua Anderson, A.B. '93

Julie Anderson, A.B. '71

Kenneth Anderson, A.B. '62 J.D. '65

Nancy Anderson, A.B. '71 J.D. '76

Quintin Anderson, M.B.A. '01

Richard Anderson, A.B. '72

SHAKIBRIA ANDERSON, A.B. '00

Stephen Anderson, A.B. '75

Rozlyn Anderson Flood, A.B. '77 J.D. '80

Roxanne Ando, J.D. '78

Kenneth Andrasko, A.B. '74

Jane Andrews, A.B. '72 M.P.H. '95

Richard Androne, A.B. '68

Dea Angiolillo, M.D. '79

Gina Angiolillo, J.D. '18

Leila Anglade, LL.M. '90

Marcia Angle, A.B. '76

Shawn Anglim, M.T.S. '91

Carolyn Angney, A.B. '72

Bastiaan Anink, A.L.M. '19

Michael Ansara, A.B. '68

Nida Ansari, A.B. '18

Karen Anselmo, A.B. '01

Ken Ansin, M.P.A. '06

Maxine Antell-Buckley, A.B. '63

6

Sharon Antia, Ed.M. '10

Miho Aoki, M.B.A. '87

Christine Aposhian, A.M. '80

Louis Appel, M.D. '96 M.P.H. '96

Kalman Applbaum, Ph.D. '92

Gordon Appleman, J.D. '62

Michael Appleton, A.B. '69

Jerome Apt, A.B. '71

Emily Apter, A.B. '76

Tomas Aragon, M.D. '88 M.P.H. '88

Gonzalo Arana, M.P.A. '24

Sebastian Arana, A.B. '23

Sandra Arber, A.B. '87

David Arcara, M.B.A. '90

Nina Archabal, A.B. '62 A.M. '63 M.A.T. '63

Ethan Ard, A.B. '00

Daniel Ardrey, A.B. '70

Laura Argiri, A.B. '80

Angelica Arias, A.L.M. '22

Moira Ariev, A.B. '85

John Arimond, A.B. '82

Christopher Ariza, A.B. '99

J Gordon Arkin, J.D. '70

Kimberly Arkin, A.B. '98

Elizabeth Arkush, A.B. '93

Tim Armour, M.B.A. '75

Brenda Armstead, A.B. '84

Eisha Armstrong, M.B.A. '03

John Armstrong, Ph.D. '77

Shona Armstrong, A.B. '92

Alexandra Arneri, M.P.A. '24

Christine Arnold, M.B.A. '92

David Arnold, A.B. '71

Jack Arnold, A.B. '74

Marie Arnold, J.D. '91

Matthew Arnold, A.B. '83 M.B.A. '88

Thomas Arnold, A.B. '80

Dan Aron, A.B. '60

Daniel Aron, A.B. '60

Elijah Aron, A.B. '93

Judith Aron Rubin, Ed.M. '59

Elissa Arons, M.D. '70

Stephen Arons, J.D. '69

Lorraine Aronson, A.B. '72

Louise Aronson, M.D. '92

Seema Arora, M.P.A. '04

Fabrizio Arossa, LL.M. '87

John Arradondo, M.D. '68 M.P.H. '72

Robert Arreola, A.B. '95

Sarah Arron, A.B. '96

Vicki Arroyo, M.P.A. '87

Umut Arslan, A.B. '21

Lawrence Artenian, A.B. '75

Lady Andramada Arthur, A.L.M. '25

Sean Arthurs, Ed.L.D. '16

Milci Artiga, A.B. '04

Elana Artson, A.B. '82

Afia Asamoah, A.B. '99 J.D. '05 M.P.P '05

Andrea Asaro, A.B. '06

Sipon Asawanuchit, M.P.A. '06

Jacob Ascher, A.B. '19

Michael Ascher, M.D. '68

Arlene Ash, A.B. '67

Eric Ash, A.B. '94

Kenneth Asher, Ed.M. '23

William Asher, A.B. '70 J.D. '74

Jeffrey Ashford, A.B. '77 M.P.P. '82

Christopher Ashley, M.Div. '10

Ayanna Ashley Doiron, A.B. '93

John Ashmead, A.B. '72

Sonia Ashok, M.P.H. '09

John Ashworth, A.B. '84

Connie Askin, A.L.B. '93

Jonathan Askin, A.B. '86

Mohammed Asmal, A.B. '95

Vicki Assevero, J.D. '76

Yvorn Aswad, M.P.H. '25

Julie Atkinson, A.B. '99

Susan Atkinson Glenn, M.Arch. '97

Amelia Atlas, A.B. '06

Polly Attwood, M.Div. '88 Ed.D. '08

Raymond Atuguba, S.J.D. '04

Margaret Atwood, A.M. '62

Laurie Au, M.P.P. '14

Lewis Auerbach, A.B. '63 A.M. '64

Colette (Coco) Auerswald, A.B. '85

St George Tucker Aufranc, M.D. '68

Andrea Ault-Brutus, Ph.D. '10

Kathryn Austin, A.B. '09

Lisa G Austin, M.P.P. '84

Wanyong Austin, A.B. '79

Roy Auty, Ph.D. '05

John Avault, A.B. '70

Alexis Averbuck, A.B. '94

Earl. L. Avery, Ed.M. '71 Ed.D. '77

Niya Avery, A.B. '17

Adam Aviles, A.B. '04

Diana Axelsen, GSA '63

Wyndham Ayares, Ed.D. '08

Bank Ayeketi-Daniel, A.B. '25

Donald Ayer, J.D. '75 A.M. '73

Anne Aylward, A.B. '69

Lewis Ayre, A.B. '20

Charles Ayres, A.B. '66

Warren Ayres, A.B. '69 J.D. '74

Samlara Baah Koduah, M.P.A. '20

Bruce Babbitt, J.D. '65

Anne Babcock, J.D. '90

Calvin Babcock, M.B.A. '83

Elisabeth Babcock, M.C.R.P. '82 Ph.D. '94

Peter Babej, J.D. '90 Ph.D. '94

Erika Babineau, A.B. '96

Danilo (Donald) Bach, A.B. '65

Margaret Bach, A.B. '66

Jeffrey Bachman, Ed.M. '25

Leigh Bachman, A.B. '94

Gary Bachula, A.B. '68 J.D. '73

Jonathan Backer, A.B. '78 M.D. '87

Constance Backhouse, LL.M. '79

Steven Backman, A.B. '72

Beth Bacon, A.B. '87

Edmund Bacon, A.B. '78

Laura Bacon, A.B. '02 M.P.P. '09

Hilary Bacon Gabrieli, A.B. '82

Jenny Lyn Bader, A.B. '90

Catherine Badgley, A.B. '72

Helen Bae, A.B. '16

P. (Peter) Stephen Baenziger, A.B. '72

David Baer, A.B. '82

Jay Baer, A.B. '77

Neal Baer, Ed.M. '79 A.M. '82 M.D. '96

Robert Baer, A.B. '70

Giacomo Bagarella, A.B. '13

Meredith Bagley, A.B. '99

Linda Bagley-Sohn, A.B. '89 J.D. '92

Axelle Bagot, M.P.A. '16

Sofia Bahena, Ed.M. '13 Ed.D. '14

Michael Baick, A.B. '22

Adam Bailey, A.B. '81 Ed.M. '88

Deborah Bailey, M.P.A. '15

Emily Bailey, A.B. '69

Jacqueline Baillargeon, J.D. '88

Lotte Bailyn, A.M. '53 Ph.D. '56

Chiraag Bains, J.D. '08

Alexander Bakal, A.B. '87

James Bakalar, A.B. '64 J.D. '67

Andrew Baker, A.B. '94

Brook Baker, A.B. '69

Dana Baker, A.B. '84

David Baker, A.B. '66

Elizabeth Baker, M.E. '19

Harry Scott Baker, A.B. '72 M.B.A. '74

Judith Kauffman Baker, A.B. '70

Katharine Baker, A.B. '84

Rusti Baker, A.B. '85

Samuel Baker, A.B. '69 Ph.D. '77

Susan Baker, Ed.M. '86

Valerie Baker, M.D. '88 M.P.P. '88

Vaishali Bakshi, A.B. '90

Nicholas Bala, LL.M. '80

Sanda Balaban, Ed.M. '98

Devika Balachandran, M.P.A. '21

Rachna Balakrishna, A.B. '91

Kelly Baldrate, A.B. '91

Annie Baldwin, A.B. '13

John Baldwin, A.B. '71

June M Baldwin, J.D. '75

Keith Baldwin, A.B. '99

Peter Baldwin, Ph.D. '86

Sujatha Baliga, A.B. '93

John Ballantine, A.B. '71

Leslie Ballantyne, A.B. '96 J.D. '01

Alice Ballard, A.B. '70 J.D. '73

Anne Ballard, A.B. '88

Julie Baller, A.B. '68 M.D. '72

Philip Balshi, A.B. '81

Gabrielle Bamford, Ed.M. '90

Carolyn Ban, A.M. '66

William Bancroft, A.B. '63 M.B.A. '66

Jonathan Band, A.B. '81

Douglas Banik, A.B. '69

SUSAN BANKOWSKI, S.M. '97

Kevin Banks, S.J.D. '03

LESLEY Bannatyne, A.L.M. '20

Amnon Bar-Ilan, A.B. '96

Khandan Baradaran, Ph.D. '95

Sujata Barai Chugh, J.D. '03

Anthony Barash, A.B. '65

Carmelo Barbaro, A.B. '02

Cathy Barbash, A.B. '74

Nicole Barbee, A.B. '05

Charles Barber, A.B. '88

Jamie Barber, Ph.D. '13

Philip Barber, A.B. '75

Robert Barber, A.B. '72 M.C.R.P. '77

Suzanne Barbier Scheele, A.B. '76

Jeffrey Barbour, J.D. '86

Kristin Barclay, S.B. '14

Alexander Bardey, A.B. '83

Kiana Barfield, A.B. '94

10

Kelly Barge, A.B. '70

Teresa Barger, A.B. '77

Judith Barish, A.B. '88 M.P.A. '23

Judith Barisonzi, A.B. '66

Carol Barker, A.B. '64

Chad Barker, A.B. '93

Deborah Barker, M.B.A. '85

Jim Barker, A.B. '91 Ed.M. '01

Rosina Barker, A.B. '78 M.P.P. '82

Stephen Barker, A.B. '71 Ed.M. '75

Carol Barkin, A.B. '65

Don Barkin, A.B. '74

Peter Barkin, A.B. '72 MSc '75

David Barlow, A.B. '75

Ryan Barlow, M.B.A. '08

Mason Barnard, A.B. '16 J.D. '26

Austin Barnes, A.B. '10

Ken Barnes, A.B. '70

Nancy Barnes, M.P.A. '87

Joshua Barnes-Livermore, A.B. '95

Clare Barnett, M.P.H. '10

Hepsi Barnett, M.P.A. '00

Jeanie Barnett, M.P.A. '02

Maria Barnett, A.B. '04

Anna Barnett-Hart, A.B. '09

Kate Barney, A.B. '03

Richard Baron, A.B. '74

Brooke Barr, A.B. '83

Jane Barr, J.D. '94

Silvia Barragan, M.P.A. '94

Joseph Barranco, A.B. '93

Donald Barrett, A.B. '72

Michael Barrett, A.B. '70

Michael Barrett, A.B. '76 J.D. '80

Paul Barrett, A.B. '83 J.D. '87

Peter Barrett, Ph.D. '99 M.M.Sc. '93

Katherine Barrett Wiik, J.D. '05

Joseph Barretto, A.B. '97

Maria Barrios, Ed.M. '16

Sam Barritt, Ph.D. '23

Judith Barron, A.B. '86

Melanie Barron, Ed.D. '83

Penny Barron, A.B. '68

Violet Barron, A.B. '26

John Barrow, J.D. '79

Anthony Barrows, M.P.A. '13

David Barry, J.D. '69

Lauren Barry, A.B. '05

Anders Barsk, M.B.A. '69

Alexandra Barstow, A.B. '88

Frederick Bartenstein, A.B. '73

Ellen Barth, A.B. '58

Nils Barth, A.B. '00 A.M. '00

Stella Barth, A.B. '10

Rand Barthel, A.B. '78

Anne Bartlett, A.B. '79

Desiree Bartlett, A.B. '94

Julie Bartlett, A.B. '94

Roger Bartolotta, A.B. '02

Alice Barton, A.B. '76 A.B. '

John Barton, A.B. '88

Susan Barton Young, A.B. '82

Jordana Barton-Garcia, M.P.A. '05

Pamela Bartter, A.B. '74 M.Arch. '80

Lawence Barusch, A.B. '71 J.D. '75

Ronald Barusch, A.B. '75 J.D. '77

Richard Baryh, A.B. '89

John Basbagill, A.B. '00

Terri Basch, A.L.M. '24

Nicholas Basden, A.B. '89 M.B.A. '97

Joseph Basile, J.D. '77

Jana Baslikova, Ed.M. '24

Chandler Bass Evans, A.B. '00

Vianney Basse, M.P.A. '03

Vinny Basse, M.P.A. '03

Benjamin Basseri, A.L.M. '25 A.L.B. '20

John Bassett, A.B. '60

Mary T Bassett, A.B. '74

Florence Basty, M.D. '05

Elizabeth Bates, Ed.M. '78

Emily Bates, Ph.D. '05

Joseph Bates, A.B. '87

Douglas Bateson, A.B. '74

Mueen Batlay, M.P.P. '95

Puja Batra, J.D. '99

R. Sonia Batra, A.B. '94 M.D. '00 M.P.H. '00

Mark Battey, A.B. '81

Kemp Battle, A.B. '78

Erik Bauer, A.B. '96

Fred Bauer, A.B. '73 J.D. '76

Matthew Bauer, A.L.M. '10

Michael Bauer, M.B.A. '94

Richard Baughman, A.B. '75

Arthur Baum, A.B. '05

Edward Baum, A.B. '60 M.Arch. '64

Rosa Baum, J.D. '21 M.P.P. '21

Karen Baum Gordon, A.B. '78

William Bauman, A.B. '72

Maureen Baur, A.B. '07

Patrick Baur, A.B. '07

Jyot Bawa, M.B.A. '13

Alison Baxter, A.B. '70

Clarke Baxter, A.B. '75

Prudence Baxter, A.B. '75

Claus Bayer, M.B.A. '83

Christopher Bayley, A.B. '60 J.D. '66

Elizabeth Bayley, A.B. '96

Max Bazerman, Masters Honorary '00

Lisa Beach, A.B. '80

Michael Beach, J.D. '97

Allison Beard, A.B. '21

Peter Bearman, Ph.D. '85

Lee Bearson, A.B. '81

Heather Beasley, A.B. '97

Jerry Beasley, A.B. '66 Ed.M. '69

John Beasley, A.B. '64

Neal Beaton, A.B. '75 J.D. '78

Barbara Beatty, A.B. '68 Ed.D. '81

Aleza Beauvais, Ed.M. '99

Maggie Beazer, A.B. '20 M.D. '24

Neena Beber, A.B. '84

Camilo Becdach, A.B. '26

Fernando Becerra, Ph.D. '18

Dennis Bechis, A.B. '73

Paul Beck, A.B. '55

Philip Beck, A.B. '90 M.Arch. '95

Sarah Beck, A.B. '90 Ed.D. '02

Lori Beck Golden, A.B. '80

Carolyn Becker, M.D. '82

Daniel Becker, M.P.H. '78

Eli Becker, A.B. '81

Thomas Becker, J.D. '08

William Becker, J.D. '99

William Beckett, A.B. '73

Robert Beckman, A.B. '77 M.D. '83

Steven Beckman, A.B. '72

Tracy Beckman, M.P.A. '95

Terence Bedford, M.B.A. '66

Perry Bedinger, J.D. '84

Edward Bedrick,  MD, A.B. '75

Kelzie Beebe, A.B. '04

Robert Beech, A.B. '86

Lembit Beecher, A.B. '02

Mary Beekman, A.B. '75

Kimberly Beeman, A.B. '01

Kitty Beer, A.B. '59

Amy Beeson, A.B. '10

Adam Begley, A.B. '82

Peter Begley, A.L.B. '88

Linda (Liu) Behar, A.B. '68

13

David Behr, M.B.A. '04

Eric Behrens, A.B. '70

Jeff Behrens, A.B. '89 S.M. '07

Joy Behrens, A.B. '88

Philip Behrens, A.B. '04

Annabel Beichman, A.B. '12

Norman Beil, M.B.A. '77

Peter Beilenson, A.B. '81

Valerie Beilenson, A.B. '07 Ed.M. '12

Anne Beitel, M.B.A. '93

Aida Bekele, A.B. '94 J.D. '97

Lilly Bekele Piper, Ed.M. '07

Andrea Belasco, A.B. '73

July Belber, A.B. '92

Peter Belenky - Former Economist, Office of the Secretary of Transportationransportation, A.B. '64

Bruce Belfiore, A.B. '76 J.D. '85 M.B.A. '85

Arthur Belkin, M.B.A. '25

Alison Bell, A.B. '79

Barbara Bell, A.B. '68

James Bell, A.B. '92

Jerry Bell, A.B. '58 Ph.D. '62

Karen Bell, A.B. '70

Melanie Bell-Mayeda, A.B. '92 M.B.A. '98

Karina Bellavia, S.M. '25

Marie-Claire Belleau, LL.M. '89 S.J.D. '95

Lawrence Beller, A.B. '95

Thomas Belli, A.B. '69

Evs Bellin, A.B. '80

Peter Bellin, M.S. '79

Debra Bellon, A.B. '99

Molly Below, M.P.H. '25

Monique Belton, Ph.D., A.B. '75

Glenn Beltz, Ph.D. '92 S.M. '89

Larry Belvin, A.B. '84

Aaron Bembenek, Ph.D. '23 S.M. '18

John G. Bemis, A.B. '68

Ons Ben Abdelkarim, M.P.A. '22

Marc Bender, A.B. '71 A.M. '74

Kim Bendheim, A.B. '81

Carolyn Benedict-Drew, M.P.A. '02

Brenda Benefit, A.B. '78

Joyce Benenson, Ph.D. '88

Alyssa Benevente, A.B. '11

Nancy Bennet, A.B. '72 M.D. '79

Christian Bennett, A.B. '17

Earl Bennett, A.B. '73

John Bennett, A.B. '55

Laurie Bennett, J.D. '79

14

Madeleine Bennett, A.B. '11

Marian c Bennett, A.B. '66

Mary Bennett, A.B. '76

Mary Bennett, A.B. '03 M.Ed. '8 M.B.A. '09

Michael Bennett, M.D. '62

William Bennett, A.B. '62 M.D. '68

Leo David Benoit, A.B. '95

Earle Bensing, A.B. '13

Keith Benson, Fellow '20

Timothy Benston, A.B. '89

Mercedes Bent, A.B. '10

Sasha Bentley-Rohret, A.B. '12

Lauren Benton, A.B. '78

Peter Benvenutti, A.B. '71

Judy Berck, A.B. '82

Christoph Berendes, A.B. '77

Barbara Berenson, A.B. '80 J.D. '84 M.P.A. '84

Douglas Beresford, A.B. '78

Emily Berg, A.B. '66

John Berg, Ph.D. '75 A.M. '73

Philip Berg, J.D. '91

Adam Berger, A.B. '91 A.M. '92

Adam Berger, A.B. '85

Alan Berger, A.B. '61

Andrea Berger, A.B. '74

Jonah Berger, A.B. '21

Marcy Berger, A.B. '85 Ed.M. '87

Michael Berger, A.B. '65

Noah Berger, A.B. '89 J.D. '93

Rachel Berger, A.B. '92

Vivian Berger, A.B. '66

Nathan Bergerbest, M.P.H. '98

Jean Berggren, A.B. '62

Thomas Berggren, A.B. '74 J.D. '78

Caitlin Bergin, A.B. '06

Joan Berglund, A.L.B. '08

Keith Bergman, M.C.R.P. '81

Christina Bergstrom, A.B. '01

Carleigh Beriont, Ph.D. '23 M.T.S. '15

Lon Berk, J.D. '85

Phillip Berkaw, M.P.P. '19

Carol Berker, A.B. '98

James Berkman, A.B. '77 J.D. '82

Richard Berkman, A.B. '68 J.D. '73

Ethan Berkowitz, A.B. '83

Jessica Berkowitz, A.B. '79

Nathaniel Berkowitz, A.B. '53

H.Neil Berkson, J.D. '71

Mary Berle, A.B. '87 Ed.M. '90

15

Barbara Berlin, A.B. '90

Jason Berlin, A.B. '94

Jesse Berlin, Sc.D. '88

Pamela Berlin, A.B. '74

Nancy Berliner, A.B. '79 Ph.D. '03

Sara Berliner, A.B. '98

Daniel Berman, A.B. '79 J.D. '83

Elizabeth Berman, M.B.A. '08

Elizabeth Kessin Berman, M.T.S. '81 A.M. '83

Michael Berman, A.B. '74

Sheldon Berman, Ed.D. '93 Ed.M. '93

Susan Berman, A.B. '82

Cindy Berman Rowe, A.B. '86

Ann Bermingham, Ph.D. '82

Lynne Bernabei, A.B. '72 J.D. '77

Elizabeth Bernal, A.B. '95

Claude Bernard, A.B. '72 Ph.D. '76

Constance Bernard, A.B. '72

Jonathan Bernard, A.B. '72

Thomas Bernard, A.B. '78

Reena Bernards, M.P.A. '88

Diane Bernbaum, M.A.T. '69

Edwin Bernbaum, A.B. '67

Richard Berne, A.B. '70

William Bernet, M.D. '67

Tracey Bernett, M.B.A. '81

Jerry Bernhard, Ph.D. '73

Yahn Bernier, A.B. '90

Boris Bernstein, A.B. '90

Charles Bernstein, A.B. '72

Deena Bernstein, A.B. '88

Elizabeth Bernstein, A.B. '80

Erik Bernstein, A.B. '01

John Bernstein, A.B. '76

Melissa Bernstein, J.D. '95

Mira Bernstein, Ph.D. '99

Nina Bernstein, A.B. '70

Roger Bernstein, J.D. '77

Thomas Bernstein, A.B. '59

Alison Berry, A.B. '70

Lori Berry, M.P.H. '79

Victor Bers, Ph.D. '72

Sara Bershtel, Ph.D. '76 A.M. '69

Julie Bertolus, A.B. '02

Thomas Bertone, A.B. '60

Aaron Bertram, A.B. '84

Paraskevi (Vivian) Bertseka, A.B. '05

Daniel Bertwell, A.M. '21

Donald Berwick, A.B. '68 M.D. '72 M.P.P. '72

James Beslity, A.B. '75

16

James Bessen, A.B. '72

John Bestty, J.D. '72

Brianna Beswick, A.B. '13 J.D. '18

Daniela Betancourt, A.B. '22

Nichola Beukes, A.B. '95

Keith Bevans, M.B.A. '02

Alan Beveridge, A.B. '69 M.Arch. '73

Vernis Beverly, A.B. '94

Elizabeth Beverly-Whittemore, A.B. '70

Raja Bhadury, A.B. '93

Anurima Bhargava, A.B. '96

Deepak Bhargava, A.B. '90

Neel Bhargava, MBA '13

Vanita Bhargava, M.P.P. '95

Robina Bhasin, Ed.M. '07

Santosh Bhaskarabhatla, A.B. '10

Pooja Bhatia, A.B. '98 J.D. '06

Anjali Bhatt, A.B. '11

Martha Bhattacharya, A.B. '00

Shilpa Bhongir, Ed.M. '24

Peter Biagetti, A.B. '78 J.D. '81

Hon. Alessandra Biaggi, M.R.P.L. '25

Vincent Biagiotti, J.D. '20

Susan Biancani, A.B. '00

Jimmy Biblarz, A.B. '14 J.D. '21 Ph.D. '23

Peter Bibring, A.B. '96

Judith Bickart, A.B. '63

Jeff Biddle, A.B. '07

Michael Biehl, A.B. '73 J.D. '76

Steven Biel, Ph.D. '90 A.M. '85

Andrew Biemiller, A.B. '62

James Bierman, J.D. '70

Jude Bierman, A.B. '74

Michael Bierman, A.B. '72 J.D. '76

Judith Bigelow, A.B. '81

Calvin Biggers, A.B. '75 J.D. '78

Shaun Biggers, A.B. '85

Brendan Biggins, M.B.A. '02

Luba Bigman, A.B. '97

Daniel Bikle, A.B. '65

Frank Biletz, A.L.B. '85

Aimee Biller, A.B. '81

Alan Biller, M.B.A. '75

Diana Billik, J.D. '98

Nicolás Billikopf, A.B. '78

Mecca Billings, A.B. '92

Elaine Binder, A.B. '60

Clara Bingham, A.B. '85

Emily Bingham, A.B. '87

Sarah Bingham, A.B. '88

17

Eryn Bingle, A.B. '95

Aian Binlayo, A.B. '16

Robert Binstock, A.B. '80

Natasha Bir, A.B. '96

Charles Birbara, A.B. '58

Kelly Bird, A.B. '80

Laurence Bird, A.B. '80

Sharon Bird, S.M. '84

Meredith Birdsall, A.B. '78 M.B.A. '82

R Scott Birdsall, A.B. '72

Ruthie Birger, A.B. '06

Anne-Emanuelle Birn, A.B. '86

Julian Birnbaum, A.B. '70

Mary Birnbaum, A.B. '07

ANDREW BIRSH, A.B. '78

Linda Bishai, A.B. '86

Nadia Bishai, M.B.A. '02

David Bishop, A.B. '72

Ellen Bishop, A.B. '74

Jennifer Bishop, Sc.D. '09

Larry Bishop, A.B. '71

Lee Bishop, A.B. '72

Molly Bishop Shadel, A.B. '91

Suzanne Bishopric, A.B. '75 M.B.A. '79

Sourav Kumar Biswas, M.L.A. '16

Christian Bjelland, M.B.A. '78

David Bjork, A.B. '69

Kristin Bjork, Ext. Sch. '03

Rebekah Bjork, A.L.M. '20

Avi Black, A.B. '78

John H. Black, A.B. '71 A.M. '73 Ph.D. '75

Katharine Cohen Black, A.B. '66

Maile Black, A.B. '87

Peter Black, A.B. '66

Sophie Cabot Black, BI '95

Stephen Black, A.B. '70 J.D. '74

Brent Blackaby, A.B. '96

Ken Blacklow, A.B. '87

Peter Blacklow, A.B. '91

Nancy Blackmun, A.B. '65 Ed.M. '67

James Blaine, A.B. '67

David Blair, A.B. '70

Everton Blair, A.B. '13 Ed.L.D. '25

James Blair, J.D. '70

Lynda Blair Vernalia, Ed.M. '99

Jason Bland, Ph.D. '16

Leroy Blankenship, A.B. '68

Amy Blankson, A.B. '02

Cynthia Blanton, A.B. '71 M.B.A. '75

Joe Blatt, A.B. '70 Ed.M. '78

18

Francine Blau, Ph.D. '75

Ron Blau, A.B. '63

Erik Bleich, Ph.D. '99

Lisa Bleich, M.B.A. '92

Frank Blibo, A.M. '15 M.T.S. '14

Jocelyn Blier, A.B. '13

Chelsea Blink, A.B. '12

Eleanor Bliss, A.B. '73

Judith Bliss, A.B. '85

Sarah Bliss, M.T.S. '94

Spencer Bloch, A.B. '66

Susan Bloch, A.B. '70

Elizabeth Block, A.B. '65

Sarah Block, A.L.M. '07

Dudley Blodget, A.B. '67

April Blodgett, A.L.M. '08

David Blood, M.B.A. '85

Barry Bloom, LL.M. '61

Steven Bloomfield, A.B. '77 Ed.M. '82

Alma Blount, M.Div. '93

Elizabeth Bluestein, A.B. '90

William Blumberg, A.B. '68 A.M. '73 Ph.D. '79

William Blumberg, A.B. '68 Ph.D. '79

James Blume, M.B.A. '66

Bob Blumenthal, A.B. '69 J.D. '72

David Blumenthal, A.B. '70 M.D. '75 M.P.P. '75

Denise Blumenthal, Ed.M. '75

Lesley Blumenthal, A.B. '87

Matt Blumenthal, A.B. '08

Richard Blumenthal, A.B. '67

Noah Bly, A.B. '90

Jeremy Boak, A.B. '74 S.M. '80 Ph.D. '83

Lisa Bob, A.B. '72

Claire Bobrycki, A.B. '75

Candice Bocala, Ed.D. '14

Chelsea Boccagno, Ph.D. '23 A.M. '19

Jane Sujen Bock, A.B. '81

Katalina Bock, M.B.A. '23

Elise Boddie, J.D. '96, M.P.P. '96

Anne Bodnar, M.B.A. '85

Gita Bodner, A.B. '91

Mark Bodnick, A.B. '90

Alison Boeckmann, A.B. '61

Emily Boehm, A.B. '09

Paul Boepple, A.B. '75

Lisa Boes, Ed.D. '06

Amy Boesky, A.B. '81 Ph.D. '89

Jonathan Bogan, M.D. '92

Maja Bogataj Jančič, L.L.M. '00

John Bogdasarian, A.B. '66

Carroll Bogert, A.B. '84 A.M. '86

David Boghossian, A.B. '78 M.P.A. '86

James Bogin, A.B. '79

Gaye Bok, A.B. '83

Priscilla MacKenzie Bok, A.B. '11

Victoria Bok, M.P.P. '87

Laila Bokhari, S.B. '19 M.P.A. '19

Ruth Bolan, A.B. '84

Rachel Bolden-Kramer, A.B. '06

Arlette Bolduc, A.B. '84

Lindsay Boller, A.B. '02

Ian Bolliger, S.B. '11

James Bollinger, A.B. '17

Jennifer Bolstad, A.B. '98 M.L.A. '02

Jesse Bolton, A.B. '93

Ken Bolyard, A.B. '73 M.P.H. '80

John Bond, A.B. '66

Rebecca Bond, J.D. '97

James Bone, M.B.A. '12

Jeff Bone, A.B. '74

Jacob Bonen-Clark, M.P.P. '22

Zachary Bongiovanni, M.P.P. '06

Alexander Boni-Saenz, A.B. '01 J.D. '08

John Bonifaz, J.D. '92

Mike Bonin, A.B. '89

Evan Bonsall, A.B. '19

Mohan Boodram, A.M. '87

Kimberly Booher, J.D. '98

Jeffrey Book, A.B. '81

Ty Book, A.B. '15

Josh Bookin, Ed.M. '08

William Boone, A.B. '92

Walter R. Boone, Jr., A.B. '81 J.D. '85

Adrienne Booth, A.B. '80

David Booth, A.B. '78

Jonathon Booth, Ph.D. '21 J.D. '19

Sharon Booth, Ed.M. '88

Maggie Booz, M.Arch. '88

David Bor, M.D. '75

Kathryn O'Brien Bordonaro, A.B. '76

Mukudzei Borerwe, A.B. '10

Stefan Boresch, Ph.D. '97

Andrew Borg, A.B. '76

William Borgeson, A.B. '72

George Borkowski, J.D. '87

Richard Born, M.D. '88

John Borrazzo, A.B. '80

Jane Borthwick, A.B. '76 M.B.A. '84

Greg Borton, A.B. '76

Aaron Bos-Lun, Ed.M. '17

20

Elizabeth Boschee, A.B. '00

James Boster, A.B. '73

David Bostwick, A.B. '64 M.B.A. '71

Diane Boteler, A.B. '82

Robert Bothwell, A.M. '67 Ph.D. '72

Naomi Botkin, A.B. '91

Harm Botter, M.B.A. '88

Fran Leslie Bottorff, M.B.A. '85

Shane Bouchard, A.B. '14 A.M. '14

Jonah Boucher, Ed.M. '23

Josh Boudreau, A.B. '89

Ghislaine Bouillet-votdonnier, LL.M. '90

Charles "Chipper" Boulas, A.B. '83

Suzanne Boulter, M.D. '68

Margaret Bourdeaux, A.B. '97 M.P.H. '09

Constance Bourguignon, A.B. '20

Annie Bourneuf, A.B. '01

Henri Bourneuf, A.B. '69

Francoise Bouyer, AMP '99

Roger Bove, A.B. '60 A.M. '61 Ph.D. '73

Peter Bowen, M.B.A. '07

John Bowers, A.B. '72

Lawrence Bowers, A.B. '72

Lisa Bowers, A.L.M. '25

Kristen Bowes Burke, A.B. '98

Richard Bowker, A.B. '72

John Bowles, A.B. '79 Ed.M. '88

Mary Bowman, M.B.A. '83

Steve Bowman, A.B. '72

Warigia Bowman, Ph.D. '08

Kathryn Bowser, A.B. '72

Sarah Boxer, A.B. '80

Judith Boyce, CAGS '87

Nelson Boyce, A.B. '92

Suzanne Boyce, A.B. '77

Frederick Boyd, A.B. '73

Shirley Boyd, J.D. '82

Tynesia Boyea-Robinson, M.B.A. '25

Wyatt Boyer, A.L.M. '24

Ryan Boyko, A.B. '05

Jennifer Boyle Nigro, M.P.A. '10

Gulcan Bozdemir, M.P.A. '09

Alan Bozer, A.B. '75

Shael Brachman, A.B. '90

Ethan Brackett, A.B. '94 M.P.A. '08

Kathleen Bradish, J.D. '05 A.M. '05

Elizabeth Bradley, A.B. '95

Juliet Bradley, A.B. '74 M.B.A. '80

Margaret Brady, M.B.A. '99

Robert Brady, A.B. '81

David Bragdon, A.B. '82

Stephen Brager, A.B. '85

Susan Bramhall, A.B. '68

A. Stephanie Brancaforte, M.P.P. '02

Ellen Branco, A.B. '92

Jessica Brand, J.D. '07

Joanna Brand, J.D. '96

Mike Brandeberry, A.B. '72

Tyler Brandon, A.B. '12

Anne Myers Brandt, M.Arch. '90

William Branson, A.L.M. '21

Robert Brantl, J.D. '79

LeeAnn Brash, A.B. '95

Philippa Brashear, A.B. '01 M.L.A. '07

Carl Braun, A.B. '58

Caroline Braun, Ed.M. '17

Jonathan Braun, Ph.D. '80 M.D. '81

Juan Braun, Ph.D. '93

Katrina Braun, J.D. '18

Rebecca Braun, A.B. '92 M.B.A. '97

Rebecca Braun, A.B. '94

William Braun, A.B. '68

Scott Brauneller, A.B. '90

Robert Brauns, A.B. '72 M.B.A. '77 M.P.A. 7'8

Karrye Braxton, A.B. '82

Jeff Bray, A.B. '91

Bill Brazell, A.B. '90

Howard Brecher, A.B. '75 J.D. '79

Scott Bredall, A.B. '95

Rachel Breinin, A.B. '82

Catherine Brekus, A.B. '85

Katharine Brengle, A.B. '71

Melanie Brennand Hamre, A.B. '01 Ed.M. '10

Amy Brenneman, A.B. '86

Michael Brenner, A.B. '65

Nicholas Brenner, M.P.A. '22

Dan Breslaw, A.B. '59

Faye Bresler, A.B. '81

Joel Bresler, M.B.A. '81

Diana Breslich, A.B. '68

Lynne Breslin, A.B. '74

Michael Breslow, A.B. '72

Annabelle Brett, Ed.D. '92

Joann green Breuer, A.M. '60

Edward Brewer, A.B. '66

Linda Brewer, A.B. '79

Chloe Breyer, A.B. '92

Angela Bricker, Ph.D. '97

Marie Helene Bricknell, M.P.A. '95

Benjamin Brickner, M.P.P. '10

Case: 25-2230    Document: 00118480406    Page: 23    Date Filed: 07/22/2026    Entry ID: 6828135

Margaret Bridge, A.B. '79

John Bridgeland, A.B. '82

Andrea Brier, J.D. '10

Arnold Brier, M.D. '68

Josephine Briggs, A.B. '66 M.D. '70

Richard Briggs, A.B. '65 M.A.T. '66

Megan Briggs Ellingsen MD MPH, A.B. '93

Kathryn Brigham, M.D. '04

Edward Shippen Bright, M.P.A. '92

Roselie Bright, ScD '86

Craig Brill, A.B. '95

Steven Brint, Ph.D. '82

Jennifer Brinton, A.B. '91

Gretchen Brion-Meisels, A.B. '99 Ed.M. '11 Ed.D. '13

Alden Briscoe, A.B. '63

Robert Britto, Ed.D. '99 Ed.M. '96

Joseph Britton, A.B. '82

Karla Britton, Ph.D. '97

Richard Broad, A.B. '75

Pope Brock, A.B. '71

Charles Brockwell, M.Div. '62

Eric Brodersen, A.B. '88

Amy Brodesky, Ed.M. '85

Deborah Bower Brodheim, A.B. '84

John Brodkin, A.B. '86

Jason Brodsky, A.B. '09

Richard Brodsky, J.D. '71

Daniel Brody, A.B. '71

Julia Brody, A.B. '71

Peter Brody, J.D. '84

Victor Brogna, A.B. '57 J.D. '60

Sophie Bromberg, M.B.A. '96

Michael Bromwich, A.B. '75 J.D. '80 M.P.P. '80

Kerry Bron, A.B. '88

Eric Brondfield, A.B. '66 M.D. '70

David Bronner, A.B. '95

Bennet Bronson, A.B. '60

Daniel Bronson, A.B. '67

Susan Bronson, A.B. '68

Amara Brook, A.B. '96

Robert Brooker, A.B. '89 M.B.A. '97

Angela Brooks, J.D. '05

Bernard Brooks, A.B. '70

Hooper Brooks, A.B. '67 M.L.A. '72

John Brooks, A.B. '97

Katherine Brooks, A.B. '76

Kya Brooks, A.B. '25

Lisa Brooks, M.P.P. '04

Michelle Brooks, A.B. '97 M.B.A. '03

Peter Brooks, A.B. '60 Ph.D. '65

Rosa Brooks, A.B. '91

Tony Brooks, A.B. '72 M.B.A. '79

Meg Brooks Swift, A.B. '93

Claire Broome, A.B. '70 M.D. '75

Bernadette Brooten, Ph.D. '82

Aileen Brophy, A.B. '00

Jim Brosnahan, J.D. '59

Medora Bross Geary, A.B. '00

Richard Brotman, A.B. '73

Delma Broussard, A.B. '80 M.D. '84

Meredith Broussard, A.B. '95

Alana Brown, A.B. '06 M.B.A. '10

Alexandra Brown, A.B. '14

Allegra Brown, Ed.M. '11

Barbara Brown, A.B. '68

Carole Brown, A.B. '86

Colin Brown, Ph.D. '15

Cornelia Brown, A.B. '71

Dana Brown, A.B. '85

Erica Brown, A.B. '95

Glenn Brown, A.B. '75

Jacob Brown, A.B. '23

Jane Brown, M.D. '83 M.P.H. '16

Jeffrey D Brown Brown, A.B. '79 M.B.A. '83

Lance Jay Brown, M.Arch. '66 M.A.U.D. '67

Lauren Brown, A.M. '02 Ph.D. '08

Lawrence Brown, A.B. '65 Ph.D. '68

Lisa Brown, A.B. '88

Liz Brown, A.B. '91 J.D. '96

Louise Brown, A.B. '65

Lynn Brown, Ed.M. '08

Marshall Brown, A.B. '65

Mary Brown, A.B. '85

Meghan Brown, A.B. '05

Melissa Brown, M.P.A. '02

Michael Brown, A.B. '83 J.D. '88

Michelle Brown, A.B. '00

Nicole Brown, A.B. '07

Olivia Brown, A.B. '08 M.B.A. '17 M.P.P. '17

Peter Brown, A.B. '76

Scott Brown, A.B. '98

Scott Brown, J.D. '82

Shoshanah Brown, S.M. '00

Steve Brown, A.B. '92

Susan Vogt Brown, A.B. '79

Thomas Brown, J.D. '03

Timothy Brown, Ed.M. '88 Ed.D. '91

Timothy Brown, A.B. '73

Travis Brown, A.B. '77

Trisha Brown, A.B. '87

Troy Brown, J.D. '25

Winsome Brown, A.B. '95

Robin Brown Rodriguez, A.B. '88

Wendy Brown Scott, A.B. '76

Colette Brown-Graham, M.P.H. '89

Charles Browne, A.B. '71 M.Arch. '76

Cristin Browne, M.B.A. '19

Mai Browne, A.B. '79

Ryan Browne, A.B. '04

Sally Browning, A.B. '75

Sarah Browning, A.B. '85

David Brownlee, A.B. '73 A.M. '75 Ph.D. '80

Omar Brownson, M.P.P. '03

Omar Brownson, MPP '03 MUP '03

Judith Bruce, A.B. '68

Robert Bruce, A.B. '66 J.D. '70 M.P.A. '70

Amy Bruckman, A.B. '87

Carolyn Bruckmann, A.B. '16 M.P.A. '25

Daniel Bruder, S.B. '12

Monty Bruell, A.B. '83

Lewis Bruggeman, M.D. '68

Carolyn Bruguera, A.B. '88

Elise Bruhl, A.B. '89

Todd Brun, A.B. '89

Antoinette Bruno, M.B.A. '92

Emily Bryan, A.B. '93

Sophie Bryan, A.B. '96 J.D. '00

Emily Bryant, A.B. '70

Lindsey Bryant, Ed.M. '17

Allison Bryant Mantha, A.B. '94 M.D. '98 M.P.H. '04

Karen Bryner, Ed.M. '01

Avis Buchanan, J.D. '81

Chantal Buchanan, M.S.H.P.M. '84

Robert Buchanan, A.B. '82 J.D. '85

Lisa Buchberg, A.B. '74

Lisa Bucher, A.B. '88 J.D. '92

Ryan Buchholz, A.B. '96

Peter Buchsbaum, J.D. '70

Brendan Buckley, A.B. '04

Danielle Buckley, A.B. '06

Katie Buckley, Ed.D. '15 M.E. '14

Sean Buckley, A.B. '94

Elizabeth Buckley Lewis, A.B. '87 J.D. '91

Philip Bucksbaum, A.B. '75

John Buehrens, A.B. '68 M.Div. '73

Paul Buehrens, A.B. '74

Christian Buehring-Uhle, LL.M. '90

Richard Buery, A.B. '92

Vaughn Buffalo, A.B. '88

Sean Buffington, A.B. '91

Linh Bui, Ph.D. '24 S.M. '24

John Bullard, A.B. '69

Lornie Bullerwell, CSS '84

Elizabeth Bullitt, A.B. '71

Margaret Bullitt, Ph.D. '84

Steve Bulloch, A.B. '68

Egerton Bullock, M.B.A. '86

Jesse Bump, M.P.H. '09

Kelvin Buncum, M.B.A. '84

A'Lelia Bundles, A.B. '74

Michael Bundy, A.B. '70

Stephen Bundy, A.B. '73

Pia Bungarten, M.P.A. '87

Greta Bunin, A.B. '77

David Bunker, A.B. '93

Jeneala Imani Bunn, A.B. '16

Judith Bunnell, M.P.P. '84

James Burdick, M.D. '68

Rachel Burg Belin, A.B. '92

Joanne Burger, A.B. '81

A. Franklin Burgess, J.D. '71

Heidi Burgiel, Ed.M. '17

Margaret Burhoe, A.B. '73

Robert Burka, J.D. '70

Alison Burke, A.L.B. '98

Bill Burke, M.B.A. '92

Eleanor Burke, A.L.M. '14

Lynn Burke, A.B. '90

Rachel Burke, A.B. '06

Tom Burke, M.B.A. '89

William Burke, A.B. '73 M.B.A. '78

Edward Burlingame, A.B. '57

Tracy Burman, M.B.A. '99

Andrew Burnes, A.B. '72

Richard Burnes, A.B. '63

Howard Burnett, A.B. '72

Amanda Burnham, A.B. '01

Rika Burnham, A.B. '72

Ben Burns, A.B. '10 M.B.A. '15

Joel Burns, M.P.A. '15

Laura Burns, A.B. '75

Mary Burns, Ed.M. '88

Rachel Burns, A.B. '11

Sarah Burns, M.P.A. '86

Mohammed Burny, A.L.B. '19

Barbara Burr, M.D. '69 M.P.H. '71

Winthrop Burr, A.B. '65 M.D. '69

Dr. Melissa D. Burrage, A.L.M. '04

Michael Burstein, A.B. '91

Joshua Burton, A.B. '84

Kelly Burton, M.P.P. '06

Wendy Burton, A.B. '75

Shelley Burtt, A.B. '80 Dr.P.H. '87

Andrew Burwick, A.B. '92

José Buscaglia, A.B. '60

Cimarron Buser, M.B.A. '88

Ava Bush, A.M. '25

Jocelyn Bush, A.B. '97

Nancy Bushkin, A.B. '87

Jose Busquets, A.B. '95

David Bussard, A.B. '76

Lynda Bussgang, A.B. '91 Ed.M. '01

Nathalia Bustamante, Ed.M. '22

Jeffrey Buster, A.B. '70

John Buten, A.B. '91

Brian Butler, A.B. '73

Britta Butler, A.B. '96

Craig Butler, A.B. '78

ERIK BUTLER, A.B. '67 Ed.M. '70 Ed.D. '80

John Anthony Butler, A.B. '80

Keith Butler, A.B. '75 M.B.A. '87

Lucas Butler, A.B. '05

Matt Butler, A.B. '04

Nat Butler, A.B. '68 M.B.A. '75

Sarah Butler, A.B. '95

Zoe Butler, M.P.P. '25

Caroline Butler-Rahman, A.B. '96 Ed.M. '99

Robert Butterbrodt, A.B. '65

Adam Button, A.B. '02

Randall Butts, A.B. '88

Malcolm Buxton, A.L.M. '19

Lucas Buyon, Ph.D. '22

George Byars, A.B. '75 M.B.A. '82

Joanna Bybee, A.L.M. '14

Julie Byerlein, M.B.A. '85

Jeremy Byma, A.L.M. '22

Caroline W Bynum, Ph.D. '69 LL.D. Honorary '5

Amanda Byrd, A.B. '93

Kahlil (KB) Byrd, M.P.A. '03

Lewis Byrd, A.B. '80 M.B.A. '84

Lewis Byrd, A.B. '80

John Byrne, A.L.M. '23

Mark Byrne, J.D. '20

Joan Byron, M.P.A. '12

Vladimir Bystricky, A.B. '00

Dilia Caballero, A.B. '92

Paul Cabana, A.B. '96

Josh Cable, A.B. '05

Christopher Cabot, A.B. '71

David Cabot, A.B. '82

Elizabeth Cabot, Ed.M. '64

Ellen Cabot, A.B. '64

Margaret Cabot, A.B. '87

Meg Cabot, A.B. '87

Stephanie Cabot, A.B. '85

Mark Cackler, M.B.A. '81

Kathryn Cade, A.B. '70

David Cadigan, A.B. '63

Ted Cadwell, A.B. '87

Peter Cahill, A.B. '94

Jonathan Cahn, A.B. '81 J.D. '84

Edward Cahoon, A.B. '80

Joe Caiazzo, M.P.A. '23

Victoria Cain, A.B. '97

Giuseppe Calabi, LL.M. '90

Marcella Calabi, A.B. '78

Michael Calabrese, A.B. '79

Robert Calaff, A.B. '85

William (Wynn) Calder, A.B. '84 M.T.S. '93

Gillian Caldwell, A.B. '88

Michael Caldwell, A.B. '13 M.B.A. '19

Reese Caldwell, A.B. '22

Daniel Calef, Ph.D. '81

Corinne Calfee, A.B. '00

David Calfee, A.B. '68

Roberta Calhoun Morton, A.B. '77

Andrew Calkins, A.B. '79

Benjamin Calkins, A.B. '78

Peter Calkins, M.Arch. '81

Elizabeth Calkins Whisnant, A.B. '84

Diana Calla, J.D. '15

Linda Callahan, A.B. '80

Megan Callahan, A.B. '95

Miranda Callahan, M.Arch. '08

Alexandra Callen, Ed.D. '03 Ed.M. '97

David Camacho, A.B. '95

Amadou Camara, A.B. '20

William Camarda, A.L.M. '21

Sharon Cameron, A.B. '86 M.P.A. '02

Peter Camfield, M.D. '70

Daniela Cammack, Ph.D. '13

Jacqueline Camp, J.D. '88

David Campbell, A.B. '66

Meg Campbell, A.B. '74

Piper Campbell, M.P.A. '99

Scott Campbell, A.B. '84

William Campbell, A.B. '81

28

James Campen, A.B. '65 Ph.D. '76

Eleanor Campisano, A.B. '08

Carina Campobasso, A.B. '81 J.D. '90

Cheryl Campos, A.B. '15

Nicole Campos, A.B. '01 M.S. '5 Ph.D. '11

Francisco Canales, A.B. '78

Clare Canavan, Ph.D. '25

Lucy Candib, A.B. '68 M.D. '72

Peter Cannavò, A.B. '86 Ph.D. '00

Charles Cannon, A.B. '88

Amina Canter, A.B. '97

Charles Cantor, A.B. '73

Andrew Cantu, M.U.P. '15

Katherine Capella, A.B. '06

Jennifer Caplan, M.T.S. '03

Lucy Caplan, A.B. '12

Cynthia Caples, A.M. '64 Ph.D. '71

Robert Capon, M.B.A. '83

Catherine Caporusso, J.D. '95

Carlo Capua, A.L.M. '22

Maya Capur, M.B.A. '97

Elizabeth Caputo, A.B. '94 M.B.A. '99

Emily Card, M.P.A. '81

Susana Cardenas, M.P.P. '96

Yoshira Cardenas Licea, A.B. '12

Jonathan Cardi, A.B. '91

Shirley Cardona, A.B. '06 M.B.A. '12

Beatriz Cardoso, ALI '13 ALI '23

Julia Careaga, A.B. '14

Mark Careaga, M.Arch. '98

Tim Carens, A.B. '87

Bob Carey, A.B. '77

Helena Carey, A.B. '12

Isabel Carey, A.B. '12

Jennifer Carey, A.B. '78 Ed.M. '79

John Carey, A.B. '78 A.M. '81 Ph.D. 83

Naoka Carey, A.B. '96 Ed.M. '99

Rachel Carey, Ed.M. '97

Richard Adams Carey, A.B. '73

Nicholas Carlin, A.B. '78

Myra Carlow (nee Bennett), Ed.M. '65

Prudence Carlson, A.B. '72

Colleen Carlston, A.B. '09

Erin G. Carlston, A.B. '84

Louisa Carman, A.B. '16

Rebecca Carman, A.B. '88

Ted Carman, A.B. '63

Anne Carman May, A.B. '94

Natalie Carnes, A.B. '02

Bernard Carney, A.B. '83

David Carney, A.B. '88

David Carney, A.B. '89 M.B.A. '96

Silvia Carnini Pulino, M.B.A. '88

Rebecca Caro Cohen, A.B. '12

Robert Carolan, M.D. '67

Leslie Carothers, J.D. '67

Brian Carpenter, A.B. '70

Colleen Carpenter, A.B. '88

Kristen Carpenter, J.D. '98

Kristy Carpenter, A.B. '10

Rebecca Carpenter, A.B. '87

Charlene Carper, Ed.M. '85

Chad Carr, J.D. '06

Elizabeth Carr, M.P.A. '04

Rotonya Carr, A.B. '96

Stephen Carr, A.B. '74

Jacob Carrel, A.B. '16 J.D. '21

John Carriero, A.B. '78 A.M. '84 Ph.D. '04

Romina G. Carrillo, Ed.D. '02 Ed.M. '88

Anthony Carroll, A.B. '74 J.D. '79

Dan Carroll, A.B. '82

Jennifer Carroll, A.B. '90

Roland Carroll, A.B. '92

Sarah Carroll, A.B. '99

Kenneth Carson, A.B. '72 J.D. '77

Corinne Carter, A.B. '94

Jamylle Carter, A.B. '92

Katherine Carter, Ed.L.D. '16

Lawrence Carter, A.B. '70

Nicholas Carter, A.B. '86

Robyn Carter, A.B. '99

Roger Carter, A.L.M. '06

Sarah Carter, A.B. '04

Trai Carter, A.B. '95

William Carter, A.B. '09 A.L.M. '13

Arthur Carty, A.B. '69

Marcy Carty, A.B. '92

Matthew Carty, A.B. '95

Joseph Caruso, M.B.A. '92

David Carvalho, A.B. '76 J.D. '80

Edward Casal, M.B.A. '83

ARNEL PACIANO CASANOVA, M.P.A. '07

Hillary Casavant, Ed.M. '20

Sarah Case, Ed.M. '11

Bart Casey, A.B. '70

Michael Casey, A.B. '67 M.B.A. '74

Debra Cash, M.D.S. '95

James Cashel, M.D. '91 M.P.P. '91

Elizabeth Cashin, A.B. '75

Carol Cashion, A.B. '83

Robert Cashion, A.B. '81

Suzanne Cashman, ScD '80

Noelle Caskey, A.B. '70

Candice Cason, A.B. '77

Marissa Castañeda, M.T.S. '17

Lisa Castaneda Murphy, A.B. '96

Vincent Castellani, Th.M. '95

THOMAs CASTELLANO, A.B. '73

Christina Castelli, A.B. '00

Jean-Christophe Castelli, A.B. '85

Molly Castille, A.B. '96

Roberto Castillo-Sandoval, Ph.D. '92 A.M. '87

Melissa Castleman, A.B. '93

Cielo Castro, M.P.A. '09

Luis Castro, A.B. '92

Joanna Cataldo, A.B. '91

Morrow (harvard lists me as Libby Morrow) Cater, A.B. '81

Dolita Cathcart, A.B. '81

Keith Catone, Ed.M. '06 Ed.D. '14

Paul Cattaneo, M.Arch. '12

Sharon Catto, Ed.M. '68

Florent Catu, M.B.A. '08

GLORIA CAVALLERO, Ed.M. '85

Cathleen Cavell, Esq, A.B. '66

Jeannine Cavender-Bares, Ph.D. '00

Marina Cazorla, M.P.P. '97

Sinta Cebrian, Ed.M. '24

Laura Cecere, LL.M. '96

Michael Cedrone, A.B. '95

Benjamin Ceja, A.B. '96

Hadewych Cels, M.B.A. '01

Stephen Cenko, A.B. '02

Adela Cepeda, A.B.  '80

Laura Cepeda, M.P.A. '14

Andres Cerisola, LL.M. '92

Connie Cervilla, A.B. '74

Eli Ceryak, A.B. '99

Jang-Ho Cha, A.B. '84

Julia Chabrier, M.P.P. '12

Sarah Chace, A.B. '80 M.P.A. '01

Tack (James) Chace, A.B. '66 M.B.A. '68

George Chaffee, A.B. '64

David Chaffetz, A.B. '76

Amelie Chai, A.B. '93

Gabrielle Chaiban, M.B.A. '92

John Challenger, A.B. '79

Thad Chaloemtiarana, J.D. '96

Albert Chalom, A.B. '19 S.M. '19

Alison Chaltas, A.B. '88

Marque Chambliss, A.B. '83

Alexander Chan, A.B. '24

David Chan, A.B. '83

Edward Chan, A.B. '02

Marcie Chan, A.B. '01

Sandy Chan, A.B. '15

Stephanie Chan, A.B. '90

Joi Chaney, J.D. '03

Cara Chang, A.B. '24

Charles Chang, A.B. '03 A.M. '03

Chen ya Angela Chang, M.B.A. '81

Christopher Chang, A.B. '88

Da Chang, A.B. '06

Diane S. Chang, M.P.P. '13

Eileen Chang, A.B. '04

Ernie Chang, Ph.D. '02

Howard Chang, A.B. '82 J.D. '87

James Chang, A.B. '98

Janny Chang, A.L.M. '09

Jennifer Chang, A.B. '07

Jennifer Chang, A.B. '11

Lynne Chang, A.B. '06

Miranda Chang, A.B. '15

Pang-Mei Natasha Chang, A.B. '87

Philip Chang, A.B. '94

Richard Chang, A.B. '98

Robert Chang, A.B. '95

Sophia Chang, A.B. '01

Stanley Chang, A.B. '04 J.D. '08

Sue Chang, A.B. '04

Tien Shang (Sam) Chang, A.B. '74

Yiling Katharine Chang, A.B. '91

Joan Channick, A.B. '78

Maria Chansky, A.B. '89

David Chao, A.B. '89 A.M. '89

Isabelle Chaon, A.B. '88

Sarah Chapin, Ed.M. '99

Walter Chapin, A.B. '57

Elaine Chapman, A.B. '68

Richard Chapman, A.B. '86 S.M. '96 Ph.D. '01

Tyler Chapman, A.B. '90 Ed.M. '94

Richard Char, A.B. '81

Danielle Charbonneau, A.B. '03

Russell Charif, A.B. '78

Denetrias Charlemagne, A.B. '11

Grace Charles, A.B. '11

Randolph Charles, M.B.A. '86

Elinore Charlton, M.Arch. '76

Kelly Charlton, CSS '82

Vickie Charlton, A.B. '72

R. Alta Charo, A.B. '79

Stanley Chartoff, A.B. '82 M.P.H. '90

Sarun Charumilind, A.B. '00 M.D. '07

Howard Chase, A.B. '58 J.D. '61

Mariah Chase, A.B. '99

Melissa Chase, A.M. '76 S.M. '86

Robin Chase, A.B. '76

Shana Chase, A.B. '97

Stephen Chase, A.B. '70

Patricia Lindsay Chase-Lansdale, PhD, A.B. '74

Avik Chatterjee, A.B. '02 M.P.H. '15

Richa Chaturvedi, A.B. '18 M.P.A. '25

Mihir Chaudhary, A.B. '12 M.D. '16

Yahya Chaudhry, A.L.M. '17

Linda Chavers, Ph.D. '13 A.M. '09

Manuel Chavez, A.B. '21

Brandon Chawner, A.L.M. '20 A.L.B. '17

Kate Chazin, A.B. '11

Timothy Chelius, M.C.R.P. '79

Erwin Chemerinsky, J.D. '78

Daniel Chemers, J.D. '69

Angie Chen, A.B. '02

Chu-Yi Chen, A.B. '99

Cicely Chen, A.B. '08

Elaine Chen, A.B. '0

Elsa Chen, M.P.P. '93

Eva Chen, Ed.D. '12 Ed.M. '10

Henry Chen, A.B. '63

Janice Chen, A.B. '93

Jondou Chen, A.B. '01 Ed.M. '05

Kimberly Chen, A.B. '08 M.B.A. '15

Lauren Chen, A.B. '24 A.M. '24

Lincoln Chen, M.D. '68

Lisa Chen, A.B. '12

May Chen, A.B. '70

Milton Chen, A.B. '74

Ming Chen, A.B. '00

Mollie Chen, A.B. '05

Perry Chen, A.B. '93 J.D. '96

Petty Chen, M.P.H. '20

Selby Chen, A.B. '02

Yu-chin Chen, A.B. '93 M.P.P. '96 MA '02, PhD '02

Mary Faeth Chenery, A.B. '70

Irene Cheng, A.B. '76 M.B.A. '80

Jack Cheng, Ph.D. '01 A.M. '94

Louie Cheng, A.B. '96

Sarah Cheng, LL.M. '03

Theresa Cheng, A.B. '08

William Cheng, A.B. '92

Yeeva Cheng, Ed.M. '21

Pilan Chenhansa, J.D. '07

Miriam Chernoff, M.P.A. '14

Alison Cherry, A.B. '04

Rebecca Cherry, A.B. '95 M.D. '00 M.P.H. '09

Robert Chess, M.B.A. '80

Celia Chetham, A.B. '85

Eric Cheung, M.B.A. '15

Stephanie Chevalier, A.B. '07 M.B.A. '15

Carlin Chi, A.B. '91 M.D. '98

Emile Chi, A.B. '57

Harmony Chi, A.B. '94

Paul Chiampa, A.B. '71

Emily Chiang, J.D. '01

Farai Chideya, A.B. '90

Kurt Chilcott, A.B. '76

Carla Childs, A.B. '70

Dan Chiles, A.B. '75

Annette Chin, A.B. '88

David Chin, A.B. '71 M.D. '75

Eric Chin, A.B. '19

Janice Chin, A.B. '83

Kathleen Ko Chin, S.M. '84 ALI '23

Margaret Chin, A.B. '84

Pamela Chin, A.B. '81

Zad Chin, A.B. '24 A.M. '24

Cynthia Chin-Lee, A.B. '80

Brent Chinn, A.B. '92

Horacio Chiong-Rivero, Ph.D. '02

Justine Chiou, A.B. '06

Margarita Chiquiza, M.B.A. '22

Daniel Chirot, A.B. '64

Alexandra Chisholm, Ed.M. '89

Leland Chisholm, A.B. '72

Pooja Chitneni, M.M.Sc. '25

David Chiu, A.B. '91 J.D. '95 M.P.P. '95

Michelle Chiu, A.B. '10

Eric Chivian, A.B. '64 M.D. '68

Dara Cho, A.B. '00

Deborah Cho, J.D. '15

Alan Choate, A.B. '61

Julie Chodacki, A.B. '89

Carol Chodroff, Ed.M. '95

Suzie Choe, M.B.A. '03

Flora Choi, Ed.M. '22

Michael Choi, A.B. '91

Phil Choi, A.B. '02

Robert Choi, M.B.A. '92

Harry Chomsky, A.B. '88

Christine Choo, A.B. '89

Renee Chotiner, A.B. '70 J.D. '74

Amy Chou, A.B. '06

Jacki Chou, A.B. '07

John Chou, A.B. '78

Peggy Chou, A.B. '87

Wendy Chou, A.B. '99

Kavita Choudhry, M.P.P. '07

John Chow, A.B. '79

Liana Chow, A.B. '21

Aric Christal, A.B. '00

Timothy Christenfeld, A.B. '83

John Christensen, A.B. '78

Peter Christensen, Ph.D. '14

Nancy Christian, A.B. '83

Mara Christine, A.B. '92

Tom Christoffel, J.D. '67

Erik Christoffersen, M.B.A. '94

Nicholas Christopher, A.B. '73

Charleen Chu, A.B. '87

Robert Chu, J.D. '93

Eugen Chua, A.L.M. '19

Deborah Chud, A.B. '72

Dolly Chugh, M.B.A. '94 A.M. '04 Ph.D. '06

HYUNG CHUN, A.B. '95

Connor Chung, A.B. '23

David Chung, A.B. '93 M.D. '97

Evelyn Chung, A.B. '00

Hye-Young Chung, M.Arch. '07

James Chung, A.B. '82

Jeanhee Chung, A.B. '93

Jooyong Chung, M.B.A. '04

Luke Chung, A.B. '85 S.M. '85

Marybeth Walsh Chung, A.B. '93

KyungAh Chung-Benedetti, A.L.M. '23

Joyce Chupka, M.P.A. '90

Tom Church, A.B. '94

Allegra Churchill, A.B. '99

Michael Churchill, A.B. '61 J.D. '65

Judith Chused, M.D. '67

Thomas Chused, A.B. '62 M.D. '67

Jonathan Chute, A.B. '82

Margaret Russell Ciardi, Ed.D. '94

Louis Ciccone, A.B. '94

Patrick Ciccone, A.B. '66

Linda Ruth Ciglen, LL.M. '82

Margaret Cimino, A.B. '87

Susan Cinner, A.B. '75

Christopher City, A.B. '94

Victor Cizek, A.B. '08

William Claff, A.B. '75 S.M. '76

Edward Clapp, Ed.D. '14 Ed.M. '07

35

Andrea Clardy, M.A.T. '66

Alice Clark, A.B. '85

Allison Clark, A.B. '92

Cheryl Clark, A.B. '75 Ph.D. '83

Christopher Clark, A.B. '84

Darrah Clark, A.B. '72

Diana Clark, A.B. '80

Duncan Clark, M.D. '85

Elizabeth Clark, A.B. '92 Ph.D. '07

Erin Clark, M.B.A. '04

Gloria Clark, Ed.M. '69

Heather Clark, A.B. '96

Ian Clark, A.B. '95

Johnathan Clark, A.B. '19

Judith Clark, Ed.D. '87 Ed.M. '75

Leo Clark, A.B. '92

Margaret Clark, A.B. '73

Melanca Clark, J.D. '02

Miriam Clark, A.B. '80

Rebecca Clark, M.Div. '99

Simon Clark, A.B. '96

Stephen Clark, A.B. '65

Steven Clark, A.B. '81

Thomas Clark, A.B. '82

Vivian Clark, A.B. '76

John Paul Clarke, A.B. '67

Kristen Clarke, A.B. '97

Len Clarke, A.B. '59

Zhalisa Clarke, A.B. '02 M.B.A. '08

Daniel Clarke-Pearson, A.B. '70

Lindsay L Clarkson, A.B. '73

Mary Claugus, A.B. '72

Sulee Clay, A.B. '92 J.D. '97

Jill Clayton, A.B. '77

Kyle Clayton, A.B. '00

Danielle Cleary, A.B. '98

Paula Cleary, A.B. '83

William J. Cleary Jr, A.B. '56

Elisabeth Clemens, A.B. '80

Michael Clemens, Ph.D. '02

Kristen Clements, M.P.P. '93

Brian Clemow, A.B. '66

William Clendaniel, J.D. '75

Rebecca Cleveland Stout, A.B. '19

Royce Clifford, M.P.H. '06

Timothy Clifford, A.B. '79

Sanford Climan, A.B. '77 M.B.A. '79 S.M. '79

Marsha Cline Holleman, A.B. '78

David Clingingsmith, Ph.D. '07

Timothy Clinton, A.B. '00

Robert Clooud, A.B. '58 A.M. '61

Roy Clouser, Ph.D. '62

Cole Cloyd, M.T.S. '23

Lauralee Coady, A.B. '68 J.D. '72

Patrick Coady, M.B.A. '66

James Douglas Coatsworth, A.B. '83

Jay (John F.) Coburn, A.B. '76

Lawrence Coburn, A.B. '65

David Cochran, M.D. '07 Ph.D. '05

David Cochran, A.B. '70 M.D. '79

Lori Cochran, A.B. '00

Nan Cochran, A.B. '75 M.D. '81

Ross Cockrell, A.B. '91

Andrew Coco, M.M.Sc. '82

Franklin Codel, A.B. '86

Christie Johnson Coffin, A.B. '65

Linda Coffin, A.B. '73

Stephen Coffin, A.B. '63

Marina Cofield, A.B. '94 J.D. '99

Dan Cogan, A.B. '91

Paige Cognetti, M.B.A. '14

Richard Cohan, A.B. '75

Sean Cohan, A.B. '96

Adam Cohen, A.B. '90

Alison Cohen, A.B. '07

Amy Cohen, Ed.M. '10

Amy Cohen, J.D. '78

Aren Cohen, A.B. '94

Benjamin Cohen, A.B. '87

Betty Ann Cohen, M.P.H. '97

Byron Cohen, Ph.D. '24

Deborah Cohen, A.B. '90

Doris Cohen, Ed.M. '64

Elena Cohen, A.B. '79

Eliot Cohen, A.B. '77 Ph.D. '82

Fay Cohen, A.B. '65 Ed.M. '66

Gordon Cohen, Ph.D. '74 A.M. '70

Hope Cohen, A.B. '86

Howard Cohen, A.B. '81

Jake Cohen, A.B. '09

Jennifer Cohen, A.B. '78

Jonathan Cohen, A.B. '80

Jonathan Cohen, A.B. '87 J.D. '92 Ph.D. '93

Karen Cohen, A.B. '63

Karen Cohen, A.B. '90

Laurence Cohen, A.B. '69

Lawrence Cohen, A.B. '54

Liz Cohen, A.B. '80 '

Louis Cohen, A.B. '62 LL.B. '66

Mark Cohen, A.B. '65

37

Matthew Cohen, A.B. '88

Michelle Cohen, S.M. '25

Peter Cohen, A.B. '76

Rachel Cohen, A.B. '95

Rena Cohen, A.B. '22

Sophia Cohen, A.B. '76

Stephen Cohen, A.B. '61

Jamie Cohen-Cole, A.B. '95

David Cohn, J.D. '71

Debra L.W. Cohn, A.B. '81

Evan Cohn, A.B. '82

Marya Cohn, A.B. '87

Nina Cohn, M.B.A. '83

David Coker, Ed.D. '04 Ed.M. '99

Nicholas Colarossi, A.B. '84 CSS '90

Christine Colbath-Hess, Ed.M. '05

Catherine Cole, M.B.A. '00

Lauren Cole, A.B. '84

Libby Cole, Ed.M. '08

Susan G Cole, A.B. '74

Constance Coleman, A.B. '74

Deborah A Coleman, A.B. '73 J.D. '76

Richard Coleman, A.B. '75

Virginia Coleman, A.B. '66 J.D. '70

William Coleman, A.B. '99

William Coleman, PMD '67

Christopher Coley, M.D. '83

Christopher Colford, A.M. '77

Anaïs Colin, A.B. '25

Catherine Colinvaux, A.B. '86 J.D. '90

Denise Collazo, A.B. '90

Steve Colley, M.P.P. '17

Andrake Collins, B.A. '92

Anna Collins, A.B. '86 M.B.A. '95

Doreen Collins, M.B.A. '85

Ellen Collins, A.B. '81

Frank Collins, A.B. '76

Janet Collins, A.B. '71

Janis Collins, PLD '18

Janna Collins, A.B. '65

John Collins, Ph.D. '72

Kimberly Collins, M.D. '94 M.P.H. '94

Tracy Collins, Ed.M. '98 Ed.D. '04

William Collins, A.B. '63

Zachary Collins, Ph.D. '18

Edward Collins Jr., A.B. '94

Mark Colman, A.B. '83 M.B.A. '87

Steven Colome, Sc.D., Sc.D. '81

George Colt, A.B. '76

Sarah Colt, A.B. '92

Laura Coltin Ogden, A.B. '02 J.D. '05

Edward Coltman, A.B. '69 M.C.R.P. '79

Edward Coltman, A.B. '69 M.C.R.P. '79

Michael Colton, A.B. '97

Robert Colvin, M.D. '68

Gifford Combs, A.B. '80

Pat Come, M.D. '72

Andy Comins, A.B. '74

Andrew Compaine, A.B. '81

Carolyn Compton, M.D. '74 Ph.D. '78

James Conant, A.B. '82 Ph.D. '90

Susan Conant, A.B. '68 Ed.D. '78

Jane Condon, Ed.M. '74

Erin Coningsby, A.B. '04

Laura Conkey, A.B. '73

Marijke Conklin, Ed.M. '25

Michiko Conklin, M.B.A. '86

John Conley, A.L.I. '14

Peter Conlin, A.L.B. '04 A.L.M. '12

Katharine Conn, M.P.A. '06

Erin Connearney, A.B. '00

ANNE CONNELL, A.B. '84

Dorothy Connell, Ph.D. '74

Carissa Connelly, M.U.P. '18 M.Des. '18

Maureen Connelly, M.P.H. '95

Harrel Conner, A.B. '02

Jan Connery, A.B. '75

John Connolly, A.B. '84

Julian Connolly, A.B. '72 A.M. '74 Ph.D. '77

David Connor, A.B. '64

Susan Connor, J.D. '67

Ellen Connorton, M.P.A. '02 Sc.D. '10

Ellen Conrad, A.B. '72

John Conrad, A.B. '77

Judith CONRAD, A.B. '88

Julia Conrad, M.P.A. '23

Mark Conrad, J.D. '05

Catherine Conroy, A.B. '91

Nicolas Contag, M.B.A. '12

Doina Contescu, A.B. '89

Deborah Contrada, Ph.D. '85

Juan Manuel Contreras, Ph.D. '13 A.M. '11

George Conway, A.B. '84

Madeline Conway, A.B. '16

Richard Conway, A.B. '76

Charlotte Coogan, A.B. '13

Matthew Coogan, A.B. '69 Other (write in option available below in next section) '69

Abbey Cook, A.B. '80

April Cook, Ph.D. '14

39

David Cook, A.B. '81

Ernest Cook, A.B. '76

James Cook, A.B. '89

Jonathan Cook, A.B. '96

Katarina Cook, S.M. '23

Marianne Cook, A.B. '02

Martha Cook, Ed.M. '01

Patricia Cook, A.B. '73 M.D. '77

Robert Cook, A.B. '70

Stanton Cook, A.B. '51

Robert Cook-Deegan, A.B. '75

Margaret Cooke, A.B. '58

Tatiana Cooke, M.B.A. '18

Alford Cooley, A.B. '60 LL.B. '64

Sarah Cooleybeck, J.D. '95

Alice Coolidge, A.B. '72

Leslie Coolidge, A.B. '81

Linzee Coolidge, A.B. '59

Miles Coolidge, A.B. '86

Trevor Coombe, Ed.M. '61 Ph.D. '68

Terry Cooney, A.B. '70

Peter Coonradt, A.B. '68

Elizabeth Coons, A.B. '71

Phillip Coop, A.B. '70

C. Scott Cooper, M.P.A. '08

Deborah Cooper, A.B. '75 J.D. '78

Eric Cooper, A.B. '80

Harry Cooper, A.B. '81 Ph.D. '97

Jason Cooper, A.B. '96

Jim Cooper, J.D. '80

Khalilah Cooper, M.B.A. '11

Louis Cooper, A.B. '79

Mary Cooper, A.B. '89 Ph.D. '98

Michael Cooper, A.B. '91

Kristy Cooper Stein, Ed.M. '07 Ed.D. '11

Gemma Cooper-Novack, Ed.M. '10

Ethan D Cooperson, A.B. '91

Jay Cooperson, A.B. '60

Deborah Copaken, A.B. '88

Kenneth Coplan, A.B. '23

Abigail Coplin, A.M. '10

Sam Coppersmith, A.B. '76

Jonathan Coraor Fried, M.D. '20 M.P.P. '20

Leo Corbett, A.B. '70 M.B.A. '75

Peter Corbett, J.D. '90

Timothy Corbett, A.B. '89

Frederick Corcoran, A.B. '66

Jill Corcoran, A.B. '96

Thomas Corcoran, L.L.B. '67

Cecily Corcoran Kihn, A.B. '67

40

Noa Corcoran Tadd, Ph.D. '17

Anthony Coretto, A.B. '82

Susan Corey, A.B. '90

Bruce Corker, A.B. '67 J.D. '74

Margaret Cormack, A.B. '74

Robert Cormack, A.B. '86

Acacia Cormier, A.B. '05

Emil Cornejo, A.B. '78

Steven Corning, A.B. '75

David Cornish, A.B. '74

Debi Cornwall, J.D. '00

Eric Cornwell, A.B. '79

Caprice Corona, A.B. '97

Richard Corrado, A.B. '82

Carmen Corrales, J.D. '89

Mark Corrales, A.B. '86 M.P.P. '90

Abigail Corrigan, M.B.A. '03

Emily Corrigan, A.B. '19

Hugh Corroon, A.B. '89

Nicholas Corsano, A.B. '69

Cheryl Corson, M.L.A. '94

Janet Corson-Rikert, A.B. '74 M.D. '78

Jonathan Corson-Rikert, A.B. '73

John Corwin, J.D. '73

Chris Cosden, A.B. '05

John Cosentino, A.B. '71

Lucy Costa, A.B. '95

Darce Costello, Ed.D. '04 MBI '23

Eileen Costello, A.B. '79

Kelli Costello, M.L.A. '12

Catherine Cotins, M.B.A. '92

Caroline Cotter, A.B. '98

Elizabeth Cotter Schlax, A.B. '94

Stephen Couch, A.B. '12

James Coughlan, A.B. '90 Ph.D. '98

Denis Coughlin, A.B. '61

Pam Coukos, J.D. '94

Hope Coulter, A.B. '82

James Coulter, A.B. '54 A.M. '61 Ph.D. '62

Nate Coulter, A.B. '82 J.D. '85

James Cousar, A.B. '74

Emily Cousins, A.B. '92

Katherine Cousins, M.B.A. '02

Rosalie Couture, A.B. '26

Robert Covington, A.B. '75 J.D. '78

Christina Covino, A.B. '85

Benjamin Cowan, A.B. '02

Caroline Cowan, M.P.A. '15

Dale Cowan, A.B. '59 M.D. '63

Geoffrey Cowan, A.B. '64

Susan Cowell, A.M. '75

Abigail Cox, Ed.M. '92

Alexander Cox, A.B. '12

Caroline Cox, A.B. '14 J.D. '18

Helen Cox, A.B. '74

Jen Cox, A.B. '95

Robert Cox, A.B. '72

Stephen Cox, M.P.P. '79

Thomas Cox, J.D. '76

Elizabeth Crabill, M.B.A. '99

Daniel Craig, A.B. '74

Daniel Craig, A.B. '04 J.D. '11

Gregory Craig, A.B. '67

Lev Craig, A.B. '16

Tiffany Craig, M.B.A. '10

Burton Craige, A.B. '71

Marian Craighill, A.B. '76

Dwight Cramer, A.B. '74

Elizabeth Cramer, A.B. '80

John Cramer, A.B. '70 M.D. '74

Sara Cramer, A.B. '69

SARAH Cramer, A.B. '08

Thomas Cramton, A.B. '60

Aisling Helen Crane, A.B. '14

Daniel Crane, M.P.A. '82

Daniel Crane, M.P.A. '81

Justin Crane, A.B. '00

Margaret Crane, A.B. '14

Mary Crane, A.B. '79 A.M. '82 Ph.D. '86

Michael Crane, A.B. '75

Samantha Crane, J.D. '09

Thomas Crane, A.B. '72

Laura Crary, A.B. '72

William Craumer, A.B. '74

Claire Cravero, M.P.H. '20

Glen Crawford, A.B. '80

Kyoko Crawford, S.B. '04

Lara Crawford, A.B. '91

Lisa Crawford, A.B. '65 A.M. '69

Rudd Crawford, M.A.T. '65 Ed.D. '74

Joseph Crawford-Kelly, A.B. '84

Edward Creedon, A.B. '00

Francis Cregg, A.B. '76

Michael Crehan, A.B. '81

David Creighton, A.B. '75

Graeme Crews, A.B. '13

Sarah Crichton, A.B. '75

Ashley Crihfield, A.B. '82

Samuel Crihfield, A.B. '11

Steven Crist, A.B. '78

42

Martina Crocker, A.B. '81

Melissa Crocker, A.B. '00

Allen Crockett, A.L.B. '01

Eve Elizabeth Crompton, A.B. '24

Caroline Cromwell, A.B. '97

Fran Cronin, M.L.A. '17

Michael Cronin, A.B. '63

Amanda Cross, A.B. '73

June Cross, A.B. '75

Robert Cross, J.D. '14 A.B. '11

Caryn Cross Hawk, A.B. '80

Kevin Crotty, J.D. '84

Adam Crouch, A.L.M. '18

Charles (CJ) Crowder, Ed.M. '02

Jeff Crowe, A.L.M. '23

David Crusoe, Ed.M. '05 Ed.M. '07

Lisa Crutchfield, M.B.A. '90

Victoria Crutchfield, A.B. '10

Ethan Cruvant, A.B. '80

Diane Cruz-Burke, J.D. '91

Jill Crystal, Ph.D. '86

Peter Csathy, J.D. '88

Allen Cubell, M.B.A. '92

Stephen Cuddy, A.B. '75

Selena Cuffe, M.B.A. '03

Mark Cullen, A.B. '71

Timothy Cullen, A.B. '96

Michael Cullinan, M.Arch. '87

Perry Culver, A.B. '72 M.D. '81

Ann Cumming, A.B. '76

David Cummings, A.B. '77

Claudia Cummins, A.B. '88

Joyce Cunha, A.B. '80

Jonathan Cunitz, M.B.A. '65 D.B.A. '68

Jill M Cunningham, A.B. '88

Kevin Cunningham, A.B. '78

Christina Cuomo, Ph.D. '96

Sarah Curi, M.P.H. '02

Mary Catherine Curley, A.B. '10

Joyce Curll, A.B. '65

Francid Currie, A.B. '72 J.D. '75

Dana Curry Lorway, Ed.M. '84 Ed.D. '99

Peter Curtin, A.B. '75

Catherine Curtis, A.B. '17

Christopher Curtis, A.B. '68

Daniel Curtis, Ph.D. '90

Frank R. Curtis, A.B. '68

George Curtis, A.B. '68

John Curtis, A.B. '70 J.D. '76

Michaeline Curtis, A.B. '83

Paulette Curtis, A.B. '92 Ph.D. '03

Peter Curtis, A.B. '13

Rachel Curtis, Ed.M. '94

Roxanna Curto, A.B. '01

Priscilla Cushman, A.B. '76

Cristina Custodio, A.B. '94 M.B.A. '99

Gloria Custodio, A.B. '91

Johann Cutiongco, A.B. '06

Julia Cutler, A.B. '91

Joseph Cutmore-Scott, A.B. '10

Ralph Cygan, MD, A.B. '70

Tatiana Cymbalista, M.P.A. '22

Daniel Czajkowski, A.L.M. '10

Frank D'Agnese, A.B. '01

Giselle D'Agostino, A.B. '98

Salvatore D'Agostino, A.B. '78

Paolo D'Anselmi, M.P.P. '81

Fred Dabney, A.B. '67

W. Russell Daggatt, J.D. '80

Cynthia Dahlin, M.P.P. '79

Julia Dahlin, Ed.M. '15

Krishna Dahya, M.P.A. '23

Katharine Dain, A.B. '04

Daniel Daiss, A.B. '76

Antonio Dajer, A.B. '78

Michael Dake, A.B. '73

Gerry Daley, A.B. '81

Kristina Dalicandro, A.B. '94

Christopher Daly, A.B. '76

Kevin Daly, A.B. '00

Vicki Z. Daly, A.B. '75 M.B.A. '81

Julie Dam, A.B. '93

Ryan Damm, A.B. '01

Adair Dammann, A.B. '79 M.P.A. '00

Nancy Dammann, A.B. '97

Ann Damsgaard, M.B.A. '73

John Dane, A.B. '64

Peter Danelo, A.B. '72 J.D. '75

Sophia Danenberg, A.B. '94

Sandy Dang, M.P.A. '10

D Dangaran, J.D. '20

Alexandra Daniell, A.B. '84

John Daniels, A.B. '65

Matthew Daniels, A.B. '00

Ross Daniels, A.B. '93

DEBORAH DANIELS-SMITH, A.B. '71

David Danner, A.B. '75

Nancy Danoff, A.B. '79

Judith Danovitch, A.B. '00

Aaron Danzig, A.B. '92

Sunaina Danziger, A.B. '19

Tayler Danziger, M.B.A. '20

David Dapaah-Afriyie, J.D. '22

Michael Darby, A.B. '73

Joyce Darkey Hrinya, M.B.A. '88

Robert Darnton, A.B. '60

Florrie Darwin, J.D. '84

Alina Das, A.B. '01

Éva Borsody Das, A.B. '64

Moupali Das, A.B. '96

Saumya Das, A.B. '91 M.D. '00

Smitha Das, A.B. '13 M.B.A. '18

Karen Dash, A.B. '87

Barry Dashefsky, A.B. '69

Thomas Dashiell, A.B. '70 J.D. '74

Matt DaSilva, A.B. '12

Lorraine Daston, A.B. '73 Ph.D. '79

Olivia Data, A.B. '26

Boris Datskovsky, Ph.D. '84

Jerry Dauderman, A.B. '66 M.B.A. '70

Nils Daulaire, A.B. '70 M.D. '76

Schuyler Daum, A.B. '12 M.B.A. '18 J.D. '18

Elizabeth Davenport, M.P.A. '85

Brian David, M.B.A. '96

Coralie David, M.P.A. '12

Lloyd David, Ed.D. '77

Marjorie David, A.B. '71

Stephen David, A.B. '98

Maria Davidis, A.B. '87

Catherine Davidson, A.B. '85

Emily Davidson, A.B. '89 M.P.H. '02

Susan Davidson, Ed.M. '05

Emma Davies, M.P.P. '20

Angela Davis, J.D. '81

Benjamin Davis, A.B. '77 J.D. '83 M.B.A. '95

Bradley Davis, A.B. '95

Caroline Davis, A.B. '14

Clarence W Davis, M.Div. '97 Th.M. '00

Donald Davis, A.B. '64

Eleanor Davis, J.D. '18

Jeffrey Davis, ALI '20

Kayla Davis, Ph.D. '21

Kevin Davis, J.D. '90

Kimberly Davis, A.B. '90

Lisa Davis, A.B. '81

Martha Davis, A.B. '79

Martha Davis, A.B. '73

Matthew Davis, A.B. '97

Patricia A Davis, A.B. '84

Peggy Davis, L.L.B. '68

Pete Davis, A.B. '12 J.D. '18

Peter Davis, A.B. '57

Ron Davis, J.D. '12

Seth Davis, J.D. '75

Zach Davis, A.B. '01

Karen Davison, A.L.M. '16

Paul Davison, A.B. '80

Jamie Daw, Ph.D. '18

Phillip Dawes, S.B. '94

Nicholas Dawidoff, A.B. '85

Horace Dawson, A.B. '76 J.D. '80 M.B.A. '80

Ashi Day, Ed.M. '12

Dominique Day, A.B. '96

Isaiah Day, A.L.B. '25

Linda Day, A.B. '85

Susan Day, A.B. '73 M.P.H. '81

William Day, M.B.A. '83

Caitlin Day-Lewis, M.P.A. '14

John Day, Jr. '72, A.B. '72

Archana Dayalu, Ph.D. '17

Isaac Dayno, A.B. '15

Alessandro De Alarcon, A.B. '95 M.P.H. '11

Suzanna De Baca, M.B.A. '92

Emilie De Brigard, A.B. '64

Sherry De Carbonnel, A.B. '81

Brent De Chene, A.B. '70

Josephine De Give, A.B. '65

Emil De Guzman, M.P.H. '92

Michael De La Garza, A.B. '82

Sharon De La Garza, A.B. '89

Oscar De la Rosa, A.B. '90

Laura De la Torre Bueno, A.B. '65

Valentine De Lasteyrie, M.P.A. '13

Cecilia De Lima Pessanha, M.P.A. '18

Noah De Lissovoy, A.B. '91

Alexa De los Reyes, A.B. '96

Gastón De los Reyes, A.B. '96

Claudia De Luna Castro, A.B. '95

Daphne De Marneffe, A.B. '81

Robert De Neufville, A.B. '92

Leonardo De Nevi, A.L.B. '17

Susan De Paul, A.B. '92

David De Remer, A.B. '03 A.M. '03

Linda De Renzo, J.D. '85

Michael De Saint Hippolyte, A.B. '78

Laurence De Segonzac, A.B. '73

Charles De Segundo, M.B.A. '08 M.P.A. '08

Susana F De Sola, A.B. '76

Marten W. De Vries, A.B. '70

David De Weese, M.B.A. '65

Lucy Deakins, A.B. '94

Catherine Deakins Quayle, A.B. '98

Jonathan Dean, A.B. '67

Rex Dean, A.B. '84

Natalie Dean (née Exner), Ph.D. '14 A.M. '11

Debbie Deane, A.B. '86

Nicholas Deane, A.B. '66 M.U.P. '72

Jayne Deane-White, S.M. '87

Andrew Deardorff, A.B. '84

Melanie Deas, A.B. '89

Elizabeth DeBray, Ed.D. '01

Vanessa Decembre, A.B. '16

Paul Decker, J.D. '99

Emina Dedic, A.L.M. '24

Christopher Deering, M.B.A. '68

Vincent Defalque, M.B.A. '23

Kristyn DeFilipp, J.D. '09

Robert DeFulgentiis, A.B. '75

Emily DeHuff, A.B. '68

Kenneth Deitch, A.B. '60 A.M. '67 Ph.D. '67

Janet Deitcher, Ed.M. '84

Sara Del Rubin, J.D. '19

Lynn DeLacey, A.L.M. '86

Margaret DeLacy, A.B. '73

Christine DeLallo, A.L.B. '05

Richard DeLaura, A.B. '77

Linda DeLauri, Ed.M. '02

Denise Delgado-Kerman, A.B. '91

Laurent Delli-Bovi, A.B. '71

Scott Delman, M.B.A. '86

Michelle DeLong, A.B. '88 J.D. '91

Robert Delsite, A.B. '87

Sam Delson, M.P.A. '00

Paul Demakis, A.B. '75 J.D. '78

Carole Dembek, M.S.H.P.M. '93

Susan Dembitz, A.B. '62

Daniel Demetri, A.B. '09

George DEMETRI, A.B. '78

Iphigenia Demetriades, M.B.A. '89

Madison Deming, A.B. '18 Ed.M. '21

Michael Deming, A.B. '74

Owen Demke, M.P.H. '25

Alison Demos, A.B. '89

Constance Demos, A.B. '61

Kenneth Demsky, A.B. '72

Wendie Demuth, A.B. '80

Gerard Denault, A.B. '67

Larry Denenberg, A.B. '76 A.M. '79 Ph.D. '84

Scott Denham, Ph.D. '90 A.M. '89

Juliette Denkin, A.B. '69

Connor Denney, A.B. '16

Anna Dennis, A.B. '13

Debbie Dennis, A.B. '85

Jill Denny, A.B. '98

Bruce Denny-Brown, A.B. '60

Noelle Denny-Brown, M.P.H. '25 D.M.D. '

Robert DeNoble, M.B.A. '72

Laura Dent, A.B. '81

Chad Denton, A.B. '01

Bella DePaulo, Ph.D. '79

Filiz Derici, M.B.A. '05

Nell Derick Debevoise, A.B. '02

Edward Dering, M.B.A. '77

Nate Dern, A.B. '07

Frank DeRosa, M.P.P. '82

Paula Derrow, A.B. '85

Elizabeth Desfosses, A.B. '00

Carl Desir, A.B. '05

Marie DesJardins, A.B. '85

Andrea Despotes, J.D. '95

Gilbert Desroches Jr, A.B. '07

Ralph (Lawrence) Dessem, J.D. '76

Yoseph Desta, J.D. '19

James Deutsch, A.B. '80

Cheryl Devall, A.B. '80

Antelo Devereux, A.B. '65

Edward Devereux, A.B. '72 Ed.M. '78

Timothy Alan Devine, A.B. '85

Allison Devore, M.P.P. '00

JARIUS DeWalt, A.B. '76

Heather Dewar, A.B. '78

Brit Dewey, M.B.A. '96

Lauren Dewey Platt, A.L.B. '88

Abigail DeWitt, A.B. '82

Terry DeWitt, A.B. '85

Andrew Dey, A.B. '86

Neelendu Dey, A.B. '00

Randall Dey-Toth, A.B. '90

Sonia DeYoung, A.B. '10

Katherine Deyst, A.B. '84

Katherine Di Pietro, A.B. '88

Janet Di Prizio, A.B. '86

Anne DI ROSA, A.B. '85

Sarah Di Troia, M.B.A. '98

Cindy Dial, MCRP '80

Barbara (Edwards) Diamond, A.B. '70 J.D. '73

Benjamin Diamond, A.B. '74

Megan Diamond, S.M. '15

RICHARD DIAMOND, M.D. '67 M.P.A. '97

Stephen Diamond, A.B. '65

Mia Diamond Padwa, A.B. '92

Kevin Diau, M.P.A. '23

Geraldine Diaz, Ed.M. '15

Marc Diaz, A.B. '99 M.B.A. '06 M.P.A. 06

Roberto Ignacio Diaz, A.M. '84 Ph.D. '91

Dolores Diaz-Gallegos, A.B. '90

Nabil Dib, M.M.Sc. '99

Thomas Dichter, A.B. '08

Eudoxie (Dunia) Dickey, A.B. '03

Debbie Dickinson, J.D. '95

Laura Dickinson, A.B. '92

Marke Dickinson, M.B.A. '95 M.P.P. '95

Susan Dickler, M.P.A. '95

Matthew Dickstein, M.B.A. '84

Jennifer Diebel, A.B. '00

Ronald Dieckmann, A.B. '73

Patrick Diehl, A.B. '67

Reta Diekman, A.B. '82

Jeanne Dietsch, M.P.A. '13

Lee Dietterich, A.B. '10

Kathleen Diffley, M.Ed. '74

Seth Digel, A.M. '87 Ph.D. '91

Erika Dilday, A.B. '90

Sarah Dillard, M.B.A. '11 M.P.P. '11

Paul Dilley, A.B. '00

Henry Gaylord DIllingham, A.B. '70

Julia Dillon, A.B. '86

Laura Dillon, A.B. '91

Peter Dillon, Ed.M. '91

Robert Dilworth, A.B. '63 LL.B. '66

Paul DiMaggio, Ph.D. '79

Stephen DiMarco, M.B.A. '98

Maria DiMartinis, A.B. '22

MARYAM DIMAURO, M.L.A. '21

Wai Chee Dimock, A.B. '76

Diane Dimond, J.D. '77

Marina Dimova, M.P.A. '09

Amy Dine, A.B. '93

Terry Ding, A.B. '11

Nancy Dingman, M.Arch. '02

Tom Dingman, A.B. '67 Ed.M. '73

Phyllis Dininio, A.B. '85

Aaron Dinkin, A.B. '02

Joel Diringer, M.P.H. '91

Kelly DiSantis (Ganon), J.D. '19

Rose DiSanto, Ed.M. '00

Irene Dische, A.B. '75

Kevin DiSilvestro, A.B. '12

Vilunya Diskin, S.M. '81

Tim Disney, A.B. '83

Jacques Distler, A.B. '82 Ph.D. '87

Jeremy Ditelberg, A.B. '91

Kai Dittmann, M.P.A. '19

David Diuguid, A.B. '75

Colin Diver, J.D. '68

Erica Dixon, A.B. '95

L Quentin Dixon, Ed.M. '01 Ed.D. '04

Rosina Dixon, A.B. '64

Vusumuzi Dlamini, M.B.A. '12

Elizabeth Dobell, A.B. '83 J.D. '88

Evan Dobelle, M.P.A. '84

Patrick Dober, M.P.P. '90

Shasa Dobrow, A.B. '97 A.M. '02 Ph.D. '06

Christina Dobson, A.B. '91

David Dobson, A.B. '91

Andie Dobson-Forsee, J.D. '21

Mark Doctoroff, A.B. '82

Frederick Dodd, A.B. '78

Richard Dodds, M.B.A. '86

J. Steven Dodge, A.B. '89

Mark Dodson, A.B. '67

Elle Doerr, A.B. '24

Henry Doerr, A.B. '69

Stacey Dogan, J.D. '92

Christopher Doherty, A.B. '78

Elizabeth Doherty, A.B. '96

Stanley Doherty, Ph.D. '83 A.M. '80

Susan Doherty, A.B. '87

Christine Dokko, A.B. '92

John Dolan, A.B. '76

Katy Dolan, A.B. '18

Nancy Dolberg, A.B. '77

Robert Dole, A.B. '68

Robert Dolgoff, A.B. '64 M.D. '68

Chris Dolin, A.B. '81

Michelle Dolinski, A.B. '03 A.M. '03

Judith Dollenmayer, A.B. '63

Yvonne Domings, Ed.M. '08

Carol Dominguez, A.M.P. '12

Maria Dominguez Gray, Ed.M. '93

Kenneth Dominguez, MD, MPH, A.B. '83

George Dominiak, M.D. '80

Elvita Dominique, J.D. '06 Ed.M. '07

Frank Domurad, A.M. '70

Paul Donaher, M.B.A. '81

J. Travis Donahoe, Ph.D. '23

Kerry Donahue, A.L.M. '19

Deborah Donahue-Keegan, Ed.D. '05 Ed.M. '90

50

Abigail Donaldson, A.B. '00

Cary Donaldson, A.B. '96

Emily Donaldson, A.B. '03

Gordon Donaldson, A.B. '67 Ed.M. '70

Magruder Donaldson, A.B. '66 M.D. '71

Miriam Donaldson, M.B.A. '04

Rachel Donaldson, A.B. '91

Susan Donaldson, A.B. '71

Karen Donato, S.M. '77

Christine Donelan-Hubbard, J.D. '81

Seantanu Dongre, A.B. '06

Dexter Donham, A.B. '65 M.B.A. '71

Parker Donham, A.B. '69

Wendy Doniger, A.B. '62 A.M. '63

Helen Donis-Keller, Ph.D. '79

Amy Donnella, J.D. '79

Rebecca Donnellan, J.D. '75

Michael Donnelly, A.B. '63 Ph.D. '70

Thomas Donnelly, J.D. '88

Jeremiah Donovan, A.B. '70

Mark Donovan, A.B. '90

Thomas Donovan, A.B. '75

Betty Doo, Ed.D. '87

Barbara Doran, M.B.A. '84

Jonathan Dorf, A.B. '93

Andrew Dorfman, M.D. '87

Cynthia Dorfman, A.B. '73

Gail Dorfman, M.P.A. '83

Robin Dorfman, A.B. '84

Beth Dorfsman, J.D. '85

Angela Dorn, A.B. '87 J.D. '90

Ryan Dorris, A.B. '00

David Dorsky, M.D. '82 Ph.D. '82

Elizabeth Doty, M.B.A. '91

Kevin Dougherty, Ph.D. '83

Jim Douglas, M.L.A. '78

Rick Douglas, A.B. '75

Traci Douglas, J.D. '97

Guy-Serge Douzan, A.L.M. '22

Emmalee Dove (née Brown), A.B. '14

Robert Dowd, A.B. '70

Mara Dowdall, A.B. '01 M.Div. '07

Patricia Keane Dowden, A.B. '90

Frank Dowling, A.B. '85

Michael Dowling, A.B. '88

Patrick Dowling, A.B. '83

Katherine Dowling Cunha, A.B. '91

Ryan Downer, A.B. '04

Lylburn King Downing, Esq., A.B. '75

Laura Downs, A.B. '77

Margaret Downs, A.B. '79 M.B.A. '85

Ashley Dowse, Ed.M. '07

Jane Doyle, A.B. '76

Kelley Doyle, A.B. '92

Marissa Doyle, A.B. '08

Thomas Doyle, A.B. '87

David A. Drachsler, LL.B. '68

Nicholas Drake, A.M. '16

Robert Drake, A.B. '71

Charlotte Draper, A.B. '64

George Draper, A.B. '64

Sophie Jeannette Draper Cartaya, A.B. '92

Amy Dray, Ed.D. '06 Ed.M. '00

Brian Drayton, A.B. '75 A.M. '78

Martin Draznin, A.B. '70

Elizabeth Dreesen, M.D. '87

Robert Dreher, A.B. '73

Roland Dreier, A.B. '92

Julie Dreizen, M.P.P. '95

Thomas Dreves, J.D. '83

Chsrles Drew, A.B. '72

Jean Drew, A.B. '74

Helen Drew-Meosky, A.B. '85

William Drewery, M.B.A. '12

John Drewry, A.B. '71

Reed Drews, S.M. '79 M.D. '83

Geoffrey Dreyer, Ph.D. '83

Benjamin Dreyfus, A.B. '01

Margaret Drickamer, A.B. '77

Mary Driscoll, Ed.M. '88

Michael Driscoll, A.B. '94

Jeffrey Drogin, A.B. '70

Michael Droller, A.B. '64 M.D. '68

Robert Drucker, A.B. '75

Alan Drummer, A.B. '79

Elizabeth Drummond Ferriter, A.B. '04

Marion Dry, A.B. '73

Sarah Dry, A.B. '95

Ye Du, A.B. '04 M.D. '09

Allen Deh-Joung Duan, A.B. '95 M.B.A. '04

Joseph Duane, A.B. '68 A.M. '69

Prasenjit Duara, Dr.P.H. '83

Fred DuBard, M.P.A. '94

Daf Dubbelman, OPM '10 '

Bharat Dube, A.B. '83

Maya Dubin, A.B. '23

Tobey Duble, A.B. '10

Alexandra Dubow, A.B. '87

Sandi DuBowski, A.B. '92

Vivian Ducat, A.B. '77

Angela Duckworth, A.B. '92

Janet Dudek, A.B. '65

Carl Duff, Ed.M. '21

George Duffield, A.B. '95

K.E. Duffin, A.B. '76 Ph.D. '87

Ann Duffy, A.B. '90

David Duffy, A.B. '75

Michael Duffy, A.B. '78

Tara Duffy, A.M. '97

Geoffrey Dugan, A.B. '73

Patrick Duggan, A.B. '80

Theresa Duggan, Ed.M. '96 Ed.D. '02

Annie Duguay, Ed.M. '03

Charles Duhigg, M.B.A. '03

Kathrene Duhon, A.B. '79

Robert Dulgarian, A.B. '85

Patrick Dumas, A.L.M. '24

James Dumont, A.B. '75

Mark Dumont, A.B. '72

Carol Dunahoo, J.D. '85

Dean Dunbar, A.B. '82 M.B.A. '88

William Dunbar, A.B. '73

(Robert) Angus Duncan, A.B. '67

Arne Duncan, A.B. '86

Kim Duncan, M.P.A. '80 '

Michelle Duncan, A.B. '92

Ryan Duncan, A.B. '13

Desmond Duncker, A.B. '99

Yarrow Dunham, Ed.D. '07 Ed.M. '02

William Dunkley, A.B. '83

Brian Dunmore, A.B. '80

Peter Dunn, A.B. '77

Susan Dunn, A.B. '98 M.B.A. '03

James Dunyak, M.S. '06

Nadine Duplessy Kearns, A.B. '96

Alexandra Durbin, A.B. '97

Scott Durchslag, M.B.A. '91

James Durham, A.B. '77

Viva Durr, A.B. '82

Jaleel Durrani, M.P.H. '17

Toma Dursina, M.P.A. '17

Jill Durso, A.B. '05

Laura Durso, A.B. '03

Michael Đurst, L.L.M. '85

Cristina Duschek, A.B. '90

Cole Dutcher, A.B. '10

Joseph Dvorkin, J.D. '08

Annette Dwyer, A.B. '87

Mark Dyen, A.B. '72

James Dyett, A.B. '06 M.B.A. '14 M.P.P. '14

53

Lydia Dyett, A.B. '93

MIchael Dyett, A.B. '68 M.U.P. '72

Daniel Dykes, J.D. '14

William Dysard, A.B. '62

Hodge Eagleson, A.B. '86

Marion Eakin, A.B. '88 M.D. '95

Martha Eakin, A.B. '70

Michael Eakin, A.B. '58 M.B.A. '60

Franny Eanet, A.B. '86

Andrew Earls, A.B. '96

Juliet Eastland, A.B. '90

Caroline Eastman, A.B. '68

Richard Eastman, A.B. '59 J.D. '65

Victoria Eastus, A.B. '83

Susan Eaton, Ed.D. '99 Ed.M. '94

Nancy Ebb, A.B. '72

Rachel Ebby-Rosin, A.B. '90 Ed.M. '95

Karla Ebenbach, M.U.P. '98

Judith Ebenstein Grose, A.B. '70

Eleanore Ebert, M.P.H. '87

Gabriela Echeverria, L.L.M. '00

Diana Eck, Ph.D. '77

Emily Eckart, A.B. '12 A.L.M. '19

Sara Eckhouse, A.B. '06

Noelle Eckley Selin, A.B. '00 M.A. '0 Ph.D. '07

Francesca Ecsery, M.B.A. '92

Michael Eddy, M.P.A. '12

Daniel Edelman, A.B. '66 J.D. '

Marilyn Edling, A.M. '74

Helen Edmonds, J.D. '94

Jacquelyn Edmonds, M.B.A. '86

Shawn Edmondson, A.B. '94

Martin Edmunds, A.B. '78

April Edrington, A.B. '91 Ed.M. '01

Alexandra Edsall, A.B. '89 J.D. '94

Charles Edson, A.B. '56 J.D. '59

Christopher S. Edwards, J.D. '98

Jeffrey Edwards, A.B. '15

Karen Edwards, M.B.A. '90

Sue Edwards, A.B. '87

Debra Efroymson, A.B. '87 M.M.Sc. '93

Masako Egawa, M.B.A. '86

Derrick Egbert, A.B. '73

Edmond Eger, M.B.A. '88

Holly Hodder Eger, A.B. '82

Julia Eger, A.B. '14

William Eger, A.B. '12

Alexis Eggermont, M.P.A. '14

Richard Ehrenberg, A.B. '67

WENDY EHRENKRANZ PATTERSON, A.B. '76

54

Lori Ehrlich, M.P.A. '05

Jonathan Ehrmann, A.B. '79

Penny Eickemeyer, M.C.R.P. '80

Jonathan Eisen, A.B. '90

Mark Eisenberg, M.D. '80

Russ Eisenstat, A.B. '77

MARCI EISENSTEIN, A.B. '76

Alan Eisner, A.B. '64 Ph.D. '71

Amy Eisner, A.B. '94

Eric Eisner, Ph.D. '03

Gilbert EIsner, A.B. '54

Isabel Eisner, A.B. '25

Jason Eisner, A.B. '90

Joe EISNER, M.Arch. '89

Richard Ekman, A.B. '66 A.M. '67 Ph.D. '72

Alexandra Ekpiken, LL.M. '97

Deborah Ekstrom, M.P.P. '79

Kareen El Beyrouty, M.P.A. '09

Suratha Elango, A.B. '06

Karen Elbert, A.B. '79

Nadia Eldeib, A.B. '13

Ann Eldridge, A.B. '57 M.A.T. '59

Donald Elfenbein, A.B. '73 J.D. '76

Hillary Anger Elfenbein, A.B. '94 A.M. '01 Ph.D. '01

Samantha Elghanayan, M.P.A. '22

Joshua Elias, Ph.D. '06

Minna Elias, A.B. '82

Lise Eliot, A.B. '84

Milissa Elizondo, M.B.A. '04

Ethel Elkins, A.B. '53

Paul Elkins, A.B. '79

Tod Elkins, A.B. '81

Nora Ellingsen, J.D. '18

Autumn Elliott, A.B. '97 J.D. '03

DeAnn Elliott, A.L.M. '97

Dorinda Elliott, A.B. '80

Paul Elliott, A.M. '22

Priscilla Elliott, A.L.B. '87

Susan Elliott, A.B. '70

Tom Elliott, A.B. '70

Tracy Elliott, A.B. '83

David Ellis, AMP '89

Kimberly Ellis, A.B. '15

Priscilla Ellis, A.B. '65 Ed.M. '67

Rebecca Ellis, J.D. '12

Tracy Ellis, A.B. '82

Edward Ellison, M.B.A. '91

Brian Ellner, J.D. '95

Sharif Ellozy, S.B. '92

Gretchen Elmendorf, M.Div. '01

Elizabeth Elmschig, M.P.H. '16

Marco Maximilian Elser, A.B. '81

Teresa Elsey, A.B. '04

Michelle Elsner, J.D. '16

Aaliyah Ely, A.B. '00 M.B.A. '07

Kevin Emancipator, M.B.A. '23

John Emans, A.B. '66 M.D. '70

Sarah Jean Emans, A.B. '66 M.D. '70

Michael Emanuel, A.B. '99 S.M. '20 Ph.D. '25

Scott Emblidge, J.D. '85

Christopher Emerson, M.Div. '74

Ruth Emerson, A.B. '70

Brian Emkjer, M.B.A. '90

Eleanor Emmons, A.B. '72

Keith Emmons, A.B. '70

Stuart Emmons, M.Arch. '88

Gardner aka "Garry" (preferred) Emmons Jr., A.B. '67

John Emory, A.B. '75

Sheila Enamandram, M.B.A. '18 M.D. '19

Jorge Encinas, Ph.D. '24

Matthew Ender, A.B. '93

Anthony Enders, A.B. '59 M.B.A. '62

Eve Endicott, A.B. '70

John Endicott, A.B. '67

Thyra Endicott, A.B. '84

Stefan Endres, A.B. '80

Carrie Endries, Ph.D. '05

Daniel Eng, A.B. '03

Randall Eng, A.B. '94

John Engberg, A.B. '80

Nika Engberg, J.D. '10

Brian Enge, A.B. '92 M.B.A. '98

Ceci Enge, A.B. '92

Kirsten Engel, M.D. '97

Stephanie Engel, A.B. '75 M.D. '83

Stephen Engel, A.B. 1987

Anne Engelhart, A.L.M. '92

James Engell, A.B. '73 Ph.D. '78

William Englund, A.B. '75

Sara Meta Enklaar - Pekelharing, M.B.A. '09

Susan Ennis, A.B. '73

Marcia Enns, J.D. '79

Rodrick Enns, J.D. '79

Elliot Entis, A.B. '68

Barbara Epler, A.B. '83

Michael Epley, A.B. '67

Pamela Epps, A.B. '81

Brian Epstein, A.B. '91

56

David Epstein, A.B. '83 S.M. '87

Greg Epstein, M.T.S. '07

Jay Epstein, A.B. '69

Jeffrey Mark Epstein, A.B. '12

Jonathan Epstein, M.B.A. '94

Matthew Epstein, A.B. '76 J.D. '82

Michael Epstein, A.B. '67

Michael Epstein, A.B. '85 M.D. '89

Steven Epstein, A.B. '83

Daniel Erck, M.B.A. '04

Lisa Erdberg, A.B. '69

Eszter Erdelyi, M.B.A. '92

Abigail Erdmann, M.A.T. '69

Gail Erickson, J.D. '58

Helen Breslich Erickson, A.B. '65

John Erickson, A.B. '66

Silvanus Erickson, A.B. '71

Gabriel Erion-Barner, A.B. '15

Dorothy Erlandson, M.A.T. '64

David Erle, A.B. '80

John Erlick, A.B. '75

Sam Erman, A.B. '00

John Errington, A.B. '05 A.M. '05

Brian Erskine, A.B. '96

Richard Ertel, M.B.A. '73

Rafael Escalera, LL.M. '77

Oscar Escobar, M.P.A. '25

Kenneth Escoe, M.B.A. '04

Paul Escott, A.B. '69

Mariam Eskander, A.B. '05 M.P.H. '16

Sawsan Eskander, Ed.M. '21

Mohammad Eslami, M.D. '91

Chris Esmonde, A.B. '82

Julie Espinosa, A.B. '04

Luis Espinoza, A.B. '16

Andrea Esposito, A.B. '81

Antonia Esposito, A.B. '09

Audrey Esposito, M.P.P. '95

Josephine Esquivel, M.B.A. '83

Laura Esserman, A.B. '77

George Esslinger, M.B.A. '86

Allison Rae Estes, A.B. '94 Ed.M '12

Angie Estevez Prada, Ed.M. '22

Greg Estey, A.B. '81 Ed.M. '88

Lisa Estreich, A.B. '89

Dan Esty, A.B. '81

Sarah Esty, A.B. '11

Wendy Etheridge Smith, A.B. '92

Heather Ettinger, Ph.D. '01

Jeffrey Eustis, A.B. '70

Aruna Evan, A.B. '12

Raima Evan, A.B. '79

Matthew Evangelista, A.B. '80

Andrea Evans, J.D. '94

Christine Evans, Ph.D. '85 A.M. '77

Katherine Evans, A.B. '79

Paula Evans, M.A.T. '67

ROBERT EVANS, M.A.T. '67 Ed.D. '74

Sarah Matthay Evans, A.B. '99

Martin Evelyn, A.B. '13

Davis Everett, A.B. '72

Lucinda Everett, MHCM '13

Frank Evers, A.B. '87

Peter Everts, A.B. '72

Cindy Ewing, A.B. '08

Esther (Tess) Ewing, A.B. '68 S.M. '71

Hope Ewing, A.B. '67

Arambi Eyong, A.B. '20

Sachiko Ezura, A.B. '08

Darren Fabbri, S.M. '06

Andres Fabris, M.B.A. '04

Stephanie Fabro, Ed.M. '18

Stephen Facey, M.P.A. '91

Betsy Facher Rauch, A.B. '93

Jenny Factor, A.B. '91

Max Factor III, A.B. '66

Emily Fagan, A.B. '86

Byrne Fahey, M.B.A. '25

Victoria Fahlberg, M.P.H. '00

Gerald Faich, M.P.H. '79 '

Timothy Fain, M.P.P. '91

Susan Fainstein, A.B. '60

Ellen Fair, A.B. '75

Kelli Fairbrother, M.B.A. '03

Laura Fairchild Brodie, A.B. '86

Henry Fairley, S.J.D. '87

Helen Fairman, A.B. '91

Stephen Falbel, A.B. '88 M.P.P. '93

Mathea Falco, A.B. '65

Daphne Faldi, A.B. '97

Gail Falk, A.B. '66

Glenn Falk, A.B. '82 J.D. '85

Douglas Faller, M.D. '80

Gary Fallon, J.D. '82

Deborah Fallows, A.B. '71

James Fallows, A.B. '70

Thomas Fallows, Ph.D. '81 A.M. '75

Dean Falvy, J.D. '92

Francisco Famadas, A.B. '96

Ada Fan, A.B. '75

Taylor Fang, A.B. '25

Ton-Ming Fang, A.B. '95

Jay Farbstein, M.Arch. '69

Huma Farid, A.B. '06 M.D. '11

Robert Farina, A.B. '60

Fidelma Farinas-Cobas, A.B. '04

Wendy Faris, Dr.P.H. '75

Margaret Farley, A.M. '90

William Farley, A.B. '77

Hilary Farmer, A.L.M. '95

Sharon Farmer, Ph.D. '83

Susan Farnsworth, M.P.A. '99

Anthony Farrell, A.B. '71 M.B.A. '77

Nancy Farrell, M.P.A. '85

Sarah Farrell, A.B. '92

George Farrelly, A.B. '75

Stephanie Farrior, LL.M. '90

Nizar Farsakh, M.P.A. '10

Lawrence Farwell, A.B. '71

Nima Farzan, M.B.A. '04

Steven Fassberg, A.B. '78 Ph.D. '84

Alberto Fassinotti, A.B. '00

Douglas Fastuca, M.B.A. '93

Michael Fath, Ph.D. '93 A.M. '90

Lilian Faulhaber, A.B. '00 J.D. '05

Jonathan Faull, M.P.P. '10

Adele Faure, M.P.A. '14

Adele H. Faure, M.P.A. '14

Katherine Fausset, A.B. '97

Tessa Faust, M.T.S. '23

Barbara Fauth, Ed.M. '72 J.D. '83

Gary Fauth, Ph.D. '74

Ainsley Faux, A.B. '13

David Fechtor, A.B. '76

Nancy Feehan, M.P.A. '18

Joe Feghali, A.B. '14 M.B.A. '19

Brian Fehlau, A.B. '97

Stephanie Fei, M.B.A. '23

David Feinberg, A.B. '81 J.D. '86

Kyndal Feinman, M.P.P. '20

Marc Feinstein, J.D. '91 M.B.A. '91

Katie Feiock, A.B. '96

Andrew Feland, A.B. '95

Greg Feldberg, M.P.P. '91

Michael Feldberg, A.B. '73 J.D. '77

James Feldman, J.D. '83

Judith Feldman, M.D. '69

Lesley Feldman, M.P.P. '12

Kathleen Feldstein, A.B. '62

Michael Felsen, A.B. '71

Stanley Fendley, J.D. '91

Andrew Fenselau, A.B. '92

Robert Fenster, A.B. '03

Anny Fenton, Dr.P.H. '19

John Fenton, A.B. '92

Thomas Feran, A.B. '75

Michael Ferber, Ph.D. '75

Alon Ferency, A.B. '97

Yale Fergang, M.B.A. '92

James Ferguson, A.B. '75

Alyssa Fernandez, A.B. '85

Maricela Fernandez, J.D. '92

Tina Fernandez, A.B. '94

Alisha Fernandez Miranda, A.B. '04

Audrey Fernandez-Fraser, A.B. '11

Sarath Fernando, A.B. '90

Pia Fernberg, M.P.H. '06

Richard Ferrans, M.H.C.M. '10

Helene Smith Ferranti, A.M. '56

Gayle Ferraro, M.P.A. '99

Jessica Ferraro, A.B. '96

Ann Ferren, A.B. '61 M.A.T. '62

John Ferren, A.B. '59 LL.B. '62

Michelle Denise Ferreol, A.B. '15 M.B.A. '21

Elisabetta Ferrero, M.P.H. '23

Warren Ferris, A.B. '66

Eugene Fidell, LL.B. '68

Barry Fidelman, M.B.A. '64

Diane Fiedler, A.B. '76

Peggy Fiedler, A.B. '76

Jesse Field, A.B. '02

John Osgood Field, A.B. '62

Laurence Field, J.D. '79

Alison Fields, A.B. '92

Elizabeth Fields, M.B.A. '83

Jo Ann Fields, A.B. '75

Emily Fields Karakashian, A.B. '74

Molly Fields Walls, A.B. '83

Melissa Fiffer, Ph.D. '22

Amory Files, A.B. '96

Kirby Files, A.B. '95

Rebecca Filner, A.B. '99

Elizabeth Finch, A.B. '65

Gunilla Fincke, M.P.A. '05

Doris Fine, A.B. '54

Jane Fine, A.B. '79

Melinda Fine, Ed.D. '91 Ed.M. '88

Philip Fine, A.B. '71 Ph.D. '87

Anita Fineday, M.P.A. '97

Joe Finegold, M.B.A. '86

Lewis Finfer, A.B. '72

Diane Fingold, M.D. '87

Benjamin Finio, Ph.D. '12

Dale Fink, A.B. '72

Adam M Finkel, A.B. '79 M.P.P. '84 Sc.D. '87

Amy Finkel, A.B. '67

Ann Finkel, A.B. '15

Mark Finklestein, A.B. '75

Eliza Finley, J.D. '14

Deborah Finn, Ed.M. '57

Scott Finn, A.B. '94

Rory Finnegan, M.B.A. '24

Katarina Finseth, J.D. '26

Dan Fintel, M.D. '79

Patricia Fiore, A.B. '00

Bruce Fireman, A.B. '70

Ellen Fireman, A.B. '73

Daren Firestone, A.B. '96

Thomas Firestone, A.B. '86 J.D. '93

Tanya Fisch, J.D. '03

Anne Arbetter Fischell, A.B. '76

Mark Fischer, A.B. '84

Shira Fischer, A.B. '01 M.M.Sc. '14

David Fish, A.B. '72

Rita Fishburn, Ed.M. '09

Anne Fishel, A.B. '77

Elizabeth Fishel, A.B. '72

Charles Fisher, A.B. '74

Chip Fisher, A.B. '78

Clinton Fisher, J.D. '83

David Fisher, M.B.A. '80

Elliott Fisher, A.B. '74 M.D. '81

Peter Fisher, S.B. '72

Peter Fisher, Ph.D. '95

Raven Fisher, A.B. '13

Robert M Fisher, A.B. '60 J.D. '63

Robert W Fisher, A.B. '60 M.B.A. '65

Mitchell Fishman, A.B. '69 J.D. '73

Paul Fishman, A.B. '79

Robert Fishman, A.B. '70 J.D. '73

Sarah Fishman, Ph.D. '87

Alan Fiske, A.B. '68

Anne Dorsey Fiske, A.B. '61

Phineas Fiske, A.B. '62

Carol Fisler, A.B. '77

Catherine Fitch Bell, A.B. '65

David Fite, A.B. '85

Desmond FitzGerald, A.B. '74

Kathleen Fitzgerald, A.B. '73

Laura Fitzgerald, A.B. '94

Lucia Fitzgerald, M.B.A. '83

Peter Michael Fitzgerald, A.B. '73

Dennis Fitzgibbons, A.B. '78

John Fitzpatrick, A.B. '74

Mark Fitzpatrick, M.P.P. '79

Martin Fitzpatrick, A.B. '80

Katherine Fiveash, A.B. '69

Drew Fixell, A.B. '78

Francis Flaherty, A.B. '75 J.D. '81

Monica Flaherty, A.B. '92

Patrick Flaherty, A.B. '84

Dominic Flamiano, A.B. '83

Robert Flanagan, A.B. '67

Deborah Flandermeyer, A.B. '93

Anthony Flanders, A.B. '75

Tamzen Flanders, A.B. '77

Katharine Flanders Mukherji, A.B. '73

Mary Flannery, M.B.A. '86

Susanna Flaster, A.B. '78

Lucie Flather, M.Arch. '07

Seth Flaxman, M.P.P. '11

Ann Fleck-Henderson, A.B. '64

Ross Fleischman, A.B. '00

Elizabeth Fleming, A.B. '90

Lora Fleming, A.B. '78 M.D. '84 MPH '94

Thomas Corwin Fleming, A.B. '52 M.D. '56

Bill Fletcher, A.B. '76

Erica Fletcher, Ed.M. '04

Katherine Fletcher, A.B. '71

Sarah Fletcher, A.B. '80

Diorita Cassandra Fletcher, Ph.D., A.B. '73

Daniel Flicker, Ph.D. '18

Eliza Flint, A.B. '15

Lara Flint, J.D. '98

DEBORAH FLOMENHOFT, A.B. '92

Karen Flood, Ph.D. '01 A.M. '96

Monika Flood, M.B.A. '03

Nicole Florance, A.B. '91

Diego Flores, J.D. '13

Nona Flores, A.B. '74

Rebecca Flores, M.P.P. '98

Daniel Florio, M.P.A. '15

Carole Florman, M.P.A. '88

Juliet Floyd, Ph.D. '90 A.M. '86

Holly Flynn, A.B. '15

Meghan Flynn, M.L.A. '14

Rachel Flynn, A.B. '09

Theresa Flynn, A.B. '89

James Fogel, A.B. '72

Janet Fogel, A.B. '75

62

Jeffrey Fogel, A.B. '04

Miriam Fogel, A.B. '12

Anne Foley, A.B. '05

Michael Foley, Ph.D. '24

Robert Foley, A.B. '75

Thomas Foley, A.B. '75 M.B.A. '79

Timothy Foley, A.B. '21

Heather Folks-Lambert, A.L.M. '25

C. Robert Foltz, A.B. '60 LL.B. '64

Clara Fon-Sing, M.P.P. '92

Andrew Fong, A.B. '07

Fiona Fong, A.B. '08

Peter Fong, A.B. '82

Ayirini Fonseca-Sabune, A.B. '04 J.D. '12

Alex Foote, A.B. '15

Kathleen Foote, A.B. '66

Nathaniel Foote, A.B. '77 J.D. '82 M.B.A. '92

China Forbes, A.B. '92

Deborah Forbes, Ph.D. '01

Maya Forbes, A.B. '90

Peter Forbes, A.B. '68

J. Lewis Ford, A.B. '97

John Ford, A.B. '97

Mary Ford, A.B. '96

Robert Ford, A.B. '05 J.D. '09

Stephen Ford, A.B. '69

Peter Fordham, A.B. '80

Christopher Foreman, A.B. '74 Ph.D. '80

Judy Foreman, Ed.M. '70

Katherine Foreman, M.Des. '09

Julie Forestier, M.P.P. '10

Annamarie Forestiere, J.D. '21

David Forman, A.B. '64

Edward Forman, A.B. '75

Keith Forman, ALI '21

Michele Forman, A.B. '93

Ross Forman, A.B. '90

Courtney Forrest, A.B. '03

William Forry, M.P.A. '10

David Forsee, M.B.A. '83

Sarah Forsman, A.B. '76 M.B.A. '80

Susan Forster, A.B. '72

Antonia Forster [ nee Ristorcelli], A.B. '71

Sabrina Forte, A.B. '08

Hubert Fortmiller, A.B. '56

Page Fortna, Ph.D. '98 A.M. '94

Diana Fortuna, A.B. '78

Marisa Fortunati, A.B. '98

Jaime Fortuño, M.B.A. '88

Roberto Fortuño, M.B.A. '92

Blair Fosburgh, A.B. '86

Jane Fossum, M.D. '71

Amy Foster, A.B. '82

Kathleen Foster, M.P.A. '85

Kendrick Foster, A.B. '22

Gina Foster-Moumoutjis (Foster), A.B. '00

Helena Foulkes, A.B. '86 M.B.A. '92

Elizabeth Traynor Fowler, A.B. '84

The Reverend Anne Fowler, A.B. '68

Broderick Fox, A.B. '96

Declan Fox, A.B. '94

Erica Fox, A.B. '95

Geoffrey Fox, A.B. '63

Judith Fox, A.B. '79

Robert Fox, A.B. '87

Sarah Fox, Ed.D. '79 M.P.H. '77

Viveka Fox, A.B. '84

Howard Foye, A.B. '71

Devra Fradin, Ed.M. '92

Gary Fradin, MCRP '77

Amy Fraenkel, J.D. '90

Andrea Fraleigh, J.D. '93

Matthew Fraleigh, Ph.D. '05 A.M. '01

Paul Francisco, AMP '22

Joey Francoeur-Krzyzek, A.L.B. '12

Juny Francois, J.D. '94

Kimberly Francois, A.B. '81

Adam Francois Watkins, J.D. '06

Deborah Frank, A.B. '70 M.D. '76

Edwin Frank, A.B. '83

Emily Frank, Ed.M. '79

Gitta Frank, A.B. '87 M.D. '98

Julia Frank, A.B. '73

Thomas Frank, A.B. '70

Charles Frankel, A.B. '54 M.B.A. '56

David Frankel, A.B. '87

David Frankel, A.B. '81

Rebecca Frankel, A.B. '15

Robert Frankel, A.B. '67

Sara Frankel, A.B. '81

Erica Frankenberg, Ed.M. '02 Ed.D. '08

Jan Frankina, M.Arch. '80

Constance Franklin, A.B. '72

Diane Franklin, A.B. '66

Jonathan Franklin, A.B. '86

Robert Franklin, A.B. '67

Sharon Bradford Franklin, A.B. '86

Bernard Franklin, Ph.D., ALI '22

Sarah Franzen, Ed.M. '17

Anna Fraser, A.B. '03

Dawn Jewel Fraser, M.P.P. '04

Leon Fraser, A.B. '75

Adam Fratto, A.B. '90

Betsy Frawley, M.P.A. '80

David Fraze, A.B. '88 M.B.A. '93

Paula Frederick, Ph.D. '02 M.P.A. '92

Sarah FREDERICK, A.B. '91

Megan Frederickson, A.B. '00

Alisa Freed, A.B. '00

ANdy Freed, A.B. '90 M.P.P. '94

Dan Freed, A.B. '81 A.M. '81

Richard Freed, A.B. '01

Judith Freedberg, Ed.M. '66

Robin Freedberg, A.B. '75

Ann Freedman, A.B. '68

Edith Freedman, A.B. '77

Edward Freedman, CAS '96

Judith Freedman, A.B. '71

Lucy Freedman, A.B. '70 M.A.T. '71

David Grant Freeland, M.P.A. '93

Maureen Freely, A.B. '74

Alexia Freeman, A.L.M. '25

David Freeman, A.B. '70 J.D. '75

Joseph Reid Freeman, M.Arch. '94

Joshua Freeman, A.B. '70

Mary Freeman, A.B. '79

William Freeman, A.B. '74 J.D. '78

Robert Freeman Jr, Ph.D. '95

Karen Freeman-wilson, A.B. '82 J.D. '85

Lara Freidenfelds, A.B. '94 Ph.D. '03

Loubna Freih, M.P.A. '99

Lindsay French, Ph.D. '94

Sarasue French, A.B. '77

Samantha Frenkel-Popell, A.B. '21

Nancy Fresco, A.B. '94

Barbara Fretwell, A.B. '75

Daniel Freudenberger, A.B. '67

Nell Freudenberger, A.B. '97

Tom Freudenheim, A.B. '59

Adam Frey, A.B. '78

Robyn Frey, M.B.A. '81

Frederic Freyer, A.B. '15

John Friberg, A.B. '02

Terri Frick, A.B. '83

Daniel Fridman, J.D. '99

Emily Friedan, A.B. '77 M.D. '82

Carl Friedberg, A.B. '64

Jonathan Friedlaender, A.B. '62 Ph.D. '70

David FRIEDLAND, A.B. '99

Alissa Friedman, A.B. '83

Andrew Friedman, J.D. '55

Daniel Friedman, A.B. '20

Daniel Friedman, M.B.A. '83

Daniel Friedman, M.B.A. '96

David Friedman, A.B. '79

Felice Friedman, A.B. '79

Fredrica Friedman, A.B. '66

Jason Friedman, A.B. '16

Julia Friedman, A.B. '21

Lawrence Friedman, A.B. '79

Noah Friedman, M.B.A. '06

Richard Friedman, A.B. '71

Richard Friedman, A.B. '73 J.D. '76

Ruth Friedman, A.B. '80

Talisa Friedman, A.B. '10

Steven Friesen, A.M. '86 Ph.D. '90

Gretchen Friesinger, A.B. '76

James Frosch, A.B. '71

Christine Frost, A.L.M. '08

Ellen Frost, A.B. '66 Dr.P.H. '72

Kim Frost, A.B. '85

Jerry Fruetel, A.B. '72

Stephen Frug, A.B. '93

Howard Frumkin, M.P.H. '82 Dr.P.H. '93

Laura Frustaci, A.B. '21

David Frutkoff, A.B. '79

Shanti Fry, A.B. '73 M.B.A. '85

Angelina Fryer, A.B. '03

Nancy Fu, A.B. '00

VIvian Fu, J.D. '94

Yudong Fu, A.L.M. '24

Drew Fudenberg, A.B. '78

Jean Fuglesten Biniek, Ph.D. '18

Akiyo Fujii, A.B. '82

Elton Fukumoto, A.B. '75

Carolyn Fuller, Ed.M. '77

Joseph Fuller, A.B. '79 M.B.A. '81

Blanche Fung Liu, A.B. '95

William Funk, A.B. '67

Jonathan Funke, A.B. '93

Lynda Funke, M.B.A. '89

Robert Furrow, A.B. '07

Ernald Furxhi, Ed.M. '22

Megan Fusco, A.L.B. '10

Dan Futrell, M.P.P. '12

Loren Fykes, A.B. '89

Christopher Gabel, Ph.D. '03

Harrison Gabel, Ph.D. '08

Amanda Gable, A.B. '11

Harold Gabow, A.B. '68

66

Kathryn Gabrielson, M.D. '98

Catherine Gace Walton, A.B. '91

David Gad-Harf, A.B. '75

Leah Gaffney, S.B. '15

Mary Gaffney, M.B.A. '94

Eleni Gage, A.B. '96

Emily Gage, M.Div. '97

Thomas Gagen, A.B. '68

Martha Gagliano, A.B. '78

Kyle Gaines, J.D. '22

Linda Gaines, A.B. '69

Zofia Gajdos, Ph.D. '09

Jonathan Galassi, A.B. '71

Tong Galaxy, M.B.A. '19

Alan Galbraith, A.B. '63

Catherine Galbraith, A.B. '63 A.M. '65

Peter Galbraith, A.B. '73

Concepcion Galdón, M.P.A. '09

Charles Gale, Ph.D. '22

Dennis Gale, Ed.M. '69

Mary Ellen Gale, A.B. '62

Alice Galenson, A.B. '70

Jay Galeski, A.B. '72

Rollin Gallagher, A.B. '65

Thomas Gallagher, A.B. '91

Kasey Gallagher-Schmitz, A.B. '17

Benjamin Gallant, A.B. '12

Anna Gallardo, A.B. '98

John Andrew Gallery, A.B. '61 M.Arch. '64

Penny Gallo, J.D. '70

Ronald Gallo, Ed.D. '95 Ed.M. '86

Joan Gallos, Ed.M. '76 Ed.D. '85

Sarah Gallup, A.B. '82 M.P.P. '86

Meyling Galvez Contreras, A.B. '19

Julio Gambuto, A.B. '00

Alison Games, A.B. '85

Montague Gammon III, A.B. '80

Anne Gammons Crocco, A.B. '89 Ed.M. '91

Zelda Gamson, Ph.D. '65

Carol Gander, M.Arch. '81

Anjai Gandhi, M.B.A. '98

Monica Gandhi, M.D. '96

Koma Gandy Fischbein, A.B. '95

Mark Ganem, A.B. '85

Emily Gann, A.B. '01

Robert Gannett, A.B. '72

Elizabeth Gans, M.B.A. '84

Lisa Gans, A.B. '94

Erika Gantt, M.D. '97

David Gantz, A.B. '64

Julie Gantz, A.B. '90

Bin Gao, A.L.M. '18

Nara Garber, A.B. '91

Liliana Garces, Ed.D. '11 Ed.M. '06

Antony Garcia, A.B. '93

Diego Garcia, A.B. '20

Dominique Garcia, A.B. '98

Ivonne Garcia, A.B. '82 Ed.M. '85

Raul Garcia, A.B. '75 D.M.D. '81

Samuel Garcia, J.D. '19

Diego Garcia Blum, M.P.P. '22

María Emilia García-Padilla, Ed.D. '94

Couper Gardiner, A.B. '73 M.Arch. '79

David Gardiner, A.B. '77

Joan Gardiner, A.B. '69

Viveca Gardiner, A.B. '88

Emily Gardiner Herzog, A.B. '96

Ann Gardner, A.B. '84

David Gardner, A.B. '20

Elizabeth Gardner, A.B. '94

Frederick Gardner, A.B. '63

Greer Gardner, A.B. '15

Jack Gardner, M.P.P. '85

Kim Gardner, A.B. '90

Laurence Gardner, M.D. '67

Michael Gardner, Ph.D. '71

Nina Gardner, A.B. '82

Thomas Gardner, M.P.A. '85

Susan Garell, M.B.A. '92

Sumeet Garg, A.B. '99 M.D. '04

Kristen Garland, A.B. '92

Dietrich Garlichs, M.P.A. '75

Andrew Garling, M.D. '72

David Garlock, A.B. '75 J.D. '79

Charlie Garlow, A.B. '74

David Garner, M.B.A. '70

Salomé Garnier, A.B. '22

Anne Garofalo, A.B. '15

Ross Garon, A.B. '93

Elizabeth Garr, A.B. '90

Katherine Garrett, A.B. '76

Elizabeth Garrigue, A.B. '87

Henry Garrison, M.D. '68

Mary Garrison, A.B. '86

Michi Garrison, A.B. '83

Jeff Garrity, A.B. '75

Pamela Garry, A.B. '71

Claudine Gartenberg, A.B. '96, MBA '06

Paul Garver, A.M.  '64

Kerry Garvin, A.L.B. '17 A.L.M. '20

68

Laura Garwin, A.B. '77

Rachel Garwin, A.B. '07

Iyesatu Gary, A.B. '96

WILLIAM GARY, M.Div. '86

Robert Gassner, A.B. '90

Laura Gates, M.B.A. '76

John Gates, Jr., A.B. '88

Rich Gatto, A.B. '76

Suzanne Gaudet, Ph.D. '99

Thomas Gaudett, A.B. '14

Jennifer Gaudiani, A.B. '97

Frank Gaudio, A.B. '79 M.D. '83

Judith Gaughan Warren, Ed.M. '75

Bethany Gauthier, Ph.D. '08

Chloe Gavin, A.B. '76

Karen Gaviola, A.B. '79

Robert Louis Gavioli, A.B. '73

Atul Gawande, M.D. '95, MPH '99

Judith Gayer, J.D. '80

David Gaylin, A.B. '72 M.B.A. '79

Gilbert Gaynor, LL.M. '89

Katherine Gaztambide, M.P.P. '13

Rubén Gaztambide-Fernández, Ed.D. '06 Ed.M. '00

Sally Geaney, M.B.A. '89

Norcross (Nori) Geary, A.B. '69

Gebre Gebre, A.B. '08

Marietta Geckos, MPA '02

David Geddes, A.B. '72

Jasmine Gee, A.B. '00

George Gegeman, A.B. '60

John Gehan, M.P.A. '93

Deborah Geismar, A.B. '78 M.D. '83

Kathryn Geissinger, A.B. '80

Lawrence Gelb, A.B. '73 M.B.A. '86

Stephen Gelber, A.B. '66 J.D. '69

Peter Gelfman, A.B. '86

Deborah Gelin, A.B. '79 M.B.A. '83

Patricia Geller, Ed.D. '91

Beth Gelles, A.B. '90

David Gellis, A.B. '04 M.D. '10 M.B.A. '10

Susie Gelman, A.B. '76

Adriane Gelpi, A.B. '02 Ph.D. '14

Kristen Gendron, M.B.A. '18

Linda Gensler, M.B.A. '78

Fulvio Gentili, A.B. '69

Richard Genz, A.B. '74

Amy Geogan, A.B. '78

Thomas Geoghegan, A.B. '71 J.D. '75

Ellen George, A.B. '93

Erika George, J.D. '96

John George, J.D. '82

Patrick George, A.B. '93 M.B.A. '02

Sandra Gerber, M.P.A. '02

John Gerdes, A.B. '66

Abigail Booth Gerdts, A.B. '59

Wynn Gerhard, A.B. '71

Tobin Gerhart, A.B. '71 M.D. '75

Travis Gerke, A.M. '11 Sc.D. '14

David Gerken, M.B.A. '92

Joseph Germano, A.B. '73

Jodi Gernon, M.B.A. '91

Chris Gerolmo, A.B. '77

Greg Geronemus, A.B. '08 M.B.A. '12

Russ Gershon, A.B. '82

Elizabeth (boo) Gershun, A.B. '80

Martha Gershun, A.B. '78 M.B.A. '83

Elliot Gerson, A.B. '74

Gabriel Gesmer, A.B. '68

Ira Gessel, A.B. '73

Louise Gessel, A.B. '75

John Getsinger, A.B. '73

Ben Gettinger, A.B. '08

Lawrence Gettleman, D.M.D. '66

Marissa Getts, M.U.P. '22

Joe Gfaller, A.B. '01

Malick Ghachem, A.B. '93 J.D. '02

Jamil Ghani, A.B. '99 M.B.A. '04

Nadia Ghent, A.L.M. '24

Geoffrey Ghose, A.B. '86 A.M. '86

Varsha Ghosh, Ed.M. '99

Sharon Gi, A.B. '00

Anthony Giachetti, A.M. '69

Jennifer Gibbs, A.B. '92

Mariha Gibbs, M.B.A. '07

Rose Gibbs, Ed.M. '77

Julia Gibert, A.B. '79

Rachel Gibian, A.B. '15 M.T.S. '22

Anne Gibson, J.D. '08

James Gibson, A.B. '83

Jonathan Gibson, A.L.B. '15

Josh Gibson, M.P.P. '98

Melissa Gibson, A.B. '99

Nathan Gibson, A.B. '82

Nicholas Gideonse, A.B. '82

Theodore Gideonse, A.B. '96

Karin Gielen, A.B. '88

Victoria Gifford, A.B. '85

Elliott Gilberg, A.B. '74

H. Allen Gilbert, A.B. '73

Jeffrey Gilbert, J.D. '76

Paul Gilbert, M.B.A. '92

Stefanie Gilbert, A.B. '86

Elaine Gilde, A.B. '76 M.B.A. '78

Cynthia Giles, M.P.A. '00

Matthew Giles, S.B. '21

Adam Gilfix, A.B. '17

Suzanne Gilfix, A.B. '88

Emily Gilison Bradford, M.A.T. '62

Emily Brauer Gill, M.B.A. '15

Malik Gill, A.B. '16

Phil Gillen, A.B. '13

William Gillen, D.Des. '59 M.Arch. '62

Walter Gillett, A.B. '81

Barbara Gillette, A.B. '82

Bryan Gilliam, Ph.D. '84

Fatimah Gilliam, M.P.P. '98

Frank Gilliland, A.L.B. '03

Gary Gillis, A.B. '77

John Gillis, A.B. '71

Stephanie Gillis, M.P.P. '95

Mary Gillmor-Kahn, A.B. '64

Caitlin Gillooly, A.B. '07

Hallie Gilman, A.B. '94

Isabel Gilman, A.B. '70

Tamara Gilman, D.B.A. '81 M.B.A. '76

David Gilmore, J.D. '77

Dehn Gilmore, A.B. '02

Elizabeth Gilmore, A.B. '79

John Gilmore, A.B. '70 J.D. '74

John Gilpin, A.B. '73

Amy Gilson, Ph.D. '17

Michael Gilson, A.B. '81

Craig Gilstein, A.B. '75

Jane Giman, J.D. '15

Kari (Kathrina) Ginal, A.B. '01

Lisa Ginet, A.B. '85

Daniel Ginns, A.B. '72 M.B.A. '76

Hannah Ginsborg, Ph.D. '89

Harold Ginsburg, A.B. '57 M.D. '61

Matthew Ginsburg, A.B. '86

Evelyn Ginsparg, A.B. '79

Joseph Giovannini, M.Arch. '74

Nona Girardi, A.B. '82

Luis Girón, A.B. '88 M.T.S. '90 Ph.D. '97

George Girton, A.B. '71

Robert Girvin, A.B. '78

David Gische, A.B. '71

Diana Gisolfi, A.B. '62

Elise Gispan, M.Arch. '86

Barry Gittleman, M.B.A. '03

John Giudice, M.B.A. '78

Lisa Giudice, S.M. '82

Nicholas Gjerde, A.L.M. '25

Asako Gladsjo, A.B. '84

Andreas Glaeser, Ph.D. '97 M.P.A. '92

Ellen Glanz, M.A.T. '71

Jonathan Glass, M.D. '66

William Glass, A.B. '75 M.B.A. '81

Barbara Glauber, A.B. '72

Kelly Glauberman, A.B. '95

Sarah Glazer, A.B. '70

Sophie Glazer, A.B. '74

Frederick Gleason, M.Des. '77

Sonia Caus Gleason, Ed.M. '90

John Gledhill, M.B.A. '77

Malcom Glenn, A.B. '09

Catherine Glennon, Ed.M. '09

Eli Glezer, Ph.D. '96

Gary Glick, A.B. '67

Norman Glick, A.L.B. '59

Todd Glick, A.B. '84

Monica Glicken, A.B. '99 J.D. '05

Anne Glickman, Ed.M. '77

Steven Glovinsky, A.B. '72

Patricia Glowa, M.D. '77

Daniel Gluck, A.B. '82

Daniel Gluck, J.D. '03

Michael Gluck, Ph.D. '87 M.P.P. '84

Jeffrey Glueck, A.B. '91

Susan Glueck, A.B. '91

Esther Go, M.B.A. '96

Amanda Goad, J.D. '05

Samuel (Terry) Goddard, A.B. '69

Richard Goddeau, A.B. '98

Peter Goeckner, J.D. '25

Rishi Goel, A.B. '15

Mary Goethals, A.B. '69

Michael Goetz, Ed.M. '15

Rob Goetz, J.D. '85

Sietse Goffard, A.B. '15 M.P.P. '21

Willie Goffney, A.B. '78 M.D. '82

Gary Gogel, M.L.A. '08

Bina Gogineni, A.B. '98

Caroline Gogolak, A.B. '08

Stephen Goheen, A.B. '70

Onur Goker, M.B.A. '04

David Gold, M.B.A. '81

David Gold, A.B. '75 J.D. '82 M.P.P. '91

Edi Gold, M.P.H. '18

Ethan Gold, A.B. '92

Rick Gold, M.P.A. '93

Ronald Gold, A.B. '57 M.D. '61

Aaron Goldberg, A.B. '01

Aaron Goldberg, A.B. '96

Anne Goldberg, A.B. '73

Arthur Goldberg, A.B. '77

David Goldberg, A.B. '87 J.D. '91

David Goldberg, A.B. '59 LL.B. '62

Deborah Goldberg, A.B. '64 M.D. '68

Evan Goldberg, A.B. '87

Mark Goldberg, A.B. '76 M.D. '81

Michael Goldberg, A.B. '63 M.D. '69

Rebecca Goldberg, A.B. '00 Ed.M. '01 J.D. '07

Richard Goldberg, A.B. '75

Steven Goldberg, A.B. '74

Steven Goldberg, J.D. '72

Wendy Goldberg, A.B. '75

David Goldbloom, A.B. '75

Susan Goldbloom Restler, A.B. '73

Arthur Golden, A.B. '78

Christopher Golden, A.B. '05

David Golden, A.B. '80 J.D. '83

John Golden, A.B. '80

Michael Golden, M.B.A. '81

Olivia Golden, A.B. '76 M.P.P. '81 Ph.D. '83

Ronald Goldenson, M.D. '68

Gail Goldey, A.B. '62

Michael Goldey, J.D. '62

Gabriela Goldfarb, M.P.P. '89

Gerald Goldin, A.B. '64

Stephen Goldin, A.B. '70

Debbie Goldman, A.B. '73

Greer Goldman, J.D. '69

Joe Goldman, M.P.P. '03

Jon Goldman, A.B. '88

Jonathan Goldman, A.B. '95

Kathryn Goldman, A.B. '78 M.D. '82

Leah Goldman, A.B. '15

Lisa Goldman, A.B. '90

Robert Goldman, A.B. '58

James Goldmann, A.B. '74

Mari Goldner, A.B. '84 M.D. '89

Barbara Goldsmith, M.C.P. '74

Jennifer Goldsmith, S.M. '93

Suzanne Goldsmith-Hirsch, A.B. '82

Brian Goldstein, A.B. '04 Ph.D. '13

Don Goldstein, A.B. '73

Mark Goldstein, A.B. '83 J.D. '88 M.B.A. '88

Michael GOLDSTEIN, A.B. '84

Mitch Goldstein, M.B.A. '86

Rachel Goldstein, A.B. '92 M.P.A. '08

Robert Goldstein, A.B. '53

Robert Goldstein, A.B. '61 M.D. '65

Rebecca Goldstein Groothuis, M.P.P. '03 M.U.P. '03

Jay Goldstein, MD, M.Arch. '75

David Goldweitz, A.B. '00

Elinor Gollay, A.B. '66

Richard Golob, A.B. '73

Jennifer Goloboy, A.M. '97 Ph.D. '03

Melinda Golub, A.B. '70

Mana Golzari, A.B. '01

Diana Gomberg, M.M.Sc. '96

Richard Gomberg, M.D. '95

Anthea Gomes, Ed.M. '03

Mary Gomes, A.B. '84

Pierre-Matthieu Gompertz, M.B.A. '17

Ricardo Goni, A.B. '96

Ifigenia Gonis, Ph.D. '20

Raymond Gonzales, Ed.M. '22

Marcela Gonzales Phillips, A.B. '75

Benjamin Gonzalez, M.B.A. '99

Sandra Gonzalez, LL.M. '00

Simone Gonzalez, A.B. '13

Tiffany Gonzalez, A.B. '22

Francisca González-Arias, A.M. '78 Ph.D. '85

Anne Goodale, A.B. '75

Barbara J. Goodchild, A.L.B. '80

Philip Goodhart, M.B.A. '86

Diane Gooding, A.B. '85

Susan Goodkin, A.B. '80 J.D. '85

Thomas Goodkind, A.B. '73

Alyssa Goodman, Ph.D. '89

Bruce Goodman, A.B. '70

Chris Chambers Goodman, A.B. '87

Ellen Goodman, A.B. '63

Jeffrey Goodman, A.B. '85

Jillian Goodman, J.D. '19

Katherine Goodman, A.B. '83

Matthew Goodman, A.B. '82

Richard Goodman, A.B. '92 Ph.D. '98

Randy Goodman PhD, Ph.D. '08

Steven Goodreau, A.B. '94

Carl Goodwin, A.B. '68

Charles Goodwin, A.B. '72

Sarah Goodwin, A.B. '75

Michele Goody, M.P.P. '84

Justin Goodyear, A.B. '95

Elissa Gootman, A.B. '95

Jennifer Gootman, A.B. '98

Patricia Gopaul, A.B. '80

Andrew Gordon, A.B. '74 Ph.D. '81

Barry Gordon, A.B. '70 Ph.D. '77

Daniel Gordon, A.B. '95 J.D. '99

Ellen Gordon, A.B. '76

Jeoffry Gordon, A.B. '63

Julia Gordon, A.B. '85 J.D. '92

Laurie Gordon, A.B. '91

Margaret Gordon, A.B. '70

Phil Gordon, M.P.P. '11

Rachel Gordon, Ed.D. '23

Reena Gordon, A.B. '86

Robert Gordon, A.B. '67

Stacey Gordon, A.B. '98 M.P.P. '02

Andrew Gordus, Ph.D. '08

Jerry Goren, J.D. '77

Adam Gorgoni, A.B. '86

Norman Gorin, A.B. '74

Elizabeth Gorman, A.B. '85 Ph.D. '01

Katherine Gormley, A.B. '77

Nancy Goroff, A.B. '90

Celina Gorre, M.P.A. '04

Brendon Gory, A.L.M. '25

Clare Goslant, A.B. '19

Renee Gosline, A.B. '96 A.M. '03

Kristin Goss, A.B. '87 Ph.D. '03

Bonnie Gossels, M.B.A. '88

Joshua Gotbaum, J.D. '78 M.P.P. '78

Edward Gotgart, A.B. '68 Ed.M. '75

Barry Gottfried, J.D. '76

Daniel Gottlieb, A.B. '80

David Gottlieb, A.B. '76

Jan Gough, A.B. '70 M.Div. '97

Amy Gould, A.B. '81

Evan Gould, A.L.M. '22

Helen Gould, A.B. '90

Mark Gould, Ph.D. '79

Dina Gould Halme, A.B. '96

Andrew Goulet, A.B. '04

Gerard Goulet, A.B. '69

Morgaqn Goulet, A.B. '00

Marc Gourevitch, A.B. '80 M.D. '87

Rebecca Gourevitch, M.S. '16 Ph.D. '22

David Gouverneur, M.A.U.D. '80

Sallie Gouverneur, A.B. '73

George Goverman, A.B. '65 J.D. '70

Arnold S. Graber, A.B. '75

David Grace, J.D. '81

Valerie Grace, J.D. '81

Wayne Gradman, M.D. '68

Amy Grady, A.B. '90

Rob Grady, A.B. '86

Rob Grady, A.B. '90

Ulrich Graebner, M.B.A. '94

Niccol Graf, A.M. '02

Raven Graf, M.P.P. '21

Daniel Graff, A.B. '74

Rebecca Graff, Sc.D. '14

Samantha Graff, A.B. '94

Samantha Graff, A.B. '93

Alison Graham, A.B. '75

David Graham, M.Arch. '85

Diana Graham, A.B. '93 M.D. '99

Elizabeth Graham, A.B. '91 J.D. '95

Emily Graham, J.D. '18

Helen Graham, A.B. '79

John Graham, A.B. '86

Judith Graham, A.B. '76

Justin Graham, A.B. '92

Rita Graham, M.P.P. '25

Sarah Graham, A.B. '17

Tanya Graham, A.B. '06

Tiffany Graham, A.B. '96

Sarah Grammar Warnberg, A.B. '18

Ann Granchelli, S.M. '05

Melissa Granetz, Ed.M. '05

Jennifer Granholm, J.D. '87

David Granoff, A.B. '77

Matt Granoff, A.B. '07

Boris Granovskiy, A.B. '02

Anesha Grant, A.B. '08 Ed.M. '12

Brian Grant, A.B. '91

Catherine Grant, A.B. '93

Derisa Grant, A.B. '03

Gabriel Grant, M.P.P. '01

Gretchen Grant, M.B.A. '85

Julian Grant, A.B. '89

Kenneth Grant, M.P.P. '93

Martin Grant, J.D. '89

Patrick Grant, A.B. '70

Geoffrey Gratwick, A.B. '65

Oscar Grauer, M.A.U.D. '80 D.Des. '91

Bonnie Graves, A.B. '94

Donna Graves, Fellowship '10

Genevieve Graves, A.B. '01

Sheila Graves, A.L.M. '10

Susannah Graves, A.B. '03

Cheryl Gray, A.B. '99

Darryl Gray, A.B. '74 Sc.D. '92

Dorcas Gray, A.B. '68

Elisha Gray, A.B. '66

Jane Gray, A.B. '95

John Gray, A.B. '64 J.D. '67

Joshua Gray, A.B. '90

Peter Gray, A.B. '91

Wendy Gray, A.B. '72 M.P.P. '76

Anna Graybeal, A.B. '87

Jesse Hession Grayman, A.B. '95 Ph.D. '13

Thomas Grayson, A.B. '87

Trey Grayson, A.B. '94

Jacqueline Grazette, A.B. '81 M.B.A. '85

Alexandra Greco, Ed.M. '18

Pete Greelish, A.L.B. '00

Alex Green, M.P.A. '15

Arlin Green, A.B. '77 M.B.A. '79

Caroline Green, A.B. '05

Jennie Green, J.D. '91

Joseph Green, A.B. '00

Louise Green, M.Div. '91

Madeleine Green, A.B. '67

Marisa Green, A.B. '04

Rebecca Green, A.B. '73

Richard Green, A.B. '76

Rob Green, A.B. '90

Robert Green, M.D. '77

Susan Green, A.B. '80

Victoria Green, M.Arch. '12

Emily Green Caplan, A.B. '83

Solomon Green-Eames, M.U.P. '19

Deborah Kate Greenberg, A.B. '73

Eldon Greenberg, A.B. '65 J.D. '69

Frances Greenberg, A.B. '70

Gerald Greenberg, J.D. '76

Mark Greenberg, A.B. '76

Rosa Greenberg, M.P.P. '18

Sam Greenberg, A.B. '14

Ted Greenberg, A.B. '82

Alan Greene, J.D. '69

David Greene, A.B. '60

Jeremy Greene, A.B. '96

Joshua Greene, A.B. '96

Joshua Greene, A.B. '97 A.M. '97

Judith Semple Greene, A.B. '61

Michelle Greene, J.D. '94

Paul Greene, A.B. '89

Amanda Greenfield, J.D. '14

Lauren Greenfield, A.B. '87

Patricia Greenfield, A.B. '62 Ph.D. '66

Rachel Greenfield, M.B.A. '81

Shelly Greenfield, M.D. '86

Linda Greenhouse, A.B. '68

Robert Greenly, A.B. '75

Simon Greenman, M.B.A. '99

Henry Greenspan, A.B. '70 Ed.M. '73

Susan Greenspan, M.D. '79

Robert Greenstein, A.B. '67

Mark Greenwold, J.D. '69

Daniel Greenwood, A.B. '79

Deborah Greenwood, A.B. '75

Nancy Greep, A.B. '66

Kate Greer Dickson, A.B. '02

Emily Gregory, A.B. '00

Eric Gregory, A.B. '92

Janice Gregory, A.B. '72 M.P.A. '78

Tallessyn Z. Grenfell-Lee, A.M. '99

Kevin Grennan, A.B. '60

Christy Gressman, J.D. '06

Robert Grew, A.B. '71

Peter Grey, A.B. '65

Linda Greyser, Ed.M. '89 Ed.D. '94

Michael Gribben, A.B. '15

Gretta Gribble, A.B. '69

Benning Grice, A.B. '65

Charles Grice, M.P.P. '85

Deborah Griesbach, A.B. '81

James Griffeth, M.B.A. '84

Colleen Griffin, M.P.H. '22

Leslie F. Griffin, A.B. '70 Ed.M. '74

Robert Griffin, A.B. '09

Jeffrey Griffith, A.B. '66

Loma Kimball Griffith, A.B. '63

Richard Griffith, Ed.M. '94

Suzanne Griffith, A.B. '86

Harold Grigsby, J.D. '23

Julia Grigsby, A.B. '98

Ben Grimm, A.B. '18

James Grimmelmann, A.B. '99

Donald Grinberg, A.B. '68 M.Arch. '73

Sheila Grinell, A.B. '66

Heather Grizzle, A.B. '03

Margaret Groarke, A.B. '85

Carol Grodzins, M.P.A. '93

Harrison Grogan, S.M. '21

Renie Yoshida Grohl, A.B. '72

Tracey Gronniger, A.B. '00

Scott Groper, A.B. '79

Adrian Gropper, M.D. '78

Doron Grosman, M.B.A. '85

Ariela Gross, A.B. '87

Christopher Gross, M.D. '09

Peter Gross, A.B. '66 M.D. '70

Richard Gross, J.D. '73

Jeffrey Grossman, A.B. '04

Jonathan Grossman, A.B. '79

Marc Grossman, A.B. '66 A.M. '72

Melissa Grossman, M.B.A. '98

Steven Grossman, M.B.A. '69

Susan Grossman, A.B. '04

Tins Grotzer, Ed.D. '93 Ed.M. '85

Daniel Grove, A.B. '72

Daniel Grove, A.B. '73

Evangeline Grove, M.P.H. '25

Anne Groves, A.B. '63

Sarah Groves, A.B. '73

Beatrice Grreenwald, A.B. '68

Erica Grubb, A.B. '69 J.D. '73

Theresa (Terry) Gruber, S.B. '80

Frances Grunder, M.P.A. '15

Marissa Grunes, Ph.D. '19

Lisa Grunwald, A.B. '81

Jacqueline Grupe, A.B. '86 Ed.M. '91

Brenda Gruss, A.B. '76 J.D. '81 M.P.P. '81

Beidi Gu, A.B. '05

Kevin Gu, J.D. '20

Peizhen Gu, M.B.A. '22

Aria Guarino, A.B. '13

Carl Guarino, J.D. '81

Peter Guarnaccia, A.B. '72

Mary Clare Gubbins, Ed.M. '78

David Guberman, A.B. '71 J.D. '75 M.B.A. '75

John Guckenheimer, A.B. '66

Sam Guckenheimer, A.B. '77

Lundie Guerard, A.B. '75 A.M. '78

Magdalena Guernica Castleman, A.B. '76

Judith M Gueron, A.B. '63 Ph.D. '70

Andre Guerrero, Ed.D. '90

Angela Guerrero, A.B. '06

Michelle Guertin, A.B. '94

MaryKay Gugerty, Ph.D. '01 M.P.A. '94

Steven Guggenheim, J.D. '87

Ellen Guidera, M.B.A. '86

Esteban M. Guijarro, A.B. '24

Marissa Guijarro, A.B. '87

Donna Guillaume, A.B. '73

Roselia Guillen-Santana, A.B. '98

Sherice Guillory Torres, A.B. '95

Donald Guiney, A.B. '78

Robert Gulick, A.B. '59 J.D. '65

David Gullette, A.B. '62

Margaret Morganroth Gullette, A.B. '62 Ph.D. '75

Sean Gullette, A.B. '91

Elizabeth Gummer, A.B. '22

Suvai Gunasekaran, A.B. '13 S.M. '13

Harold Gunn, J.D. '83

Melissa Gunn, A.B. '94 J.D. '97

Jiahua Guo, Ph.D. '20

Vicky Guo, A.B. '11

Osa Guobadia, M.M.Sc. '25

Geetanjali Gupta, A.B. '01 M.B.A. '06 J.D. '06

Pratima Gupta, A.B. '96

Sapna Gupta, M.P.P. '95

Adam Guren, A.B. '08 Ph.D. '14

Julia Guren, A.B. '10

Joel Gurin, A.B. '75

Andrew Gurman, J.D. '01

Kamuron Gurol, M.P.A. '95

Maria Carmel Gurucharri, Ed.D. '83 Ed.M. '78

Kelly Gushue, A.B. '99

Carolyne Guss, A.B. '99

Eric Gustavson, A.B. '69

Lila Guterman, A.B. '95

Thomas Gutheil, A.B. '63 M.D. '67

Anthony Gutierrez, A.B. '91

Eric-Steven Gutierrez, A.B. '84 M.Div. '05

Orin Gutlerner, Ed.M. '01

Paul Gutman, A.B. '00

Richard Gutman, A.B. '67

Amy Gutmann, A.B. '71 Ph.D. '76

Jay Gutmann, M.B.A. '83

JOSEPH Guttentag, LL.M. '53

Lucas Guttentag, J.D. '78

Allison Guttu, A.B. '98

Kristin Guyot, J.D. '90

John Guzek, M.B.A. '23

Ozge Guzelsu, B.A. '98 M.P.A. '10

Sandra Guzmán, A.B. '01

Jim Gwin, A.B. '65

Perry Ha, M.B.A. '94

Marit Haahr, A.B. '96

Rick Haan, A.B. '75

Erika Haas, A.B. '90

Jennifer Haas, M.D. '86 M.Sc. '91

Tariq Habash, EdM '15

Alexandra Haber, A.B. '14

Edythe Haber, A.M. '61 Ph.D. '71

Edythe Haber, Ph.D. '71 A.M. '61

Julia Haber, A.B. '10

Allan Haberman, Ph.D. '73

Lea Hachigian, A.B. '12

Nadine Hack, M.P.A. '87

Robin Hacke, A.B. '80 M.B.A. '84

Robert Hackett, A.B. '81 M.B.A. '86

Ryan Hackett, A.B. '09

Nortin Hadler, M.D. '68

Stephanie Hadley, A.B. '15

Paulina Haduong, Ph.D. '23 Ed.M. '14

Thanasis Hadzilacos, A.B. '75 M.M.Sc. '76

John Haederle, M.P.A. '00

Erin Hafkenschiel, M.P.P. '11

Taieb Hafsi, D.B.A. '81

Bethanne Haft, A.B. '88

Karin Hagaman, A.B. '91

Rose Hagan, J.D. '92

Charles Hagedorn, A.B. '83

Anna Hagen, A.B. '15

Ute Hagen, M.B.A. '86

Chris Hager, A.B. '66 M.Arch. '69

Douglas Hagerman, J.D. '86

Kelly Hahn, A.M. '08

Carrie Hahnel, Ed.M. '04

Mark Haidar, J.D. '23 M.P.P. '23

Laura Haight, A.B. '84

Joshua Haimson, A.B. '78

Leonie Haimson, A.B. '76

Jerome Halberstadt, A.B. '58

Cecil Hale, M.P.A. '95

John Hale, M.P.A. '86

Jonathan Hale, A.B. '68

Cameron Half, A.B. '97 J.D. '02

Marc S. Halfon, A.B. '91

Mary Ann Halford, M.B.A. '85

Ann Halkett, A.B. '77

Abigail Hall, J.D. '24

Antoinette Hall, J.D. '92

Britton Hall, A.B. '73

Charlotte Hall, M.P.A. '17

Colby Hall, A.B. '02

Frenesa Hall, A.B. '83

Jeff Hall, M.B.A. '92

Sarah Hall, M.P.P. '89

Alice Haller, A.B. '68

Judith Hallett, Ph.D. '71 A.M. '67

Lisa Halliday, A.B. '98

Cece Hallisey, M.P.P. '93

Charles Hallisey, M.Div. '78

Edward Hallowell, A.B. '72

James Hallowell, A.B. '69

Sarah Halper, A.B. '89

Bertrand Halperin, A.B. '62

Carla Halpern, J.D. '97

Gregory Halpern, A.B. '99

Keith Halpern, J.D. '82

George Halsey, A.B. '66

David Halstead, Ph.D. '99 J.D. '02

Nicholas Hambridge, M.P.A. '18

Marcia Hamelin, A.B. '80

Anne Hamilton, A.B. '61

Bonnie Boswell Hamilton, A.B. '72

David Hamilton, A.M. '60

Lynn Hamilton, M.P.A. '95

Meredith Hamilton, M.B.A. '08

Rebecca Hamilton, J.D. '07 M.P.P. '07

Sara Hamilton, A.B. '77

Stephen Hamilton, J.D. '76

Victoria Hamilton, A.B. '75 M.B.A. '79

Wilbur Hamlin, Jr., J.D. '78

Jessica Hammer, A.B. '99

Karen Hammerness, Ed.M. '92

Theodore Hammett, A.B. '67

David Hammond, A.B. '70

John Hammond, A.B. '63

Kenneth Hammond, A.B. '12

Mary Hammond, A.B. '75 J.D. '79

Ray Hammond, A.B. '71 M.D. '75

William Hammond, A.B. '61

Keith Hammonds, M.B.A. '86

Corinne Hammons, A.B. '97

Joseph Hample, A.B. '78

Christopher Hampson, A.B. '09 J.D. '16 M.T.S. '16

Daniel Hampton, A.B. '92

Bernadine Han, A.B. '02

BOOWHAN HAN, LL.M. '81

Clara Han, M.D. '07 Ph.D. '07

Mervyn Han, A.B. '03

Suk Han, A.B. '91

Tracy Han, A.B. '11 M.B.A. '16

Unae Han, D.M.D. '86 M.P.H. '86

Caroline Hancock, A.B. '77

Amy Handelsman, A.B. '76

Julian Handler, A.B. '24

Kristen Handricken, Ed.M. '06

David Hands, A.B. '74 S.M. '76

Jan Hangelbroek, M.B.A. '98

John Hanify, A.B. '71

Laura Hankins, J.D. '92

Susan Hankinson, Sc.D. '92

Christopher Hanley, A.B. '07

Seth Hanlon, A.B. '98

Amira Hannon, A.B. '18

Julia Hansbrough, A.B. '13

Gregory Hansel, A.B. '82

Patricia Hansen, A.B. '82

Sumi Hansen (Furiya), Ph.D. '04

Mark Hanser, Ed.M. '03

Frances Hansford, M.P.A. '96

Julia Hansford, A.B. '11

Heather Hansma, A.B. '95 M.B.A. '00

Jonathan Hanson, A.B. '92

Kathryn Hanson, M.B.A. '79

Jeffrey Hantover, A.B. '66

Giselle Hantz, A.B. '84

Mark Hanzel, A.B. '90

Fred Hapgood, A.B. '63

Arooj Naveed Haq, Ed.M. '21

Anna Harbison, A.B. '06

James Harbison, A.B. '73 Ph.D. '77

John Harbison, A.B. '75 M.B.A. '80

Patricia Harbison, J.D. '80

Wendy Harbour, Ed.D. '08 Ed.M. '06

Helen Hardacre, A.M. '92

William Harden, M.P.A. '93

Ralph Harder, A.B. '70

Peter Hardie, A.B. '77

Sarah Hardin, A.B. '04

William Hardison, A.B. '55 M.D. '59

John Hardt, A.B. '75

Spencer Hardwick, A.B. '11

Henry Hardy, A.B. '73

Sean Hardy, A.B. '16

Wendy Harlan, J.D. '96

Catherine Harland, Ph.D. '78 A.M. '70

Christopher Harland, A.B. '78 M.B.A. '84

David Harman, A.B. '71 Ed.M. '85

Susan Harmeling, A.B. '87 M.B.A. '91

Gail McGreevy Harmon, A.B. '65

Lucienne Harmon, A.B. '95

Craig Harms, A.B. '84

Michael Harms, PMD '98

Beth Haroules, A.B. '80

Alli Harper, A.B. '01

Debbie Weil Harrington, A.B. '74

Mark Harrington, A.B. '83

Darcy Harris, A.B. '93

David Harris, M.B.A. '84

David Harris, A.B. '80

Douglas Harris, A.B. '72 J.D. '75

Ernest Harris, M.Arch. '75

Frances Harris, M.B.A. '80

Jennifer Harris, A.B. '90

John Harris, A.B. '71

Jonathan Harris, M.P.P. '89

Justine Harris, A.B. '91

Maia Harris, A.B. '88

Maria Harris, S.M. '12

Mary Hill Harris, A.B. '60

Michael Harris, Ph.D. '77

Noah Harris, A.B. '22

Pamela Harris, J.D. '98

Rebecca Harris, J.D. '17

Roberta Harris, A.B. '94

Victoria Harris, A.B. '00 A.M. '00

Walter Harris, A.B. '72

Cole Harrison, A.B. '75

Giles Harrison, M.B.A. '94

Madaline Harrison, A.B. '73

Philip Harrison, A.B. '68

Christopher Harrop, Ed.M. '21

Christopher Hart, A.B. '99

David Hart, M.B.A. '91

Susan Hart, A.B. '87

James Hartduck, M.D. '62

Angelica Harter, A.B. '56

Patricia Hartge, A.B. '71 Sc.M. '75 Sc.D. '83

Robert Hartley, A.B. '73 M.D. '77

Arthur Hartman, A.B. '52 M.B.A. '56

Charles Hartman, A.B. '71

Russell Hartman, A.B. '73

Ruth Hartman, A.B. '79

Rebecca Hartman Edwards, A.B. '85

Paul Hartnett, Jr, A.B. '75

Carol Hartwell, A.L.M. '93

Margaret Harty, M.Arch. '07

Kevin Harun, M.P.A. '88

Joan Harvey, A.B. '70

Tamara Harvey, A.B. '88

Vernon Judson Harward, A.B. '73 Ph.D. '82

Sarah Haskins, A.B. '01

Alison Haskovec, A.B. '01

Josie Haspel, A.B. '06

Steven Hass (Lemieux), A.B. '92 M.B.A. '96

Eva Hassett, A.B. '82

Joseph Hassett, LL.B. '67

Nathan Hasson, A.L.M. '87

George Henry Hastie, A.B. '91

Laura Hastings, A.B. '82

Stephanie Hastrup, A.B. '07

84

Lon Hatamiya, A.B. '81

Anyhony Hatch, A.B. '82

Elizabeth Hatch, A.B. '76 A.M. '81 M.S. '81

Morgan Hatch, A.B. '87

Timothy Hatfield, A.B. '67 Ed.M. '69

Sarah Hatton, Ed.M. '17

Laurie Hauber, A.B. '90

Mariel Haughey, A.B. '17 M.B.A. '22

Sherry Haus, M.P.P. '00

Nicolas David Hauschild, LL.M. '24

Bill Hauser, M.L.A. '23 Other (write in option available below in next section) '23

Kathleen Balthrop Havener, J.D. '91

Candace Havens, M.P.A. '94

Eric Havian, J.D. '81

John Hawes, A.B. '65

Elliot Hawkes, A.B. '09

Jennifer Hawkins, A.B. '04

John Hawkins, A.B. '75

Steven Hawkins, A.B. '84

John Hawley, Ph.D. '77

Timothy Hawthorne, A.B. '73

Samantha Hay, M.P.H. '23

Anne Hayden, A.B. '77

Connor Hayden, A.B. '19

Andrew Hayes, LL.M. '97

Janet Hayes, A.L.M. '15

Richard Hayes, A.B. '68

Sean Hayes, A.B. '21

Thomas Hayes, J.D. '69 A.B. '65

Tyler Hayes, M.D. '20

Don Hayler, A.B. '97

Laurel Hayler, A.B. '65 M.S. '74

Lynette Hayler, M.B.A. '04

Michael Haynes, A.B. '70

David Haynor, A.B. '68 M.D. '79

Walter Hays, A.B. '71

Sherri Hays Mancusi, A.B. '80

Crisanne Hazen, A.B. '96

Maura Healey, A.B. '92

Anne Healy, J.D. '12 M.P.A. '12

Michelle Healy, A.B. '81

Tom Healy, A.B. '83

Meghan Healy-Clancy, Ph.D. '11 A.M. '07

Catherine Heaney, A.B. '80

Deborah Hearey, A.B. '96

Timothy Hearn, J.D. '83

Linda Heasley, A.B. '79

Julia Heath, A.B. '09

Melissa Heath, A.B. '80

Gary Heaton, A.B. '83

Anne Heavey Scheinfeldt, A.B. '96

Heather Heavin, LL.M. '03

Joy Hecht, A.B. '80

Kyle Hecht, A.B. '10

Scott Hecht, J.D. '93

Sarah Hechtman, A.B. '87

Jeff Heck, A.B. '03

Andrew Heckerling, A.B. '01

Jurretta Jordan Heckscher, A.B. '79

Bill Hedden, A.B. '73 Ph.D. '76

Andrea Hedin, A.B. '72

Nicole Hedrick, J.D. '03

Thomas Hedrick, M.B.A. '86

Richard Heflich, M.P.A. '85

Charles Hefling, A.B. '71 B.D. '74 Th.D. '81

Elizabeth Hegeman, A.B.  '63

Sally Hegeman, A.B. '60

Susan Hegeman, A.B. '86

James Heideman, A.B. '87

Jeanne Heifetz, A.B. '81

Sarah Heilbronner, A.B. '07

Margaret Heilbrun, A.B. '79

Elizabeth Heilman, A.B. '91

Heather Heiman, M.D. '98

Jason Heindl, Ph.D. '10

Laurie Heineman, A.B. '70

Melvin Heineman, A.B. '60 J.D. '63

Stephen Heinze, J.D. '83

Jessica Heit, A.B. '04

Rachel Heit, A.B. '95

Renata Hejduk, Ph.D. '01

Ira Helfand, A.B. '71

Jonathan Heller, A.B. '89

Karen Heller, A.B. '75

Joseph Hellerstein, A.B. '90

Jennifer Helmick, A.B. '75

Lisa Helmrich, Ed.M. '77

Susan Helmrich, S.M. '80

Deborah Helsing, Ed.D. '03

Jeff Hembrock, ALI '22

David Hembry, A.B. '03

Anne Hemenway, A.B. '79

David Hemenway, A.B. '66 Ph.D. '74

Lisa Hemmer, J.D. '80

Thomas Hemnes, A.B. '70 J.D. '74

Lowry Hemphill, Ed.D. '86

R. Paul Henchey, A.B. '78

Gloria Henderson, A.B. '12 J.D. '16

James Henderson, A.B. '79

Jessica Henderson, A.B. '11

Lauren Henderson, M.D. '08 M.M.Sc. '14

Rena Henderson Mason, M.B.A. '90

Nina Henderson Moore, A.B. '85 M.B.A. '91

Neil Hendin, S.M. '95 A.B. '92

Douglas Hendren, A.B. '73

Elizabeth Hendricks, M.Div. '83

Karl Hendrickson, A.B. '71

Robert Hendrickson, A.B. '54 M.B.A. '58

Susan Hendrickson, A.B. '87 J.D. '93 M.P.P. '91

Khati Hendry, A.B. '73

Charles Henebry, A.B. '89

Edward Heneveld, Ed.D. '71

Elizabeth Durfee Hengen, A.B. '74

Clemens Henle, M.B.A. '99

Amelia Henley, A.B. '20

Juri Henley-Cohn, A.B. '00

Rebecca Henn, M.Des. '06

Lauren Hennenfent, Ed.M. '20

Matthew Hennessy, AMP '08

Kathryn Hennigan, A.B. '12

Joel Henning, A.B. '61 J.D. '64

Justine Henning, A.B. '89

Nora Hennings, A.B. '10 M.B.A. '16

Andrea Henricks, A.B. '13

Elizabeth Henry, A.B. '01

Erin Henry, A.M. '14 Ph.D. '15

James Henry, A.B. '72 J.D. '76 M. Econ. '78

Jane Henry, A.B. '78 Ph.D. '75 M.B.A. '78

Lena Henry, M.B.A. '04

Megan Henry, A.B. '00

Ouzama Henry, A.B. '94 M.D. '99

Patrick Henry, A.B. '60

Kathleen Henschel, A.B. '70

Kathleen Hensley, A.L.M. '16

Karen Kemper Henson, A.M. '71 Ph.D. '79 J.D. '83

Evan Hepler-Smith, A.B. '06

Rosemary Herbert, A.B. '80

T. Walter Herbert, A.B. '60

Elizabeth Herbin, A.B. '99

Ann Herbst, A.B. '87

Irene Herlihy, A.B. '89

Judith Herman, A.B. '64 M.D. '68

Linsey Herman, A.B. '91

Nadia Herman (Colburn), A.B. '95

Sophia Hermann, A.B. '05

Adriana Hernandez, A.B. '26

Christine Hernandez, A.B. '00

Christopher Hernandez, A.B. '13

Luis Hernandez, M.T.S. '02

Ramiro Hernandez, Ed.M. '24

Maribel Hernandez Rivera, A.B. '04

Sherill Heron, M.B.A. '90

Margot Herrera, A.B. '84

Hugh James Herring, A.B. '61 S.B. '62

Davie Herrington, A.B. '87

Olivia Herrington, A.B. '18

Michael Herrmann, A.B. '80

Betty Herschman, M.P.A. '08

Misha Herscu, A.B. '13

Brook Hersey, A.B. '81

Louise Hersey, M.B.A. '77

Patricia Hersh, A.B. '95

Brad Hershbein, A.B. '03

Ann Hershfang, A.B. '56

Herbert Hershfang, J.D. '56

Barbara Gevene Hertz, A.B. '66

John Hertz, A.B. '66

Ellen Hertzmark, A.B. '67

William Herzberg, A.B. '84

David Herzer, J.D. '70

Emily Herzog, A.B. '85

Eve Herzog Robbins, A.B. '93

Susannah Heschel, M.T.S. '76

Michael Hess, A.B. '92

Diane Hessan, M.B.A. '77

Cara Hesse, M.P.A. '00

Friederike Hesse, M.P.A. '02

Bertil Hessel, A.M. '86

Ann Hession, A.B. '85

Andrea Hester, A.L.M. '08

Ted Hester, J.D. '69

Benjamin Hett, Ph.D. '01

Charles Hewitt, A.B. '71

Perry Hewitt, A.B. '87

Ashley Wynn Hewlett, A.L.M. '22 '

Maria Isabel Heymach, A.B. '89

Jonathan Hiatt, A.B. '70

Alison Hickey, A.B. '85

James Hickey, A.B. '94

Amanda Hickman, M.B.A. '86

A Cinque Hicks, A.B. '95

Lisa Hicks, M.P.A. '93

Lucile Hicks, M.P.A. '86

Nathan Hicks, Ph.D. '20

R Anton Hicks, A.B. '96

Skyler Hicks, A.B. '14

Timur Hicyilmaz, A.B. '96

John Hiehle, M.D. '87

Kathryn Higashi Lee, A.B. '94

Alison Higgins, A.B. '99

John Higgins, A.B. '70

Donald Hight, M.D. '68

Anne Higonnet, A.B. '80

Philip Higonnet, A.B. '83

Bob Hildreth, A.B. '72

Chantel Hile, A.B. '94

Elizabeth Hilgartner, A.B. '79

David Hill, J.D. '91

Jon Hill, A.B. '91

William Hill, A.B. '66

Jonathan Hill-Rorie, M.P.H. '19

Constance Hilliard, A.B. '71 Ph.D. '77

Nancy Hilliard, A.B. '77

Paul Hilstad, A.B. '65

Marjorie Hilton, Ed.M. '65

Edwardeen Hilts, A.B. '99

H. Louise Hindal Acer, A.B. '12

Heather Hinds, M.D. '03

James Hinds, J.D. '76

Peter Hinman, A.B. '59

Benjamin Hintzman, A.B. '24 Ed.M. '25

Akira Hirai, A.B. '89

Mitsushiro Hirai, M.B.A. '24

Marsha Hirano-Nakanishi, Ed.D. '81

Kitt Hirasaki, A.B. '96

Corinne Hirsch, J.D. '86

Frederick Hirsch, A.B. '84

Marga Hirsch, A.B. '68

Thomas Hirschfeld, A.B. '83

Tom Hirschfeld, A.B. '59

Jason Hirschhorn, A.B. '14 Ed.M. '17

Deborah Hirschland Fine, A.B. '75

Jeremy Hirsh, A.B. '92

Joel Hirsh, Ph.D. '73 A.M. '70

Lynn Hirshfield, RDI '84

Alexa Hirst, A.B. '97 M.P.P. '05

David Hirzel, M.B.A. '66

Charlotte Hitchcock, A.B. '70

Christopher Hitt, A.B. '72 M.P.H. '75

Christina Ho, A.B. '95 J.D. '99 M.P.P. '99

Christopher Ho, A.M. '80

Eva Ho, A.B. '94

Henry Ho, A.B. '95

Lara Ho, A.B. '95

Linh Ho, M.P.P. '04

Shih-Yin Ho, M.B.A. '00

Jessica Hobart, M.P.P. '95

89

Allyson Hobbs, A.B. '97

Sharon Hobbs, Ed.M. '88

Hilmar Hoch, LL.M. '92

Judith Hochberg, A.B. '82

Adam Hochschild, A.B. '63

David Hochschild, M.P.P. '99

Susan Hodara, A.B. '75

Cyrus Hodes, M.P.A. '07

Martha Hodes, M.T.S. '84

Emily Hodge, A.B. '02

Regina Hodge, A.B. '13

Emily Hodges, A.B. '66

Morgan Hodgson, A.B. '69

Jennifer Hoegen, M.P.A. '13

Adeline Hofer, A.B. '82

Laura Hofer, A.B. '69

Leila Hofer, A.B. '15

Timothy Hofer, A.B. '80

Maia Hoffenberg, A.B. '26

MARK HOFFENBERG, A.B. '89 J.D. '92

Anita Hoffer, A.B. '63 M.S. '63 Ph.D. '69

Axel Hoffer, A.B. '61 M.D. '61

Daniel Hoffer, A.B. '00

David Hoffer, A.B. '90 J.D. '96 M.B.A. '96

Deborah Hoffer, A.B. '96 M.D. '96

Shira Hoffer, A.B. '25

Daniel Hoffheimer, A.B. '73

Benjamin Hoffman, J.D. '11

Daniel Hoffman, A.B. '91

David Hoffman, J.D. '84

Eva Hoffman, Ph.D. '82

Jascha Hoffman, A.B. '02

Kirsten Hoffman, J.D. '98

Michelle Hoffman, A.B. '95

Richard B Hoffman, J.D. '71

Sarah Hoffman, Ed.M. '90

Michael Hoffmann, A.B. '08

Jennifer Hoffpauir, A.B. '00

Henry Hoffstot, A.B. '79

Margaret Hogan, A.B. '01

Pamela Hogan, A.B. '77

Lee Hogewood, A.B. '87

Peter Hogness, A.B. '76

Laura Hoguet, A.B. '64

Marie Hoguet, A.B. '69 M.A.T. '72

Robert Hoguet, A.B. '63

Eric Hoke, A.B. '06

Megan Holbrook, A.B. '91

Noel Michele Holbrook, A.B. '83

Victoria Rowe Holbrook, A.B. '73

Nathan Holcomb, A.B. '99 J.D. '06

David Holden, M.P.A. '09 M.Div. '24

Kevin Holden, A.B. '05

Nneka Holder, M.D. '97

Sharifah Holder, A.B. '10

Carolyn Holding, A.B. '10

Michelle Holdt, A.B. '92

John Holena, A.B. '94

Joe Holland, A.B. '95

Louisa Holland, A.B. '80

Nancy Holland, J.D. '75

Isabel Holland-Davis, A.B. '84

David Hollander, A.B. '71 J.D. '74

William Hollander, A.B. '75

Ann Holleb, A.B. '69

Carl "Toby" Holleman, A.B. '74

Warren Holleman, A.B. '77

Amor Hollingsworth, A.B. '75

Louis Hollingsworth, Ph.D. '22

Andra Hollis, M.T.S. '92

Georgia Hollister Isman, M.P.A. '15

Camille Holmes, A.B. '89 J.D. '93

Graham Holmes, A.B. '75 Ed.M. '82

Jessica Holmes, A.B. '08

Sanford Holo, J.D. '63

Gemma Holt, M.P.P. '23 M.U.P. '23

Sara Holtz, J.D. '75

Jodie Holway, A.B. '90

Kathleen Holz, M.B.A. '84

Robert Homer, A.B. '79

Marcia Homiak, Ph.D. '77

Christine Hong, D.M.D. '08

Theodore Hong, A.B. '95

Brad Honoroff, A.B. '68 J.D. '73

Janet Hook, A.B. '77

Cynthia Hooper, A.B. '89

Danielle Hootnick Kaufman, A.B. '99 M.B.A. '04

Zachary Hoover, M.Div. '04

Katherine Hope, M.P.P. '79

Mary Hopkins, A.B. '79

Mary Ann Hopkins, A.B. '85 M.D. '92

Pamela Hopkins, A.M. '93

Richard Hopkins, A.B. '68

Sheila Hopkins, A.B. '81

Albert Hopper, M.Arch. '07

Walter Horak, A.B. '70

Thomas Horan, A.B. '96

Ellen Horing, ALI '19

Elizabeth Horn, A.B. '63

Richard Horn, A.B. '72

Nancy H. Hornberger, A.B. '72

Frederick Horne, A.B. '22

Nancy Horne, A.B. '89

Robert Horne, A.B. '81

Gregory Hornig, A.B. '72 '

Bethamie Horowitz, A.B. '77

Joy Horowitz, A.B. '75

Mitchell Horowitz, M.P.P. '81

Tony Horowitz, A.B. '76

Arch Horst, M.Arch. '73

Leslie Horst, A.B. '67

Peter Horst, A.B. '83

Laura Horton-Ludwig, A.B. '93

Paul Horwitz, A.B. '60

Wendy Horwitz, A.B. '80

Patrick Hosfield, A.B. '05

James Hosking, LL.M. '00

Martijn Hostetler, A.B. '00

Brian Hotchkiss, A.B. '75

Taylor Hotchkiss, A.B. '00

Guido Houben, M.P.A. '04

Judith Hough-Goldstein, A.B. '72

Alvin Hough, Jr., A.B. '06

Robert Houghteling, A.B. '72

Amory Houghton, A.B. '74 M.B.A. '79

Florence Houn, A.B. '80

Holly House, J.D. '88

Roslyn Houston, M.B.A. '92

Jeremy Hovland, A.B. '74 A.M. '76 J.D. '79

Alfred Ryland Howard, A.B. '67

Courtney Howard, M.P.A. '23

David Howard, Ph.D. '00

Erica Howard, A.B. '87

Jeffrey Howard, A.B. '69 Ph.D. '80

Mark Howard, A.B. '77

Peter Howard, A.B. '65

Rebecca Howard, A.B. '64 M.A.T. '68

Stephen Howard, A.B. '69

Jane Howard-Martin, A.B. '79 J.D. '82

Larry Howe, M.B.A. '76

Robert Howe, M.P.A. '81

Erik Howell, A.B. '85

Hampton Howell, A.B. '63

Polly Howells, A.B. '66

Bruce Howie, A.B. '75

Donna Howland, CMS '99

Jessie Howland, A.B. '63

John Howland, A.B. '72

Kevin Howley, M.B.A. '86 M.P.P. '84

Angel Hoyang, A.B. '23

Camilla HRDY, A.B. '05

Katrinka Hrdy, A.B. '00

Mark Hruby, A.B. '78

Tammy Hshieh, A.B. '05 M.P.H. '13

Henry Hsia, A.B. '90

Julia Hsieh, A.B. '95

Richard Hsieh, A.B. '95

Tonia Hsieh, Ph.D. '05 A.M. '02

Benjamin Hsu, A.B. '86

Jeremy Hsu, A.B. '11

Dianna Hu, A.B. '15

Elizabeth Hu, A.B. '21

Jia Hu, M.L.A. '17

Chiang-Sheng Huang, Ph.D. '94

David Huang, A.B. '97

Edwin Huang, A.B. '73

Jean Huang, A.B. '84

John Huang, A.B. '02 M.P.H. '08

Judy Huang, A.B. '88

Julie Huang, Ph.D. '05

Kristin Huang, A.B. '07 M.D. '12

Lee-Su Huang, M.Arch. '09

Charles Hubbard, A.B. '80

Eleanor Hubbard, A.B. '01 Ph.D. '09

Thomas Hubbard, A.B. '76 M.P.P. '80

Anne Huber, A.B. '75

Ali Huberlie, M.B.A. '15

Anne Elberfeld Huberman, A.B. '63

Joel Huberman, A.B. '63

Julie Huberman, A.B. '92

Shari Hubert, M.B.A. '00

Allen Hubsch, J.D. '88

Hannah Hudson, A.B. '03

Kathleen Hudson, A.B. '09

Giselle Huerta, A.B. '12

Nancy Huerta, A.B. '90

Raymond Huessy, A.B. '74

Philippe Huet, M.P.P. '82

Thomas Huf, M.A.U.D. '74

Terry Huffington, M.B.A. '87

Alanna Hughes, M.P.A. '16

Betsey Hughes, M.B.A. '88

Catherine Hughes, A.B. '66

David Hughes, A.B. '70

James Hughes, A.B. '79

Judith Hughes, Ph.D. '70 A.M. '63

Kristen Hughes, A.B. '94

Robert Hughes, A.B. '69

Charles Humble, M.S.P.H. '80

Ellen Hume, A.B. '68

Maxwell Hume, A.B. '10

Alison Humes, A.B. '77

Margaret Humpheys, Ph.D. '83 M.D. '87

Kathryn Humphreys, Ed.M. '06

Margaret Humphreys, Ph.D. '83 M.D. '87

Eleanore Humphries, A.B. '04

Jane Humphries Cardoso, A.B. '03 S.M. '07

Peter Hunsberger, A.B. '66

John Hunt, A.B. '82

Julie Hunt, A.B. '95

Kathleen Hunt, A.B. '90 M.B.A. '01

Vivian Hunt, A.B. '89 M.B.A. '95

Gabrielle Hunter, A.B. '02

Joseph Hunter, A.B. '74

Kristen Hunter, A.B. '92 M.Des. '10 DDes

Lance Hunter, M.B.A. '86

Mark Hunter, A.B. '97

Irene Huntoon, A.B. '79

Alex Hurder, A.B. '67

Dianne Hurley, A.B. '84

Nandi Hurley, M.B.A. '01

Robert Hurley, M.B.A. '24

Thomas Hurley, M.P.A. '99

Maha Husseini, J.D. '25

Sophia Hussen, A.B. '00

Sven T. Huster, M.P.A. '86

Janet Huston, M.P.A. '04

Patricia Hutchinson, A.B. '92

Kristen Hutchison, HMS '23

Jen Hutter, M.B.A. '04

G. Thompson Hutton, M.B.A. '86

Joanne Hutton, A.B. '74

Wend Hutton, M.B.A. '86

Mira Huussen, M.B.A. '02

Karen Huyck, M.P.H. '05 '07

Julie Huygen, Col (Ret.), USAF, A.B. '91

Amy Huynh, A.B. '04 M.B.A. '11

Camy Huynh, A.B. '97

David Huyssen, A.B. '02

Joung Hwang, A.B. '97 J.D. '01

Gerald Hwasta, M.B.A. '96

Alison Hwong, M.D. '16 Ph.D. '16

Tracey Hyams, M.P.H. '92

Hugh m Hyde jr, A.B. '75

Abbas Hyderi, A.B. '96

Kim Hylton, M.B.A. '92

Rachel Hyman, A.B. '95 M.B.A. '00

Toby Hyman, A.B. '71 J.D. '74

Madeleine Hymowitz, M.P.P. '84

Michael Iannazzi, M.Div. '88

94

Laura Ibarra Channell, M.P.A. '86

Onyinye Ibeneche, M.B.A. '11

Toshimitsu Ichiki, M.B.A. '09

Nellie Ide, A.B. '22

Holly Idelson, A.B. '85 J.D. '99

Lynne Ierardi-Curto, M.D. '86 Ph.D. '86

Lisa Iezzoni, S.M. '78 M.D. '84

Michael Ignelzi, Ed.D. '94

Sarah Igo, A.B. '91

Masato Iino, M.B.A. '94

Charlotte Ikels, A.B. '64 M.A.T. '65

Edidiong Ikpe-Ekpo, A.B. '00

Chukwudi Ilozue, A.B. '25

Peter Im, J.D. '18

Marika Imagawa, Ed.M. '09

Robert Imber, Ed.M. '85

Anne-Valerie Imparato, J.D. '14

Gail Inaba, A.B. '75

Margaret Indingaro, A.B. '68

Burcak Inel, M.P.P. '95

Burçak Inel, M.P.P. '95

Marjorie Ingall, A.B. '89

Daniel Ingalls, A.B. '66

Rebecca Ingber, J.D. '05

Mark Ingram, A.B. '77

Jennifer Innis, M.Div. '98

Anne Inserra, A.B. '82

Stefano Invernizzi, M.B.A. '04

Moana Iose, A.L.B. '15

Na Iose, Ed.M. '27 A.L.B. '15

Jacy Ippolito, Ed.M. '01 Ed.D. '09

Fernando Irazu, LL.M. '95

Nicole Ireland, M.P.P. '05

Dianne Irvine, A.B. '70

Leslie Irvine, A.B. '07 M.D. '11

Chetan Irwin, A.B. '04

William Irwin, A.B. '78

David Isaacs, A.B. '95

Kenneth Isaacs, A.B. '75 M.B.A. '80

Nicholas Isaacson, A.B. '94

Karen Isble, A.B. '90

William Iselin, A.B. '81

William Iselin, A.B. '87

Susan (Sue) Ishikawa, A.B. '85

Ann Ishimaru, Ed.M. '08 Ed.D. '11

Shafiq Islam, Ph.D. '80

Ricardo Ismach, A.B. '85

David Israel, A.B. '65

Susan Israel, A.B. '81 M.Arch. '86

Eric Isselbacher, A.B. '85 M.D. '89

Sharon Itaya, A.B. '71 M.P.H. '75

Carter Ithier, S.B. '15

Stephen Ives, A.B. '81

Glenn Ivey, J.D. '86

Mami Iwamoto, A.B. '83

Satori Iwamoto, A.B. '80 M.D. '89

Satish Iyengar, A.B. '78

Shilpa Iyer, M.B.A. '24

Michelle Jace, A.L.M. '25

Michael Jacewicz, A.B. '72

Jeffry Jack, A.B. '83

Sam Jack, A.B. '11

Richard Jackmauh, A.B. '73

Steven Jackobs, A.B. '79

Anna Jackson, A.B. '01

Anthony Jackson, A.B. '63

Colin Jackson, M.P.A. '93 '

Elizabeth Jackson, A.B. '06 Ed.M. '10

Ira Jackson, A.B. '70 M.P.A. '76

Jessica Jackson, A.L.B. '04

Karen Jackson, A.L.B. '05

Katherine Jackson, A.B. '65 Ph.D. '77

Lynn Jackson, A.B. '82

Michael S. Jackson, J.D. '82

Shahara Jackson, Ed.L.D. '21

Sherry Jackson, Ed.M. '89

Denise Jackson Dean, A.B. '81

Aubrey Jackson Jr., A.B. '81 M.B.A. '85

Diane Jackson Stafford, A.B. '86

Beth D Jacob, A.B. '74

Stefanie Jacob, A.B. '79

David Jacobi, A.B. '81

Annette Jacobs, M.P.A. '76

Bruce Jacobs, A.B. '77

Diane Jacobs, A.B. '61 Ph.D. '67

Hilary Nelson Jacobs, A.B. '83

James Jacobs, A.B. '72 J.D. '75

Mary Jacobs, A.B. '81

Joyce Jacobsen, A.B. '82

Kurt Jacobsen, A.B. '75

Cara Jacobson, A.B. '18

Holly Jacobson, A.B. '89

Kate Jacobson, A.B. '80

Kirsten Jacobson, A.B. '12

Michael Ray Jacobson, A.B. '71

Sarah Jacoby, A.B. '99 M.Arch. '07

Steven Jacoby, M.D. '79

Jennifer Jacoby Lauret, M.P.P. '01

Connie Jacowitz, A.B. '71

Sarah Jaeger, A.B. '70

David Jaffe, A.B. '80

Kathleen Jahn, A.B. '99

Mark Jahnke, A.B. '13

William Jahsman, A.B. '75

Felipe Jain, M.D. '08

Radhika Jain, M.P.P. '14 Ph.D. '19

Shilpa Jain, A.B. '98

Paul Jakubowski, J.D. '88

Mehvish Jamal, M.U.P. '23

Amber Ashley James, A.B. '11 J.D. '19 M.B.A. '19

Erica James, M.T.S. '95 A.M. '03 Ph.D. '03

Pamela James, A.B. '80

Cara James, A.B. '98 Ph.D. '06

Tania James, A.B. '03

Alisha James Graham, A.B. '95

Heidi James-Baravalle, A.B. '86

Anthony Jameson, A.B. '75

Elizabeth Jameson, A.B. '90

John Jameson, M.B.A. '91

Jared Jamesson, J.D. '10

Boris Jamet-Fournier, M.P.P. '10

Cathy Jamieson, A.B. '91

Thomas Crawford Jamieson, A.B. '83 M.B.A. '89

Henry Jampel, A.B. '77

Risa Jampel, S.M. '25

Olivia Jampol, A.B. '09

Nga Janosov, M.B.A. '08

Claira Janover, A.B. '20

Marisa Januzzi-Thomas, A.B. '87

Ilene Jaroslaw, A.B. '84

Olamide Jarrett, A.B. '97

Minna Jarvenpaa, A.B. '93

Paul Jarvie, A.B. '71

Peter Jarvis, A.B. '72

Brian Jaski, M.D. '79

Janine Jason, M.D. '75

Jyoti Jasrasaria, A.B. '12 J.D. '18

Rashmi Jasrasaria, A.B. '10

Joyce Jauer, A.B. '06

Monica Jaworowicz Finocchiaro, A.B. '91

Randal Jean-Baptiste, A.B. '92

Gish (Lillian) Jen, A.B. '77 BI '87 RI '02

Jeremy Jenkins, A.B. '97

Kirk Jenkins, A.B. '83 J.D. '86

Ronald Jenkins, Ed.D. '84 Ed.M. '79

Susan Jenkins, M.L.A. '24

Suzanne Jenkins, A.B. '03

Rob Jenks, Ph.D. '07

Frederic Jennings, A.B. '68

Kevin Jennings, A.B. '85

Lauren Jennings, A.B. '79 J.D. '84

Chasity Jennings-Nunez, M.D. '95

Christina Jenq, A.B. '04

Andrea Jensen, A.B. '85

Erik Jensen, A.B. '89

Grace Jeon, A.B. '86

Laura Jeppesen, BI '81

David Jerison, A.B. '75

Jennifer Jetton, A.B. '94

Joan Jeung, A.B. '93 M.P.H. '16

Thomas Jevon, A.B. '75

Eliza Jewett-Hall, A.B. '96

Kelly Jiang, M.P.A. '24 M.P.A. '24

Alvina Jiao, M.P.A. '23

Rashan Jibowu, A.B. '06

Maria Sara Jijon Calderon, LL.M. '95

(Jose) Marti Jimenez, M.B.A. '02

Javier Jimenez, A.L.M. '23

Aleja Jimenez jaramillo, A.B. '15

Alexander Jin, A.B. '18

Elaine Jin, Ph.D. '19

Andrew Jing, A.B. '08

Daniel Jinich, M.B.A. '92

Michael Jobin, A.B. '71

Kristi Jobson, A.B. '06 J.D. '12

Elizabeth Jochnick, Ed.M. '58

Hilary Joel, M.B.A. '89

David Joffe, A.B. '00

Steven Joffe, A.B. '88

ESTHER JOHN, A.B. '76 Ed.M. '78

Kate Johnsen, A.B. '02 Ed.M. '14

Allison Johnson, M.B.A. '97 M.P.A. '92

Amy Johnson, A.B. '67 Ph.D. '80

Anna Johnson, M.B.A. '10

Ayana Johnson, A.B. '02

Bruce Johnson, A.B. '75

Bruce Johnson, A.B. '73

Bruce Johnson, A.B. '63

Carrie Johnson, M.Arch. '93

Cherron Johnson, A.B. '92

Crystal Johnson, A.B. '15

David Johnson, A.B. '91

David Johnson, M.Div. '87

Deborah Johnson, A.B. '71

Diana Johnson, A.B. '62

Elizabeth Johnson, A.B. '82

Eric Johnson, A.B. '75

Florence Johnson, A.B. '78

Jay Johnson, M.B.A. '82

Kelsey Johnson, J.D. '25

Kevin Johnson, M.B.A. '86

Marsha Johnson, A.B. '97

Meg Johnson, A.B. '11

Melinda Johnson, J.D. '18

Melissa Johnson, A.B. '01

Michael Johnson, A.B. '92

Mindy Johnson, Ed.M. '25

Orin Johnson, A.B. '96

Rhonda Johnson, A.B. '78

Rita Gail Johnson, A.B. '84 M.B.A. '88

Robb Johnson, M.P.A. '99

Ryan Johnson, M.U.P. '22

Sarah Johnson, M.P.H. '78

Scott Albert Johnson, A.B. '92

Shandi Johnson, A.B. '02 M.B.A. '08

Sue Johnson, A.B. '91

Susan Johnson, Ed.M. '69 Ed.D. '81

Vincent Johnson, A.B. '79

William Evan Johnson, Ph.D. '07 A.M. '06

Elaine Johnson James, J.D.  '82

Polly Johnson LeBuhn, A.B. '89

Cynthia Johnson-Oliver, A.B. '96 M.T.S. '98

Carol Ann Johnston, Ph.D. '92

Elizabeth Johnston, A.B. '93

Gregory Johnston, A.B. '13

Karen Johnston, A.B. '77

Robin Johnston, M.A.U.D. '67

Susan Johnston, J.D. '79

Thomas Johnston, A.B. '71

Duncan Johnstone, A.B. '90

James Johnstone, M.B.A. '65

Robert A Jonas, Ed.D. '83

Abigail Jones, J.D. '77 A.B. '74

Adrian Jones, A.B. '16

Alan Jones, A.B. '83 M.B.A. '87

Amelia Jones, A.B. '83

Athena Jones, A.B. '98

Camille Jones, A.B. '78

Caroline Jones, A.B. '77

Chavis Jones, M.Div. '16

Clara Jones, A.B. '77 M.D. '81 M.P.H. '00

Dana Jones, A.B. '93

David Jones, A.B. '71

DEBORAH JONES, M.P.A. '91

DeWitt Jones, A.B. '79 M.C.R.P. '82

Dominique Jones, S.M. '25

George Jones, A.B. '67 M.D. '71

Griffin Jones, Dr.P.H. '22

James Jones, M.B.A. '99

Jonathan Jones, A.B. '78

Marc Jones, A.B. '94 M.P.P. '97

Marian Moser Jones, A.B. '92

Mark Jones, A.L.B. '03

Matthew Jones, A.B. '79

Mohamedu F Jones, LL.M. '90

Patricia Jones, A.B. '64

Patricia Jones, A.B. '72

Peter Lawson Jones, A.B. '75 J.D. '80

Sara Su Jones, A.B. '96 J.D. '01

Stuart Jones, A.B. '77

Zane Jones, A.B. '25

Merrill Jones-Barradale, A.B. '90

Xavier Jongen de Wargny, M.B.A. '23

Jan Joosten, LL.M. '92

Daniel Jordan, A.B. '74 J.D. '77

James Jordan, M.P.A. '91

Jenny Jordan, A.B. '08

Kerry Jordan, A.B. '01

Marc Jordan, M.P.A. '03

Thomas Jordan, Ph.D. '98 S.M. '80

Ingrid Jordt Applbaum, Ph.D. '01

Loren Joseph, A.B. '74

Mark Joseph, A.B. '90

Melissa Joseph, A.B. '17

Olugbenga Joseph, Ed.M. '20

Paul Joseph, A.B. '74

Rebecca Joseph, A.B. '85

David Jost, A.B. '68 A.M. '70 Ph.D. '75

Sandra Joung, M.B.A. '00

Philippa Jubelirer, A.B. '70

Peter Jun, A.B. '96

Brian Jung, M.P.H. '97

Veronica Jung, A.B. '97

Julie Jungalwala, Ed.M. '08

Elise Junn, A.B. '82

Kevin Jura, A.L.B. '20 A.L.M. '23

Stan Jurga jr, S.B. '00

Victoria Justicz, A.B. '14 M.B.A. '22 M.S. '22

Liljana Kaci, A.B. '04

Miriam Kadansky, A.B. '79

Sadakat Kadri, LL.M. '89

Joey Kaempfer, M.B.A. '71

Sarah Kafatou, A.B. '65 A.M. '66

Nicole Kafka, A.B. '83

Jeremy Kagan, A.B. '67

Alexander Kahn, A.B. '89

Eve Kahn, A.B. '84

Henry Kahn, A.B. '64 M.D. '68

James Kahn, A.B. '63 M.D. '67

James Kahn, J.D. '78

Lisa Kahn, A.B. '74

Lisa Kahn, A.M. '05 Ph.D. '08

Mary Ellen Kahn, A.B. '79

Michael Kahn, A.B. '79

Robert Kahn, A.B. '74

Virginia Kahn, Ed.M. '99

Jennifer Kahrl, A.B. '81

Anne Kaier, Ph.D. '74

Jon Kaiman, M.P.A. '21

Chris Kaiser, A.B. '80

David Kaiser, Ph.D. '00

Keri Kaiser, M.B.A. '92

Rose Kakoza, A.B. '01 M.D. '08 M.P.H. '14

Jean Kalicki, A.B. '86 J.D. '89

George Kalikman, A.B. '75

Sarah Kalinowski, Ph.D. '24

Daniel Kalish, A.B. '97

Julian Kaljuvee, A.B. '97

Jonah Kallenbach, A.B. '17 S.M. '17

Catherine Kallin, Ph.D. '84

Peter Kallin, A.B. '72

Andrew Kalloch, A.B. '06 J.D. '09

Sarah Kalloch, A.B. '00

Faye Kalmbach, CAGS '98

Syed Kamal, A.L.M. '23

Kanoko Kamata, M.P.A. '12

Nevin Kamath, J.D. '09

David Kamens, A.B. '60

Douglas Kamerow, A.B. '72

Stephen Kamin, A.B. '75 A.M. '82 M.D. '84

Daniel Kammen, Ph.D. '88 S.M. '86

Peggy Kanada, A.B. '75 A.M. '82

Debra Kane, A.B. '84

Richard Kane, M.B.A. '68

Jeffrey Kaneb, M.B.A. '92

Imseok Kang, A.B. '14

Jane Kang, A.B. '01 Ed.M. '03

Jeffrey Kang, A.B. '77

Jerry Kang, A.B. '90 J.D. '93

Kaffee Kang, A.B. '75

Myungsa Kang, A.B. '91

Thomas Kang, A.B. '85

Dan Kanivas, A.B. '05

Sheila Kannappan, A.B. '91 Ph.D. '01

Elena Kanner, M.B.A. '86

Elizabeth Kanter, A.B. '99

Jodi Kanter, A.B. '91

Reuben Kantor, M.P.A. '13

Sharon Kantrowitz, A.B. '85

Benjamin Kao, A.B. '97

Monisha Kapila, M.B.A. '05

Andrew Kaplan, A.B. '91

Arthur Kaplan, J.D. '70

David Kaplan, Ph.D. '85

Donald Kaplan, J.D. '70

Gary Kaplan, M.P.A. '16

Joshua Kaplan, A.B. '57

Lawrence Kaplan, M.P.A. '93

Leigh Kaplan, A.B. '00

Martin Kaplan, A.B. '7-

RICHARD KAPLAN, A.B. '72

Ronald Kaplan, Ph.D. '75

Tova Kaplan, A.B. '26

Eve Kaplan-Walbrecht, A.B. '95

Maria Kaplun, M.T.S. '98

Steven Kapner, A.B. '87 M.B.A. '92

Sumit Kapur, A.B. '97 M.B.A. '04

John Kapusta, A.B. '09

Jerome Karabel, Ph.D. '77

Paul Karafiol, A.B. '92

Paul Karch, A.B. '78 J.D. '82

Ama Karikari, A.B. '02

Angela Karikas, A.B. '74

Mona Karim, A.B. '93

Mona Karin, A.B. '93

Harriet Kariuki, A.B. '16

Steven Kariya, A.B. '76

Saumya Karki, A.B. '16

Frances Karlen, A.B. '94 Ed.M. '02

Denise Karlin, A.B. '80 J.D. '83

Doug Karmin, M.P.P. '93

Benjamin Karney, A.B. '90

Colleen Karoliszyn, S.M. '11

Lianna Karp, A.B. '10

Alexis Karteron, A.B. '01

Priya Karve, M.B.A. '18 A.B. '12

Alice Kasakoff, A.B. '62 Ph.D. '70

Kate Kasberger, A.B. '94

Karen Kasch, A.B. '88

Jamie Kass, Ph.D. '00

Zahra Kassam, Ed.M. '00

Carol Kassel, A.B. '92

Paul Kassner, Ph.D. '94

Alice Kaswan, J.D. '91

Lance Katigbak, A.B. '16

Susan Kattlove, A.B. '85

Candace Katz, A.B. '69 A.M. '70 Ph.D. '77

Ellen Katz, M.P.P. '84

Emma Katz, A.B. '06

Jamie Katz, A.B. '74

Jeff Katz, M.P.A. '00

Jeffrey Katz, A.B. '83

Paul Katz, A.B. '09

Philip Katz, A.B. '87

Solomon Katz, M.T.S. '84 Ed.D. '89

Jonathan Katz ''75, A.B. '75

Dana Katzenelson, A.B. '16

Mary Katzenstein, A.B. '66

Peter Katzenstein, Ph.D. '73

Stephen Kaufer, A.B. '84

Caroline Kaufman, A.B. '23

Caroline Kaufman, M.P.P. '20

Elizabeth Kaufman, M.D. '85

Henry Kaufman, J.D. '71

Kara Kaufman, A.B. '08

Michael Kaufman, A.B. '75 J.D. '79

Stephen Kaufman, J.D. '84

Katherine Kaufmann, Ed.D. '87

Mark Kaufmann, A.B. '89

Samantha Kavanagh, J.D. '19

Mel Kawakami, M.Div. '74

Melvyn Kawakami, M.Div. '74 Th.M. '86

Jacqueline (Jacquie) Kay, Ed.D. '78

Julie F. Kay, A.B. '90

Victor Kazanjian, A.B. '81

Richard Kazis, A.B. '74

Annette Kazmerski, A.B. '95

Brian Keane, A.B. '83 M.B.A. '87

Heather Keane, A.B. '85

Jack C Keane, M.S. '76

Sabrine Keane, A.B. '20

Victoire Keane, A.B. '19

Stacey Keare, M.P.P. '94

Sheila Kearney, Ed.D. '88 Ed.M. '88

Andre Kearns, M.B.A. '99

John Keating, A.B. '72

Walter Keats, A.B. '67

Wendy Keats, A.B. '70

Edward Keech, A.B. '65

James Keefe, A.B. '75

John Keefe, A.B. '64 M.B.A. '76

Suzanne Keen, Ph.D. '90 A.M. '87

Edward Keenan, A.B. '06 J.D. '10

Edward Keenan, A.B. '85

John Keene, A.B. '87

Barbarann Keffer, A.B. '88

Colin Kegler, A.B. '97

Anthony Kegode, A.L.B. '15 A.L.M. '17

Roger Keithley, J.D. '73

Hugh Kelleher, A.B. '73

Barnes Keller, A.B. '59

Miriam Keller, M.U.P. '18 M.P.P. '18

Robert Keller, A.B. '59

Stanley Keller, LL.B. '62

Susan Keller, A.B. '83 J.D. '86

Suzanne Keller, A.B. '90

Tobias Keller, A.B. '85

Caiseen Kelley, A.B. '20

Craig Kelley, M.P.A. '15

Harvard 1973 Kelley, A.B. '73

John Kelley, A.B. '83

Kathleen Kelley-Belluscio, A.B. '82

Mitchell Kelling, A.B. '95

Christopher Kelllogg, A.B. '71

Judith Kellman, A.B. '65

Diane Kellogg, Ed.M. '75 Ed.D. '79

James Kellogg, Ph.D. '04

Thomas Kellogg, J.D. '03

Adrinda Kelly, A.B. '02

Irene Kelly, A.B. '72

John P. Kelly, A.B. '76

Joseph Kelly, A.B. '69

Karen Spencer Kelly, A.B. '80

Lauren Kelly, A.B. '98 M.B.A. '04

Patricia Kelly, M.B.A. '87

Steven Kelly, A.B. '05 J.D. '10

Thomas Kelly, A.B. '86

Karen Kelly Grasso, A.B. '86

Ellen Kelman, A.B. '76 J.D. '80 M.P.P. '80

Stephen Kelner, A.B. '84 Ed.M. '86

Cavelle Kelsick Hobson, A.B. '76 M.D. '81

David Kelston, J.D. '82 M.P.A. '79

Steven Kelts, A.B. '94

AMIKA KEMMLER-ERNST, Ed.M. '96 Ed.D. '00

J Hovey Kemp, A.B. '76

Jonathan Kempner, ALI '19

Jeanne Kempthorne, A.B. '78

Emily Kendall, M.D. '05

Stephen Kendall, A.B. '74

Susan Kendall, A.B. '81 M.P.A. '99

Brandon Kennedy, A.B. '09 A.M. '09

J. Conor Kennedy, A.B. '18

Jack Kennedy, A.B. '67

Kerry Kennedy, J.D. '97

Kyle Kennedy, Ed.M. '13

Maureen Kennedy, M.P.A. '88

Michael Kennedy, A.B. '81

Rebecca Kennedy, A.B. '72 Ph.D. '93

Joseph Kennedy III, J.D. '09

Stephanie Kennell, A.L.B. '21

Thomas Kennelly, A.L.M. '92

David Kenney, A.B. '73

Michael Kenney, M.B.A. '83

Sarah Kenney, A.B. '08

David Kenny, M.B.A. '86

Karen Kent, M.M.Sc. '85

Kent Kent, A.B. '66 A.B. '

MaryLouise Kent, A.B. '66

Jonathan Kenton, A.B. '83

David Kenyon, A.B. '77

Liam Keohane, A.B. '19

Yvon Keranguéven, M.P.A. '84

Keith Kerman, A.B. '93

David Kern, A.B. '71 M.S. '81 M.S. '82

Leila Kern, J.D. '84

RD Kern, A.B. '01

Laurie Kerr, M.Arch. '85

Jessica Kerrigan, A.B. '92

Wade Kerrigan, A.B. '91

Jacob Kersey, A.B. '03

Irene Keskinen, M.B.A. '18

Aaron Kesselheim, A.B. '96 M.P.H. '07

Tami Kesselman, M.P.A. '95

Ilana Kessler, M.P.P. '11

James Kessler, A.B. '72

Steven Ketchpel, A.B. '93

Gerald Keusch, M.D. '63

Ruth Kevess-Cohen, A.B. '78

Peter Keyes, A.B. '78

Richard Keyes, A.B. '64

Alex Keyssar, A.B. '69 Ph.D. '77

Emad Khalil, J.D. '90

Mohammed Khan, A.B. '95

Muhammad Khan, A.L.M. '23

Mustapha Khan, A.B. '84

Omar Khan, A.B. '06

Shadab Khan, M.P.H. '25

Lisa Khan-Kapadia, Ed.M. '06

Rund Khayyat, J.D. '21

Alan Khazei, A.B. '83 J.D. '87

Jane Kheel Stanley, A.B. '72

Madge Kho, M.P.A. '91

Anjali Khurana, A.B. '04

Barbara Kieker, M.B.A. '84

Randall Kikukawa, A.B. '79

Christopher Kilby, A.B. '85

Daniel Kiley, A.B. '81

Timothy Kiley, M.T.S. '95

Sarah Killory, A.B. '78

105

Nicholas Kilmer, A.M. '65

David Keola Kilstein, A.B. '16

Saul Kilstein, M.P.A. '75

Steven Kilston, A.B. '65

Alexander Kim, A.B. '18

Ann Kim, A.B. '00

Anna Kim, A.B. '88 M.D. '92 M.P.H. '97

Anna Kim, A.B. '96

Brianna Kim, M.B.A. '23 M.S. '23

Christine Kim, A.B. '84

Claire Kim, A.B. '12 M.B.A. '23 M.P.P. '23

Edward Kim, A.B. '02

Eugene Kim, A.B. '96

Evelyn Kim, A.B. '95

Francesca Kim, A.B. '82

James Kim, A.L.B. '18

Jane Kim, A.B. '96

Jay Kim, A.B. '95 M.B.A. '00

Johanna Kim, AMDP '18

John Kim, A.B. '95

John Kim, A.B. '92

Kenneth Kim, M.D. '86 A.B. '81

Lauren Kim, A.B. '99

Min Kim, A.L.M. '23

Nancy Kim, A.B. '95

Paul Kim, A.B. '88 M.P.P. '90

Susan Kim, A.B. '84

Susie Kim, A.B. '89

YK Kim, A.B. '24

Jennifer Kim Zeller, J.D. '93

Christian Kimball, A.B. '79

Melinda Kimble, M.P.A. '80

Rachel Kimboko, Ed.M. '96

Thomas Kimmell, A.B. '75

Alexander Kimura, A.B. '79

Gregory Kimura, M.Div. '93

Samuel Kina, Ph.D. '11

George Kincheloe, A.B. '72

Dan King, A.L.M. '18

Donald King, J.D. '76

Geoffrey King, A.B. '00

Kimberly King, M.B.A. '94

Liwei King, A.B. '04

Michael King, A.B. '79

Murphy King, A.B. '24

Robert King, M.D. '68

Stephen King, A.B. '72

W. Michael King, A.B. '66

William King, A.B. '54 LL. B. '59

Andrew Kingsbury, A.L.B. '21

Gwen Kinkead, A.B. '73

Maddie Kinker, Ed.M. '20 C.A.S. '21

Janet Kinnane, M.D. '89

Jeanna Kinnebrew, A.B. '01

Rudolf Kinsky, LL.M. '79 M.B.A. '84

Lewis Kinter, Ph.D. '78

Marianthi-Anna Kioumourtzoglou, Sc.D. '13

Elizabeth Kirby, A.B. '94

Justine Kirby, LL.M. '95

Kate Kirby, A.B. '67

Peter Kirby, A.B. '84

James Kirk, A.B. '71

Paul Kirk, Jr., A.B. '60 J.D. '64

Mayra Kirkendall-Rodriguez, A.B. '88

Dawn Kirkpatrick, Ed.M. '04

Hugh D. Kirkpatrick, A.B. '70

Svenja Kirsch, M.P.P. '22

Natalie Kirschstein, Ph.D. '07

Andrea Kirsh, A.B. '73

James Kirshenbaum, A.B. '75 M.D. '79

Julia Kirst, Ed.M. '00

Leslie Kirwan, A.B. '79 M.P.P. '84

Susan Kish, A.B. '80

Laurel Kisliuk, M.P.P. '79

Louise Kittredge, A.B. '66

Margaret Kivelson, A.B. '50 Ph.D. '57

Steven Kivelson, A.B. '75 A.M. '77 Ph.D. '79

Nadieszda Kizenko, A.B. '82

Katherine Klapper, A.B. '76

Michael Klaus, M.B.A. '80

Jason Kleban, A.B. '11

Mary Ellen Klee, A.B. '61

Alice Kleeman, A.B. '73

David Kleeman, A.B. '79

Katherine Kleeman, A.B. '74 Ed.M. '77

Steven Kleiman, A.M. '62 Ph.D. '65

Terry Kleiman, M.B.A. '75

Adam Klein, A.B. '02

Allegra Klein, A.B. '83

Hilary Klein, A.B. '79

Johanna Klein, A.B. '98

Kenneth Klein, A.B. '70 M.D. '74

Lauren Klein, A.B. '00

Robert Klein, A.B. '98

Robert Klein, M.D. '71

Thomas Klein, M.P.A. '25

Sian Kleindienst, A.B. '03

Lauren Kleutsch, Ed.M. '11

Victoria Klimova, Ed.M. '22

Douglas Kline, A.B. '79

Sommers Kline, M.B.A. '23

John Klopf, A.B. '93

Jacqueline Klopp, A.B. '88

Dennis Klos, Ph.D. '74 M.B.A. '66

Richard Kluft, M.D. '68

Nell Klugman, Ed.M. '17

Robert H. Knapp Jr., A.B. '65

Geoffrey Knauth, A.B. '83

Barbara Knecht, Fellowship '92

G. Bruce Knecht, M.B.A. '86

Calvin Knight, A.B. '82

Tristan Knight, A.L.B. '14 A.L.M. '23

Elizabeth Knighton, A.B. '95

Joanna Knobler, A.B. '72

Peter Knox, A.B. '76 Ph.D. '82

Wally Knox, A.B. '73

Amelia Knudson, A.B. '13

Jimmy Ko, A.B. '95 M.D. '99

Alison Kobban, S.B. '93

Deborah Koch, M.P.A. '88

Erec Koch, A.B. '80

James T. (Tom) Koch, A.B. '78

Philip Koch, A.B. '78

Mary Ann (Zoya) Kocur, A.B. '81

Kevin Koczela, M.Div. '92

Dinah Koehler, Sc.D. '03

Mary Koelbel Engle, A.B. '83

Robin Koeleveld, A.B. '81

Allison Koenig, A.B. '94

John Koenig, A.B. '80

Thomas Koetzle, A.B. '64 A.M. '65 Ph.D. '70

Laura Kofoid, M.B.A. '91

Kaitlin Koga, A.B. '11

Yonatan Kogan, A.B. '12

M Courtney Koger, A.B. '88 J.D. '91

Harold Hongju Koh, A.B. '75 J.D. '80

Melody Koh, M.B.A. '13

Marie Kohler, A.B. '73

Lisa Kohn, A.B. '72

Vail Kohnert-Yount, J.D. '20

Alicia Kolar Prevost, M.P.P. '03

Sandra Kolb, A.B. '68

Robert Kolodner, A.B. '70

Michael Kolowich, A.B. '74 M.B.A. '80

Peter Kolsky, A.B. '75

Duane Kolterman, A.B. '75

Charles Komanoff, A.B. '68

Neil Kominsky, A.B. '66

Ramunas Kondratas, A.B. '70 A.M. '71

Peggy Kong, Ed.D. '08 Ed.M. '00

Denise Koo, A.B. '84

Juliana Koo, A.B. '92

Susan Koo, A.B. '00

Glenn Koocher, A.B. '71

Jinu Koola, A.B. '07 M.P.A. '12

RICHARD KOPCKE, A.M. '72 Ph.D. '73

Heather Kopelson, A.B. '97

Sandra Kopit Cohen, MD, A.B. '74 M.D. '78

Elizabeth Kopley, A.B. '81

Ann Koplow, A.B. '72

Season Korchin, A.B. '94

Karen Korellis Reuther, ALI '21

Peter Koretsky, A.B. '75

Nikhilesh Korgaonkar, A.B. '95 M.B.A. '00

Jenny Korn, M.P.P. '98

Karen Kornbluh, M.P.P. '88

Mindy Kornhaber, Ed.M. '88 Ed.M. '90 Ed.D. '97

Gloria Korsman, M.Div. '92

Jules Kortenhorst, M.B.A. '86

Deborah Kory, A.B. '95

David Korzenik, A.B. '72

Patricia Koslowe, A.B. '71

Shannah Koss, M.P.P. '84

John Koster, S.M. '05

Amy Kostishack, M.D. '00

Juliet Kostritsky, A.B. '76

Yuriko Kotani, LL.M. '87

Peter Kotilainen, A.B. '68

Angelos Kottas, A.B. '99

Michiel Kotting, M.B.A. '99

Victor Koufman, A.B. '80

Ann Koufman-Frederick, A.B. '78

Nik Kovac, A.B. '00

Natasha Kovacs, A.B. '12

Steve Kovacs, Ph.D. '73 A.M. '70

Beatrice Kovasznay, A.B. '72

Katarzyna Kowalska-Ekstrand, M.Arch. '91

David Kowarsky, A.B. '05

Alexander Kowell, A.B. '03

David Kozloff, A.B. '63

Kristopher "Kris" Kozlowski, M.L.A. '24

Ruth Lurie Kozodoy, A.B. '63

Michael Kozuch, Ed.M. '98

Chinwe Kpaduwa, A.B. '05

Bryna Kra, A.B. '88

James Kracht, A.B. '72 J.D. '75

Ernesta Kraczkiewicz, M.P.A. '72

Thomas Kraczkiewicz, A.B. '63

Frances Kraft, Ed.M. '16

Naomi Krakow, A.B. '03 M.E. '09

Betsy Kramer, A.B. '87

Bob Kramer, A.B. '71

Christopher Kramer, A.B. '82

David Kramer, M.P.P. '05

Earl Kramer, A.B. '53

Jane Kramer, A.B. '75

Peter Kramer, A.B. '70 M.D. '76

William Kramer, A.B. '74

Kristin Kranias, A.B. '00

Thomas Krantz, A.M. '76

Jessica Krash, A.B. '82

Emmanuel Krasner, A.B. '69

Polina Krass, A.B. '11

Angelika Kratzer, RI '13

Christina Kraus, Ph.D. '88

Anika Krause, Ed.M. '23

Peter Krause, A.B. '90

Jeffrey Krauss, A.B. '97

Ronald Krauss, A.B. '64 M.D. '68

RICHARD KRAVITZ, A.B. '74

Sarah Kreckel, Ed.M. '97

Benjamin Krefetz, A.B. '00 S.M. '03

Connie Kreiss, A.B. '72

Kathleen Kreiss, A.B. '69 M.D. '75

Kristina Krendl, A.B. '76

Elizabeth Krentz-Wee, A.B. '78

James Kresberg, A.B. '91

Robert Kretschmar, A.B. '67 M.B.A. '71

Jason Kreuziger, M.B.A. '08

Evelyn Krieger, Ed.M. '83

Nancy Krieger, A.B. '80

Henry Kriegstein, A.B. '71

Robert Krim, A.B. '70

Michael Krinsky, A.B. '67

Clarissa Kripke, A.B. '89

Sanjay Krishnaswamy, A.B. '93

Susan Kristol, A.B. '75 Ph.D. '81

William Kristol, A.B. '73 Ph.D. '79

Lea Krivinskas, J.D. '04

Susan Krock Lipka, A.B. '78

Leszek Krol, A.B. '18

Rani Kronick, A.B. '84

Susanna Krueger, M.P.A. '02

John Krumins, M.B.A. '92

Michael Krupa, Ed.M. '78 Ed.D. '83

Olivia Krusel, A.B. '15 M.B.A. '19

Laurence Krute, A.B. '74

Elizabeth Kryder-Reid, A.B. '84

Ivy Ku, A.B. '98

Fei Li Kuang, A.B. '01

Michael Kubo, M.Arch. '06

Jeffrey Kuch MD, M.D. '74

Marc Kuchner, A.B. '94

Nuri Erkut Kucukboyaci, A.B. '04

Steven Kudatzky, A.B. '72

Hope Kudo, A.B. '22

Carolinn Kuebler, M.Arch. '82

Dee Kuehnel, A.B. '75

Margaret Kugel, J.D. '75

Bruce Kuhlik, A.B. '78 J.D. '81

Deborah Kuhn, M.P.A. '81

Sarah Kuhn, A.B. '73

Nicholas Kukrika, M.P.P. '07

Peter Kulik, A.B. '70

Sri Kulkarni, M.P.A. '17

Anjanay Kumar, M.P.A. '24

Vinay Kumar, A.L.M. '18

Raina Kumra, M.Des. '05

James Kunder, A.B. '70

Patrice Kunesh, M.P.A. '10

Alice Kung, M.B.A. '83

Daniel Kung, A.B. '94 Ph.D. '00

Emily Kung, B.S. '02

Ray Kung, M.P.A. '08

Pamela Kunick, M.B.A. '90

Charles Kuntz, A.B. '75

Cara Kupferman, A.B. '20

Benedek Kurdi, Ph.D. '19 A.M. '19

Litcy Kurisinkal, M.P.P. '13

Michal Kurlaender, Ed.D. '5 Ed.M. '97

Vera Kurlantzick, M.M.Sc. '85

Katherine Kurs, M.Div. '86

David Kurtz, M.B.A. '93

Meredith Kusch, Ph.D. '73

Margot Kushel, A.B. '89

Marc Kushner, A.B. '83

Raymond Kusisto, M.B.A. '86

Paul Kuttner, Ed.M. '09 Ed.D. '14

Yumi Kuwana, M.B.A. '92

Patricia Kuwayama, A.B. '62

Laila Kuznezov, M.P.A. '04

Jinna Kwak, A.B. '04

Tae Yang Kwak, Ph.D. '06

Tia KwanBock, A.B. '25

Mei Kwok-Sands, A.B. '91

Ohkyung Kwon, A.B. '08

Denise Kwong, A.B. '19

Michael Anne Kyle, Ph.D. '21

Nedko Kyuchukov, M.B.A. '14

Katharine LaBanca, Ed.M. '07

Margaret LaBarbera, A.B. '75

Robert LaBarre, A.B. '71

Jon LaBerge, M.B.A. '84

Irene Lacher, A.B. '76

Vincent Lackner, A.B. '72

Christopher Lacoursiere, M.L.A. '20

Catherine LaCroix, A.B. '78

Richard Laden, A.B. '66

Allison LaFave, A.B. '10

Marcel LaFlamme, A.B. '05

Genevieve Laforet, A.B. '80

Owen LaFreniere, A.B. '99 J.D. '02

Isabel Lagomasino, A.B. '86

Fernando Laguarda, A.B. '88

Sarah Lahey, A.B. '01

Alison Lahnston, A.B. '63

Eric Lai, A.B. '93

Ruby Lai, A.B. '12

Jennifer Laine, A.B. '00

Craig Laird, A.B. '71

Nan Laird, Ph.D. '75

Pamela Laird, B.S. '69

Valeria Laitinen, A.B. '92

Ellen Lake, A.B. '70 Dr.P.H. '

Jason Lakin, Ph.D. '08

Sachin Lal, M.B.A. '22

Helen Lally, A.B. '68

Felix Lam, S.M. '11

Hannah Lam, A.B. '15

Dal LaMagna, M.B.A. '71 M.P.A. '11

Margaret Lamb, A.B. '78

Susan Lamb, M.P.A. '99

Robert Lambe, M.D. '80

Ann Lambert, J.D. '74

Craig Lambert, A.B. '69 Ph.D. '78

David Lamberth, Ph.D. '94 A.M. '94

Taylor Lamme, A.B. '07

Juliet Lamont, A.B. '84

Anthony LaMontagne, A.M. '87 Sc.D. '94

Rachel Lampert, A.B. '83

Jack Lampl, A.B. '73

Michael Lampson, A.B. '94

Yehezkel Landau, A.B. '71 M.T.S. '76

Jennifer Landau-Carter, A.B. '88

Carl Landauer, J.D. '91

Diane Lande, A.B. '77 Ed.M. '87

Chloe Landen, M.T.S. '23

Renée Landers, A.B. '77

Mary Landles-Cobb, M.B.A. '07

112

Tess Landon, Ed.M. '15

Richard Landres, M.D. '70

Jennifer Landry Le, A.B. '99

Carol Landsman, M.P.P. '84

Hal Landy, A.B. '72

Bruce Lane, A.B. '52 J.D. '55

Jim Lane, A.B. '81

Jonathan Lane, M.P.A. '18

Christopher Lang, A.B. '89

Jenna Lang, A.B. '21

Michael Lang, A.B. '66

Sydney Lang, A.B. '24

Margaret Langan, M.B.A. '92

Jon Langbert, M.B.A. '92

Amy Langenberg, A.B. '86

Maureen Langloss, A.B. '93 J.D. '98

Gilah Langner, M.P.P. '79

Frances Langum, M.T.S. '88

Frederick Lanni, Ph.D. '81

Meredith Lanoue, A.B. '08

Hannah Lantos, M.P.A. '11

Heather Lantz, A.B. '98

Joseph Lanzillo, A.B. '16

Leo Lanzillo, A.B. '84

Susan Lanzoni, M.T.S. '94 Ph.D. '01

Athena Lao, A.B. '12

Jessica Lapenn, A.B. '93

Elizabeth Lara, M.B.A. '06

Elisabeth Lardner, MLAUD '86

James C. Larew, A.B. '76

Jose Larios, A.B. '20

Charles Larmore, A.B. '72

Lou LaRocca, A.B. '92

Rajani LaRocca, A.B. '92 M.D. '96

David LaRoche, A.B. '66

Herb Larsen, A.B. '79

April Larson, A.B. '00

Blaire Larson, A.B. '85

Daniel Larson, A.B. '98

Edward Larson, J.D. '79

Jonathan Larson, Ph.D. '21 A.M. '18

Tracy Larson, J.D. '06

James Larus, A.B. '80

Lewis Lasher, A.M. '78 J.D. '81

David Laskin, A.B. '75

Elizabeth Laskin, Ph.D. '03

Kristen Lasky, M.P.P. '98

Mary Lassen, A.B. '75

Dina Lassow, A.B. '68

First Name Last Name, Full Degree

James Latham, A.B. '84

Patricia Latimore, A.B. '76

Ashton Lattimore, A.B. '08 J.D. '13

Emily Lau, M.P.H. '21

Maren Lau, A.B. '96

Owen Laub, A.B. '15

Jennifer Lauby, Ph.D. '87

Margaret Lauck, A.B. '79

Christopher Laumann, A.B. '03

Penelope Laurans Fitzgerald, Ph.D. '75

Daniel Laurent, M.E. '96

Jeffrey Laurenti, A.B. '71

Jessie Laurore, A.B. '18

Alison Lavin, A.B. '67 S.M. '88

Arthur Lavin, A.B. '76

Richard Lavine, A.B. '69

Garrett Law, A.B. '00

Keith Law, A.B. '94

Ade Lawal, M.B.A. '02

Amy Lawler, J.D. '05

Gregory Lawless, A.B. '76

Laura Lawless, A.B. '00

Thomas Lawless, A.B. '10

Mary Lawlor, M.P.A. '93

Jeffrey Lawrence, A.B. '83

Jennifer Lawrence, A.B. '78

Penelope Lawrence, A.B. '60

Robert Lawrence, A.B. '73

Robert Lawrence, A.B. '60 M.D. '64

Taneka Lawrence, M.B.A. '08

Ruth Lawson-Stopps, M.P.A. '92

Alice Lawton, J.D. '88

John Lawton, A.B. '87

Rebecca Lawton Flatters, A.B. '90

Gerald Lazar, M.D. '67

Vincent Lazaro, Ed.D. '93 Ed.M. '92

Tsvetelina Lazarova, A.B. '90

Robert Lazarsfeld, A.B. '75

Claire LaZebnik, A.B. '85

Ed Lazere, A.B. '86

Jade Le, A.B. '10

Khanh Le, A.B. '25

Circe Le Compte, S.M. '14 Sc.D. '20

Steven Le Poole, M.B.A. '97

Meredith Lea Kellner, A.B. '01, J.D. '08

Bryan Leach, A.B. '00

Susan Leach Madden, A.B. '74 S.M. '84

David Leacock, J.D. '92

Michael Leahy, A.B. '72

STEPHEN LEAHY, A.B. '72

Andrew Lear, A.B. '81

John Lear, A.B. '82

Judy Lear, M.P.A. '93

Michael Leavell, A.B. '78

Arthur Leavens, J.D. '76

Jane Leavy, A.B. '68 Ed.M. '73

David LeBoeuf, A.B. '13

John LeBoutillier, A.B. '76 M.B.A. '79

Jennifer LeBovidge, A.B. '95

Eli Lebow, A.B. '99

Alan Lebowitz, A.B. '56 Ph.D. '64

Philip Lebowitz, A.B. '70

Antoine Leboyer, M.B.A. '92

Eva Lechleitner-Reinelt, M.Sc. '25

Ben Ledbetter, M.Arch. '84

Lisa Lederer, A.B. '04

Patrick Ledwith, Ph.D. '25

Adrienne Lee, A.B. '12

Alex Lee, A.B. '06 A.M. '06

Andrea Lee, A.B. '74 A.M. '78

Andy Lee, M.L.A. '20 M.U.P. '20

Angela Lee, S.B. '76

Annie (Ann Alberts) Lee, A.B. '66

Benjamin Lee, A.B. '94

Cheryl Lee, A.B. '02

Cornelius Lee, Ed.M. '15

David Lee, A.B. '88 M.B.A. '92

Dean Lee, A.B. '92 Ph.D. '98

Dongju Lee, Ph.D. '18 A.M. '11

Edwin Lee, A.B. '03

Erica Lee, M.D. '13 M.P.A. '13

Erica Lee, J.D. '13 M.P.A. '13

Eugene Lee, A.B. '88

Frederick Lee, A.B. '72

Hana Lee, A.B. '07

Helen Elaine Lee, A.B. '81 J.D. '85

Irene Lee, A.B. '98

James Lee, A.B. '67 M.Arch. '74

Jennifer Lee, A.B. '90

Jennifer Lee, M.P.A. '24

Jessica Lee, J.D. '07

Jungku Lee, A.B. '82

Justin Lee, S.M. '19

Kevin Lee, J.D. '02

Leslie Lee, A.B. '09

Linda Lee, A.B. '84

Lois Lee, M.P.H. '03

Marguerite Lee, A.B. '81 M.B.A. '85

Mark Lee, A.B. '86 S.M. '86

Matthew Lee, Ph.D. '24 S.M. '24

Melissa Lee, A.B. '03

Michael Lee, M.B.A. '24 M.M.Sc. '24

Michelle Lee, A.B. '15 M.D. '21

Miyoung Lee, A.B. '87 M.B.A. '92

Peter Lee, A.B. '96

Rebekah Lee, A.B. '95

Richard Lee, S.B. '79

Shana Lee, M.B.A. '01

Sidney Lee, A.B. '84

Spencer Lee, A.B. '95

Su-May Lee, A.B. '94

Sunyeop Lee, S.M. '20

Susan Lee, A.B. '96 J.D. '02

Tanya Lee, Ed.M. '76

Thomas Lee, A.B. '75 S.M. '87

Thomas S. Lee, M.U.P. '05

Vivian Lee, A.B. '81

Yoon Sun Lee, A.B. '87

Yoon-Young Lee, J.D. '88

Yue Man Lee, M.P.A. '08

Laura Lee McGovern, A.B. '00 M.B.A. '07

Martha Lees, A.B. '89 J.D. '92

Sarah Lees, A.B. '87

Amanda Lefebvre, A.B. '03

Marc Lefebvre, A.L.M. '12

Mathieu Lefevre, M.P.A. '03

Judith Leff, Ed.M. '70

Michelle Leff, A.B. '83

Marie Lefton, J.D. '80

Larry LeGree, Fellow '14

Marina LeGree, M.P.A. '14

Susan Legro, A.B. '90

Rafael Lehavi, M.P.A. '93 M.P.A. '93

Karen Lehman, M.P.A. '02

Stephen Lehmann, Ed.M. '71

Marina Lehner, A.B. '14

Peter Lehner, A.B. '80

Robert Lehrer, J.D. '70

Mark Lehrich, A.B. '90

Leonard J. Lehrman, A.B. '71

Eric Leibensperger, S.M. '07 Ph.D. '11

Rhoda Leichter, A.B. '76 M.D. '87

Robert Leichtner, A.B. '65 J.D. '72

Deborah Leiderman, A.B. '76

Myong Leigh, M.P.P. '98

Robert Leigh, A.B. '79

Elizabeth Leimkuhler, A.B. '15

Tobias Leipprand, M.P.P. '07

Mary Joan Leith, A.B. '77 Dr.P.H. '90

Royal Leith, A.B. '75 M.T.S. '77

116

Lisa Leithauser, A.B. '85

David LeLacheur, A.B. '87

Natasha Leland, A.B. '95

David Lelyveld, A.B. '63

Chris Leman, A.B. '73 MA '77 Ph.D. '77

Valerie Leman, A.B. '76

Jim Lenaghan, J.D. '74

Lia Lenart, A.B. '11

Wayne Lencer, Masters Hon. '07

Mark Lenczowski, A.B. '85

Holly Lennihan, A.B. '84 M.Arch. '91

LAURA LENNIHAN, A.B. '74

Sara Lennox, M.D. '83

Mark Lentczner, A.B. '84

Susan Lentz, A.B. '66

Adriane Lentz-Smith, A.B. '96

Robert Leo, A.B. '67

Santiago Leon, A.B. '66

Arthur Leonard, J.D. '77

Danielle Leonard, A.B. '96 J.D. '01

Ivan Leong, A.B. '00

Deirdre Leopold, M.B.A. '80

Donald Leopold, A.B. '71 M.B.A. '80

Ellen Leopold, A.B. '66

Jeffrey Lepon, A.B. '75 J.D. '78

Peter Lerangis, A.B. '77

Manuel Lerdau, A.B. '86

Judith Lerner, Ph.D. '73

Sharon Lerner Golden, A.B. '72

Yolanda LeRoy Wutkiewicz, A.B. '95

Ann Marie Leshkowich, A.B. '89 A.M. '96 Ph.D. '99

John Leshy, A.B. '66 J.D. '69

Ann Lesk, A.B. '68

Michael Lesk, A.B. '64 Ph.D. '69

Cynthia Leslie, A.B. '74

Eric Leslie, M.P.A. '14

Heather Leslie, S.B. '96

James Lessersohn, A.B. '77 M.B.A. '79

Nora Lessersohn, A.B. '09 A.M. '15

Dan Lessin, A.B. '95

Sylvia Lester, A.B. '70

Kathleen Lestition, A.B. '68 M.A.T '70

Jeffrey Letalien, A.B. '01

Anthea Letsou, A.B. '81

John Leubsdorf, A.B. '63 J.D. '67

Ellen Levenson, A.B. '82 Ed.M. '86

Thomas Levenson, A.B. '80

Susan Levenstein, A.B. '68

Fred Leventhal, A.B. '60 Ph.D. '68

Jean Leventhal, A.B. '63 M.A.T. '68 Ph.D. '92

Katherine Leventhal, A.B. '09

Rebecca Leventhal, A.B. '05 J.D. '11

Brandon Levey, J.D. '17

Charles Levi, A.B. '72

L. David Levi, A.B. '60

Michael Levi, M.P.A. '04

Shelley Levi, A.B. '61

Alex Levin, A.B. '08

Daniel Levin, A.B. '70

Edward Levin, A.B. '83

Grace Levin, M.U.P. '23

John-Clark Levin, M.P.P. '15

Lora Levin, A.B. '90

Michael Levin, M.B.A. '74

Murray Levin, J.D. '67 MA '68

Ron Levin, M.B.A. '08

Adam Levine, A.B. '05

Annie Levine, A.B. '04

Charlotte Levine, M.B.A. '24

David Levine, M.D. '68

Deborah Levine, M.B.A. '76

Hallie Levine, A.B. '95

Herbert Levine, A.B. '72

Jeffrey Levine, A.B. '72

Molly Levine, A.B. '64

Rebecca Levine, A.B. '96

Ron Levine, J.D. '81

Susan Levine, A.B. '90

Judd Levingston, A.B. '86

Alex Levinson, A.B. '80

Cynthia Levinson, M.A.T. '68

Harry Levinson, A.L.M. '21

Rani Levinson, A.B. '83

Sharon Levisohn (Stanick), A.B. '62

Burt Levitch, A.B. '76

Samuel Levitt, S.M. '86 Sc.D. '94

Allen Levy, A.B. '74

ANDREW LEVY, J.D. '69 A.B. '66

Brian Levy, Ph.D. '83 A.M. '79

David Levy, A.B. '63 M.D. '68

David Levy, M.P.P. '00

Douglas Levy, Ph.D. '04

Eve Levy, A.B. '80

Jonathan Levy, A.B. '93 Sc.D. '99

Ronald Levy, Ph.D. '76

Sharon Levy, A.B. '76

William Levy, A.B. '72

Michael Lewine, A.B. '86

Nicolas Lewine, A.B. '10

Andrea LeWinter, M.P.P. '95

Andrew Lewis, A.B. '93

Andrew Lewis, A.B. '67

Ann Lewis, A.B. '75 MFS '82 PhD '87

Bethany Lewis, A.B. '00

Christina Lewis, A.B. '02

Christopher Lewis, S.M. '03 Sc.D. '06

Cynthia Lewis, Ph.D. '80

Eliza Lewis, J.D. '91

Forrest Lewis, A.B. '17

Gregory Lewis, A.B. '78

Gregory Lewis, A.B. '79

Jason Lewis, A.B. '90 M.B.A. '95

Johanna Lewis, A.B. '15

Kern Lewis, M.B.A. '85

Leslie Lewis, A.B. '95

Lisa Lewis, M.L.A. '93

Malia Lewis, A.B. '87

Noah Lewis, J.D. '05

Sara Lewis, A.B. '75

Shay Lewis, A.B. '10

Sherman Lewis, A.B. '62

Susan Kopman Lewis, A.B. '88

Vivian Lewis, A.B. '73

David Lewis, A.B. '24

Deirdre Ley, A.B. '93

Andrew Li, A.B. '77 M.Arch. '83

Austin Li, A.B. '23

Haihong Li, Ph.D. '11

Jackie Li, A.B. '11

Lewyn Li, Ph.D. '02

Lynn Li, M.D. '75

Shipen Li, A.B. '82

Summer Siman Li, M.P.P. '22

Will Li, A.B. '19 Ed.M. '20

Lily Liang, M.B.A. '08

Kent Libbey, A.B. '81

Anne Licciardello, A.B. '80

Robert Licht, J.D. '78

Daria Lidsky, A.B. '96

Katharine G Lidz, A.B. '62

Victor Lidz, A.B. '62 Ph.D. '76

Edwina Lieb, A.B. '71

Donna Lieberman, A.B. '70

Hal Lieberman, J.D. '67

Marvin Lieberman, A.B. '76 Ph.D. '82

Yehudit Lieberman, A.B. '63 A.M. '65

Roberta Liebman, A.B. '55

Tyra Liebmann, M.P.A. '93

Sharon Liebowitz, A.B. '88

Irene Liefshitz, Ed.D. '15 Ed.M. '09

Ada Lien, M.B.A. '03

Thomas Lienard, M.B.A. '04

Susan Lieu, A.B. '08

Mary Lightbody, A.B. '74

Jonathan Lightfoot, Ed.M. '95

Johnson Lightfoote, M.D. '76 A.B. '72

Jennifer Lightman, J.D. '95

George Eric Lilja, M.B.A. '98

Vanessa Lilly, A.B. '90

Boon Seong Lim, M.P.A. '24

Steve Lim, A.B. '97

Sunghae Anna Lim, A.B. '86

Wendy Lim, M.B.A. '06

Chun Chia Lin, D.M.D. '21 M.P.H. '22

Emily Lin, A.B. '02 Ed.M. '08

George Lin, A.B. '87 A.M. '90

Jessica Lin, M.P.P. '08

Joseph Lin, A.B. '00

Kenneth Lin, A.B. '97

Marena Lin, A.B. '11 A.M. '18

Royce Lin, A.B. '96

Matthew Lincoln, A.B. '70

Sharon Lincoln, J.D. '02

Teresa Lind, A.B. '03

Daniel Lindberg, A.B. '97

Albert Lindemann, Ph.D. '68

Barbara Lindemann, M.A.T. '64

Gloria Linden, A.L.M. '22

Clyde Lindsay, A.B. '69 M.B.A. '72

Eleanor Lindsay, A.B. '71

Jeffrey Lindsay, M.B.A. '92

Tinker Lindsay, A.B. '74

Lisa Lindvall Aquino, S.M. '00

Alison Lingane Kobban, A.B. '93

Cynthia Lingel, A.B. '75

Joseph Linhart, A.B. '03

Michael Linn, A.B. '70 M.B.A. '73

Susan Linn, Ed.D. '90

Elizabeth Linos, A.B. '07 Ph.D. '16

Marty Linsky, J.D. '64

Karen Linsley, A.B. '77

Kristin Linsley, A.B. '82 J.D. '88

Sarah Linsley, A.B. '79

Erik Linstrum, Ph.D. '12

James Liou, A.B. '92

Maxine Lipeles, J.D. '79

Jonathan Lipman, A.B. '69

Mark Lipman, A.B. '75

Victor Lipman, A.B. '74

120

Kate Lipper-Garabedian, J.D. '08

Robert Lippincott, Ed.M. '81

Amy Lippman, A.B. '85

Rachel Lipson, A.B. '12 M.B.A. '18 M.P.P. '18

Scott Lipson, A.B. '98

Marlene Lira, M.P.H. '20

Harris Lirtzman, M.C.R.P. '81

Jeffrey Liss, J.D. '68

Desta Lissanu, A.B. '13

Joshua Liston, A.B. '95

Phoebe Lithgow, A.B. '04

Stephen Littell, A.B. '72

James Little, A.B. '72

Larissa Little, Ph.D. '24

Susan Little, A.B. '75

Susan S.H. Littlefield, A.B. '76

Jody Litvak, M.P.P. '84

Janice Litwin, M.P.A. '85

Allen Liu, A.B. '20

Andrew Liu, A.B. '17

Beatrice Liu, A.B. '81 M.B.A. '87

Colin Liu, Ed.M. '22

David Liu, A.B. '15

Elena Liu, J.D. '25

Janet Liu, A.B. '23

Jonathan Liu, A.B. '99

Mengyuan Liu, A.B. '11

Mini Liu, A.B. '70

Patricia Liu, Ed.M. '21

Pei-Hsuan Patty Liu, J.D. '17

Rongxin Liu, A.L.M. '20

Shari Liu, Ph.D. '20 A.M. '16

Shiuan Liu, Ed.M. '96 A.B. '95

Zhen Liu, M.P.A. '12

Frank Livelli, M.D. '76

Barbara Livermore, A.B. '66

Michael Livingston, A.B. '70

Robert Livingston, A.B. '72

Armida Lizarraga, Ed.M. '08

Frances Lloyd, A.B. '00

Janet Lloyd, M.P.H. '10

Marion Lloyd, A.B. '94

Christopher Lo, A.B. '09

Lydia Lo, A.B. '09 M.P.H. '14

Melissa Lo, A.B. '04 Ph.D. '14

Michelle Lo, A.B. '94

Marci Lobel, A.B. '82

Robert Lobis, M.D. '68

Jonathan Loc, M.P.P. '23

Eliza Lochner, A.B. '02

Connson Locke, A.B. '87

Richard Locke, M.P.A. '16

Suzanne Locke, A.B. '94

Heidi Locke Simon, M.B.A. '93

Andrew Lockhart, A.B. '70 '

Erin Lockhart, A.B. '19

Roxanne Lockhart, A.B. '92

Shahin Lockman, S.M. '03

Henrietta W Lodge, A.B. '73

Benjamin Loeb, A.B. '89

David Loeb, A.B. '72

Ben Loehnen, A.B. '00

Fatima Loeliger, A.B. '11

David Loewi, A.B. '75

George M. Logan, A.M. '63 Ph.D. '67

Andrew Loh, M.P.A. '22

Angela Loh, A.B. '92

D. Robert Lohn, A.B. '70

John Loiselle, A.B. '83

John Lomazzi, J.D. '18

Joy-Ann Lomena-Reid, A.B. '91

Jack Londen, A.B. '76

Katharine London, A.B. '84 S.M. '90

Linda London, A.B. '55

Francis Lonergan, A.B. '72 M.D. '77

Chris Loney, A.B. '11

Emily Long, A.B. '12

Judith Long, M.Div. '99

Russell Long, A.B. '79

Carolyn Longacre, A.B. '73

Robert Longcor, A.B. '12

Bevis Longstreth, LL.M. '61

Melanie Loots, A.B. '75

Kim Lopdrup, M.B.A. '84

James Lopes, A.B. '74 J.D. '77

Fernando Lopez, A.B. '88

Matthew Lopez, A.L.M. '24

Summer Lopez, A.B. '99

Benjamin Lopez Barba, A.B. '15

Victoria Alicia López Gold, M.P.A. '08

Luce Lopez-Baralt, Ph.D. '74

Andy Lopez-Lara, A.L.M. '23

John Lorand, Ph.D. '64

Marc Lorashan, A.B. '72

Allegra Lord, Ph.D. '15

Cassandra Lord, A.B. '04

Elizabeth Lord, A.B. '00

Sara Lord, J.D. '84

Carol Lorente, D.M.D. '80

Stephen Loring, M.D. '71

Olivia Losiewicz, A.B. '18

Margaret Loss, A.B. '67

Phoebe Lostroh, Ph.D. '01

Robert Lothman, A.B. '13

David Loud, A.B. '68

Mynette Louie, A.B. '97

David Love, A.B. '89

David Love, A.B. '06

Heather Love, A.B. '91

Alyssa Lovegrove, A.B. '81

Charles Lovett, A.B. '15

Maria Emily Lovett, A.B. '17

Caitlin Low, A.B. '12

Elizabeth Hagopian Low, A.B. '70

Jen Mae Low, M.P.H. '22

Michael Lowe, A.B. '71

Jennifer Lowell, A.B. '19

Linda Lowell Feldman, A.B. '70

Fred Lowenfels, A.B. '66 J.D. '68

Jeff Lowenfels, A.B. '71

Elizabeth Lowenhaupt, A.B. '97

Roger Lowenstein, J.D. '68

Janet Lowenthal, A.B. '62

Chris Lu, J.D. '91

Debby Lu, M.P.P. '93

Lisa Lu, A.B. '19

Shaina Lu, Ed.M. '17

Jane Lubchenco, Ph.D. '75

Ellen Lubell, J.D. '85

Nancy Lubin, A.B. '76

Arthur Lubow, A.B. '73

Kelsey Lucas, Ph.D. '19

Christopher Lucero, M.P.A. '15

Adriana Luciano, A.B. '05

G Thomas Luck, A.L.M. '08

Geoff Luck, A.B. '86

Alison Lueders, A.B. '79

Helen Luey, A.B. '64

Margaret Lukens, A.B. '77

Shunella Lumas, A.B. '15

Melissa Luna, A.B. '03

Dennis Lund, A.B. '76 M.D. '80

John Lundeen, A.B. '74 M.P.P. '78

Peter Lundell, A.B. '81

Stacy Lundin, A.B. '69

Lange Luntao, A.B. '12

Jennifer Luong, A.B. '23

Donald Lurye, A.B. '75

Roger Lustberg, J.D. '73

Laurie Lustiber, A.B. '78

Reshma Lutfeali, A.B. '13 J.D. '21 M.B.A. '21

Payal Luthra, M.Arch. '07

Neil Lutsky, Ph.D. '77

Henry Luu, A.B. '11

Thi Luu, A.B. '97 M.B.A. '03

Amanda Lydon, A.B. '94

Sarah Lydon, A.B. '91

Stephen Lyle, A.B. '13 M.P.P. '22

Daniel Lyman, A.B. '73

Katherine Lyman, A.M. '15

Martha Lyman, A.B. '74 M.P.A. '95

R.J. Lyman, A.B. '86

Anita Lynch, M.B.A. '08

Holly Lynch, D.B.A. '97

Kevin Lynch, A.B. '72

Myles Lynk, A.B. '70 J.D. '76

Linda Lyon, M.B.A. '78

Laurence Lyons, A.B. '60

Lisa Lyons, A.B. '69

Thomas Lyons, A.B. '79

James Lytle, J.D. '78 ALI '20

Sonja Lyubomirsky, A.B. '89

Kenneth M Glazier, A.B. '69

Andrew Ma, A.B. '17

Daveena Ma, A.B. '97

Hunter Maats, A.B. '04

Elisabeth Mabus, A.B. '12 J.D. '19

Mairin Macaluso, M.B.A. '94

Will MacArthur, A.B. '20

Leslie Macaskill, A.B. '81

Lauren MacCarthy, A.L.B. '11

Andrew MacDavid, EXT '87

D. Charles Macdonald, J.D. '83

James MacDonald, A.B. '85 M.D. '95

Margaret MacDonald, A.B. '69

Sarah Macdonald, A.B. '83

William MacDonald, A.B. '85

John MacDougall, Ph.D. '75

John MacFarlane, A.B. '91

Larissa MacFarquhar, A.B. '90

John Macgregor, A.B. '72

Peter Machinist, A.B. '66

Susan Maciolek, M.P.P. '93

Joan MacIver, A.B. '75

Alexandra Mack, A.B. '91

Evan MacKay, A.B. '19 A.M. '19

Daniel Rob Mackenzie, MD, A.B. '75

William Mackin, A.B. '97

Nathan Mackinnon, M.P.A. '14

Rebecca MacKinnon, A.B. '91

Patrick Macklem, LL.M. '86

Colin Maclay, M.P.P. '97

Maria Susana MacLean, M.B.A. '90

Odetta MacLeish-White, A.B. '93

Jonathan MacLeod, M.L.A. '16

DArcy MacMahon, M.B.A. '71

Jeff MacMillan, A.B. '81

Alexandra Macoun, M.B.A. '07

Flora Macquarrie, A.B. '75

Sophia Macris, A.B. '03

Sarah MacVicar, A.B. '13

Enid Madaras, Ed.M. '91 Ed.D. '99

Susan Madden, A.B. '74 S.M. '85

Monique Maddy, M.B.A. '93

Vandana Madhavan, A.B. '98 M.P.H. '09

Robert Madoff, A.B. '75

Felicia Madrigal, A.B. '89

Drew Madson, Ed.M. '20

Hiromi Maeda, Ph.D. '03 M.T.S. '95

Sam Magavern, A.B. '85

Meghan Magee, A.B. '15

Aaron Magezi, M.P.A. '23

Alexandra Maggioni, A.B. '92

Dennis Magnasco, A.L.B. '14 M.P.P. '21

John Magoun, A.B. '78

Daniel Magraw, A.B. '68

Blue Magruder-Hurwitch, A.B. '70

Derek Maguire, A.B. '94

James Maguire, M.D. '74 M.P.H. '78

Timothy Maguire, A.B. '73

Franklin Mah, M.P.A. '92

Manjari Mahajan, A.B. '98

Maya Mahajan, J.D. '25

Andisheh Mahdavi, A.B. '95 Dr.P.H. '01

Sally Mahe, Ed.M. '74

Frances Maher, A.B. '64 M.A.T. '66

Amy Mahler, M.P.A. '21

Sofie Mahlkvist, A.L.M. '25

Fariba Mahmud, A.B. '22 J.D. '27

Marion Mahone, A.B. '06

Patricia Mahoney, A.B. '81

Timothy Mahoney, A.B. '69

Arsalan Mahtafar, M.P.A. '13

Erica Maier, A.B. '02

Merry Maisel, A.B. '62

Neepa Maitra, Ph.D. '98

Shirley Mak, Ed.M. '17

Itumeleng Makgetla, A.B. '05

William Makris, Ed.M. '00

James Maland, A.B. '59 J.D. '62

125

CAROLE MCNAMARA MALCOLMSON, Ed.D. '07

Alfredo Maldonado Sansores, M.P.A. '18

David Malenka, A.B. '75

Ira Malin, M.B.A. '78

Jennifer Malin, A.B. '88

Yonatan (Jonathan) Malin, A.B. '90

Muchael Malina, A.B. '57 LL.B. '60

Laura Maliszewski, Ph.D. '09

Blaire Malkin, J.D. '06

George Mallory, A.B. '67

Hampton Mallory, A.B. '72

Ian Mallory, A.B. '81

Clare Malone, Ph.D. '15

Jowanna Malone, A.B. '13 S.M. '17

Hon. James H. Maloney, A.B. '72

Natalie Malter, M.Div. '17

Gita Manaktala, A.B. '87

Nitasha Manchanda, Ph.D. '06

Caroline Mandell, M.B.A. '06

Marc Mander, M.B.A. '03

Peter Mandler, Ph.D. '84 A.M. '80

David Manero, M.P.P. '95

Victor Manfredi, A.B. '78 Ph.D. '91

Susan Mangold, A.B. '82 J.D. '87

Marta Manildi, J.D. '79

Barry Mann, A.B. '83

James Mann, A.B. '68

Lauren Mann, A.B. '10

Jane Manners, A.B. '97 J.D. '09

John Manners, A.B. '68

Ashley Mannetta, A.B. '09

Ryann Manning, M.P.P. '05 M.A. '14 Ph.D. '17

Thomas Manning, A.B. '77 ALI '19

Sandhya Manohar, Ph.D. '20

Anthony Manolas, M.M.Sc. '22

Peter Mansbach, A.B. '65

Douglas Mansfield, A.B. '68

Frederick Mansfield, A.B. '69 M.D. '76

Matthew Mansfield, A.B. '62

Richard Mansfield, Ph.D. '70

JoAnn Manson, A.B. '75 M.P.H. '84

Suzanne Mansour, A.B. '79

Gregory Manuel, M.B.A. '05

Peter Manuelian, A.B. '81

John Manulis, A.B. '78

Beatrice Forbes Manz, A.B. '70 Ph.D. '83

Robert Manz, A.B. '70 A.M. '79

Anika Manzoor, M.P.P. '18

Douglas Mar, A.M. '89 Ph.D. '94

Jessica Mar, Ph.D. '08 A.M. '06

Laurie Maranian, A.B. '07

Deborah Maranville, J.D. '75

Dylan MarcAurele, A.B. '16

Carla Marceau, A.B. '63

Jon March, J.D. '69

Charlene Marchant, A.B. '73

Barbara Marcin, M.B.A. '86

Paul Marcucilli, Ph.D. '19

Andrew Marcus, A.B. '01

Annette Marcus, A.B. '66

Mitchell Marcus, A.B. '72

Virginia Marcus, A.B. '14

Henry Marcy, A.B. '60

Shelley Marder, M.D. '78

Andrew Maretz, A.B. '86

Richard Margolin, A.B. '74

David Margolis, A.B. '81

Jeanne Margolskee, A.B. '72

Robert Margolskee, A.B. '75

Timothy Mariano, S.B. '03

Jennifer Marien, Ed.D. '06 Ed.M. '03

Olivia Marinaccio, A.B. '25

Neil Marinello, A.B. '65

James J. Marino, A.B. '91

Michael Marino, A.B. '01

Dan Marion, Ed.M. '15

Stephanie Marioneaux, A.B. '80 M.D. '84

Gideon Mark, M.P.A. '00

Jonathan Mark, A.B. '74

Katharine Mark, A.B. '79

Peter Mark, A.B. '70

Stanley Mark, A.B. '73 M.B.A. '76

Miriam Markowitz, M.P.H. '82

Andrew Marks, A.B. '73

Clifford Marks, A.B. '10

Elizabeth Marks, A.B. '74

Elizabeth Marks, A.B. '80

Nancy Marks, J.D. '83

Richard Marks, A.B. '78

David Markun, A.B. '75

Charles Marlin, A.B. '72

Robert Maron, Ed.M. '82

Chris Maroney, A.B. '90

William Maroni, A.B. '77

Raph Marotta, A.B. '72 M.A.T. '73

Loann Marquant, M.P.P. '25

Rick Marquardt, M.B.A. '23

Patrick Marren, A.B. '82

Karen Marrero, M.B.A. '04

Leigh Marriner, M.B.A. '80

Helen Marrow, Ph.D. '07 A.M. '03

Elizabeth Marsh, A.B. '74

James Marsh, A.B. '70 M.D. '74

Martha Marsh, A.B. '88

Mary Marsh, M.B.A. '86

William Marsh, A.B. '24

Isabel Marshall, Ph.D. '91 M.P.A. '87

Linda T Marshall, M.P.A. '03

Lydia Marshall, M.B.A. '75

Megan Marshall, A.B. '77

Melissa Marshall, M.L.A. '75

Nancy Marshall, A.B. '81 ALI '25

Penelope Marshall, J.D. '81

Robert Marshall, A.B. '68

Scott Marshall, J.D. '76

Siri Marshall, A.B. '70

Virginia Marshall, A.B. '15

Bradley Marshland, A.B. '86

Susanna Marshland, A.B. '87

William Marston, A.B. '82

Virginia Marston Justicz, A.B. '92

Susan Martel, Ed.M. '73

Kimberly Marten, A.B. '85

Cristina Martija-Harris, M.B.A. '23

Areva Martin, J.D. '87

Benjamin Martin, A.B. '15

Cassia Martin, A.B. '04 S.M. '04

Clarence Augustus Martin, A.B. '78

Constance Martin, A.B. '82

Cris Martin, Ed.M. '06

Deborah Martin, A.B. '64

Diana Martin, A.B. '71

Edward Martin, A.B. '82

Jean Martin, A.B. '70 A.M. '73

Jeffrey Martin, J.D. '97

Jeremy Martin, A.B. '96

Joan Martin, Ed.M. '87

John Jeffries Martin, A.B. '75 Ph.D. '82

Julie Martin, A.B. '60

Linda Martin, A.B. '70

Malik Martin, J.D. '11

Michelle Martin, A.B. '95

NEIL MARTIN, A.B. '78

Peter Martin, A.B. '82

Ryan Martin, A.M. '07

Steven Martin, A.B. '72

Teri Martin, A.B. '73

Timothy Martin, A.B. '72

Toni Martin, A.B. '73

Joseph Martin Jr, A.B. '73

128

Alejandro Martinez, A.B. '73

Barbara Martinez, A.B. '00

Dorene Martinez, M.P.P. '04

Melanie Martinez, A.B. '95

Molly Martinez, A.B. '22

Nayely Martinez, M.B.A. '23

Serena Martinez, A.B. '18

Sarah Marie Martínez Poage, A.B. '05

Justin Martino, A.B. '91

Victoria Martino, A.B. '80

Ellen Martinsek, A.B. '07

Duncan Maru, A.B. '02

Sheela Maru, A.B. '03 M.P.H. '15

Vivek Maru, A.B. '97

Don Maruska, A.B. '72

Bridget Marvinsmith, A.B. '05

Cornelius Marx, A.B. '65 M.B.A. '67

Lucy Marx, A.B. '73

Sarah Marx, A.B. '89

Steve Marx, A.B. '68

Natacha Marzolf, LL.M. '99

Tobey Marzouk, J.D. '77

Dana Masalimova, M.P.A. '23

Stephanie Mashek, M.Arch. '87

Laura Maslow-Armand, J.D. '92 Dr.P.H. '69 J.D. '92

Andrew Mason, M.P.P. '87

Clyde Mason, A.B. '01

Elisabeth Mason, A.B. '87 Ed.M. '89

Julia Mason, A.B. '13

Kelly M Mason, A.B. '92

Kenneth Mason, A.B. '80

Peter Mason, A.B. '68

Phillip Mason, A.B. '72

Rafael Mason, A.B. '01

Ruth Mason, J.D. '01

Betsy Massar, M.B.A. '82

Paul Massari, A.B. '90 A.L.M. '14

John Massengale, A.B. '74

Michael Massing, A.B. '74

Ihab Massoud, M.B.A. '93

Rosemary Masters, J.D. '64

Suzette Masters, J.D. '86

Daniel Masterson, A.B. '12

Renee Matalon, A.B. '78 J.D. '81

Melissa Matarazzo, Ed.M. '05 Ed.M. '10 Ed.D. '14

Tim Mathern, M.P.A. '00

Andrew Matheson, M.B.A. '93

Philly Mathew, A.B. '24

Gary Mathews, A.B. '76

Jim Mathews, A.L.B. '22

129

John Mathews II, J.D. '07

Gary Mathias, A.B. '80

Ilea Mathis, A.B. '96

Anita Mathur, A.B. '96

Kay Matschullat, A.B. '77

Barbara Matson, A.B. '75

Akiko Matsumoto, Ed.M. '03

Carolee Matsumoto, Ed.D. '91

Maryam Matta, A.B. '23

Michael Matthay, A.B. '69

Craig Matthews, M.B.A. '17

Lisa Matthews, A.B. '82

Sandra Matthews, A.B. '73

Alice Mattice, A.B. '65 Dr.P.H. '75

Debra Mattina, Ed.M. '91

Kaia Mattioli, Ph.D. '19

Jane Matz, Ph.D. '73

Robert Maulitz, A.B. '68

Sumi Maun, M.B.A. '05

Tim Mauro, S.B. '92 A.L.M. '24

Joanna Mawhinney, Ed.M. '23

Daniel Max, A.B. '84

Robert Maxwell, M.P.P. '79 A.M. '77

Catherine May, A.B. '75

John May, M.B.A. '92

Sarah May, Ed.M. '15

Alexis Maybank, A.B. '97 M.B.A. '04

Marilyn Maye, M.A.T. '70

Andre Mayer, A.B.  '68

Elisabeth Mayer, A.B. '96

Theodore Mayer, J.D. '77

Serena Mayeri, A.B. '97

Matthew Mayers, A.B. '97

John Maynard, A.B. '63 Ph.D. '70

Florence Maynard (nee Michelson), A.B. '66

Elizabeth Mayo, J.D. '17

Claire Mays Poumadere, A.B. '81

Michelle Maziar, Ed.M. '13

Matthew Mazur, J.D. '04

Michael Mazzaferro, A.B. '77

Karen Mazze, M.B.A. '89

Carolyn Mazzone, A.B. '85

John Mazzone, A.B. '79

Robert Mazzone, A.B. '85

Nshuti Mbabazi, M.P.P. '10

Martin Mbaya, M.P.P. '08

James Mcaffrey, A.B. '26

Jeffery McAnallen, A.B. '78

Ashling McAnaney, A.B. '96

David McArthur, A.B. '69

John McArthur, M.P.A. '94

Catherine McCabe, J.D. '94

Joseph McCabe, A.B. '70 M.D. '74

Peter McCabe, M.B.A. '75

Ruth Mccabe-Sherwood, M.L.A. '86

Edward McCagg, A.B. '93

David McCahill, A.B. '09

Jane McCaleb, A.B. '71

Ross McCandless, A.B. '70

Carolyn McCandlish, A.B. '07

Emily McCann, A.B. '94 M.B.A. '99

Sheila McCann, OPM '96 '

Joseph McCarthy, Ed.D. '91

Marina McCarthy, Ed.D. '90

Michaelyn McCarthy, M.B.A. '08

Timothy McCarthy, A.B. '93

Kathleen McCarty, Sc.D. '05

Rebecca McCaughrin, A.B. '95 A.M. '98

Natalie McCauley, J.D. '19

Kishka McClain, A.B. '97

Julie McCleery, M.Ed. '95

Katherine McClelland, Ph.D. '85

William McClements, M.B.A. '92

Juliette McClendon, A.B. '09

Cynthia McClintock, A.B. '82 M.B.A. '86

Cynthia McClintock, A.B. '67

Amanda McClure, A.B. '88

Mary McClure, M.B.A. '81

Ethan McCollister, A.B. '20

Peter McConarty, A.B. '69

Stephen McConnell, A.B. '75 M.B.A. '77

William McConnell, J.D. '22

Coline McConville, M.B.A. '94

Andy McCord, A.B. '79

Charles McCormack, A.B. '71

Lindsey McCormack, A.B. '03

Tim McCormack, A.B. '92

Barry McCormick, A.B. '72

David McCormick, A.B. '68

Jason McCoy, A.B. '08

William Tucker McCrady, A.B. '87

Lon McCroskey, A.B. '73

Howard McCue, J.D. '71

Judith McCue, J.D. '72

James McDaniel, J.D. '78

Julie McDermott, A.B. '91

Mary McDermott, J.D. '80

Melanie McDermott, A.B. '84

William Shaw McDermott, A.B. '71

Robert McDiarmid, J.D. '63

Anna McDonald, M.P.H. '10

Glenn Mcdonald, A.B. '89

Michael McDonald, A.B. '62

Myles McDonnell, A.B. '92 RDI '92

Joseph McDonough, A.B. '81

Patience McDowell, A.B. '82

Rob McDuff, J.D. '80

Calvin McEachron, A.B. '12

Ann McElroy, M.B.A. '83

Barbara McEvilley, A.B. '93

Martha McFadden, M.D. '74

Susan McFarlane, A.L.M. '19

Jean McGarry, A.B. '70

Metta McGarvey, Ed.D. '10 M.T.S. '99

BRIDGER MCGAW, A.B. '97 M.P.P. '04

Kaitlin McGaw, A.B. '00

ROBERT McGAW, J.D. '72

Gerard McGeary, A.B. '04

James McGee, M.B.A. '80 D.B.A. '91

Blake McGhghy, A.B. '17

Amy McGill, A.B. '71

Brian McGill, A.B. '88

Elijah McGill, A.B. '24

James McGill, A.B. '72

Dennis McGillicuddy, A.B. '87 A.M. '89
Ph.D. '93

Natalia McGinn (Bedoya), A.B. '04

Julie McGinnis, M.B.A. '92

Patrick McGinnis, M.B.A. '04

Joe McGonegal, A.L.M. '13

Anna McGowan, A.B. '90

Eileen McGowan, Ed.M. '98 Ed.D. '04

Kerry McGowan, Ed.M. '02

David McGrady, J.D. '81

Cassandra McGrath, A.L.M. '17

Sarah McGrath, A.B. '96

Thomas Mcgrath, A.B. '76 M.B.A. '80

Patricia McGrath '73, A.B. '73

David McGregor, A.B. '63

Rachel McGregor, A.B. '00

Nancy McGregor Manne, J.D. '83

Jenna McGugan, A.B. '15

Edward McGuire, A.B. '60

Hugh McGuire, A.B. '85

Mark McGurl, A.B. '89

Kirk McInnis, A.B. '82 LL.M. '94

David McIntosh, A.B. '80 M.B.A. '84

Kenneth McIntosh, A.B. '58 M.D. '62

Adrianna McIntyre, Ph.D. '21

Casandra McIntyre, M.T.S. '92

Jane McIntyre, A.B. '85 Ed.M. '92

Charles McJilton, M.P.A. '24

Thomas McKean, A.B. '72

Carolyn McKee, A.B. '93

Kathleen McKee, A.B. '06 M.P.H. '20

Marc Mckee, A.B. '72

Patrick McKee, A.B. '07

Zoe McKee, A.B. '01 M.D. '16

Elizabeth McKenna, A.B. '08

JoAnn McKenna, A.B.  '65

Margaret McKenna, A.B. '70

Tjada McKenna, A.B. '96 M.B.A. '02

Theo McKenzie, A.B. '15

Liz McKeon, M.P.P. '97

Rebecca McKeown, A.B. '04

Andrew McKey, A.B. '80 M.B.A. '87

Miles McKey, A.B. '50 M.Div. '58

Laura McKiernan Boylan, A.B. '08

Megan McKinley, M.B.A. '86

Diarra McKinney, M.B.A. '08

Ashley Fiona McKinnon, A.B. '00

Elizabeth McKinsey, A.B. '70 Ph.D. '76

Ginger McKnight-Chavers, J.D. '88

Joel McLafferty, A.B. '75

Maureen McLane, A.B. '89

Alissa McLean, A.B. '93

Corin McLean, A.B. '07

Daniel McLean, A.B. '75

Jack McLean, A.B. '72

John McLean, M.Arch. '74

William McLennan, M.Div. '75 J.D. '75

Thomas McLeod, A.B. '71

Barry McLoughlin, M.P.A. '83

Nancy McLucas, A.B. '72

Eileen McMahon, Ed.M. '90

James McMahon, A.B. '75

Bruce McMeekin, A.B. '83

Leslie Ann McMillan, A.L.M. '25

Oba McMillan, A.B. '95

Christopher McMillen, A.B. '00

Maria McMorran, A.B. '94

Scott McMullin, A.B. '96

David McMurry, A.B. '95

Laura McMurry, Ph.D. '72

James McMurtry Longo, Ed.D. '94

Stephen McNabb, A.B. '78

Elizabeth McNamara, A.B. '91

Keith McNamara, A.L.M. '09

Kevin McNamara, A.B. '12

Tom McNamara, A.B. '73

Amy McNamer, A.B. '90

Bruce McNamer, A.B. '85

Ian McNeely, A.B. '92 Fellow '98

Jenna McNeill, A.B. '95

Mara McNeill, M.P.P. '95

Timothy McNeill, M.P.P. '79

Katherine McNerney, M.B.A. '04

Edith McNutt, M.D. '68

Mary Sara McPeek, A.B. '88 A.M. '88

Frank McPhillips, A.B. '76

Joan McRobbie, M.P.A. '03

Colin McRoberts, J.D. '04

James McShane, M.P.A. '92

Kevin McShane, A.B. '88

James McTigue, A.B. '69

Kathleen McVey, A.B. '66 Ph.D. '77

Ann McWhorter, J.D. '88

Roger Mead, A.B. '73

CJ Meadows, D.B.A. '96

Sharon Meager, A.B. '76

Adam Meagher, M.U.P. '07

Mary Meagher, A.B. '77

Nancy Meakem, A.B. '99

Andrea Mealey, A.B. '89

Jeffrey Mecaskey, S.M. '90

Kevin Mechenbier, A.B. '12

John Mecklin, M.P.A. '93

Janice Meckstroth, Ed.M. '99

Clara Medalie, A.B. '18

John Medearis, A.B. '85

David Mednicoff, J.D. '89 Ph.D. '07

Adam Medros, M.B.A. '04

Elizabeth Meers, A.B. '75

Mansi Mehan, M.P.A. '08

Rahul Mehendale, M.B.A. '03

Robert Mehler, A.B. '59

Mira Mehta, M.B.A. '14

Rohan Mehta, M.B.A. '24

David Meikle, A.B. '73

Michael Meints, PLDA '22

Amir Meiri, M.P.H. '20

Matthew Meisel, A.B. '07

Jake Meiseles, J.D. '19

Deborah Meister, A.B. '90

Kenneth Meister, A.B. '73

Sarah Meister, M.Div. '18

Camilo Mejia, A.B. '04 J.D. '09

Sushmita Meka, M.P.P. '12

Brian Melendez, A.B. '86 J.D. '91 M.T.S. '91

Catherine Melina, M.L.A. '96

Emily Mellen, Ph.D. '25

Amy Mellencamp, Ed.M. '81

John Mellman, A.B. '66

Jane Melnick, A.B. '72

Cori Meltzer, A.B. '92

Donald Meltzer, A.B. '79

Charlie Melvoin, A.B. '10

Jeffrey Melvoin, A.B. '75

Richard Melvoin, A.B. '73

Jeanne Menary, Ed.D. '87 Ed.M. '82

Priscilla Mendenhall, A.B. '74

Raymond Mendez, A.B. '76 M.B.A. '79

Stacy Mendez, A.B. '94

Adrienne Mendle, J.D. '15

Surya Mendonca, M.B.A. '04

Ivan Mendoza, LL.M. '23

Kimberly Mendoza, M.P.H. '21

Patricia Mendoza, A.B. '80

Sharie Mendrey, J.D. '00

Adele Menichella, A.B. '82

Marcy Menitove, A.B. '72

Ndidi Menkiti, A.B. '06

Ajita Menon, M.P.P. '09

Evonne Meranus, A.B. '93 M.P.A. '00

Karen Mercado Leyva, A.B. '95

John Mercer, A.B. '68

Jeanne Merino, A.B. '82

Zhenya Merkulova, A.B. '80

Elizabeth Mermin, A.B. '93

John Mernit, A.B. '71

Ann Merrill, A.B. '77

Erich Merrill, J.D. '83

Peter Merrill, A.B. '76 Ph.D. '82 S.M. '77

Deborah Merritt, A.B. '77

Elizabeth Merritt, J.D. '80

Kate Merritt, M.B.A. '79

Paul Merry, A.B. '66

Patrick Mertens, CSS '89

Margaret Meserve, A.B. '92

Richard Meserve, J.D. '75

Ine Mesia, M.P.H. '25

Jillian Meskell, A.M. '04

Jacqueline Mesnik, A.B. '01

Frances Messano, A.B. '02 M.B.A. '08

Robert Messer, A.B. '91

Clare Messerschmidt, M.B.A. '19

Gilbert Metcalf, Ph.D.  '88

Gilbert E Metcalf, Ph.D. '88

Jonathan Metzger, A.B. '89

Jamie Metzl, J.D. '97

Ian Metzler, M.D. '13

Nicholas Meunier, A.B. '02

Elisabeth Meurer, Ed.M. '97

Abigail Meyer, A.B. '63

Alicia Carrasquillo Meyer, A.B. '00

Anne Meyer, A.B. '69 Ed.M. '73 Ed.D. 1983

Christian Meyer, A.B. '91

Elisabeth Meyer, A.B. '15

Eve Meyer, A.B. '09

George Meyer, A.B. '15

Mallory Meyer, Ed.M. '15

Naomi Meyer, A.B. '91

Robert Meyer, A.B. '62 M.B.A. '64

Peter Meyerdirk, A.B. '00

Kathrine Meyers, A.B. '98 M.P.P. '2

Peter Meyers, A.B. '75

Nandini Meyersohn, A.B. '03 M.D. '09

Chi Mgbako, J.D. '05

Sabeen Mian, M.B.A. '08

Andrew Michaels, A.B. '90

Heather Michaels, A.B. '12

Linda Michaels, A.B. '87

Robert Michalski, A.B. '85

Peter Michaud, A.B. '72

Dave Michels, M.B.A. '99

Wolfgang Michelsen, A.B. '56

Willa Michener, M.P.A. '80

Katherine Miclau, A.B. '20

Paul Micou, A.B. '81

Richard L. Middaugh, A.B. '60

Christopher Middendorf, A.B. '74

Bennett Midlo, A.B. '82

Michael Miele, M.B.A. '92

Alexandra Mihalek, A.B. '10

Eugene Mihaly, A.B. '56

Lisa Mihaly, A.B. '83

Kimberly Mihayo, A.B. '15

Jonathan Mijs, Ph.D. '17 A.M. '14

Angela Miklavcic Brandon, A.B. '00

Adam Milano, Ed.M. '24

Sarah Milburn, Ed.M. '82

Hannah Milem, A.B. '13

Alan Miles, M.B.A. '92

Tiya Miles, A.B. '92

Lauren Milgroom (Godles), J.D. '17

James Milkey, A.B. '78 J.D. '83

James Millar, M.B.A. '92

Anthony Miller, A.B. '66

Ari Miller, A.B. '96

Barry Miller, J.D. '78

Benjamin Miller, A.B. '02

Caroline Miller, J.D. '79

Christopher Miller, A.B. '89

Daniel Miller, A.B. '97

David Miller, A.B. '64

Edward Miller, M.B.A. '72

Edward Miller, A.B. '70

George Miller, J.D. '79 M.P.A. '79

Gregory Miller, A.B. '75

Harry Miller, A.L.B. '99

Haynes Miller, A.B. '70

Jackson Miller, M.P.P. '20

Jasmine Miller, A.B. '13

Jennifer Miller, A.B. '91

Jesse Miller, A.B. '71

John Miller, J.D. '15

Julian Miller, A.B. '07

Karen L Miller, A.B. '71

Katharine Miller, A.B. '80

Laura Miller, M.D. '93

Lawrence Miller, A.B. '73 M.D. '78

Marc Miller, J.D. '72

Michelle Miller, A.B. '85

Michelle Miller, M.Arch. '12 M.Arch. '

Montana Miller, A.B. '96

Rachel Miller, A.B. '84

Randy Miller, A.B. '13

Richard Miller, A.B. '81

Rosalia Miller, M.P.A. '12

Sarah Miller, J.D. '23

Sophie Miller, M.P.H. '11

Susan Miller, A.B. '66

Alexandra Millet, A.B. '13

Eric Millican, A.B. '03

Melvin Milligan, A.B. '70

Stephen Milliken, A.B. '73

Emily Milliman, M.L.A. '13

Richard Millington, A.B. '75

Holly Million, A.B. '87

J. Travis Millman, A.B. '89

Carol Mills, M.Arch. '76

Gregory Mills, A.B. '73 Ph.D. '81

John Mills, A.B. '75 M.P.A. '92

Margaret Ann Mills, A.B. '68 Ph.D. '78

John Millspaugh, M.Div. '01 M.P.A. '01

Sarah Gibb Millspaugh, M.Div. '03

Susan E. Milmoe, A.B. '65 Ph.D. '74

Marie Milnes-Vasquez, J.D. '92

Gerald Mimno, A.B. '64 M.Des. '71

Chris Min, A.B. '89

Dave Min, J.D. '02

Margot Minardi, A.B. '00 A.M. '03 Ph.D. '07

Shifra Mincer, A.B. '09

Janet Mindes, A.B. '69

James Minicozzi, M.P.A. '00

Reva Minkoff, A.B. '08

Owen Minott, A.B. '80

Lisa Minsky-Primus, A.B. '94

Betty Mintz, A.B. '75

Deborah Mintz, Ed.M. '85

Meredith Mira, Ed.D. '13

Robert Mishev, M.B.A. '04

Anupam Mishra, A.B. '98 M.B.A. '04

Gary Missner, M.B.A. '84

Aaron Mitchell, M.B.A. '11

Brian Mitchell, A.B. '03

Deborah Mitchell, A.B. '95 M.D. '05

Emily Mitchell, A.B. '96

Malcolm Mitchell, A.B. '57

Robert Mitchell, A.B. '62 M.B.A. '67

Stephen Mitchell, A.B. '72

Anna Mitran Brennan, A.B. '13

Siddhartha Mitter, A.B. '89

Tamara Mittman, A.B. '04

Richard Mixter, A.B.  '73

Sara Mixter, A.B. '04 M.D. '10 M.P.H. '10

Yasuteru Miyamoto, M.B.A. '94

James Mnookin, A.B. '67

Jacob Model, A.B. '07

Elizabeth Moderi, A.B. '04

Catherine Modica, Ed.M. '97

Michael Moffat, M.B.A. '02

Tom Moffatt, A.B. '87

Christopher Moffo, A.B. '04

John MOGOLLON, A.B. '82

Nadia Mohamedi, A.B. '08

Smrithi Mohan, A.L.M. '23

Zahir Mohyuddin, A.B. '86 M.B.A. '92

Thabang Molapo, M.P.A. '25

Peter Molberg, A.B. '69

Carol Moldaw, A.B. '78

Jessy Molina, A.B. '99

Rosalino Molina, M.B.A. '22 M.P.P. '22

Kathleen Molinsky, A.B. '89

Alexandra Molnar, A.B. '96

Elizabeth Molodovsky, A.B. '62

Kevin Moloney, A.B. '63

Kevin Moloney, A.B. '62

Guy Molyneux, A.B. '83

Masum Momaya, Ed.D. '07

David Monahan, EXT '87

Laurie Monahan, Ph.D. '97

Priya Bhatia Monahan, A.B. '90

Robert Monahan, A.B. '76

Cesar Monarrez, A.B. '15 M.P.A. '22

Juan Mondragon, M.P.A. '14

Julia Monfrini Peev, M.P.A. '16

Brittany Moniz, Ed.M. '21

Linda Monk, J.D. '83

Thomas Monk, A.B. '76

Tevie Monk Givens, M.B.A. '12

Sylvester Monroe, A.B. '73

Tracy Monroe, A.B. '86

Kareem Montague, A.B. '95

Jessica Montalvo, A.B. '00

Carol Monteleoni, A.B. '67

Philip Monteleoni, A.B. '65

Deborah Montes, A.B. '16

Anne Montgomery, A.B. '10

Charlie Montgomery, A.B. '85

Jennifer Ross Montgomery, A.B. '85

Ana Patricia Montoya, Ed.M. '83

Philip Monu, A.B. '10

Lucien II Moolenaar, M.P.H. '71

Karen Moon, M.B.A. '08

Laura Moon, A.B. '88

Robert Mooney, A.B. '85 M.T.S. '94

Thomas Mooney, M.B.A. '01

Lynne Mooney Teta, A.B. '90 Ed.M. '95

Allan Moore, A.B. '86 J.D. '90

Barbara Moore, A.B. '71

Caleb Moore, S.B. '23

Christopher Moore, A.B. '86

Dan Moore, A.B. '77

Darren Moore, M.P.H. '24

David Moore, Ed.D. '77 Ed.M. '76

Elizabeth Moore, A.B. '68

Emma Moore, A.B. '07

Erin Moore, A.B. '98

Gregory Moore, Ph.D. '85

Harrison Moore, A.B. '24

Jessica Moore, A.B. '06

Leona Moore, M.B.A. '75

Martha Moore, A.B. '80

Meredith Moore, A.B. '01

Merry Ann Moore, A.B. '84

Molly Moore, A.B. '17 Ph.D. '24

Richard Moore, A.B. '71

Shanequa Moore, M.P.A. '25

Thomas Moore, A.B. '98

Trevena Moore, M.D. '97

139

William Moore, Ed.M. '02

Tracy Moore II, A.B. '06

Brittany Moorefield, A.B. '06

Janet Moos, A.B. '81

Edward Mopsik, D.M.D. '67

William Morain, M.D. '68

Andreina Morales, M.B.A. '07

Angel Morales, A.B. '96 M.B.A. '00

Angie Morales, A.B. '13

Cassey Morales, M.B.A. '00

Daniel Morales, A.B. '05

Isela Morales, A.B. '98

Anastasia Moran, A.B. '17

Kaitlin Moran, Ed.M. '20

Jo Ann Moran Cruz, A.B. '66 '

Elizabeth More, Ph.D. '12

Kirsten Morehouse, Ph.D. '25

Timothy Morehouse, A.B. '85 A.M. '95

Alejandro Emmanuel Moreno, J.D. '08

Andrea Moreno, A.B. '12

John Mason Morfit, A.B. '63

Harry Morgan, M.D. '74

Maggie Morgan, A.B. '04 J.D. '11

Miles Morgan, A.B. '65 Ph.D. '80

Philip Morgan, A.B. '70 M.B.A. '74

Stephen Morgan, Ed.M. '72 A.B. '70

Susanna Morgan, M.B.A. '96

Amy Zucker Morgenstern, M.Div. '00

Joshua Morgerman, A.B. '92

Martha Morkan Dennison, M.P.A. '98

Franco Mormando, Ph.D. '83 A.M. '79

Alison Morris, A.B. '90

Allston Morris, A.B. '72

Amoretta Morris, M.P.P. '09

I Wistar Morris, M.B.A. '70

Katherine Morris, A.B. '95

Marie Morris, A.B. '85

Priscilla Morris, A.B. '63

Sarah Morris, A.B. '91

Vivien Morris, A.B. '75

Douglas Morrison, A.B. '84

Hilary Morrison, A.B. '81

Janet Morrison, A.B. '75

Nan Morrison, M.B.A. '87

Robert Morrison, A.B. '93

Sara Morrison, A.B. '03 A.M. '03

Susan Morrison, A.B. '82

Archie Todd Morrison III, A.B. '81

Jennifer Morrissey, A.B. '93

Karen Morrissey, A.B. '85

Lou Morsberger, A.B. '85 M.B.A. '89

Alan Morse, A.B. '59 M.B.A. '62

Anne Nishimura Morse, A.B. '78 A.M. '80 Ph.D. '09

Cecily Morse, A.B. '62

Richard Morse, J.D. '74

Ben Morss, A.B. '91

Leila Morsy, Ed.D. '11 Ed.M. '06

Eric Mortensen, A.B.  '80

Breah Mortenson, J.D. '13

Allen Morton, A.B. '76

Allyson Morton, Ph.D. '18

Alyssa Morton, M.B.A. '16

Deborah Morton, A.B. '03

Théa Morton, A.B. '07

Nick Moschovakis, A.B. '91

Ruth Moscovitch, A.B. '69

Jane Moscowitz, J.D. '77

Boaz Moselle, Ph.D. '95

Lauren Moses, M.B.A. '07

Rondo Moses, A.B. '84

Valarie Moses, A.B. '91

Deane Mosher, M.D. '68

Jenna Moskowitz, Ed.M. '96

Victoria Moskowitz, Ed.M. '88

Ben Mosley, Ed.M. '22

Ali Moss, A.B. '05

Glenn Most, A.B. '72

Brooks Mostue, A.B. '69 M.Arch. '76

Philip Mote, A.B. '87

Herbert MOTLEY, A.B. '65

Teri Motley, A.B. '65

Andrew Mott, A.B. '62

Sarah Moug, M.P.H. '22

Matthew Mougalian, A.B. '99

Nicole Moulia, A.B. '21

Sylvie Moulin, M.P.P. '95

Anne Moulton, A.B. '71

Mark Moulton, A.B. '75

Seth Moulton, A.B. '01 M.B.A. '11

Pedro Moura, A.B. '09

Aris Moustakas, Ph.D. '96 A.M. '92

Kiya Movassaghi, M.D. '95 D.M.D. '93

Hal Movius, A.B. '87

Diane Mowrey, M.Div. '87

Hawnyea Moy, J.D. '09

Margaret Muckenhoupt, A.B. '88

Jeremy Mudd, A.B. '12

Santiago Mueckay, M.P.P. '19

Philip Muelder, M.B.A. '04

Gretchen Mueller, A.B. '73

Henry Mueller, A.B. '77

Pauline (Pam) Mueller, J.D. '08

Robert Mueller, Ed.D. '84 Ed.M. '80

Simon Mueller, M.P.A. '15 '

Ada Muellner, A.B. '95

Cora Mukerji, Ph.D. '20

Molly Mulcahy, A.L.M. '24

Patricia Muldowney, A.B. '84 M.P.P. '89

Mark Mulgay, Ed.M. '84

Scott Mullen, OPM '14

Francesca Muller, A.B. '93 J.D. '97

Amy Mullin, A.B. '85

Katie Mulroy, Ed.M. '15

Sascha Mundstein, M.A. '95

Saadia Munir Hammad, Ed.M. '24

Elizabeth Munnell, A.B. '73 J.D. '79

Alfredo Munoz, M.P.A. '24

Carol Munroe, A.B. '70

Erika Munson, A.B. '81

Kitty Munson Cooper, A.B. '72

Jerry Muntz, J.D. '79

Kindra Muntz, A.B. '65

Sheila Murnaghan, A.B. '73

Hillary Murnighan, A.B. '90

David Murphy, A.B. '75

Elaine Murphy, Ed.M. '78

Erin Murphy, J.D. '99

James Murphy, A.B. '68 J.D. '73

Kevin Murphy, A.B. '97

Kevin Murphy, A.B. '80

Laura Murphy, Ph.D. '08

Sarah Murphy, A.B. '17

Scott Murphy, A.B. '92

Eileen Murphy-McNamara, A.B. '85

Ethan Murray, A.B. '05

Gail Murray, M.P.A. '92

Kathleen Murray, AMP '93

Kathleen Murray, J.D. '83

Lee Murray, S.B. '07 M.A. '12 Ph.D. '13

Margaret Murray, A.L.M. '86

Michael Murray, M.B.A. '92

Patricia Murray, A.B. '62

Robinson Murray, A.B. '69

Tara Murray, J.D. '06

Denise Murray Edwards, M.T.S. '87

James Murrett, A.B. '06

Danielle Murstein, MD, A.B. '78

Sharmila Murthy, J.D. '03 M.P.A. '03

Hina Musa, M.P.A. '22

Sarah Muscat, A.B. '80

Lissa Muscatine, A.B. '76

David Mushatt, M.D. '86

Charlene Music, A.B. '04

Shannon Music, A.B. '03 M.B.A. '07 M.P.A. '08

Sammy Mustafa, M.M.Sc. '25

Paul Muther, A.B. '67

Hisayoshi Muto, Ed.M. '06

Ben Mutschler, A.B. '87

Angela Tsang Myers, A.B. '06

Dayne Myers, J.D. '88

Emily Myers, M.P.A. '11

Mary Myers, Ed.M. '90

Stephen Myers, A.B. '66

Debra Myers, MD, PsyD, M.D. '77

Joseph Myerson, A.B. '69

Roger Myerson, A.B. '73 Ph.D. '76

Ian Myjer, A.B. '14

Jamil Myrie, A.B. '97

Barbara Nabrit-Stephens, A.B. '72

Matthias Nachtnebel, M.P.H. '09

Gilly Nadel, J.D. '98

Mohan Nadkarni, A.B. '85

Andrew Nadler, A.B. '70

Scott Nadler, A.B. '75

CALVIN NAFZIGER, M.D. '68 M.P.H. '75

Hiromu Nagahara, Ph.D. '11

Zoe Nagasawa, A.B. '25

John Nagurney, A.B. '66 M.P.H. '77

Stephanie Nahas-Geiger, A.B. '96

Frank Nahigian, A.B. '55

Cameron Naimi, A.B. '91

Timothy Naimi, A.B. '86 M.P.H. '91

W. Robert Naito, A.B. '75

Hiroya Nakakubo, LL.M. '90

Hani Nakhoul, A.B. '07

Teresa Nakra, A.B. '92

Deipanjan Nandi, A.B. '04

Nancy Nanka-Bruce, A.B. '99

Katherine Nappi, A.B. '91

Allen Narcisse, M.B.A. '05

Jennifer Nash, A.B. '01 J.D. '04 Ph.D. '09

Richard Nash, A.B. '92

Ethan Nasr, A.B. '96

Hasan Nasrallah, M.Div. '82

Edward Nasser, J.D. '18

Edward Nathan, A.M. '78 Ph.D. '82

Linda Nathan, Ed.D. '95

Samuel Nathan, A.B. '77

Elizabeth Nathan Saunders, A.B. '00

Alberto Navarro - Castex, LL.M. '89

Adrija Navarro-Traxler, Ph.D. '24

Chetan Nayak, A.B. '92

Mary (Polly) Nayak, A.B. '68

Zehra Naz, A.B. '15

Hamna Nazir, A.B. '17

Samantha Neakrase, M.P.A. '12

Adam Neaman, A.B. '91

Nataliya Nedzhvetskaya, A.B. '14

Jesse Needleman, A.B. '00

Taylor Neff, A.B. '77

Margaret Neff Singleton, A.B. '62

Gary Negbaur, A.B. '89

Judith Neibrief, J.D. '74

Jason Neidleman, Ph.D. '99

Erika Neil, A.B. '88

Jim Neill, A.B. '89

Susan Neiman, A.B. '77 Ph.D. '86

Ken Neisser, J.D. '79

Winifred Neisser, A.B. '74

Andreas Nelle, M.P.A. '91

Christianna Nelson, A.B. '95

Connie Nelson, Ed.M. '93 Ed.D. '02

Eliot Nelson, A.B. '74

Kristin Nelson, A.B. '73

Luella Nelson, J.D. '76

Marion Nelson, A.B. '66

Philip Nelson, Ph.D. '84

Richard Nelson, A.B. '74 M.D. '80

Robert Nelson, A.B. '76

Seth Nelson, M.P.P. '18

Susan Nelson, Ph.D. '78

Guenevere Nelson-melby, Ed.M. '98

Seymour Martin Nemirow, A.B. '60

Louise Nemschoff, A.B. '72

Lionel Neptune, M.B.A. '86

Meghana Nerurkar, Ed.M. '23

Barbara Nesbet, A.B. '90

Laura Nesbitt Lowe, A.B. '73

Rita Nethersole, A.B. '74

Jenny Netzer, A.B. '76 M.P.P. '82

Inga Neuberger, A.B. '85

Burt Neuborne, J.D. '64

Bryn Neuenschwander, A.B. '02

Amy Neuhardt, A.B. '90

Ben Neumann, Ed.M. '06

David Neuville, J.D. '85

Sarah Newberry, A.B. '85

Jane Newbold, A.B. '16

Nora Newcombe, Ph.D. '76

Suzanne Newcome, M.B.A. '99

Ariana Newcomer, A.B. '77

Cornelia Newell, A.B. '79

Susan Newell, A.B. '84

George Newhouse, A.B. '76

William Newkirk, A.B. '72

Nick Newlin, A.B. '81

Fredric Newman, A.B. '67

Martha Newman, A.B. '80

Nancy Newman, M.D. '84

Paul Newman KC, LL.M. '90

Kristin Newton, Ed.M. '95

Lesley Newton, B.S. ' No degree year

Christopher Newton-Cheh, M.P.H. '04

Daniel Nexon, A.B. '95

David Nexon, A.B. '66

Norman Nexon, A.B. '70

Mallory Nezam, M.Des. '18

Lillian Ng, A.B. '92

Monica Ng, Ed.M. '08 Ed.D. '17

Sarah Ng, A.B. '95

Kevin Nguenkam, M.B.A. '22

Bach Nguyen, A.B. '25

Ben Nguyen, A.B. '88 M.D. '92

Christina Nguyen, A.B. '16

Hoang Nguyen, A.B. '95

Hoang-Oanh Nguyen, A.B. '05

Hung Nguyen, A.B. '04

Jennifer Nguyen, S.B. '26

Kim Nguyen, A.B. '02

Phuong-Vien Nguyen, A.B. '86

Thomas Nguyen, A.B. '95

Michael Nguyen-Mason, Ph.D. '26

Diep Nguyen-van Houtte, A.B. '95 M.P.P. '98

Brenna Nicely, Ed.M. '23

Alexandra Nicholson, A.B. '84

Laura Nicholson, A.B. '09 M.D. '18

Susan Nicholson, J.D. '84

Andrew Nickerson, A.B. '24

John Nickerson, A.B. '89

Mary Nicodemus, A.L.M. '17

Deborah Niedermeyer, A.B. '76

Kyle Niedzwiecki, A.B. '98

Arthur Nielsen, A.B. '68

Maria Nielsen, Ext. Sch. '16

Mark Nielsen, A.B. '86 J.D. '89

Roberta Nielsen, A.B. '88

Annika Nielsen-Kim, A.B. '15

David Niemiec, A.B. '72 M.B.A. '74

Elizabeth Niemiec, A.B. '04

Melanie Niemiec, A.B. '71 M.B.A. '75

145

Eliot Nierman, A.B. '71 M.D. '76

Judith Nies, Radcliffe Institute '93

Margaret Nietfeld, A.B. '15

Danny Nieves-Kim, S.B. '10

Stephen Nightingale, A.B. '67

Lise Nigrovic, M.D. '97 M.P.H. '05

Peter Nigrovic, M.D. '95

Bijan Niknam, Ph.D. '23

Evangelos-Marios Nikolados, A.L.B. '16

Ashok Nimgade, A.B. '80 S.M. '83

Rekha Nimgade Doraiswamy, A.B. '77

Novisi Nirschl, A.B. '99

Jane Nishimura, A.B. '82

Nozomi Nishimura, A.B. '98

Paul Nisson, A.B. '75

Yiqiao Niu, M.E. '23

Nava Niv-Vogel, M.P.H. '00

Claire Nivola, A.B. '69

Morgan Nixon, Ed.M. '20

Jane Nober, A.B. '86 J.D. '90

Cyrus Noble, A.B. '89

Elise Noble, A.B. '69

John Noble, A.B. '75

Kesaya E Noda, M.Div. '87

Alva Noe, Ph.D. '95

Felipe Noguera, A.B. '77 '

Patricia Nolan, A.B. '80

Sarah Nolan, Ph.D. '94 M.P.A. '09

Sharyn Nolan, A.L.M. '09

Brandon Nolasco, M.R.E. '24

James Noonan, Ed.D. '16 Ed.M. '10

John Noran, A.B. '73

Charles Norchi, A.B. '79

Erik Nordbye, Th.D. '24 M.Div. '14

Jane Norgren, A.B. '63

Emma Normoyle, M.P.P. '25

Lorrie Norrington, M.B.A. '89

Suzanne Norris, A.B. '98 M.B.A. '03

Judith Norsigian, A.B. '70

Danny North, A.B. '85

Dylan Norton, A.B. '93

Emily Norton, M.P.P. '95

Scott Norton, M.B.A. '92

Albert Norweb, M.B.A. '10 M.P.A. '10

Suzanne Nossel, A.B. '91 J.D. '96

Jennifer Notkin Nielsen, A.B. '82

Amanda Nottke, Ph.D. '11

Jehane Noujaim, A.B. '96

Sam Novey, A.B. '11

Olivia Novick, A.B. '17 M.P.P. '24

146

Pamela Lee Novick, A.B. '76

David Nowakowski, A.B. '95 A.M. '95

Kelsey Nowell, A.B. '13

Pendred Noyce, A.B. '77

Dan Noyes, A.B. '72

Jean Philbert Nsengimana, M.P.A. '20

Thomas Nunan, A.B. '15

Julia Nunan-Saah, A.B. '11

Anne-Marie Nunez, A.B. '93

Antonio Nunez, LL.M. '90

Charles Nunez, A.B. '61

Dorien Nunez, A.B. '80 M.B.A. '84

Felix Nunez, M.D. '95

Robert Nunn, M.B.A. '86

Nadia Nurhussein, A.B. '96

Jean Nusbaum, A.B. '82

Jennifer Nuzzo, S.M. '01

Chike Nwankwo, A.B. '95

Chukwuemeka Nwanze, A.B. '00 M.M.Sc. '13

Alozie Nwosu, A.B. '95

Licha Nyiendo, A.B. '97

Wendy Nylen, A.B. '84

Amanda O'Bannon, A.B. '78

Conan O'Brien, A.B. '85

Jane O'Brien, A.B. '72

John O'Brien, A.B. '01

Katharine O'Brien, A.B. '04

Kevin O'Brien, A.B. '74 J.D. '79

Lucy O'Brien, A.B. '92

Matthew O'Brien, A.B. '07

John O'Brien, A.B. '72

Matthew O'Brien, A.L.M. '24

Robert O'Brien, A.B. '75

Tim O'Bryhim, A.L.M. '23

Chandler O'Connell, A.B. '09

Kristin O'Connell, A.B. '65

Ryan O'Connell, A.B. '73

Daniel O'Connell, A.B. '70 J.D. '74

Cailin O'Connor, A.B. '06

David O'Connor, A.B. '77

Delia O'Connor, A.B. '70

Kathleen O'Connor, A.B. '79

Peter O'Connor, A.B. '98

William O'Connor, A.B. '71

Eileen O'Connor, A.B. '00

Nuala O'Connor, Ed.M. '92

Jenny O'Donnell, M.M.Sc. '11 Sc.D. '17

Diane O'Donoghue, R.D.I. '17

Deborah O'Driscoll, M.D. '83

Corey O'Hara, A.B. '96

Harry T O'Hare Jr, A.B. '71 M.B.A. '75

Sean O'Keefe, A.B. '95

Joanna O'Leary, A.B. '03

Rachel O'Leary, M.P.P. '11

Nicole O'Loughlin, A.B. '12

Doug O'Malley, A.B. '01

Ryan O'Meara, A.B. '18

Paul O'Moore, A.B. '79

Sean O'Neill, J.D. '15

Ellen O'Neill, A.B. '85

Timothy O'Neill, A.B. '72

Edward O'Rourke, A.B. '72

Jennifer O'Shea, A.B. '90

Philip O'Sullivan, A.M. '25

Katherine O'Sullivan, A.B. '93

Rachel Oakes, A.B. '93

Paul Oakley, A.B. '70

Stephanie Oana, A.B. '87

Danielle Oberbeck, A.B. '02 Ed.M. '09

Lukas Oberhuber, A.B. '90

Brett Oberman, A.B. '80

Michael Oberst, A.B. '12

Adrian Obleton, M.B.A. '23

Sabrina Ochoa, J.D. '24

Robyn Ochs, Ed.M. '89 CSS '87

Howard Ockman, A.B. '73

Arden OConnor, A.B. '00 M.B.A. '08

Peter Oconnor, M.B.A. '69

Robert Oden, A.B. '69 Ph.D. '75 Th.M. '75

Michael Odza, A.B. '73

Stephen Oesterle, A.B. '73

Pat Oey, Ed.M. '87

Timothy Oey, A.B. '84

Carl Offner, A.B. '64 Ph.D. '78

Liliane Offredo-Zreik, M.B.A. '00

Pierce Ogden, Ph.D. '19

Melina OGrady, Ed.M. '02

Yemi Ogunleye, S.M. '09

Barbara Ogur, A.B. '69

Brian Oh, A.B. '15

Oluwalani Oisaghie, A.B. '19

Lenna Ojure (Peters), A.B. '70

Megumi Oka, A.B. '81

Etsuko May Okajima, M.B.A. '00

William Okerman, A.B. '76

Mark Okerstrom, M.B.A. '04

Susan Okie, A.B. '73 M.D. '78

Nnamdi Okike, A.B. '02 J.D. '09 M.B.A. '09

Osaremen Okolo, A.B. '17

Sonja Okun, A.B. '93 M.B.A. '02

Anne Olcott, A.B. '85

Jacqueline Old Coyote, Ed.M. '04

Chad Oldfather, A.B. '90

Jacqueline Olds, A.B. '67

Vincent Oletu, S.B. '09

Ellen Oliensis, Ph.D. '91

Jane Oliensis, A.B. '79

Jaqueline Oliveira-Cella, Exec. Ed. '24

James Oliver, M.D. '94

Kristina Oliver, J.D. '07

Pilar Olivo, A.B. '88

Peter Olney, A.B. '73

Sulayman Oloritun, A.B. '25

Peter Olrich, A.B. '90

Gavin Olsen, A.B. '21

Rachelle Olsen, Ph.D. '11

Robert Olsen, A.B. '66

Sara Olsen, M.B.A. '99

Regina Olshan, A.B. '85

Andrew Olson, A.B. '84

Bradley Olson, A.B. '03 M.B.A. '08

Catherine Olson, A.B. '90

Conlan Olson, A.B. '22 Ed.M. '23

David Olson, A.B. '72

John Olson, A.B. '71

Peter Olson, A.B. '72 M.B.A. '76 J.D. '76

Shelbi Olson, A.B. '14

Thomas Olson, J.D. '82

Winston Olson-Duvall, A.B. '98

Daniel Olszewski, M.B.A. '92

Rodney Omachi, M.D. '68

Pascal Onillon, M.B.A. '95

Lauren Onofrey, A.B. '12

Andrew Opel, A.B. '86

David Oppenheimer, J.D. '78

Joshua Oppenheimer, A.B. '97

Jon Ording, A.B. '71

Linda Ordogh, A.M. '95

Susan Ordway, A.B. '86

Liliana Orellana, Ph.D. '07

Aaron Orenstein, M.Arch. '12

Katie Orenstein, A.B. '90

Rosanna Orfield, A.B. '98

Ling Orgel, A.B. '90

Nancy Oriol, M.D. '79

Fredrick Orkin, M.D. '68 S.M. '01

Karen J. Orlin, J.D. '72

Ann Orloff, A.B. '75

Kim Ornelas, J.D. '82

Alia Ornstein, A.B. '02

149

Aileen Ortega, J.D. '92

Jessica Orthman-Queen, A.B. '04

Andrea Ortiz, A.B. '16

Ronald Ortiz, A.B. '80

Camila Ortiz de Zevallos, M.B.A. '22

Robin Orttung, A.B. '84

Bohdan Oryshkevich, M.P.H. '83

Steven Orzack, Ph.D. '84

Emilie Osborn, A.B. '69

Judy Osborn, J.D. '85

Elizabeth Osborne, A.B. '80

Kerrington Osborne, J.D. '87

Robert Osborne, A.B. '76 J.D. '79

Raymond Osbun, A.B. '75

Sara Oseasohn, A.B. '74 M.Arch. '77

Ted Osius, A.B. '84

Lori Osmundsen, J.D. '92

Diego Osorio, M.P.A. '09 Fellow '24

Henry Oster, M.D. '71

Thomas Osteraas, A.B. '88

Emily Ostermeyer, M.E. '18

Grey Osterud, A.B. '71

Eze Osuagwu, A.L.B. '15

David Otero, A.B. '99

David Othmer, A.B. '63 M.B.A. '66

Andrew Ott, A.B. '92 M.P.A. '03

Teresa Ou, A.B. '96 J.D. '99

Mounir Ouanaimi, A.L.M. '24

Sally Ourieff, M.D. '86

The Rev. Martha Overall, A.B. '69

Paul Overby, M.B.A. '88

Alison Overholt, A.B. '98

Catherine Overholt, S.M. '83

Catherine Overholt, Dr.P.H. '80 Dr.P.H. '83

Christopher Owens, A.B. '83

Ivy Owens, A.B. '03

Miriam Owens, A.B. '08

Ross Owens, A.B. '69

Cheryl Owens-Howard, D.B.A. '83 M.B.A. '75

Uzoma Owunna, A.B. '96

Jackie Owusu-McKenzie, M.D. '99

David Oxtoby, A.B. '72

Kenneth Oye, Ph.D. '83

Oyinda Oyelaran, A.M. '01 Ph.D. '05

Deborah Oyer, M.D. '87

Elaine Pace, M.P.A. '00

Adam Pachter, A.B. '92

Lauren Packard, A.B. '11

Alex Packer, A.B. '72 Ed.M. '73

William Packer, M.P.A. '20

Angela Padilla, A.B. '87

Nelia Padilla, A.B. '00

Margaret Mais Padnos, A.B. '70

Dominique Padurano, A.B. '93

Jonathan Paek, A.B. '20

Gaude Paez, A.B. '96

Mariela Paez, Ed.D. '01 Ed.M. '96

Stefan Pagacik, A.B. '79

Julia Page, Ph.D. '22 M.D. '24

Rodney Page, J.D. '71

Shippen Page, A.B. '69

Tovis Page, M.T.S. '98 Ph.D. '08

Charlotte Page Crane, M.D. '16

Lucas Paglia, A.B. '93

Lisa Paige, A.B. '80

Cedric Paine, A.B. '69

Thomas Paine, A.B. '70 M.L.A. '74

Richard Paisner, A.B. '70 J.D. '74

Alejandro Paiuk, M.B.A. '07

Mary Clements Pajak, A.L.B. '89

Koushik Pal, M.P.A. '05

Doris Palc, A.B. '47

Mary Palermo Stone, A.B. '77

Ginette Pales, A.B. '95

Patricia Paley, Ed.M. '69

John Palfrey, A.B. '67

Judith Palfrey, A.B. '67

Thomas Pallo, Ed.M. '82

Grace Palmer, M.P.P. '19

Helena Palmer, A.B. '85 Ed.M. '90

Ilana Palmer, A.L.B. '07

Meredith Palmer, A.B. '73

Nicholas Palmer, A.B. '79

Ailin Katherine Palmera Amaya, M.Div. '23

Ian Palmquist, M.P.A. '12

Maren Palmquist Armour, A.B. '82

Benjamin Paloff, A.B. '99 Ph.D. '07

Rossana Palomino, M.D. '95

Shalini Pammal, A.B. '13

Deborah Pan, A.B. '93

Grace Pan, Ph.D. '24

Costas Panagopoulos, A.B. '94

Helen Panarites, A.B. '84

Reena Pande, A.B. '96

Neela Pania, A.B. '96

Neelima Pania, A.B. '96

Judith Panitch, A.B. '89

Michael Pankratz, A.B. '11

Saul Pannell, A.B. '72 M.B.A. '74

Michael Panter, J.D. '95

Orabhund Panuspatthna, LL.M. '90

William Pao, A.B. '90

Jeff Papier, A.B. '83

Judith Paprin, A.B. '79 M.Arch. '85

Olivia Paquette, A.B. '10

Ayala Parag, M.P.A. '94 M.P.A. '94

Rohan Parakh, M.P.A. '18

Juliana Paré, Ed.D. '06

Nikesh Parekh, A.B. '95 M.B.A. '00

Sohil Parekh, M.B.A. '08

Timothy Parent, A.B. '09

Hankins Parichabutr, A.B. '89

Alberto Parisi, Ph.D. '23 A.M. '19

Alyssa Park, A.B. '91

Hamish Park, A.L.M. '20

Hannah Park, A.B. '13

Jeannie Park, A.B. '83

Julie Park, A.B. '97 Ed.M. '99

Karen Park, A.B. '84

Katharine Park, A.B. '68 Ph.D. '81

Pearl Park, A.L.M. '23

Rebecca Park, A.B. '16 Ed.M. '17

Sally Park, A.B. '92 J.D. '96

Sharon Park, A.B. '15

Barbara Parker, J.D. '75

Dennis Parker, J.D. '80

Gwendolyn Parker, A.B. '72

James Parker, A.B. '76

Judith Parker, A.B. '66 M.E. '67

Kimberly Parker, J.D. '92

Kristy Parker, J.D. '97

Robert Parker, ScD '83

Shayla Parker, M.P.H. '25

Stephen Parker, A.B. '78

Theodora Parker Colburn, A.B. '71

Laura Parkin, A.B. '86 M.P.A. '13

Larry Parkinson, J.D. '83

Kirk Parks, A.B. '93

Robert Parlin, A.B. '85 Ed.M. '87

Wendy Parmet, J.D. '82

Diana Parno, A.B. '04

Emily Parrott, A.B. '09

Darryl Parson, A.B. '87

Julie Parsonnet, A.B. '79

Jessica Parsons, Ed.M. '11

Polly Parsons, A.B. '75

Anthony Partridge, A.B. '50 J.D. '57

Usha Pasi, Ed.M. '85

J. Justin Pasquariello, A.B. '01 M.B.A. '10 M.P.A. '10

Veronica Passalacqua, BLA '94

Jonathan PASSARO, J.D. '10

Oliver Passavant, M.P.A. '87

Derick Pasternak, A.B. '63 M.D. '67

Ken Pasternak, A.B. '93

Sarah Pasternak, A.B. '98

John Patek, A.B. '65

Viola Patek, M.A.T. '67

Emily Patek Higgins, A.B. '97 Ed.M. '99

Anna Patel, A.B. '13

Cauvery Patel, M.B.A. '16

Jill Patel, A.B. '70 Ed.M. '72 M.B.A. '79

Megna Patel Yajnik, J.D. '17

Andrea Paterson, J.D. '89

Neha Pathak, A.B. '02

Kathryn Patrikis, A.B. '68 M.A.T. '70

Peter Patrikis, A.B. '68 Ph.D. '73

Stefan Patrikis, A.B. '06

Kimberley Pattillo, A.B. '96

Alex Patton, A.B. '67

Geoffrey Patton, M.S.H.P.M. '86

Deborah Patz, A.B. '88

Norman Patz, A.B. '59

J Thomas Paul, A.B. '72

Kateri Paul, A.M. '97 Ph.D. '01

Lindsay Belew Paul, M.B.A. '85

Dina Paul-Parks, A.B. '93

Daina Paulikas, M.B.A. '13

Merlyn Paulson, M.L.A. '75

Dean Pavlakis, A.B. '80

Rumiana Pavlova, M.P.A. '23

Laura Pavlovic, J.D. '00

Joanne Pawlowski, M.P.A. '90 CSS '86

Michael Payne, A.B. '77 M.D. '81 M.P.H. '82

Will Payne, A.B. '07

Allen Peacock, A.B. '76

Paola Peacock-Villada, M.M.Sc. '06 Ed.L.D. '14

Deborah Pearce, M.B.A. '82

Karla Pearce, A.B. '57

Marion Pearce, Ed.D. '65

Sharrona Pearl, Ph.D. '05

David Pearle, M.D. '68

Jori Pearsall, A.B. '07

Alex Pearson, A.B. '82

Lucy Sperber Pease, M.A.T. '68

Elise Pechter, M.A.T. '70

Sabrina Peck, A.B. '84

Susan Peck, A.B. '79 S.M. '87 Sc.D. '91

Ann Pedersen, A.B. '71

Annelisa Pedersen, A.B. '06

Bill Pedersen, A.B. '65 J.D. '68

Natalie Pedersen, J.D. '04

Julia Pederson, A.B. '07

Thomas Pedulla, A.B. '75

Matthew Peed, A.B. '00

Adam Peek, A.B. '98

Ellen Peel, A.B. '73

Ralph Peeler, A.B. '76

Shanna Peeples, Ed.L.D. '20

Kathleen Peets, Ed.M. '99 Ed.D. '03

Jennifer (Jenny) Pegg, A.B. '04

Mark Peifer, Ph.D. '88

Sandra Peinado, A.B. '79

Daniel C Peirce, S.B. '78

Alice Peisch, M.P.A. '09

Susan Peligian, Ed.D. '04

Gary Pelissier, A.B. '11

Bonney Pelley, A.B. '96

Alessandra Pelliccia, M.B.A. '17

Mark Pelofsky, A.B. '84 M.B.A. '89

Gayle Pemberton, A.M. '71 Ph.D. '81

Ari Pena, A.B. '10 M.B.A. '18

Walter Pence, A.M. '62

Christiane Pendarvis, A.B. '92

Mark Pendergrast, A.B. '70

Elizabeth Pendery, Ed.M. '77

Christine Pendry, A.B. '74

Amy Penn, J.D. '06

Ward Pennebaker, A.B. '75

Greg Pennington, A.B. '75

Daniel Penrice, Ph.D. '84 A.M. '78

Alida Pepper, A.B. '00

Álida Pepper, A.B. '00

Mark Peppercorn, A.B. '64 M.D. '68

Carlos Peralta, HBAP '23

Carla Pereira Colton, A.B. '96

Christine Perez, A.B. '97

Deanna Perez, Ed.M. '23

Debra Perez, Ph.D. '05

Allyson Pérez, A.B. '17

Patricia Perez-Jenkins, A.B. '98

Jessica Perillo, A.B. '14

Jennifer Perini, A.B. '85

David Perkel, A.B. '84

Alexandra Perkins, A.B. '10

Anne Perkins, A.B. '60

Charles Perkins, A.B. '74

David Perkins, A.B. '63 M.D. '68

George H Perkins, A.B. '80

John Perkins, A.B. '71

154

John Perkins, A.B. '85

Maria Perkins, A.B. '85

Paul Perkins, A.B. '71

Robert Perkins, A.B. '89

Tom Perkins, M.Arch. '95

Warren Perkins, A.B. '79

Winthrop Perkins, A.B. '74

Robert Perkowitz, OPM '88

Linda Perle, J.D. '72

Brett Perlman, M.P.A. '93 ALI '16

Amy Perlmutter, M.P.A. '93

Katherine Perls, A.B. '66

Jonathan Perrin, A.B. '11

James Perrine, A.B. '77

Alice Perry, M.A.T. '71

Daniel Perry, A.B. '95

David Perry, A.B. '70

Duane Perry, M.C.R.P. '80

Elizabeth Perry, A.B. '70

Gerald Stephen Perry, A.B. '80

Nancy Perry, A.B. '64

Rachel Tamsen Perry, A.B. '97

Samuel Perry, A.B. '81

Stephen Pershing, A.B. '79

Seth Persily, J.D. '99

Joseph Persky, A.B. '66 Ph.D. '71

Joel Perwin, A.B. '70 J.D. '74

Sam Perwin, A.B. '04

Peter Pesic, A.B. '69

Barbara Peskin, A.B. '75

Sarah Peskin, GSD '94

Stuart Peskoe, A.B. '76 S.M. '77

John Pestle, A.B. '70

Penelope Mendenhall Pestle, A.B. '70

Shanon Peter, A.B. '05

Steven Peterman, A.B. '72

Erica Peters, A.B. '91

Cole Petersen, A.B. '23

Rodney Petersen, A.B. '71 M.Div. '74 Th.M. '76

Charles Peterson, A.B. '97

Dale Peterson, A.B. '63

Elisabeth Peterson, A.B. '60 Ed.M. '66

James Peterson, A.B. '72

Joshua Peterson, A.B. '91

Kathleen Peterson, Ph.D. '06

Leni Peterson, M.B.A. '23 M.M.Sc. '23

Mark Peterson, A.B. '83 Ph.D. '93 A.M. '95

Richard Peterson, A.B. '86

Peter Petri, A.B. '68 Ph.D. '76

William Petricone, A.B. '80

Karen Petrone, A.B. '87

Steven Petrow, M.B.A. '92

Jeff Petrucelly, J.D. '72

Susan Pettee, A.B. '62

Tammy Pettinato Oltz, J.D. '05

Monique Pettit, A.B. '84 A.M. '84

JAN PETZEL, M.B.A. '03

Daniel Pfau, S.M. '75 M.E. '77

Nancy Pfeffer, A.B. '81

Mather Pfeiffenberger, A.B. '79

Andy Pforzheimer, A.B. '84

Ann Pforzheimer, A.B. '86

Earl Phalen, J.D. '93

Huyen Pham, A.B. '92 J.D. '96

Kiemanh Pham, A.B. '00

Thu Pham, A.B. '23

Tung Pham, M. Sc. '24 Ph.D. '24

Vivian Pham, M.P.A. '24

Hoài An Phạm, M.P.H. '24

Rachel Phan, A.B. '21

John Phelan, Ph.D. '95

Robert Philbrick, M.Arch. '75

Bianca Philippi, Ed.M. '00

Cynthia Phillips, A.B. '95

Emma Phillips, A.B. '00

Georgette Phillips, J.D. '85

Gregory Phillips, Ph.D. '76 M.A. '73

Heather Phillips, A.B. '97

Kim Phillips, M.B.A. '99

Lawrence Phillips, M.D. '67

Tom Phillips, A.B. '77

Ben Phinney, A.B. '70

Linda Phipps, Ph.D. '98 A.M. '96

Kathryn Picanso, A.B. '95

Matthew Picard, A.B. '85

Phillip Picardi, M.R.P.L. '22

Heather Pickerell, A.B. '15 J.D. '20

John Pickering, A.B. '78

Susan Pieper, M.B.A. '92

Jules Pieri, M.B.A. '86

Geoff Pierson, Ed.D. '73 M.A.T. '66

Caroline Piggott, A.B. '03

Tricia Pil, A.B. '92

Brian Pilchik, J.D. '17

Clara Piloto, Ed.M. '22

Peter Pinch, A.B. '94 Ed.M. '96

Elizabeth Bradham Pinckney, M.B.A. '86

Stephanie Pincus, M.D. '68

Claudia Pineda Mendoza, Ed.M. '99 Ed.D. '07

Dan Pingree, M.B.A. '00 A.M. '00

156

Michon Pinnix Wilson, M.B.A. '08

Rhett Pinsky, J.D. '62

Diana Pinto, A.B. '70 Ph.D. '77

Emily Pipes, Ed.M. '20

Alexandra Pistey, Ed.M. '17

Juan Pitarque, A.B. '77 M.P.A. '00

Amy Pitelka, J.D. '08

Annabella Pitkin, A.B. '90

Hannah Pitt, M.P.A. '14

Christine Pittel, A.B. '73

Marvin Pittman, A.B. '02

Brenda Pitts, A.B. '90

Fernando Pizarro, A.B. '96

Tracy Pizzo Frey, A.B. '96

Eric Plaks, A.B. '96

Anna-Lisa Plant, A.B. '98

Cynthia Platt, A.M. '94

Gordon Platt, J.D. '88

Nicholas Plaut, A.B. '21

Dennis Playdon, M.Arch. '69

Mary Ellen Player, A.B. '04

Martha Pleasure, A.B. '67

Sonja Plesset, Ph.D. '02

Ashley Pletz, A.B. '08 M.P.P. '14

David Plotke, A.B. '71

Katherine Plotnick, A.B. '07

Bernard Plovnick, M.S.P.H. '80

Douglas Plummer, M.B.A. '92

Katherine Plummer, A.B. '91

WILLIAM PLUMMER, M.B.A. '05

James Plunkett, A.B. '71

Marcia Plunkett, A.B. '71

Annabel Po, M.B.A. '86

Kimberly Po4, A.L.M. '24

Michael Pocalyko, M.P.A. '85

Elizabeth Podlach, A.B. '86

John Polanin, A.B. '80

Florencia Greer Polite, S.B. '97

Daniel Politzer, A.B. '90

Milbry Polk, A.B. '76

Courtney Pollack, Ed.M. '09 Ed.D. '16

Scott Pollack, A.B. '85

Stephen Pollack, A.B. '77 M.B.A. '79

Susan First Pollack, A.B. '64 J.D. '67

Thomas Pollard, M.D. '68

Bruce Pollock, M.B.A. '86 M.C.R.P. '78

Harry Pollock, A.B. '64

Mica Pollock, A.B. '93

Sheldon Pollock, A.B. '71 A.M. '73 Ph.D. '75

Sudheer Poluru, A.B. '15 J.D. '23

Daniel Pomerantz, M.D. '90

Elaine J. Pommells, M.B.A. '92

Alexander Pong, A.B. '16

Meredith Pong, A.B. '20

Perry Pong, A.B. '83

Eugene Pool, A.B. '64

Jeremy Pool, A.B. '67

Sanford Pooler, M.P.A. '98

Jefferson Pooley, A.B. '98

Jennifer Poon, A.B. '05 Ed.M. '06

Bjorn Poonen, A.B. '89

Alfred Poor, A.B. '73

Bancroft Poor, A.B. '78

Daniel Poor, A.B. '67

James Pope, A.B. '74 J.D. '83

Elianne Popell, A.B. '90

RK Popkin, A.B. '08

Stephen Poppel, A.B. '66 Ph.D. '73

Suzanne Poppema, M.D. '74

Virginia Popper, A.B. '76

Peter Poriss, A.B. '70

Ann Porter, A.B. '62

Edward Porter, A.B. '70

Kathryn Porter, A.B. '72 M.P.A. '82

Spence Porter, A.B. '70

Margaret Poser, A.B. '76

Jonathan Posin, A.B. '75

Peter Post, A.B. '82

Charles Poster, A.B. '69 M.Arch. '73

Janet Potash, A.B. '72

Carol Potter, A.B. '70

Daniel Potter, A.B. '68 M.Arch. '75

John Potter, A.B. '68

Michael Potter, A.B. '84 M.D. '90

Patricia Potter, A.B. '73

Trevor Potter, A.B. '78

Julie Cotler Pottinger, A.B. '92

PAUL POTTINGER, A.B. '90

Daniel Potts, A.B. '75 Ph.D. '80

Daniel Potts, A.B. '09

Hildreth Potts, A.B. '77

Caroline Pougnier, M.B.A. '14

Jill Poulsen, A.L.M. '25

Lucy Poulson, A.B. '23

Susan Povich, J.D. '88

Brittany Powell, A.B. '13

Cameron Powell, J.D. '92

Eleanor Powell, Ph.D. '09

Kathryn Powell, A.B. '04

Kenneth E Powell, A.B. '63 M.P.H. '70

Patricia Powell, A.B. '80

Stephen Powelson, M.D. '77

Marianne Power, M.Div. '90

Eleanor Powers, A.B. '81

Liz Powers, A.B. '10

Rosemary Powers, M.P.A. '00

Scott Powers, A.B. '82

Anoop Prakash, M.B.A. '01

Sujith Kumar Prankumar, M.T.S. '15

Bridget Pranzatelli, J.D. '24

Megan Prasad, A.B. '15

Sesha Pratap, A.B. '84

Carin Pratt, A.B. '78

Harold i. Pratt, A.B. '59 LLB '63

Laurence Pratt, A.B. '88

Stephen Pratt, Ed.M. '89

Jennie Preece, Ed.M. '11

Drazen Prelec, A.B. '78 Ph.D. '83

Elizabeth Prelinger, A.B. '76 A.M. '83 Ph.D. '87

Brenda Prescott, A.B. '81

Claire Presler, A.M. '17

Marc Presler, Ph.D. '18

Jon Press, A.B. '72

Adele Pressman, A.B. '68

Claire Prestel, A.B. '98 J.D. '02

Michael Preston, A.B. '96

Anusorn Preugpaibul, M.B.A. '16

David Pribnow, Ph.D. '75

Andrea Price, Ed.M. '89

Charles Price, J.D. '69

David Price, M.Arch. '76

Evander Price, Ph.D. '19

Glenn Price, A.B. '69

Jeremy Price, Ed.M. '03

John Price, A.B. '62 Ph.D. '68

Richard Price, M.L.A. '13

Richard Price, A.B. '63 Ph.D. '70

Gregory Priebe, A.B. '89 M.D. '93

Margarita Prieto, J.D. '91

Kristin Priscella, A.B. '00

Cornelius Prittwitz, M.P.A. '85

Diane Proctor, Ed.M. '80

Monja Proctor, A.B. '87

Vernon Proctor, A.B. '76 J.D. '79

Jhirad Professor Emerita of English, North Shore Community College, A.B. '64 Ph.D. '72

Casey Protti, M.P.A. '04

Gillian Prowse, A.M. '01 Ph.D. '08

Allison Pugh, A.B. '88

James Pugh, A.M. '78

Catherine Puglisi, A.B. '75

Michael Pulitzer, Jr., A.B. '75

Micki Pulleyking, M.Div. '88

Sally Pullman-Moaar, A.B. '76

Shilpa Punatar, M.B.A. '04

Pongpon Punyaneramitdee, M.Des. '20

Anne Purcell, A.B. '78

Erika Putnam, Ed.M. '77

Lara Putnam, A.B. '90

Martin Putnam, J.D. '81

Marvin Putnam, A.B. '86

Dr, Don Putnoi, M.D. '67

Mary Putt, Sc.D. '99

Kathryn Puzzanghera, M.T.S. '25

Paul Puzzanghera, A.B. '77

Rosemary Pye, M.A.T. '70

Robert Pyle, A.B. '57 A.M. '58

Jing Qiu, A.B. '16 Ed.M. '17

Jimmy Quach, A.B. '98

Erika Quade, A.L.M. '23

Qaren Quartey, A.B. '15

Deborah Quazzo, M.B.A. '87

Stephen Quazzo, A.B. '82 MBA '86

Caroline Quazzo-Elnick, A.B. '12 M.B.A. '17

Thomas Queen, J.D. '76

Jerome-Oliver Quella, Exec Ed '24

Brian Questad, A.B. '01

Anne Quick, A.B. '71

Polly Quick, A.B. '68 Ph.D. '76

Angelica Quicksey, M.P.P. '18 M.U.P. '18

Caroline Quillian Stubbs, A.B. '80 A.M. '86

David Quilter, A.B. '80 M.P.A. '87

Brendan Quinn, A.B. '12

James Quinn, S.B. '75

Keith Quinn, A.B. '92

Eduardo Quintanilla, LL.M. '90

Lea Quirin, Ed.M. '96

John Quirk, A.B. '73

Douglas Quirke, A.B. '08

Herman Quirmbach, A.B. '72

Beth Quitslund, A.B. '91

Rana Quraishi, M.S. '79

James Rabb, A.B. '66 M.D. '70

Amy Rabb-Liu, A.B. '89

Anne Rabin, M.P.A. '99

Kaitlyn Rabinovitz, A.B. '20 Ed.M. '21

Daniel Rabinowitz, A.B. '72

Henry Rabinowitz, A.B. '72

John Rabinowitz, A.B. '84

Joshua Rabinowitz, J.D. '85

David Rabkin, A.B. '83

Douglas Rabuzzi, A.B. '86

Jani Rachelson, J.D. '78

Daniel Radcliffe, M.P.A. '07

Allison Rader, A.B. '86

Mala Radhakrishnan, A.B. '00

Louise Radin, A.B. '76 J.D. '84

Joan Radner, A.B. '65 Ph.D. '71

Slobodan Radoman, A.B. '07

Seth David Radwell, M.P.P. '89

Marjan Rafat, Ph.D. '12 S.M. '07

COREY RAFFEL, A.B. '74

Stephen Raffel, A.B. '60

Riki Rafner, A.B. '75

Annette Raggette, M.P.P. '94

Grier Raggio, A.B. '64

Divya Raghavan, A.B. '11

Anna Raginskaya, A.B. '11 M.B.A. '16

Jamed Ragsdale, M.B.A. '93

Noel Ragsdale, A.B. '66

Julia Raifman, M.S. '11 Sc.D. '15

Matthew Raifman, M.P.P. '11

Chris Raine, M.P.A. '24

William Rainey, A.B. '68

Laura Raisty, A.B. '93

Anant Rajan, A.B. '24

Tazmeen Rajwani, A.B. '79 M.P.A. '08

Edmond Raker, A.B. '70 M.D. '74

Michele Rallis, A.B. '62 Ph.D. '68

Valli Rallis, J.D. '80

Kesha Ram Hinsdale, M.P.A. '18

Komala Ramachandra, J.D. '10

Jyoti Ramakrishna, M.P.H. '15

Sharad Ramanathan, Ph.D. '97 A.M. '94

Marylee Rambaud, Ed.M. '89 Ed.M. '91 Ed.D. '96

René M. Rambo-Rodgers, M.P.A. '90

Tara Ramchandani, J.D. '08

Drucilla Ramey, A.B. '68

Aviva Ramirez, A.B. '23

Caroline Mae Ramirez, M.M.Sc. '22

Alisha Ramos, A.B. '12

Victot Ramos, M.P.A. '93

Skylar Rampersaud, A.B. '00

Aziz Rana, A.B. '00 Ph.D. '07

Brent Ranalli, A.B. '97

Timothy Ranallo-Benavidez, M.T.S. '16

Dafna Rand, A.B. '00

Kenneth Rand, A.B. '64

Laura Randall, M.Div. '08

MacLaren Randall, A.L.B. '98

161

Maurice Randall, A.B. '76

Richard Randall, A.B. '74

William Randall, A.B. '72

Merrill Randol, A.B. '69

Paula Randolph, A.B. '79

Russell Keith Raney, A.B. '60

Soumya Rangarajan, M.P.P. '08

San Juanita Rangel, A.B. '90

Dejana Rankovic, M.P.A. '18

Paul Ransohoff, A.B. '70

Jahnavi Rao, A.B. '22

Donella Rapier, M.B.A. '92

Julieann Rapoport, A.B. '84

Jerome Rappaport, A.B. '79 M.C.R.P. '81

Kelly Rappuchi, Ed.M. '02

Vassilios Raptopoulos, M.A. Honorary '99

Anusha Rasalingam, J.D. '99

Leonida Rasenas, A.B. '77

Leeda Rashid, M.P.H. '09

Larry Raskin, Ed.M. '73

Thomas Raskin, A.B. '72

Mark Rasmuson, A.B. '70

Raun Rasmussen, J.D. '84

Will Rasmussen, A.B. '04

Karen Rasmussen Stone, A.B. '71

Neda Ratanawongsa, A.B. '96 M.D. '00

Boyd Ratchye, A.B. '60 J.D. '63

Steve Ratchye, A.B. '89

Ernestine Rathborne, A.B. '73

Margaret Ratiner, M.P.A. '03

David Ratner, Ph.D. '75

Jonathan Ratner, A.B. '70

Carmen Rau, A.B. '84

Evan Rauch, A.B. '92

Alan Raul, A.B. '76 M.P.A. '77

Genevieve Raushenbush, A.B. '24

Richard Raushenbush, A.B. '81

Cornelia Ravenal, A.B. '79

Donald Ravenelle, A.B. '82

Judith Ray, A.B. '68

Madhury Ray, M.P.H. '15

Tarlin Ray, A.B. '96 M.B.A. '00

Kunal Raygor, A.B. '10

Eric Rayman, A.B. '73

Amy Raymond, Ed.M. '12

Chantal Raymond, J.D. '10

Katarzyna Razynska, Ed.M. '05

Charles Read, A.B. '71

James Read, Ph.D. '88

John Read, A.B. '69 M.B.A. '71

Carole Reading, A.B. '74

Peeter Rebane, A.B. '95

Mark Reber, A.B. '68

Abigail Record, A.B. '66

Frank Record, A.B. '72

George Record, M.D. '78 A.B. '71

Suzanne Redfern-Campbell (formerly Spencer), M.Div. '85

Katharine Redmond, A.B. '65 Ed.M. '66

Alice Redmond-Neal, A.B. '72

John Redwood III, A.B. '68

Richard Ree, A.M. '98 Ph.D. '01

Nathaniel Reed, A.B. '67

Phil Reed, A.B. '66

Russell Reed, A.B. '20

Sarah Reed, J.D. '91 A.B. '87

Thomas Reed, J.D. '91

Warren Reed, A.B. '71

William Reed, A.B. '64 M.D. '68

Robyn Reed Kelly, Ed.M. '92

Laura Rees, A.B. '05

David Reese, A.B. '85

Pauline Reeve, A.B. '82

Ezekiel Reich, A.B. '04 J.D. '10

John Reichenbach, M.B.A. '86

Laura Reichenbach, M.P.A. '93 ScD '99

Jeanne Reid, A.B. '84 M.P.A. '91

John Reid, M.P.P. '93

Joseph Reid, A.B. '79

Al Reiff, A.B. '85

Eric Reiff, A.B. '87

David Reiffel, A.B. '79

Katherine Reilly, A.B. '10

Richard Reilly, A.B. '59 J.D. '62

Carole Rein, A.L.M. '05

Robert L. Reiner, M.C.R.P. '81

Amy Reinhard, A.B. '96 M.B.A. '02

Leslie Reinhardt, A.B. '83

Ya Reinier, A.B. '92

Skylah Reis, A.B. '21

Alan Reische, A.B. '62

Kristin Reische, S.M. '25

Ann Reisen, A.B. '66 Ed.M. '78

David Reisen, A.B. '64

Samantha Reiser, A.B. '11

Gena Reisig, A.B. '04

Ed Reiskin, M.P.A. '00

David Reiss, A.B. '58 M.D. '62

Sara Reistad-Long, A.B. '00

Keramet Reiter, A.B. '03

Dyisha Reliford, A.B. '01

Lewis Remele, A.B. '70

Lewis Remele, A.B. '06

Matthieu Remy, M.B.A. '12

Kelly Ren, A.B. '15

Mónica Renta, A.B. '08

Patricia Rentas, A.B. '68

Edward Renwick, J.D. '95 M.P.P. '95

A. Reovan, M.U.P. '11

Jonathan Reovan, A.B. '12

Robert Repetto, A.B. '59 Ph.D. '67

Gustavo Resendiz, A.B. '14 M.B.A. '19

Michael Resler, A.M. '74 Ph.D. '76

Romney Resney, A.B. '90 M.P.P. '94

Mike Rest, A.B. '00

Catalina Restrepo, A.L.M. '11

Amy Retzinger, A.B. '95

Christine Reuther, A.B. '83

Dieter Reuther, Exec. Ed. '21

Alan Revering, Th.D. '01

Norma Rey-Alicea, A.B. '97 M.P.P. '05

Jesse Reyes, M.P.P. '02

Jane Reynolds, A.B. '97

Margaret Reynolds, A.B. '75

Jeffrey Reynoso, Dr.P.H. '17

Juan Reynoso, M.P.H. '20 M.U.P. '20

Abigail Rezneck, A.B. '98

Doris Rezza, A.B. '81

Michelle Rhee, A.B. '00

Robert Rhew, A.B. '92

Richard Rhoads, A.B. '94

Daniel Rhodes, A.B. '01

Edward Rhodes, A.B. '80

James A. Rhodes, A.B. '77 Ph.D. '86

Denise Rhrissorrakrai, A.B. '00

Elisabeth Rhyne, M.P.P. '80 Ph.D. '85

Carol Rice, S.M. '75

David Rice, A.B. '67

Thomas Rice, A.B. '85

Jonathan Rich, M.Arch. '89

Sharon Rich, Ed.D. '86

Janet Rich-Edwards, A.B. '84 Sc.D. '95

Hillary Richard, J.D. '88

Adam Richards, A.B. '96

Alan Richards, A.B. '68 A.M. '70

Francis Richards, Ed.M. '74

Joan Richards, A.B. '71 A.M. '79 Ph.D. '81

Peter Richards, A.B. '01

Toni Richards-Rowley, A.B. '93

Henry Richardson, A.B. '77 J.D. '81 M.P.P. '81

James Richardson, A.B. '72

164

John Richardson, A.B. '87

Katherine Richardson, A.B. '76

Lila Richardson, A.B. '74

Martha K Richardson, A.B. '70

Nisha Atre Richardson, A.B. '95

Sabrina Richert, A.B. '20

Andrwe Richman, A.B. '90

David Richman, A.B. '72

Marisa Richmond, A.B. '80

Martha Richmond, M.P.H. '88

Jessica Richter, Ed.M. '89

Michael W. Richter, MD, A.B. '59

Ariana Rickard, A.B. '00

Jennifer Ricketts (formerly Rivera), M.P.A. '02

Marc Ricks, M.B.A. '03

Abby Riddell, A.B. '74

David Riddle, A.L.B. '14

Victoria Rideout, A.B. '80

Laura Jean Ridge, A.B. '06

Timothy Ridge, A.B. '68

Augusta Ridley, A.B. '98

Christine Riehl, M.P.A. '02

Frank Riemann, M.P.A. '04

David Riemer, A.B. '70 J.D. '75

Louise Riemer, A.B. '75

Lukas Rieppel, Ph.D. '13 A.M. '13

John Ries, A.B. '86

Erik Rieselbach, A.B. '80

Leonard Rieser, A.B. '70

Juan Riestra Guiance, A.L.M. '11

K. Daniel Riew, A.B. '80

Scott Rifkin, A.B. '97

ELMORE RIGAMER, M.P.A. '93

Jessica Righthand, A.B. '09

Jenny Riley, A.B. '98

Susan Ringler, A.B. '74

Edward Ringness, A.B. '81

Karen Ringstrand, M.B.A. '78

Linda Rink, A.B. '73

Charles Riordan, A.B. '01

Robert Riordan, M.A.T. '69 Ed.D. '77

C. David Ríos, A.B. '84

Diane Rippa, A.B. '78

James Rippe, A.B. '69 M.D. '79

Laura Rippy, M.B.A. '93

Jessica Riskin, A.B. '88

Louise Ritchie, A.B. '73

Martha Ritter, A.B. '70

Rachel Rittman, A.B. '01

Rachel Ritvo, A.B. '72

Charlotte Ritz-Jack, A.B. '25

Marta Rivas, A.B. '96

Francisco Rivera, A.B. '95

George Rivera, A.B. '77

Nicole Rivera, A.B. '09

Robert Riviello, A.B. '95 M.P.H. '01

Sung Rno, A.B. '88

Brendan Roach, M.P.P. '18

Pamela Roach, A.B. '75

Marilyn Robb, J.D. '18

Adam Robbins, A.B. '02

Clifford Robbins, J.D. '82

Cynthia Robbins, A.B. '80

Deborah Robbins, A.B. '72

Joshua Robbins, A.B. '99 J.D. '04

Lee Robbins, A.B. '60

George Brock Roben, A.B. '72

Arthur Roberts, A.B. '62

Carl Roberts, A.B. '70

Christina Roberts, A.B. '05

Elizabeth Roberts, A.B. '87

James Roberts, A.B. '80

Jerry (Gerald J.) Roberts, A.B. '70

Kim Roberts, A.B. '78

Laura Roberts, A.B. '74

Milly Roberts, Ed.M. '23

Rodriguez Roberts, A.B. '15

Susanne Roberts, A.M. '67 Dr.P.H. '73

Tracey Roberts, A.B. '88

Angie Roberts-Dixon, A.B. '94

Alexander Robertson, A.B. '73

H Thomas Robertson, M.D. '68

Laura Robertson, M.D. '00

Ryan Robertson, Ed.M. '05

Sandra Robertson, A.B. '67

Virginia Robertson, A.B. '84

Anna Macgregor Robin, A.B. '91

Kate Robin, A.B. '88

Michael Robin, A.B. '08

Thomas Robins, A.B. '72

Benjamin Robinson, A.B. '85

Charlotte Robinson, J.D. '18

Christopher Robinson, A.B. '77

Craig Robinson, M.B.A. '02

Daniel Robinson, A.B. 1979

Erika Robinson, A.B. '80

Jeffrey Robinson, A.B. '64

John Robinson, A.B. '91

Lawrence Robinson, A.B. '77

Margaret Robinson, A.B. '63

Michael Robinson, A.B. '72

Rachel Robinson, A.B. '96 Fellow '14

Renee Robinson, A.L.M. '97

Susan Robinson, A.B. '82

Claire Robinson May, A.B. '93

Francisco Robles, A.B. '05 M.B.A. '10

Joseph Rocchio, Ph.D. '67

Martin Rocek, A.B. '75 A.M. '75 Ph.D. '79

Mary esther Rocha, A.B. '95

Brendan Roche, A.B. '12

Nimmi Roche, M.B.A. '09

David Rochelson, A.B. '05

David Rochlin, A.B. '74

Jason Rock, A.B. '03

Jason Rock, A.B. '97

David Rockwell, M.C.R.P. '80

Julie Roden, A.B. '00

Allan Rodgers, J.D. '62

Emma Rodgers, A.L.M. '24

Melissa Rodgers, A.B. '91 Ed.M. '95 J.D. '98

Richard Rodgers, A.B. '72

Diana Rodriguez, A.B. '89 M.D. '94 M.P.H. '94

Hector Rodriguez, Ph.D. '07

JAVIER RODRIGUEZ, OPM '16 '

Juliana Rodriguez, A.B. '19

Pascual Rodriguez, M.D. '79

Samantha Rodriguez, J.D. '20

KiYun Roe, A.B. '84

Marie Roehm, A.B. '75

Janet Roen, A.B. '73

Joshua Roffman, M.M.Sc. '10

Maria Rogahn, A.B. '95

Deborah Rogal, M.P.P. '84

Diane Rogell, A.B. '66

Gerald Rogell, A.B. '63 M.D. '67

Allison Rogers, A.B. '04 Ed.M. '08

Amy Rogers, M.M.Sc. '25

Arthur Rogers, J.D. '70

Beatrice Rogers, A.B. '68

Christine Rogers, A.B. '77

Daniel Rogers, A.B. '12

David Rogers, A.B. '77

Deborah Rogers, J.D. '94

Elizabeth Rogers, A.B. '79

Elizabeth Rogers, A.B. '98

John Rogers, A.B. '65

Julia Rogers, Ph.D. '17

Maggie Rogers, M.R.P.L. '22

Selwyn Rogers, A.B. '87 M.D. '91

Steve Rogers, M.B.A. '83

William Rogers, A.B. '60

Barbara Rogoff, Ph.D. '77

David Roh, Ed.M. '03

Richard Rohan, A.B. '82 J.D. '84

Karl Rohlich, A.B. '70

Jim Rohrer, M.B.A. '00

Lisa Rohrer, A.M. '01 Ph.D. '04

Katie Roiphe, A.B. '90

Steven Roiphe, A.B. '92

Neil Roland, M.P.P. '79

Danielle Rolfes, J.D. '02

Alexandra Rollins, M.P.A. '85

William Rollinson, Ed.M. '05

Zachary Rolnik, M.P.P. '84

Adina Rom, M.P.A. '14

Dan Roman, A.B. '18

Henry Roman, A.B. '92 S.M. '97

Pamela Romani, A.B. '63

Kim Romano, A.B. '77

Oscar Romano, A.B. '09

Raquel Romano, A.B. '92

Gabriela Romanow, M.P.A. '85

Amelia Romanowsky, A.B. '96

Angela Romans, S.B.'92 Ed.M '94

David Rome, A.B. '72

Erica Romero, M.P.P. '05

Shaylyn Romney Garrett, A.B. '02

Stephen Ronan, A.B. '72

Joe Ronayne, A.B. '92

David Roncarolo de Vries, A.B. '11

Phil Roos, M.B.A. '83

Margot Roosevelt, A.B. '71

Priscilla Roosevelt, A.B. '63

Catherine Roper, A.B. '86

Victoria Roper, A.B. '72

Annelys Roque, A.B. '09

Christopher Rosado, A.B. '85 J.D. '88

Eneida Rosado, Ed.M. '72

Estevan Rosales, A.L.B. '23

Felicia Rosario, A.B. '04

Patricia Rosbrow, A.B. '73

Antoinette Rose, A.B. '83

Daniel Rose, A.B. '84

Jonathan Rose, J.D. '67

Karen Rose, A.B. '92

Mark Rose, Ph.D. '67

Nancy Rose, A.B. '80

Sarah Rose, A.B. '96

Jens Rosebrock, M.P.A. '94

Brian Rosen, M.B.A. '08

David Rosen, M.L.A. '86

George Rosen, A.B. '68

Joel Rosen, A.B. '79 M.B.A. '84

Pamela Rosen, A.B. '88

Richard Rosen, A.B. '71

Sydney Rosen, A.B. '87 M.P.A. '95

Carla Rosen-Vacher, A.B. '82

Janet Rosenbaum, A.M. '7 A.B. '8 Ph.D. '08

Stanley Rosenbaum, A.M. '69

Brett Rosenberg, A.B. '12

David Rosenberg, A.B. '75 M.P.A. '86

Jonathan Rosenberg, A.B. '72

Neil Rosenberg, A.B. '00

Paul Rosenberg, A.B. '75 J.D. '79 M.B.A. '79

Robert Rosenberg, A.B. '72

Sandra Rosenberg, A.B. '80

William Rosenberg, A.B. '71

Lois Rosenberg Kugler, A.B. '77

Irene Rosenberg Natow, A.B. '78

Rand Rosenblatt, A.B. '66

Roger Rosenblatt, Ph.D. '68 A.M. '64

David Rosenbloom, A.B. '71

H David Rosenbloom, J.D. '66

Eric Rosenblum, A.B. '92

Deborah Rosenfeld, A.B. '02 Ed.M. '07

Eric Rosenfeld, A.B. '53

James Rosenfeld, A.B. '81

Margaret Rosenfeld, M.D. '88

Dale Rosengarten, A.B. '69 Ph.D. '97

Kurt Rosenkrantz, A.B. '94

David Rosenn, A.B. '89

James Rosenstein, A.B. '61 J.D. '68

Samuel Rosenstein, A.B. '88

Joan Rosenstock, A.B. '62 A.M. '65

Lawrence Rosensweig, A.B. '73

Beth Rosenthal, A.B. '78 M.P.P. '82

Brian Rosenthal, A.B. '00 S.M. '00

David Rosenthal, A.B. '59

Emily Rosenthal, A.B. '03

Eugenie Rosenthal, A.B. '00

Jean Rosenthal, A.B. '66

Jill Rosenthal, A.B. '80 M.D. '85

Kathleen Connors Rosenthal, A.B. '07

Kenneth Rosenthal, A.B. '65

Victoria Rosenwald, A.B. '71

Todd Roshak, A.B. '91

Sam Rosin, A.B. '15

Douglas Ross, M.D. '77

Jessica Ross, Ed.M. '08 A.B. '03

Margaret Ross, Ed.M. '74

Michael Ross, A.B. '86

Molly Ross, A.B. '72

Peter Ross, A.B. '69 M.D. '73

Robert Ross, A.B. '09

Susannah Ross, A.B. '93 M.L.A. '03

William Rossi, M.B.A. '89

Annette Rossignol, S.M. '77 Dr.P.H. '81

Peter Rossow, Ph.D. '75

Ann Rota, Ed.M. '19

Arthur Rotch, A.B. '88

Jonathan Rotenberg, M.B.A. '92

Marc Rotenberg, A.B. '82

Allan Roth, J.D. '56

Annette Roth, M.D. '83

Jerome Roth, A.B. '79 J.D. '83

Joan Adrienne Roth, Ed.M. '72

Ellen Rothenberg, A.B. '72

Elliot Rothenberg, J.D. '64

Michael Rothenberg, A.B. '80

Caroline Rothert Boch, A.B. '00 J.D. '08 M.P.P. '08

Robert Rothery, A.B. '81

Emily Rothrock, A.B. '80

Dan Rothstein, A.B. '77 Ed.D. '85

Dwight Rouse, A.B. '84

Wade Roush, A.B. '89

Arthur Rousmaniere, A.B. '80

Nicole Roussos, A.L.M. '11

Dana Rowan, M.P.P. '84

David Rowat, M.B.A. '86

Leanne Rowe, A.B. '07 Ed.M. '12 J.D. '15

Rachel Rowe, M.S.H.P.M. '82

Winfield Rowell, A.B. '59

Diana Rowell MD, A.B. '84

Brigid Rowlings, A.B. '99

Annalise Roy, A.B. '98

Carrie Roy, A.B. '02

Erika Royal, J.D. '98

Elliot Royce, A.B. '83

Sarah Royce, A.B. '79

Alan Rozet, A.B. '16

Adam Ruben, A.B. '92

Melinda Ruben, A.B. '78

Leonard Rubenstein, M.A. '71 J.D. '75

Paul Rubenstein, J.D. '70

Richard Rubenstein, A.B. '59 J.D. '63

A Louis Rubin, Ed.M. '77

David Rubin, A.B. '80

David Rubin, A.B. '65

Fred Rubin, A.B. '71

Joan Shelley Rubin, A.B. '69

Julia Sass Rubin, A.B. '84 M.B.A. '90 M.A. '97 Ph.D. 2002

Laurie Rubin, J.D. '93 M.C.R.P. '80

Michael William Rubin, A.B. '78 J.D. '82 MPA '07

Shelley Rubin, A.B. '76

Tyler Rubin, A.B. '04

Zarya Rubin, A.B. '92

Jessica Rubin-Wills, A.B. '06

Louisa Rubinfien, Dr.P.H. '96

Lee Rubinstein, A.B. '87

Saul Rubinstein, Ed.M. '77 M.B.A. '80

Jane Rubio, A.B. '98

Mary Rude, A.B. '01

Eric Ruder, M. Env. Health '88

Susan Ruderman, A.B. '84 Ed.M. '96

Ken Rudin, A.B. '87

Creston (Dan) Rudolph, S.B. '92

Jenny Rudolph, A.B. '84

Vivek Rudrapatna, A.B. '06

Andrew Rueb, A.B. '95 M.T.S. '04

Sarah Rugheimer, A.M. '10 Ph.D. '15

Alejandro Ruiz, A.B. '05

Rudy Ruiz, A.B. '90 M.P.P. '93

Rafael Antonio Ruiz-Ayala, A.B. '85

Wheeler Ruml, A.B. '93 Ph.D. '02

Abby Rumsey, A.B. '78 MA '82 Ph.D. '86

Robert Runcie, A.B. '84 A.B. '

Mark Alan Ruof, A.B. '80

Jacques Rupnik, A.M. '75

Thomas Ruppel, M.B.A. '82

Naomi Rush, A.B. '80

Savannah Rush, M.B.A. '23

Matthew Rusk, A.B. '87

Natalie Rusk, A.B. '95

Cindy Ruskin, A.B. '79

Emma Russell, M.B.A. '18

George Russell, A.B. '75

Jessie Russell, A.B. '10

Joel Russell, A.B. '72

Nerissa Russell, A.B.  '80

Robert Russell, J.D. '82

Robin Russin, A.B. '79

Amy Russo, A.B. '79 PMD '91

Cynthia Russo, J.D. '79

Langbourne Rust, A.B. '65

Marion Rust, A.B. '85

Danielle Rutherford, A.B. '08

Ronnye Rutledge, A.B. '12

Joan Ruttenberg, J.D. '82

Patricia Ruvalcaba, A.B. '03

Paul Ryack, A.B. '63 M.P.H. '74

Charles Ryan, M.D. '77

Charlotte Ryan, A.B. '71

Christian Ryan, A.B. '91

Colleen Ryan, A.B. '95

Erin Ryan, A.B. '91 J.D. '01

Jean Ryan, A.B. '74

Jean Ryan, M.D. '79

John Ryan, A.B. '80

Kathleen Ryan, A.B. '00

Kelley Ryan, M.B.A. '99

Liz Ryan, A.B. '81

Naomi Ryan, M.P.A. '14

Patrick Ryan, M.B.A. '12

Paul Ryan, A.B. '87

Paula Ryan, J.D. '62

Philip Ryan, M.B.A. '70

Thomas Ryan, M.L.A. '79

Cheryl Ryder, A.L.M. '89

Janice Ryu, A.B. '83

Adam Rzepka, A.B. '99

Marjorie Anne Sa'adah, A.B. '76 Ph.D. '82

Joseph Saah, A.B. '71

Mark Sabath, J.D. '03

Charles Sabel, A.B. '69 Ph.D. '78

Martin Sabelli, A.B. '85

Neha Sabharwal, J.D. '18

Paul Sabin, A.B. '91

Andrew Sabl, A.B. '90 Ph.D. '97

Emily Sabo, A.B. '06

Mary Sabolsi, A.B. '86 M.D. '96 M.P.H. '97

Adam Sabra, A.B. '90

Michele Sacconaghi, M.P.P. '92

Subir Sachdev, A.M. '84 Ph.D. '85

Joel Sachs, A.B. '61

Margaret V Sachs, J.D. '77 A.B. '73

Dana Sack, A.B. '75

David Sack, A.B. '74

Graham Sack, A.B. '03

Jonah Sacks, A.B. '95

Lynne Sacks, Ed.D. '14 Ed.M. '90

Steve Sacks, A.B. '75

John Tobias Sackton, A.B. '68

Mary Sadanaga, A.B. '96

John Sadoff, Ed.M. '06

Michael Sadowski, Ed.D. '05 Ed.M. '95

Marc Sadowsky, A.B. '78

Paul Saffo, A.B. '76

172

Jennifer Saffran, A.L.M. '15

Elizabeth Saft, A.B. '82

Miriam Sagan, A.B. '75

Anthony Sager, J.D. '71

Emma Sagor, A.B. '13

Somava Saha, A.B. '93 A.M. '93

Sheida Sahandy, M.P.A. '04

Illika Sahu, M.U.P. '17

Zahr Said, Ph.D. '03

Justin Saif, A.B. '99

James Sailer, M.P.P. '95

Amanda Saillant, Ed.M. '23

Kanako Sakai, M.B.A. '21

Anna Sakellariadis, A.B. '10 M.B.A. '20

Julie Sakellariadis, A.B. '78

Sophia Sakellariadis, A.B. '11

Julie Saker Schlegel, A.B. '94

Toshi Sakuma, OPM '04

Shelley Salamensky, Dr.P.H. '98 A.M. '93

Linda Salamon, A.B. '63

Michelle Salazar-Martinez, A.B. '90

Mary Sales, M.P.H. '86

Michael Sales, Ed.D. '84

Tati Salinas, A.L.M. '24

Keith Salkowski, A.B. '79

Jessica Salley, A.B. '14

Hilary Sallick, A.B. '85 Ed.M. '91

Charlotte Salomon, A.B. '79

Anjali Salooja, A.B. '06 J.D. '12

Leigh Salsberg, A.B. '98

Sarah Salter, A.B. '62

Steohen Saltonstall, A.B. '67

William Saltonstall, A.B. '79

Charles Saltzman, A.B. '59 M.A.T. '62

Cynthia Saltzman, A.B. '71

ROB SALTZMAN, J.D. '79

Edward Salvato, A.B. '84

Jacqueline Salwa, J.D. '22

Hollis Salway (maiden name: Van Inwagen), A.B. '04

Leslie Salzinger, A.B. '80

Toby Sambol Edelman, Ed.M. '69

Sammy Sambu, S.B. '08

Clare Sammells, A.B. '95

Ann Elisabeth Samson, A.B. '97

Camille Samuels, M.B.A. '98

Sam Samuels, A.B. '82

David Samuelsson, M.P.A. '14

Donna San Antonio, Ed.D. '01 Ed.M. '96

Kira Sanbonmatsu, Ph.D. '98

Enrique Sanchez, A.B. '23

173

Francisco Sanchez, M.P.A. '93

George Sanchez, A.B. '81

Joseph Sanchez, S.B. '21

Juana Sanchez, M.P.P. '15

Michelle Sanchez, M.Div. '09 Ph.D. '14

Rodrigo Sánchez Gavito Portilla, M.P.A. '14

Melina Sánchez Montañés, M.P.A. '20

Mireya Sanchez-Maes, A.B. '24

Jocelyn Sand, A.B. '87

Rachel Sandalow-Ash, A.B. '15 J.D. '20

Michelle Sandberg, A.B. '95

Andrea (Pip) Sanders, A.B. '90

Lee Sanders, A.B. '90

Mona Sanders, M.P.A. '98

Alison Sanders-Fleming, Ed.M. '87

Tatiana Sandino, D.B.A. '04

Amy Sandler, A.B. '90 M.B.A. '96

Joseph Sandler, A.B. '75 J.D. '78

Emma Sandoe, Ph.D. '19

Carlos Sandoval, A.B. '74

Carol Sandstrom, A.B. '83

Dianne Hall Kelly Sanford, J.D. '76

Wendy Sanford, A.B. '66 M.T.S. '80

Funke Sangodeyi, A.B. '97 Ph.D. '14

Todd Sangster, A.B. '00

John Sansone, A.B. '68 J.D. '73

Sandy Santana, A.B. '97

Laura Santel, M.B.A. '19

Lekshmi Santhosh, M.D. '11

Marlene Santiago, A.B. '95

Nicholas Santiago, A.B. '19

Warner Santiago, Ed.M. '21

Claudia Santillan-Lensink, A.B. '00

Borja Santos, M.P.A. '17

John Santos, A.B. '75

Laurie Santos, A.B. '97 Ph.D. '03

Maricel Santos, Ed.D. '02

Francis Santry, A.B. '98

John Santry, A.B. '90

Cinthya Sanz, A.L.B. '25

Robert Saper, M.D. '88 M.P.H. '23

Shira Saperstein, A.B. '82

Everett Sapp, A.B. '23

Maile Sapp, A.B. '17

Nunzi Sapuppo, A.B. '77

Barbara Sard, A.B. '68 J.D. '74

Mona Sarfaty, A.B. '71

Lloyd Sargeant, A.B. '74

Shivan Sarin, J.D. '15

Ozge Saritosun Kurtoglu, A.B. '99 '

174

Joan Sarnat, A.B. '70

Clifford Saron, A.B. '76

Annie J Sasco, M.P.H. '79 S.M. '80 Dr.P.H. '86

Katherine Sass, J.D. '18

David Sassoon, A.B. '79

Sutha Satkunarajah, A.B. '05

Andrew Satlin, M.D. '79

Nancy Sato, A.B. '75

Suzanne Sato, A.B. '71

Daniel Satran, A.B. '95

Erum Sattar, S.J.D. '17

Jane Satter, A.B. '78

Patricia Satterstrom, A.B. '04 D.B.A. '16

Ian Saum, A.B. '20 Ed.M. '21

Jeremy Saum, A.B. '95

Laura Saum, A.B. '95

Catherine Saunders, A.B. '86

Julien Saur, M.P.A. '13

Christine Savage, J.D. '95

Christopher Savage, A.B. '77 J.D. '80

John Savage, M.B.A. '72

Megan Savage, A.B. '10

Moitri Savard, A.B. '93

William Savedoff, A.B. '82

Robert Savignol, M.B.A. '04

Neil Sawhney, A.B. '08

Constance Sawyer, A.B. '80

Eric Sawyer, A.B. '84

Ethan Sawyer, J.D. '02

Carolyn Sax, M.D. '87 A.B. '83

Joan Sax, A.B. '63 Dr.P.H. '83

William Saxbe, M.D. '67 M.P.H. '71

Judith Saxe, A.B. '84

Steven Saxon, A.B. '77

Pantho Sayed, J.D. '25

Susan Scace, M.B.A. '87

Nathan Scales, A.B. '98

Polly Scannell, A.B. '80

Giulia Scarantino, A.B. '95

Helen Scarborough, A.B. '25

Kimberly Scearce-Levie, A.B. '91

Peter Schabert, A.B. '61 M.B.A. '63

Betsy Schaefer Vourlekis, A.B. '64

Daniel Schaeffer, A.B. '84

Kristi Schaeffer Dalling, A.B. '00

Joanna Schaenman, A.B. '92

Benjamin Schafer, A.B. '19

George Schafer, M.Arch. '96

Trudy Schafer, M.P.A. '94

Chris Schaffer, Ph.D. '01

175

Frederick Schaffer, A.B. '68 J.D. '73

Robin Schaffer, A.B. '72

Suzanne Schalow, A.L.B. '00

Laura Schanberg, A.B. '80

David Schanzer, A.B. '85 J.D. '89

Joel Schapero, HBS AMP '17

Ken Schapiro, J.D. '88

Karen Scharff, A.B. '79

Benjamin Schatz, A.B. '81 J.D. '85

Carolyn Schatz, Ed.M. '98

Jennifer Schauffler, Ed.M. '95

Tom Schaumberg, L.L.B. '63

Steven Schaus, J.D. '18

Carlota Schechter, Ed.D. '85

Martha Schecter, A.B. '67

Bill Scheft, A.B. '79

John Scheft, A.B. '81

Jamie Schein, A.B. '85

David Scheinberg, A.B. '80

G Craig Schelter, M.Arch. '68

Naomi Scheman, Ph.D. '78

Albert Schenkel, A.B. '74 M.T.S. '85

Marc Schenker, M.P.H. '80

Yael Schenker, A.B. '95

John-Michael Schert, M.P.A. '18

Theodore Schick, A.B. '74

Lois Schiffer, A.B. '66 J.D. '69

Thomas Schilling, A.L.M. '92

Susan Schiro, A.B. '68

Jean Schiro-Zavela, A.B. '85

John Schivell, A.B. '63 Ph.D. '68

Abby Schlatter, A.B. '02

David Schlesinger, A.M. '86

Jacob Schlesinger, A.B. '84

Stephen Schlesinger, A.B. '64 J.D. '68

Jasmine Schlichting, A.B. '19

Warren Schlichting, A.B. '83

Paul Schlichtman, Ed.M. '90 CAS '07

Esther Schlorholtz, A.B. '76

Irving Schloss, A.B. '66

Alan Schlosser, J.D. '67

Mario Schlosser, M.B.A. '07

Julia Schlozman, A.B. '09 J.D. '13

Eric Schluessel, Ph.D. '16

Ruth Schmidt, Ph.D. '96

William Schmidt, M.P.A. '00

Catherine Schmidt Roper, A.B. '86

Armin Schmiedeberg, M.P.A. '90

Emily Schmitt, A.B. '04 M.P.P. '08

Elisabeth Schmitz Lucas, A.B. '86

176

Beth Schneider, A.B. '74

Bruce Schneider, A.B. '64 M.D. '68

Cynthia Schneider, A.B. '75 Ph.D. '84

Deborah Schneider, A.B. '65 Ph.D. '74

Michelle Schneider, S.M. '75

Thomas Schneider, A.B. '73 J.D. '80

Tim Schneider, A.B. '03

Cynthia Schneider Bogorad, J.D. '77

Gretchen Schneider Rabinkin, M.Arch. '97

Christian Schneider-Sickert, M.B.A. '00

Eric Schneiderman, J.D. '82

Lisa Schneier, Ed.M. '84 Ed.D. '95

Jeanette Schnierle, A.B. '13 M.P.H. '19

George Schober, A.B. '71

Connor Schoen, A.B. '20

Scott Schoen, A.B. '80

Naomi Schoenbaum, J.D. '05

Eric Schoenberg, A.B. '84

Martha Schoenemann, A.B. '66

Jill Schoenfeld, A.B. '13

Mirjam Schoening, M.P.A. '00

Douglas Schofield, M.B.A. '69 D.B.A. '72

Janet Schofield, A.B. '68 Ph.D. '72

John Scholz, A.B. '67

Michael Schooler, A.B. '69

Katherine Schoonover, A.B. '75

Joseph Schorer, J.D. '78

Jonathan Schorr, A.B. '85 J.D. '88

Keith Schorsch, A.B. '86 M.B.A. '92

Catherine Schott, A.B. '80

Minna Schrag, A.B. '62 M.A.T. '63

Peter Schrag, M.D. '64 A.B. '59

Philip Schrag, A.B. '64

Carol Schrager, J.D. '79

Daniel Schrager, A.B. '75

Ellen Schrecker, A.B. '60 Ph.D. '74

Caroline Schreiber, A.B. '95

Jeanette Schreiber, J.D. '82

Jordan Schreiber, A.B. '95 J.D. '01

Will Schroeder, A.B. '60

Max Schubert, Ph.D. '20

Michelle Schulberg, A.B. '84

David Schulenberg, A.B. '76

Frances Yvonne Schulman, A.B. '83

Hadassah Schulman, A.B. '68

Rainer Schultz, Ph.D. '16 A.M. '08

Joanne Schulze, A.L.B. '00

Mark Schumacher, A.B. '78

Brett Schuman, J.D. '96

Christian Schumann, A.B. '69 J.D. '72

Nikki Schumann, A.B. '70

Sarah-Anne Schumann, A.B. '91 M.D. '99

Jonathan Schur, A.B. '75 J.D. '78

Steven Schuster, A.B. '76

Kristen Schutjer, M.T.S. '92

David Schutte, M.B.A. '90

Steven Schuyler, Ph.D. '84

Les Schwab, A.B. '70

NinA Schwalbe, A.B. '88

Aaron Schwartz, Ph.D. '15 M.D. '17

Alexandra Schwartz, A.B. '94

Anton Schwartz, A.B. '89

Howard Schwartz, M.B.A. '65

Janet Schwartz, A.B. '71

Joshua Schwartz, A.B. '73

Katrina Schwartz, A.B. '87

Lloyd Schwartz, M.A. '63 Ph.D. '76

Michael Schwartz, A.B. '87

Michael Schwartz, J.D. '72

Peter Schwartz, A.B. '89

Robert Schwartz, A.B. '59

Sally Schwartz, A.B. '66

Sheila Schwartz, M.P.A. '80

Steven Schwartzberg, A.B. '01

Peter Schwarz, A.B. '91

Nina Schwarzschild, A.B. '81 M.B.A. '90

John Schweig, M.B.A. '83

ALEXANDRA SCHWEITZER, M.P.P. '80

Edward Schwenk, A.B. '76

Helen Schwickrath, Ed.M. '93

George Scialabba, A.B. '69

Joseph Scipione, A.B. '81

Cecile Scoon, A.B. '81

Allan Scott, M.B.A. '92

David Scott, A.B. '60 LL.M. '65

Drew Scott, A.B. '15

JACQUELINE SCOTT, M.B.A. '86

Jan Scott, M.P.A. '15

Janet Scott, A.B. '78

Jason Scott, A.L.M. '10

Jessica Scott, Ed.D. '15 Ed.M. '08

Joy Scott, Ed.M. '20

Keviin Scott, M.B.A. '84 M.P.P. '84

Kevin Scott, A.B. '98

Maurice Scott, A.B. '77

Melissa Scott, A.B. '81

Randolph Scott, A.B. '83

Robert Scott, A.B. '70

Theodore Scott, A.B. '69 Ed.M. '75

Paige Scott Reed, A.B. '92 J.D. '97

Erica Scott-Adjei, A.B. '06

Shannon Scott-Vernaglia, A.B. '94

Alice Scovell, A.B. '80

Edward Scovell, A.B. '84

Anneka Scranton, A.B. '73

Sarah Scrogin, A.B. '96

Ralph Scronce, A.L.M. '21

James Seale-Collazo, Ed.D. '06

Alison Seanor, A.B. '98

Christopher Searcy, A.B. '05

Anna Seaton, A.B. '86

Elizabeth Seaton, A.B. '89

Margaret Seaver, A.B. '86

Robert Seaver, A.B. '88

Sally Seaver, A.B. '64 A.M. '64

Francisco Secada, M.B.A. '08

Laura Secor, A.B. '90

Ellery Sedgwick, A.B. '64

Rob Sedgwick, A.B. '73 M.P.P. '78 J.D. '78

Tod Sedgwick, A.B. '71

Walter Sedgwick, D.B.A. '69

Quentin Sedlacek, A.B. '08

Jared Seeger, A.B. '05

Matthew Seeger, A.B. '89

Alicia Seeley, M.U.P. '23

Richard Seesel, A.B. '76

Elizabeth Segal, A.B. '84

Jonathan Segal, A.B. '76

Jeffrey Seglin, M.T.S. '81

David Seidman, A.B. '64

Brad Seiler, A.B. '10

Abigail Sekar, A.B. '12

Therese Sellers, A.B. '83

Andrew Sellon, A.B. '81

Richard Seltzer, A.B. '65

Wendy Seltzer, A.B. '96 J.D. '99

Tanya Selvaratnam, A.B. '92 A.M. '96

William Selvidge, A.B. '73 Ed.M. '78

Nita Sembrowich, A.B. '79

Magdi Christian Semine, A.B. '73

Ronald Sen, A.B. '77

Kathryn Sencabaugh, A.B. '68

Laurence Senelick, A.M. '65 Ph.D. '72

Patricia Seo-Mayer, A.B. '96

Geza Serenyi, A.B. '66

Margaret Serenyi, A.B. '66

Gregory Sergienko, A.B. '80 J.D. '85

Peter Sergienko, A.B. '82

Edward Serotta, A.B. '73

Veronica Serrato, A.B. '84

179

Rocco Servedio, A.B. '93 Ph.D. '01

Carol Sessions, A.B. '86

Jennifer Sessions, A.B. '96

Uma Sethi, M.B.A. '05

Sarah Seton-Rogers, Ph.D. '04

Martin Severance, A.B. '66

Teresa Sevilla, M.B.A. '88

Deb Sewall, A.B. '72

Sydney Sewall, A.B. '71 M.P.H. '97

James Seward, A.B. '71

Paul Seward, M.D. '68

Craig Sewell, A.B. '73

Jessica Sewell, A.B. '87

Nisha Afreen Seyed Mohamed, A.B. '23

Robert Seyfarth, A.B. '70

N. Andrew Sfeir, A.B. '05

Stephen Shackelford, A.B. '99 J.D. '05

David Shactman, M.P.P. '92

Audrey Shafer, A.B. '78

Reed Shafer-Ray, A.B. '18

Martha Shaffer, A.B. '83 LL.M. '90

Barry Shafrin, A.B. '09

Traci Shafroth, J.D. '07

Himani Shah, A.B. '99

Tascha Shahriari-Parsa, J.D. '24 M.P.P. '24

Todd Shaiman, A.B. '94

Ann Shalleck, J.D. '78

Terry Shaller, A.B. '72 Ph.D. '79

Ann Shalof, A.B. '84 J.D. '90

David Shambroom, A.B. '71 A.M. '71 Ph.D. 80

SHAUNA SHAMES, A.B. '01 Ph.D. '14

Lauree Shampine, S.M. '96

Peter Shane, A.B. '74

Craig Shank, A.B. '82

Raji Shankar, Ph.D. '13

Rajiv Shankar, A.L.B. '04 A.L.M. '17

Carl Shannon, A.B. '87 M.B.A. '92

Cynthia Shannon, A.B. '82

Diane Shannon, M.B.A. '92

Donald Shannon, M.B.A. '59 M.B.A. '61

Julie Shannon, M.P.P. '86

Katie Shannon, Ph.D. '00

Ling Shao, M.B.A. '05

Adrienne Shapiro, A.B. '02

Ann Shapiro, A.B. '58 A.M. '60

Jonathan Shapiro, A.B. '85 A.M. '85

Josine Shapiro, A.B. '89

Kathy Shapiro, A.B. '91

Laura Shapiro, A.B. '68

Michael Shapiro, Ph.D. '76 S.M. '72

Nina Shapiro, M.B.A. '76 M.R.P.L. '76

Roger Shapiro, M.P.H. '03

Sasha Shapiro, J.D. '08

Alice Shapley, A.B. '97

Deborah Shapley, A.B. '67

Nina Shapley, A.B. '93

Robert Shapley, A.B. '65

Mark Shappee, M.B.A. '68

Laurisa Shappell Schutt, A.B. '92

Daniel Sharfstein, A.B. '94

Howard Sharfstein, J.D. '70

Christina Sharkey, M.P.A. '17

Deepak Sharma, A.B. '97

Upasna Sharma, A.B. '15

Adrian Shatku, Ph.D. '14 '

Jessica Shattuck, A.B. '94

Sarah Shaughnessy, A.B. '07

Mitra Shavarini, Ed.D. '01 Ed.M. '94

Ari Shaw, A.B. '04

Eric Shaw, MUP '00

John Shaw, M.B.A. '86

Justin Shaw, A.B. '91 M.B.A. '97

Marjorie Shaw, A.B. '74

Ellen Shea, Ed.M. '08

Katherine Shea, A.B. '74

KEVIN SHEA, M.Arch. '75

Alexandra Shear, A.B. '93

Margaret Shearer, A.B. '68 J.D. '72

Billy Shebar, A.B. '79

Geralyn Sheehan, M.P.A. '95

Travis Sheets, J.D. '05

Bryan Shelby, A.B. '74

Philip Sheldon, A.B. '77

Erin Sheley, A.B. '02 J.D. '06

Lisa Shelkrot, J.D. '91

John Shelley, A.B. '65 J.D. '68

Christopher Shen, J.D. '96

Judy Shen, A.B. '94

Linda Shen, A.B. '70

Theodore Shen, M.B.A. '68

Dillon Shen-Cruz, A.B. '16

Judy Shen-Filerman, A.B. '88

Jay Shendure, M.D. '07 Ph.D. '07

Rahul Shendure, M.B.A. '01

Stephen Shenker, A.B. '75

Vivek Shenoy, A.B. '06

Jennifer Shephard, A.B. '95

Ben Sher, A.B. '99

Jeremy Sher, M.Div. '16

Deborah Sheren, M.B.A. '83

Kathryn Sherer, A.B. '85

John Sheridan, A.B. '90

Kimberly Sheridan, Ed.D. '06

Rebecca Sheridan Malone, A.B. '86

Fred Sherman, A.B. '71

John Sherman, J.D. '72

Kate Sherman, A.B. '88

Michael Sherraden, A.B. '70

Susannah Sherry, A.B. '80

Emily Sherwood, M.P.A. '14

Bobby Sheth, M.B.A. '04

Aran Shetterly, A.B. '93

John Shetterly, A.B. '66 J.D. '73

Carol Shetty, M.P.H. '25

Shravan Shetty, M.B.A. '25

Wendy Sheu, J.D. '07

Steven Shevick, A.B. '78

David Sheynberg, A.B. '16

Jennifer Shi, A.B. '15

Lili Shidlovski, A.B. '70

Sara Shields, A.B. '84

Judy Shih, A.B. '92

June Shih, A.B. '94

Margaret Shih, Ph.D. '00 M.S. '97 '

Tina Shih, A.B. '92

Kaile Shilling, S.B. '94

Janet Shim, M.P.P. '93

Daniel Shin, A.B. '22

Hannah Shin, Ed.M. '03

Susanna Juyoung Shin, A.B. '88

Michael Shinagel, Ph.D. '64

Marybeth Shinn, A.B. '73

Rina Shinn, A.B. '86

Allison Shipley Bender, A.B. '01

James Shirey, A.B. '11

Lillian Shirley, M.P.A. '99

Anis Shivani, A.B. '92

Sachin Shivaram, A.B. '03

John Shivnen, M.P.A. '90

Terry Shlimbaum, A.B. '75

Carol Shloss, Ed.M. '70 '

Robert Shoemaker, A.B. '73 J.D. '80

Diane Shohet, Ed.M. '90

Grace Shohet, A.B. '81 J.D. '86

Lara Shohet, M.B.A. '03

Kenichi Shoji, M.B.A. '92

Robert Sholiton, A.B. '58 A.M. '60

Thomas Shook, A.B. '71

John Shoptaw, Ph.D. '87

Alexander Shor, A.B. '73

Barbara Shore, A.B. '68 J.D. '71

David Shore, PhD '12

Richard Shore, A.B. '86

Clyde Shorey, M.B.A. '77

Linda Shortliffe, A.B. '71

Alexander Shoumatoff, A.B. '68

Amelia Showalter, A.B. '05 M.P.P. '08

Marilyn Showalter, A.B. '72 J.D. '75

LEO SHPIZ, PMD '77

Gene Shreve, J.D. '68 LL.M. '75

Robert Shreve, A.B. '77

Ryan Shrime, A.B. '00

Anil Shrivastava, A.B. '90 M.B.A. '96

Marcia ShRp, A.B. '68

David Shryock, A.B. '80

Barbara Shubinski, A.B. '81

Amy Shuffelton, A.B. '92

Matthew Shuman, Ed.M. '17

SUSAN SHURIN (Blakely), A.B. '65

Bernjamin Shute Jr., A.B. '59 M.A.T. '62

John Shutkin, A.B. '71

Tor Shwayder MD, A.B. '75

Kevin Shyne, A.B. '72

Richard Sia, A.B. '75

Veena Siddharth, M.P.P. '89

David Sidman, A.B. '78

Melissa Sieffert, A.B. '14

Arthur Siegel, M.D. '67

Bettina Siegel, J.D. '91

Jeffrey Siegel, Ed.M. '13

Laurie Siegel, M.B.A. '86 M.R.P.L. '79

Marjorie Siegel, A.M. '68

Naomi Siegel, A.B. '79 M.T.S. '84

Rachel Siegel, A.B. '96

Madelyn Sierra, M.B.A. '84

Erin Sietstra, A.B. '11

James Sietstra, A.B. '08

Ted Siff, A.B. '70

Rabsa Sikder, A.B. '25

Denise Silber, M.B.A. '79

Mark Silber, A.B. '84

Ryan Silber, M.P.A. '24

David Silberstein, A.B. '67

Esther Silberstein, J.D. '15

Marc Silbert, J.D. '69

Hugh Silk, A.B. '91 M.P.H. '12

Laura Silk, A.B. '94

Margaret Wendy Kuhn Silk, A.B. '68

Jael Silliman, Ed.D. '80

Jane Sillman, A.B. '64

Marion Sills, A.B. '87

Valéria Silva, LL.M. '14

Daniel Silver, A.B. '81

David Silver, M.D. '67

Jonathan Silver, A.B. '68 M.D. '74

Michael Silver, A.B. '77

Michael Silver, A.B. '80

Harvey Silverglate, J.D. '67

Ann Silverman, M.P.A. '94

Elizabeth Silverman, M.D. '62

Hannah Silverman, A.B. '87

Jane Silverman, A.B. '67

Damon Silvers, A.B. '86 J.D. '96 M.B.A. '96

Dara Silverstein, A.B. '00

Jed Silverstein, A.B. '97

Mark Silverstein, J.D. '83

Steven Silverstein, A.B. '76

Murray Silverstone, A.B. '91

Mary Simeti, A.B. '62

Adele Simmons, A.B. '63

Barry Simmons, A.B. '61

Bryan Eric Simmons, A.B. '83

Christina Simmons, A.B. '70

Erica Simmons, A.B. '99 M.P.P. '05

Ian Simmons, A.B. '00

Nina Simmons, A.B. '92 J.D. '95

Quincey Simmons, A.B. '92

Rebecca Simmons, A.B. '84

Edward Simnett, M.B.A. '95

Amy Simon, A.B. '85

Bennett Simon, A.B. '55

Brett Simon, A.B. '79

Clea Simon, A.B. '83

Donald Simon, A.B. '75 J.D. '78

Jeffrey Simon, M.C.R.P. '75

Katherine Simon, A.B. '85

Lisa Simon, M.D. '20 D.M.D. '14

Richard Simon, Ed.M. '78

Steven Simon, Ph.D. '95

Emily Simonoff, A.B. '77 M.D. '83

Marco Simons, A.B. '97

Steven Simons, A.B. '69 J.D. '72

Karen Simonson, A.B. '76

Deborah SIMONSON Coatsworth, A.B. '82

Pamela Simpkins, M.P.A. '88

George Simpson, M.P.P. '17

Jennifer Simpson, A.B. '11

Kara Simpson, S.M. '24

Chris Sims, A.B. '98

Emily Singer, A.B. '79

Janet Singer, A.B. '84

Karl Singer, A.B. '63 M.D. '67

Margot Singer, A.B. '84

Paul Singer, LL.M. '70

Ashish Singh, A.B. '87 M.B.A. '93

Avjeet Singh, M.P.A. '07

Emily Singh, A.B. '74 J.D. '79

Nikhil Singh, A.B. '87

Rachel Singh, A.B. '10

Ravi Singh, A.B. '95

Silvija Singh, A.B. '80

Michel Singher, A.B. '62

David Singleton, J.D. '91

Francis Seth Singleton, A.B. '62

Sylvana Sinha, M.P.A. '03

Nancy Sinsabaugh, A.B. '76 M.B.A. '78

Connie Sipe, J.D. '75

Judith Siporin, A.B. '73

Freida Siregar, M.P.P. '20

Caitlin Sirkin, A.L.M. '24

George Sirota, M.B.A. '00

Suzanne Siskel, A.B. '74

Roxane Sismanidis, A.B. '77 A.M. '79

Elizabeth Sisson, M.P.A. '24

Colleen Sitlani, A.B. '00

Virginia Siu, Ed.M. '03

Sindhu Sivakumaren, Dr.P.H. '19

James Siwy, A.B. '73

Cassandra Skapek, M.P.H. '22

Virginia Skartvedt, A.B. '85

Theodora Skeadas, A.B. '12 M.P.P. '16

Kevin Skelly, A.B. '83

Abigail Zoba Skidmore, A.B. '00

Allison Skinner, M.B.A. '99

Theda Skocpol, Ph.D. '75

Shannon Slade, M.Des. '22

Bridgette Slater, A.B. '15 J.D. '22 M.B.A '22

Jay Slater, A.B. '75 M.D. '79

Sandra Slater, Ed.M. '80

Laura Slatkin, A.B. '68 Ph.D. '79

John Slaven, M.B.A. '92

Barbara Slavin, A.B. '72

Jeri Slavin, M.B.A. '94

Michael Sleet, A.B. '97

Rick Slettenhaar, A.B. '04

Paul Sleven, J.D. '81

Anne Slichter, A.B. '71

Alexander Sloan, A.B. '06

William Sloane, A.B. '67

Daniella Slowik, M.L.A. '24

Alex Slusky, A.B. '89 M.B.A. '92

Arthur Small, A.B. '69

Christopher Small, M.S. '95 Sc.D. '98

Michael Small, A.B. '79

Christopher Smallwood, A.B. '05

Joseph Smallwood, A.B. '86

Jamie Smarr, M.P.P. '97

Donald Smart, A.B. '75 J.D. '78 M.B.A. '80

Siri Smedvig, A.B. '81

Geoffrey Smereck, A.B. '75

Adam Smith, J.D. '20

Alan Smith, A.B. '65

Alexis Smith, A.B. '15

Amanda Smith, A.B. '89 A.M. '92

Arnold Smith, A.B. '68

Austin K. Smith, M.L.A. '85

Catie Smith, A.B. '02 M.B.A. '10

Christopher Smith, A.B. '80

Dale Smith, A.B. '80

David Smith, A.B. '95

David Smith, M.B.A. '74

David Smith, A.B. '65

Duane Smith, Ph.D. '94 Th.M. '86

Geoffrey Smith, A.B. '10

Gonzalo Smith, LL.M. '00

Gregory Smith, Ph.D. '83

Jack Smith, A.B. '80

Janna Smith, A.B. '73

Jeffrey Smith, A.L.B. '90

Jessica Smith, M.B.A. '10

Jillian Smith, A.B. '94

Johnathan Smith, A.B. '03 Ed.M. '04

Jonathan Smith, A.B. '69

Jonathan Smith, M.B.A. '77

Joseph Smith, M.D. '87 Ph.D. '85

Judith Smith, A.B. '70

Karen Smith, A.B. '05 J.D. '09

Ken Smith, M.B.A. '90

Kendall Smith, A.B. '11

Kenneth Smith, A.B. '66

Kenneth Smith, M.B.A. '88

Lori Smith, A.B. '94

Marian Smith, A.B. '80

Marilyn Smith, A.B. '70 J.D. '76

Mark Smith, A.B. '79

Melissa Smith, A.L.M. '02

Michael Smith, A.B. '73 Ph.D. '82

Michael Smith, M.A.U.D. '76

Michael Smith, A.B. '97

Nicholas Smith, A.B. '09

Pam Smith, A.B. '80 M.B.A. '84

Patty Smith, A.B. '11 M.B.A. '16

Randy Smith, A.B. '70 M.P.P. '76 Ph.D. '81

Sandy Smith, A.B. '87

Sarah Smith, A.B. '19

Sarah Smith, A.B. '68 Ph.D. '75

Sheria Smith, A.B. '05

Stephen Smith, M.B.A. '72

Stephen Smith, A.B. '79 Ed.M. '88

Virginia Smith, M.B.A. '82

Web Smith, OPM '22

Wendy Smith, M.A. '04 Ph.D. '6

Kristen Smith Dayley, J.D. '96

Dane F Smith Jr, A.B. '62

Robin Smith Melvin, A.B. '84 M.B.A. '88

Jodie Smith-Bennett, A.B. '84 A.L.M. '22

Rachel Smith-Bolton, A.B. '96

Karen Smith-Janssen, A.B. '93

Nicole Smith-Massie, A.B. '92

Traver Smith, Jr., A.B. '68

Stuart Smither Wulsin, A.B. '06

Michael Smitka, A.B. '75

Samantha Smoot, A.B. '87

Patrick Smulders, A.B. '88 M.B.A. '92

Ruth Smullin, A.B. '65

Thomas Smurzynski, LL.B. '66

Bertrand Smyers, A.B. '91 M.B.A. '96

Julia Smyth-Pinney, M.A.R. '79

Zara Snapp, M.P.P. '10

Aaron Snead, A.B. '02

Daniel Sneider, M.P.A. '85

Diane Snelling, A.B. '74

Martin Snider, Ph.D. '78

Haden Sniley, A.B. '19

Helen Snively, A.B. '71 Ed.M. '91

Wynter Snow, A.B. '67

Zachary Snow, J.D. '75

Allen Snyder, J.D. '71

Clarise Snyder, Ed.M. '80

Lauren Snyder, A.B. '08

Simon Snyder, A.B. '77

Sophia Snyder, A.B. '07

Theodore Snyder, J.D. '88

Stephanie Snyder Ricci, A.B. '96

Samrong So, S.M. '25

Jonathan Sobel, A.B. '84

Mia Sobin, A.B. '16

JOAN S SOBLE, A.B. '77

Julia Sobol, A.B. '98

Karen Lee Sobol, A.B. '70 M.Arch. '74

Susan Soboroff, B.S. '67

David Sobotta, A.B. '71

James Socas, M.B.A. '92

Deborah Socolar, A.B. '76

Loren Soeiro, A.B. '94

Marguerite SoetemanReijnen, AMP '16

Lisa Sofis, M.P.A. '93

Cynthia Soghikian Wolfe, A.B. '76

Joseph Soh, A.L.M. '19

Vikaas Sohal, A.B. '97 S.M. '97

William Sohier, A.B. '74

Gail Sokoloff, A.B. '82

Rafael Solari, A.B. '75

Eric Solberg, A.B. '90 CDC '19

JO Solet, Ed.M. '85

Maxwell Solet, A.B. '70 J.D. '74

Ania Soliman, A.B. '92

Martha Solís-Turner, M.B.A. '86

Tova Solo, A.B. '69

Caren Solomon, A.B. '84 M.D. '88 M.P.H. '94

David Solomon, A.B. '81

David Solomon, M.Arch. '75

Jason Solomon, A.B. '93

Joshua Solomon, A.B. '91 M.B.A. '99

Miriam Solomon, Ph.D. '86

Stuart Soloway, A.B. '73

Stacie Somers, A.B. '97 J.D. '01

Jed Somit, A.B. '71

Henry Sommer, A.B. '71 J.D. '74

Alison Sommers, A.B. '71

Charles Sonenclar, J.D. '24

Lauren D. Song, J.D. '97

Sarah Song, A.B. '96

Shirlene Song, M.B.A. '08

Katherine Sonnefeldt, M.P.H. '23

Richard Sontgerath, A.B. '72

Teresa Sordé Martí, Ed.M. '01 Ed.D. '07

Robert Sorensen, A.B. '70

Jeannette Soriano, A.B. '01 M.P.P. '18

Gregory Sorkin, A.B. '83

Rafael Sorkin, A.B. '66

Pepe Sosa, A.B. '95

Carlos Sosa Franco, M.P.A. '85

Mercedes Soto, A.B. '90

Heather Souder Choi, J.D. '07

Rachel Southern, Ed.M. '00

Christine Soutter, A.B. '72 A.M. '05 Ph.D. '08

Lucy Soutter, A.B. '90

Diane Souvaine, A.B. '75

Jeannie Sowers, A.B. '89

Rebecca Spang, A.B. '83

Jordy Sparks, Ed.L.D. '18

Christina Spaulding, A.B. '84

Donald Spaulding, A.B. '73

Douglas Spaulding, A.L.B. '99

Stephen Spaulding Spaulding, A.B. '66

Jon Spayde, A.B. '73

Gerry Speca, M.A.T. '73

Elizabeth Specter, A.B. '94

Elizabeth Spelke, A.B. '71

Stephanie Spellers, M.T.S. '96

Duncan Spelman, Ed.M. '73

Alison Spence, A.B. '65 A.M. '67 Ph.D. '79

David Spencer, A.B. '63 J.D. '68

Elizabeth Kay Spencer, A.B. '73

Frederick Spencer, A.B. '75 A.M. '76

Jana Spencer, A.B. '08

Louisa Spencer, A.B. '76

Samuel Spencer, A.B. '96 M.B.A. '03

Elisa Speranza, M.P.A. '88

Vito Sperduto, A.B. '91

April Sperry, A.B. '13

Paul Spickard, A.B. '73

Emily Spieler, A.B. '69

Lucie Spieler, A.B. '76

Katie Spies, M.B.A. '19

David Spiller, A.B. '74

Nathaniel Spiller, A.B. '70 J.D. '75

Michael Spinelle, M.B.A. '83

Adiaha Spinks-Franklin, MD, MPH, M.P.H. '05

Lionel Spiro, A.B. '60 M.Arch. '63

Mark Spitz, A.B. '81

Susan Spitz, A.B. '78

Jay Spitzen, A.B. '70 S.M. '71 Ph.D. '74 J.D. '88

Emily Spitzer, A.B. '76

William Spitzer, A.B. '83

Sarah Margaret Spivey-Faulkner, A.B. '08 Fellow '20

Lesleyann Splagounias, A.B. '89

Cori Splain, Ed.M. '22

Andrew Spofford, A.B. '05 M.U.P. '08

Sarah Spofford, A.B. '08

Stephanie Spong, M.B.A. '92

Noemie Sportiche, Ph.D. '23 S.M. '13

Susan Spratt, M.D. '95

Paul Sprecher, A.B. '72

Beth Springer, M.B.A. '90

Catherine Springer, M.Arch. '95

Sandra Springer, A.B. '90

Glenn Sproul, A.B. '65

Marga Sproul, A.B. '68

Michael Sproule, A.B. '88

Elena Squarrell, A.B. '07

Elizabeth Squires, A.B. '95

Nancy Squires, Ph.D. '04 A.M. '98

Todd Squires, Ph.D. '02

Upali Sraman, M.Div. '16

Vikram Srinivas, M.P.A. '19

Bhargav Srinivasan, J.D. '19 M.B.A. '19

Preeti Srinivasan, A.B. '16

Anne St Goar, M.D. '79

Miichael St John, A.B. '62

Janet (Jinny) St. Goar, A.B. '77

Paul St. John, A.B. '72 Ph.D. '80

Joshua St. Louis, MD, MPH, A.B. '09

Christopher St.John, A.B. '67

Elisabeth Staal, Ed.M. '22

Cassidy Stachowicz, J.D. '06

Anne Stack, M.D. '88

Lucy Stackpool-Moore, A.B. '02

John Stadler, A.B. '75 M.P.P. '79

Eleanor Staebler, A.B. '91

Michael Staebler, A.B. '66

Jon Staff, A.B. '10 M.B.A. '16

Eleanor Stafford, A.B. '92

Jennifer Stagnaro, A.B. '83

Harry Stahl, A.B. '84

Wendy Stahl, M.B.A. '81

Harold Stahler, A.B. '69 J.D. '72

John Staines, A.B. '93

Charles Staley, A.B. '60

NATASHA STALLER, Ph.D. '83

Martha Stampfer, A.B. '68

Caroline Stanculescu, A.B. '01

Burns Stanfield, M.Div. '88

David Stang, A.B. '73 A.M. '80

Maren Stange, A.B. '68

Joseph Stanislaw, A.B. '71

Michael Stanislawski, A.B. '73 A.M. '75 Ph.D '79

Gregory Stankiewicz, A.B. '84 A.M. '84

Michael Stankiewicz, A.B. '91

Anna Stansbury, Ph.D. '21 M.P.P. '15

Peter Stansky, Ph.D. '61

James Stanton, A.B. '67 M.B.A. '73

Jordan Stanzler, A.B. '67

Nancy Staples, A.B. '81 Ed.M. '91

James Stark, S.M.  '04

Justin Stark, A.B. '02

Kathleen Stark, Ed.M. '04 Ed.M. '94

Melinda Starmer, A.L.M. '10

Christina Starobin, A.B. '71

Enid Starr, A.B. '85 M.B.A. '91

John Starr, A.B. '64

Philip Starr, M.D. '89 Ph.D. '89

Glynis Startz, M.P.P. '17

Jocelyn Startz, A.B. '85

Peter Stavrianos, A.B. '66

Maria Christina Stavridou, M.P.H. '23

Andreas Stavropoulos, A.B. '92 M.B.A. '97

Ian Steaman, A.B. '91

Sarah M Stearns, A.B. '73

Leslie Stebbins, Ed.M. '10

Jan Steckel, A.B. '83

Gavin Steckler, A.B. '98

Cherie Steele, A.B. '85

Craig Steele, A.B. '74

Emilie Steele, Ed.D. '88 Ed.M. '78

Joe Steele, A.B. '79 M.B.A. '83

Austin Steelman, J.D. '16

Thomas Steenburg, A.B. '71

Julia Steets, M.P.A. '02

Rianna Stefanakis, A.B. '03

Darlene STEIL, M.P.P. '90

John Stein, A.B. '66

Jonathan Stein, A.B. '05

Jonathan Stein, A.B. '01

Judith Stein, A.B. '60

Kara Stein, M.P.A. '05

Kate Stein, A.B. '06

Laura Stein, J.D. '85

Ninian Stein, A.M. '01

Phyllis Stein, A.B. '63 Ed.M. '71

Deborah Steinbaum, A.B. '90

Brian David Steinberg, A.B. '78

Caroline Rossi Steinberg, A.B. '86

Earl Steinberg, A.B. '74 M.D. '79 M.P.P. '79

Margot Steinberg, M.B.A. '85

Victoria Steinberg, A.B. '77

Deborah Steinberger Raz, A.B. '95

Robert Steinbock, A.B. '73 M.D. '77

Luis Steindl, C.S.S. '88

Catherine Steindler, A.B. '98

Gloria Steinem, D. Hum. Ltr. '22

John Steiner, A.B. '65

Edward Steinfeld, A.B. '88 Ph.D. '96

Sandra Steingard, A.B. '77

Meredith Steinhaus, A.B. '73

Victoria Steinitz, Ph.D. '66

Jake Steisel, J.D. 2019

Derek Steketee, A.B. '98

Gail Steketee, A.B. '71

Martha Steketee, A.B. '80

Richard Steketee, A.B. '72 M.P.H. '83

Kellogg Stelle, A.B. '70

Meredith Stelling, A.B. '82

Joe Stenger, M.B.A. '22 M.P.P. '22

John Stengrevics, D.B.A. '81

Steven Stepanian, A.B. '95

Anne Stephens, M.A.T. '67

Bradford Stephens, A.B. '64

Britton Stephens, A.B. '93

Melanie Stephens, A.B. '87

Nia Stephens-Metcalfe, A.B. '01

Amelia Stephenson, M.Arch. '05

Fiona Stephenson, A.B. '90

Michael Stephenson, A.B. '86 M.B.A. '90

Marianna Stepniak, Ed.M. '20

Sylvester Sterioff, A.B. '59

Kathleen Sterling, A.B. '94

Leslie Sterling, A.B. '79

Alan Stern, M.B.A. '78

Alissa Stern, J.D. '91

Claudia Stern, M.B.A. '85

David Stern, A.B. '66

Elizabeth Stern, A.B. '72

Eve Stern, A.B. '84

Ian Stern, A.B. '94

Lisa Stern, A.B. '02

Mark Stern, J.D. '69

Noah Stern, M.B.A. '18 M.P.P. '18

Robert L Stern Jr, A.B. '81

Marna Sternbach, A.B. '71

Jenny Sternbach Brody, J.D. '81

Ali Sternburg, A.B. '09

Carol Sternhell, A.B. '71

Annick Steta, M.P.A. '21

Jennifer Stetzer Goldberg, A.B. '99

Erin Stevens, A.B. '04

L. Nye Stevens, A.B. '62

Margaret Noether Stevens, A.B. '66

Walker Stevenson, A.B. '82

Shelly Steward, A.B. '08

Cha Stewart, A.B. '69

Colin Stewart, A.B. '92

Columba Andrew Stewart, A.B. '79

Doug Stewart, A.B. '71

Gillian Stewart, A.B. '97

James Stewart, A.B. '00

Julie Stewart, Ed.D. '00

Lorelee Stewart, A.B. '86

Peter Stewart, A.B. '82

Ronald Stewart, A.B. '80

Thomas Stewart, A.B. '70

Rene Stewart O'Neal, A.B. '82 M.P.P. '87

Marilyn Sticklor, J.D. '72

Nancy Stieber, A.B. '71

Ellen Stiefvater, M.P.P. '02

Nancy Stier, M.P.P. '84

Robert Stier, A.B. '75 J.D. '80

Susan Stiles, A.B. '88 Ph.D. '95

Erin Stiling, Ed.M. '08

Michelle Still Mehta, M.P.P. '93

Larissa Stillman, A.B. '90

John Stimpson, A.B. '58

Jerald Stinson, M.Div. '72

Robert Stiratelli, S.M. '80

Craig Stirrat, A.B. '70

Margaret Stock, A.B. '85 J.D. '92 M.P.A. '01

Susan Stock, M.B.A. '82

Eric Stockel, A.B. '84 J.D. '88

William Stocker, A.B. '66

Rebecca Stocking, A.B. '83

John Stoddard, M.B.A. '98

Jim Stodder, A.B. '71

Colin Stokes, A.B. '96

Daniel Stolar, A.B. '89

Nina Stoller-Lindsey, A.B. '10

Douglas Stollery, LL.M. '80

Matthew Stolper, A.B. '65

Robert Stolper, A.B. '00

Nathan Stoltzfus, M.Div. '84 Ph.D. '93

Nomi Stolzenberg, J.D. '87

Zach Stolzenberg, M.B.A. '19

Abraham Stone, A.B. '89 Ph.D. '00

Alan Stone, A.B. '61

Alice Stone, A.B. '85

Annie Stone, A.B. '10

Corey Stone, A.B. '79

David Stone, J.D. '85

Diana Stone, A.B. '81 J.D. '85

Kaya Stone, A.B. '00

Michael Stone, A.B. '91

Phoebe Stone, A.B. '10

R. Gregg Stone, A.B. '75 J.D. '79

Rebecca Stone, A.B. '81

Richard Stone, A.B. '70

Richard Stone, A.B. '77 M.D. '81

Stacy Stone, A.B. '81

Alison Stonefield, A.B. '72

Dorothy Stoneman, A.B. '63

Henry Stonr, A.B. '65

Sarah Stookey, A.B. '83

Richard Storer, A.B. '73

Cosimo Storniolo, A.B. '86

Michael Stortz, J.D. '88

Hanna Stotland, A.B. '99 J.D. '02

Susan STOUT, A.B. '72

Erin Stover, Exec Ed '19

Richard Stower, M.Div. '90

Anthony Straceski, A.B. '81

Mathew Strack, A.B. '96

Richard Stracqualursi, A.B. '74

Helen Strahinich, Ed.M. '77

Dorothy Straight, A.B. '81

Tracy Strain, Ed.M. '95

Jefferson Strait, A.B. '75

Terry Stramowski, A.L.B. '04

David Strand, A.B. '65

Marc Strassman, A.B. '69

Richard Stratton, A.B. '68 J.D. '72

Lindsey Straus, A.B. '73

Phil Straus, A.B. '73

Walter Straus, A.B. '77

Gordon Strause, A.B. '89

Eric Street, A.B. '66

Sharon Street, Ph.D. '03

Ruth Streeter, A.B. '72

Cathy Stricklin Krendl, J.D. '70

Sloan Strike, A.B. '09

Nanette Stringer, A.B. '74

Barbara Strom, A.B. '99

Michael Stromeyer, M.B.A. '19

EDWARD STRONG, A.B. '70

Ned Strong, M.P.A. '82

Lucy Stroock, A.B. '63

Nadine Strossen, A.B. '72 J.D. '75

Emma Strother, M.P.P. '23

Jean Strouse, A.B. '67

Douglas Struck, A.L.M. '15

Gabriel Struck, A.B. 'O1

Kevin Struhl, A.M. '89

Mari Stuart, M.T.S. '02 Ph.D. '11

Regina Stuart, A.B. '81 M.D. '85

Linda Stubblefield, M.A.T. '64

Phillip Stubblefield, A.B. '62 M.D. '66

John Stubbs, A.B. '80 A.M. '86 Ph.D '92

Jill Stucker, Ed.M. '01

John Stuckey, Ph.D. '81

Elizabeth Stucky, M.P.P. '05

Lisa Stulberg, A.B. '92

Neal Stulberg, A.B. '76

Kelly Stupple, A.B. '91

Peter Sturges, A.B. '70 M.P.A. '83

Elizabeth Sturges Corbitt, A.B. '06 A.M. '10

Gerda Stutaite, A.B. '18

Byron Stutzman, A.L.M. '88 A.L.M. '94

Charles Styron, A.B. '65

Kerrien Suarez, A.B. '98

Raymond Suarez, A.B. '78

Ricardo Suarez, A.B. '95 M.B.A. '02

Claudia Suaznabar, M.P.A. '03

Rebecca Subar, M.P.A. '04

Karen Suber, J.D. '06

Zachary Subin, A.B. '03

Cheryl Suchors, M.B.A. '77

Diane Suda, D.M.D. '84 M.M.Sc. '86

Lewis Sudarsky, A.B. '70 M.D. '74

Melissa Sueling, A.B. '00

Sandy Suh, A.B. '18

Ulrike Sujansky, A.B. '90

JAMSHAID SULAHRY, M.B.A. '24

Joel Suldan, A.B. '82 J.D. '85

Miriam Suldan, M.P.H. '85

Francis Sulger, J.D. '67

Greg Sulkowski, A.B. '00 M.D. '04

Ben Sullivan, M.B.A. '20

Catherine Sullivan, A.B. '75 J.D. '83

Christine Sullivan, A.B. '12

David Sullivan, J.D. '77

David Sullivan, A.B. '91 S.M. '99 Ph.D. '03

Ellen Sullivan, Ed.M. '94

Gail Sullivan, A.B. '73

Meredith Sullivan, J.D. '25

Nicholas Sullivan, A.B. '72

Rory Michelle Sullivan, A.B. '09 Ed.M. '10

Ryan Sullivan, J.D. '24

Sally Sullivan, A.B. '65

Tim Sullivan, J.D. '69

Timothy Sullivan, J.D. '69

Timothy Sullivan, M.P.P. '76 Ph.D. '80

Patricia Sullivan Poling, A.B. '91

Linda Summers, A.B. '65

Tim Summers, A.B. '95

Paul Summit, A.B. '71

Richard Sumpter, M.P.A. '80

Hao Sun, A.B. '10

Jin Sun, M.P.P. '14

Vikram Sundar, A.B. '18 A.M. '18

Sivakumar Sundaram, A.B. '13 M.D. '19

Nivi Sunil, M.B.A. '19

Timothy Surgenor, M.B.A. '87

Brianna Suslovic, A.B. '16

Gary Susman, A.B. '89

Rachel Sussman, S.M. '25

Brooke Suter, M.P.A. '17

John Sutherland, M.B.A. '86

John Sutter, A.B. '83

Misasha Suzuki Graham, A.B. '99

Scott Svenson, A.B. '88

Laura Svetkey, M.D. '79

Gitanjali Swamy, M.B.A. '06

Judith Swan, A.B. '78

James Swank, A.B. '69 J.D. '74

David Swanson, A.B. '79

Parker Swanson, A.B. '64

Richard Swanson, A.B. '72

Helena Swanson-Nystrom, J.D. '19

Holly Swartz, A.B. '84

Julian Swearengin, M.B.A. '03

Erin Sweatman, A.B. '03

Jane Sweeney Ghosh, A.B. '90

Karen Sweet, A.B. '72

Robert Sweet, A.B. '72

Charles Swenson, A.B. '71

Martha Swetzoff, A.B. '80

David Swickard, A.M. '69 Ph.D. '75

Emma Swift, Ed.M. '13

Isabel Swift, A.B. '77

Patricia SWIFT, A.B. '64

Chris Swift Perez, J.D. '12

Helal Syed, A.B. '11

Nafees Syed, A.B. '10

Susan Sylligardos, M.Arch. '86

Serena Syme Hildenbrand, M.P.P. '00

Piotr Szamel, A.B. '10 J.D. '15

Nathan Szanton, A.B. '83

Andrew Szasz, A.B. '69

Brian Sze, A.B. '24

David Sze, A.B. '75

Jesse J.K. Szeto, A.B. '94

Christina Ta, A.B. '15

Michael Tabak, A.B. '68

Emily Tabak Epstein, A.B. '00

Kelley Taber, A.B. '88

Emily Tabuteau, A.B. '64 A.M. '66 Ph.D. '75

David Tachau, A.B. '78

Millie Tadewaldt, J.D. '08

Hwilliam Taeusch, A.B. '61

Elizabeth Tafe, A.B. '86

196

William Taffel, A.B. '73

S. Tucker Taft, A.B. '75

Lisa Taggart, A.B. '91

Taslim Tagore, M.B.A. '01

Lauri Tähtinen, M.T.S. '06

Carl Tait, A.B. '84

Renee Tajima-Peña, A.B. '80

Abdullah Tajwar, Ed.M. '20

Scott Talan, M.P.A. '02

Madeline Talbott, A.B. '75

Maria Talbott, A.B. '74

Pier Carlo Talenti, A.B. '90

Nancy Talner, J.D. '80

Jennine Tambio, A.B. '01

Hidekazu Tamiya, M.B.A. '78

Kathleen Tammaro, A.L.B. '07

Joelle Tamraz, A.B. '95

Seek Ling Tan, Ed.M. '22

Yvette Tan, Ed.M. '00

Chelsey Tanaka, A.B. '04

Diana Tanaka, A.B. '75 J.D. '79

Jessica Tang, A.B. '04 Ed.M. '06

Joyce Tang, A.B. '86

Lu (Lucy) Tang, J.D. '20

David Tang-Quan, A.B. '15

Timothy Tangherlini, A.B. '85

Kathryn Tanis-Greff, A.L.M. '07

Jonathan Tannen, A.B. '07

Martin Tannenbaum, A.B. '75

Joe Tanner, A.B. '73

Mathilde Tans, S.M. '24

Michael Tansey, A.B. '72

Michael Tansey, A.B. '70

Gabriela Tantillo, A.B. '09 M.P.H. '16

Katherine Tarca, Ed.M. '08

Richard Tarnas, A.B. '72

Benjamin Tarnoff, A.B. '07

Audrey Tashjian, A.B. '84

Lauren Tassone, M.T.S. '24

Carl Taswell, A.B. '78

Anne Tate, M.Arch. '83

John Tatlock, A.B. '70

Ana Tavares, Ed.M. '99 Ed.M. '04

Paula Tavrow, A.B. '81

Letha Tawney, M.P.A. '08

Allan Taylor, A.B. '70 J.D. '75 M.P.P. '75

Amy Taylor, A.B. '70 Ph.D. '75

Ann Taylor, M.D. '83

Anne Taylor, A.B. '11

Brenda Taylor, A.B. '01

Elizabeth Taylor, M.P.H. '16

Jennifer Taylor, M.P.H. '12

Jennifer Taylor, A.L.B. '89

Joseph Taylor, A.B. '71

Lauren Taylor, Ph.D. '20 M.Div. '15

Marcy Taylor, A.B. '84

Rachel Taylor, A.B. '03

Scott Taylor, A.B. '99

Stuart Taylor, J.D. '77

Victoria Taylor, A.B. '82

William Taylor, A.B. '68

Mark Tecca, A.B. '85

Martha Boyd Tecca, A.B. '87

Jordan Teel, A.L.B. '21

John Teeter, J.D. '85

Kelly Teevan, A.B. '73

Lara Teich, A.B. '21

Mary Teichert, A.B. '93 M.B.A. '98

Lee Teitel, A.B. '74 Ed.D. '88

Samantha Tejada, A.B. '09

Jose Tello, A.B. '95

Robert Telson, A.B. '70

Rasmus Tenbergen, M.P.A. '01

Jessie Tenenbaum, A.B. '96

Ellen Teninty, A.B. '76

Alexander Tennant, A.B. '08 '

Janet Tenney, A.B. '71

Gaille Teo, A.B. '15

Michael Terris, A.B. '84

Lawrence Terry, A.B. '68

Diana Tesdell, A.B. '89

Kerwin Tesdell, A.B. '80

Adiam Tesfalul, A.B. '15

Alexander Tesfamicael, A.B. '15

Pauline Tesler, A.B. '64

John Tessitore, A.B. '96

Kelly Tessitore, A.B. '96

Suzanne Tetreault, A.B. '81 J.D. '84

Lauren Teukolsky, A.B. '97

David Teutsch, A.B. '72

Steven Teutsch, A.B. '70

Jane Ellen Tewksbuty, A.B. '74

Elizabeth Texeira, A.B. '09 Ed.M. '14

Usha Thakrar, M.P.P. '95

Janet Thal, A.B. '70

Richard Thal, A.B. '74

Gabrielle Thal-Pruzan, Ed.M. '11

Mamie Thant, A.B. '04

Natthapat Thawiwannabun, LL.M. '15

Elizabeth Thayer, Ed.M. '74

198

Susan Theil, A.B. '81

David Theobald, A.B. '85 M.B.A. '9`

Todd Theringer, M.P.A. '09

Jeanne Theuret, L.L.M. '09

Adam Thomas, Ph.D. '07

Adriana Thomas, Ed.M. '18

Andrea Thomas, S.B. '96

Ann F Thomas, A.B. '73

Chantal Thomas, J.D. '95

Christopher Thomas, A.B. '75

Lavanya Thomas, A.L.M. '10

Melinda Thomas, M.B.A. '92

Renu Thomas, ALI '19

Rogelio Thomas, A.B. '78 M.D. '83 M.P.P. '83

Valencia Thomas, A.B. '96

Kimberly Thomas Benjamin, A.B. '03

Andrea Thome, A.B. '93

David Thompson, A.B. '83

Elizabeth Thompson, A.B. '81

Elizabeth Thompson, A.B. '12

Emily Thompson, S.M. '24

Eric Thompson, A.B. '87

Heather Dawn Thompson, J.D. '00

J Phillip Thompson, A.B. '77

Jennifer Thompson, A.B. '02

Jill Thompson, J.D. '94

Louis Thompson, M.B.A. '65

Margaret Louise Thompson, A.B. '67

Morgan Thompson, Ph.D. '13

Simon Thompson, A.B. '14

Sue Thompson, A.B. '72

Vinton Thompson, A.B. '69

William Thompson, A.B. '13

Lailah Thompson-Woode, M.B.A. '21

Robert Thoms, J.D. '76

Margaret Thomsen, A.L.M. '07

Karen Thomson, A.B. '88

Meredith Thomson, A.B. '94

Patricia Thomson, M.P.P. '93

Beth Thoren, M.B.A. '92

Kate Thoreson, J.D. '19

Ryan Thoreson, A.B. '07

Camila Thorndike, M.P.A. '20

Jomo Thorne, A.B. '97

JEREMY THORNER, A.B. '67 Ph.D. '72

Danny Thornhill, J.D. '74

Barbara Thornton, M.B.A. '95

Margaret THORNTON, M.B.A. '86

Michael Thornton, Ph.D. '18 A.M. '13

Rachel Thornton, A.B. '08

Theodore Thornton, A.B. '70 M.B.A. '75

Tamara Thorp, Fellow '14

Mark Thorsrud, A.B. '72

Arun Thottumkara, A.B. '08

Elizabeth Thrall, A.B. '05 A.M. '05

Christopher Thurber, A.B. '91

Andrea Thurm, A.B. '77

Victor Thuronyi, J.D. '80

Baratunde Thurston, A.B. '99

Dylan Thurston, A.B. '95

Felisa Tibbitts, A.B. '81 M.P.P. '86 M.Ed. '96

Lauren Tiedemann, A.B. '13

Mara Tieken, Ed.D. '11 Ed.M. '06

Susan Tien, A.B. '93

Stephen Tifft, A.B. '75

Edmund Tijerina, A.B. '87

Kathryn Harris Tijerina, A.B. '72

Chris Tilly, A.B. '76

Rebecca Tilney, A.B. '82

Dana Tilson, M.M.Sc. '97

Susan Tilson, J.D. '93

Alexander Tilt, A.B. '77

Eric Timmerman, A.B. '19

William Timpson, A.B. '68

Cynthie Tin-Oo, M.P.A. '99

Barbara Tindall, Ed.M. '76

Jennifer Ting, A.B. '90

Yvonne Ting, A.B. '93

Donald Tingle, A.B. '59

Marcia Tingley, A.B. '68

Tyler Tingley, A.B. '68 Ed.M. '76 Ed.D. '82

Pantelis Ellis Tinios, A.B. '69

Marshall Tinkle, A.B. '79

Jacquelyn Tinsley, Ed.M. '22

Eric Tipler, A.B. '99

Steven Michael Tipton, Ph.D. '79

Sharon Tirona-Obias, A.B. '95

Ruth Tisdale, M.P.H. '24

Sharon Tisher, A.B. '73 J.D. '77

Jordan Tishler, A.B. '88 M.D. '94

Lori Tishler, A.B. '88 M.D. '94 M.P.H. '94

Sigrid Tishler, A.B. '60

Ernest Titanji Duga, M.P.A. '15

William Titus, A.B. '81

Gerald Tiu, A.B. '10

Rachel B. Tiven, A.B. '96

Ruth Tobar, Ed.M. '96

Andrew Tobias, A.B. '68 M.B.A. '72

Lisa Tobias, A.B. '01

Margaret Tobin Segall, A.B. '70

Ryan Tobler, A.M. '20 Ph.D. '22

Barry Toiv, A.B. '77

Kensuke Tojima, M.B.A. '00

Leslie Tolbert, A.B. '73 Ph.D. '78

Mary Kathryn Tolbert, A.B. '69 Ph.D. '78

Allison Toledo, A.B. '19

Athanassios Tolis, A.B. '91

Josh Tolkoff, A.B. '70

Nina Tolkoff Rubin, M.D. '68

Elizabeth Toll, A.B. '77

Marin Tollefson Almeida, J.D. '17

Luis Tollinche, A.B. '96

Laura Tom, A.B. '7 S.M. '09

Willard Tom, A.B. '74 J.D. '79

Jason Tomarken, A.B. '91

Timothy Tomasik, Ph.D. '03 A.M. '98

Jennifer Tombaugh, A.B. '90 M.B.A. '95

Betsy Tomic, A.B. '79

Rachel Tompkins, A.B. '72

Gerald Toner, A.B. '72

Chong Heong Tong, PMD '85

Frank Tong, Dr.P.H. '99

Maggie Topkis, A.B. '83

Lisa Topolovec, A.B. '86

Jessica Tornek, M.B.A. '04

Todd Torr, A.B. '94

Dennis Torreggiani, A.B. '72

Jesse Torrence, M.P.A. '08

Antonio Torres, M.P.A. '96

Cynthia Torres, A.B. '80 M.B.A. '84

Ellen Torres, A.B. '94

LAURA TORRES, M.D. '88

Shanna Torres, S.B. '14

Vanessa Torres, A.B. '08

Juan Francisco Torres Landa Ruffo, LL.M. '90

Marta Torres Quiñones, A.B. '91

Sylvia Torres-Guillén, A.B. '88

Christopher Torto, M.B.A. '92

Elizabeth Tossell, J.D. '07

Julia Tossell, A.B. '69

Cynthia Totten, J.D. '97

Sarah Touborg, A.B. '90

Meg Touborg Jebsen, A.B. '85

Michael Touff, A.B. '66

Charles Toulmin, A.B. '84 Ed.M. '01

Alison Townley, A.B. '87

Brianna Townsend, A.B. '22

Jacinda Townsend Gides, A.B. '92

Kentaro Toyama, A.B. '91

Meghan Joyce Tozer, A.B. '08

Carrie Tracy, A.B. '05

Susan Tracy, M.P.A. '88

Paula Traktman Duncan, A.B. '74

Sylvie Tran, M.B.A. '04

Linh Tran-Phuong, A.B. '15

Christina Tranfaglia, A.B. '84

Edward Trapido w, Sc.D. '81 S.M. '78

Crista Trapp, S.M. '02

Kathleen Trapp, A.B. '86

Thomas Trauger, J.D. '77

David Traum, A.B. '85

Judith Traum, A.B. '62

Michael Travaglini, A.B. '85

Danielle Travers, A.B. '05

Karin Travers, Sc.D. '99

Patrick Travers, J.D. '76 Dr.P.H. '

Roberto Travieso, A.B. '08

Michael Traynor, M.P.H. '20

Barbara Treacy, A.B. '74 Ed.M. '99

Mary Treacy, M.P.P. '25

Sarah Treco, A.B. '77 M.B.A. '82

John Treece, A.B. '75

Gabriela Treess, M.P.A. '97

Spela Trefalt, D.B.A. '08

Robert Treitman, S.M. '76

Matthew Trent, A.B. '00

Anna Trepekli, M.B.A. '23

Stephen Trevor, M.B.A. '92

Bill Triant, A.B. '99

Laurence Tribe, J.D. '62 J.D. '66

Francisco Trilla, A.B. '76 M.D. '80

Helen Trilling, A.B. '73 J.D. '76

Meredith Trim, A.B. '84 J.D. '88

Jack Tripp, M.T.S. '25

Mary Tripsas, M.B.A. '87

Bruce Troen, A.B. '76 M.D. '80

Mark Troen, A.B. '76

Jay Troger, A.B. '77

Rebecca Troisi, Sc.D. '94

Peter TROOBOFF, L.L.B. '67

Rhoda Trooboff, M.A.T. '69

Stevan Trooboff, M.B.A. '68 D.B.A. '72

Toni Troop, M.P.P. '93

Jonathan Tropp, A.B. '88 J.D. '91

Lauren Tropp, A.B. '89

Evangeline Tross, J.D. '78

Clinton Trout, M.P.H. '07

Nina Trowbridge, A.B. '89

Andrea Troxel, Sc.D. '95

Brigitta Troy, A.B. '61

Martha Trudeau, M.P.A. '92

Sam Trumbull, A.B. '95

Katie Trumpener, A.M. '83

MaryAnn Tsai, M.B.A. '89

Vicky Tsai, M.B.A. '06

Sarah Tsang, A.B. '03

Evan Tschirhart, A.B. '04

Ourania Tserotas, A.B. '00

Tina Tsiakalis, A.B. '92

Panayiotis Tsokas, A.B. '94

Bonnie Tsui, A.B. '99

R. Mayo Tsuzuki, A.B. '84

Loring Tu, Ph.D. '78

Samson Tu, A.B. '77

Liliane Tuck, A.B. '60

Diane Tucker, A.M. '05

Judith Tucker, A.B. '69 Ph.D. '81

Maggie Tucker, A.B. '93

William Tucker, A.B. '65

Grant Tudor, M.B.A. '19 M.P.P. '19

Inger Tudor, A.B. '87 J.D. '92

Meriel Tulante, Ph.D. '07

Amihope Tully, M.B.A. '92

Amy Tully, A.B. '96 J.D. '99

Dean Tully, A.B. '71

Nina Tumarkin, Ph.D. '75

Alexis Tumolo, A.B. '06

Angela Tung, J.D. '91

Arthur Tung, A.B. '75

Ko-Yung Tung, A.B. '70 J.D. '73

Rosann Tung, Ph.D. '97

Christopher Tunnard, A.B. '71

Mindy Turbov, M.P.A. '93

John Turco, A.B. '70

Shann Turnbull, M.B.A. '63

Elizabeth Turner, A.B. '91

Kelly Turner, A.B. '01

Mary Turner, M.P.P. '83

Steven Turner, A.B. '98

Michael Tuteur, A.B. '80 J.D. '84

Leslie Tuttle, A.B. '72

Christine Twining, A.B. '97

Kate Twist, M.B.A. '08

Nana Amma Twum-Danso, A.B. '94 M.D. '98

Grace Tye, A.B. '99 M.D. '04

Cecily Tyler, M.P.A. '16

Victor Udoewa, S.B. '99

Takemi Ueno, A.B. '87 J.D. '93

Carole Uhlaner, Ph.D. '78 A.B. '71

Nancy Uhlar Murray, A.B. '67

Stephanie Uhlarik, J.D. '83

Linda Ujifusa, A.B. '80

Claire Ullman, A.B. '84

Lindsay Ullman, M.B.A. '15

Robert Ullmann, A.B. '77 J.D. '81

Lisa Ulrich, A.B. '84 M.P.A. '89

Elizabeth Umlas, A.B. '87

Dehlia Umunna, M.P.A. '10

Susan Underwood, A.B. '72

Jean Ung, A.B. '95 M.D. '99

Jon Unger, A.B. '92 J.D. '95

R. Craig Unger, A.B. '71

Roger Craig Unger, A.B. '71

Kristin Unruh, A.B. '10 M.P.A. '20

Gaurav Upadhyay, A.B. '00

Jennifer Uphoff Gray, A.B. '93

Geoffrey Upton, A.B. '99 J.D. '03

Raymond Urban, A.B. '73 M.Arch. '78

Marilyn Urban Germano, A.B. '74

Barbara Urbanczyk, A.B. '04

Saúl Urbina-Johanson, A.B. '19 M.P.H. '22

Elizabeth Useem, Ed.D. '71

Thomas Uskali, A.B. '83

Robert Uva, A.B. '78

Angela Uwase Rangira, A.B. '20

Erika Uyterhoeven, M.B.A. '19

Anisha Vachani, M.B.A. '19 M.P.P. '19

Victor Vadaneaux, M.B.A. '91

Bettina Vaello, M.D. '87

Emma Vaggo, Ed.D. '15

Nadeem Vaidya, A.B. '99

Ana Valazza, M.P.A. '05

Hannah Valencia, A.B. '22

Conevery Bolton Valencius, Ph.D. '98 RI '17

Matthew Valencius, S.B. '97

Norah Valentine, Ed.M. '81

Ralph Valentine, A.B. '66

Deborah Valenze, A.B. '75

Enrique Valenzuela, M.P.A. '90

Xinying Valerian, A.B. '03

Austin Valido, A.B. '18

Karim Valji, A.B. '78 M.D. '82

Jean Vallon, M.L.A. '11

Cristina Valverde, A.B. '06

Bill Van Arsdall, A.B. '70

Suzanne Van Arsdall, J.D. '23

Shar Van Boskirk, A.B. '97

Alice Van Buren, A.B. '74

Philip Van Buren, A.B. '79

Edmund Michael Van Buskirk, A.B. '63 A.M. '64

Olga Van de Sande, A.B. '95

Elisabeth Van der Velden, Exec. Ed. '23

Cornelia Van der Ziel, A.B. '68

Alex Van Dyke, J.D. '21

Henry Van Dyke, M.B.A. '86

Stephanie Van Dyke, A.B. '79

Willem Van Heeckeren, Ph.D. '95

Chris Van Hollen, M.P.P. '85

Martine Van Ittersum, A.M. '93 Ph.D. '02

Debbie Van Ryn, A.B. '80

Elizabeth Van Schilfgaarde, LL.M. '90

Curtis Van Sickle, M.B.A. '85

Valerie Van Sickle, M.B.A. '85

David Van Taylor, A.B. '83

Mary Van Valkenburg, M.B.A. '81

Remke Van Zadelhoff, A.L.M. '18

Kimberly Van Zee, M.D. '87

George Vana, A.B. '04 A.M. '04

Paul VanDeCarr, M.T.S. '99 M.P.A. '00

Sarah Vantrease, A.B. '02

Julio Ricardo Varela, A.B. '90

Alyssa Varley, A.B. '02

Janet Varon, A.B. '78 J.D. '83

George Varughese, A.B. '77

Russell Vasile, M.D. '74

Camille Vasquez, A.B. '10

Phillip Vasquez, Ed.M. '12

Samuel Vasquez Martinez, A.B. '18

Jonathan Vatner, A.B. '01

June Vayo, A.B. '78 A.M. '90

Monica Vazirani, A.B. '93

Lisa Vedder, M.P.A. '00

Priya Veeraraghavan, Ph.D. '23

Victoria Veh, A.B. '80

Edward Velasco, S.M. '06

Sofia Velazquez, A.B. '14

Jozzie Velesig, A.L.M. '23

Mira Velimirovic, A.B. '81

Joanna Veltri, A.B. '97 M.P.P. '01

William Stephen Venable, Jr., A.B. '98

Arvind Venkat, A.B. '96 A.M. '96

Tamsin Venn, A.B. '73

Sandra Venning, A.B. '66

Martina Verba, A.B. '89 M.P.H. '01

Gary Verdon, A.B. '77 M.B.A. '81

Jerome Vered, A.B. '79

Raf Verheij, M.B.A. '04

John Vering, A.B. '73

David Vernal, A.B. '95

Patric M. Verrone, A.B. '81

Alberto Vespaziani, LL.M. '98

Charles Warren Vest, A.B. '67

Suzanne Veta, A.B. '91

Stan Veuger, A.M. '09 Ph.D. '12

Jill Vialet, A.B. '86

Joyce Vialet, A.B. '59 Ed.M. '60

Martha Vibbert, Ed.M. '79

Kathleen Vickland, M.P.P. '84

David Vickrey, Ph.D. '80

Jonathan Victor, A.B. '73

Stephen Victor, Ph.D. '73 A.M. '64

Gordon Vidaver, A.B. '91

Catherine Vigil, A.B. '22

Tanika Vigil, J.D. '14

Paul Viita, A.B. '70

Scott Vila, M.B.A. '92

Thomas Viles, A.B. '80

Ben Villa, A.B. '01

Alejandro Villacis, A.B. '11

Allison Villafane, A.B. '98

Elvira Marie Villafuerte, A.B. '96

Peeter Vilms, A.B. '66

Lawrence Vincent, A.B. '73

John Carter Vincent,III, A.B. '89

Amy Vinturella, S.M. '00 S.D. '03

Jacob Viramontes, A.B. '12

Dan Visel, A.B. '00

Anastasia Vishnevetsky, M.P.H. '23

Uma Viswanathan, A.B. '01 A.M. '04

Neal Vitale, M.B.A. '79

Richard Vitale, A.B. '66

Paul Vlachos, A.B. '82

Dieu-Huong "Teri" Vo, A.B. '83

E Vogdes, A.B. '73 M.Arch. '78

Lelaina Vogel, A.B. '15

Deborah Vogel Cornwell, A.B. '80

Michael Vogler, A.B. '78

Evon Vogt, A.B. '68

Mary Vogt, A.B. '68

Kevin Volkan, M.P.H. '98

Michael J. Volkovitsch, A.B. '80

Thomas Vollbrecht, J.D. '86

Susan Volman, A.B. '69

Amélie Von Briesen, A.B. '95 J.D. '01

Eric Von Eckartsberg, M.P.A. '92

Jutta Von Falkenhausen, M.P.A. '90

Emily Von Kohorn, A.B. '00

Amanda Klekowski Von Koppenfels, A.B. '93

Michael Von Korff, A.B. '07

Loraine Von Moltke, M.B.A. '92

Nina Von Moltke, M.P.A. '02

Richard Von Rueden, A.B. '73 M.D. '77

Christian Von Rumohr, A.B. '93

Katherine Von Stackelberg, A.B. '88 S.M. '98 Sc.D. '06

John Vooper, Ed.D. '95

Carl Voss, A.B. '94

Marelise Voss, A.B. 91

Mary Voss, A.B. '91

Ulrich Voss, M.P.A. '95

Thao Vu, M.P.H. '23

Diep Vuong, A.B. '87

Nikhil Vytla, S.M. '25

Michael Wachtel, Ph.D. '90

Sally Wade, A.B. '83

Kate Wadsworth, A.B. '02

Susan Wadsworth, Ed.D. '86

Ellen Waggoner, J.D. '95

Pooja Wagh Yardley, M.P.P. '12

Mary-Jane Wagle, A.B. '72

Lawrence Wagman, J.D. '76

Gregory Wagner, A.B. '69

Henry Wagner, A.B. '70

Jessica Wagner, Ed.M. '12

Judith Wagner, M.A.T. '71

Maria Wagner, M.B.A. '04

Katherine Wagner-Goldstein, A.B. '99

Kemeyawi Wahpepah, A.B. '09

Lee Waite, M.P.A. '99

Kathleen Waits, J.D. '75

Cassandra Walcott, M.D. '97

Charles Walcott, A.B. '56

William Walderman, A.B. '68

Robert Waldinger, A.B. '73 M.D. '78

Ari Waldman, A.B. '02 J.D. '05

Bart Waldman, A.B. '70

Cydni Waldner, A.B. '93

John Waldstein, A.B. '75

Paul Wales, A.B. '69

Corey Walker, M.T.S. '99

Elizabeth Walker, A.B. '93

Elizabeth Walker, Ed.M. '82

Katrina M. Walker, A.B. '92

Kevin Walker, M.B.A. '00

Lanier Walker, A.B. '14

Lloyd Walker, A.B. '81

Michael Walker, M.T.S. '83

Mike Walker, M.P.A. '95

Nancy Walker, A.B. '80

Nancy Walker, M.B.A. '86

Nona Walker, A.B. '66

Timothy Walker, A.B. '73

William Walker, A.B. '70

Jaime Wall, M.B.A. '06

Wendy Wall, A.B. '83

Christina Wallace, M.B.A. '10

Heidi Wallace, Ed.M. '17

Michael Wallace, A.B. '71 M.P.P. '76 Ph.D. '81

Sondra Wallace, J.D. '75

Andrew Wallace Kosztyó, M.B.A. '95

Mark Wallach, J.D. '74

David Walley, A.B. '87

Jessica Walling Stokes, A.B. '94

Tristanne Walliser, A.B. '95

Gary Walls, A.B. '76

Nancy Walser, Ed.M. '10

Alexis Walsh, A.B. '00

Camille Walsh, J.D. '04

Conor Walsh, A.B. '12 M.B.A. '18

Eric Walsh, A.B. '72

James Walsh, J.D. '99

Jill Walsh, A.B. '00

Lucy Walsh, A.B. '15

Michael Walsh, A.B. '83 M.B.A. '87

William Walsh, A.B. '80

Alan Walter, A.B. '75

Natasha Walter, Fellow '89

Bradford Walters, A.B. '73 M.D. '79

Jonathan Walters, A.B. '71 J.D. '75

K. Michele Walters, A.B. '88

David Walton, A.B. '78

Jennifer Waltzer, M.B.A. '86

Ken Waltzer, A.B. '80 M.P.H. '85

Martha Walz, M.P.A. '00

Alan Wang, A.B. '24 S.M. '24

Charlotte Wang, Ph.D. '12

Chloe Wang, J.D. '17

David William Wang, A.B. '93

Deane Wang, A.B. '73

Eunice Wang, A.B. '91

Geng Wang, M.B.A. '15

Jennifer Wang, M.B.A. '97

Julius Wang, M.B.A. '91

Katie Wang, A.B. '20 MBE '21

Ke Wang, A.B. '07 Ed.M. '10

Michelle C. Wang, Ph.D. '08

Nelson Wang, A.B. '93

Xi Wang, A.B. '06 M.P.A. '14

Yueh-Ming Wang, A.B. '67

Zhifong Wang, A.B. '04

Christopher Wankel, A.B. '13

JAMES EMMANUEL WANKI, M.P.A. '20

Grace Wankiiri Orsatti, MBE '25

Frank Ward, A.B. '72 M.D. '78

Jared Ward, A.B. '78

Kate Ward, A.B. '05

Kevin Ward, A.B. '75

Michelle Ward, Ed.M. '18

Sarah Ward, A.B. '16 Ed.M. '18

Ruth Wardle Scott, A.B. '61

Ciji (Corlis Jane) Ware, A.B. '64

Susan Ware, A.B. '86

Roger Wareham, A.B. '72

Natasha Warikoo, Ph.D. '05 Ed.M. '97

Markus Warncke, AMP '11

Cameron Warner, M.T.S. '01 Ph.D. '08

Clark Warner, A.B. '85

DAVID WARNER, A.B. '74

Margaret D Warner, CMS '93

Tamara Warner, A.B. '91

Stephen Warnke, A.B. '81

Jennifer Warr Parker, M.L.A. '94

Alvin Warren, M.P.A. '13

April Warren, S.M. '11

Charlotte Warren, A.B. '91

Edus Warren, A.B. '82 Ph.D. '88 M.D. '91

Heather Warren, M.B.A. '00

Henry Warren, A.B. '72

Mary Warren, A.B. '85

Previn Warren, A.B. '04 J.D. '11

Richard Warren, A.B. '83

Tammy Warren, M.P.A. '16

Thomasa Warren, J.D. '75

Sheila Warren, A.B. '98 J.D. '02

Nicholas Warren,, M.A.T. '67

David Warsh, A.B. '66

Meira (Maxine) Warshauer, A.B. '70

Leslie Warshaw, A.B. '60

Scott Wartel, A.B. '77

Michael Wartofsky, A.B. '90

Deborah Washburn, A.B. '63

Jaxon Washburn, M.T.S. '23

Eugene Washington, M.M.Sc. '78

Brad Waskewich, A.B. '98

Stephen Wasko, M.B.A. '86

Judith Wasserheit, M.D. '78

Hal Wasserman, A.B. '86

Robin Wasserman, A.B. '00

Marina Watanabe, Ph.D. '22

Rachel Watanabe-Batton, A.B. '89

Sarah Waterfield, A.B. '97

Chris Waters, A.M. '79 Ph.D. '85

Jennifer Waters, A.B. '72 J.D. '76

Callie Watkins, A.B. '05

Angelica Watson, A.L.M. '06

Arthur Watson, A.B. '68

Tristal Watson, Ed.L.D. '25

Linda Watson Macari, A.B. '72

Caitlin Watts-FitzGerald, A.B. '06

Peter Wattson, A.B. '66

Katie Waugh, M.B.A. '24 M.P.P. '24

Stephen Wawrose, A.B. '82

Lucan Way, A.B. '90

Geoff Wayne, M.B.A. '04

Catherine Weary, A.B. '79

Helen Weary, A.B. '83

Taylor Weary, A.B. '16

Eric Weaver, A.B. '86

Aileen Webb, M.P.A. '89

Cornelia (Nina) Webb, A.B. '79

Erin Webb, A.L.M. '18

Kate Webb, M.Arch. '89

Melody Webb, A.B. '90 J.D. '93

Michelle Webb, A.B. '89

Christine Webber, A.B. '88

Thomas Webber, A.B. '69

Austin Weber, A.B. '19

Charles Weber, A.B. '17 Ed.M. '18

Cynthia Weber, A.B. '88 M.B.A. '93

Samantha Weber, A.B. '01 J.D. '08

Charlie Webster, M.P.A. '91

Joseph Webster, A.B. '86

Lauren Wechsler, M.P.P. '10

Elizabeth Weckhurst, A.M. '14 Ph.D. '20

David Claflin Weeks, A.B. '73

Hal Weeks, A.B. '77

Thomas Weeks, M.P.P. '83 Ph.D. '88

Vicki Weeks, Ed.M. '85

Sarah Wehle, A.B. '75 Ed.M. '90

Changhao Wei, J.D. '20

Jerry Weidler, A.B. '60

Linda Weidman, A.B. '80

Lynn Weigel, A.B. '70

Wendy Weiger, A.B. '84 M.D. '97 Ph.D. '97

Amanda Weil, A.B. '83

Peggy Weil, A.B. '76

Susan Weil, A.B. '79

Claudia Weill, A.B. '69

Tova Wein, A.B. '66

Elizabeth Weinberg, A.B. '86

Jonathan Weinberg, J.D. '17

Jennifer Weinberg-Wolf, A.B. '95

Evan Weiner, A.B. '16 Ed.M. '18

Joanna Weiner, A.B. '95

Monica Weiner, A.B. '90

Peter Weiner, A.B. '66

Kaethe Weingarten, Ph.D. '74

Laurie Weingarten, M.B.A. '93

Melissa Weininger, A.B. '95

Michael Weinrich, A.B. '72 M.D. '76

Alan Weinstein, A.B. '78 Ph.D. '83

Phyllis Weinstock, A.B. '75

Ellen Weintraub, J.D. '84

Rachel Weintraub, A.B. '12

Edward Weis, A.B. '67

David Weisblat, A.B. '71

Thomas Weiser, M.P.H. '06

Thomas Weiser, A.B. '82

Benjamin Weisman, M.B.A. '18 M.P.P. '18

Andrea Weiss, A.B. '74

Ben Weiss, A.B. '03

Charles Weiss, A.B. '70

Elizabeth Weiss, A.B. '72

Fred Weiss, A.B. '75 M.B.A. '79

Janet Weiss, Ph.D. '77

Martha Weiss, A.B. '79

Peter Weiss, Ed.M. '16

Samuel Weiss, A.B. '76

Taya Weiss, A.B. '99

Thomas G. Weiss, A.B. '68

Walter Weiss, A.B. '72 M.D. '78

Daniel Weissman, A.B. '05

Michael Weissman, A.B. '70

Lisa Weissmann, A.B. '77

Jonathan Weker, A.B. '76

Elizabeth Welburn, A.B. '99 Ed.M. '16

Bryan Welch, M.P.A. '92

Dylan Welch, M.P.P. '22

John Welch, J.D. '82

Sharon Welch, M.Des. '23

David Weld, A.B. '98

William N. Weld, A.B. '66

Heather Welfare (nee Chegwidden), A.B. '95

Alison Weller, A.B. '92

Janet Weller, A.B. '75

Barbara Wellnitz, CSS '96

Andrea Wells, Ed.M. '10

Daniel Wells, M.Div. '22

David Wells, A.B. '68

John Wells, A.B. '70

Thomas Wells, A.B. '73

Nancy Welsh, J.D. '82

Bill Wendel, A.B. '77

Edward Wendell, A.B. '63

Melissa Wender, A.B. '89

Jason Wendle, M.P.A. '08

Ssu Weng, A.B. '66 M.D. '71

Evelyn Wenger, A.B. '11

David Wengert, A.B. '71

Mia Wenjen, A.B. '87

Jessica Wenning, A.B. '70

Jonathan Wenocur, A.B. '87

Stanley Wenocur, A.B. '59

David Wenzel, M.B.A. '93

Amy Werbel, A.B. '86

Tiana Werber, A.B. '09

Elisabeth Werby, A.B. '72

Marion Werkheiser, J.D. '03

Rob Werner, Exec Ed '17

Elizabeth Werthan, A.B. '60

Michael Wertheim, A.B. '95

Brian Wescott, A.B. '84

Clay Wescott, A.B. '68

Ann West, A.B. '73

Cole West, M.B.A. '25

George West, A.B. '72

Margaret West, M.Arch. '73

Marisa West, A.B. '10

Kelvin Westbrook, J.D. '82

Lauren Westbrook-McIntosh, A.B. '07

Windsor Western, A.B. '10

Diana Westgate, A.B. '64

George Weston, M.B.A. '92

Jonathan Westphal, A.B. '73

Merin Wexler, A.B. '83

Natalie Wexler, A.B. '76

Jane Wey, A.B. '94

Robert Whalen, A.B. '75

Shannan Whalen, A.B. '02

Emily Wharton, A.B. '14

Laura Wharton, A.B. '83

Joe Whatley, A.B. '75

Lowell McKay Whatley, A.B. '77

Alynda Wheat, A.B. '96

Katherine Wheatley, A.B. '76 J.D. '79

Benjamin Wheeler, Ed.M. '22

Candace Wheeler, A.B. '72 M.C.R.P. '74

Christina Wheeler, A.B. '86

Emily Wheeler, A.B. '75

Juliet Wheeler, A.B. '73

Rachel Wheeler, A.B. '73 M.D. '77

Mariam Wheeler Gates, M.E. '98

Lee Carl Whitaker, M.P.H. '91

David Whitcomb, A.B. '72

Barry White, A.B. '64 J.D. '67

Benjamin White, A.B. '67

Carl White, M.M.Sc. '02

Claire White, Ed.D. '05 Ed.M. '99

Colin White, A.B. '90

Craig White, Ph.D. '17

Dan White, A.M. '63 Ph.D. '67

Deborah White, A.B. '85

Dennis White, A.B. '69

Emily White, M.A.T. '71

Eric White, M.D. '67

James White, A.B. '70

June White, A.B. '61

Lucie White, A.B. '72 J.D. '81

Merry White, A.B. '63 A.M. '68 Ph.D. '80

Ned White, A.B. '86

Richard B. White, A.B. '75

Sarah White, Dr.P.H. '77

Thomas White, A.B. '75

Wilda White, M.B.A. '90

William White, A.B. '66

Thomas Carey White III, M.B.A. '92

Gloria White-Hammond, M.Div. '97

Anne Whitehouse, A.B. '76

Christopher Whiteman, M.Div. '16 A.L.B. '13

Luke Whitesell, A.B. '79

Michael Whitlock, M.P.P. '98

Susan Whitlock, A.B. '84

Cynthia Whitman, M.D. '88

Gordon Whitman, J.D. '90

Cathy Whitmire, M.Div. '87

Donna Whitney, M.D. '79

Grace Whitney, A.B. '20

Sarah Leah Whitson, J.D. '91

Thomas Whittaker, Ph.D. '22 A.M. '17

Robert Whittemore, A.B. '69

Anne Whittington, A.B. '75

Betsy Wice, A.B. '63 M.E. '64

Johannes Christian Wichard, LL.M. '92

Alan Wichlei, M.P.A. '85

Jeffrey Wicker, J.D. '88

Alonzo Wickers, A.B. '89

Lisa Wickham, A.B. '91

Lizzie Widdicombe, A.B. '06

Gina Wideroff, A.B. '11

Danielle Widmann Abraham, Th.D. '13

Lissa Widoff, M.P.A. '93

Lauren Wiebe, M.D. '00

Harden Wiedemann, A.B. '75

Andrew Wiegand, A.B. '73

Jeffrey Wiegand, A.B. '76

Sharon Wienbar, A.B. '84 S.M. '84

Elizabeth Wiener, A.B. '17

Jon Wiener, A.B. '63

Jonathan Wiener, A.B. '84 J.D. '87

Charles Wiggin, J.D. '72 M.B.A. '72

Ashley Wigod, A.B. '00

James Wigton, A.B. '70

Benny Wijatno, A.B. '05

Christie Wilbur, A.B. '70

Christopher Wilbur, A.B. '70

Fred Wilcon, A.B. '61

Andrew Wilcox, A.B. '18

Bruce Wilcox, A.B. '69

David Wilcox, A.B. '70

Karen Wilcox, A.B. '76

Kathryn Wilcox, A.B. '11

Russell Wilcox, A.B. '89 M.B.A. '95

Harris Wilder, A.B. '71

Keven Wilder, A.B. '70

Nick Wilder, A.B. '70

Amy Wilentz, A.B. '76

Robb Wilentz, A.B. '92

Dennis Wiley, A.B. '72

Meredith Wiley, M.P.A. '93

Eric Wilfrid, A.B. '94

Betsy Wilhelm, A.B. '63 Ph.D. '69

Phyllis Bloom Wilker, M.A.T. '73

Joshua Wilkes, A.B. '91

Andrew Wilking, A.B. '72

Douglas Wilkins, A.B. '75 J.D. '78

Susan Wilkins, A.B. '86

Alexis Wilkinson, A.B. '15

Brook Wilkinson, A.B. '01

Daniel Wilkinson, A.B. '93

James Wilkinson, A.B. '65 A.M. '70

Lawrence Wilkinson, M.B.A. '76

Robert Wilkis, A.B. '71

Alethia Williams, A.B. '11 M.T.S. '14

ANDRE WILLIAMS, M.B.A. '81

Andrea Williams, A.B. '78

Brooke WILLIAMS, A.B. '88

Carine Williams, A.B. '00

Christopher Williams, M.B.A. '02

Claudia Williams, S.M. '91

Deborah Williams, J.D. '78

Dians Williams, A.B. '95 Ph.D. '07 M.A. '20

Ellen Williams, A.B. '75 M.D. '80 Ed.M. '10

Eugene Williams, A.B. '82 M.B.A. '87

James Williams, A.B. '10

Jamie Williams, A.B. '14

John Williams, A.B. '63

John Williams, A.B. '74

Juliet Williams, A.B. '90

Karen Williams, M.B.A. '91

Katherine Williams, M.P.P. '20

Lauralyn Williams, Ed.M. '94

Michael Williams, A.B. '81

Natalie Williams, A.B. '85

Peggy Williams, Ed.D. '83

Persis Oneeka Williams, M.D. '93 M.P.H. '93

Rhys Williams, A.B. '87

Stacey Williams, M.P.P. '10

Tara Williams, A.B. '01

Travon Williams, A.L.B. '23

Verna Williams, J.D. '88

Margaret Williams Verrone, A.B. '84

Portia Williams Weiskel, A.B. '65

Robin Williamson, Ph.D. '05

Sasha Willimann, J.D. '08

Franklin Willis, A.B. '69

Jama Willis, A.B. '25

Roxanne Willis, A.B. '97 '

Suzanne Willis, M.B.A. '15

Jamie Willmott, A.B. '06

Lawrence Wills, A.B. '76 M.T.S. '80

Alexa Willson, A.B. '79

Phyllis Sogg Wilner, A.B. '63

Alexandra Wilson, A.B. '99 M.B.A. '04

Bradley Wilson, A.B. '75

Cara Wilson, A.B. '85

Danny Wilson, A.B. '14 M.B.A. '22

Ira Wilson, A.B. '79 M.D. '87 M.P.H. '93

Jennifer Wilson, M.P.A. '98

John Wilson, M.B.A. '83

Matthew Wilson, M.P.A. '08

Nan Wilson, A.B. '81

Rachel Wilson, A.B. '96

Rachel Wilson, Ed.M. '20

Richard Wilson, A.B. '71

Steven Wilson, A.B. '89

Timothy Wilson, A.B. '78

Melissa Wilson (Bates Wilder is my new married name), A.L.M. '19

Jean Wilson nee Sitko, A.B. '79

215

Natasha Wimmer, A.B. '95

Shannon Winakur, A.B. '92

George Winborn, A.B. '95

Daniel Windham, A.B. '16

Richard Winefield, Ed.D. '81

Catherine Winer, A.B. '68

Patricia Winer, A.B. '59

Catherine Winiarski, A.B. '96

David Winickoff, J.D. '02

Richard Winickoff, A.B. '63

Heidi Winig, A.B. '92 Ed.M. '95

John Winkelman, A.B. '64

Allan Winkler, A.B. '66

Jeffrey Winkler, A.B. '77

Ellen Winner, A.B. '69 Ph.D. '78

Phoebe Winslow, A.B. '61

Richard Winslow, A.B. '64

Fernanda Winthrop, A.B. '04

Hope Winthrop, A.B. '71

Jonathan Wintrode, A.B. '00

Theodore Wiprud, A.B. '80

Kelsey Wirth, A.B. '92

Margaret Wirth, A.B. '91

Timothy Wirth, A.B. '61 M.E. '65

Arthur Wise, A.B. '63

Jane Wishner, A.B. '77

Mary Witkowski, A.B. '96 M.B.A. '01 M.D. '16

Rhonda Wittels, A.B. '79

Eve Wittenberg, Ph.D. '00 M.P.P. '87

Molly Wittenberg, A.B. '80

Janet Wittes, A.B. '64 A.M. '65 Ph.D. '70

Robert Wittes, A.B. '64 M.D. '68

Robert Wittie, J.D. '70

Jenny Wittner, A.B. '84

David Witzel, M.P.P. '91

Kyle Witzigman, M.P.P. '21

Peter Witzler, M.P.A. '10

Edward Wobber, A.B. '75

John Wofford, A.B. '57 LLB '62

Peter Woit, A.B. '79 A.M. '79

Lauren Wolchok, A.B. '07

Grace Wolf, J.D. '64

Rebecca Wolfe, Ph.D. '02

Colette Wolff, J.D. '97

Mayhew Wolff, A.B. '90

Stephanie Wolff née Dickerson, A.B. '87

MIchael Wolfram, A.B. '67

Alexandra Wolfson, J.D. '21

Amy Wolfson, A.B. '82

Dori Wolfson, Ed.M. '12

216

Evan Wolfson, J.D. '83

Sarah Wolinski, A.B. '92

Jeffrey Wolk, A.B. '88 M.B.A. '92

Richard Wolk, A.B. '59

David Wollard, A.B. '59

Jennifer Wollock, A.B. '74 M.L.A. '77

Adam Wolman, A.B. '88

Carol. Wolman, A.B. '62 M.D. '67

Elisa Wolper, A.B. '78

James Wolper, A.B. '76

Caroline Wolverton, A.B. '91 J.D. '95

Chris Wolz, M.P.P. '91

John Womack, A.B. '59 Ph.D. '66

David Wong, A.B. '85

Emily Wong, A.B. '14

Griffin Wong, A.B. '24

Irene Wong, Ph.D. '24

Jason Wong, A.B. '10

Joseph Wong, S.M. '74

Lana Wong, A.B. '91

Lance Wong, A.B. '77

Lisa Wong, A.B. '79

Mark Wong, A.B. '92

Samuel Wong, M.D. '88 A.B. '84

Stephen Wong, A.B. '85 M.B.A. '85

Barbara Woo, M.D. '85

Beverly Woo, A.B. '70

Nicole Woo, A.B. '93

Carolyn Wood, A.L.M. '94

Clement Wood, A.B. '74

Frederick Wood, M.B.A. '69

James Wood, A.B. '73

Keith Wood, A.B. '96

Margot Wood, A.B. '10

Martha Wood, A.B. '84

Susannah Wood, B.A. '68

Cara Woodard, A.B. '06

Katie Woodbury, A.B. '14

Elizabeth Woodford, A.B. '63

John Woodford, A.B. '64 A.M. '68

Douglas Woodhouse, A.L.B. '11 A.L.M. '18

Edward Woodhouse, A.B. '75

Kelsey Hanson Woodruff, Ph.D. '25

Elizabeth Woods, M.D. '79 M.P.H. '84

David Woodsfellow, A.B. '68

Gordon Woodward, A.B. '92

Walter Woodward, A.B. '99

Paul Woody, M.B.A. '08

Amy Wooten, Ed.D. '14 Ed.M. '07

David Worley, A.B. '80

Julie Wormser, M.P.A. '08

Mark Worrell, A.B. '80

Joseph Worth, A.B. '71 M.B.A. '79

Hilary Worthen, A.B. '69

Miranda Worthen, A.B. '02

Alison Worthington, M.B.A. '93

Peter Wortsman, M.P.A. '03

Linnea Wren, A.B. '70 A.M. '72

Elizabeth Wright, A.B. '00

James Wright, A.B. '73

Latonya Wright, A.B. '00

Sarah Wright, Ed.M. '80

Shelbey Wright, J.D. '92 Ed.D. '

Tanya Wright, Ed.M. '22

Thomas Wright, A.B. '76

Amy Wu, A.B. '96

Angela Wu, A.B. '06

Chi Chi Wu, J.D. '91

David Wu, M.B.A. '92

Hongyu Wu, M.T.S. '02

Jennifer Wu, J.D. '19

Jennifer Wu, A.B. '98

Julie Wu, A.B. '88

Maggie Wu, A.B. '17

Stephanie Wu, A.B. '06

Stephanie Wu, Ph.D. '25 A.M. '21

Timothy Wu, A.B. '79

Victor Wu, A.B. '16

Wei Wu, A.B. '16

Xiao Wu, Ph.D. '21 S.M. '17

Yuhsien Wu, Ed.D. '15

Howard Wells Wulsin, A.B. '01

Lawson Wulsin, A.B. '74

Victoria Wulsin, A.B. '75 M.P.H. '82 D.P.H. '85

Jacqueline Wyant, CAS '89

Charles Wyatt, M.T.S. '90

Oswald Wyatt, A.B. '76

Denise Wydra, A.B. '85

John Wylie, A.B. '95 M.D. '00

Pegeen Wylie Eslami, M.D. '91

Peter Wyman, A.B. '72

Samantha Wyman Bilow, M.B.A. '17

Aileen Wyse, A.B. '78

Michael Wysolmerski, J.D. '16

Nick Wyville, A.B. '20

Charles Wyzanski, A.B. '66

Mandy Xu, M.B.A. '23

Mandy Xu, A.B. '09

Sheila Xu, M.P.P. '24

Hao Xue, S.M. '21

Corrie Yackulic, J.D. '85

Inci Yalman, A.B. '90

Allen Yang, A.B. '11 M.B.A. '16

Annie Yang, A.B. '15

Cindy Yang, M.B.A. '19 M.P.P. '19

Jeff Yang, A.B. '89

Lin Yang, M.P.P. '09

Lynn Yang, A.B. '89

Mike Yang, A.B. '93 S.M. '94 Ph.D. '98

Naomi Yang, A.B. '86

Ruth Yang, A.B. '91

Steven Yang, A.B. '97

Victor Yang, A.B. '12

Yvonne Yang, A.B. '11

Zhiye Yang, A.B. '21

Elena Yannakakis, A.M. '74

Paloma Yannakakis, A.B. '05

Takanori Yaotome, Exec. Ed. '10 '

Jeff Yarbro, A.B. '99

Adela Yarbro Collins, Ph.D. '75 '

Mira Nakashima Yarnall, A.B. '63

Mary Yarwood, A.B. '65

Khalid Yasin, A.B. '07 M.B.A. '14 M.P.A. '14

Rashid Yasin, S.B. '12

Mohammad Saleh Yassin, A.B. '93

Walid Yassir, M.H.C.M. '11

Nancy Yates, J.D. '78

Valerie Yates, A.B. '90 J.D. '93

Lei Ye, A.B. '03

Siqin Ye, A.B. '01

George Yeadon, A.B. '75

Ahmed Yearwood, A.B. '95

Sarah Yedinsky, A.B. '83

Albert Yeh, A.B. '07 M.D. '13

Eric Yeh, A.B. '98 S.M. '98

Jennifer Yeh, A.B. '93

Chloe Yellin, A.B. '07

Mitchell Yeoh, A.L.M. '19 A.L.M. '22

Peter Yeomans, A.B. '91

Sally Yi, A.B. '18

Maame Yaa (Maya) Yiadom, M.P.H. '07

Stephen Yigit-Elliott, M.B.A. '12 M.P.P. '12

Sarah Ying, A.B. '91

June Yip, A.B. '85

Iris Yob, Ed.D. '90

William Yoder, A.B. '72

Hannah Yohalem, A.B. '10

Keiichi Yokobori, M.B.A. '68

Mark Yokoyama, A.B. '96

Sunru Yong, M.B.A. '07

Jeanie Yoon, M.D. '07 A.B. '02

Young-Ho Yoon, A.B. '96

Saraa Yoosuf, M.M.Sc. '24

Craig Yorke, A.B. '70 M.D. '74

Sara Yorke, A.B. '63 M.A.T. '64

Marci Yoss, A.B. '76 M.D. '80

Angie You, A.B. '95 Ph.D. '01

Christopher Young, M.P.H. '07

Connie Young, S.M. '98

Jessica Young, A.L.B. '22

John Young, Ed.M. '80

Jordan Young, A.B. '94

Lisa Young, A.B. '86

Lissa Young, Ed.D. '13 Ed.M. '09

Matthew Young, A.B. '12 J.D. '18 M.D. '19

Oran Young, A.B. '63

Rebecca Young, A.B. '88

Roberto Young, M.B.A. '07

Steven Young, A.B. '87

Virginia Young, A.B. '84 M.P.A. '90

Carl M. Youngman, M.B.A. '67

Diana Yousef, A.B. '94

Jean Yu, A.B. '01

Michelle Yu, A.B. '03 '

Phelan Yu, A.B. '19

Scarlett Yu, A.M. '21

YiDing Yu, A.B. '07

Robin Yuan, A.B. '74 M.D. '78

Leonid Yuditsky, A.B. '99

Kira Yugay, M.B.A. '14

Kathryn (Kassi) Yukevich, J.D. '17

Sun-Ui Yum, A.B. '18

Christine Yun, A.B. '83

REX C YUNG, A.B. '80

Harvey Yunis, Ph.D. '87

Katherine Zacarian, A.B. '04

José Marcelo Zacchi, M.P.A. '15

Jerome Zacks, A.B. '65

Greg Zaff, M.P.P. '93

Jarret Zafran, A.B. '09

Eric Zagrans, J.D. '77

Daniel Zahler, A.B. '00 J.D. '05

Shelia Zahm (née Hoar), M.S. '77 Sc.D. '80

Alan Zakon, A.B. '57

Rob Zamacona, A.B. '95

Phillip Zamore, A.B. '85 Ph.D. '91

Virginia Vogel Zanger, A.B. '72

Anne-Marie Zapf-Belanger, A.B. '10

Nikki Zapol, J.D. '77 Ed.M. '72

Alisa Zaref, A.B. '97

220

Ellen Zaslaw, A.B. '63

Jonathan Zasloff, Ph.D. '02

Deval Zaveri, M.P.A. '14

Artur Zawadowski, LL.M. '99

Joseph Zawadzki, A.B. '96

Roberto Zayas MD, A.B. '92

Kathryn Zealand, M.P.A. '18

Malka Zeefe, A.B. '00

Brian Zeger, A.B. '78

Matthew Zeidenberg, A.B. '83

Walker Zeiser, A.B. '74 M.Div. '81

Froma Zeitlin, A.B. '54

Jonathan Zeitlin, A.B. '77

Marc Zelanko, A.B. '95 M.B.A. '03

Aaron Zelman, A.B. '95

Stanley Zemon, A.B. '52

Susan Zerad garau, A.B. '67

Will Zerhouni, A.B. '98 J.D. '03

Wendy Zerin, A.B. '72

Lisa Zerkel, A.B. '05

Lena Zezulin, A.B. '76 J.D. '79

Aurora Zhang, Ph.D. '20

Hao Zhang, A.B. '07

Hubert Yu ZHANG, L.L.M. '08

Jingjing Zhang, M.P.A. '13

Lily Zhang, A.L.M. '24

Melissa Zhang, M.P.A. '23

Minhua Zhang, A.B. '05

Qichen Zhang, A.B. '12

Sophia Zhang, A.B. '24 A.B. '24

Joyce Zhang Gray, A.B. '09

Mark Zheng, J.D. '12

Stanley Zheng, A.B. '12

Angela Zhong, A.B. '24

Justine Zhou, M.B.A. '08

Lan Zhou, A.B. '08 M.B.A. '13

Fanney Zhu, A.B. '17

Shan (Susan) Zhu, A.B. '11 J.D. '16

Darya Zhuk, A.B. '02

Melanie Zibit, M.B.A. '82

Julie Zickefoose, A.B. '80

Richard Zigmond, A.B. '66

Betty Zimmerberg, A.B. '71

Frances O'Neill Zimmerman, A.B. '60

Pamela Zimmerman, M.Arch. '91

Andrew Zimmermann, A.B. '75

Thomas Ziobrowski, A.B. '70

David Zipser, Ph.D. '64

Jane Zirpoli, A.B. '68

Marjory Zoet Bankson, A.B. '61

Emily Zoffer, A.B. '17

William Zoffer, A.B. '84 J.D. '88

Ami Zota, S.M. '03 Sc.D. '07

Ezra Zubrow, A.B. '66

Andrew Zucker, A.B. '67 Ed.D. '78

William Zucker, J.D. '72

Rebecca Zug, A.B. '93 Ed.M. '98

Martin Zukerman, A.B. '66

Mark Zupan, A.B. '81

David Zuroff, A.B. '71

John Zussman, A.B. '72

Alix Peterson Zwane, Ph.D. '02

Steven Zweig, A.B. '75

David Zwerdling, A.B. '65

Rob Zwiebach, A.B. '93