# United States Court of Appeals
## For the First Circuit

_____

**NOTICE OF APPEARANCE**

**No.** 25-2230    **Short Title:** President and Fellows of Harvard College v. U.S. Dep't of Health and Human Services, et al.

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*):

Hillel International _____ as the

[ ] appellant(s)        [ ] appellee(s)        [✔] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s/ David Zimmer _____        July 22, 2026 _____
Signature                       Date

David Zimmer _____
Name

Zimmer, Citron & Clarke LLP ____    617.676.9421 _____
Firm Name (if applicable)           Telephone Number

711 Atlantic Ave., 6th Floor ____   _____
Address                             Fax Number

Boston, MA 02111 _____           dzimmer@zimmercitronclarke.com ____
City, State, Zip Code               Email (required)

Court of Appeals Bar Number: 1169750 _____

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).