# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-2230          **Short Title:** President and Fellows of
Harvard College v. US Department of Health and Human Services

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Please see attached _____ as the

[  ] appellant(s)          [  ] appellee(s)          [✔] amicus curiae

[  ] petitioner(s)         [  ] respondent(s)        [  ] intervenor(s)


/s/ Lynette Labinger                          7/22/2026
Signature                                     Date

Lynette Labinger
Name

_____          401-465-9565
Firm Name (if applicable)          Telephone Number

128 Dorrance St., Box 710          _____
Address                            Fax Number

Providence, RI 02903              LL@LabingerLaw.com
City, State, Zip Code             Email (required)

Court of Appeals Bar Number: 23027


Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes    Court of Appeals No._____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**United States Court of Appeals for the First Circuit**

Attachment to Notice of Appearance

**The Clerk will enter my appearance as counsel on behalf of:**

| Amici Curiae | Attorneys |
|---|---|
| American Civil Liberties Union | Vera Eidelman No. 1220845 |
| American Civil Liberties Union of Maine | Brian Hauss No. 1183865 |
| American Civil Liberties Union of Massachusetts | American Civil Liberties Union Foundation |
| American Civil Liberties Union of New Hampshire | 125 Broad Street, 18th Floor |
| American Civil Liberties Union of Puerto Rico | New York, NY 10004 |
| | (212) 549-2500 |
| American Civil Liberties Union of Rhode Island | veidelman@aclu.org |
| | bhauss@aclu.org |
| Cato Institute | |
| Electronic Frontier Foundation | Jessie J. Rossman No. 1161236 |
| Knight First Amendment Institute | Rachel E. Davidson No. 1197867 |
| National Coalition Against Censorship | American Civil Liberties Union Foundation of Massachusetts, Inc. |
| Reporters Committee for Freedom of the Press | One Center Plaza, Suite 850 |
| | Boston, MA 02108 |
| Rutherford Institute | (617) 482-3170 |
| | jrossman@aclum.org |
| | rdavidson@aclum.org |
| | |
| | Fermín L. Arraiza-Navas No. 73810 |
| | American Civil Liberties Union Puerto Rico Chapter |
| | Union Plaza, Suite 1105 |
| | 416 Avenida Ponce de León |
| | San Juan, Puerto Rico 00918 |
| | (787) 753-9493 |
| | farraiza@aclu.org |
| | |
| | Lynette Labinger No. 23027 |
| | Cooperating Counsel |
| | American Civil Liberties Union Foundation of Rhode Island |
| | 128 Dorrance St., Box 710 |
| | Providence, RI 02903 |
| | (401) 465-9565 |
| | ll@labingerlaw.com |
| | |
| | Gilles R. Bissonnette No. 123868 |
| | Henry Klementowicz No. 1179814 |

Maria D. Savarese No. 1223427
American Civil Liberties Union
  Foundation of New Hampshire
18 Low Avenue
Concord, NH 03301
(603) 224-5591
gilles@aclu-nh.org
henry@aclu-nh.org
maria@aclu-nh.org

Carol Garvan No. 1145471
Zachary L. Heiden No. 99242
American Civil Liberties Union
  of Maine Foundation
P.O. Box 7860
Portland, ME 04112
(207) 619-6224
cgarvan@aclumaine.org
zheiden@aclumaine.org

Bruce D. Brown No. 1067194
Gabriel Rottman No. 1193825
Grayson Clary No. 1206499
Reporters Committee for Freedom of
  the Press
1156 15th Street NW, Ste. 1020
Washington, DC 20005

Alex Abdo No. 1154992
Jameel Jaffer No. 1218690
Knight First Amendment Institute at
Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115