# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-2230          **Short Title:** Harvard v. US HHS et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

see attached _____ as the

[ ] appellant(s)                    [ ] appellee(s)                    [✔] amicus curiae

[ ] petitioner(s)                   [ ] respondent(s)                  [ ] intervenor(s)


/s/ Naomi R. Shatz                                  7/22/26
Signature                                           Date

Naomi R. Shatz
Name

Zalkind Duncan & Bernstein LLP                      (617) 742-6020
Firm Name (if applicable)                           Telephone Number

2 Oliver Street, Suite 200                          (617) 742-3269
Address                                             Fax Number

Boston, MA 02109                                    nshatz@zalkindlaw.com
City, State, Zip Code                               Email (required)

Court of Appeals Bar Number: _____


Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. 1157995 _____

==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**United States Court of Appeals for the First Circuit**

Attachment to Notice of Appearance

**The Clerk will enter my appearance as counsel on behalf of:**

| Amici Curiae | Attorneys |
|---|---|
| Jewish Council for Public Affairs | Naomi R. Shatz (1st Cir. # 1157995) |
| | Jackson C. Estrin (1st Cir # 1225271) |
| Religious Action Center of Reform Judaism | Zalkind Duncan & Bernstein LLP |
| | 2 Oliver Street, Suite 200 |
| | Boston, MA 02109 |
| National Council of Jewish Women | nshatz@zalkindlaw.com |
| | jestrin@zalkindlaw.com |