**No. 25-2230**

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

_____

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Plaintiff-Appellee*,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; UNITED STATES DEPARTMENT OF EDUCATION; LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education; GENERAL SERVICES ADMINISTRATION; EDWARD FORST, in his official capacity as Administrator of the United States General Services Administration; UNITED STATES DEPARTMENT OF ENERGY; CHRISTOPHER A. WRIGHT, in his official capacity as Secretary of the Department of Energy; NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in his official capacity as Acting Director of the United States National Science Foundation; UNITED STATES DEPARTMENT OF DEFENSE; PETER HEGSETH, in his official capacity as Secretary of the United States Department of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JARED ISAACMAN, in his official capacity as Administrator of the National Aeronautics and Space Administration; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development; UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in her official capacity as Secretary of Agriculture,

*Defendants-Appellants*.

_____

On Appeal from the United States District Court for the District of Massachusetts, No. 25-cv-11048

_____

## MOTION OF HILLEL INTERNATIONAL
## TO WITHDRAW AMICUS BRIEF

_____

Hillel International hereby moves to withdraw the amicus brief filed yesterday, July 22, 2026.  Unbeknownst to undersigned counsel, authorization to file the brief was provided to counsel without the brief having gone through a required internal review process within Hillel.

July 23, 2026                                    Respectfully submitted,

                                                 /s/ David Zimmer
                                                 David Zimmer
                                                 ZIMMER, CITRON & CLARKE LLP
                                                 711 Atlantic Avenue, 6th Floor
                                                 Boston, MA 02111
                                                 (617) 676-9421

                                                 *Counsel for Hillel International*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this document complies with the type-volume limitations set forth in Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 40 words.

I further certify that this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Times New Roman font.

July 23, 2026                                          */s/ David Zimmer*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 23rd day of July 2026, I have caused the foregoing document to be electronically filed with the Clerk of Court for the United States Court of Appeals for the First Circuit by the CM/ECF system and that a copy of this brief has been served on all parties by CM/ECF.

July 23, 2026                                          */s/ David Zimmer*