# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-2230            **Short Title:** Harvard v. HHS, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Commonwealth of Massachusetts, joined by 20 other states            as the

[  ] appellant(s)            [  ] appellee(s)            [✔] amicus curiae

[  ] petitioner(s)            [  ] respondent(s)            [  ] intervenor(s)

/s/ Anna Lumelsky
Signature

7/23/2026
Date

Anna Lumelsky
Name

Massachusetts Attorney General's Office
Firm Name (if applicable)

617-963-2334
Telephone Number

One Ashburton Place
Address

_____
Fax Number

Boston, MA, 02108
City, State, Zip Code

anna.lumelsky@mass.gov
Email (required)

Court of Appeals Bar Number: 677708

Has this case or any related case previously been on appeal?

[✔] No            [  ] Yes   Court of Appeals No._____

=================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).