# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 25-2230          **Short Title:** President and Fellows of Harvard College v. US Department of Health and Human Services

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

See attached document. _____ as the

[  ] appellant(s)          [  ] appellee(s)          [✔] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

| | |
|---|---|
| s/ Grayson Clary | 7/24/2026 |
| Signature | Date |
| Grayson Clary | |
| Name | |
| Reporters Committee for Freedom of the Press | (202) 795-9300 |
| Firm Name (if applicable) | Telephone Number |
| 1156 15th St NW, Suite 1020 | (202) 795-9310 |
| Address | Fax Number |
| Washington, D.C. 20005 | gclary@rcfp.org |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1206499

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No. _____

==================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

| Print | Reset |
|---|---|

**United States Court of Appeals for the First Circuit**

Attachment to Notice of Appearance

**The Clerk will enter my appearance as counsel on behalf of:**

| Amici Curiae | Attorneys |
|---|---|
| American Civil Liberties Union | Vera Eidelman No. 1220845 |
| American Civil Liberties Union of Maine | Brian Hauss No. 1183865 |
| American Civil Liberties Union of Massachusetts | American Civil Liberties Union Foundation |
| American Civil Liberties Union of New Hampshire | 125 Broad Street, 18th Floor |
| American Civil Liberties Union of Puerto Rico | New York, NY 10004 |
| American Civil Liberties Union of Rhode Island | (212) 549-2500 |
| Cato Institute | veidelman@aclu.org |
| Electronic Frontier Foundation | bhauss@aclu.org |
| Knight First Amendment Institute | |
| National Coalition Against Censorship | Jessie J. Rossman No. 1161236 |
| Reporters Committee for Freedom of the Press | Rachel E. Davidson No. 1197867 |
| Rutherford Institute | American Civil Liberties Union Foundation of Massachusetts, Inc. |
| | One Center Plaza, Suite 850 |
| | Boston, MA 02108 |
| | (617) 482-3170 |
| | jrossman@aclum.org |
| | rdavidson@aclum.org |
| | |
| | Fermín L. Arraiza-Navas No. 73810 |
| | American Civil Liberties Union Puerto Rico Chapter |
| | Union Plaza, Suite 1105 |
| | 416 Avenida Ponce de León |
| | San Juan, Puerto Rico 00918 |
| | (787) 753-9493 |
| | farraiza@aclu.org |
| | |
| | Lynette Labinger No. 23027 |
| | Cooperating Counsel |
| | American Civil Liberties Union Foundation of Rhode Island |
| | 128 Dorrance St., Box 710 |
| | Providence, RI 02903 |
| | (401) 465-9565 |
| | ll@labingerlaw.com |
| | |
| | Gilles R. Bissonnette No. 123868 |
| | Henry Klementowicz No. 1179814 |

|  | Maria D. Savarese No. 1223427<br>American Civil Liberties Union<br>  Foundation of New Hampshire<br>18 Low Avenue<br>Concord, NH 03301<br>(603) 224-5591<br>gilles@aclu-nh.org<br>henry@aclu-nh.org<br>maria@aclu-nh.org<br><br>Carol Garvan No. 1145471<br>Zachary L. Heiden No. 99242<br>American Civil Liberties Union<br>  of Maine Foundation<br>P.O. Box 7860<br>Portland, ME 04112<br>(207) 619-6224<br>cgarvan@aclumaine.org<br>zheiden@aclumaine.org<br><br>Bruce D. Brown No. 1067194<br>Gabriel Rottman No. 1193825<br>Grayson Clary No. 1206499<br>Reporters Committee for Freedom of<br>  the Press<br>1156 15th Street NW, Ste. 1020<br>Washington, DC 20005<br><br>Alex Abdo No. 1154992<br>Jameel Jaffer No. 1218690<br>Knight First Amendment Institute at<br>Columbia University<br>475 Riverside Drive, Suite 302<br>New York, NY 10115 |
|---|---|