# United States Court of Appeals
## For the First Circuit

_____

**NOTICE OF APPEARANCE**

**No.** 25-2230          **Short Title:** Harvard v. US Dept HHS, et a[+]

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

President and Fellows of Harvard College                                        as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Miriam Weizenbaum                    07/28/26
Signature                                Date

Miriam Weizenbaum
Name

DeLuca, Weizenbaum, Barry & Revents, Ltd.      401-453-1500
Firm Name (if applicable)                      Telephone Number

199 North Main Street                     401-453-1501
Address                                   Fax Number

Providence, RI 02903                      miriam@dwbrlaw.com
City, State, Zip Code                     Email (required)

Court of Appeals Bar Number: 37209

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No._____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).