# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-2230          **Short Title:** Harvard v. US Dept. HHS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Lawyers Defending American Democracy _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Amato A. DeLuca _____          07-28-2026 _____
Signature                                        Date

Amato A. DeLuca _____
Name

DeLuca, Weizenbaum, Barry & Revens, Ltd.          401-453-1500 _____
Firm Name (if applicable)                          Telephone Number

199 North Main Street _____          401-453-1501 _____
Address                                            Fax Number

Providence, RI 02903 _____          bud@dwbrlaw.com _____
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 37349 _____

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).