# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-2230          **Short Title:** Harvard v. US Dept. HHS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Lawyers Defending American Democracy                                         as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)


/s/ Miriam Weizenbaum                          07-28-2026
Signature                                      Date

Miriam Weizenbaum
Name

DeLuca, Weizenbaum, Barry & Revens, Ltd.       401-453-1500
Firm Name (if applicable)                      Telephone Number

199 North Main Street                          401-453-1501
Address                                        Fax Number

Providence, RI 02903                           miriam@dwbrlaw.com
City, State, Zip Code                          Email (required)

Court of Appeals Bar Number: 37209


Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).