# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 25-2230        **Short Title:** President and Fellows of Harvard College v. US Department of Health and Human Services

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

See attached document._____ as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

| | |
|---|---|
| s/ Gabriel Rottman | 7/29/2026 |
| Signature | Date |
| Gabriel Rottman | |
| Name | |
| Reporters Committee for Freedom of the Press | (202) 795-9300 |
| Firm Name (if applicable) | Telephone Number |
| 1156 15th St NW, Suite 1020 | (202) 795-9310 |
| Address | Fax Number |
| Washington, D.C. 20005 | grottman@rcfp.org |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1193825

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

==================================================================================

   **Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

   **Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

| Print | Reset |
|---|---|

**United States Court of Appeals for the First Circuit**

Attachment to Notice of Appearance

**The Clerk will enter my appearance as counsel on behalf of:**

| Amici Curiae | Attorneys |
|---|---|
| American Civil Liberties Union | Vera Eidelman No. 1220845 |
| American Civil Liberties Union of Maine | Brian Hauss No. 1183865 |
| American Civil Liberties Union of Massachusetts | American Civil Liberties Union Foundation |
| American Civil Liberties Union of New Hampshire | 125 Broad Street, 18th Floor New York, NY 10004 |
| American Civil Liberties Union of Puerto Rico | (212) 549-2500 veidelman@aclu.org |
| American Civil Liberties Union of Rhode Island | bhauss@aclu.org |
| Cato Institute | Jessie J. Rossman No. 1161236 |
| Electronic Frontier Foundation | Rachel E. Davidson No. 1197867 |
| Knight First Amendment Institute | American Civil Liberties Union Foundation of Massachusetts, Inc. |
| National Coalition Against Censorship | One Center Plaza, Suite 850 |
| Reporters Committee for Freedom of the Press | Boston, MA 02108 (617) 482-3170 |
| Rutherford Institute | jrossman@aclum.org rdavidson@aclum.org |
|  | Fermín L. Arraiza-Navas No. 73810 American Civil Liberties Union Puerto Rico Chapter Union Plaza, Suite 1105 416 Avenida Ponce de León San Juan, Puerto Rico 00918 (787) 753-9493 farraiza@aclu.org |
|  | Lynette Labinger No. 23027 Cooperating Counsel American Civil Liberties Union Foundation of Rhode Island 128 Dorrance St., Box 710 Providence, RI 02903 (401) 465-9565 ll@labingerlaw.com |
|  | Gilles R. Bissonnette No. 123868 Henry Klementowicz No. 1179814 |

Maria D. Savarese No. 1223427
American Civil Liberties Union
  Foundation of New Hampshire
18 Low Avenue
Concord, NH 03301
(603) 224-5591
gilles@aclu-nh.org
henry@aclu-nh.org
maria@aclu-nh.org

Carol Garvan No. 1145471
Zachary L. Heiden No. 99242
American Civil Liberties Union
  of Maine Foundation
P.O. Box 7860
Portland, ME 04112
(207) 619-6224
cgarvan@aclumaine.org
zheiden@aclumaine.org

Bruce D. Brown No. 1067194
Gabriel Rottman No. 1193825
Grayson Clary No. 1206499
Reporters Committee for Freedom of
  the Press
1156 15th Street NW, Ste. 1020
Washington, DC 20005

Alex Abdo No. 1154992
Jameel Jaffer No. 1218690
Knight First Amendment Institute at
Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115