## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, *Amicus Curiae* the Leadership Now Project certifies that it is a non-profit corporation with no parent corporation and that no public company owns any interest in it.

i