# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-2230          **Short Title:** President and Fellows of Harv⊞

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Conference of Boston Teaching Hospitals, Inc. _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Eric M. Gold_____          July 30, 2026_____
Signature                                                          Date

Eric M. Gold_____
Name

Manatt, Phelps & Phillips, LLP_____          617-646-1400_____
Firm Name (if applicable)                              Telephone Number

1 Beacon Street, 11th Floor_____          _____
Address                                                           Fax Number

Boston, MA 02108_____          egold@manatt.com_____
City, State, Zip Code                                    Email (required)

Court of Appeals Bar Number: 1144465_____

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).