## RULE 26.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Appellate Procedure 26.1 and 29(a)(4)(A), amicus curiae Conference of Boston Teaching Hospitals, Inc. ("COBTH") certifies that (i) it is a non-governmental corporation; (ii) it has no parent corporation; and (iii) no publicly held corporation owns ten percent or more of its stock.

COBTH is a non-profit organization composed of twelve Boston-area teaching hospitals: Beth Israel Deaconess Medical Center, Lahey Hospital & Medical Center, Boston Children's Hospital, Boston Medical Center, Boston Medical Center – Brighton, Brigham and Women's Faulkner Hospital, Brigham and Women's Hospital, Mass Eye and Ear, Massachusetts General Hospital, Cambridge Health Alliance, Dana-Farber Cancer Institute, and Tufts Medical Center.