# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25 2230          **Short Title:** Harvard v. HHS et al.

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*):
Conference of Boston Teaching Hospitals, Inc.                                                  as the

[  ] appellant(s)               [  ] appellee(s)               [✔] amicus curiae

[  ] petitioner(s)              [  ] respondent(s)             [  ] intervenor(s)


/s/ Alysha Agarwal
Signature

July 22, 2026
Date

Alysha Agarwal
Name

Manatt, Phelps & Phillips, LLP
Firm Name (if applicable)

617-646-1453
Telephone Number

1 Beacon Street, 11th Floor
Address

Fax Number

Boston, MA, 02108
City, State, Zip Code

AAgarwal@manatt.com
Email (required)

Court of Appeals Bar Number: 1225139


Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No.

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).