## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1(a) of the Federal Rules of Appellate Procedure, *amici curiae*, listed in Appendix A, hereby disclose that *amici* have no parent corporations and that no publicly held corporation owns 10% or more of *amici*'s respective stock.

Dated:  July 22, 2026

/s/ Donald B. Verrilli, Jr.
Donald B. Verrilli, Jr.

i

## Appendix A

American University
Arizona State University
Boston University
Brandeis University
Brown University
California Institute of Technology
Carleton College
Carnegie Mellon University
Colorado State University
Columbia University
Cornell University
Dartmouth College
Georgetown University
Johns Hopkins University
Massachusetts Institute of Technology
Michigan State University
Middlebury College
Oregon State University
Princeton University
Rice University
Rutgers University
Smith College
Stanford University
Tufts University
University of California
University of Denver
University of Maryland, Baltimore
University of Maryland, College Park
University of Michigan
University of Oregon
University of Pennsylvania
University of Pittsburgh
University of Rhode Island
University of Vermont
Wesleyan University
Yale University