## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1, amici are nonprofit organizations that have no parent corporation and do not issue stock.