**No. 25-2230**

**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Plaintiff-Appellee*,

v.

US DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the United States Department of Health and Human Services; US DEPARTMENT OF JUSTICE; TODD BLANCHE, in the official capacity as Acting Attorney General of the United States; US DEPARTMENT OF EDUCATION; LINDA M. MCMAHON, in the official capacity as Secretary of the United States Department of Education; US GENERAL SERVICES ADMINISTRATION; EDWARD FORST, in the official capacity as Administrator of the United States General Services Administration; US DEPARTMENT OF ENERGY; CHRISTOPHER A. WRIGHT, in the official capacity as Secretary of the United States Department of Energy; US NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in the official capacity as Acting Director of the United States National Science Foundation; US DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in the official capacity as Secretary of the United States Department of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JARED ISAACMAN, in the official capacity as Administrator of the National Aeronautics and Space Administration; US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in the official capacity as Secretary of Housing and Urban Development; US DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in her official capacity as Secretary of Agriculture,

*Defendants-Appellants*.

On Appeal from the United States District Court for the District of Massachusetts, No. 25-cv-11048

**BRIEF OF AMICI CURAIE COLUMBIA ALUMNI FOR
ACADEMIC FREEDOM SUPPORTING PLAINTIFF-APPELLEE
AND SUPPORTING AFFIRMANCE**

JOCELYN B. JONES
SEGAL ROITMAN, LLP
33 HARRISON AVE., 7TH FL.
Boston, MA 02111
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

SEAN H. DONAHUE
DAVID T. GOLDBERG
DONAHUE, GOLDBERG, HERZOG & DAVIDSON
1008 PENNSYLVANIA AVE., NW
Washington, D.C. 20003
(202) 277-7085
sean@donahuegoldberg.com

*Counsel for Amici*

**RULE 26.1 STATEMENT**

I certify that amicus Columbia Alumni for Academic Freedom is not a corporation, that amicus has no parent corporation, and that no publicly held corporate owns stock or any other interest in it.

<u>/s/ Sean H. Donahue</u>
Counsel for Amicus

i

**TABLE OF CONTENTS**

Rule 26.1 Statement ............................................................................ i

Table of Authorities............................................................................ ii

Statement of Interest ......................................................................... 1

Argument............................................................................................ 5

I.  The Trump Administration's Actions Against Harvard Are Part of a Lawless National Campaign Against Research Universities...................... 5

    A.    *The Administration's Campaign Against Harvard Resembles Its Similarly Unconstitutional Actions Against Columbia* ........... 5

    . B.    *The "Resolution Agreement" Imposed on Columbia Illustrates the Extortionate Character of the Administration's Campaign* . 11

II.  The Administration's Actions Imperil the Vital Public Benefits that Research Universities Provide ................................................................. 19

Conclusion ......................................................................................... 25

Addendum: Signatories

Certificate of Compliance

Certificate of Service

## TABLE OF AUTHORITIES

Cases:

*Alexander v. Sandoval*, 532 U.S. 275 (2001) ..................................................7

*Jenner & Block LLP v. Dept. of Justice*, 784 F.Supp.3d 76 (D.D.C. 2025)........ 9

*Keyishian v. Board of Regents of Univ. of New York,* 385 U.S. 589 (1967) ..... 22

*NAACP v. Button*, 371 U.S. 415 (1963)............................................................ 9

*Perkins Coie, LLP. v. Dept. of Justice*, 783 F. Supp. 3d. 105 (D.D.C. 2025) ... 10

*StandWithUS Center for Legal Justice v. MIT*,
   158 F.4th 1 (1st Cir. 2025)...................................................................... 22

*Sweezy v. State of N.H. by Wyman*, 354 U.S. 234 (1957) ................................. 22

Statutory and Constitutional Provisions:

20 U.S.C. § 1092(f)........................................................................................ 14

42 U.S.C. § 2000d-1 ........................................................................................7

Mass. Const., Art. V, s. 2 (1780) ..................................................................... 19


Legislative History:

110 Cong. Rec. 6544 (1964)..............................................................................7


Other Authorities:

Ruth Ben-Ghiat, STRONGMEN: MUSSOLINI TO THE PRESENT (2021)................. 24

*Peter Berger and Richard John Neuhaus Respond*, in TO EMPOWER
PEOPLE: FROM STATE TO CIVIL SOCIETY (M. Novak ed., 1996)........................ 22

Alan Blinder, *Trump Has Targeted These Universities. Why?*,
   NEW YORK TIMES (May 27, 2025), https://www.nytimes.com/article/
   trump-university-college.html........................................................................ 7

Alan Blinder, *Legal and Lobbying Costs Surge as Universities Face Trump
   Pressure,* NEW YORK TIMES (June 14, 2026), https://www.nytimes.com/
   2026/06/14/us/legal-lobbying-cost-university-college-trump.html. .............. 14

Vannevar Bush, SCIENCE, THE ENDLESS FRONTIER: A REPORT TO THE PRESIDENT (1945).................................................................... 20,22

J.H. Cullum Clark, et al., *The Innovation Impact of U.S. Universities* (G.W. Bush Inst. 2020) ........................................................... 21

Columbia Alumni for Academic Freedom, Alumni Statement on Academic Freedom, https://www.columbiaalumniforacademicfreedom.org.................... 1

J. Oliver Conroy, *US Universities Face Choice to Surrender or Fight Back against Trump's 'Takeover'*, THE GUARDIAN  (Mar. 20, 2025), *https://www.theguardian.com/us-news/2025/mar/20/universities-trump-administration*.................................................................... 9

Sonel Cutler, *Where is Columbia's $200-Million Settlement Going, Exactly?* CHRONICLE OF HIGHER EDUCATION (Aug. 2025) ………………..13

Ronald J. Daniels (with Grant Shreve and Phillip Spector), WHAT UNIVERSITIES OWE DEMOCRACY (2021)............................................ 10

Michael C. Dorf,  *How Bad is the Columbia Settlement Agreement?* (July 24, 2025), https://www.dorfonlaw.org/2025/07/how-bad-is-columbia-settlement-agreement.html …………………………………….14

Alan Feuer, *Trump Grants Sweeping Clemency to All Jan. 6 Rioters,* NEW YORK TIMES (Jan. 20, 2020), https://www.nytimes.com/2025/ 01/20/us/politics/trump-pardons-jan-6.html.................................... 10

Richard W. Garnett, *The Story of Henry Adams's Soul: Education and the Expression of Institutions*, 85 Minn. L. Rev. 1841 (2001) ............................ 23

Joseph Goldstein, *Medical Research at Columbia Is Imperiled After Trump Terminates   Funding,* NEW YORK TIMES (Mar. 18, 2025), https://www.nytimes.com/2025/03/18/ nyregion/columbia-research-grants-trump.html ............................................................... 9,10

Dan Gooding & Gabe Whisnant, *Linda McMahon Says Colleges Must Be 'In Sync' with  Trump Administration*, NEWSWEEK (May 28, 2025), www.newsweek.com/linda-mcmahon-says-colleges-must-sync-trump-administration-20780.................................................. 10

Maya Henry, *Trump Threatened Harvard and Columbia's Funding.
A Year Later, Only Harvard Is Still Fighting*, COLUMBIA SPECTATOR
(March 13, 2026), https://www.columbiaspectator.com/the-eye/
2026/03/13/trump-threatened-harvards-and-columbias-
funding-a-year-later-only-harvard-is-still-fighting/ ……………………… 18

Paul Horwitz, FIRST AMENDMENT INSTITUTIONS (2013) ................................. 23

Michael Ignatieff, *An Authoritarian Came for My University. His Objective
Was Clear*, WASHINGTON POST (June 2, 2025), https://
www.washingtonpost.com/ opinions/2025/06/ 02/trump-harvard-
attack-viktor-orban-ceu-hungary/ ..................................................................... 9

Jocelyn Kaizer, *After Columbia's "Nightmare," Dozens More Universities
Brace for NIH Cuts,* SCIENCE (Mar. 18, 2025), https://www.science.org
/content/article/after-columbia-s-nightmaredozens-more-universities-
brace-trump-nih-cuts ......................................................................................... 8

Max Kozlov, Jeff Tolleson and Dan Garisto, *US Science After a Year of
Trump*, NATURE (Jan. 20, 2026), https://www.nature.com/
immersive/d41586-026-00088-9/index.html ……………………………. 18

Alan Lightman, *The Dark Ages are Back*, THE ATLANTIC (Apr. 30, 2025),
https://www.theatlantic.com/science/archive/2025/04/trump-academic-
freedom/682648/.............................................................................. 21,22

Philip Marcelo, *Researchers in Limbo as Columbia Bows to Trump's
Demands in Bid to Restore $400M Federal Funding*,
ASSOCIATED PRESS (March 26, 2025) ............................................................. 6

Walter P. Metzger, ACADEMIC FREEDOM IN THE AGE OF THE
UNIVERSITY (1961) ....................................................................................... 22

Joseph Parilla and Glencora Haskins, *How Research Universities are
Evolving to Strengthen Regional Economies* (Brookings 2023)..................... 21

Nobel Prizes by Country, https://worldpopulationreview.com/country-
rankings/nobel-prizes-by-country ................................................................. 22

Sharon Otterman, *Trump Escalates Attack on Columbia by Threatening Its
Accreditation,* NEW YORK TIMES (June 4, 2025),
https://www.nytimes.com/2025/06/04/nyregion/columbia-trump-
accreditation-civil-rights.html ....................................................................... 7

Amy Reid et al., *Expanding the Web of Control: America's Censored Campuses* 2025 (Pen America Jan. 15, 2026), https://pen.org/report/americas-censored-campuses-25-web-of-control/ ........................ 25

*Resolution Agreement Between the United States of America and Columbia University* (July 23, 2025) ("Resolution Agreement," available at https://president.columbia.ed2u/sites/president.columbia.edu/files/content/ July%202025%20Announcement/Columbia%20University %20 Resolution%20Agreement.pdf .................................................11,14,16

REUTERS*, Columbia University Lays Off Nearly 180 Researchers Due to Trump Funding Cuts*, (May 6, 2025), https://www.reuters.com /world/us/columbia-university-lays-off-nearly-180-researchers-due-trump-funding-cuts-2025-05-06/............................................................. 8

Andy Rose, *Timeline of the Dispute Between Trump and Harvard*, CNN via KCRA (May 23, 2025), https://www.kcra.com/article/trump-harvard-antisemitism-campus- funding/64866157 ........................................................ 7

Laura Spitalniak, *Trump 2.0's Impact on Higher Ed: The First Year in 8 Numbers,* HIGHER ED DIVE, https://www.highereddive.com/news/trump-20s-impact-on-higher-ed-the-first-year-in-8-numbers/809909/ ......... 13

TIMES HIGHER EDUCATION, *World University Rankings* 2025, https://www.timeshighereducation.com/world-university-rankings/latest/world-ranking.............................................................................. 20

Laurie Udesky & Jack Leeming, *Exclusive: a Nature Analysis Signals the Beginnings of a US Science Brain Drain*, NATURE (Apr. 22, 2025), https://www.nature.com/articles/d41586-025-01216-7. .............................. 18

Ben Unglesbee, Laura Spitalniak and Natalie Schwartz, *Tracking the Trump Administration's Deals with Colleges*, HIGHER ED DIVE (Oct. 22, 2025; updated Dec. 2, 2025), https://www.highereddive.com/news/tracking-the-trump-administrations-deals-with-colleges/803434/..................................... 13

U.S. General Services Admin., *DOJ, HHS, ED, and GSA Announce Initial Cancellation of Grants and Contracts to Columbia University Worth $400 Million* (Mar. 7, 2025), https://perma.cc/72VB-JXLL..................................... 6

US News, *Best Global University Rankings*, https://www.usnews.com/education/best-global-universities/rankings ................................................. 20

JD Vance, *The Universities Are the Enemy*, https://nationalconservatism.org/natcon-2-2021/presenters/jd-vance/ ........... 7

George Washington, *Farewell Address* (Sept. 19, 1796),
  https://founders.archives.gov/ documents/ Washington/05-20-02-
  0440-0002 ................................................................................. 19,20

Tara Watson, Matthew Wich, Johnny Willing, *How the Trump
  Administrationis Eroding the Immigrant Talent Pipeline*,
  BROOKINGS RESEARCH (May 21, 2026), https://www.brookings.edu/
  articles/how-the-trump-administration-is-eroding-the-immigrant-
  talent-pipeline/ ........................................................................ 18

Eric Welch and Timothy P. Johnson, *We Asked U.S. Researchers How the
  Trump Administration's Science Policies Have Affected Them*,
  WASHINGTON POST RIPPLE (May 21, 2026),
  https://www.washingtonpost.com/ripple/2026/05/19/
  self-censorship-more-stress-tougher-recruiting-we-asked-us-
  researchers-how-the-trump-administrations-science-policies-have-
  affected-them.  ....................................................................... 18

Kimmy Yan, *Student Visa Cancellations Have Now Hit Over Half of All
  States. What's Behind It,* NBC NEWS (April 10, 2025).
  https://www.nbcnews.com/news/asian-america/international-students-
  revoked-visas-reasons-why-rcna200313 ...................................... 9

Joseph Zuloaga and Harriet Engelke, *'Soul-crushing': A Month After
  Federal Funding Cuts, Researchers Grapple with Lost Grants,* COLUMBIA
  DAILY SPECTATOR (Apr. 27, 2025), https://www.columbiaspectator.com
  /news/2025/04/27/soul-crushing-a-month-after-federal-funding-
  cuts-researchers-grapple-with-lost-grants ..................................... 8

Joseph Zuloaga & Celine Chien, *'Everyone Feels Insecure': One Year Since
  $400 Million Federal Funding Cuts, Columbia Researchers Report
  Lingering Uncertainty*, COLUMBIA SPECTATOR (Mar. 7, 2026),
  https://www.columbiaspectator.com/news/2026/03/07/everyone-
  feels-insecure-one-year-since-400-million-federal-funding-cuts-
  columbia-researchers-report-lingering-uncertainty/ ……………………..17

**STATEMENT OF INTEREST\***

Amicus Columbia Alumni for Academic Freedom (CAAF) was established in March 2025 in response to the Trump Administration's arbitrary and vindictive actions against our Alma Mater. Those actions—including sudden, massive terminations of research funding vital to the University's research mission, as well as attempts to commandeer central parts of the University's administrative and academic life—closely resemble the actions taken against Harvard at issue in this case. As CAAF's inaugural Statement explained, such "extortive" actions "represent a grave threat to … the academic freedom and free inquiry that are the bedrock of universities in free societies."[1] "Rewarding such extortion," the Statement warned, would "only embolden" the Administration to "further encroach on academic freedom."

