**No. 25-2230**

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,
*Plaintiff-Appellee*,

v.

US DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, JR., IN THE OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; US DEPARTMENT OF JUSTICE; TODD BLANCHE, IN THE OFFICIAL CAPACITY AS ACTING ATTORNEY GENERAL OF THE UNITED STATES; US DEPARTMENT OF EDUCATION; LINDA M. MCMAHON, IN THE OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF EDUCATION; US GENERAL SERVICES ADMINISTRATION; EDWARD FORST, IN THE OFFICIAL CAPACITY AS ADMINISTRATOR OF THE UNITED STATES GENERAL SERVICES ADMINISTRATION; US DEPARTMENT OF ENERGY; CHRISTOPHER A. WRIGHT, IN THE OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF ENERGY; US NATIONAL SCIENCE FOUNDATION; BRIAN STONE, IN THE OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE UNITED STATES NATIONAL SCIENCE FOUNDATION; US DEPARTMENT OF DEFENSE; PETER B. HEGSETH, IN THE OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF DEFENSE; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JARED ISAACMAN, IN THE OFFICIAL CAPACITY AS ADMINISTRATOR OF THE NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, IN THE OFFICIAL CAPACITY AS SECRETARY OF HOUSING AND URBAN DEVELOPMENT; US DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, IN THE OFFICIAL CAPACITY AS SECRETARY OF AGRICULTURE,
*Defendants-Appellants*.

_____

On Appeal from the United States District Court for the District of Massachusetts

_____

## MOTION FOR LEAVE TO FILE LATE APPEARANCE

_____

Amici States hereby move for leave to file a late Notice of Appearance. In support of that request, they state as follows:

1. Appellants' opening brief was filed on April 15, 2026.

2. Appellees' opening brief was filed on July 22, 2026.

3. Pursuant to Fed. R. App. P. 29(a)(6), "[a]n amicus curiae must file its brief … no later than 7 days after the principal brief of the party being supported is filed."

4. On July 22, 2026, counsel Anna Lumelsky tendered an amicus brief on behalf of Amici States.  On July 23, 2026, counsel Anna Lumelsky filed a Notice of Appearance on behalf of the Commonwealth of Massachusetts, joined by 20 other states.

5. On August 5, 2026, the Court Clerk's Office notified counsel that she was required to file a motion for leave to enter a late appearance.[1]

6. Granting this motion will not prejudice the parties, as the Amici States may file an amicus brief by right.  *See* Fed. R. App. P. 29(a)(2). Additionally, granting this motion will not delay resolution of this appeal.

7. Amici States therefore request that counsel Anna Lumelsky be

---

[1] Undersigned counsel does not understand Local Rule 12.0(a) to apply to counsel for amici curiae who timely file under Fed. R. App. P. 29(a)(6).  However, counsel is filing this motion at the direction of the Clerk's Office.

permitted to file a late Notice of Appearance.

Dated:  August 5, 2026                    Respectfully submitted,

/s/ Anna Lumelsky
Anna Lumelsky
  *Deputy State Solicitor*
One Ashburton Place
Boston, MA 02108
(617) 963-2066
anna.lumelsky@mass.gov

## CERTIFICATE OF COMPLIANCE

It is hereby certified that:

1.   This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 233 words, excluding the parts exempted by Fed. R. App. P. 32(f).

2.   This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using the Microsoft Word processing program in 14-point font size and Times New Roman style.

Dated:  August 5, 2026

/s/ Anna Lumelsky
Anna Lumelsky
   *Deputy State Solicitor*
One Ashburton Place
Boston, MA 02108
(617) 963-2066
anna.lumelsky@mass.gov

4

# CERTIFICATE OF SERVICE

It is hereby certified that on August 5, 2026, I electronically filed the foregoing Motion For Leave to File Late Appearance with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the CM/ECF system.  Counsel for Appellants and Appellees are registered CM/ECF users and will be served by the CM/ECF system.

Dated:  August 5, 2026

/s/ Anna Lumelsky
Anna Lumelsky
  *Deputy State Solicitor*
One Ashburton Place
Boston, MA 02108
(617) 963-2066
anna.lumelsky@mass.gov