**No. 25-2230**

In The

# United States Court of Appeals for the First Circuit

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Plaintiff - Appellee*,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, in his official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF EDUCATION; LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education; GENERAL SERVICES ADMINISTRATION; EDWARD FORST, in his official capacity as Administrator of the United States General Services Administration; UNITED STATES DEPARTMENT OF ENERGY; CHRISTOPHER WRIGHT, in his official capacity as Secretary of the Department of Energy; NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in his official capacity as Acting Director of the United States National Science Foundation; UNITED STATES DEPARTMENT OF DEFENSE; PETER HEGSETH, in his official capacity as Secretary of the United States Department of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JARED ISAACMAN, in his official capacity as Administrator of the National Aeronautics and Space Administration; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development; UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in her official capacity as Secretary of Agriculture,

*Defendants - Appellants*.

## MOTION TO DEEM JULY 22 NOTICE OF APPEARANCE AS TIMELY FILED OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE LATE NOTICE OF APPEARANCE

On Appeal from the United States District Court for the District of Massachusetts
Case No. 1:25-cv-11048-ADB

JESSICA L. ELLSWORTH
HOGAN LOVELLS CADWALADER US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
jessica.ellsworth@hlc.com

*Counsel for Amici Curiae American Council on Education and 26 Other Higher Education Organizations*

August 5, 2026

Undersigned counsel for *amici curiae* American Council on Education and 26 Other Higher Education Organizations respectfully move to treat the Notice of Appearance previously filed on July 22, 2026 as timely, or in the alternative, for leave to file a late notice of appearance. In support of that request, counsel states as follows:

1.      Appellants' opening brief was tendered on April 15, 2026, and filed on April 27, 2026.

2.      Appellees' brief was tendered on July 15, 2026, and filed on July 22, 2026, at 8:54 AM.

3.      On July 22, 2026, undersigned counsel for *amici curiae* filed her Notice of Appearance at 2:36 PM.

4.      Pursuant to Fed. R. App. P. 29(a)(6), an *amicus* may file its brief up until "7 days after the principal brief of the party being supported is filed."

5.      On July 22, 2026, undersigned counsel tendered the Brief of *Amici Curiae* American Council on Education and 26 Other Higher Education Organizations in Support of Plaintiff-Appellee and Affirmance, after the Notice of Appearance on behalf of *amici curiae*. All parties consented to the filing of the brief. *See* Fed. R. App. P. 29(a)(2).

6.      On August 5, 2026, the Court Clerk's Office notified counsel by email that she was required to file a motion for leave to enter a late appearance.

1

7.    Undersigned counsel requests that her notice of appearance filed on July 22, 2026, be deemed timely filed, or in the alternative, leave be granted to file a late notice of appearance.

8.    Granting this motion will not prejudice the parties. The amicus brief was tendered within the period prescribed by Fed. R. App. P. 29(a)(6) and with the consent of all parties. *See* Fed. R. App. P. 29(a)(2). It was filed after undersigned counsel noticed her appearance.  Granting this motion will not delay resolution of this appeal.

9.    Undersigned counsel therefore respectfully requests that the Court treat the Notice of Appearance previously filed on July 22, 2026, as timely, or in the alternative grant leave to file a late notice of appearance.

Dated: August 5, 2026                    Respectfully submitted,

                                /s/ Jessica L. Ellsworth
                                JESSICA L. ELLSWORTH
                                HOGAN LOVELLS CADWALADER US LLP
                                555 Thirteenth Street, N.W.
                                Washington, D.C. 20004
                                (202) 637-5600
                                jessica.ellsworth@hlc.com

                                *Counsel for Amici Curiae American Council on Education and 26 Other Higher Education Organizations*

2

**CERTIFICATE OF COMPLIANCE**

1.      This document complies with the type-volume limits of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 339 words.

2.      This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

/s/ Jessica L. Ellsworth
Jessica L. Ellsworth

## CERTIFICATE OF SERVICE

I certify that on August 5, 2026, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

/s/ Jessica L. Ellsworth
Jessica L. Ellsworth