**Case No. 25-2230**

# In the United States Court of Appeals
## For the First Circuit

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE,**

*Plaintiff-Appellee,*

*vs.*

**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY,** in his official capacity as Secretary of the United States Department of Health and Human Services; **UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE**, in his official capacity as Acting Attorney General of the United States; **UNITED STATES DEPARTMENT OF EDUCATION; LINDA MCMAHON,** in her official capacity as Secretary of the United States Department of Education; **GENERAL SERVICES ADMINISTRATION; EDWARD FORST,** in his official capacity as Administrator of the United States General Services Administration; **UNITED STATES DEPARTMENT OF ENERGY; CHRISTOPHER WRIGHT,** in his official capacity as Secretary of the Department of Energy; **NATIONAL SCIENCE FOUNDATION; BRIAN STONE,** in his official capacity as Acting Director of the United States National Science Foundation; **UNITED STATES DEPARTMENT OF DEFENSE; PETER HEGSETH,** in his official capacity as Secretary of the United States Department of Defense; **NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JARED ISAACMAN,** in his official capacity as Administrator of the National Aeronautics and Space Administration; **UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER,** in his official capacity as Secretary of Housing and Urban Development; **UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS,** in her official capacity as Secretary of Agriculture,

*Defendants-Appellants.*

On Appeal from the United States District Court for the District of Massachusetts; Judge Allison Burroughs, Case No. 1:25-cv-11048-ADB

**MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE**

In accordance with Local Rule 12.0(a), *amici curiae* U.S. research universities and colleges respectfully move for Nicole Allicock of Munger, Tolles & Olson LLP to appear in this matter. Ms. Allicock was notified by the Clerk's office on August 5, 2026, that Local Rule 12.0(a) requires leave of court for any new or additional attorney to appear after the appellee brief has been filed, including counsel for *amicus curiae*. Ms. Allicock, along with Donald Verrilli of Munger, Tolles & Olson LLP, now seeks leave to file a late Notice of Appearance.

Good cause exists for this request. Munger, Tolles & Olson LLP represents 36 U.S. research universities and colleges in this matter. Appellants' opening brief was filed on April 15, 2026, and Appellee's response brief was filed on July 15, 2026. On July 22, 2026, counsel Donald Verrilli tendered an amicus brief on behalf of *amici curiae* in support of Appellee. The brief of *amici curiae* was timely filed pursuant to Fed. R. App. P. 29(a)(6), which states that "[a]n amicus curiae must file its brief . . . no later than 7 days after the principal brief of the party being supported is filed." Both Mr. Verrilli and Ms. Allicock filed Notices of Appearance contemporaneously with the brief on July 22, 2026. On August 5, 2026, the Court Clerk's Office notified counsel that she was required to file a motion for leave to enter a late appearance.

Granting this motion will not prejudice the parties, as the parties provided consent for the filing of *amici*'s brief. *See* Fed. R. App. P. 29(a)(2).

1

Additionally, granting this motion will not delay the resolution of this appeal.

*Amici* therefore request that counsel Nicole Allicock be permitted to file a late

Notice of Appearance.

                                 Respectfully submitted,

Dated:  August 5, 2026

*/s/ Nicole R. Allicock*

Nicole R. Allicock
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW
Suite 500E
Washington, DC 20001
(202) 220-1100
Nicole.Allicock@mto.com

*Counsel for American University; Arizona State University; Boston University; Brandeis University; Brown University; California Institute of Technology; Carleton College; Carnegie Mellon University; Colorado State University; Columbia University; Cornell University; Dartmouth College; Georgetown University; Johns Hopkins University; Massachusetts Institute of Technology; Michigan State University; Middlebury College; Princeton University; Rice University; Rutgers University; Smith College; Stanford University; Tufts University; University of California; University of Denver; University of Maryland, Baltimore; University of Maryland, College Park; University of Michigan; University of Oregon; University of Pennsylvania; University of Pittsburgh; University of Rhode Island; University of Vermont; Wesleyan University; and Yale University*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that all parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

Dated:  August 5, 2026

/s/ Nicole R. Allicock
Nicole R. Allicock

**CERTIFICATE OF COMPLIANCE**

1.      This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 291 words, excluding the parts exempted by Fed. R. App. P. 32(f).

2.      This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

Dated:  August 5, 2026

/s/ Nicole R. Allicock
Nicole R. Allicock