**Case No. 25-2230**

_____

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE FIRST CIRCUIT

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Plaintiff-Appellee*,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, in his official capacity as Secretary of the United States Department Health and Human Services; (*Caption continued on inside cover*)

*Defendants-Appellants.*

*On Appeal from the United States District Court for the District of Massachusetts; Judge Allison Burroughs Case No. 1:25-cv-11048-ADB*

**MOTION TO DEEM JULY 22, 2026, NOTICE OF APPEARANCE AS TIMELY FILED OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE LATE APPEARANCE, ON BEHALF OF *AMICI CURIAE* UNIVERSITY PROFESSORS AND SCHOLARS**

Maithreyi Ratakonda
STATES UNITED DEMOCRACY CENTER
45 Main Street, Suite 320
Brooklyn, NY 11201
(202) 999-9305
mai@statesunited.org

Christine P. Sun
STATES UNITED DEMOCRACY CENTER
95 Third Street, 2nd Floor
San Francisco, CA 94103
(202) 999-9305
christine@statesunited.org

Bonnie Robin-Vergeer
*Counsel of Record*
Samantha Trepel
Marina Eisner
STATES UNITED DEMOCRACY CENTER
1101 17th St. NW, Suite 250
Washington, DC 20036
(202) 999-9305
bonnie@statesunited.org
sam@statesunited.org
marina@statesunited.org

*Counsel for* Amici Curiae *University Professors and Scholars*

(*caption continued*)

UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; UNITED STATES DEPARTMENT OF EDUCATION; LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education; GENERAL SERVICES ADMINISTRATION; EDWARD FORST, in his official capacity as Administrator of the United States General Services Administration; UNITED STATES DEPARTMENT OF ENERGY; CHRISTOPHER WRIGHT, in his official capacity as Secretary of the Department of Energy; NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in his official capacity as Acting Director of the United States National Science Foundation; UNITED STATES DEPARTMENT OF DEFENSE; PETER HEGSETH, in his official capacity as Secretary of the United States Department of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JARED ISAACMAN, in his official capacity as Administrator of the National Aeronautics and Space Administration; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development; UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in her official capacity as Secretary of Agriculture,

*Defendants-Appellants.*

---

Undersigned counsel for *amici curiae* University Professors and Scholars respectfully move to treat the Notice of Appearance previously filed on July 22, 2026, as timely, or in the alternative, for leave to file a late Notice of Appearance. In support of that request, counsel state as follows:

1.    The Brief for Federal Defendants-Appellants was tendered on April 15, 2026, and filed on April 27, 2026.

2.    The Brief for Plaintiff-Appellee was tendered on July 15, 2026, and filed on July 22, 2026.

1

3.      On July 22, 2026, undersigned counsel Bonnie Robin-Vergeer filed a Notice of Appearance on behalf of Amici University Professors and Scholars: Michael Albertus, Nancy Bermeo, Javier Corrales, Scott L. Cummings, David M. Driesen, Francis Fukuyama, Tom Ginsburg, Gábor Halmai, Aziz Z. Huq, Sonia Mittal, Maria Popova, Kim Lane Scheppele, Susan Stokes, and Lucan Way.

4.      Federal Rule of Appellate Procedure 29(a)(6) provides, in relevant part:  "An amicus curiae must file its brief, accompanied by a motion for filing when necessary, no later than 7 days after the principal brief of the party being supported is filed."

5.      On July 22, 2026, undersigned counsel tendered an amicus brief on behalf of Amici University Professors and Scholars in support of Plaintiff-Appellee and affirmance. All parties consented to the filing of the amicus brief. *See* Fed. R. App. P. 29(a)(2).

6.      On August 5, 2026, the Court's Clerk's Office notified Ms. Robin-Vergeer by email that she was required to file a motion for leave to enter a late appearance. Counsel did not understand Local Rule 12.0(a) to apply to counsel for amici curiae who timely file an amicus brief under Federal Rule of Appellate Procedure 29(a)(6). Accordingly, undersigned counsel now requests that her Notice of Appearance filed on July 22, 2026, be deemed timely filed, or in the alternative, that leave be granted to file a late Notice of Appearance.

