No. 25-2230

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

PLAINTIFF-APPELLEE,

v.

US DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the United States Department of Health and Human Services; US DEPARTMENT OF JUSTICE; TODD BLANCHE, in the official capacity as Acting Attorney General of the United States; US DEPARTMENT OF EDUCATION; LINDA M. MCMAHON, in the official capacity as Secretary of the United States Department of Education; US GENERAL SERVICES ADMINISTRATION; EDWARD FORST, in the official capacity as Administrator of the United States General Services Administration; US DEPARTMENT OF ENERGY; CHRISTOPHER ALLEN WRIGHT, in the official capacity as Secretary of the United States Department of Energy; NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in the official capacity as Acting Director of the United States National Science Foundation; US DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in the official capacity as Secretary of the United States Department of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JARED ISAACMAN, in the official capacity as Administrator of the National Aeronautics and Space Administration; US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in the official capacity as Secretary of Housing and Urban Development; US DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in the official capacity as Secretary of Agriculture,

DEFENDANTS–APPELLANTS.

On Appeal from the United States District Court for the District of Massachusetts, No. 25-cv-11048

## MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE

Amici curiae American Civil Liberties Union, American Civil Liberties Union of Maine, American Civil Liberties Union of Massachusetts, American Civil Liberties Union of New Hampshire,  American Civil Liberties Union of Puerto Rico, American Civil Liberties Union of Rhode Island, Cato Institute, Electronic Frontier Foundation, Knight First Amendment Institute, National Coalition Against Censorship, Reporters Committee for Freedom of the Press, and Rutherford Institute (together, "Amici Curiae") respectfully move for Vera Eidelman to appear in this matter. In support of that request, they state as follows:

1.      Appellants' opening brief was filed on April 15, 2026.

2.      Appellee's response brief was tendered on July 15, 2026, and filed on July 22, 2026.

3.      On July 22, 2026, counsel tendered an amicus brief on behalf of Amici Curiae in support of Appellee. The brief was timely filed pursuant to Fed. R. App. P. 29(a)(6), which states that "[a]n amicus curiae must file its brief . . . no later than 7 days after the principal brief of the party being supported is filed." All parties consented to the filing of the amicus brief. *See* Fed. R. App. P. 29(a)(2).

4.      On July 22, 2026, counsel filed a Notice of Appearance on behalf of Amici Curiae.

5.      On August 5, 2026, the Court Clerk's Office notified counsel by email that she was required to file a motion for leave to enter a late appearance.

1

6.      On August 6, 2026, the Court Clerk's Office explained that the motion for leave is required by Local Rule 12.0(a), which states that "in no event may any attorney file a notice of appearance without leave of court after the appellee brief has been filed."

7.      Granting this motion will not prejudice the parties. The amicus brief was timely filed, with the consent of all parties. In addition, granting this motion will not delay resolution of the appeal.

For the foregoing reasons, undersigned counsel respectfully requests leave to file the attached Notice of Appearance.

Respectfully submitted,

Dated: August 6, 2026

By: */s/ Vera Eidelman*
        Vera Eidelman

*Counsel for Amici Curiae
American Civil Liberties Union,
American Civil Liberties Union of
Maine, American Civil Liberties
Union of Massachusetts, American
Civil Liberties Union of New
Hampshire,  American Civil
Liberties Union of Puerto Rico,
American Civil Liberties Union of
Rhode Island, Cato Institute,
Electronic Frontier Foundation,
Knight First Amendment Institute,
National Coalition Against
Censorship, Reporters Committee
for Freedom of the Press, and
Rutherford Institute*

## CERTIFICATE OF COMPLIANCE

I certify that this brief complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Times New Roman in 14-point type.

I further certify that this brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 325 words, excluding the parts of the brief exempted under Fed. R. App. P. 32(f), according to the count of Microsoft Word.

Dated: August 6, 2026                                    By:    _/s/ Vera Eidelman_
                                                                         Vera Eidelman

3

**CERTIFICATE OF SERVICE**

I certify that on August 6, 2026, the foregoing document was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

Dated: August 6, 2026

By: */s/ Vera Eidelman*
Vera Eidelman

4