**No. 25-2230**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,
*Plaintiff-Appellee*,

v.

US DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the United States Department of Health and Human Services; US DEPARTMENT OF JUSTICE; TODD BLANCHE, in the official capacity as Acting Attorney General of the United States; US DEPARTMENT OF EDUCATION; LINDA M. MCMAHON, in the official capacity as Secretary of the United States Department of Education; US GENERAL SERVICES ADMINISTRATION; EDWARD FORST, in the official capacity as Administrator of the United States General Services Administration; US DEPARTMENT OF ENERGY; CHRISTOPHER A. WRIGHT, in the official capacity as Secretary of the United States Department of Energy; US NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in the official capacity as Acting Director of the United States National Science Foundation; US DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in the official capacity as Secretary of the United States Department of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JARED ISAACMAN, in the official capacity as Administrator of the National Aeronautics and Space Administration; US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in the official capacity as Secretary of Housing and Urban Development; US DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in the official capacity as Secretary of Agriculture,
*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Massachusetts
Case No. 1:25-cv-11048

### MOTION FOR LEAVE TO FILE LATE NOTICE OF APPEARANCE

August 6, 2026                                *(Counsel listed on following page)*

Reed Colfax
Rebecca Livengood
John Relman
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
202-728-1888
rcolfax@relmanlaw.com
rlivengood@relmanlaw.com
jrelman@relmanlaw.com

*Counsel for Amici Curiae*

In accordance with Local Rule 12.0(a) *amici curiae* Former U.S. Agency Officials respectfully move for leave to file a late Notice of Appearance for Reed Colfax of Relman Colfax PLLC. In support of that request, they state as follows:

1. Appellants' opening brief was filed on April 15, 2026.

2. Appellees' opening brief was filed on July 22, 2026.

3. Pursuant to Fed. R. App. P. 29(a)(6), "[a]n amicus curiae must file its brief…no later than 7 days after the principal brief of the party being supported is filed."

4. On July 22, 2026, counsel Reed Colfax filed a Notice of Appearance for himself on behalf of Former U.S. Agency Officials.

5. Also on July 22, 2026, counsel Reed Colfax tendered an *amicus* brief on behalf of Former U.S. Agency Officials.

6. On August 5, 2026, the Clerk's Office notified counsel that Mr. Colfax was required to file a motion for leave to enter a late appearance, because pursuant to Local Rule 12.0(a), "in no event may any attorney file a notice of appearance without leave of court after the appellee brief has been filed."

7. Granting this motion will not prejudice the parties, as all parties have consented to the filing of the brief of *amici curiae*, *see* Fed. R. App. P. 29(a)(2), and both the brief and notice of appearance were filed on July 22, 2026.

1

8. *Amici curiae* Former U.S. Agency Officials therefore request that counsel Reed Colfax be permitted to file a late Notice of Appearance.

Dated: August 6, 2026

<u>*/s/ Reed Colfax*</u>
Reed Colfax
Rebecca Livengood
John Relman
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
202-728-1888
rcolfax@relmanlaw.com
rlivengood@relmanlaw.com
jrelman@relmanlaw.com

*Counsel for Amici Curiae*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), I hereby certify that this document complies with the type-volume limitations set forth in Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 250 words.

I further certify that this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Times New Roman font.

Dated: August 6, 2026                    */s/ Reed Colfax*
                                        Reed Colfax

                                        *Counsel for Amici Curiae*

3

# CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2026, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that opposing counsels are registered as ECF Filers and that they will be served by the CM/ECF system.


Dated: August 6, 2026                              */s/ Reed Colfax*
                                                   Reed Colfax

                                                   *Counsel for Amici Curiae*

4