No. 25-2230

---

# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

---

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

PLAINTIFF-APPELLEE,

v.

US DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the United States Department of Health and Human Services; US DEPARTMENT OF JUSTICE; TODD BLANCHE, in the official capacity as Acting Attorney General of the United States; US DEPARTMENT OF EDUCATION; LINDA M. MCMAHON, in the official capacity as Secretary of the United States Department of Education; US GENERAL SERVICES ADMINISTRATION; EDWARD FORST, in the official capacity as Administrator of the United States General Services Administration; US DEPARTMENT OF ENERGY; CHRISTOPHER A. WRIGHT, in the official capacity as Secretary of the United States Department of Energy; US NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in the official capacity as Acting Director of the United States National Science Foundation; US DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in the official capacity as Secretary of the United States Department of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JARED ISAACMAN, in the official capacity as Administrator of the National Aeronautics and Space Administration; US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in the official capacity as Secretary of Housing and Urban Development; US DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in her official capacity as Secretary of Agriculture,

DEFENDANTS–APPELLANTS.

---

On Appeal from the United States District Court for the District of Massachusetts, No. 25-cv-11048

1

**MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE OF FERMIN L. ARRAIZA-NAVAS ON BEHALF OF AMERICAN CIVIL LIBERTIES UNION OF PUERTO RICO**

Jessie J. Rossman No. 1161236
Rachel E. Davidson No. 1197867
American Civil Liberties Union
  Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
jrossman@aclum.org
rdavidson@aclum.org

Vera Eidelman No. 1220845
Brian Hauss No. 1183865
American Civil Liberties Union
  Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
veidelman@aclu.org
bhauss@aclu.org

Fermín L. Arraiza-Navas No. 73810
American Civil Liberties Union
  Puerto Rico Chapter
Union Plaza, Suite 1105
416 Avenida Ponce de León
San Juan, Puerto Rico 00918
(787) 753-9493
farraiza@aclu.org

Lynette Labinger No. 23027
Cooperating Counsel
American Civil Liberties Union
  Foundation of Rhode Island
128 Dorrance St., Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com

Gilles R. Bissonnette No. 123868
Henry Klementowicz No. 1179814
Maria D. Savarese No. 1223427
American Civil Liberties Union
  Foundation of New Hampshire
18 Low Avenue
Concord, NH 03301
(603) 224-5591
gilles@aclu-nh.org
henry@aclu-nh.org
maria@aclu-nh.org

Carol Garvan No. 1145471
Zachary L. Heiden No. 99242
American Civil Liberties Union
  of Maine Foundation
P.O. Box 7860
Portland, ME 04112
(207) 619-6224
cgarvan@aclumaine.org
zheiden@aclumaine.org

Bruce D. Brown No. 1067194
Gabriel Rottman No. 1193825

Alex Abdo No. 1154992
Jameel Jaffer No. 1218690

Grayson Clary No. 1206499
Reporters Committee for Freedom of
the Press
1156 15th Street NW, Ste. 1020
Washington, DC 20005

Knight First Amendment Institute at
Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115

*Counsel for Amici Curiae*

1.      Pursuant to Rule 12.0(a) of the Local Rules of the United States Court of Appeals for the First Circuit, amicus American Civil Liberties Union of Puerto Rico, respectfully move this court to grant leave for Fermin L. Arraiza-Navas to enter his appearance as an additional attorney to represent amicus curiae.

2.      Mr. Arraiza-Navas is a member in good standing of the bar of the United States Court of Appeals for the First Circuit, he is knowledgeable regarding the dispute between the parties, and it would be economical and efficient to allow Mr. Arraiza-Navas to appear before this Court.

WHEREFORE, Amicus Curiae respectfully request that this Honorable Court:

A. Grant this Motion for Leave to File Notice of Appearance of Fermin L. Arraiza-Navas on Behalf of Amicus Curiae; and

B. Grant such other and further relief as may be just and equitable.

Date: August 7, 2026

Respectfully submitted,

*s/ Fermín L. Arraiza-Navas*
#73810 (Court of Appeals 1st Cir. Number)

3

American Civil Liberties Union
Puerto Rico Chapter
Union Plaza, Suite 1105
416 Avenida Ponce de León
San Juan, Puerto Rico 00918
(787) 753-9493
(646) 740-3865
farraiza@aclu.org

*Counsel for Amici Curiae*