# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-2230        **Short Title:** Harvard v. HHS, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Commonwealth of Massachusetts, joined by 20 other states_____ as the

[  ] appellant(s)        [  ] appellee(s)        [✔] amicus curiae

[  ] petitioner(s)        [  ] respondent(s)        [  ] intervenor(s)

| | |
|---|---|
| /s/ Anna Lumelsky | 7/23/2026 |
| Signature | Date |
| Anna Lumelsky | |
| Name | |
| Massachusetts Attorney General's Office | 617-963-2334 |
| Firm Name (if applicable) | Telephone Number |
| One Ashburton Place | |
| Address | Fax Number |
| Boston, MA, 02108 | anna.lumelsky@mass.gov |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 677708_____

Has this case or any related case previously been on appeal?

[✔] No        [  ] Yes   Court of Appeals No._____

=================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).