# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 25-2230          **Short Title:** Harvard v. US HHS et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[  ] appellant(s)          [  ] appellee(s)          [✔] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)


/s/ Jackson C. Estrin
Signature

Jackson C. Estrin
Name

Zalkind Duncan & Bernstein LLP
Firm Name (if applicable)

2 Oliver Street, Suite 200
Address

Boston, MA 02109
City, State, Zip Code

Court of Appeals Bar Number: 1225271

8/11/26
Date

617-742-6020
Telephone Number

617-742-3269
Fax Number

jestrin@zalkindlaw.com
Email (required)


Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).