## No. 25-2230

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Plaintiff-Appellee*,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; UNITED STATES DEPARTMENT OF EDUCATION; LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education; GENERAL SERVICES ADMINISTRATION; EDWARD FORST, in his official capacity as Administrator of the United States General Services Administration; UNITED STATES DEPARTMENT OF ENERGY; CHRISTOPHER A. WRIGHT, in his official capacity as Secretary of the Department of Energy; NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in his official capacity as Acting Director of the United States National Science Foundation; UNITED STATES DEPARTMENT OF DEFENSE; PETER HEGSETH, in his official capacity as Secretary of the United States Department of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JARED ISAACMAN, in his official capacity as Administrator of the National Aeronautics and Space Administration; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development; UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in her official capacity as Secretary of Agriculture,

*Defendants-Appellants*.

On Appeal from the United States District Court for the District of Massachusetts, No. 25-cv-11048

## MOTION FOR LEAVE TO FILE LATE NOTICE OF APPEARANCE

August 12, 2026

Pursuant to Local Rule 12.0(a) *amici curiae,* the National Jewish Advocacy Center ("NJAC") respectfully moves for leave to file a late Notice of Appearance for Douglas S. Brooks of Libby Hoopes Brooks and Mulvey, P.C. for the defendants-appellants. In support of that request, they state as follows:

1. On July 31, 2026, *amicus curiae,* NJAC filed their corrected brief in support of Defendants-Appellants and Reversal.

2. On August 12, 2026, the Clerk's Office notified counsel that Mr. Brooks was required to file a motion for leave to enter a later appearance pursuant to Local Rule 12.0(a.

3. Granting this motion will not prejudice the parties.

For the foregoing reasons, the motion for leave should be granted and the accompanying Notice of Appearance accepted for filing.

Respectfully submitted,

/s/ *Douglas S. Brooks*
DOUGLAS S. BROOKS (BBO No. 636697)
LIBBY HOOPES BROOKS & MULVEY, P.C.
260 Franklin Street
Boston, MA 02110
(617) 338-9300
dbrooks@lhbmlegal.com

## CERTIFICATE OF SERVICE

I certify that on August 12, 2026, I caused the foregoing motion and the accompanying brief to be electronically filed with the Clerk of Court for the United States Court of Appeals for the First Circuit using the CM/ECF system, which will serve all counsel of record.

## CERTIFICATE OF COMPLIANCE

1.   This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), it contains 691 words.

2.   This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: August 12, 2026

*/s/ DOUGLAS S. BROOKS*

DOUGLAS S. BROOKS (BBO No. 636697)

Counsel for Amicus Curiae

National Jewish Advocacy Center