# United States Court of Appeals
## For the First Circuit

_____

**NOTICE OF APPEARANCE**

**No.** 25-2230    **Short Title:** Harvard College v. U.S. Health

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Please see attached document _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)


/s/ Henry Klementowicz _____     7/24/26 _____
Signature                                    Date

Henry Klementowicz _____
Name

ACLU-NH _____                     6033332201 _____
Firm Name (if applicable)                    Telephone Number

18 Low Avenue _____                _____
Address                                      Fax Number

Concord, NH 03301 _____            henry@aclu-nh.org _____
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: 1179814 _____


Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

==================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**United States Court of Appeals for the First Circuit**

Attachment to Notice of Appearance

**The Clerk will enter my appearance as counsel on behalf of:**

| Amici Curiae | Attorneys |
|---|---|
| American Civil Liberties Union | Vera Eidelman No. 1220845 |
| American Civil Liberties Union of Maine | Brian Hauss No. 1183865 |
| American Civil Liberties Union of Massachusetts | American Civil Liberties Union Foundation |
| American Civil Liberties Union of New Hampshire | 125 Broad Street, 18th Floor |
| American Civil Liberties Union of Puerto Rico | New York, NY 10004 |
| American Civil Liberties Union of Rhode Island | (212) 549-2500 |
| Cato Institute | veidelman@aclu.org |
| Electronic Frontier Foundation | bhauss@aclu.org |
| Knight First Amendment Institute | Jessie J. Rossman No. 1161236 |
| National Coalition Against Censorship | Rachel E. Davidson No. 1197867 |
| Reporters Committee for Freedom of the Press | American Civil Liberties Union Foundation of Massachusetts, Inc. |
| Rutherford Institute | One Center Plaza, Suite 850 |

Vera Eidelman No. 1220845
Brian Hauss No. 1183865
American Civil Liberties Union
  Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
veidelman@aclu.org
bhauss@aclu.org

Jessie J. Rossman No. 1161236
Rachel E. Davidson No. 1197867
American Civil Liberties Union
  Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
jrossman@aclum.org
rdavidson@aclum.org

Fermín L. Arraiza-Navas No. 73810
American Civil Liberties Union
  Puerto Rico Chapter
Union Plaza, Suite 1105
416 Avenida Ponce de León
San Juan, Puerto Rico 00918
(787) 753-9493
farraiza@aclu.org

Lynette Labinger No. 23027
Cooperating Counsel
American Civil Liberties Union
  Foundation of Rhode Island
128 Dorrance St., Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com

Gilles R. Bissonnette No. 123868
Henry Klementowicz No. 1179814

Maria D. Savarese No. 1223427
American Civil Liberties Union
  Foundation of New Hampshire
18 Low Avenue
Concord, NH 03301
(603) 224-5591
gilles@aclu-nh.org
henry@aclu-nh.org
maria@aclu-nh.org

Carol Garvan No. 1145471
Zachary L. Heiden No. 99242
American Civil Liberties Union
  of Maine Foundation
P.O. Box 7860
Portland, ME 04112
(207) 619-6224
cgarvan@aclumaine.org
zheiden@aclumaine.org

Bruce D. Brown No. 1067194
Gabriel Rottman No. 1193825
Grayson Clary No. 1206499
Reporters Committee for Freedom of
  the Press
1156 15th Street NW, Ste. 1020
Washington, DC 20005

Alex Abdo No. 1154992
Jameel Jaffer No. 1218690
Knight First Amendment Institute at
Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115