# United States Court of Appeals
## For the First Circuit

_____

**NOTICE OF APPEARANCE**

**No.** 25-2230          **Short Title:** Harvard College v. HHS et al.

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*):

University professors and scholars:  See attached sheet _____ as the

[  ] appellant(s)          [  ] appellee(s)          [✔] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

s/ Bonnie Robin-Vergeer _____          7-22-26 _____
Signature                                        Date

Bonnie Robin-Vergeer _____
Name

States United Democracy Center _____          (202) 999-9305 _____
Firm Name (if applicable)                                 Telephone Number

1101 17th St. NW, Suite 250 _____          _____
Address                                              Fax Number

Washington, DC 20036 _____          Bonnie@statesunited.org _____
City, State, Zip Code                         Email (required)

Court of Appeals Bar Number: 76876 _____

Has this case or any related case previously been on appeal?

[  ] No          [✔] Yes   Court of Appeals No. 25-2231 _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# United States Court of Appeals
# For the First Circuit

_____

### NOTICE OF APPEARANCE (Continuation sheet)

**No.** 25-2230                **Short Title:**  Harvard College v. HHS et al.


The Clerk will enter my appearance as counsel on behalf of **(please list names of all parties represented, using additional sheet(s) if necessary):**

University Professors and Scholars:  Michael Albertus, Nancy Bermeo, Javier Corrales, Scott L. Cummings, David M. Driesen, Francis Fukuyama, Tom Ginsburg, Gábor Halmai, Aziz Z. Huq, Sonia Mittal, Maria Popova, Kim Lane Scheppele, Susan Stokes, and Lucan Way.


[ ] appellant(s)          [ ] appellee(s)          [X] amicus curiae
[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)


<u>s/ Bonnie Robin-Vergeer</u>                    7-22-26