# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-2230        **Short Title:** Harvard College v. DHS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Princeton University; (See Attached) _____ as the

[ ] appellant(s)        [ ] appellee(s)        [✓] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

/s/ Donald B. Verrilli, Jr. _____      August 5, 2026 _____
Signature                                             Date

Donald B. Verrilli, Jr. _____
Name

Munger, Tolles & Olson LLP _____      (202) 220-1000 _____
Firm Name (if applicable)                              Telephone Number

601 Mass. Ave. NW, Suite 500E _____      (202) 220-2300 _____
Address                                          Fax Number

Washington, DC 20001 _____      Donald.Verrilli@mto.com _____
City, State, Zip Code                                  Email (required)

Court of Appeals Bar Number: 50901 _____

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes    Court of Appeals No. _____
===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

**ATTACHMENT**

**Names of All Parties Represented:**

American University
Arizona State University
Boston University
Brandeis University
Brown University
California Institute of Technology
Carleton College
Carnegie Mellon University
Colorado State University
Columbia University
Cornell University
Dartmouth College
Georgetown University
Johns Hopkins University
Massachusetts Institute of Technology
Michigan State University
Middlebury College
Oregon State University
Princeton University
Rice University
Rutgers University
Smith College
Stanford University
Tufts University
University of California
University of Denver
University of Maryland, Baltimore
University of Maryland, College Park
University of Michigan
University of Pittsburgh
University of Oregon
University of Pennsylvania
University of Rhode Island
University of Vermont
Wesleyan University
Yale University

**ATTACHMENT**

**Names of All Parties Represented:**

American University
Arizona State University
Boston University
Brandeis University
Brown University
California Institute of Technology
Carleton College
Carnegie Mellon University
Colorado State University
Columbia University
Cornell University
Dartmouth College
Georgetown University
Johns Hopkins University
Massachusetts Institute of Technology
Michigan State University
Middlebury College
Oregon State University
Princeton University
Rice University
Rutgers University
Smith College
Stanford University
Tufts University
University of California
University of Denver
University of Maryland, Baltimore
University of Maryland, College Park
University of Michigan
University of Pittsburgh
University of Oregon
University of Pennsylvania
University of Rhode Island
University of Vermont
Wesleyan University
Yale University