# United States Court of Appeals
## For the First Circuit

No. 25-2230

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiff - Appellee,

v.

US DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the United States Department of Health and Human Services; US DEPARTMENT OF JUSTICE; TODD BLANCHE, in the official capacity as Attorney General of the United States; US DEPARTMENT OF EDUCATION; LINDA M. MCMAHON, in the official capacity as Secretary of the United States Department of Education; US GENERAL SERVICES ADMINISTRATION; EDWARD FORST, in the official capacity as Administrator of the United States General Services Administration; US DEPARTMENT OF ENERGY; CHRISTOPHER A. WRIGHT, in the official capacity as Secretary of the United States Department of Energy; US NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in the official capacity as Acting Director of the United States National Science Foundation; US DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in the official capacity as Secretary of the United States Department of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JARED ISAACMAN, in the official capacity as Administrator of the National Aeronautics and Space Administration; US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in the official capacity as Secretary of Housing and Urban Development; US DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in the official capacity as Secretary of Agriculture,

Defendants - Appellants.

**ORDER OF COURT**

Entered: August 14, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, Attorney Jameel Jaffer's motion for leave to enter an appearance on behalf of movants ACLU, ACLU ME, ACLU MA, ACLU NH, ACLU PR, ACLU RI, Cato Institute, Electronic Frontier Foundation, Knight First Amendment Institute, National Coalition Against Censorship, Reporters Committee for Freedom of the Press, and Rutherford Institute is granted. Attorney Jaffer's notice of appearance is accepted for filing as of this date.

By the Court:

Anastasia Dubrovsky, Clerk

cc:

Steven Paul Lehotsky, Jonathan F. Cohn, John P. Bueker, Douglas H. Hallward-Driemeier, Paul D Clement, Joshua S. Levy, William Anthony Burck, James Xi, Shannon Grammel Denmark, Danielle Kerker Goldstein, Joshua Paul Morrow, Robert K. Hur, Jacob B. Richards, Katherine C. Yarger, Jeffrey Thalhofer, Elena W. Davis, Mary Elizabeth Miller, Donald Campbell Lockhart, Abraham R. George, Michael Velchik, Jessica Lynn Ellsworth, Gregory Francis Noonan, Stephanie Julie Gold, Reedy Swanson, Kayla Ghantous, Eric Simon Roytman, Ragini N. Shah, Gilles R. Bissonnette, Bruce D. Brown, Zachary L. Heiden, Lynette J. Labinger, Carol J. Garvan, Matthew R Segal, Alexander Abdo, Jessie J. Rossman, Henry R. Klementowicz, Brian Matthew Hauss, Gabriel Rottman, Rachel E. Davidson, Grayson Clary, Jameel Jaffer, Vera Eidelman, David Greene, Thomas Arthur Berry, Corey Sullivan Martin, Sean H. Donahue, Donald B. Verrilli Jr., Daniel J. Cloherty, Victoria L. Steinberg, Esthena L. Barlow, Alexandra Arnold, Nicole Allicock, Helen E. White, Martin F. Murphy, Eric M. Gold, Max A. Jacobs, Alysha Agarwal, Dustin F. Hecker, Joel Anderson Fleming, Lauren Godles Milgroom, Jonathan C. Green, Emma S. Winer, Anna Esther Lumelsky, Andrea J. Campbell, William M. Tong, Peter F. Neronha, Nicholas W. Brown, Mark David Stern, Chelsea Gabrielle Glover, Reed Colfax, Kaveh L. Afrasiabi, Douglas Scott Brooks, L. Rachel Lerman, Eric H. Wessan, Michael T. Hilgers, George W. Vien, Pietro Alfredo Conte, David Zimmer, Benjamin Eidelson, Graham Michael Glusman, Joy A. Chen, P. Benjamin Duke, Bonnie I. Robin-Vergeer, Samantha K. Trepel, Maria Danielle Savarese, Fermin L. Arraiza-Navas, Naomi R. Shatz, Jackson Estrin