# United States Court of Appeals
## For the First Circuit

_____

**NOTICE OF APPEARANCE**

**No.** 25-2230          **Short Title:** President Harvard v. US DOJ

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____as the

[  ] appellant(s)          [  ] appellee(s)          [✔] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

s/Fermin L. Arraiza-Navas          August 7, 2026
Signature                          Date

Fermin L. Arraiza-Navas
Name

ACLU, Puerto Rico                  (787)966-3133
Firm Name (if applicable)          Telephone Number

416 Ponce de Leon Ave. Suite 1105
Address                            Fax Number

San Juan, P.R. 00918               farraiza@aclu.org
City, State, Zip Code              Email (required)

Court of Appeals Bar Number: 73810

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes  Court of Appeals No. _____

=================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).