## CORPORATE DISCLOSURE STATEMENT

The National Jewish Advocacy Center, Inc. is a nonprofit organization. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.