# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25 2230 **Short Title:** Harvard College v. US DPH et

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:

_______________________________________________ as the

[ ] appellant(s) [ ] appellee(s) [✔] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Douglas S. Brooks
Signature

08/12/2026
Date

Douglas S. Brooks
Name

Libby Hoopes Brooks & Mulvey, P.C.
Firm Name (if applicable)

617 338 9300
Telephone Number

260 Franklin Street
Address

617 338 9911
Fax Number

Boston, MA 02110
City, State, Zip Code

dbrooks@lhbmlegal.com
Email (required)

Court of Appeals Bar Number: 68296

Has this case or any related case previously been on appeal?

[✔] No [ ] Yes Court of Appeals No.______________________

=====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).