**Case No. 25-2230**

---

**United States Court of Appeals For the First Circuit**

---

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Plaintiff-Appellee*,

v.

US DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the United States Department of Health and Human Services; US DEPARTMENT OF JUSTICE; TODD BLANCHE, in the official capacity as Acting Attorney General of the United States; US DEPARTMENT OF EDUCATION; LINDA M. MCMAHON, in the official capacity as Secretary of the United States Department of Education; US GENERAL SERVICES ADMINISTRATION; EDWARD FORST, in the official capacity as Administrator of the United States General Services Administration; US DEPARTMENT OF ENERGY; CHRISTOPHER A. WRIGHT, in the official capacity as Secretary of the United States Department of Energy; US NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in the official capacity as Acting Director of the United States National Science Foundation; US DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in the official capacity as Secretary of the United States Department of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JARED ISAACMAN, in the official capacity as Administrator of the National Aeronautics and Space Administration; US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in the official capacity as Secretary of Housing and Urban Development; US DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in the official capacity as Secretary of Agriculture,

*Defendants-Appellants*.

---

*On Appeal from the United States District Court for the District of Massachusetts; Judge Allison Burroughs, Case No. 1:25-cv-11048-ADB*

---

# MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE OF LAUREN GODLES MILGROOM ON BEHALF OF AMICI CURIAE 10,982 HARVARD ALUMNI

---

*(Counsel on following page)*

Anurima Bhargava*
Naoka Carey
Pamela Coukos
Marco Simons
30 Bow St.
Cambridge, MA 02138

**pro hac vice application forthcoming*

Lauren Godles Milgroom (#1183519)
Equity Litigation Group LLP
1 Washington Mall #1307
Boston, MA 02108
(617) 468-8602
lmilgroom@equitylitigation.com

*Counsel for Amici Curiae 10,982 Harvard Alumni*

August 20, 2026

1. Pursuant to Rule 12.0(a) of the Local Rules of the United States Court of Appeals for the First Circuit, Lauren Godles Milgroom, counsel for *Amici Curiae* 10,982 Harvard Alumni respectfully move this Court to grant leave for Lauren Godles Milgroom to enter her appearance to represent *Amici Curiae* in the above-captioned matter.

2. Ms. Milgroom is a member in good standing of the bar of the United States Court of Appeals for the First Circuit, is knowledgeable regarding the dispute between the parties, and it would be economical and efficient to allow Ms. Milgroom to appear before this Court.

WHEREFORE, *Amici Curiae* respectfully request that this Honorable Court:

A. Grant this Motion for Leave to File Notice of Appearance of Lauren Godles Milgroom on behalf of *Amici Curiae* 10,982 Harvard Alumni; and

B. Grant such other and further relief as may be just and equitable.

Date: August 20, 2026

Respectfully submitted,

*/s/ Lauren Godles Milgroom*
Lauren Godles Milgroom (#1183519)
Equity Litigation Group LLP
1 Washington Mall #1307
Boston, MA 02108
(617) 468-8602
lmilgroom@equitylitigation.com

*Counsel for Amici Curiae 10,982 Harvard Alumni*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing (NEF) on August 20, 2026.

*/s/ Lauren Godles Milgroom*
Lauren Godles Milgroom (#1183519)