# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-2230 **Short Title:** Harvard College v. HHS

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
10,982 Harvard Alumni as the

[ ] appellant(s) [ ] appellee(s) [✔] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

Signature: [signed]  Date: July 22, 2026


Name: Lauren Godles Milgroom

Firm Name (if applicable): Equity Litigation Group LLP

Telephone Number: (617) 468-8602

Address: 1 Washington Mall #1307

Fax Number:

City, State, Zip Code: Boston, MA 02108

Email (required): lmilgroom@equitylitigation.com


Court of Appeals Bar Number: 1183519

Has this case or any related case previously been on appeal?

[ ] No [✔] Yes Court of Appeals No. 25-2231

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).