# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-2230 **Short Title:** Harvard v. HHS et al.

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
Former United States Agency Officials as the

[ ] appellant(s) [ ] appellee(s) [✔] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Reed Colfax
Signature

July 20, 2026
Date

Reed Colfax
Name

Firm Name (if applicable)

(202) 728-1888
Telephone Number

1225 19th Street NW, Suite 600
Address

(202) 728-0848
Fax Number

Washington, DC 20036
City, State, Zip Code

rcolfax@relmanlaw.com
Email (required)

Court of Appeals Bar Number: 1216672

Has this case or any related case previously been on appeal?

[ ] No [✔] Yes Court of Appeals No. 25-2231

==========================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).