Case No. 25-2230

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,
Plaintiff-Appellee,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services; U.S. DEPARTMENT OF JUSTICE; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; U.S. DEPARTMENT OF EDUCATION; LINDA M. MCMAHON, in her official capacity as Secretary of the United States Department of Education; GENERAL SERVICES ADMINISTRATION; EDWARD FORST, in his official capacity as Administrator of the United States General Services Administration; UNITED STATES DEPARTMENT OF ENERGY; CHRISTOPHER WRIGHT, in his official capacity as Secretary of the Department of Energy; NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation; UNITED STATES DEPARTMENT OF DEFENSE; PETER HEGSETH, in his official capacity as Secretary of the United States Department of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JARED ISAACMAN, in his official capacity as Administrator of the National Aeronautics and Space Administration; U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development; UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in her official capacity as Secretary of Agriculture,
Defendants-Appellants.

*On Appeal from the United States District Court for the District of Massachusetts, No. 1:25-cv-11048-ABD*

# MOTION FOR LEAVE TO FILE AN ENTRY OF APPEARANCE ON BEHALF OF AMICUS CURIAE LAWYERS DEFENDING AMERICAN DEMOCRACY

Now comes the undersigned, Amato A. DeLuca, and hereby moves for leave of this Court to file his appearance as counsel on behalf of *amicus curiae* Lawyers Defending American Democracy. As grounds therefore, the Appellee's brief has been filed and pursuant to First Circuit Local Rule 12.0, leave of court is required to file an appearance. The undersigned counsel, along with Attorney Miriam Weizenbaum, who is filing a similar motion contemporaneously, are counsel to Lawyers Defending American Democracy and ask that the Court allow them to enter an appearance to represent that interest as counsel of record. No party will suffer prejudice by this entry, and the form of appearance is attached hereto as an Exhibit to this motion. For the foregoing reasons, the *amicus* respectfully asks that the Court allow this motion.

Respectfully submitted,
/s/Miriam Weizenbaum

MIRIAM WEIZENBAUM
(Counsel of Record)
199 North Main Street
Providence, RI 02903
(401) 293-8624
miriam@dwbrlaw.com

AMATO A. DELUCA
199 North Main Street
Providence, RI 02903
(401) 293-8624
amato@dwbrlaw.com

Counsel for *amicus curiae* Lawyers Defending American Democracy

August 20, 2026

## CERTIFICATE OF SERVICE

I certify that on the 20th day of August 2026, pursuant to Fed. R. App. P. 25(d) and First Circuit R. 32.0, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system. I certify that I will timely file three paper copies pursuant to Fed. R. App. P. 27(d)(3).

/s/Amato A. DeLuca

Amato A. DeLuca
Counsel for *amicus curiae* Lawyers Defending American Democracy