OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

25-2230
Order
7/30/26

RECEIVED FOR FILING
IN CLERK'S OFFICE

2026 AUG 20 A 11: 19

BOSTON MA 020
31 JUL 2026 PM 9 L

FIRST-CLASS

US POSTAGE PITNEY BO
ZIP 02210 $ 000.7
02 7W
0008036369 JUL 31 2

Kaveh L. Afrasiabi
103 Indian Hill Rd
Carlisle, MA 01741

NIXIE 015 FE 1 0008/17/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 02210300425 *2422-01222-31-4