# United States Court of Appeals
## For the First Circuit

No. 25-2230

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiff - Appellee,

v.

US DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the United States Department of Health and Human Services; US DEPARTMENT OF JUSTICE; TODD BLANCHE, in the official capacity as Attorney General of the United States; US DEPARTMENT OF EDUCATION; LINDA M. MCMAHON, in the official capacity as Secretary of the United States Department of Education; US GENERAL SERVICES ADMINISTRATION; EDWARD FORST, in the official capacity as Administrator of the United States General Services Administration; US DEPARTMENT OF ENERGY; CHRISTOPHER A. WRIGHT, in the official capacity as Secretary of the United States Department of Energy; US NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in the official capacity as Acting Director of the United States National Science Foundation; US DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in the official capacity as Secretary of the United States Department of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JARED ISAACMAN, in the official capacity as Administrator of the National Aeronautics and Space Administration; US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in the official capacity as Secretary of Housing and Urban Development; US DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in the official capacity as Secretary of Agriculture,

Defendants - Appellants.

**CALENDARING NOTICE**

Issued: August 26, 2026

This case is presently scheduled to be called for oral argument on **Monday, October 5, 2026, at 9:30 a.m. in Boston, MA** in the En Banc Courtroom at the Moakley Courthouse, 7th Floor. There will be no continuance except for grave cause. 1st Cir. R. 34.1(d).

The court will provide live audio access to such arguments to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

**Within two weeks of the date of this notice**, counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing the Designation Form available on the court's website at www.ca1.uscourts.gov. If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and a motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

The identity of the panel and the times allotted to counsel for oral argument will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

**Arguing counsel must arrive at least 15 minutes before court convenes and should proceed directly to the courtroom and check in with the courtroom deputy.**

Only attorneys and students practicing under 1st Cir. R. 46.0(f) should sit at counsel table; absent permission from the court, clients should be seated in the audience. Once counsel begins to argue, the courtroom deputy sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to Daniel Toomey, Calendar Clerk and Courtroom Deputy, by telephone at 617-748-9982.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Alexander Abdo
Kaveh L. Afrasiabi
Alysha Agarwal
Nicole Allicock
Alexandra Arnold
Fermin L. Arraiza-Navas
Esthena L. Barlow
Thomas Arthur Berry

Gilles R. Bissonnette
Douglas Scott Brooks
Bruce D. Brown
Nicholas W. Brown
John P. Bueker
William Anthony Burck
Andrea J. Campbell
Joy A. Chen
Grayson Clary
Paul D Clement
Daniel J. Cloherty
Jonathan F. Cohn
Reed Colfax
Pietro Alfredo Conte
Rachel E. Davidson
Elena W. Davis
Tiberius T. Davis
Amato A. DeLuca
Shannon Grammel Denmark
Sean H. Donahue
P. Benjamin Duke
Vera Eidelman
Benjamin Eidelson
Jessica Lynn Ellsworth
Jackson Estrin
Joel Anderson Fleming
Carol J. Garvan
Abraham R. George
Kayla Ghantous
Chelsea Gabrielle Glover
Graham Michael Glusman
Eric M. Gold
Stephanie Julie Gold
Danielle Kerker Goldstein
Jonathan C. Green
David Greene
Douglas H. Hallward-Driemeier
Brian Matthew Hauss
Dustin F. Hecker
Zachary L. Heiden
Michael T. Hilgers
Robert K. Hur
Max A. Jacobs
Jameel Jaffer
Henry R. Klementowicz
Lynette J. Labinger

Steven Paul Lehotsky
L. Rachel Lerman
Joshua S. Levy
Donald Campbell Lockhart
Anna Esther Lumelsky
Corey Sullivan Martin
Lauren Godles Milgroom
Mary Elizabeth Miller
Joshua Paul Morrow
Martin F. Murphy
Peter F. Neronha
Gregory Francis Noonan
Jacob B. Richards
Bonnie I. Robin-Vergeer
Jessie J. Rossman
Gabriel Rottman
Lee Rowland
Eric Simon Roytman-Cash
Maria Danielle Savarese
Matthew R Segal
Ragini N. Shah
Naomi R. Shatz
Victoria L. Steinberg
Mark David Stern
Reedy Swanson
Jeffrey Thalhofer
William M. Tong
Samantha K. Trepel
Michael Velchik
Donald B. Verrilli Jr.
George W. Vien
Miriam Weizenbaum
Eric H. Wessan
Helen E. White
Emma S. Winer
James Xi
Katherine C. Yarger
David Zimmer