OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

25-2230
Order
7/24/26

BOSTON MA 020
24 JUL 2026 PM 3 L

US POSTAGE PITNEY BOWES
FIRST-CLASS
ZIP 02210 $ 000.78⁰
02 7W
0008036369 JUL 24 2026

RECEIVED FOR FILING
IN CLERK'S OFFICE
2026 AUG 10 P 12:02
US COURT OF APPEALS

USMS
Screened

Kaveh L. Afrasiabi
103 Indian Hill Rd
Carlisle, MA 01741

NIXIE 015 FE 1 0008/07/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 02210300299 *1521-00676-24-36

UTF
01741-17400
02210>3002