OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

Case No. 25-2230
Order dated 8/20/26

RECEIVED FOR FILING

2026 SEP -8 P 12:01

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 02210 $ 001.07
02 7W
0008036369 AUG. 21 2026

USMS Screened

Kaveh L. Afrasiabi
103 Indian Hill Rd
Carlisle, MA 01741

FW

NIXIE 015 FE 1 0009/03/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 02210300425 *1221-01455-23-25

Document: 00118508089 Page: 1 Date Filed: 09/14/20