02210>3004

UTF BOSTON MA 022

27 AUG 2026 PM 5 L

US POSTAGE PITNEY BOWES

FIRST-CLASS

ZIP 02210 $ 000.78⁰
02 7W
0008036369 AUG 26 2026

NIXIE 015 7209/14/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 02210300425 *1669-02167-14-27

USMS Screened

RECEIVED FOR FILING

2026 SEP 21 A 11:35

25-2230
Calendaring Notice
8-26-26

Kaveh L. Afrasiabi
103 Indian Hill Rd
Carlisle, MA 01741

FW

FWD

01741-174803

Case: 25-2230 Document: 00118517386 Page: 1 Date Filed: 09/21/2026 Entry ID: 6848703