Founded in 1754, King's College changed its name to Columbia in 1784 to reflect its support for the new republic. Before tackling the Federalist Papers, King's College dropout Alexander Hamilton and alumnus John Jay wrote Columbia's charter. George Washington, honoring alumni who had fought in the

---

[1] *Statement on Academic Freedom*, www.columbiaalumniforacademicfreedom.org/ statements/march132025-letter/. Members of CAAF who join this brief are listed in the Addendum. No party or party's counsel authored any part of or contributed money to fund preparing or submitting this brief, and no person—other than amici and their counsel—contributed money to fund preparing or submitting it.

1

Revolutionary War, attended the 1789 commencement. Columbia University alumni include Presidents Teddy Roosevelt, Franklin Delano Roosevelt and Barack Obama; artists Richard Rodgers and Allen Ginsberg; Justices Ruth Bader Ginsburg and Neil Gorsuch; Attorneys General William Barr and Eric Holder; politicians Shirley Chisholm and Pat Buchanan; and authors Isaac Asimov, Ursula K. Le Guin, and Jhumpa Lahiri. Columbia has helped educate thousands of teachers, engineers, scientists, social workers, business leaders, nurses, doctors, artists, and lawyers, and others who help society thrive and grow. And like other leading American research universities, Columbia has repaid federal investments many times over by, among other things, producing foundational research that supports vital advances in the sciences, medicine, technology, and other areas of human understanding. Columbia played a significant role in the Manhattan Project, and also houses the Nation's first dedicated Climate School.

CAAF's members are committed to helping Columbia survive current threats to its independence and institutional integrity. Members have a variety of views on recent (and past) campus protests and on the University's responses, and all agree that the right of every member of the University community to live, study, and work free from discrimination or intimidation is fundamental and enforceable. But CAAF's members are united in the conviction that nothing about recent campus events—ones that reflect real fissures in our world and Nation—remotely

2

justifies, nor is the true reason for, the sweeping, indiscriminate, and punitive actions recently visited upon Columbia and Harvard by the Trump Administration. These actions are in no way lawful responses to concerns about university administrators' handling of campus protests, nor to disagreements with some students', professors', or administrators' political viewpoints.

Amici believe this brief's description of the Trump Administration's unconstitutional and extortionate attack on Columbia and other leading research universities, and of the centrality of universities and academic freedom to the American experiment, will assist the Court's understanding of the constitutional issues presented in this case. Counsel for the parties have consented to its submission.

## INTRODUCTION AND SUMMARY OF ARGUMENT

The "government-initiated onslaught against Harvard," A.54-55, documented in this case follows the modus operandi of the Administration's campaign of extortion and abuse against many of the country's other leading research universities. In Columbia's case, the Trump Administration used threats of ruinous, unprecedented penalties—wildly disproportionate to the claimed discrimination and without observance of required process—and also sought to force the University to conform to "ideological and pedagogical concerns." A.53. And in Columbia's case, the Administration's campaign led to an extorted

3

"agreement" that formalized a degree of ongoing governmental interference in a private university that has no place in a free country. The "targeted, ideologically-motivated assault on this country's premier universities" that the district court described, A.79, has harmed institutions, students, faculty, staff, local economies, and research projects from coast to coast.

The district court in this case was correct to realize what the First Amendment and 250 years of American experience make obvious: The Trump Administration's campaign against universities is flagrantly unconstitutional.

I.A. The Trump Administration's campaign against Harvard follows the same pattern of extortion and lawlessness that afflicted Columbia. In both cases, the Administration suspended vital research funding and demanded sweeping changes to governance, admissions, and curriculum without any pretense of following Title VI's required procedures. These actions are not legitimate civil rights enforcement, but instead a campaign to subordinate independent universities to executive control, chilling speech and inflicting harm on researchers, students, and a public that depends on universities' work.

B. Columbia's experience further illustrates the perils facing Harvard and other universities that resist. Faced with existential threats to its funding, Columbia agreed to a coerced settlement that transferred to the federal government unprecedented authority over admissions, faculty governance, and academic

4

programs. Far from resolving the crisis, that "regulation by deal" has caused ongoing harm—corroding researchers' confidence, chilling inquiry into disfavored topics, and driving talent away from Columbia and American science generally. The settlement's terms, publicly touted by the Administration as a template for *diktats* for other institutions, confirm that such extortion cannot be reconciled with the Constitution.

II. The stakes of this case extend far beyond any single university. Research universities like Harvard and Columbia generate the scientific breakthroughs, economic growth, and human capital that have sustained American leadership since World War II. The Administration's campaign threatens these public benefits by destabilizing the research enterprise nationwide. The First Amendment forecloses the government's effort to coerce universities into ideological submission and destroy the defining features that have made American higher education a source of national strength and the envy of the world.

## ARGUMENT

**I.      The Trump Administration's Actions Against Harvard Are Part of a Lawless National Campaign Against Research Universities.**

A.      *The Administration's Campaign Against Harvard Resembles Its Similarly Unconstitutional Actions Against Columbia.*

The Administration's actions against Harvard closely resemble those it directed against Columbia: suspending or canceling major federal research grants,

including for medical and scientific research studies already well underway, and issuing a raft of demands that the University change core elements of governance, curricular management, and admissions. As at Harvard, these punitive actions were taken summarily, without compliance with statutory and regulatory procedures, and sanctions such as blocking scientific research grants were wildly unmoored from the asserted "wrongs" they purported to address. As the Associated Press reported at the time:

> When President Donald Trump canceled $400 million in funding to Columbia University over its handling of student protests against Israel's war in Gaza, much of the financial pain fell on researchers a train ride away from the school's campus, working on things like curing cancer and studying COVID-19's impact on children. The urgency of salvaging ongoing research projects at the university's labs and world-renowned medical center was one factor in Columbia's decision last week to bow to the Republican administration's unprecedented demands for changes in university policy as a condition of getting funding restored.[2]

The actions at issue here are part of an unprecedented nationwide attack upon research universities, institutions that top officials deem politically adverse—

---

[2] Philip Marcelo, *Researchers in Limbo as Columbia Bows to Trump's Demands in Bid to Restore $400M Federal Funding*, ASSOCIATED PRESS (March 26, 2025); U.S. General Services Admin., *DOJ, HHS, ED, and GSA Announce Initial Cancellation of Grants and Contracts to Columbia University Worth $400 Million* (Mar. 7, 2025) (announcing "immediate cancellation of approximately $400 million in federal grants and contracts to Columbia University"), https://perma.cc/72VB-JXLL.

6

even "the enemy."[3] At Columbia, that has taken the form of governmental demands and threats, efforts to commandeer management of university functions (including management of academic departments and admissions), peremptory blocking of federal grant funding that supports research at the heart of the University's mission, and threats to the University's accreditation.[4]

And as at Harvard, *see* A.61 (noting that the Administration's failure to comply with Title VI's requirements for terminating federal grants is "undisputed"), at Columbia the Administration flagrantly disregarded the Civil Rights Act's "elaborate restrictions" on agency enforcement, *Alexander v. Sandoval*, 532 U.S. 275, 290 (2001); *see* 42 U.S.C. § 2000d-1, which are designed to ensure fairness and accuracy and to enable institutions to pursue their educational missions on a nondiscriminatory basis. *See* 110 Cong. Rec. 6544

---

[3] JD Vance, *The Universities Are the Enemy* (Nov. 2, 2021), https://nationalconservatism.org/natcon-2-2021/presenters/jd-vance/. Leo Terrell, head of the multi-agency task force leading the Administration's campaign, has said: "We're going to bankrupt these universities." *Quoted in* Andy Rose, *Timeline of the Dispute between Trump and Harvard*, CNN VIA KCRA (May 23, 2025), https://www.kcra.com/article/trump-harvard-antisemitism-campus-funding/64866157; Alan Blinder, *Trump Has Targeted These Universities. Why?*, NEW YORK TIMES (May 27, 2025)*,* https://www.nytimes.com/article/trump-university-college.html.

[4] *See also* Sharon Otterman, *Trump Escalates Attack on Columbia by Threatening Its Accreditation,* NEW YORK TIMES (June 4, 2025), https://www.nytimes.com/2025/06/04/nyregion/columbia-trump-accreditation-civil-rights.html.

(1964) ("The purpose of Title VI is not to cut off funds but to end discrimination.") (Sen. Hubert Humphrey).

The amount of federal funding immediately suspended at Columbia was so large as to devastate important research and graduate student education programs, to require widespread terminations of research staff and to endanger or halt long-term research projects with large stakes for human welfare.[5] The peremptory suspensions and terminations of grants that Columbia researchers had been awarded through competitive processes, based upon their qualifications and the quality of their proposed contribution, caused enormous harm to Columbia, serious disruption to thousands of members of the University's community, and untold losses to the broader public good.[6] These sorts of actions, as well as graphic

---

[5] REUTERS, *Columbia University Lays Off Nearly 180 Researchers Due to Trump Funding Cuts*, (May 6, 2025), https://www.reuters.com/world/us/columbia-university-lays-off-nearly-180-researchers-due-trump-funding-cuts-2025-05-06/; Joseph Goldstein, *Medical Research at Columbia Is Imperiled After Trump Terminates Funding,* NEW YORK TIMES (Mar. 18, 2025), https://www.nytimes.com/2025/03/18/nyregion/columbia-research-grants-trump.html; Jocelyn Kaizer, *After Columbia's "Nightmare," Dozens More Universities Brace for NIH Cuts,* SCIENCE (Mar. 18, 2025), https://www.science.org/content/article/after-columbia-s-nightmaredozens-more-universities-brace-trump-nih-cuts; J. Zuloaga and H. Engelke, *'Soul-crushing': A month after federal funding cuts, researchers grapple with lost grants,* COLUMBIA DAILY SPECTATOR (Apr. 27, 2025), https://www.columbiaspectator.com/news/2025/04/27/soul-crushing-a-month-after-federal-funding-cuts-researchers-grapple-with-lost-grants/.

[6] The affected research studies and projects, numbering in the hundreds, included research on improving public health and medical care, and multi-decade health

examples of the federal government directing its power against the University community (including wholesale blocking of student visas and detentions of students based on political involvement), have, predictably, created a climate of fear at Columbia, as have similar efforts on other campuses. *See NAACP v. Button*, 371 U.S. 415, 433 (1963) (noting that First Amendment freedoms are "delicate and vulnerable," and "need breathing space to survive").[7]

The federal government's campaign against American universities threatens to degrade the vibrancy and openness that are among these institutions' defining characteristics. It has been called "the most serious assault on academic freedom in American history."[8] These actions also constitute crudely viewpoint-based abridgements of the right to free speech, in pursuit of a "government-imposed orthodoxy." *Jenner & Block LLP v. Dept. of Justice*, 784 F.Supp.3d 76, 88 (D.D.C.

---

studies conducted in coordination with other universities. *E.g.*, Joseph Goldstein, *Medical Research at Columbia is Imperiled*, *supra*, note 5.

[7] J. Oliver Conroy, *US Universities Face Choice to Surrender or Fight Back against Trump's 'Takeover'*, THE GUARDIAN (Mar. 20, 2025), https*://www.theguardian.com/us-news/ 2025/ mar/20/universities-trump-administration* ("'There is extraordinary fear across university campuses at the very top level'") (quoting AAUP general counsel Veena Dubal); Kimmy Yan, *Student Visa Cancellations Have Now Hit Over Half of All States. What's Behind It,* NBC NEWS (April 10, 2025), https://www.nbcnews.com/news/asian-america/international-students-revoked-visas-reasons-why-rcna200313.

[8] Michael Ignatieff, *An Authoritarian Came for My University. His Objective was Clear.* WASHINGTON POST (June 2, 2025), https://www.washingtonpost.com /opinions/2025/ 06/ 02/trump-harvard-attack-viktor-orban-ceu-hungary/; *see also id.* ("Nothing compares to it[.]").

2025).[9] Coming from a Chief Executive who has forgiven even violent protest when it espoused a congenial viewpoint,[10] the lesson is plain: Only congruence with the President's viewpoint determines whether activity is tolerated or subjected to harsh punishment.

As the legal profession has also witnessed, an administration willing to deploy the federal government's vast powers ruthlessly and without regard to constitutional restraints can bring even well-resourced institutions to heel. *See Perkins Coie, LLP. v. Dept. of Justice*, 783 F. Supp. 3d 105, 155-59 (D.D.C. 2025) (discussing reactions of Paul, Weiss and other major law firms). Just as a legal profession in thrall to the President cannot properly perform its role in promoting the rule of law, intimidated and censored research universities cannot discharge their role of advancing knowledge through open industry and discussion.

The campaigns against Harvard, Columbia, and other institutions are not bona fide civil rights investigations. If they were, the government would not be

---

[9] The Secretary of Education has said: "Universities should continue to be able to do research as long as they're abiding by the laws and in sync, I think, with the administration and what the administration is trying to accomplish," Dan Gooding & Gabe Whisnant, *Linda McMahon Says Colleges Must Be 'In Sync' with Trump Administration*, NEWSWEEK (May 28, 2025), www.newsweek.com/linda-mcmahon-says-colleges-must-sync-trump-administration-20780.

[10] Alan Feuer, *Trump Grants Sweeping Clemency to All Jan. 6 Rioters,* NEW YORK TIMES (Jan. 20, 2025), https://www.nytimes.com/2025/01/20/us/politics/trump-pardons-jan-6.html.

attempting to destroy their targets with massive funding cuts and to disqualify large portions of their student bodies; it would instead be following Title VI's modulated, procedurally rigorous, remedially-oriented provisions, so that the opportunities afforded by the target universities are preserved for all. Instead, this is a declared war for power and control, seeking to make universities (like big law firms before them) supplicants to an all-powerful Executive.