7.    Granting this motion will not prejudice the parties. The amicus brief was tendered within the period specified by Federal Rule of Appellate Procedure 29(a)(6) and with the consent of all parties. *See* Fed. R. App. P. 29(a)(2). The brief was filed after Ms. Robin-Vergeer noticed her appearance. Additionally, granting this motion will not delay resolution of this appeal.

## CONCLUSION

For the foregoing reasons, undersigned counsel respectfully request that the Court treat the Notice of Appearance filed on July 22, 2026, as timely, or in the alternative, grant leave to file a late Notice of Appearance.

Dated:  August 5, 2026

Respectfully submitted,

s/ *Bonnie Robin-Vergeer*
Bonnie Robin-Vergeer
Samantha Trepel
Marina Eisner
STATES UNITED DEMOCRACY CENTER
1101 17th St. NW, Suite 250
Washington, DC 20036
(202) 999-9305
bonnie@statesunited.org
sam@statesunited.org
marina@statesunited.org

Maithreyi Ratakonda
STATES UNITED DEMOCRACY CENTER
45 Main Street, Suite 320
Brooklyn, NY 11201
(202) 999-9305
mai@statesunited.org

3

Christine P. Sun
STATES UNITED DEMOCRACY CENTER
95 Third Street, 2nd Floor
San Francisco, CA 94103
(202) 999-9305
christine@statesunited.org

*Counsel for Amici Curiae University
Professors and Scholars*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the typeface requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5), and the typestyle requirements of Rules 27(d)(1)(E) and 32(a)(6), because it was prepared in 14-point Times New Roman, a proportionally spaced typeface, using Microsoft Word. This motion complies with the type-volume limitation of Rule 27(d)(2)(A) because it contains 406 words, excluding the parts exempted by Rule 32(f).

Dated: August 5, 2026 Respectfully submitted,

s/ Bonnie Robin-Vergeer
Bonnie Robin-Vergeer

## CERTIFICATE OF SERVICE

I, Bonnie Robin-Vergeer, hereby certify that on August 5, 2026, I electronically filed the foregoing Motion with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. A true and correct copy of this Motion has been served via the Court's CM/ECF system on all counsel of record.

Dated: August 5, 2026                    Respectfully submitted,


                                         s/ Bonnie Robin-Vergeer
                                         Bonnie Robin-Vergeer

# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-2230          **Short Title:** Harvard College v. HHS et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

University professors and scholars:  See attached sheet _____ as the

[  ] appellant(s)          [  ] appellee(s)          [✔] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

s/ Bonnie Robin-Vergeer _____          7-22-26 _____
Signature                                    Date

Bonnie Robin-Vergeer _____
Name

States United Democracy Center ____          (202) 999-9305 _____
Firm Name (if applicable)                     Telephone Number

1101 17th St. NW, Suite 250 _____          _____
Address                                       Fax Number

Washington, DC 20036 _____          Bonnie@statesunited.org _____
City, State, Zip Code                         Email (required)

Court of Appeals Bar Number: 76876 _____

Has this case or any related case previously been on appeal?

[   ] No          [✔] Yes   Court of Appeals No. 25-2231 _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

**United States Court of Appeals**
**For the First Circuit**

_____

**NOTICE OF APPEARANCE (Continuation sheet)**

**No.** 25-2230                **Short Title:**  Harvard College v. HHS et al.


The Clerk will enter my appearance as counsel on behalf of **(please list names of all parties represented, using additional sheet(s) if necessary):**

University Professors and Scholars:  Michael Albertus, Nancy Bermeo, Javier Corrales, Scott L. Cummings, David M. Driesen, Francis Fukuyama, Tom Ginsburg, Gábor Halmai, Aziz Z. Huq, Sonia Mittal, Maria Popova, Kim Lane Scheppele, Susan Stokes, and Lucan Way.


[ ] appellant(s)              [ ] appellee(s)              [X] amicus curiae
[ ] petitioner(s)             [ ] respondent(s)            [ ] intervenor(s)


s/ Bonnie Robin-Vergeer                          7-22-26