B.    *The "Resolution Agreement" Imposed on Columbia Illustrates the Extortionate Character of the Administration's Campaign.*

At Columbia—unlike at Harvard—university leadership decided in the face of extortionate demands and existential risks to enter into a settlement agreement. Columbia agreed to pay the federal government $200 million over three years "in settlement and compromise," to pay $21 million into a separate claims fund, and to meet a wide array of requirements concerning student admissions, student discipline, university governance, academic programs, governmental access to information, and more.[11] Although in some respects couched as reaffirmations of existing commitments or obligations, the agreement is an "astonishing transfer of

---

[11] *Resolution Agreement Between the United States of America and Columbia University* (July 23, 2025) ("Resolution Agreement"),  https://president. columbia.edu/sites/president.columbia.edu/files/content/July%202025%20Announ cement/Columbia%20University%20Resolution%20Agreement.pdf. *See also* https://www.nytimes.com/interactive /2025/07/24/nyregion/columbia-trump-deal.html.

11

autonomy and authority to the government—and not just to the government, but to an administration whose disdain for the values of the academy is demonstrated anew each day."[12] The agreement "narrows Columbia's autonomy with respect to admissions, the hiring and promotion of faculty, and curriculum—all aspects of what the Supreme Court has called the 'essential freedoms' of the university."[13]

This settlement is exercise of "regulation by deal": change effected not through law or due process, but through illegal threats of maximum, existential harm to Columbia's finances.[14] "[T]he agreement gives legal form to an extortion scheme … that defies the relevant statutes as well as the constitutional separation of powers and the First Amendment."[15] The agreement's significance as a

---

[12] Jameer Jaffer, Alex Abdo, Katy Glenn Bass, Nadine Farid Johnson & Larry Siems, *What the Columbia Settlement Really Means*, KNIGHT FIRST AMENDMENT INST. (Aug. 4, 2025), https://knightcolumbia.org/blog/what-the-columbia-settlement-really-means.

[13] *Id.* (citing *Sweezy v. State of N.H. by Wyman*, 354 U.S. 234, 263 (1957) (enumerating a university's freedom "to determine for itself on academic grounds who may teach, what may be taught, how it shall be taught, and who may be admitted to study.'") (Frankfurter, joined by Harlan, JJ, concurring in result); *see also id.* at 250 ("The essentiality of freedom in the community of American universities is almost self-evident. No one should underestimate the vital role in a democracy that is played by those who guide and train our youth.") (plurality opinion of Warran, C.J.).

[14] *See* David Pozen, *Regulation by Deal Comes to Higher Education,* BALKINIZATION (July 23, 2025), https://balkin.blogspot.com/2025/07/regulation-by-deal-comes-to-higher-ed.html.

[15] *Id.*

precedent for future strong-arming was not lost on the Trump Administration: The Secretary of Education called the Columbia deal a "template for other universities around the Country."[16]

Even as to provisions that arguably align with existing legal responsibilities, the settlement effects a sea change in university governance—and inevitably casts a pall over the operations of the University—by subjecting core areas of university administration to federal oversight. That oversight, moreover, has been conducted by officials who have an avowed campaign to crush universities as places of independent thought. *See* n. 9, *supra*. The Administration extracted these concessions by imposing unprecedented sanctions without any pretense of following the procedural requirements of the statute it purported to enforce, Title VI of the federal Civil Rights Act. That statute does not authorize fines, and the amount of Columbia's obligation appears to lack precedent even in cases of institutions actually and formally found to have violated the law.[17] The amount and

---

[16] Ben Unglesbee, Laura Spitalniak and Natalie Schwartz, *Tracking the Trump Administration's Deals with Colleges*, HIGHER ED DIVE (Oct. 22, 2025; updated Dec. 2, 2025), https://www.highereddive.com/news/tracking-the-trump-administrations-deals-with-colleges/803434/.

[17] *See* Sonel Cutler, *Where is Columbia's $200-Million Settlement Going, Exactly?* CHRONICLE OF HIGHER EDUCATION (Aug. 6, 2025) ("A general contribution to the federal government of $200 million for basically the right to continue to receive federal funds—I've never heard of anything like that.") (quoting higher-education lawyer Scott Schneider); *id.* (contrasting the $200 million sum under the Columbia settlement to $14 million fine that was the largest penalty ever levied under the

nature of the sum extracted from Columbia were previously unheard of. Entered into as a means to avoid greater, existential financial blows to the University's very survival, the agreement comes at a high cost to the University's operations, morale, and autonomy.

Depriving Columbia of hundreds of millions of dollars that otherwise would have gone toward the University's educational mission is by itself a heavy blow.[18] But the Resolution Agreement's incursions go much further. They require Columbia, for example, to "take steps to decrease financial dependence on international student enrollment," Resolution Agreement ¶ 22, and to inquire of foreign applicants' reasons for wanting to study, *id*. ¶ 21. The latter provision is especially problematic given the Trump Administration's practice of withholding

---

Clery Act, which requires reporting of campus crime information and contains an explicit civil fine provision, *see* 20 U.S.C. § 1092(f)—a $14 million fine based on "extensive" violations of law found by the government's "yearslong investigation"), https://www.chronicle.com/article/where-is-columbias-200-million-settlement-going-exactly?; *see also* Michael C. Dorf, *How Bad is the Columbia Settlement Agreement?* (July 24, 2025), https://www.dorfonlaw.org 2025/07/how-bad-is-columbia-settlement-agreement.html.

[18] And the required payments do not capture the financial toll: the Trump Administration's arbitrary campaign has cost Columbia (and other universities in the cross-hairs) tens of millions in legal fees. Alan Blinder, *Legal and Lobbying Costs Surge as Universities Face Trump Pressure,* NEW YORK TIMES (June 14, 2026) ("The Trump administration's biggest Ivy League targets had the largest legal bills. Harvard spent $126.6 million, a 58 percent increase. Columbia paid $93.6 million, a rise of roughly 46 percent."), https://www.nytimes.com/2026/ 06/14/us/legal-lobbying-cost-university-college-trump.html.

14

and revoking thousands of student visas, typically with a minimum of process. That practice has already caused enormous disruption on campuses like Columbia and grave uncertainty for current and prospective foreign students who play a key role in the intellectual life of almost every vibrant and successful American research university.[19]

As amici can attest, Columbia's openness to and high enrollment of international students has been an essential, and incalculably valuable, part of the Columbia educational experience. In classrooms, dormitories, laboratories, and extracurricular activities, Columbia students' ability to learn with students from around the globe makes an immeasurable contribution to Columbia students' education. And non-U.S. students' presence—by cultivating future global leaders' connections to and affection for this country—advances the common good and the national interest. The various provisions of the agreement that target foreign enrollment are a serious blow to one of Columbia's distinctive institutional strengths.[20]

---

[19] *See* Jaffer et al., *What the Columbia Settlement Really Means*, *supra* n. 12.

[20] See Laura Spitalniak, *Trump 2.0's Impact on Higher Ed: The First Year in 8 Numbers,* HIGHER ED DIVE, https://www.highereddive.com/news/trump-20s-impact-on-higher-ed-the-first-year-in-8-numbers/809909/; *see id*. (noting that "the federal government announced in April [2026] that it would temporarily reverse the cancellations pending the adoption of a formal policy").

The settlement also polices Columbia's review of student applications for admission, prohibiting "personal statements, diversity narratives, or any applicant reference to racial identity as a means to introduce or justify discrimination." Resolution Agreement ¶ 16. That requirement is difficult to reconcile with (and seems designed to undermine) the Supreme Court's express recognition that universities *may* legitimately "consider[] an applicant's discussion of how race affected his or her life, be it through discrimination, inspiration, or otherwise," in written submissions such as admissions essays. *See Students for Fair Admissions, Inc. v. President and Fellows of Harvard University*, 600 U.S. 181, 230 (2023).

The agreement also imposes a content-based regime for superintendence of academics, including by requiring the University's Senior Vice Provost to review "portfolio of programs in regional areas across the university, starting with the Middle East," Resolution Agreement ¶ 12—a profound intrusion into Columbia's academic autonomy."[21]

While the coerced settlement allowed Columbia to avoid immediate ruinous cuts to vital research activities, it has diminished the University and caused it serious ongoing harm. The Resolution Agreement's sweeping terms and the Administration's demonstrated willingness to pursue unconstitutional ends through

---

[21] *See* Jaffer et al., *What the Columbia Settlement Really Means*, *supra* n.12.

unconstitutional means have yielded corrosive uncertainty about the stability of research opportunities. And they have chilled inquiry and expression, both inside and outside the classroom, by students and faculty alike, about subject matter (including climate change, social inequalities, and international relations) that the Administration's campaign has targeted.

The attack on university research at Columbia and elsewhere has done profound and long-lasting harm—impeding the hiring and retention of researchers, encouraging top scientific talent to look for opportunities outside the United States, and "causing people to leave academia" altogether.[22] Reflecting on the events of the last year, a Columbia professor of developmental neuropsychiatry described his "fear … that we will lose a generation of scientists."[23]

The harm to Columbia is illustrative of national trends that are broadly straining American science: A research survey of researchers at 131 American universities found that the Trump Administration's actions have "affected the

---

[22] Joseph Zuloaga & Celine Chien, *'Everyone Feels Insecure': One Year Since $400 Million Federal Funding Cuts, Columbia Researchers Report Lingering Uncertainty*, COLUMBIA SPECTATOR (Mar. 7, 2026), https://www.columbiaspectator.com/news/2026/03/07/everyone-feels-insecure-one-year-since-400-million-federal-funding-cuts-columbia-researchers-report-lingering-uncertainty/; *see also id.* ("Earlier this year, eight Columbia researchers were reported to have left the University to work in France as part of that country's efforts to draw in U.S. researchers.")

[23] *See* Zuloaga and Chien, *supra* n. 22 (quoting Professor Jeremy Veenstra-VanderWeele).

17

scientific workforce pipeline, hampering their ability to recruit internationally and domestically," and creating an environment in which many senior researchers find it necessary to "caution[] students or collaborators to be careful what they say publicly" and "abandon[] plans on one or more research topics."[24]

The Administration's policies to restrict and expel foreign students have compounded the stresses on American academic research.[25] "The competitive edge that the United States has sustained by being the most attractive destination for global talent can no longer be taken for granted."[26]

---

[24] Eric Welch and Timothy P. Johnson, *We Asked U.S. Researchers How the Trump Administration's Science Policies Have Affected Them*, WASHINGTON POST, RIPPLE (May 21, 2026), https://www.washingtonpost.com/ripple/2026/05/19/self-censorship-more-stress-tougher-recruiting-we-asked-us-researchers-how-the-trump-administrations-science-policies-have-affected-them. "[N]early two-thirds of the scientists in our sample appear to be considering one or more other career options." *Id*.; *see also* Laurie Udesky & Jack Leeming, *Exclusive: a Nature Analysis Signals the Beginnings of a US Science Brain Drain*, NATURE (Apr. 22, 2025), https://www.nature.com/articles/d41586-025-01216-7.

[25] *See* Max Kozlov, Jeff Tolleson and Dan Garisto, *US Science After a Year of Trump*, NATURE (Jan. 20, 2026) (citing 17 percent decline in new international-student enrollments between 2024 and 2025), https://www.nature.com/immersive/d41586-026-00088-9/index.html; *see also* Maya Henry, *Trump Threatened Harvard and Columbia's Funding. A Year Later, Only Harvard Is Still Fighting*, COLUMBIA SPECTATOR (March 13, 2026), https://www.columbiaspectator.com/the-eye/2026/03/13/trump-threatened-harvards-and-columbias-funding-a-year-later-only-harvard-is-still-fighting/.

[26] Tara Watson, Matthew Wich, Johnny Willing, *How the Trump Administration Is Eroding the Immigrant Talent Pipeline*, BROOKINGS RESEARCH (May 21, 2026), https://www.brookings.edu/articles/how-the-trump-administration-is-eroding-the-immigrant-talent-pipeline/.

18

**II.    The Administration's Actions Imperil the Vital Public Benefits that Research Universities Provide.**

Under our Constitution, neither universities nor other private actors must justify their civic value to the sovereign in order to enjoy legal protection. This is a free country—universities can teach and say what they want, and the government may not use its regulatory powers or its purse strings to censor, punish and terrorize perceived political opponents. But it is nonetheless true that universities like Harvard and Columbia, and the dozens of others now under attack, contribute enormously to the Nation and the public welfare. They spur national and regional economic growth, generate war-winning and disease-curing technologies, and nurture many forms of human creativity. The Administration's vindictive campaign puts all that at risk.

Since this country's earliest days, universities have been vital to the American experiment. The Massachusetts Constitution of 1780, authored primarily by John Adams, provided that in order to diffuse "[w]isdom and knowledge … among the body of the people," as "necessary for the preservation of their rights and liberties," "it shall be the duty of legislatures and magistrates, in all future periods of this commonwealth, to cherish the interests of literature and the sciences, and all seminaries of them; especially the university at Cambridge."

19

Mass. Const., Art. V, s. 2 (1780). George Washington urged Congress to "[p]romote..., as an object of primary importance, institutions for the general diffusion of knowledge." *Farewell Address* (Sept. 19, 1796), https://founders.archives.gov/documents/Washington/05-20-02-0440-0002.

Today, universities are among the Nation's greatest assets. The United States dominates rankings of the world's greatest universities,[27] and American universities have drawn talent from all over the world. The United States' count of Nobel Prizes—most of them won by faculty at American universities—exceeds that of the next five countries combined.[28]

No mere gratuity, the federal government's support for university research has since World War II reflected a strategic judgment—proven correct by experience—that well-supported university research programs would deliver massive benefits for the United States. *See* Vannevar Bush, SCIENCE, THE ENDLESS FRONTIER: A REPORT TO THE PRESIDENT (1945). Columbia, Harvard, and other research universities have competed for and earned federal support by assembling

---

[27] *E.g.*, TIMES HIGHER EDUCATION, *World University Rankings* 2025 (16 of top 25 universities located in the U.S.), https://www.timeshighereducation.com/world-university-rankings/latest/world-ranking; US News, *Best Global University Rankings* (17 of top 25), https://www.usnews.com/education/best-global-universities/rankings.

[28] *See Nobel Prizes 2026*, WORLD POPULATION REVIEW, https://worldpopulationreview.com/country-rankings/nobel-prizes-by-country.

expertise and infrastructure capable of advancing cutting-edge research. Universities provide foundational research that is not provided at scale by any other institutions, including private enterprise. And indeed, the federal government's investment has paid off massively for the country. Since World War II, government-sponsored research has made the United States the world's leader in myriad areas of physical sciences, medicine, technological innovation, and many other domains. Today, "American universities play a pivotal role in fueling innovation, which in turn drives economic growth and raises living standards in the United States."[29] "America's network of research universities is one of its greatest sources of talent, entrepreneurship, and research and development—three inputs that in combination can fuel prosperity in the regions that surround those universities."[30]

A central reason for American universities' dynamism is the Nation's tradition of academic freedom. Distinguished American physicist Alan Lightman recently described this "freedom to express and debate ideas without fear of censorship or reprisal" as "the greatest engine of invention, innovation, and economic prosperity in our nation." He explained:

---

[29] J.H. Cullum Clark et al., *The Innovation Impact of U.S. Universities* (G.W. Bush Inst. 2020).

[30] Joseph Parilla and Glencora Haskins, *How Research Universities are Evolving to Strengthen Regional Economies* (Brookings 2023).

To name just a few examples: The internet, in the form of the ARPANET, was developed by researchers at UCLA, Stanford, and MIT under the Defense Advanced Research Projects Agency in the late 1960s and '70s. Key concepts and materials for lithium-ion batteries were developed at the University of Texas and the University of Oxford. The first artificial heart was developed by Robert Jarvik and colleagues at the University of Utah. Google originated as a research project by Larry Page and Sergey Brin at Stanford. Natural-language processing, neural networks, and deep learning—all fundamental parts of AI—came out of research at MIT, Stanford, Carnegie Mellon, and the University of Toronto. Pivotal work in CRISPR gene editing was done by Jennifer Doudna at UC Berkeley.[31]

And from the social sciences to the creative arts, "intellectual and creative freedom in America has enabled great productivity far beyond the precincts of science and technology."[32] "Academic freedom is what has made America great."[33]

Universities promote individual freedom and community. They are dedicated fora for people to trade ideas and form new connections—and can

---

[31] Alan Lightman, *The Dark Ages are Back*, THE ATLANTIC (Apr. 30, 2025), https://www.theatlantic.com/science/archive/2025/04/trump-academic-freedom/682648/. *See Keyishian v. Board of Regents of University of New York*, 385 U.S. 589, 603 (1967) (referring to academic freedom as "of transcendent value to all of us"); *Sweezy v. State of N.H. by Wyman*, 354 U.S. 234, 261–62 (1957) (Frankfurter, concurring); *StandWithUs Center for Legal Justice v. Massachusetts Institute of Technology*, 158 F.4th 1, 12-13 (1st Cir. 2025), *pet'n for cert pending*, No. 25-1404; *see also* Walter P. Metzger, ACADEMIC FREEDOM IN THE AGE OF THE UNIVERSITY (1961).

[32] Lightman, *The Dark Ages*, *supra* n. 31; *see also* V. Bush, THE ENDLESS FRONTIER 54 ("The universities are the chief contributors to pure science, for research thrives best in an atmosphere of academic freedom.").

[33] Lightman, *The Dark Ages*, *supra* n. 31.

protect against threats from an encroaching state.[34] Universities are "a central part of the infrastructure of free expression," Paul Horwitz, FIRST AMENDMENT INSTITUTIONS 3 (2013), forming "the scaffolding around which civil society is constructed, in which personal freedoms are exercised, in which loyalties are formed and transformed, and in which individuals flourish."[35]

As sources of knowledge-based critiques of the powerful, universities provide a counterweight against overbearing governments. The association between universities and political liberty is suggested by the proclivity of politicians who seek to suppress freedom and democracy to turn against universities:

> Attacking universities is a time-worn page in the authoritarian's playbook, from Benito Mussolini's extraction of loyalty oaths from university faculty and expulsion of Jews from campuses in the 1920s and '30s, to Adolf Hitler's shuttering of Czechoslovakian universities and his execution of nine students, to the Communist government of Poland's crackdown on academic freedom in the 1970s that gave rise to a nomadic, underground "flying university" whose faculty and students held clandestine classes in private homes to escape arrest by the secret police.[36]

---

[34] *See Peter Berger and Richard John Neuhaus Respond*, in TO EMPOWER PEOPLE: FROM STATE TO CIVIL SOCIETY 145, 148 (M. Novak ed., 1996) (discussing "mediating institutions" that "stand between the private world of individuals and the large, impersonal structures of modern society").

[35] Richard W. Garnett, *The Story of Henry Adams's Soul: Education and the Expression of Institutions*, 85 MINN. L. REV. 1841, 1854 (2001).

[36] Ronald J. Daniels, WHAT UNIVERSITIES OWE DEMOCRACY 4-5 (2021).

A "similar pattern is playing out today," in countries around the world where authoritarian leaders have sought to destroy the challenge that intellectual freedom and first amendment institutions present.[37] Indeed,

> Everything that universities embody is inimical to the autocrat's interest in the untrammeled exercise of arbitrary public power. They are institutions committed to freedom of inquiry, to the contestation of ideas through conversation and debate, to the formation of communities that gather and celebrate a diverse array of experiences and thought, and to individual flourishing achieved through diligent study. They rest upon a foundation of reliable knowledge and facts, which are antidotes to the uncertainty and dissimulation peddled by authoritarian regimes. They are, to quote William Rainey Harper, the first president of the University of Chicago, an "institution born of the democratic spirit."[38]

The Administration's actions against Harvard are part of a nationwide pattern, an "assault on higher education" that is "without precedent in modern American history."[39] They are anathema to American constitutional law and tradition, and pose grave dangers to institutions and practices central to this

---

[37] *See id.* at 5 (discussing Hungary, Turkey, Russia and Brazil); *see also* Ruth Ben-Ghiat, STRONGMEN: MUSSOLINI TO THE PRESENT 75-76, 88, 182-83 (2021) (discussing attacks on universities in Pinochet's Chile, Erdogan's Turkey, and Gaddafi's Libya).

[38] Daniels, WHAT UNIVERSITIES OWE DEMOCRACY at 8-9; *see also* Ronald Daniels, *Why Authoritarian Regimes Attack Independent Universities*, WASHINGTON POST (Sept. 28, 2021) (discussing the Taliban's attack on and takeover of the American University of Afghanistan (AUAF)), https://www.washingtonpost.com/opinions/ 2021/09/28/why-authoritarian-regimes-attack-independent-universities/.

[39] Amy Reid et al., *Expanding the Web of Control: America's Censored Campuses* 2025 (Pen America Jan. 15, 2026), https://pen.org/report/americas-censored-campuses-25-web-of-control/.

24

Nation's flourishing. Allowing such actions to stand would cause enormous further harm to institutions and principles across the country that are integral to American freedom, prosperity, and democracy. The Trump Administration's disregard of constitutional fundamentals requires the strongest rebuke; the preconditions for a free and prosperous society are at stake here.

## CONCLUSION

The district court's judgment should be affirmed.

Respectfully submitted,

/s/ Jocelyn Jones
JOCELYN B. JONES
SEGAL ROITMAN, LLP
33 Harrison Ave., 7th Fl.
Boston, MA 02111
jjones@segalroitman.com
(617) 899-1382

/s/ Sean H. Donahue
SEAN H. DONAHUE
DAVID T. GOLDBERG
DONAHUE, GOLDBERG, HERZOG & DAVIDSON
1008 Pennsylvania Ave., SE
Washington, D.C. 20003
sean@donahuegoldberg.com
(202) 277-7085

August 3, 2026 (corrected)

25

**ADDENDUM**

**Columbia Alumni for Academic Freedom Member Signatories:**

Aaronson, Stuart  MS (SW 1989)
Ablovatski, Eliza Johnson MA (GSAS 1996), MPhil (GSAS 1998), PhD (GSAS 2005)
Abramowitz, Sophie  BA (BC 2011)
Abramsky, Sasha  MS (JRN 1994)
Acha, Patricia D JD (LAW 1993)
Acworth, Edward  BS (SEAS 1990), MS (SEAS 1992)
Adams, Elizabeth  BA (BC 2002)
Addams, David  MS (JRN 1980), JD (LAW 1982)
Agee, Philip  BA (CC 1986)
Aita, Judith A. MS (JRN 1979)
Aitken, Michael  PhD (GSAS 2025)
Akcan, Esra  PhD (GSAPP 2005)
Aker, Leyla  BA (CC 1995)
Alberts, Nuna C BA (GS 1984), MS (JRN 1986)
Ali, Insaf M. MA (GSAS 2012)
Allen, Lloyd Hugh BA (CC 1998)
Altman, Andrew  BA (CC 1972), PhD (GSAS 1977)
Alvarez-Ugarte, Ramiro  LLM (LAW 2009), PhD (LAW 2022)
Aman, Catherine Endicott MS (JRN 1998)
Amari, Jay  MFA (SOA 1995), BS (GS 1992)
Amgott, Margo  BA (BC 1979)
Amirian, Carol Christine BA (CC 1986)
Anastasi, Joel Dennis MS (JRN 1963)
Anders, Emily  BA (GS 2016)
Andersen, Caroline  BA (CC 1990)
Anderson, Eric  BA (CC 1985), MA (GSAS 1988)
Anemone, Anthony  BA (CC 1976)
Applegate, Lakeisha Marie MPH (PH 2006)
Arnett, Jennifer  JD (LAW 2001), MIA (SIPA 2001)
Arnold, Phyllis Lynn JD (LAW 1981)
Asatthawasi, Yanut Nepal BA (CC 2002)
Asher, Gideon  MBA (BUS 1988)
Astone, Jennifer Marie BA (BC 1984)
Atkinson, Torie  BA (BC 2006)
Azhar, Aly  MPA (SIPA 2021)
Babel, Lisa Alexandra BA (BC 1990)
Baggett, Gregory Christopher BA (GS 2001), MA (GSAS 2007), MPhil (GSAS 2010)
Bagnetto, Laura-Angela  MS (JRN 2001)
Baisley, Amelia Sophia BA (CC 1995)
Baker, Daniel Philip BA (CC 1976)
Baker, Edward H. BA (CC 1977)
Ballenger, Cindy  BA (BC 1970)
Banerji, Ritwik  BA (CC 2007)
Barber, Daphne  BA (GS 1988)

Barilec, Arlene  MIA (SIPA 1984)
Barker, Christine Visel BA (BC 1980)
Barker, Hannah  MA (GSAS 2009), PhD (GSAS 2014)
Barker, Robert Edward MS (JRN 1984)
Barrett, Dennis Timlin JD (LAW 1967)
Barrett, Thomas Shane BA (CC 1970)
Barrick, Matthew  BA (CC 2001)
Bartelt, Chuck Janay MS (JRN 1979)
Baum, Josie  MS (GSAPP 2012)
Baurmann, Gisela  MS (GSAPP 1994)
Bellow, Juliet  BA (CC 1995)
Beloff, Zoe  MFA (SOA 1983)
Benjamin, Martin  BA (CC 1990)
Benjamin, Peter  JD (LAW 1975)
Benson, Brian Eric MD (VPS 2003)
Berg, Joel  BA (CC 1986)
Berger, Jeffrey  MIA (SIPA 2011)
Bergman, Anne  MPA (SIPA 2014)
Berkin, Carol Ruth BA (BC 1964), PhD (GSAS 1972)
Berkowitz, Michael  MPhil (GSAS 1993)
Besserman, Perle S. PhD (GSAS 1967)
Best, Arthur Michael BA (CC 1966)
Betensky, Carolyn  BA (BC 1984), MA (GSAS 1989), PhD (GSAS 1997)
Bhargava, Anurima  JD (LAW 2002)
Bhatnagar, Shikha  MIA (SIPA 2001)
Biberman, Nancy E. BA (BC 1969)
Bieberdorf, Amy Charlotte BA (CC 1991)
Billon, Natalie Ann MBA (BUS 1994)
Bing, Jennifer  BA (BC 1990)
Bischof, John Edward George JD (LAW 1961)
Blacher, Mark  BA (CC 1991)
Black, Jessica  BA (CC 1999)
Black, Jessica G MPH (PH 2013), MSSW (SW 2013)
Bleecker-Adams, David Joseph BA (CC 1981)
Bliss, Sarah  BA (BC 1988)
Bloch, Frank  JD (LAW 1969)
Bloch, Joshua  BS (SEAS 1982)
Bloom, Janice Lynne MA (TC 1994)
Bloom, Joel David BA (CC 1986), MPA (SIPA 1987)
Bloomfield, David C. JD (LAW 1984)
Blum, Danielle  BS (NRS 1997)
Blumberg, Roger B. BA (CC 1983)
Bohrenkämper, Dr. Jan  LLM (LAW 2011)
Boikess, Olga  BA (BC 1960)
Bolger Lazzari, Sarah  BA (BC 2004)
Bomer, Robert Randall MA (TC 1986), PhD (GSAS 1996)

Bonn, Robert Lewis BA (CC 1959)
Borden, Sarah  MPH (PH 2008)
Botshon, Lisa  PhD (GSAS 1997)
Bould, Claire  DPT (VPS 2022)
Bouris, Alida  MSSW (SW 2004), PhD (SW 2009)
Bowles, Megan  BA (CC 1988)
Bowman, Cynthia Grant PhD (GSAS 1972)
Bowman, Margaret Warigia BA (CC 1990)
Boyd, Heidi Krantz MSSW (SW 1999)
Brainerd, Georgina  BA (CC 2025)
Brandauer, Aline  MA (GSAS 1987)
Bridenthal, Renate  PhD (GSAS 1970)
Britt, Kelly  PhD (GSAS 2009)
Brock, Jeffrey Miller MArch (GSAPP 1991)
Brody, Elizabeth  JD (LAW 2017)
Broido, Ellen Melissa BA (CC 1987)
Broido, Peter W BA (CC 1963)
Bromley, Robin R MPhil (GSAS 1988)
Brose, Margarita S BA (BC 1984)
Brown, Kyle  MSSW (SW 2019)
Brown, Mary Elizabeth MA (GSAS 1980), MPhil (GSAS 1982), PhD (GSAS 1987)
Bua, Paul Francis BA (CC 1993)
Buchman, Jeremy  BA (CC 1991)
Buchsbaum, Herbert R. MS (JRN 1983)
Buckner, Brian  MS (GSAPP 2011)
Buettner, Elizabeth  BA (BC 1989)
Burk, Rachel Lindsey BA (CC 1996), MA (GSAS 2001)
Burns, Michael  BA (CC 1990)
(Carter) Busseuil, Nadia  BA (CC 2000)
Buylaert, Frederik  MA (GSAS 2004)
Buzzard, Paul  PhD (GSAS 2004)
Byfield, Judith A. PhD (GSAS 1993)
Cadden, Joan  MA (GSAS 1967)
Cahill, Caedmon Magboo BA (BC 2000)
Callaghan, Blair  DPT (VPS 2016)
Camp, Bryan  LLM (LAW 1993)
Candano, Gerardo  MBA (BUS 1994)
Canedo, Eduardo  BA (CC 1999), MA (GSAS 2002), PhD (GSAS 2008)
Canossa, Lee  BA (BC 1971)
Cantwell, Rebecca Dirkje MS (JRN 1979)
Caral, Maria Elena BA (CC 1993), MS (JRN 1999)
Cardona, Sophie  BA (BC 1994)
Carmona, Jennifer  BA (CC 1991), MPH (PH 1995)
Cassuto, Leonard  BA (CC 1981)
Castagna, Elizabeth Wolf BA (BC 1981)
Chang, Elizabeth  BS (NRS 2010), MS (NRS 2013), MPH (PH 2014)

Chavkin, Wendy  MPH (PH 1982)
Chen, Mimi  MS (JRN 1980)
Chenoweth, Eric Donald BA (CC 1985)
Chernigoff, Glenn Irwin BA (CC 1986)
Cherow-O'Leary, Renee Sandra BA (BC 1964)
Cherry, Marianna  BA (CC 1988)
Chesler, Ellen J MPhil (GSAS 1972), MPH (GSAS 1990)
Cheung, Mildred  BA (BC 1972)
Chiang, Susan Ling BA (BC 1993)
Chiesi, Andrea  MBA (BUS 2006)
Chin, Daryl  BA (CC 1974)
Chipman, Andrea  BA (CC 1989)
Christie, Donna Marie BA (CC 1986)
Chritton, Phillip  JD (LAW 1991)
Chu, Vivian  BA (BC 1992), MIA (SIPA 1997)
Ciannella, Kathleen Annette BA (BC 1973)
Ciucci, Alessandra M MA (GS 1995)
Clapp, Peter W BA (CC 1969)
Clarick, Robert Harrison BA (CC 1983)
Clough, Peter N BA (CC 1965)
Cobliner, Bennet Victor MIA (SIPA 1998)
Coda-Nunziante, Carlo  MBA (BUS 1999)
Cody, Melinda Anne BA (BC 1986)
Cohen, Jessica  BA (BC 2013)
Cohen, Mardge H BA (BC 1972)
Cohen, Martin Gilbert BA (CC 1957)
Cohen, Roberta J BA (BC 1960)
Cohen, Steven Martin BA (CC 1970), PhD (GSAS 1974)
Cohen-Laurie, Jeffrey S. BA (CC 1998)
Colard, Sandrine  PhD (GSAS 2016)
Cole, Frederick (Rick)  MS (JRN 1979)
Coleman, Jerry  JD (LAW 1993)
Collins, Joseph J MIA (SIPA 1980), DrPH (GSAS 1984)
Collins, Kelly  BA (CC 1995)
Collins, Sheila Suzanne MA (GSAS 1967)
Commons, Anne  PhD (GSAS 2003)
Condon, Louisa Polos EdM (TC 2017)
Conte, Maureen H PhD (GSAS 1989)
Cook, David  BA (CC 1981)
Cooper, Georgia M. BA (BC 1989)
Cooper, Richard Allen BA (CC 1976)
Cooper-Kahn (Cooper), Joyce Anne BA (BC 1976)
Copeland, Rebecca  PhD (GSAS 1986)
Copen, Karina  MIA (SIPA 2004), MPH (PH 2005)
Coppi, Monica  MBA (BUS 1999)
Coren, Daniel  BA (CC 1964)

Corrales, Lia  PhD (GSAS 2014)
Costa, Kevin Russell BA (CC 1983), MS (GSAPP 2023)
Coyne, Robert  BS (SEAS 1980), PhD (SEAS 2017)
Craddock, Shannon Ashley BA (CC 1990)
Craig, Keely  DNP (NRS 2021)
Crawford, Thomas  PhD (GSAS 1997)
Creighton, III, John Watson JD (LAW 1993)
Cretu, Catherine Bilzor BA (BC 2005)
Cross, Sally Jeannette BA (BC 1981)
Cruz, Melanie  BA (BC 1999)
Dalton, Greg  MIA (SIPA 1994)
Damkwah, Kofi A MS (SPS 2024)
Daniel, Elizabeth B JD (LAW 1991)
Danyal, Syed Ali  MS (BUS 2014)
Danziger, Phoebe  BA (CC 2005)
Das, Jason  BA (CC 1999)
Davies, Rebecca  BA (CC 2010)
Davis, Elizabeth Emory  BA (BC 2007)
Davis, Hank  BA (CC 1963)
Davis, Juhayna  BA (BC 1990)
Davisson, John  BA (CC 2008)
Dawkins, Wayne J MS (JRN 1980)
De Chant, Katherine  BA (CC 2016)
De Nevers, Renee  PhD (GSAS 1992), MPhil (GSAS )
Degear, Gregg Anthony MPA (SIPA 1997), MSSW (SW 1997)
Delany, Sheila  PhD (GSAS 1967)
DelVescio, Jenna  DPT (VPS 2022)
Dennis, Roger  BA (CC 1966)
Dettmann, Miranda Lee MPH (PH 2013)
Dinovelli-Lang, Danielle  PhD (GSAS 2010)
Dinsmore, Christine  MA (JRN 1997)
Dixon, Anne Bolling BA (BC 1984)
Dixon, Katherine  MIA (SIPA 1999)
Dixon, Terence Alexander JD (LAW 1993)
Dodd, Stephen Howard PhD (GS 1993)
Doherty, Thomas Joseph BA (CC 1987)
Dolan, Marlene Christie MA (TC 1984)
Doll, Amanda Willoughby MA (TC 2002), EdM (TC 2008)
Dominique, Elvita  BA (BC 2003)
Donahue, Sean Hoe BA (CC 1989)
Donald, James Wylie JD (LAW 1993)
Dreyfuss, Barbara  BA (BC 1970)
Dreyfuss, Bob  BA (CC 1970)
Driscoll, Elliott John MS (SW 1999)
Dubin, Lisa Joan MArch (GSAPP 1984)
Dubin, Louise  BA (CC 1992)

Dubnau, Eugenie Josephine BA (BC 1968)
Dubnau, Jenny  BA (BC 1985)
Ducnuigeen, Eliza  BA (BC 2021)
Duncan, Nancy Jane Guri MA (JRN 1968)
Dutton, Geoffrey Hugh BA (CC 1966)
Dwyer, Dianne  BA (BC 1968)
Dynan, Linda  PhD (GSAS 1996), MPhil (GSAS 1994), MA (GSAS 1994)
Dzik, Eileen Rebecca MS (JRN 1987)
Edelman, Toby Sambol BA (BC 1968)
Edgar, Adrienne Lynn MIA (SIPA 1987)
Eggert, Trip  BA (BC 2016)
Ehrhardt, George  MPA (SIPA 2012)
Ehrlich, Robert  BA (CC 1962)
Eisenberg, Allan M PhD (GSAS 1974)
Eisenberg, Carolyn  PhD (GSAS 1971)
Eittreim, Steve Lawrence PhD (GSAS 1970)
Eldredge, Niles  BA (CC 1965), PhD (GSAS 1969)
Eliel, Ruth Louise MIA (SIPA 1976)
Elkins, Steven James JD (LAW 1993)
Ellis, Peter Kenneth Bo BA (CC 1986)
Elyachar, Julia  BA (BC 1980)
Emery, Charles Fiske BA (CC 1980)
Emery, Victoria  MSSW (SW 2024)
Emigh, Rebecca Jean  BA (BC 1984), MA (GSAS 1985)
Emmerich, Alison  BA (GS 1974)
Emmerich, Frederic Anthony BA (CC 1972)
Eng, David L BA (CC 1990)
Engel, Dana Ruth BA (BC 1965), MA (TC 1967), MBA (BUS 1980)
Engels, Karen Regina BA (CC 1996)
Englund, William Alfred MS (JRN 1976)
Enrico, Maria Letizia BA (BC 1972)
Erickson, Amanda  BA (CC 2008)
Erickson, Kenneth Paul PhD (GSAS 1970)
Erlich, Mark  BA (CC 1970)
Erwin, Kevin  MPhil (GSAS 2006)
Estepa, Andrea L MS (JRN 1987)
Fahy, Sandra  BA (CC 1993), MA (TC 2004)
Faraone, Ted  BA (CC 1973)
Farber, Martin  BA (CC 1971)
Farrell, Herman Daniel MFA (SOA 1994)
Farrington, Darren  MFA (SOA 1993)
Feigenberg, Alan  MArch (GSAPP 1969)
Feld, Kate  MS (JRN 2003)
Feldman, Diane Sue BA (BC 1964)
Fenley, Sally  BA (BC 1976)
Fenster, Craig  BA (CC 1986)

Fermaglich, Kirsten  BA (CC 1992)
Ferry, Elizabeth  BA (CC 1990)
Fettig, Amy  MA (SIPA 1996)
Fierman, Eugene J.  BA (CC 1966)
Finan, Christopher Michael MA (GSAS 1979), PhD (GSAS 1992)
Fine, Annr Gabrielson BA (BC 1981)
Finley, Chad  BA (CC 1994), PhD (GSAS 2006)
Finocchi, Michelle  BA (CC 2002)
Fish, Howard M MS (JRN 1983)
Fisher, Elizabeth  BA (CC 2012)
Fitzgerald, Paul Vincent BA (CC 1972)
Fitzner, Leanne  BA (BC 2015), MS (SPS 2024)
Fleischer, Brian Marc BA (CC 1993), JD (LAW 1997)
Fleming, John Thomas BA (CC 1980)
Foley, Bridget  MA (GSAS 2016)
Fondren, Sabrina  BA (BC 1988)
Foner, Naomi  BA (BC 1966), EdM (TC 1967)
Foretia, Crystal  BA (CC 2023)
Foshee, Jack Ryan MPA (SIPA 2007)
Fox, Ann  BA (CC 1993)
Fox, Kenneth  BA (CC 1966)
Frances, Allen Jack BA (CC 1963)
Francisco, Steven Osvaldo BA (CC 2000)
Franck, Eduardo Esteban MBA (BUS 1980)
Frank, Vikki  MIA (SIPA 2008)
Franklin, Allan David BA (CC 1959)
Franklin, Jennifer  MFA (SOA 1996)
Freedman, Mark B. BA (CC 1979), MIA (SIPA 1980)
French, Lorien  MA (SIPA 1988)
Fried, Anne M. BA (BC 1960)
Friedberg, Andreas  MA (GSAS 1984)
Friedman, Gerald  BA (CC 1977)
Friedman, Ira  BA (CC 1959), MBA (BUS 1977)
Fromhart, Stephen  MIA (SIPA 1998)
Frost, Kristin  MFA (SOA 2016)
Fuller, James Lewis PhD (GSAS 2013)
Futterman, Daniel  BA (CC 1989)
Gaines, Michelle  BA (BC 2004), MA (TC 2010)
Galhotra, Sumit  MA (GSAS 2010), MS (JRN 2012)
Gallay, Paul  JD (LAW 1984)
Gallo, Eliza  BA (CC 1993)
Galvez, Alyshia Faye BA (CC 1995)
Galvin, Katherine  BA (BC 1971)
Gandhi Sellers, Sabra  BA (CC 1997)
Garber, Fernanda  BA (CC 1992)
Garberg, Gary  BA (CC 1984)

Garcia, Dorothy Linda MIA (SIPA 1998), MPhil (GSAS 1974)
Gardner-Andrews, Nathan  BA (CC 2001)
Garrett, Frances  BA (CC 1989)
Gaubatz, Thomas  PhD (GSAS 2016)
Geffen, Roxana Alger BA (CC 1995)
Gehr, Theodore  MIA (SIPA 1990)
Gelfand, Norman Mathew BA (CC 1959), MS (GSAS 1961), PhD (GSAS 1965)
Genco, Francis Charles BA (CC 1986)
Gerber, Julian  BA (CC 2024)
Gerrard, Megan  MA (SIPA 2011)
Gilfoyle, Timothy Joseph BA (CC 1979), MA (GSAS 1980), PhD (GSAS 1987)
Ginestra, Jennifer Claire MD (VPS 2015)
Gittelson, Benjamin William BA (CC 2015)
Glassgold, Peter  BA (CC 1960)
Glassheim, Eagle  PhD (GSAS 2000)
Gold, Elizabeth Ann MIA (SIPA 1986)
Gold, James Stuart BA (CC 1979)
Goldberg, Henry Gabriel BS (VPS 1972)
Goldberg, Ralph  JD (LAW 1959)
Goldenberg, Rachel D. BA (CC 1997)
Goldfield, Steve  BA (CC 1968)
Goldhor, Susan  BA (BC 1960)
Goldman, Alvin Lee BA (CC 1959)
Goldman, Karen S BA (BC 1980), MA (GSAS 1986), PhD (GSAS 1990)
Goldstein, James Alan BA (CC 1959)
Goldstein, Katherine Whitney BA (CC 2005)
Gonzalez, Federico  MFA (SOA 2002)
Gordon, Sharon  BA (BC 1979)
Goshin, Lorie  PhD (NRS 2010)
Gottlieb, Barbara Rose BA (BC 1971)
Graaham, Patricia Albjerg PhD (GSAS 1964)
Graf, Gerald  BS (PHRM 1960)
Grajnert, Paul Kazimierz MFA (SOA 2005)
Graubart, Karen  BA (BC 1984)
Greeenfield, Mary Catherine BA (BC 1992)
Green, Monica H BA (BC 1978)
Greenbaum, Jessica  BA (BC 1979)
Greenberg, Joy Horner BA (BC 1971)
Groh, Jonathan  BS (SEAS 2012)
Groob, Kate  BA (BC 2007)
Gross, Daniel Russell PhD (GSAS 1970)
Gross, Marc Ian BA (CC 1973)
Groves, Rebecca  BA (CC 1993), MA (GSAS 1994)
Grumbach, Adam Z MA (TC 1993)
Grundberg, Susan  MPA (SIPA 1999), MSSW (SW 1999)
Grunebaum, Daniel  BA (CC 1988)

Grunschlag, Dov M BA (CC 1963), JD (LAW 1966)
Guen Takao, Victoria  MSSW (SW 2020)
Guerlac, Suzanne  BA (BC 1971)
Guest, Jennifer  PhD (GSAS 2013)
Guttmann, Dina Rene BA (CC 1994)
Haley, Melissa  BA (BC 1989)
Hall, Anne Kelly BA (CC 1989), MA (GSAS 1993)
Hall, Cary  BA (CC 1992)
Hall, Emily R MD (VPS 2008)
Hall, Jamila Marjani JD (LAW 2003)
Hall, Rachel Ann BA (CC 1992)
Halpern, Bonnie Sue MIA (SIPA 1972), MBA (BUS 1979)
Hammond, Kenneth  MS (SEAS 2014), PhD (GSAS 2017)
Hancock, Lynnell  MA (GSAS 1980), MS (JRN 1981)
Hanos, Van  MFA (SOA 2010)
Hans, G.S.  BA (CC 2006)
Harris, Leslie Maria BA (CC 1988)
Harrison, Julia Wells BA (BC 1981)
Hartman, Beulah M BA (BC 1960)
Hartman, Thomas Victor MA (GSAS 1996)
Hawkins, Phelps Stokes BA (CC 1975), MS (JRN 1979)
Haxthausen, Christa  BA (BC 1995)
Haxthausen, Eric M. BA (CC 1990)
Hayes, Linda  MS (JRN 1986)
Heath, Jena  MS (JRN 1989)
Hechtman, Sarah  JD (LAW 1993)
Hector, Stephanie  MA (TC 2019)
Hegeman, Elizabeth Blair MA (GSAS 1965)
Hellauer, Susan Maria MPhil (GSAS 1983)
Heller, Christine M BA (CC 1996)
Henderson, Diana  PhD (GSAS 1989)
Henderson, Samantha Jean BA (CC 2014)
Henkin, Daniel  BA (CC 1991)
Henstrand, Ann Mary MIA (SIPA 1988)
Herrington, Elizabeth  BA (BC 1986)
Herrlich, William Morgan BA (CC 1959)
Herzog, Nina  BA (BC 1987)
Heskes, Nicholas  MFA (SOA 2018)
Heuman, Susan Eva PhD (SIPA 1977)
Hiegel, Adrienne  JD (LAW 1994)
Hierholzer, Michele Ruth BA (BC 1982)
Hillberg, Susan  MA (GSAPP 1984), MArch (GSAPP 1984)
Hindy, Lily Katherine MIA (SIPA 2011)
Hirsch, Alan - MPhil (GSAS 1989)
Hirsch, Alison Duncan PhD (GSAS 1991)
Hirsch, Ellen Gay MSSW (SW 1965)

Hirsch, Paul  BA (CC 1966)
Hock McCalley, Peggy Ann BS (GS 1970), PhD (GSAS 1976)
Hodgkins, Christie  MSSW (SW 1996)
Hoffman, Anne  BA (BC 1970)
Hoffmanner, Alan Wayne MBA (BUS 1987)
Holden, Barry Paul MArch (GSAPP 1985)
Hood, Clifton  PhD (GSAS 1986)
Hopper, Kim  PhD (GSAS 1987)
Hovden, Jeffrey Alan JD (LAW 1993)
Howe, Timothy Lee BA (CC 1984)
Howell, Martha C. PhD (GSAS 1979), MA (GSAS 1974)
Hoyden, Jennifer Ruth MA (TC 2020)
Hronek, Antrice  BA (CC 2008)
Huang, Helena Y MA (SIPA 1992)
Huang, Mab  PhD (SOA 1969)
Huen, Lailan Sandra BA (CC 2006)
Hwang, Cordelia  BA (BC 1964)
Iliev, Marquina Marie MA (TC 2011)
Ilves, Toomas Hendrik BA (CC 1976)
Ingalls, Jane Spavins MA (GSAS 1968)
Injac, Sarah Garrett BA (CC 2000)
Irwin, Elizabeth Kathleen BA (CC 1991)
Isola, Isabella  BA (BC 1981), MBA (BUS 1986)
Isola, Marina  BA (BC 1985)
Itzkowitz, Steve  BS (CC 1975)
Ivry, Sara  BA (BC 1991)
Jackson, Nancy Beth MS (JRN 1963)
Jacob, Sneha  MS (PH 2010)
Jacobs, Gregory Alexander JD (LAW 1977)
Jacobs, Troy  MPH (PH 1988)
James, Elana  BA (BC 1992)
Javantash, Gazelle  MIA (SIPA 2009)
Jawanda, Satinder  BA (BC 1989), MA (TC 1991)
Jech, Pavel  BA (CC 1990), MFA (SOA 1996)
Jeffrey, Michael  MA (SIPA 1992)
Jenkins, Emily  PhD (GSAS 1998)
Johnson, Davd Alfred Glenn MIA (SIPA 1976)
Johnson, Freeda Mary MBA (BUS 2023)
Johnson, Sharon D.  BA (BC 1985)
Jolivet, Rachel Repetto BA (CC 1987)
Jonsson, Catherine Rogers MFA (SOA 1979)
Jordan, David William BA (CC 1990)
Jordan, Judith S MA (GSAS 1988), MS (LS 1966)
Jordan, Rob  MS (JRN 2002)
Jorgensen, Ellen Dias MPhil (GSAS 1980)
Joseph, Kelly Shawn MIA (SIPA 2006)

Joseph, Regina Waynes MA (TC 1980)
Juillard, Florence Sylvie Sarah BA (CC 2002)
Kahn, Ann Mariam BS (NRS 1988), MSN (NRS 1992)
Kahn-Troster, Rachel  BA (BC 2001)
Kalicki, Jan Henryk BA (CC 1968)
Kaller, Shelly  MPH (PH 2005)
Kalmar, Tanya Rosalia BA (CC 1990)
Kandel, Elizabeth  BA (CC 2018)
Kane, Margaret Ann MS (SW 1972)
Kang, Changduk  PhD (GSAS 2020)
Kantor, Julie  BA (GS 2002), MFA (SOA 2013)
Kaplan, Marion  PhD (GSAS 1977)
Kappaz, Christina Marie MIA (SIPA 2000), MBA (BUS 2000)
Kariuki, Secunda  BA (CC 2022)
Katkin, Elizabeth Lynn MIA (SIPA 1992), JD (LAW 1995)
Katz, Noel Charles BA (CC 1982)
Kausch, Eve Marie Towler BA (BC 2018)
Kayen, Jacob Silverman BA (CC 2015)
Kazarian, Michele Halberian BA (BC 1977)
Keck, Margaret Elizabeth PhD (GSAS 1986)
Keen, Ralph  BA (CC 1979)
Keller, Stanley  BA (CC 1959)
Kelly, Louise Price MBA (BUS 1999)
Kenney, Catherine T. MPA (SIPA 1996)
Kenney, Sara Katherine BA (BC 1986)
Kerr, Gabriel  BA (CC 2012)
Ketchoyian, Edward  BS (SEAS 1982)
Khandwala, Gopa  BA (BC 1985)
Kiefer, Ulrike  PhD (GSAS 1990)
Kilian, Crawford  BA (CC 1962)
Kim, Isabel Arista BA (CC 1990)
Kim, Linda  BA (BC 1995)
King, Bessie  MS (JRN 2010)
King, Donald West BA (CC 1977)
Kingsbury, Karen Sawyer MA (GSAS 1986), MPhil (GSAS 1990), PhD (GSAS 1995)
Kissner, Dana Gleicher BA (BC 1967)
Klaiber, Susan  MA (GSAS 1985), MPhil (GSAS 1987), PhD (GSAS 1993)
Kleeman, Jan  BA (GS 1983), JD (LAW 1986)
Klein, Melvyn Harvey BA (CC 1962)
Klein-Pejsova, Rebekah A PhD (GSAS 2007)
Klemperer, Jerusha  MFA (SOA 2000)
Kliff, Barry  MS (JRN 1979) CS
Kline, Jennie  PhD (GSAS 1977), MS (PH 1974)
Kluge II, John  BA (CC 2005)
Knecht, Barbara Else MArch (GSAPP 1984)
Knipp, Donna  MS (JRN 1997)

Koblitz, Donald Jeremy BA (CC 1974)
Koechley, Peter  BA (CC 2003)
Kolb, Laura E. BA (CC 2003)
Kolodny, Randy  MA (TC 1988)
Kolodny, Robert Leal PhD (GSAPP 1974)
Kopp, Ronald John MFA (SOA 1991)
Koral, Edward S BA (CC 1983)
Koretz, Richard  BA (CC 1975)
Koss, Juliet  BA (CC 1990)
Kovalchuke, Lyudmila  BA (CC 2011), PhD (GSAS 2018)
Kramer, Jacob  BA (CC 1993), MA (GSAS 1998)
Kramer, Richard A BA (CC 1987)
Kritis, Kara James PhD (TC 1996)
Krivoshey, Mira  BA (BC 2006)
Krovoza, Janet D. MS (JRN 1983)
Kunen, James Simon BA (CC 1970)
Kurtzman, Laura  MS (JRN 1988)
Kurtzman, Stephen Joseph MBA (BUS 2008)
Kutasz, Barbara Lynn BA (BC 1980), MA (TC 1982)
Laber-Smith, Rebecca Ann BS (CC 1987)
Lacoss, Richard Thaddee BA (CC 1959), BS (SEAS 1960)
Laffin, Christina  PhD (GSAS 2005)
Lahiri, Jhumpa  BA (BC 1989)
Lamarche, Gara  BA (CC 1976)
Landau, Barry J BA (CC 1963)
Langan, Elizabeth Birch PhD (GSAS 1987)
Langer, Elizabeth  BA (BC 1969)
Lankers, Christoph  MPhil (GSAS 1991)
Lanoue, Nancy  MIA (SIPA 1976)
Launay, Robert  BA (CC 1970)
Launay, Robert Gerard BA (CC 1970)
Leavitt, Jocelyn  MBA (BUS 2007)
Leban, Janet A. BA (BC 1956)
Lederman, Michelle  MBA (BUS 1999)
Lee, Donald  EdM (TC 1988), EdD (TC 2002)
Lee, Dorothy  MA (TC 2017)
Lee, Eugenia  MBA (BUS 2008)
Lee, Joann  MPA (SIPA 2005), MSSW (SW 2005)
Lee, Sunhee  BA (CC 1990)
Leeper, Nicolas  BA (CC 2014)
Lefebvre, Dominique  MFA (SOA 2013)
Legardeur, Armand  MArch (GSAPP 1984)
Leibowitz, Michael J BA (CC 1966)
Leighton, Taigen Dan BA (CC 1986)
Leipziger, Deidre E. MS (JRN 1984)
Lemberger, Michal M BA (BC 1994)

Lena, Jennifer C. PhD (GSAS 2003)
Lerma, Judith Cashin BA (BC 1967)
Lerner, Judith Ann MA (GSAS 1966)
Levarn, Ann Kelley MBA (BUS 1989)
Levarn, Marc Edward BA (CC 1990)
Leventer, Margaret  BA (BC 1963)
Levin, John Freeeman BA (CC 1966)
Levy, Indra  BA (CC 1988), PhD (GSAS 2001)
Levy, Karen  BA (CC 1988)
Lewis, Erik  BA (CC 1966)
Lewis, Jessica  MSSW (SW 2020)
Lewis, Robin Jared PhD (GSAS 1977)
Lichtenstein, Bill  MS (JRN 1979)
Lidofsky, Steven David BA (CC 1975), PhD (GSAS 1980), MD (VPS 1982)
Lin, Janus  BS (SEAS 1995)
Linder, Daniel Marc MS (GSAPP 2006)
Line, Milburn  MIA (SIPA 1992)
Ling, Audrey  BA (BC 1978)
Lipman, Amy  BA (BC 1980), MA (GSAS 1990)
Lipman, Marvin M. BA (CC 1949), MD (VPS 1954)
Lipman, MD, Marvin Matthew BA (CC 1949), MD (VPS 1954)
Lipton, Leah  MSSW (SW 1987)
Littlewood, Erika Raskin BA (BC 1980)
Litwak, Nathaniel  BA (CC 1982)
Loader, Gordon Bruce MS (GSAPP 1985)
Lok, Dana  MFA (SOA 2015)
Long, Sean  JD (LAW 1993)
Lopez, Ana  BS (BC 1977), MBA (BUS 1990)
Lopez, Miriam  BA (BC 1982)
Lora, Francis  BA (CC 2003), MS (SW 2009)
Lovett, Margot  MIA (SIPA 1984), PhD (GSAS 1996)
Lozano, Layla  BA (BC 1998)
Lubell, Michael Stephen BA (CC 1963)
Lublin, Abby  BA (CC 1998), MA (TC 2001)
Lurie, David Barnett PhD (GSAS 2001)
Lutzker, Ann Marie MA (TC 1990)
Luxemburg, Carolyn Jane MIA (SIPA 1993), JD (LAW 2000)
Luxemburg, Marc  JD (LAW 1963)
Lyman, Andrea  MS (PH 2001)
López, Nancy  BA (CC 1991)
MacArthur, John Roderick BA (CC 1978)
Magness, Elizabeth  BA (CC 2001)
Makleff, Shelly  MPH (PH 2005)
Malecha, Allison  BA (CC 2013)
Malinsky, Daniel Simon BA (CC 2011)
Malpede, Karen  MFA (GSAS 1973)

Manges, Amee  BA (CC 1990)
Manktelow, Anne Eileen BA (BC 1988)
Mann, Marcy  MA (TC 1987)
Mannheimer, Michael  JD (LAW 1994)
Manning, Jeremy F. BA (CC 1990)
Manning, Steven C MS (JRN 1983)
Manning, Thomas  BA (CC 1976), MBA (BUS 1982)
Manos, Pauline  MIA (SIPA 1988)
Manzano, Venessa  MS (SPS 2017)
Mapson, Charles  MS (JRN 1980), JD (LAW 1983)
Marcus, Jay A BA (CC 1980)
Margolis, Laura  BA (CC 1995)
Marion, Abigail  JD (LAW 2016)
Markowitz, John Caleb BA (CC 1976), MA (GSAS 1978), MD (VPS 1982)
Marks, Laura Jill BA (CC 1990), MIA (SIPA 1996)
Maroon, Paul Charles BA (CC 2000)
Marsh, Abbie  MSSW (SW 2020)
Martin, Devon Joan BA (CC 1990)
Martinez, Emily M BS (BC 1978)
Masur, Benjamin  MA (SOA 2002)
Maxwell, William J. BA (CC 1984)
May, Adam  BA (CC 2011)
Mayo, Sharon S MFA (SOA 2024)
Mays, Susan Kay PhD (GSAS 2013), MA (GSAS )
Mazhari, Yasmin  MIA (SIPA 1998)
McCaffery, Regina Mary BA (BC 1975), MSSW (SW 1977)
McCarthy, Margaret Elanor BA (CC 1986), JD (LAW 1989)
McCarty, David Matthew BA (CC 1986)
McCorkle, Daniel C. BA (CC 1978)
McCorry, Eileen Mary BA (BC 1970), MBA (BUS 1980)
McCullough, Madison  MSSW (SW 2014)
McDonald, Conor James MA (TC 2022)
Mcgehee, Scott William BA (CC 1985)
McGill, Eugenia  MIA (SIPA 2000)
McKinley, Stephen  MS (JRN 1999)
McMahon, Don  BA (CC 1984)
McMeniman, Marjorie  MS (PH 1985)
McNally, Kathleen V. BA (BC 1969), PhD (GSAS 1979)
McNally, Richard John BA (CC 1980), MA (TC 1984)
McNamara, Eileen  BA (BC 1974), MS (JRN 1976)
McNeil, Emily  BA (BC 1998)
McSherry, James  MFA (GSAS 1986)
Meade, Meghan  BA (BC 2006)
Mehta, Rohan  BA (CC 2025)
Melgar, Myrna Elizabeth MS (GSAPP 2001)
Meltz, Daniel  BA (CC 1978)

Meltzer, Cori Flam JD (LAW 1995)
Menzelos, Arianna  BA (CC 2021)
Mernin, Brendan  BA (CC 1988)
Messick, Catherine  BA (BC 1996)
Metsopoulos, Peter  BA (CC 1989)
Michaels, David  MPH (PH 1981), PhD (GSAS 1987)
Michaels, Sarah  BA (BC 1975)
Mickey, Georgia Abigail MBA (BUS 1977), PhD (GSAS 2004)
Miller, Edward  BA (CC 1998)
Miller, Kennth  MS (JRN 1983)
Miller, Malaine  MIA (SIPA 1988)
Milrod, Barbara  MD (VPS 1984)
Minaya, Dana Fienning EdD (TC 1983)
Minhas, Mandeep S. MA (GSAS 2016)
Minton, Marilyn  BA (CC 2017)
Miranda, Elisha K MFA (SOA 2003)
Mitchell, Cristina Louise BA (CC 1989)
Mitchell, James B BS (NRS 1997), MSN (NRS 1999)
Mitchell, Paul  MArch (GSAPP 1985)
Moccia, Patricia  MS (JRN 1998)
Moerman, David  BA (CC 1986)
Monaco, Jessica  BA (CC 1987)
Montalbano, Kathryn  PhD (GSAS 2016), PhD (JRN 2016)
Montgomery, Eleanor  BA (BC 1972)
Moorsmith, Elizabeth  BA (CC 1991)
Morales, Andre  BA (CC 1999)
Moreno Jr., Richard Frank MS (JRN 1980)
Morrison, Ralph David BA (CC 1980)
Morrow-Spitzer, Elena J. BA (BC 1986)
Morton, Jacqueline  PhD (GSAS 1969)
Morton, Tanya  MBA (BUS 1996)
Muehlbauer, Evan  BA (CC 2007)
Muirhead, Marilyn  EdD (TC 2006), MA (TC 1983)
Murphree, Mary C PhD (GSAS 1981)
Mushett, Lindsay  BA (BC 2012)
Musto, Ronald G. PhD (GSAS 1977), MA (GSAS 1970)
Mykkänen, Marjaana Kirsti MS (JRN 1979)
Nacht, Marcelo  BA (CC 1982)
Nadler, Charles H BA (CC 1962)
Nako, Rebecca  MA (TC 1995)
Nash, Cozette  MSSW (SW 2023)
Nathanson, Alynn  BA (BC 1967)
Nelson, Margaret Klein PhD (GSAS 1978)
Nelson, William Andrew JD (LAW 1969)
Neshamkin, Anthony Paul BA (CC 1963)
Neugeboren, Jay Neugeboren Michael BA (CC 1959)

Newman-Polk, Lisa  BA (CC 1998)
Nguyen, Tara  MBA (BUS 2016)
Nichols, Jeffrey Norman BA (CC 1968)
Nixon, Randall  JD (LAW 1993)
Nolan, Nina Catubig BA (BC 1994)
Novick, Emily R BA (BC 1984)
O'Connor, Patrick Lynn BA (CC 1992)
O'Connor, Stephen Moylan BA (CC 1974)
O'Donnell, Heather Jean BA (CC 1993)
O'Loughlin, Emma  PhD (GSAS 2017)
O'Malley, Robert Emmet MS (JRN 1979)
O'Neil, Carolyn Tara BA (BC 2007)
O'Shea, Anthony Martin BA (CC 1987)
Obenzinger, Hilton  BA (CC 1969)
October, Zinelle  BA (CC 1996)
Offenhauer, Alexa  PhD (TC 2021)
Oh, Judith Eunjung BA (CC 2007)
Ojeda Vidal, Claudia  MBA (BUS 2013)
Okome, Mojubaolu Olufunke MPhil (GSAS 1995), PhD (GSAS 1996)
Olenich, Matt  MS (SEAS 1986)
Olinger, Erika Schroter BA (CC 1990)
Olson, Elizabeth  BA (BC 1981)
Ora, Avo Erik MA (SIPA 1998)
Ornstein, Daniel  BA (GS 1984)
Ortiz, Karen M. BA (CC 1994)
Osullivan, Patricia  BA (BC 1981)
Owsley, Brian  JD (LAW 1993), MIA (SIPA 1994)
Ozelge, Nicole  BA (CC 2000)
Paget, Daniel J. BA (CC 1964), MA (GSAS 1966)
Paget, Katherine Frome BA (BC 1967)
Paine, Timothy  BA (CC 2015), BS (SEAS 2015), MS (SEAS 2015)
Paller, Michael Louis MFA (SOA 1994)
Palmer, Todd A. MArch (GSAPP 1993)
Paluch, Maciej Tomasz BA (CC 2000)
Papiasvili, David Alexander BA (CC 2007)
Parent, Michael Douglas BA (CC 1986)
Parker, Scott  BA (CC 1964), MA (GSAS 1967), PhD (GSAS 1974)
Parmett, Karen Shaina BA (CC 1990)
Passera, Francesco  MBA (BUS 2012)
Paul, Jordan  BA (CC 2008)
Payne, Jonathan  BA (CC 2009)
Pearcy, Lee Theron BA (CC 1969), MA (GSAS 1971)
Pearson, Nathan  MBA (BUS 1982)
Pendergast, Mary-Elizabeth  BS (BC 1977)
Penney, David Wright PhD (GSAS 1988)
Periconi, James Joseph BA (CC 1970)

Perko, Cheryl A MArch (GSAPP 1989)
Perlmutt, Bent-Jorgen Seehusen MFA (SOA 2007)
Perseu, Giuliano  MA (SIPA 2005)
Persky, Judith  MIA (SIPA 1995)
Peters, Thomas David PhD (GSAS 2010)
Petri, Andrea  PhD (GSAS 2017)
Petry, Susan Jane PhD (GSAS 1974), MPhil (GSAS 1973)
Pfeffer, Helen J BA (BC 1987), MFA (SOA 1992)
Pfitzer, Anne  BA (CC 1988)
Phillips, Joshua  BA (CC 1991)
Piazza, Christine Marie BA (CC 2023)
Pini, Robert  BA (CC 1980)
Pinsky, Laura  BA (BC 1968)
Pirani, Sylvia  BA (BC 1980), MS (GSAPP 1986), MPH (PH 1986)
Pirozzi, Stephen Francis MPA (SIPA 1993)
Planalp, Ronnie  MBA (BUS 1986)
Plax, Irene  MFA (SOA 2018)
Plotz, Thomas  BA (CC 1975)
Poirier, Julien  BA (GS 1996)
Polen, Sarah  MBA (BUS 2000), MIA (SIPA 2000)
Polen, Tara Eden BA (BC 1989)
Polin, Jane L MBA (BUS 1988)
Pollack, Noah  BA (CC 1996)
Pollak, Tamara Beth MSN (NRS 2013)
Pope, Barbara Corrado PhD (GSAS 1982)
Pope, Daniel  PhD (GSAS 1973), MA (GSAS 1968)
Popow, Michael  MBA (BUS 1994)
Porter, Laura  BA (CC 1986)
Postema, Thomas S MA (GSAS 1983)
Potter, Anna  MPH (PH 2011)
Prairie, Beth  BA (CC 1993)
Prendergast, Catherine  BA (CC 1990)
Press, Alexander  BA (CC 1989)
Press, Linda J MFA (GSAS 1964)
Press, Philip J BS (SEAS 1963), MS (SEAS 1965)
Price, Alexander  BA (GS 2014)
Price, Janet Ruth BA (BC 1971), MA (GSAS 1972)
Price, Matthew  MBA (BUS 2009)
Price-Whelan, Adrian  PhD (GSAS 2016)
Protopapas, Alexander  BA (CC 1990)
Prudden, James Nelson BA (CC 1980)
Prudden, Nina Obolensky BA (BC 1983)
Prussin, Stephanie  MFA (SOA 2011)
Puma, Emilia A MA (GSAS 1992)
Putzel, Louis  BA (CC 1989), MIA (SIPA 1999)
Raab, Charles David BA (CC 1959)

Rabin, Michael  MPH (PH 1982)
Rabinovich, Maria  BA (CC 1990)
Ramsey, Kate  PhD (GSAS 2002)
Randall, Alison  MPH (PH 2009)
Rashid, Hussein  BA (CC 1996)
Rauch, Marc Steven BA (CC 1969)
Raylesberg, Iris  MS (JRN 1981)
Reagan, John  MArch (GSAPP 1982)
Reardon, Leigh  MPH (PH 2012)
Reichman, Henry  BA (CC 1969)
Reif, Carol Jane BA (BC 1974)
Reinstein, Phyllis Gila BA (BC 1966)
Reiss, Crystal  MFA (SOA 1996)
Remole, Kelley  BS (CC 2004), PhD (GSAS 2012), MS (SPS 2020)
Renard, Florence  LLM (LAW 2008)
Reshetnik, Michael D BA (CC 1970)
Rey, Nathalie  BA (CC 1992)
Rhett, Cecily Coffin BA (CC 1987)
Rhodes, Elizabeth Dunn BA (CC 1987)
Ricciuti, Michelle  BA (BC 2003)
Richardson, Thomas  PhD (GSAS 1991)
Ridgely, Julia  BA (BC 1986), MS (JRN 1987)
Riggs, Michael  MBA (BUS 1993)
Rigney, Mark David MFA (SOA 1992)
Rizzardo, Alice  PhD (GSAS 2012)
Robertson, David Douglas BA (CC 1988)
Robins, Steven Lance PhD (GSAS 1995), MPhil (GSAS 1993)
Robinson, Jennifer B BA (BC 1990)
Robison, Margaret  BA (CC 1990)
Rochelson, Meri-Jane  BA (BC 1971), MA (TC 1973)
Rock, Christa Lee BA (CC 1997)
Rodríguez, Juana María MA (GSAS 1991)
Roebuck, Kristin A. BA (BC 2006), MPhil (GSAS ), PhD (GSAS 2015)
Rogan, Alice  BA (BC 1961)
Rona, Gabor  LLM (LAW 1996)
Rosario, Nelly  MFA (SOA 1998)
Rosen, Gideon  BA (CC 1984)
Rosenberg, Adam Mitchell BA (CC 1991)
Rosenblum-Sellers, Hazel  BA (CC 2019)
Rosenfeld, Richard Neil JD (LAW 1966)
Rosenthal, Clifford N BA (CC 1966), MA (GSAS 1969)
Rosenwald, Lawrence  BA (CC 1970), PhD (GSAS 1979)
Rosivach, Richard  BA (CC 1992)
Rosner, Judah L BA (CC 1960)
Roth, Kevin  BA (CC 1990), MFA (SOA 1997)
Roth, Monica  BA (BC 1978), PhD (GSAS 1984)

Rotstein, Andrew  BA (CC 1973), JD (LAW 1994)
Rowland, Jack  MS (PH 2017)
Rubinfien, Louisa  BA (BC 1983)
Ruddock, Heather A BA (CC 1988)
Rudy, Sayres Steven PhD (GSAS 2013)
Rueda, Luis Francisco BA (CC 1983), MArch (GSAPP 1993)
Rufino, Emily Kathryn MA (TC 2002)
Ruoff, Jennifer  MSSW (SW 1995)
Rutherford, Alanna  JD (LAW 2000)
Sanborn, Patricia Flagg PhD (GSAS 1965)
Sandberg, Larry  BA (CC 1979)
Sanders, Mona  BA (BC 1984)
Santa-Wood, Beatrice  MIA (SIPA 2017)
Saona, Maria Margarita MPhil (GSAS 1993), PhD (GSAS 1998)
Sarang, Surbhi  JD (LAW 2016)
Sarkar, Sahotra  BA (CC 1981)
Sawhny, Paul  MBA (BUS 2003)
Sax, Anne  MArch (GSAPP 1984)
Sayre, Robert  MA (GSAS 1966), PhD (GSAS 1972)
Schachter, Mirim Rachel Haag BA (CC 2011)
Schaetzl, Christine  MSSW (SW 2005)
Schanoes, Veronica  BA (BC 1998)
Scharf, Warren B. BA (CC 1980), JD (LAW 1983)
Schechter, Clyde  BA (CC 1967), MA (GSAS 1969), MD (VPS 1976)
Scheffler, Kenneth  MBA (BUS 2009), MIA (SIPA 2009)
Schein, Laura Fagelson BA (BC 1966)
Schell, John Michael BA (CC 1969)
Schenker, Hilary  BA (BC 2004)
Scheuermann, Edward William BA (CC 1978)
Schiffrin, Anya  MS (JRN 2000)
Schnaidt, Dan  BA (CC 1974), MFA (SOA 1977)
Schneider, Joseph H MBA (BUS 1977)
Schneider, Michael R. JD (LAW 1983)
Schneider, Peter D. BA (CC 1977), JD (LAW 1983)
Schneier, Harvey A BA (CC 1963), MD (VPS 1967)
Schnitzer, Edward  JD (LAW 1997)
Schoenknecht, Marcus  LLM (LAW 2011)
Schrader, Abby M BA (CC 1987)
Schrag, Zachary M. PhD (GSAS 2002)
Schroer, Marnie  BA (BC 1989)
Schuessler, Will Gabriel BS (SEAS 2009)
Schuman, Anthony William MA (GSAS 1966), MArch (GSAPP 1970)
Schuster, William  BA (CC 1978)
Schutty, John Francis BA (CC 1980)
Schwartz, Joseph A. BA (CC 1992)
Schweitzer, Frederick Max MA (GSAS 1955), PhD (GSAS 1972)

Scott, Margaret  MA (JRN 1980)
Seal, Kathy Rose BA (BC 1969)
Seferian, Sue  BA (BC 1984)
Seidl, Mylene Ramos LLM (LAW 1998)
Selvin, Barbara J MS (JRN 1983)
Sen, Amar  BA (CC 1990), MArch (GSAPP 1994)
Sen, Anita  MD (VPS 2001)
Shapiro, Albert M. BA (CC 1963)
Shattuck, Raney  BA (BC 2016)
Shaw, Jr., Robert Dutton MS (JRN 1966)
Sheehan, Robert Pierson BA (CC 1992)
Sheikholeslami, Cynthia May BA (BC 1963)
Sheiner, Naomi Fern MA (GSAS 1961)
Shekitka, John Patrick BA (CC 2007), MPhil (TC 2017), PhD (TC 2020)
Shenefelt, Michael  PhD (GSAS 1990)
Shneyderman, Yuliya  BA (CC 2001), MA (TC 2004)
Shoenberger, Allen Edward JD (LAW 1969)
Shore, Adam  BA (CC 1993)
Shorr, William  BA (CC 1964)
Short, John Phillip MA (GSAS 1994), PhD (GSAS 2004)
Shulman, Rebecca  BA (CC 1989)
Shulman, Seth  PhD (GSAS 1970)
Siegel, James E. BA (CC 1965), MBA (BUS 1968)
Sifakis, Michael  MFA (SOA 1993)
Silberman, Hilary  MS (TC 1987)
Silva, Alejandro  BA (CC 2010)
Simon, Stusrt  MIA (SIPA 1978)
Simon, Sue  MPA (SIPA 1988)
Singer, Russell  BS (SEAS 1993), MIA (SIPA 2003)
Sitko, Austen  PhD (GSAS 2017)
Skolnick, Katharine  JD (LAW 2009)
Slesar, Kristen  MS (GS 2011)
Slotnick, Susan Ann PhD (GSAS 1978)
Slye, Ronald Carter BA (CC 1984)
Slyomovics, Susan Eve BA (BC 1970)
Smith, Edward H BA (CC 1956)
Smith, Gavin Corey BA (CC 1982)
Smith, Leonard Vinson MIA (SIPA 1982), PhD (GSAS 1990)
Smith, Philip Morgan BA (CC 1982)
Sobel, Matthew J. BA (CC 1959), BS (SEAS 1960), MA (GSAS 1964)
Sobolowski, Stefan  PhD (SEAS 2010)
Sok, Chivy  MIA (SIPA 1995)
Solomon, Judith Block MS (SW 2010)
Solomon, Nancy  BA (BC 1983)
Solow, Barbara  MS (JRN 1987)
Soni, Rita  MIA (SIPA 2000)

Soohoo, Lily  BA (BC 1971)
Sorensen, Eric Scott MS (JRN 1984)
Southey, Safia  BA (GS 2021), JD (LAW 2025)
Sovern, Julie D. JD (LAW 1993)
Spencer, Barbara Ramirez EdD (TC 1979)
Spencer, Carol Lee BA (BC 1970)
Spiker, Jill Rogers JD (LAW 2004)
Spiridon, Barbara  MS (JRN 1983)
Squire, Clayton Russell MA (TC 1995)
Stafford, Matthew Dennis BA (GS 2000)
Staton, Richard Christopher BA (CC 1968), MA (TC 1972)
Stein, Sally Ann BA (BC 1972)
Stein, Sarah Katharina LLM (LAW 2020)
Steinman, Stephanie  BA (BC 2017)
Stephens, Louis Earle BA (CC 1959)
Stern, Michael David BA (CC 1970)
Stern, Neil  BA (CC 1986)
Stern, Sara  MFA (SOA 2017)
Stevenson, M George  BA (CC 1985), MFA (SOA 1999)
Stewart, Mahlon K DPT (VPS 2008)
Stoia, Kate Jeffery BA (CC 1989)
Stone, Andrea  MS (JRN 1981)
Stone, Auriane  BA (CC 2017)
Stone, Greg  MS (JRN 1980), MS (BUS 1984)
Stone, Jeneva Burroughs PhD (GSAS 1994)
Storch, Judith  MS (PH 1978), PhD (GSAS 1983)
Striebel MacLean, Jessica  MA (GSAS 2005)
Strumia, Sebastiano  MBA (BUS 1986)
Sturtevant, Elliott  PhD (GSAPP 2024)
Suggs, Trisha  BA (CC 1990)
Suh, Julie B BA (BC 1988)
Summers, Megan  MA (TC 2014)
Sund, Vivian  BA (CC 1995)
Surtshin, Julia  BA (BC 1975)
Svoboda, Terese  MFA (SOA 1978)
Swain, George  EdM (TC 2000)
Swan, Anne  MFA (SOA 2009)
Swan, Claudia  BA (BC 1985), PhD (GSAS 1997)
Sweeney, Michael  MS (SEAS 2017)
Swindells, Geoffrey David MS (LS 1994)
Tabakman, Diane H. BA (BC 1973), MBA (BUS 1979)
Takeuchi, Akiko  MA (GSAS 2001), PhD (GSAS 2008)
Tan, Joshua Paul PhD (GSAS 2014)
Tassi, Anthony  MIA (SIPA 1993)
Tatum, Rebecca  MA (TC 2001)
Tavernier, Latoya  BA (CC 2005)

Taylor, Frances Hampton BA (BC 1971)
Taylor, Signe Margueritte BA (BC 1987)
Teitelbaum, Lawrence Paul BA (CC 1971)
Tempelsman, Cathy  MBA (BUS 1983), MA (GSAS 2000)
Terjimanian, Armen  MS (JRN 2005)
Tharp, Martin  MA (GSAS 1997)
Thompson, Nailah  MPH (PH 2010)
Thomson, Nicole Diane MSSW (SW 2001)
Tibbetts, Deborah J JD (LAW 1993)
Tolan, Brian Keith BS (SEAS 1981)
Tolkin, Samuel Morton MArch (GSAPP 1962)
Tomita, Betty Wong BA (BC 1964), MA (GSAS 1967)
Toung, Harry H MArch (GSAPP 1983)
Tranter, Joel  BA (CC 1990)
Traub, Amy M MA (GSAS 2001), MPhil (GSAS 2002)
Trevor, Stephen  BA (CC 1986)
Trinchieri, Camilla  BA (BC 1963), MFA (GSAPP 1990)
Truong, Monique  JD (LAW 1995)
Tucker, Jed Brown MA (GS 2005), PhD (TC 2009)
Tullberg, Erika  BA (CC 1993), MPH (PH 1999), MPA (SIPA 1999)
Turndorf, Ben  BA (CC 2011)
Tuttle, Sarah  PhD (GSAS 2010)
Tykulsker, David  JD (PHRM 1982)
Tyler, Matthew  MA (TC 2015)
Unglaub, Jonathan  PhD (GSAS 1999)
Upadhyay, Ushma  MPH (PH 1998)
Urdang, Elliott Burt BA (CC 1956)
Van Duzer, Kimberly  BA (CC 1998)
Van Ranst, Marta  MS (JRN 1998)
Vassallo, John A BA (CC 1959), JD (LAW 1962)
Vegas, Maria Corina LLM (LAW 1991)
Velez, Jaeme  BA (GS 2024)
Ventura, Marissa  BA (BC 1991), MS (JRN 1994)
Viscusi, Gregory  BA (CC 1985), MA (SIPA 1991)
von Papp, Konstanze  LLM (LAW 2002)
Vosk, Arno  BA (CC 1967)
Voss, Carl  DMA (GSAS 2004)
Vourvoulias, Octavio Lahiri BA (CC 2024)
Wagner, Amy Goodfellow MFA (SOA 1978)
Waldron, Rachel  BA (CC 1990)
Walker, Brian  MArch (GSAPP 2005)
Wallace, Patricia Marie MSSW (SW 1983)
Wallach, Alan  BA (CC 1963), MA (GSAS 1965), PhD (GSAS 1973)
Walsh, Judith Elizabeth BA (BC 1965), MA (GSAS 1966), PhD (GSAS 1976)
Wang, Geraldine  MS (GSAPP 1982)
Wara, Michael William BA (CC 1996)

Wara, Rebecca  BA (CC 1994)
Warren, Constancia  PhD (TC 1983)
Watson, Timothy  PhD (GSAS 1998)
Weddle, Stephen S JD (LAW 1963)
Wegsman, Ron D BA (CC 1982)
Weichbrodt, Hannah  JD (LAW 2017)
Weil, Gordon L PhD (GSAS 1961)
Weil, Richard  BA (CC 1990)
Weiner, Benno  PhD (GSAS 2012)
Weinmann, Lissa R MIA (SIPA 1992)
Weisberg, Jennifer  BA (CC 1990), MA (GSAS 1993)
Weisman, Judith  BA (BC 1975)
Wells, Frederick Joshua BA (CC 1985)
Wells, Hallie  BA (BC 2009)
Wells, Mary Paul MS (JRN 1983)
Whalen, Aili  BA (CC 1990)
Whatley, Katherine  BA (BC 2017)
White, Heather Elizabeth BA (BC 2001)
White, Sarah Button BA (BC 1971), MS (JRN 1973)
Whittaker, Edward Anthony PhD (GSAS 1982)
Wickland, David Geller MIA (SIPA 2019)
Wiener, Bruce H. BA (CC 1972)
Wiggins, Jennifer  MS (JRN 1998)
Wilentz, James Robert BA (CC 1972)
Willdorf, Bonnie Ann BA (BC 1970)
Williams, Gratia Cassandra PhD (GSAS 2006)
Williams, Jessica  EdM (TC 2022)
Williams, Tommy  BA (CC 1989)
Wilson, David Leigh BA (CC 1968), MA (GSAS 1970)
Winn, Olivia  BS (SEAS 2014), PhD (SEAS 2023)
Witte, Susan  PhD (SW 2001)
Wittner, Lawrence Stephen BA (CC 1962), PhD (GSAS 1967)
Woerner, Kirk K BA (CC 1988)
Wolf, Morton F. MBA (BUS 1979)
Wood, Thomas Rawlings JD (LAW 1993)
Worth, Amy  BA (BC 1982), MArch (GSAPP 1987)
Wright, James  BA (CC 2009), JD (LAW 2013)
Wright, Kami R BA (BC 1996)
Wright, Marian F H BA (CC 1990)
Wrona Giallongo, Christine F MIA (SIPA 1990)
Wulach, Sandra Hicks BS (NRS 1969)
Wurman, Leonard Howard BA (CC 1963)
Yanish, Casimir John MArch (GSAPP 1984)
Yarmosky, Elyse Joelle MSSW (SW 2016)
Yassir, Walid  BS (SEAS 1988)
Yelin, Louise  MA (GSAS 1969), PhD (GSAS 1977)

Yen, Marianne  JD (LAW 1993)
Yencich, Joseph Andrew BA (GS 2011)
Yewaisis, Christine Marie MS (GSAPP 1995)
Yim, Annie  MFA (SOA 2001)
Yolen, Doug  BS (SEAS 2011), MBA (BUS 2016)
Young, Peter Wesley MPH (PH 2006)
Yuan, Erhmei  BA (CC 1990), MArch (GSAPP 1994)
Yuan, Erhyu  BA (BC 1991)
Zalcman, Daniella  BA (CC 2009)
Zecker, Robert Michael BA (CC 1984), MA (GSAS 1985)
Zimbabwe, Jess  BA (CC 1999)
Zimmerman, Jeff  LLM (LAW 1984)
Zimmerman, Jonathan  BA (CC 1983)
Zinoman, Amanda  BA (BC 1984)
Zive, Joel Lawrence MPH (PH 2020)
Zomal, Leslie Meyers MA (GSAS 1965)
Zucker, Susan Michael BA (BC 1978)
Zuckerman, Arleen  BA (BC 1967), MA (TC 1969), MBA (BUS 1981)


**School Abbreviations:**
BC (Barnard College)
BUS (Graduate School of Business)
CC (Columbia College)
GS (School of General Studies)
GSAPP (Graduate School of Architecture, Planning and Preservation)
GSAS (Graduate School of Arts and Sciences)
JRN (Graduate School of Journalism)
LAW (School of Law)
LS (School of Library Service)
NRS (School of Nursing)
PH (Mailman School of Public Health)
PHRM (College of Pharmaceutical Sciences)
SEAS (Fu Foundation School of Engineering and Applied Science)
SIPA (School of International and Public Affairs)
SOA (School of the Arts)
SPS (School of Professional Studies)
SW (School of Social Work)
TC (Teachers College)
VPS (Vagelos College of Physicians and Surgeons)

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing amicus brief employs 14-point Times Roman font and that the brief, consistent with Fed. R. App. P. 29(a)(5) and 32(a)(7), contains 5,512 words.

/s/ Sean H. Donahue

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2026, I filed the foregoing brief (as corrected to comply with the Court's order of July 30, 2026) via the Court's electronic filing system, which will provide copies to registered counsel including counsel of record for the parties.

/s/ Sean H. Donahue